**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____    Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 4/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | RTI Holding Company, LLC | |
| 2. | All other names debtor used in the last 8 years | N/A | |
| | Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 35-2604966 | |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 4170 Ashford Dunwoody Road, Suite 390 Atlanta, GA 30319 | 333 East Broadway Ave., Maryville, TN 37804 |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| DeKalb | Location of principal assets, if different from principal place of business |
| County | 333 East Broadway Ave. Maryville, TN 37804 |
| | Number, Street, City, State & ZIP Code |

5. Debtor's website (URL)    http://www.rubytuesday.com

6. Type of debtor

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **RTI Holding Company, LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

- [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
- [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- [ ] Railroad (as defined in 11 U.S.C. § 101(44))
- [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
- [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
- [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
- [x] None of the above

B. *Check all that apply*

- [ ] Tax-exempt entity (as described in 26 U.S.C. §501)
- [ ] Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- [ ] Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_7225_

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11. *Check all that apply:*

  - [ ] The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. §1116(1)(B).
  - [ ] The debtor is a debtor as defined in 11 U.S.C. §1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. §1116(1)(B).
  - [ ] A plan is being filed with this petition.
  - [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - [ ] The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - [ ] The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

- [ ] Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- [x] No.
- [ ] Yes.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

- [ ] No
- [x] Yes.    **See attached Rider 1**

| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

| Debtor | RTI Holding Company, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets [principal asset is equity interest in Ruby Tuesday, Inc.]**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☑ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☑ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **RTI Holding Company, LLC**

Name

Case number (*if known*) _____

**Request for Relief, Declaration, and Signatures**

**WARNING —** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    10/07/2020
MM / DD / YYYY

X _____    **Aziz Hashim**

Signature of authorized representative of debtor    Printed name

Title    **Managing Member of Manager, NRD Capital Management II, LLC**

**18. Signature of attorney**

X _____    Date    10/07/2020

Signature of attorney for debtor    MM / DD / YYYY

**James E. O'Neill**
Printed name

**Pachulski Stang Ziehl & Jones LLP**
Firm name

**919 N. Market Street**
**17th Floor**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone    **302-652-4100**    Email address    **joneill@pszjlaw.com**

**4042 DE**
Bar number and State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

# RIDER 1

### Pending Bankruptcy Cases Concurrently Filed by this Debtor and Affiliated Debtors:

RTI Holding Company, LLC
Ruby Tuesday, Inc.
Ruby Tuesday, LLC
RTBD, LLC
RT of Carroll County, LLC
RT Denver Franchise, L.P.
RT Detroit Franchise, LLC
RT Distributing, LLC
RT Finance, LLC
RT FL Gift Cards, Inc.
RT Florida Equity, LLC
RT Franchise Acquisition, LLC
RT of Fruitland, Inc.
RT Indianapolis Franchise, LLC
RT Jonesboro Club
RT KCMO Franchise, LLC
RT Kentucky Restaurant Holdings, LLC
RT Las Vegas Franchise, LLC
RT Long Island Franchise, LLC
RT of Maryland, LLC
RT Michiana Franchise, LLC
RT Michigan Franchise, LLC
RT Minneapolis Franchise, LLC
RT Minneapolis Holdings, LLC
RT New England Franchise, LLC
RT New Hampshire Restaurant Holdings, LLC
RT New York Franchise, LLC
RT Omaha Franchise, LLC
RT Omaha Holdings, LLC
RT One Percent Holdings, LLC
RT One Percent Holdings II, LLC
RT Orlando Franchise, LP
RT Restaurant Services, LLC
RT South Florida Franchise, LP
RT Southwest Franchise, LLC
RT St. Louis Franchise, LLC
RT Tampa Franchise, LP
RT Western Missouri Franchise, LLC
RT West Palm Beach Franchise, LP
RTTA, LP
RTT Texas, Inc.
RTTT, LLC
Ruby Tuesday of Allegany County, Inc.
Ruby Tuesday of Bryant, Inc.
Ruby Tuesday of Columbia, Inc.
Ruby Tuesday of Frederick, Inc.
Ruby Tuesday of Linthicum, Inc.
Ruby Tuesday of Marley Station, Inc.
Ruby Tuesday of Pocomoke City, Inc.
Ruby Tuesday of Russellville, Inc.
Ruby Tuesday of Salisbury, Inc.

## WRITTEN CONSENT OF
## MANAGER
## OF
## RTI HOLDING COMPANY, LLC
### (a Delaware Limited Liability Company)

The undersigned, being the manager of RTI Holding Company, LLC, a Delaware limited liability company, does hereby consent to the adoption of the following resolutions:

WHEREAS, the manager (the "**Manager**") of RTI Holding Company, LLC, a Delaware limited liability company (the "**Company**"), acting pursuant to the laws of the State of Delaware, has considered the financial and operational aspects of the Company's business;

WHEREAS, the Manager has reviewed the historical performance of the Company, the market for the Company's business, and the current and long-term liabilities of the Company;

WHEREAS, the Manager has, over the last several months, reviewed the materials presented to it by the management of and the advisors to the Company regarding the possible need to undertake a financial and operational restructuring of the Company; and

WHEREAS, the Manager has analyzed each of the financial and strategic alternatives available to it, including those available on a consensual basis with the principal stakeholders of the Company, and the impact of the foregoing on the Company's business and its stakeholders.

NOW, THEREFORE, BE IT RESOLVED, that in the judgment of the Manager, it is desirable and in the best interests of the Company, its creditors, employees, stockholders and other interested parties that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware;

RESOLVED, that the officers of the Company (the "**Authorized Officers**") are authorized on behalf of the Company to execute, verify and file all petitions, schedules, lists, and other papers or documents, and to take and perform any and all further actions and steps that any such Authorized Officers deem necessary, desirable and proper in connection with the Company's chapter 11 case, with a view to the successful prosecution of such case;

RESOLVED, that the Authorized Officers, on behalf of the Company, are authorized, empowered and directed to retain the law firm of Pachulski Stang Ziehl & Jones LLP ("**PSZ&J**") as bankruptcy counsel  to represent and assist the Company in carrying out its duties under chapter 11 of the Bankruptcy Code, and to take any and all actions to advance the Company's rights in connection therewith, and the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of PSZ&J;

RESOLVED, that the Authorized Officers, on behalf of the Company, are authorized, empowered and directed to retain the services of CR3 Partners, LLC, as the Company's financial advisor, effective as of the date the petition is filed, and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of CR3 Partners, LLC;

RESOLVED, that the Authorized Officers, on behalf of the Company, are authorized, empowered and directed to retain the services of Epiq Corporate Restructuring, LLC ("**Epiq**"), as the Company's claims, noticing, solicitation agent and administrative advisor, effective as of the date the petition is filed, and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of Epiq;

RESOLVED, that the Authorized Officers of the Company be, and hereby are, authorized and directed to employ any other professionals necessary to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, the officers of the Company are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the chapter 11 case and cause to be filed appropriate applications with the bankruptcy court for authority to retain the services of any other professionals, as necessary, and on such terms as are deemed necessary, desirable and proper;

RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized on behalf of the Company to take any and all actions, to execute, deliver, certify, file and/or record and perform any and all documents, agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities or certificates and to take any and all actions and steps deemed by any such Authorized Officer to be necessary or desirable to carry out the purpose and intent of each of the foregoing resolutions and to effectuate a successful chapter 11 case;

RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized on behalf of the Company to take any and all actions and steps deemed by any such Authorized Officer to be necessary or desirable to the develop, file and prosecute to confirmation of a chapter 11 plan and related disclosure statement;

RESOLVED, that the Amendment to the Amended and Restated Operating Agreement, attached hereto as <u>Exhibit A</u> (the "**Amendment**"), is approved in all respects and the Authorized Officers be, and each of them is, hereby authorized to execute the Amendment on behalf of the Company as the Manager; and

RESOLVED, that any and all actions heretofore taken by any Authorized Officer or the directors of the Company in the name and on behalf of the Company in furtherance of the purpose and intent of any or all of the foregoing resolutions be, and hereby are, ratified, confirmed, and approved in all respects.

*[Signature page follows]*

IN WITNESS WHEREOF, the undersigned has duly executed this Consent as of September 16, 2020.

MANAGER:

NRD CAPITAL MANAGEMENT II, LLC

By: _____
Name: Aziz Hashim
Title:  Managing Member

*SIGNATURE PAGE TO CONSENT OF*
*MANAGER OF RTI HOLDING COMPANY, LLC*

# EXHIBIT A

**AMENDMENT TO**
**AMENDED & RESTATED OPERATING AGREEMENT**
**OF**
**RTI HOLDING COMPANY, LLC**

This Amendment to Operating Agreement (this "<u>Amendment</u>") of RTI Holding Company, a Delaware limited liability company (the "<u>Company</u>"), is entered into effective September 16, 2020, by NRD Capital Management II, a Delaware limited liability company (the "<u>Manager</u>"), RTI Investment Company, LLC, a Delaware limited liability company, Strategic Financial Intermediation II, LLC, a Delaware limited liability company, and NRD RT Holdings LLC, a Delaware limited liability company (collectively, the "<u>Members</u>"), to amend the Amended & Restated Operating Agreement of the Company dated December 21, 2017, (the "<u>Operating Agreement</u>").

**R E C I T A L S**

A.      RTI Investment Company, LLC, Strategic Financial Intermediation II, LLC and NRD RT Holdings LLC are the sole Members of the Company under the Operating Agreement;

B.      NRD Capital Management II, LLC, is the sole Manager of the Company under the Operating Agreement;

C.      Section 13.09 of the Operating Agreement authorizes the amendment of the Operating Agreement by a written instrument executed by the Manager, on behalf of the Company, and the Members; and

D.      The Company and Members now desire to amend certain provisions of the Operating Agreement as set forth herein.

**A G R E E M E N T**

**NOW, THEREFORE,** the Company hereby agrees and consents to the following:

1.      <u>Amendment</u>.  The Operating Agreement shall be amended and restated to add the following as Section 13.19, which shall read in its entirety as follows:

**Section 13.19 Bankruptcy or Dissolution of a Member**.  The happening of an event specified in Section 18-304(1) of the Delaware Act with respect to a Member shall not cause such person to cease to be a Member of the Company and, notwithstanding the happening of any such event, such person shall continue to have all of the rights and powers of a Member of the Company under applicable law.  Neither the bankruptcy nor dissolution of a Member shall cause a dissolution of the Company.  If any Member ceases to be a Member for any reason, the business of the Company shall be continued by the remaining Member or Members, provided, however, if there are no remaining Members, the successor in interest to the last remaining Member may elect to continue the business.

2.      <u>Full Force and Effect</u>.  The Operating Agreement shall remain in full force and effect as amended above.  Unless the context otherwise requires, any other document or

agreement that refers to the Operating Agreement shall be deemed to refer to the Operating Agreement, giving effect to this Amendment (and any other amendments to the Operating Agreement made from time to time pursuant to its terms).

3.    <u>Successors and Assigns</u>.  This Amendment shall inure to the benefit of and be binding upon the successor(s) and assign(s) of the party hereto.

4.    <u>Governing Law</u>.  This Amendment shall be governed by and construed in accordance with the internal laws of the State of Delaware, without regard to the principles of conflicts of laws.

*[Signature page follows]*

The undersigned hereby agree, acknowledge and certify that the foregoing constitutes an amendment to the Operating Agreement adopted by the Company and the Members as of the date first set forth above.

**COMPANY**:

**RTI HOLDING COMPANY, LLC**
By: NRD Capital Management II, LLC, its Manager

By: _____
   Name:  Aziz Hashim
   Title:   Managing Member

**MEMBERS**:

**RTI INVESTMENT COMPANY, LLC**
By: NRD Capital Management II, LLC, its Manager

By: _____
   Name:  Aziz Hashim
   Title:   Managing Member

**STRATEGIC FINANCIAL INTERMEDIATION II, LLC**

By: _____
   Name:  Aziz Hashim
   Title:   Manager

**NRD RT HOLDINGS LLC**

By: _____
   Name:  Aziz Hashim
   Title:   Manager

*[Signature page to Amendment to Amended & Restated Operating Agreement of RTI Holding Company, LLC]*

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name  RTI Holding Company, LLC, *et al.*

United States Bankruptcy Court for the: _____ District of  Delaware
(State)

Case number (If known): _____ 20-_____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 50 Largest Unsecured Claims and Are Not Insiders (on a Consolidated Basis)    12/15

A list of creditors holding the 50 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 50 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | National Retail Properties, LP 450 S. Orange Ave. Ste. 900 Orlando, FL 32801 | Josh Lewis Tel: 407-650-3695 Email: josh.lewis@nnnreit.com | Rent | Unliquidated | | | $11,581,000.00 |
| 2 | ZionsBancorporation, N.A. dba California Bank & Trust 2399 Gateway Oaks Dr., Ste. 110 Sacramento, CA 95833 | Ronald Won Email: Ronald.won@calbt.com | PPP Loan | Contingent | | | $10,000,000.00 |
| 3 | Quadre Investments L.P. c/o Tyler Dillard Andersen, Tate & Carr, P.C. 1960 Satellite Blvd. Ste. 4000 Duluth, GA 30097 | Tyler Dillard Andersen, Tate & Carr P.C. Tel: 678-518-6850 Email: tdillard@atclawfirm.com | Litigation Claimant; damages arising from purchase/sale of security Subject to subordination pursuant to Bankruptcy Code § 510 | Unliquidated Disputed | | | $8,400,000.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 4 Times Square Tower Associates LLC c/o Boston Properties, Inc. 599 Lexington Ave. Ste. 1800 New York, NY 10022 | Robert E. Selsam, SVP Email: akaplan@bostonproperties.com | Rent | Unliquidated | | | $4,333,768.00 |
| 5 Marguerite Duffy* **[Address Redacted]** | Email: margueriteduffy@comcast.net | Pensioner: Executive Nonqualified "Top Hat" Plan Benefit Claim | Contingent | | | $3,436,466.00 |
| 6 Robert LeBoeuf* **[Address Redacted]** | Email: paddleboeuf@gmail.com | Pensioner: Executive Nonqualified "Top Hat" Plan Benefit Claim | Contingent | | | $3,273,564.00 |
| 7 Interstate Augusta Properties LLC c/o S.R. Weiner & Associates, Inc. 33 Boylston St. Chestnut Hill, MA 02467 | Cheryl Rondeau Tel: 617-232-8900 | Rent | Unliquidated | | | $2,896,885.00 |
| 8 Kimberly Grant* **[Address Redacted]** | Email: ksgrant14@gmail.com | Pensioner: Executive Nonqualified "Top Hat" Plan Benefit Claim; | Contingent | | | $2,655,842.00 |
| 9 Robert McClenagan Jr.* **[Address Redacted]** | Email: robertmcclenagan1976@gmail.com | Pensioner: Executive Nonqualified "Top Hat" Plan Benefit Claim; Management Nonqualified "Top Hat" Plan Benefit Claim | Contingent | | | $2,511,769.00 |
| 10 Bennett Partners, LLLP 4301 Post Road Cumming, GA 30040 | Michael Bennett Tel: 404-771-5454 Email: mbmcpa1@comcast.net | Rent | Unliquidated | | | $2,436,544.00 |
| 11 P&M Investment Company, LLC 2 Buckland Abbey Nashville, TN 37215 | Peter Park Email: wcpark@comcast.net | Rent | Unliquidated | | | $2,353,392.00 |
| 12 Wendover ZS LLC 130 Breezy Pent Dr. Yorktown, VA 23692 | Hassan A. Hassan Email: Hahassan35@gmail.com | Rent | Unliquidated | | | $2,324,542.00 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 13 | Burnett Family Trust Dated 03-07-2005 501 E. Avenida San Juan San Clemente, CA 92672 | Barry Burnett Email: barry@barryburnett.net | Rent | Unliquidated | | | $2,322,392.00 |
| 14 | Holyoke Mall Company, LP Attn: Management Division The Clinton Exchange Four Clinton Square, Syracuse, NY 13202-1078 | Gail Hamilton Email: gailhamilton@pyramidmg.com | Rent | Unliquidated | | | $2,219,695.00 |
| 15 | Nicolas Ibrahim* **[Address Redacted]** | Tel: 301-299-1816 | Pensioner: Executive Nonqualified "Top Hat" Plan Benefit Claim | Contingent | | | $2,140,828.00 |
| 16 | Mesa Clemmons, LLC 5414 Merriam St. Bethesda, MD 20814 | Adrienne Hedman Email: hedmanmarcia@gmail.com Email: ashedmanid@gmail.com | Rent | Unliquidated | | | $2,131,041.00 |
| 17 | Avenues Mall, LLC c/o MS Management 225 West Washington St. Indianapolis, IN 46204-3438 | Ken Baren Email: klavy@simon.com Email: Ken.baren@simon.com | Rent | Unliquidated | | | $2,084,014.00 |
| 18 | Myra C. Clark P.O. Box 1184 Seymour, TN 37865 | Tel: 865-591-9581 [ Email: ke4tto@aol.com | Rent | Unliquidated | | | $2,042,248.00 |
| 19 | Parkway Lodging Realty, LLC 399 Monmouth St. East Windsor, NJ 08520 | Wilentz Goldman & Spitzer PA Illiard C Shih, Esq. – Tel: 732-855-6016 | Rent | Unliquidated | | | $2,032,366.00 |
| 20 | Allen Kushynski, Trustee of the Kushynski Family Trust 4835 Mary Ellen Ave. Sherman Oaks, CA 91423 | Tel: 818-731-7286 | Rent | Unliquidated | | | $2,028,887.00 |
| 21 | CGI 3 LP (fka RT Beaufort, LLC) 11302 Seda Pl. San Diego, CA 92124 | James Wachtler Tel: 619-723-4332 Email: mhaller1@san.rr.com | Rent | Unliquidated | | | $1,977,877.00 |
| 22 | French Associates I, LLC One American Square, Ste. 1800 Indianapolis, IN 46282-0008 | Bill French Email: bill.french@cushwake.com | Rent | Unliquidated | | | $1,953,454.00 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 23 | Grand IX Ventures, LLC 1078 Riverbend Dr. Advance, NC 27006 | Tel: 336-408-9631 Email: DVL545@yahoo.com | Rent | Unliquidated | | | $1,953,454.00 |
| 24 | The Nicholson Trust Agreement dated October 1, 1990 26914 Avenue 140 Porterville, CA 93257 | David V. Liner Tel: 569-333-0611 Email: dnicholson@ocsnet.net Email: kevin@centralcacommercial.com | Rent | Unliquidated | | | $1,953,454.00 |
| 25 | Affinity9 Realty, LLC 6618 Weston Circle East Dublin, OH 43016 | Tel: 614-804-3329 | Rent | Unliquidated | | | $1,917,237.00 |
| 26 | Sycamore Springs LLC 4833 Green Valley Dr. High Ridge, MO 63049 | Tony Stieren Email: tstieren@aol.com | Rent | Unliquidated | | | $1,872,386.00 |
| 27 | Vestar-CPT Tempe Marketplace LLC 2425 East Camelback Rd. Ste. 750 Phoenix, AZ 85016 | Angela Manca Tel: 480-966-9338 | Rent | Unliquidated | | | $1,856,095.00 |
| 28 | TAU South LLC (fka CNL Funding 2000-A, L) c/o Realty Income Corp Bldg. ID 3960 11995 El Camino Real San Diego, CA 92130 | Email: notices@realtyincome.com | Rent | Unliquidated | | | $1,790,952.00 |
| 29 | Crossgates Mall Company Newco LLC c/o The Clinton Exchange 4 Clinton Square Syracuse, NY 13202 | Email: crossgatesmallla@pyramidrng.com | Rent | Unliquidated | | | $1,780,360.00 |
| 30 | Hamilton Mall Realty LLC c/o Namco Realty LLC 150 Great Neck Rd. Ste. 304 Great Neck, NY 11021 | Tel: 609-646-6392 Email: judy@shophamilton.com | Rent | Unliquidated | | | $1,721,542.00 |
| 31 | Oakdale Mall II LLC c/o Spinoso Real Estaste Group, LLC 112 Northern Concourse North Syracuse, NY 13212 | Email: oakdaleleaseadmin@spinosoreg.com | Rent | Unliquidated | | | $1,718,218.00 |
| 32 | Papazian Sherman Way LLC Attn: Herbert Papazian 20001 Halstead St. Chatsworth, CA 91311 | Herbert Papazian Email: wcplatts@att.net | Rent | Unliquidated | | | $1,704,833.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 33  Lanham LLLP C/O NAI  The Michael Companies Inc. 10100 Business Pkwy Lanham, MD 20706 | Tel:  301-459-4400 | Rent | Unliquidated | | | $1,699,136.00 |
| 34  HaiYang, Inc. 1526 Sandybrook Ln. Wake Forest, NC 27587 | Maggie Quan mquan@trademarkproperties.com | Rent | Unliquidated | | | $1,679,157.00 |
| 35  RT Orlando Investment, LLC 1665 Washington Ave. 4th Flr. Miami Beach, FL 33139 | Tel:  626-286-7269 Email:  mar282@yahoo.com | Rent | Unliquidated | | | $1,672,778.00 |
| 36  PMP Properties 3526 S. Tamarack St. Visalia, CA 93277 | Email:  sueann1226@aol.com | Rent | Unliquidated | | | $1,651,557.00 |
| 37  RPAI Worcester Lincoln Plaza LLC Attn:  President, Eastern Division 2021 Spring Rd. Ste. 200 Oak Brook, IL 60523 | Tel:  860-761-2465 | Rent | Unliquidated | | | $1,641,528.00 |
| 38  PBM Cape Coral RT, LLC 257 Crabapple Rd. Manhasset, NY 11030 | Tel:  917-817-1875 | Rent | Unliquidated | | | $1,621,560.00 |
| 39  AHGIE, LLC Attn:  Han Oh, Manager 3050 Patuxent Overlook Ct. Ellicott City, MD 21042 | Han Oh Email:  hanoh_md@hotmail.com | Rent | Unliquidated | | | $1,620,293.00 |
| 40  Paul & Heinrich Aberle 4589 Regalo Bello St. Las Vegas, NV 89135 | Tel:  702-247-4353 | Rent | Unliquidated | | | $1,598,281.00 |
| 41  Northeast Properties, LLC P.O. Box 1685 Jacksonville, NC 28541 | John P. Marshall, Esq. White & Allen, P.A. Tel:  252-527-8000 Email:  jmarshall@whiteandallen.com | Rent | Unliquidated | | | $1,598,281.00 |
| 42  Amnon Shreibman P.O. Box 177 519 Mable Mason Cove Lavergne, TN 37086 | Tel:  615-465-6019 Email:  david@thompsonburton.com | Rent | Unliquidated | | | $1,598,281.00 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 43 | The Marshall Family Trust dated February 14, 2000 5724 E. Crest De Ville Ave. Orange, CA 92856 | Tel: 714-637-3322 | Rent | Unliquidated | | | $1,598,281.00 |
| 44 | Lusavi Pagosa, LLC Attn: Matthew Mousavi 610 Newport Center Dr. Ste. 1500 Newport Beach, CA 92660 | Email: Matthew.mousavi@srsre.com | Rent | Unliquidated | | | $1,598,281.00 |
| 45 | Macerich Deptford LLC Attn: Legal Dept. 401 Wilshire Blvd. Ste. 700 Santa Monica, CA 90401 | Tel: 310-394-6000 | Rent | Unliquidated | | | $1,567,843.00 |
| 46 | Buffalo-Bloomfield Assoc, LLC Attn: Legal Dept. 7978 Cooper Creek Blvd. Ste. 100 University Park, FL 34201 | Tel: 716-886-0211 | Rent | Unliquidated | | | $1,562,364.00 |
| 47 | J Artson, LLC 401 Chathan Square Office Park Fredericksburg, VA 22405 | Tel: 540-371-8976, Ext. 12 | Rent | Unliquidated | | | $1,539,873.00 |
| 48 | Denny L. Kagasoff Revocable Trust 4150 Chestnut Ave. Long Beach, CA 90807 | Tel: 310-428-8686 Email: denny@dennykagasoff.com | Rent | Unliquidated | | | $1,435,816.00 |
| 49 | DATO Food Group RT, LLC Attn: Daniel Pascale P.O. Box 129 Willow Springs, IL 60480 | Daniel Pascale Email: danielpascale69@msn.com | Rent | Unliquidated | | | $1,420,697.00 |
| 50 | South Riding Owner, LLC P.O. Box 310300 Property 262810 Des Moines, IA 50331 | Email: kgomes@rappaportco.com | Rent | Unliquidated | | | $1,399,175.00 |

*Personal addresses of individual pension claimants have been redacted

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| RTI HOLDING COMPANY, LLC | Case No. 20-_____ (___) |
| Debtor. | |

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned authorized officer of the above-captioned Debtor, certifies that the following is a corporation other than the Debtor, or a governmental unit, that directly or indirectly owns 10% or more of any class of the corporation's equity interests, or states that there are no entities to report under FRBP 7007.1.

☐None [*check if applicable*]

| | |
|---|---|
| Name: | RTI Investment Company, LLC |
| Address: | 4170 Ashford Dunwoody Road, Suite 390 |
| | Atlanta, GA 30319 |
| Name: | Strategic Financial Intermediation II, LLC |
| Address: | 4170 Ashford Dunwoody Road, Suite 390 |
| | Atlanta, GA 30319 |
| Name: | NRD RT Holdings, LLC |
| Address: | 4170 Ashford Dunwoody Road, Suite 390 |
| | Atlanta, GA 30319 |

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| RTI HOLDING COMPANY, LLC | Case No. 20-_____ (___) |
| Debtor. | |

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case:

| Name and Last Known Address or Place of Business of Holder | Security Class | Percentage |
|---|---|---|
| RTI Investment Company, LLC 4170 Ashford Dunwoody Road, Suite 390 Atlanta, GA 30319 | Common (Voting) | 100% |
| Strategic Financial Intermediation II, LLC 4170 Ashford Dunwoody Road, Suite 390 Atlanta, GA 30319 | Preferred | 100% |
| NRD RT Holdings, LLC 4170 Ashford Dunwoody Road, Suite 390 Atlanta, GA 30319 | Common (Non-Voting) | 100% |

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| RTI HOLDING COMPANY, LLC, | Case No. 20-_____ (___) |
| Debtor. | |

## CERTIFICATION OF CREDITOR MATRIX

       Pursuant to Rule 1007-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware, the above captioned debtor and its affiliated debtors in possession (collectively, the "Debtors")[1] hereby certify that the *Creditor Matrix* submitted herewith contains the names and addresses of the Debtors' creditors. To the best of the Debtors' knowledge, the *Creditor Matrix* is complete, correct, and consistent with the Debtors' books and records.

       The information contained herein is based upon a review of the Debtors' books and records as of the petition date. However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the *Creditor Matrix* have been completed. Therefore, the listing does not, and should not, be deemed to constitute: (1) a waiver of any defense to any listed claims; (2) an acknowledgement of the allowability of any listed claims; and/or (3) a waiver of any other right or legal position of the Debtors.

---

**Fill in this information to identify the case:**

Debtor name    **RTI Holding Company, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 50 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☑ Other document that requires a declaration    List of Equity Security Holders, Corporate Ownership Statement, and Certification of Creditor Matrix

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    October 7, 2020          X _____
                                          Signature of individual signing on behalf of debtor

                                          **Aziz Hashim**
                                          Printed name

                                          **Managing Member of Manager, NRD Capital Management II, LLC**
                                          Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy