# EXHIBIT A

# Ruby Tuesday

