**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

In Re:                      Chapter _____

                              Case No. ____-_____ (_____)

**GOVERNMENT ATTORNEY CERTIFICATION**

     Pursuant to the requirement of Local Rule 9010-1(e) for admittance of Government counsel to represent the United States of America (or any officer or agency thereof) or any state or local government (or any officer or agency thereof), the undersigned counsel hereby certifies the following in order to satisfy the requirement to appear to represent_____

in this action: I am admitted to practice law in __(court(s))

_____

I am in good standing in all jurisdictions to which I have been admitted; and, further, I consent to be bound by the Local Rules of the Bankruptcy Court-District of Delaware and submit to the jurisdiction of this court for disciplinary purposes.

                              _____*Carol Momjian*_____

                              Agency/Organization

                              Name:

                              Address:

                              Phone:

                              Email: