# EXHIBIT B-1

## EXHIBIT B-1

### (Rejected Leases)

| Lessor Name | Lessor Address | Debtor Lessee | Property Address | Rejection Date |
|---|---|---|---|---|
| 1803 Pikes, LLC, as successor interest to Durham Properties, LLC | 1803 Pikes, LLC 1188 Willis Avenue, #309 Albertson, NY 11507 Durham Properties, LLC 129 College Drive Hammond, LA 70401<br><br>Matt Vitart, Esq. Jason E. Weeks, Esq. Randall, Segrest, Weeks & Reeves, PLLC 1030 Northpark Drive Ridgeland, MS 39157 | Ruby Tuesday, Inc. | 4819 McComb 1803 PIKES POINT PLACE MCCOMB, MS 39648 | OCTOBER 7, 2020 |
| 195 ASSOCIATES LLC | 195 ASSOCIATES LLC 1414 ATWOOD AVENUE C/O CARPIONATO PROPERTIES JOHNSTON, RI 02919 | Ruby Tuesday, Inc. | 4628 Johnston 1386 ATWOOD AVENUE JOHNSTON, RI 02919 | OCTOBER 7, 2020 |
| 2015 Wesel Boulevard, LLC | 2015 Wesel Boulevard, LLC Attn: Robert Bricker 10912 Hartle Drive Hagerstown, MD 21742<br><br>Zachary J. Kieffer, Esq. Zachary J. Kieffer, LLC 19405 Emerald Square Suite 2100, Office 202 Hagerstown, MD 21742 | Ruby Tuesday, Inc. | 3698 Hagerstown 1645 WESEL BOULEVARD HAGERSTOWN, MD 21740 | OCTOBER 7, 2020 |
| 2017 ULSTER LLC | 2017 ULSTER LLC 104 NATIVA CIRCLE NORTH PALM BEACH, FL 33410 | Ruby Tuesday, Inc. | 4216 Ulster 1266 ULSTER AVE. KINGSTON, NY 12401 | OCTOBER 7, 2020 |
| 2500 McKenzie, LLC | 2500 McKenzie, LLC c/o Geneva Management LLC 1801 SW 3rd Ave, Suite 500 Miami, FL 33129<br><br>James B. Pittman, Jr., Esq. James B. Pittman, Jr., P.C. 2102 U.S. Highway 98 PO Box 2525 Daphne, AL 36526 | Ruby Tuesday, Inc. | 3136 Foley 2500 SOUTH MCKENZIE STREET FOLEY, AL 36535 | OCTOBER 7, 2020 |

DOCS_LA:332565.2

| Lessor Name | Lessor Address | Debtor Lessee | Property Address | Rejection Date |
|---|---|---|---|---|
| 30 West Pershing, LLC, as successor in interest to National Amusements, Inc. | 30 West Pershing, LLC<br>909 Walnut St., Suite 200<br>Kansas City, MO 64106<br><br>30 West Pershing, LLC<br>c/o EPR Properties<br>P.O. Box 870631<br>Kansas City, MO 64187 | RT Detroit Franchise, LLC<br><br>Ruby Tuesday, Inc. | 7581<br>15 Mi-Van Dyke<br>35500 VAN DYKE AVENUE<br>STERLING HEIGHTS, MI 48312 | OCTOBER 7, 2020 |
| 724 R202 Associates, LLC, a New Jersey limited liability company | 724 R202 Associates, LLC<br>c/o Steiner Equities Group, LLC<br>75 Eisenhower Parkway<br>Roseland, NJ 07068-1696 | Ruby Tuesday, Inc. | 4197<br>Bridgewater Towne Center<br>754 RT 202<br>BRIDGEWATER, NJ 8807 | OCTOBER 7, 2020 |
| 81 LAND CO. LLC | 81 LAND CO. LLC<br>ATTN LAWERENCE CHAMBERLON COMPTROLLER<br>7911 BREWERTON ROAD<br>CICERO, NY 13039 | Ruby Tuesday, Inc. | 5244<br>Watertown<br>1290 ARSENAL STREET<br>WATERTOWN, NY 13601 | OCTOBER 7, 2020 |
| A.I. Corte, Jr., Family LP, as successor in interest to A.I. Corte, Jr. | A.I. Corte, Jr., Family LP<br>c/o L.W. Cave Real Estate, Inc.<br>One Maison<br>3800 Airport Blvd., Suite 201<br>Mobile, AL 36608 | Ruby Tuesday, Inc. | 3634<br>Fairhope<br>901 FAIRHOPE AVE.<br>FAIRHOPE, AL 36532 | OCTOBER 7, 2020 |
| Adam Roe Farmer and Jordan Nicole Farmer, as Trustees of the Family Trust of Adam Roe Farmer and Jordan Nicole Farmer dated December 27, 2016, as successor to OREOF 2017 Ruby LLC | Adam Roe Farmer<br>Jordan Nicole Farmer<br>44628 Kornell Street<br>Temecula, CA 92592 | Ruby Tuesday, Inc. | 4652<br>Commerce<br>167 STEVEN B. TANGER BLVD.<br>COMMERCE, GA 30529 | OCTOBER 7, 2020 |
| Affinity9 Realty LLC | Affinity9 Realty LLC<br>Attn: Jaynul Dewani, Managing Member<br>6618 Weston Circle East<br>Dublin, OH 43016<br><br>Akhil M. Patel, Esq.<br>6055 Tain Drive, Suite 200<br>Dublin, OH 43017 | Ruby Tuesday, Inc. | 4446<br>Powell - Orange Township<br>8753 OWENFIELD DR.<br>POWELL, OH 43065 | OCTOBER 7, 2020 |
| AHGIE, LLC, as successor-in-interest to OREOF 2017 Ruby LLC | AHGIE, LLC<br>Attn: Han Oh, Manager<br>3050 Patuxent Overlook Court<br>Ellicott City, MD 21042 | Ruby Tuesday, Inc. | 4478<br>North Lite<br>2461 WONDER DRIVE NE<br>KANNAPOLIS, NC 28083 | OCTOBER 7, 2020 |

DOCS_LA:332565.2

| Lessor Name | Lessor Address | Debtor Lessee | Property Address | Rejection Date |
|---|---|---|---|---|
| Alabaster RT Freestanding, LLC, as successor to Orion — NRD l'uby JV LLC | Alabaster RT Freestanding, LLC 201 ALLEN RD STE 300 ATLANTA, GA 30328<br><br>IPet Properties, LLC 11057 Rosecrans Ave. Norwalk, CA 90650<br><br>Simon V. Bakaric Esq. Associate General Counsel Newburger Andes & Co. 201 Allen Rd. Suite 300 Atlanta, GA  30328 | Ruby Tuesday, Inc. | 4902 Alabaster 710 COLONIAL PROMENADE PARKWAY ALABASTER, AL 35007 | OCTOBER 7, 2020 |
| Allen Kushkynski, as Trustee of the Kushynski Family Trust Agreement Dated November 28, 1988 and Miriam Cywan, a Trustee of the Miriam Cywan and Jay Ingram Cywan Family Trust Agreement Dated December 4, 2002 | Allen Kushynski Miriam Cywan 4835 Mary Ellen Avenue Sherman Oaks, CA 91423 | RT St. Louis Franchise, LLC<br><br>Ruby Tuesday, Inc. | 7467 Collinsville 604 N. BLUFF ROAD COLLINSVILLE, IL 62234 | OCTOBER 7, 2020 |
| ALPHA LAND PARTNERS LP | ALPHA LAND PARTNERS LP C/O VILLAGE PROPERTIES OPER 940 EMMETT AVE SUITE 200 BELMONT CA 94002 | Ruby Tuesday, Inc. | 3638 Alpharetta 6055 NORTH POINT PARKWAY ALPHARETTA, GA 30022 | OCTOBER 7, 2020 |
| AMALGAMATED FINANCIAL GROUP VIII LP | AMALGAMATED FINANCIAL GROUP VIII LP 1414 ATWOOD AVENUE JOHNSTON RI 02919 | Ruby Tuesday, Inc. | 3635 Attleboro 287 WASHINGTON STREET ATTLEBORO, MA 2703 | OCTOBER 7, 2020 |
| AMERCO REAL ESTATE COMPANY INC. | AMERCO REAL ESTATE COMPANY INC. 2727 NORTH CENTRAL AVE PHOENIX AZ 85004 | Ruby Tuesday, Inc. | 4527 Greenwood 262 BYPASS 72 NW GREENWOOD, SC 29649 | OCTOBER 7, 2020 |
| Amnon Shreibman as successor-in-interest to OREOF 2017 Ruby LLC | Amnon Shreibman P.O. Box 177 519 Mable Mason Cove Lavergne, TN 37086<br><br>Justin T. Campbell, Esq. Thompson Burton PLLC 6100 Tower Circle, Suite 200 Franklin, TN 37067 | Ruby Tuesday, Inc. | 4956 Smyrna 2675 HIGHWOOD BLVD. SMYRNA, TN 37167 | OCTOBER 7, 2020 |

DOCS_LA:332565.2

| Lessor Name | Lessor Address | Debtor Lessee | Property Address | Rejection Date |
|---|---|---|---|---|
| ARC CAFEHLD001 LLC | ARC CAFEHLD001 LLC<br>PO BOX 29650<br>DEPT 880044 ID 081271<br>PHOENIX AZ 85038 | RT Orlando Franchise, LP<br><br>Ruby Tuesday, Inc. | 2143<br>Kirkman Corners<br>3875 KIRKMAN RD.<br>ORLANDO, FL 32811 | OCTOBER 7, 2020 |
| Ascons Corp. | Acsons Corp.<br>980 North Federal Highway<br>Boca Raton, FL 33432<br><br>Compson Development<br>2465 Ridge Road West<br>Rochester, NY 14626 | RT New York Franchise, LLC<br><br>Ruby Tuesday, Inc. | 7478<br>Greece<br>2525 WEST RIDGE ROAD<br>ROCHESTER, NY 14626 | OCTOBER 7, 2020 |
| ATLANTIC CITY ASSOCIATES LLC | ATLANTIC CITY ASSOCIATES LLC<br>C/O TANGER PROPERTIES LP<br>ATTN: LEGAL DEPT<br>3200 NORTHLINE AVE, STE 360<br>GREENSBORO NC 27408<br><br>ATLANTIC CITY ASSOCIATES LLC<br>PO BOX 417340<br>BOSTON MA 02241 | Ruby Tuesday, Inc. | 4981<br>Atlantic City<br>2100 ATLANTIC AVENUE<br>ATLANTIC CITY, NJ 8401 | OCTOBER 7, 2020 |
| Avenues Mall, LLC | Avenues Mall, LLC<br>c/o M.S. Management Associates, Inc.<br>225 West Washington Street<br>Indianapolis, Indiana 46204-3438<br><br>Avenues Mall, LLC<br>c/o HEITMAN<br>Attn: Lauren D. Hogan, VP<br>191 North Wacker Drive, Suite 2500<br>Chicago, Illinois 60606<br><br>Avenues Mall, LLC<br>c/o CBL & Associates, Inc.<br>Attn: Charles B. Lebovitz<br>CBL Center, Suite 500<br>2030 Hamilton Place Blvd.<br>Chattanooga, TN 37421-6000<br><br>CHRISTINE MCKENNA, ESQ.<br>MCKENNA, MCCAUSLAND & MURPHY, P.A.<br>3020 NE 32nd Ave., Suite 304<br>Ft. Lauderdale, Florida 33308 | Ruby Tuesday, Inc. | 2702<br>The Avenues<br>10300 SOUTHSIDE BOULEVARD, #242<br>JACKSONVILLE, FL 32256 | OCTOBER 7, 2020 |
| AVG PARTNERS I LLC | AVG PARTNERS I LLC<br>9595 WILSHIRE BLVD STE 700<br>BEVERLY HILLS, CA 90212 | Ruby Tuesday, Inc. | 7145<br>Melrose Park<br>851 W North Avenue<br>Melrose, IL 60160 | OCTOBER 7, 2020 |

DOCS_LA:332565.2

| Lessor Name | Lessor Address | Debtor Lessee | Property Address | Rejection Date |
|---|---|---|---|---|
| Battlefield Mall, LLC | Battlefield Mall, LLC<br>225 West Washington Street<br>Indianapolis, IN 46204-3438<br><br>Douglas S. Evans, Esq.<br>Evans & Green LLP<br>1615 S. Ingram Mill Road, Building F<br>P.O. Box 10545<br>Springfield, MO 65808-0545 | RT Western Missouri Franchise, LLC<br><br>Ruby Tuesday, Inc. | 7885 Springfield<br>2825 SOUTH GLENSTONE AVENUE<br>SPRINGFIELD, MO 65804 | OCTOBER 7, 2020 |
| BDG Commack, LLC | BDG COMMACK LLC<br>C/O BLUMENFELD DEVELOPMENT GROUP LTD<br>300 ROBBINS LANE<br>SYOSSET, NY 11791<br><br>Kenneth E. Aneser, Esq.<br>Rosenberg Calica & Birney LLP<br>100 Garden City Plaza, Suite 408<br>Garden City, NY 11530 | RT Long Island Franchise, LLC<br><br>Ruby Tuesday, Inc. | 2208 Commack<br>6330 JERICHO TURNPIKE<br>COMMACK, NY 11725 | OCTOBER 7, 2020 |
| Bear Necessity LLC | Bear Necessity LLC<br>1330 Neptune Ave<br>Leucadia, CA 92024<br><br>Roger Slade, Esq.<br>Garrett J. Monteagudo, Esq.<br>Haber Law, PA<br>251 NW 23rd Street<br>Miami, FL 33127 | RT Tampa Franchise, LP<br><br>Ruby Tuesday, Inc. | 7148 Citrus Park<br>6254 GUNN HWY<br>TAMPA, FL 33625 | OCTOBER 7, 2020 |
| BEAR NECESSITY, LLC | BEAR NECESSITY, LLC<br>CENTER STATE BANK #256000060<br>12285 S ORANGE BLOSSOM TRAIL<br>ORLANDO, FL 32837 | RT Orlando Franchise, LP<br><br>Ruby Tuesday, Inc. | 7117 Southchase<br>13145 S. ORANGE BLOSSOM TRAIL<br>ORLANDO, FL 32837 | OCTOBER 7, 2020 |
| BECK 15075 LLC | BECK 15075 LLC<br>NAZIR JAWICH<br>40500 ANN ARBOR RD., STE 105LL<br>PLYMOUTH MI 48170<br><br>DEMCO XVIII LLC<br>GARY D. ROBERTS<br>45501 HELM STREET<br>PLYMOUTH MI 48170 | RT Detroit Franchise, LLC<br><br>Ruby Tuesday, Inc. | 7630 Plymouth<br>15075 BECK ROAD<br>PLYMOUTH, MI 48170 | OCTOBER 7, 2020 |

DOCS_LA:332565.2

| Lessor Name | Lessor Address | Debtor Lessee | Property Address | Rejection Date |
|---|---|---|---|---|
| Bennett Partners, L.L.L.P., as successor in interest to TMT33, LLC | Bennett Partners, L.L.L.P.<br>4301 Post Road<br>Cumming, GA 30040<br><br>Derek J. Krebs<br>Holt Ney Zatcoff & Wasserman, LLP<br>100 Galleria Parkway, Suite 1800<br>Atlanta, GA 30339-5960<br><br>Derek J. Krebs, Esq.<br>Holt Ney Zatcoff & Wasserman, LLP<br>100 Galleria Parkway, Suite 1800<br>Atlanta, GA 30339 | Ruby Tuesday, Inc. | 4845<br>Dawsonville<br>796 HIGHWAY 400 SOUTH<br>DAWSONVILLE, GA 30534 | OCTOBER 7, 2020 |
| BIDDEFORD PLAZA LLC | BIDDEFORD PLAZA LLC<br>13 RIVERS EDGE DR.<br>KENNEBUNK, ME 04043 | Ruby Tuesday, Inc. | 7209<br>Biddeford<br>45 BOULDER WAY<br>BIDDEFORD, ME 4005 | OCTOBER 7, 2020 |
| BIRCHWOOD MALL GENERAL GROWTH PROP | BIRCHWOOD MALL GENERAL GROWTH PROP<br>PO BOX 86, SDS 12 1381<br>MINNEAPOLIS MN 55486 | RT Michigan Franchise, LLC<br><br>Ruby Tuesday, Inc. | 7075<br>Port Huron<br>4280 24TH AVE.<br>FT. GRATIOT, MI 48059 | OCTOBER 7, 2020 |
| Biscayne Commons LLC | Biscayne Commons LLC<br>Attn: Irwin Tauber<br>9551 East Bay Harbor Drive<br>Bay Harbor Island, FL 33154 | Ruby Tuesday, Inc. | 6324<br>North Miami Beach<br>14831 BISCAYNE BLVD.<br>NORTH MIAMI BEACH, FL 33181 | OCTOBER 7, 2020 |
| Bonney's Corner Associates, L.L.P. | Bonney's Corner Associates, LLP<br>4701 Columbus Street, Suite 300<br>Virginia Beach, VA 23462 | Ruby Tuesday, Inc. | 4688<br>Kemps River Crossing<br>1250 FORDHAM DRIVE<br>VIRGINIA BEACH, VA 23464 | OCTOBER 7, 2020 |

| Lessor Name | Lessor Address | Debtor Lessee | Property Address | Rejection Date |
|---|---|---|---|---|
| BRE DDR CROCODILE SYCAMORE PLAZA LLC c/o DDR Corp. | BRE DDR CROCODILE SYCAMORE PLAZA LLC c/o DDR Corp. 3300 Enterprise Parkway Beachwood, OH 44122<br><br>BRE DDR CROCODILE SYCAMORE PLAZA LLC c/o DDR Corp. Attn: General Counsel 3300 Enterprise Parkway Beachwood, OH 44122<br><br>BRE DDR CROCODILE SYCAMORE PLAZA LLC PO BOX 932648 DEPT 101278 21441 58686 CLEVELAND OH 44193 | Ruby Tuesday, Inc. | 4454 Kenwood 7800 MONTGOMERY RD., SPC 14 CINCINNATI, OH 45236 | OCTOBER 7, 2020 |
| BRE MARINER MILESTONE PLAZA LLC | BRE MARINER MILESTONE PLAZA LLC C/O BRIXMOR PROP GROUP ATTN: GENERAL COUNSEL 450 LEXINGTON AVE, 13TH FLOOR NEW YORK, NY 10170<br><br>BRE MARINER MILESTONE PLAZA LLC C/O BRIXMOR PROP GROUP PO BOX 645344 CINCINNATI, OH 45264<br><br>BRE MARINER MILESTONE PLAZA LLC C/O BRIXMOR PROP GROUP ATTN: GENERAL COUNSEL 3440 PRESTON RIDGE RD. STE 425, BLDG 4 ALPHARETTA, GA 30005 | Ruby Tuesday, Inc. | 3781 Pelham Road 3609 PELHAM ROAD GREENVILLE, SC 29615 | OCTOBER 7, 2020 |

Page 7 of Exhibit B-1

| Lessor Name | Lessor Address | Debtor Lessee | Property Address | Rejection Date |
|---|---|---|---|---|
| BRE Tarpon Midpoint Center LLC, successor in interest to CNL Funding 2001-A, LP | BRE Tarpon Midpoint Center LLC c/o Brixmor Property Group Attn: Legal Department 420 Lexington Avenue, 7th Floor New York, NY 10170<br><br>BRE Tarpon Midpoint Center LLC c/o Brixmor Property Group Attn: Regional Counsel 3440 Preston Ridge Rd. Suite 425, Building 4 Alpharetta, GA 30005<br><br>Real Sub, LLC P.O. Box 32018 Lakeland, FL 33802<br><br>Lehn E. Abrams, Esq. Arnold, Matheny & Eagan, PA 605 E. Robinson St., Suite 730 Orlando, FL 32801 | RT Tampa Franchise, LP<br><br>Ruby Tuesday, Inc. | 7154 Cape Coral Midpoint 2514 SANTA BARBARA BLVD. CAPE CORAL, FL 33914 | OCTOBER 7, 2020 |
| Buffalo-Bloomfield Associates, LLC, successor in interest to Walden Avenue Blend-All Hotel Development, Inc. and FBBT Associates | Buffalo-Bloomfield Associates, LLC Attn: Legal Department 7978 Cooper Creek Blvd, Suite 100 University Park, FL 34201<br><br>Buffalo-Bloomfield Associates, LLC Attn: Lease Administration 570 Delaware Ave. Buffalo, NY 14202<br><br>Benderson Development Corp. Attn: Camille Sutton, Julie V. Colin, Sharon Alcom 570 Delaware Ave. Buffalo, NY 14202<br><br>Buffalo-Bloomfield Associates, LLC c/o Sullivan Hayes 10 Waterdown Drive, Suite 200 Farmington, CT 06032<br><br>John J. Ferriter, Esq. Ferriter & Ferriter LLC 1669 Northampton Street Holyoke, MA 01040 | Ruby Tuesday, Inc. | 4455 Bloomfield 848 COTTAGE GROVE ROAD BLOOMFIELD, CT 06002-2908 | OCTOBER 7, 2020 |

DOCS_LA:332565.2

| Lessor Name | Lessor Address | Debtor Lessee | Property Address | Rejection Date |
|---|---|---|---|---|
| Burnett Family Trust Dated 03-07-2005, a California Trust, as assignee of and successor in interest to Orion-NRD Ruby JV, LLC | Burnett Family Trust Dated 03-07-2005 Attn: Barry Burnett 501 E. Av. San Juan San Clemente, CA 92672 | Ruby Tuesday, Inc. | 5002 New Iberia 2813 HIGHWAY 14 NEW IBERIA, LA 70560 | OCTOBER 7, 2020 |
| CAFARO MGMT COMPANY | CAFARO MGMT COMPANY PO BOX 932400 MILLCREEK MALL CLEVELAND, OH 44193 | Ruby Tuesday, Inc. | 2851 Erie 700 MILLCREEK MALL ERIE, PA 16565 | OCTOBER 7, 2020 |
| CARLYLE SWANSEA PARTNERS LLC | CARLYLE SWANSEA PARTNERS LLC C/O CARLYLE DEV GROUP, INC. 2700 WESTCHESTER AVE, STE 303 PURCHASE, NY 10577<br><br>CARLYLE SWANSEA PARTNERS LLC PO BOX 823349 PHILADELPHIA, PA 19182<br><br>SWANSEA MALL ATTN: GENERAL MANAGER 262 SWANSEA MALL DR, SUITE 775 SWANSEA, MA 02777 | Ruby Tuesday, Inc. | 2839 Swansea 7070 SWANSEA MALL DRIVE SWANSEA, MA 2777 | OCTOBER 7, 2020 |
| Carousel Center Company LP | Carousel Center Company LP Manufacturers and Traders Trust Co. Attn: Gail Hamilton P.O. Box 8000, Dept. #692 Buffalo, NY 14267<br><br>Pyramid Management Group LLC Attn:  Property Manager The Clinton Exchange 4 Clinton Square Syracuse, NY 13202<br><br>Carousel Center Company LP M&T Bank P.O. Box 8000-Dept. No. 692 Buffalo, NY 14267<br><br>J. Michael Naughton, Esq. Young/Sommer LLC Crystal Run Newco LLC Executive Woods Five Palisades Drive Albany, NY 12205 | RT New York Franchise, LLC<br><br>Ruby Tuesday, Inc. | 7430 Syracuse 9613 CAROUSEL CENTER SYRACUSE, NY 13290 | OCTOBER 7, 2020 |

DOCS_LA:332565.2

| Lessor Name | Lessor Address | Debtor Lessee | Property Address | Rejection Date |
|---|---|---|---|---|
| CGI 3, L.P., as successor in interest to RT Beaufort, LLC | CGI 3, L.P.<br>11302 Seda Place,<br>San Diego, CA 92124<br><br>CGI 3, L.P.<br>1311 Minden Drive<br>San Diego, CA 92111<br><br>Jacob S. Barker, Esq.<br>Graybill Lansche & Vinzani, LLC<br>225 Seven Farms Drive, Suite 207<br>Charleston, SC 29492 | Ruby Tuesday, Inc. | 4160<br>Beaufort<br>346 ROBERT SMALLS PARKWAY<br>BEAUFORT, SC 29902 | OCTOBER 7, 2020 |
| CH Retail Fund I/Ft. Lauderdale Universal Plaza, L.L.C., as successor-in-interest to Woolbright Universal Plaza, Ltd. | CH Retail Fund I/Ft. Lauderdale Universal Plaza, L.L.C.<br>c/o Hybridge<br>Attn:  Donna Niles, Property Manager<br>119 N. 11th Street, Suite 300B<br>Tampa, FL 33602<br><br>CH Retail Fund I/Ft. Lauderdale Universal Plaza, L.L.C.<br>Attn: Asset Manager – Universal Plaza<br>3819 Maple Avenue<br>Dallas, TX 75219<br><br>Jeffrey S. Wertman, Esq.<br>Berger Singerman LLP<br>350 East Las Olas Blvd., 10th Floor<br>Fort Lauderdale, FL 33301 | RT South Florida Franchise, LP<br><br>Ruby Tuesday, Inc. | 7714<br>Universal Plaza<br>7736 W. COMMERCIAL BLVD.<br>LAUDERHILL, FL 33351 | OCTOBER 7, 2020 |
| Charles B. Marshall and Susan M. Marshall, as Co-Trustees of The Marshall Family Trust dated February 14, 2000, as successor to TMT33, LLC | Charles B. Marshall<br>Susan M. Marshall<br>5724 E. Crest De Ville Ave.<br>Orange, CA 92856 | RT Michigan Franchise, LLC<br><br>Ruby Tuesday, Inc. | 7043<br>Gaylord<br>499 DICKERSON ROAD<br>GAYLORD, MI 49735 | OCTOBER 7, 2020 |
| Charles S. Norwood, Jr. | Charles S. Norwood, JR.<br>Crawford-Norwood Realty<br>505-D N Spence Ave<br>Goldsboro, NC 27534<br><br>John P. Marshall, Esq.<br>White & Allen, P.A.<br>PO Box 3169<br>Kinston, NC 28502 | Ruby Tuesday, Inc. | 3373<br>Goldsboro<br>2609 NORTH PARK DRIVE<br>GOLDSBORO, NC 27534 | OCTOBER 7, 2020 |

DOCS_LA:332565.2

| Lessor Name | Lessor Address | Debtor Lessee | Property Address | Rejection Date |
|---|---|---|---|---|
| Chautauqua Mall, LLC, successor in interest to DeBartolo Capital Partnership | Chautauqua Mall, LLC c/o WP Glimcher Inc. Attn: General Counsel 180 East Broad Street Columbus, OH 43215<br><br>Washington Prime Management Associates, LLC c/o WP Glimcher Inc. Attn: Property Management 180 East Broad Street Columbus, OH 43215 | RT New York Franchise, LLC<br><br>Ruby Tuesday, Inc. | 7487 Lakewood 300 EAST FAIRMOUNT AVE. LAKEWOOD, NY 14750 | OCTOBER 7, 2020 |
| CHOP ACQUISITION LLC | CHOP ACQUISITION LLC PO BOX 846188 BOSTON MA 02284 | RT New Hampshire Restaurant Holdings, LLC Ruby Tuesday, Inc. | 4163 Nashua 275 AMHERST ST. NASHUA, NH 3063 | OCTOBER 7, 2020 |
| CIRCLE F WILLINGBORO PARTNERS LLC | CIRCLE F WILLINGBORO PARTNERS LLC METRO COMMERCIAL MGMT SVC INC 307 FELLOWSHIP RD STE 300 MT LAUREL NJ 08054 | Ruby Tuesday, Inc. | 5247 Willingboro 4366 RT 130 NORTH WILLINGBORO, NJ 8046 | OCTOBER 7, 2020 |
| Clant, Inc. | Clant, Inc. c/o Isola and Associates 111 South Maitland Ave, Suite 213 P.O. Box 941483 Maitland, FL 32294-1483 | Ruby Tuesday, Inc. | 3702 Gulf to Bay 2730 GULF-TO-BAY BLVD CLEARWATER, FL 34625 | OCTOBER 7, 2020 |
| CNL FUNDING 2000 A LP | CNL FUNDING 2000 A LP PO BOX 29650 DEPT 880044 ID 065347 PHOENIX AZ 85038<br><br>DILLON RIDGE MARKETPLACE III LLC 6900 E BELLEVIEW AVE., STE 300 CO MILLER REAL ESTATE INVEST GREENWOOD VILLAGE CO 80111 | RT Denver Franchise, L.P.<br><br>Ruby Tuesday, Inc. | 2341 Dillon 270 US HIGHWAY 6 DILLON, CO 80435 | OCTOBER 7, 2020 |
| CNL Funding 2000-A, LP, as successor in interest to CNL American Properties Fund, Inc. | CNL Funding 2000-A, LP c/o VEREIT, Inc. 2325 E. Camelback Road, 9th Floor Phoenix, AZ  85016 | RT Kentucky Restaurant Holdings, LLC<br><br>Ruby Tuesday, Inc. | 2082 Somerset 1975 S. HIGHWAY 27 SOMERSET, KY 42501 | OCTOBER 7, 2020 |
| Colby Restaurant, LLC as successor to TMT33, LLC | Colby Restaurant, LLC 13356 Metcalfe Avenue Overland Park, KS 66213 | Ruby Tuesday, Inc. | 5223 Lumberton-5th Street 2950 WEST 5TH STREET LUMBERTON, NC 28358 | OCTOBER 7, 2020 |

| Lessor Name | Lessor Address | Debtor Lessee | Property Address | Rejection Date |
|---|---|---|---|---|
| Commonwealth Tower, LP | Commonwealth Tower LP<br>Attn: Chief Financial Officer<br>c/o Tishman Speyer Properties, LP<br>45 Rockefeller Plaza<br>New York, NY 10111<br><br>Andrew B. Schulwolf, Esq.<br>Albert & Schulwolf, LLC<br>110 N. Washington St., #300<br>Rockville, MD  20850 | Ruby Tuesday, Inc. | 4181<br>Rosslyn<br>1300 WILSON BLVD.<br>SUITE 140<br>ARLINGTON, VA 22209 | OCTOBER 7, 2020 |
| Connecticut Commercial Investors, LLC | Connecticut Commercial Investors, LLC<br>c/o A. DaSilva<br>38 Pershing Drive<br>Ansonia, CT 06401<br><br>819 Bridgeport Ave., LLC<br>819 Bridgeport Avenue<br>Shelton, CT 06484<br><br>Connecticut Commercial Investors, LLC<br>c/o A. DaSilva<br>819 Bridgeport Avenue<br>Shelton, CT 06484<br><br>Christine L Curtiss, Esq.<br>Cohen and Thomas<br>315 Main Street<br>Derby, CT 06418 | Ruby Tuesday, Inc. | 3777<br>Shelton<br>811 BRIDGEPORT AVE.<br>SHELTON, CT 6484 | OCTOBER 7, 2020 |
| Continental 112 Fund, LLC | Continental 112 Fund, LLC<br>c/o Continental Properties<br>Attn: Legal Department<br>W133 N8569, Executive Parkway<br>Menomonee Falls, WI 53051<br><br>Continental 112 Fund, LLC<br>c/o Continental Properties Company, Inc.<br>W134 N8675, Executive Parkway<br>Menomonee Falls, WI 53051<br><br>Thomas M. Ritzert, Esq.<br>Martine C. Wilson, Esq.<br>3900 Key Center<br>127 Public Square<br>Cleveland, OH 44114 | Ruby Tuesday, Inc. | 4366<br>Athens<br>951 E. STATE STREET<br>ATHENS, OH 45701 | OCTOBER 7, 2020 |

DOCS_LA:332565.2

| Lessor Name | Lessor Address | Debtor Lessee | Property Address | Rejection Date |
|---|---|---|---|---|
| COR Route 7 Company, LLC | COR Route 7 Company, LLC<br>540 Towne Drive<br>Fayetteville, NY 13066<br><br>COR Property Services Company, LLC<br>540 Towne Drive<br>Fayetteville, NY 13066<br><br>Mannion & Copani<br>224 Harrison Street, Suite 306<br>Syracuse, NY 13202<br><br>Anthony F. Copani, Esq.<br>Mannion & Copani<br>306 Syracuse Building<br>224 Harrison Street<br>Syracuse, NY 13202 | Ruby Tuesday, Inc. | 4869<br>Latham<br>675 TROY<br>SCHNECTADY RD.,<br>RT 7<br>LATHAM, NY 12110 | OCTOBER 7, 2020 |
| Cross Creek Plaza, Inc. | Cross Creek Plaza, Inc.<br>c/o GFD Management, Inc.<br>Attn: Executive Vice President<br>6350 Quadrangle Dr., Suite 205<br>Chapel Hill, NC 27517<br><br>Gilbert C. Laite, III, Esq.<br>Williams Mullen<br>301 Fayetteville Street, Suite 1700<br>Raleigh, NC 27601 | Ruby Tuesday, Inc. | 2769<br>Fayetteville<br>1812 SKIBO ROAD<br>FAYETTEVILLE, NC 28303 | OCTOBER 7, 2020 |
| Crossgates Mall General Company NewCo, LLC, as successor to Crossgates Mall Company NewCo LLC | Crossgates Mall General Company NewCo, LLC<br>c/o The Clinton Exchange<br>Attn: Management Division<br>4 Clinton Square<br>Syracuse, NY 13202-1078 | Ruby Tuesday, Inc. | 2962<br>Albany<br>1 CROSSGATES MALL ROAD, K-101<br>ALBANY, NY 12203 | OCTOBER 7, 2020 |

DOCS_LA:332565.2

| Lessor Name | Lessor Address | Debtor Lessee | Property Address | Rejection Date |
|---|---|---|---|---|
| Crystal Run Newco LLC | Crystal Run Newco LLC<br>The Clinton Exchange<br>4Clinton Square<br>Syracuse, NY 13202-1078<br>Attn: Management Division<br><br>Crystal Run Newco LLC<br>Manufacturers & Traders Trust Co.<br>P.O. Box 8000, Dept. 534<br>Buffalo, NY 14267<br><br>Pyramid Management Group, Inc.<br>The Clinton Exchange<br>Attn: General Counsel<br>4 Clinton Square<br>Syracuse, NY 13202-1078<br><br>J. Michael Naughton, Esq.<br>Young/Sommer LLC<br>Crystal Run Newco LLC<br>Executive Woods<br>Five Palisades Drive<br>Albany, NY 12205 | Ruby Tuesday, Inc. | 2967<br>Middletown<br>ONE GALLERIA CIRCLE<br>SPC #C204<br>MIDDLETOWN, NY<br>10941 | OCTOBER 7, 2020 |
| D. Barry Simons, Trustee of the Renee Catia Gaddis Trust Dated 2/18/97, Sarenee Properties, LLC, Bear Realty, LLC, and D. Barry Simons, Trustee of the Sara Simone Knight Trust Dated 2/18/97, as successors to CNL APF Partners, LP | D. Barry Simons, Trustee<br>1330 Neptune Avenue<br>Encinitas, CA 92024<br><br>Bear Realty, LLC<br>c/o Lexis Document Services, Inc.<br>251 Little Falls Drive<br>Wilmington, DE 19808<br><br>Sarenee Properties, LLC<br>c/o Lexis Document Services, Inc.<br>251 Little Falls Drive<br>Wilmington, DE 19808<br><br>Roger Slade, Esq.<br>Haber Law, PA<br>251 NW 23rd Street<br>Miami, FL 33127 | RT Orlando Franchise, LP<br><br>Ruby Tuesday, Inc. | 7117<br>Southchase<br>13145 S. ORANGE BLOSSOM TRAIL<br>ORLANDO, FL 32837 | OCTOBER 7, 2020 |
| DATO Food Group RT, LLC, as successor to Orion-NRD Ruby JV LLC | DATO Food Group RT, LLC<br>Attn: Daniel Pascale<br>P.O. Box 129<br>Willow Springs, IL 60480 | RT St. Louis Franchise, LLC<br><br>Ruby Tuesday, Inc. | 4658<br>Sikeston<br>2612 E. MALONE AVE.<br>MINER, MO 63801 | OCTOBER 7, 2020 |

DOCS_LA:332565.2

| Lessor Name | Lessor Address | Debtor Lessee | Property Address | Rejection Date |
|---|---|---|---|---|
| David Ming Mar and Susan Moon Mar, Co-Trustees and their successor trustees under the Mar Family Living Trust | David Ming Mar<br>Susan Moon Mar<br>Attn: Syamack Ganjavian, Managing Partner<br>Jupiter's Journey, LLC<br>6Fairhill Drive<br>Chadds Ford, PA 19317<br><br>David Ming Mar, Trustee<br>Susan Moon Mar, Trustee<br>Mar Family Living Trust<br>2670 Melville Drive,<br>San Marino, CA 91108<br><br>Richard A. Forsten, Esq.<br>Saul Ewing Arnstein & Lehr<br>1201 North Market Street, Suite 2300<br>Wilmington, DE 19801<br><br>Richard A. Forsten, Esq.<br>Saul Ewing Arnstein & Lehr<br>PO Box 1266<br>Wilmington, DE 19899-1266 | Ruby Tuesday, Inc. | 3019<br>Rehoboth<br>19340 LIGHTHOUSE PLAZA BLVD.<br>REHOBOTH BEACH, DE 19971 | OCTOBER 7, 2020 |
| Davie Plaza, L.P. | Davie Plaza, L.P.<br>431 Fairway Drive, Suite 201<br>Deerfield Beach, FL 33441<br><br>Davie Plaza, L.P.<br>c/o Konover & Associates South<br>Attn: Ms. Maria Ashenfelter<br>7000 West Palmetto Park Road<br>Suite 203<br>Boca Raton, FL 33433<br><br>Theresa M. McLaughlin, Esq.<br>Akerman LLP<br>350 East Las Olas Blvd., Suite 1600<br>Ft. Lauderdale, FL 33301<br><br>Michael L. Grant, Esq.<br>Warren & Grant, P.A.<br>4800 N. Federal Highway, Suite A-205<br>Boca Raton, FL 33431 | RT South Florida Franchise, LP<br><br>Ruby Tuesday, Inc. | 7721<br>Hiatus-Davie<br>11590 WEST STATE ROAD 84<br>DAVIE, FL 33325 | OCTOBER 7, 2020 |
| DDR Miami Avenue, LLC | DDR Miami A Venue LLC<br>3300 Enterprise Pkwy<br>Beachwood, CA 44122 | Ruby Tuesday, Inc. | 6323<br>East Lauderdale<br>3201 N MIAMI AVE.<br>Suite 100<br>MIAMI, FL 33127 | OCTOBER 7, 2020 |

DOCS_LA:332565.2

| Lessor Name | Lessor Address | Debtor Lessee | Property Address | Rejection Date |
|---|---|---|---|---|
| DDRTC NEWNAN PAVILLION LLC | DDRTC NEWNAN PAVILLION LLC<br>PO BOX 534414<br>DEPT 104614 30414 20516<br>ATLANTA, GA 30353 | Ruby Tuesday, Inc. | 4251<br>Newnan<br>1120 BULLSBORO DRIVE<br>NEWNAN, GA 30263 | OCTOBER 7, 2020 |
| DE Enterprises, LLC, as successor-in-interest to Orion-NRD Ruby JV LLC | DE Enterprises, LLC<br>Attn: Peter Fat Cheung Leung<br>3240 NW Chapin Drive<br>Portland, OR 97229 | Ruby Tuesday, Inc. | 3217<br>Muscle Shoals<br>1704 WOODWARD AVE.<br>MUSCLE SHOALS, AL 35661 | OCTOBER 7, 2020 |
| Denny L. Kagasoff, as Trustee of the Denny L. Kagasoff Revocable Trust Dated August 10, 2016, as successor-in-interest to James R. Ciernia and Mary E. Ciernia, Co-Trustees of the Ciernia Revocable Trust Dated October, 1983 | Denny L. Kagasoff, as Trustee<br>4150 Chestnut Avenue<br>Long Beach, CA 90807<br><br>Stephanie Kempfer Collier, Esq.<br>Weltman, Weinberg & Reis Co., LPA<br>180 N. LaSalle Street, Suite 2400<br>Chicago, IL 60601 | Ruby Tuesday, Inc. | 5275<br>Mentor<br>9515 DIAMOND CENTRE DRIVE<br>MENTOR, OH 44060 | OCTOBER 7, 2020 |
| Devon Park Associates, LLC | Devon Park Associates, LLC<br>33 W. 10th St., Suite 800<br>Anderson, IN 46016<br><br>Andrew J. Miroff, Esq.<br>Adam M. Alexander, Esq.<br>Ice Miller LLP<br>One American Square, Suite 2900<br>Indianapolis, IN  46282-0200 | RT Indianapolis Franchise, LLC<br><br>Ruby Tuesday, Inc. | 7653<br>Anderson<br>5530 SCATTERFIELD RD.<br>ANDERSON, IN 46013 | OCTOBER 7, 2020 |
| DFG BEACHWOOD PAVILION LLC | DFG BEACHWOOD PAVILION LLC<br>PO BOX 856736<br>MINNEAPOLIS, MN 55485<br><br>DFG BEACHWOOD PAVILION LLC<br>10100 WATERVILLE STREET<br>WHITEHOUSE, OH 43571 | Ruby Tuesday, Inc. | 2953<br>Beachwood<br>24325 CHAGRIN BOULEVARD<br>BEACHWOOD, OH 44122 | OCTOBER 7, 2020 |
| Discovery Bay Development, Inc., as successor in interest to Cobb Corners, L.P. | Discovery Bay Development, Inc.<br>Attn: Kurt Tezel, VP<br>1908 North Atlantic Avenue, Suite 704<br>Cocoa Beach, FL 32931<br><br>W. Dudley Whitley, III<br>Battle, Winslow, Scott & Wiley, PA<br>2343 Professional Drive<br>PO Box 7100<br>Rocky Mount, NC 27804-0100 | Ruby Tuesday, Inc. | 4241<br>Rocky Mount<br>1457 BENVENUE RD.<br>ROCKY MOUNT, NC 27803 | OCTOBER 7, 2020 |

DOCS_LA:332565.2

| Lessor Name | Lessor Address | Debtor Lessee | Property Address | Rejection Date |
|---|---|---|---|---|
| Donald Greene Development Co., as successor in interest to Donald C. Greene | Donald Greene Development Co. 800 Route 146, Suite 240 Clifton Park, NY 12065<br><br>DCG Development, Property Manager 800 Route 146, Suite 240 Clifton Park, NY 1 | Ruby Tuesday, Inc. | 4971 Clifton Park 20 MAXWELL DRIVE CLIFTON PARK, NY 12065 | OCTOBER 7, 2020 |
| Doral Court Plaza, LLC | Doral Court Plaza LLC 950 Jefferson St Hollywood, FL 33019 | Ruby Tuesday, Inc. | 6357 Doral Court 8484 NW 36TH STREET MIAMI, FL 33167 | OCTOBER 7, 2020 |
| Dover Island Park South, LLC, as successor in interest to CNL Funding 2001-A, LP | Dover Island Park South, LLC Attn: Issac Yamali 27 St. John's Place Freeport, NY 11520<br><br>Ellen N. Savino, Esq. Lewis Johs Avallone Aviles, LLP One CA Plaza, Suite 225 Islandia, NY 11749 | RT Long Island Franchise, LLC<br><br>Ruby Tuesday, Inc. | 7173 Island Park 3910 AUSTIN BLVD. ISLAND PARK, NY 11558 | OCTOBER 7, 2020 |
| EAST GREENWICH SQUARE EA LLC | EAST GREENWICH SQUARE EA LLC PO BOX 536856 DEPT 2209 ATLANTA GA 30353 | Ruby Tuesday, Inc. | 3952 East Greenwich 1050 DIVISION STREET EAST GREENWICH, RI 2818 | OCTOBER 7, 2020 |
| ERP Hillcrest, LLC, successor in interest to John F. Floyd | ERP Hillcrest, LLC c/o Brixmor Property Group Attn: Legal Department 420 Lexington Avenue, 7th Floor New York, NY 10170<br><br>ERP Hillcrest, LLC c/o Brixmor Property Group Attn: Regional Counsel 2440 Preston Ridge Rd, Suite 425, Building 4 Alpharetta, GA 30005 | Ruby Tuesday, Inc. | 3376 Hillcrest 1941 E. MAIN STREET SPARTANBURG, SC 29307 | OCTOBER 7, 2020 |

DOCS_LA:332565.2

| Lessor Name | Lessor Address | Debtor Lessee | Property Address | Rejection Date |
|---|---|---|---|---|
| ESSENTIAL PROPERTIES | ESSENTIAL PROPERTIES 902 CARNEGIE CENTER BLVD. STE 520 PRINCETON NJ 08540<br><br>Reed Smith LLP Attn: Stephen M. Lyons III, Esq. 1717 Arch Street, Suite 3100 Philadelphia, PA 19103<br><br>MARTIN DOWNS BUSINESS PK ASSOC INC. 3501 SW CORPORATE PKWY PALM CITY, FL 34990 | RT West Palm Beach Franchise, LP<br><br>Ruby Tuesday, Inc. | 7122 Palm City 3290 SW MARTIN DOWNS PALM CITY, FL 34990 | OCTOBER 7, 2020 |
| Estate of Frank S. Schilleci | Estate of Frank S. Schilleci c/o White and Company Attn: Bill White 3565 Loma Ridge Dr Hoover, AL 35216 | Ruby Tuesday, Inc. | 4333 Eastern Blvd-Fifth Quarter 1310 EASTERN BLVD. MONTGOMERY, AL 36117 | OCTOBER 7, 2020 |
| Eugene D. Dellamaggiore, Jr. | Eugene D. Dellamaggiore, Jr. 1214 Sierra Avenue San Jose, CA 95126<br><br>Mary M. Caskey, Esq. C. Elizabeth Weston, Esq. PO Drawer 11889 Columbia, SC 29211 | Ruby Tuesday, Inc. | 4359 Cherrydale Point 6 STATE PARK ROAD GREENVILLE, SC 29609 | OCTOBER 7, 2020 |
| FCPT Holdings, LLC, successor in interest to Auburn Plaza, Inc. | FCPT Holdings, LLC 591 Redwood Highway, Suite 1150 Mill Valley, CA 94941<br><br>Michael J. Donlan, Esq. Verrill Dana, LLP One Portland Square Portland, ME 04101-4054 | RT New England Franchise, LLC<br><br>Ruby Tuesday, Inc. | 7290 Auburn 649 TURNER STREET, SUITE 1A AUBURN, ME 4210 | OCTOBER 7, 2020 |
| Federal Realty Investment Trust | Federal Realty Investment Trust 1626 East Jefferson Street Rockville, MD 20852<br><br>Federal Realty Investment Trust Attn: Legal Department 4800 Hampden Lane, Suite 500 Bethesda, MD 20814<br><br>Albert M. Bower, Esq. Grand River Law, PLC 337 Dogwood Ave., NE Ada, MI 49301 | RT Detroit Franchise, LLC<br><br>Ruby Tuesday, Inc. | 7606 Roseville 30901 GRATIOT AVENUE ROSEVILLE, MI 48066 | OCTOBER 7, 2020 |

| Lessor Name | Lessor Address | Debtor Lessee | Property Address | Rejection Date |
|---|---|---|---|---|
| Federal Realty Partners LP, as successor in interest to B and E Associates, LP | Federal Realty Partners LP 1626 East Jefferson Street Rockville, MD 20852<br><br>Renee Lobos, Asst. Property Manager James Rich, Property Manager Federal Realty Investment Trust 1626 East Jefferson Street Rockville, MD 20852-4041<br><br>Stephen J. Whelan, Esq. Bregman, Berbert, Schwartz & Gilday, LLC 7315 Wisconsin Ave., Suite 800 West Bethesda, MD 20814 | Ruby Tuesday, Inc. | 4169 South Alexandria 7692 RICHMOND HIGHWAY ALEXANDRIA, VA 22306 | OCTOBER 7, 2020 |
| Felrok II, Inc. | Felrok II, Inc. Attn: Sergio Rok c/o Rok Enterprises Inc. 48 E. Flagler St, PH# 105 Miami, FL 33131 | Ruby Tuesday, Inc. | 6321 Downtown 7 WEST FLAGLER STREET MIAMI, FL 33130 | OCTOBER 7, 2020 |
| FOREST ACRES REAL ESTATE CO. | FOREST ACRES REAL ESTATE CO. 1919 E MAIN STREET PO BOX 1929 EASLEY SC 28641 | Ruby Tuesday, Inc. | 3382 Easley 6092 CALHOUN MEMORIAL HWY EASLEY, SC 29640 | OCTOBER 7, 2020 |
| Four J, LLC d/b/a Topsham Fair Mall | Four J, LLC d/b/a Topsham Fair Mall Attn: John Larson 49 Topsham Fair Mall Road Topsham, ME 04086 | RT New England Franchise, LLC<br><br>Ruby Tuesday, Inc. | 7284 Topsham 55 TOPSHAM FAIR MALL ROAD TOPSHAM, ME 4086 | OCTOBER 7, 2020 |

DOCS_LA:332565.2

# EXHIBIT B-2

**EXHIBIT B-2**

**(Subleases/Sublease Assignments)**

| Sub-Tenant | Unit # | Address | Debtor Party | Rejection Date |
|---|---|---|---|---|
| ARRUMP, LLC  d/b/a Roy Roger's (subtenant by assignment) 9 Gunthers View Tomaco NJ  07082 | 5252 | US Route 6 & 209 MATAMORAS, PA  18336 | Ruby Tuesday, Inc. | OCTOBER 7, 2020 |
| Buckeye Check Cashing of Alabama, LLC Attn: Store Development 7001 Post Road, Suite 200 Dublin, OH  43016 | 4333 | 1310 EASTERN BLVD. MONTGOMERY, AL  36117 | Ruby Tuesday, Inc. | OCTOBER 7, 2020 |
| Dipen Desai d/b/a Roy Rogers (subtenant) and Roy Rogers Franchise Company, LLC 9 Gunthers View Tomaco NJ  07082 | 5252 | US Route 6 & 209 MATAMORAS, PA  18336 | Ruby Tuesday, Inc. | OCTOBER 7, 2020 |
| Panchos Mexican Restaurant, Inc. 1610 /Central Ave. Albany, NY  12205 | 4971 | 20 MAXWELL DRIVE CLIFTON PARK, NY  12065 | Ruby Tuesday, Inc. | OCTOBER 7, 2020 |
| SRJ Restaurants, Inc. Attn: Robert and Sherrie Alday 22638 Eagles Watch Drive Land O'Lakes, FL  34639 | 7148 | 6254 GUNN HWY TAMPA, FL  33625 | Ruby Tuesday, Inc. RT Tampa Franchise, LP | OCTOBER 7, 2020 |

DOCS_LA:332565.2

# EXHIBIT B-3

**EXHIBIT B-3**

**(Rejected Executory Contracts)**

| Counterparty | Debtor Party | Description of Contract | Rejection Date |
|---|---|---|---|
| CENOVA INC.<br>PO BOX 449<br>LAFAYETTE HILL, PA  19444-0449 | Ruby Tuesday, Inc. | Services Contract | OCTOBER 7, 2020 |
| DECO CONCRETE<br>173 BORDENTOWN GEORGETOWN RD<br>CHESTERFIELD, NJ  08515 | Ruby Tuesday, Inc. | Services Contract | OCTOBER 7, 2020 |
| GOLDEN TRIANGLE WASTE SERVICES<br>1311 INDUSTRIAL PARK RD<br>COLUMBUS, MS  39701-8646 | Ruby Tuesday, Inc. | Services Contract | OCTOBER 7, 2020 |
| ICR LLC<br>761 MAIN AVENUE<br>NORWALK, CT  06851-1080 | Ruby Tuesday, Inc. | Services Contract | OCTOBER 7, 2020 |
| IRON MOUNTAIN INC<br>PO BOX 915004<br>DALLAS, TX  75391-5004 | Ruby Tuesday, Inc. | Services Contract | OCTOBER 7, 2020 |
| OTIS ELEVATOR CO.<br>PO BOX 13716<br>NEWARK, NJ  07188-3716 | Ruby Tuesday, Inc. | Services Contract | OCTOBER 7, 2020 |
| PRO CUT PROPERTIES LLC<br>740 KINGSBRIDGE ROAD<br>CARROLLTON, GA  30117-5205 | Ruby Tuesday, Inc. | Services Contract | OCTOBER 7, 2020 |
| RUBICON GLOBAL LLC<br>950 EAST PACES FERRY RD<br>ATLANTA PLAZA SUITE 1900<br>ATTN:  ACCTS RECEIVABLE<br>ATLANTA, GA  30326-1384 | Ruby Tuesday, Inc. | Services Contract | OCTOBER 7, 2020 |
| SERVICECHANNELCOM INC<br>18 EAST 16TH ST<br>2ND FLOOR<br>NEW YORK, NY  10003-3111 | Ruby Tuesday, Inc. | Services Contract | OCTOBER 7, 2020 |
| STRATEGIC EQUIPMENT LLC<br>PO BOX 654020<br>DALLAS, TX  75265-4020 | Ruby Tuesday, Inc. | Services Contract | OCTOBER 7, 2020 |
| TESLA<br>3500 DEER CREEK ROAD<br>PALO ALTO, CA  94304 | Ruby Tuesday, Inc. | Leases | OCTOBER 7, 2020 |

DOCS_LA:332565.2