**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>RTI Holding Company, LLC[1]<br><br>　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-12456 (JTD) |

**NOTICE OF APPEARANCE AND REQUEST FOR
SERVICE OF ALL PLEADINGS AND DOCUMENTS**

**PLEASE TAKE NOTICE** that Ballard Spahr LLP hereby appears in the above-captioned cases as counsel to STORE Capital Corporation, STORE Master Funding XIII, LLC and STORE Master Funding XIV, LLC ("Landlords").  Landords enter their appearance pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and request pursuant to Rules 2002(i), 9007 and 9010 (b) of the Federal Rules of Bankruptcy Procedures (the "Bankruptcy Rules"), that copies of all notices given or required to be given, and all papers served or required to be served in this case, be given to and served upon the following:

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: RTI Holding Company, LLC (4966); Ruby Tuesday, Inc. (5239); Ruby Tuesday, LLC (1391); RTBD, LLC (6505); RT of Carroll County, LLC (8836); RT Denver Franchise, L.P. (2621); RT Detroit Franchise, LLC (8738); RT Distributing, LLC (6096); RT Finance, LLC (7242); RT FL Gift Cards, Inc. (2189); RT Florida Equity, LLC (7159); RT Franchise Acquisition, LLC (1438); RT of Fruitland, Inc. (1103); RT Indianapolis Franchise, LLC (6016); RT Jonesboro Club (2726); RT KCMO Franchise, LLC (7020); RT Kentucky Restaurant Holdings, LLC (7435); RT Las Vegas Franchise, LLC (4969); RT Long Island Franchise, LLC (4072); RT of Maryland, LLC (7395); RT Michiana Franchise, LLC (8739); RT Michigan Franchise, LLC (8760); RT Minneapolis Franchise, LLC (2746); RT Minneapolis Holdings, LLC (7189); RT New England Franchise, LLC (4970); RT New Hampshire Restaurant Holdings, LLC (7438); RT New York Franchise, LLC (1154); RT Omaha Franchise, LLC (7442); RT Omaha Holdings, LLC (8647); RT One Percent Holdings, LLC (6689); RT One Percent Holdings II, LLC (2817); RT Orlando Franchise, LP (5105); RT Restaurant Services, LLC (7283); RT South Florida Franchise, LP (3535); RT Southwest Franchise, LLC (9715); RT St. Louis Franchise, LLC (6010); RT Tampa Franchise, LP (5290); RT Western Missouri Franchise, LLC (6082); RT West Palm Beach Franchise, LP (0359); RTTA, LP (0035); RTT Texas, Inc. (2461); RTTT, LLC (9194); Ruby Tuesday of Allegany County, Inc. (8011); Ruby Tuesday of Bryant, Inc. (6703); Ruby Tuesday of Columbia, Inc. (4091); Ruby Tuesday of Frederick, Inc. (4249); Ruby Tuesday of Linthicum, Inc. (8716); Ruby Tuesday of Marley Station, Inc. (1641); Ruby Tuesday of Pocomoke City, Inc. (0472); Ruby Tuesday of Russellville, Inc. (1601); and Ruby Tuesday of Salisbury, Inc. (5432). The Debtors' mailing address is 333 East Broadway Ave., Maryville, TN 37804.

Leslie C. Heilman, Esquire
Laurel D. Roglen, Esquire
BALLARD SPAHR LLP
919 N. Market Street, 11th Floor
Wilmington, DE 19801
Telephone: (302) 252-4465
Facsimile: (302) 252-4466
E-mail: heilmanl@ballardspahr.com
roglenl@ballardspahr.com

and

Craig S. Ganz, Esquire
Katherine Anderson Sanchez, Esquire
BALLARD SPAHR LLP
1 E. Washington St, Suite 2300
Phoenix, Arizona 85004
Telephone: (602) 798-5427
Facsimile: (602) 798-5595
E-mail: ganzc@ballardspahr.com
andersonsanchezk@ballardspahr.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above, but also includes, without limitation, all orders and notices of any application, motion, order, petition, pleading, request, complaint, or demand, statement of affairs, operating report, schedule of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile transmission, or otherwise, that affects the debtor, property of the debtor, or property of the estate.

**PLEASE TAKE FURTHER NOTICE** that the foregoing attorneys for Ballard Spahr LLP consent to e-mail service.

**PLEASE TAKE FURTHER NOTICE** that request is also made that the attorneys identified herein be added to the official service list for notice of all contested matters, adversary proceedings, and other proceedings in this case.

**PLEASE TAKE FURTHER NOTICE** that this entry of appearance shall not be deemed or construed to be a waiver of rights of Landlords (i) to have final orders in noncore matters entered only after de-novo review by a district judge; (ii) to trial by jury in any proceeding so triable in this case, or in any case, controversy, or proceeding related to this case; (iii) to have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) to assert or exercise any other rights, claims, actions, defenses, setoffs, or recoupments to which Landlords are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby expressly reserved.

Dated: October 8, 2020
Wilmington, Delaware

*/s/ Laurel D. Roglen*
Leslie C. Heilman (DE No. 4716)
Laurel D. Roglen (DE No. 5759)
BALLARD SPAHR LLP
919 N. Market Street, 11th Floor
Wilmington, Delaware 19801-3034
Telephone: (302) 252-4465
Facsimile: (302) 252-4466
E-mail: heilmanl@ballardspahr.com
         roglenl@ballardspahr.com

and

Craig S. Ganz, Esquire
Katherine Anderson Sanchez, Esquire
BALLARD SPAHR LLP
1 E. Washington St, Suite 2300
Phoenix, Arizona 85004
Telephone: (602) 798-5427
Facsimile: (602) 798-5595
E-mail: ganzc@ballardspahr.com
andersonsanchezk@ballardspahr.com

*Counsel for STORE Capital Corporation, STORE Master Funding XIII, LLC and STORE Master Funding XIV, LLC*

## CERTIFICATE OF SERVICE

I, Laurel D. Roglen, hereby certify that, on this 8th day of October 2020, I caused a true and correct copy of the foregoing *Notice of Appearance and Request for Notices* to be served electronically on those parties requesting electronic service through the Court's ECF system.

Dated: October 8, 2020
Wilmington, Delaware

/s/ *Laurel D. Roglen*
Laurel D. Roglen (DE No. 5759)
BALLARD SPAHR LLP