# Court Conference

Calendar Date: 10/08/2020

Calendar Time: 02:00 PM ET

**U.S. Bankruptcy Court-District of Delaware**

**Confirmed Telephonic Appearance Schedule**

**Honorable John T. Dorsey**

**Courtroom**

*Amended Calendar  Oct  8 2020 11:07AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 10896852 | Nova A. Alindogan | (212) 596-9840 ext. | Ropes & Gray LLP | Interested Party, Nova A. Alindogan / LISTEN ONLY |
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 10895975 | Evan Bartlett | (646) 492-5794 ext. | FocalPoint, LLC | Interested Party, Evan Bartlett / LISTEN ONLY |
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 10894753 | Jason B. Binford | (512) 475-4936 ext. | State of Texas - Office of the Attorney General -Bankruptcy & Collections Div.Only | Interested Party, State Of Texas / LIVE |
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 10895970 | Alex Borema | (800) 782-7176 ext. | CR3 Partners LLC | Interested Party, Alex Borema / LISTEN ONLY |
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 10896161 | David Canas | (615) 465-6000 ext. | Thompson Burton PLLC | Creditor, Amnon Shreibman / LISTEN ONLY |
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 10895588 | Daniel M. Cole | (302) 575-0873 ext. | Williams Law P.A. | Other Prof., Daniel M. Cole (Student) / LISTEN ONLY |
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 10895971 | Matthew Cumbee | (312) 401-5255 ext. | FocalPoint Securities, LLC | Interested Party, Matthew Cumbee / LISTEN ONLY |
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 10894869 | Jeffrey W. Dulberg | (310) 772-2355 ext. | Pachulski Stang Ziehl & Jones | Debtor, RTI Holding Company, LLC / LISTEN ONLY |
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 10894257 | Katharina Earle | (302) 654-1888 ext. | Ashby & Geddes | Interested Party, TCW Direct Lending / LIVE |
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 10896844 | Brian Esser | (865) 380-7638 ext. | Ruby Tuesday, Inc. | Participant, Brian Esser / LISTEN ONLY |
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 10896823 | David Geiger | (404) 815-0040 ext. | Geiger Law LLC | Creditor, Quadre Investments LP / LIVE |
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 10896262 | Alessandra Glorioso | (302) 425-7171 ext. | Dorsey & Whitney LLP | Creditor, Confidential / LIVE |
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 10894256 | Aaron M. Gober-Sims | (213) 683-6151 ext. | Paul Hastings LLP | Interested Party, TCW Direct Lending / LIVE |
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 10895969 | Sugi Hadiwijaya | (214) 551-5742 ext. | CR3 Partners LLC | Interested Party, Sugi Hadiwijaya / LISTEN ONLY |

| Case Name | Case # | Proceeding | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| RTI Holding Company, LLC | 20-12456 | Hearing | 10895935 | Leslie C. Heilman | (302) 252-4446 ext. | Ballard Spahr LLP | Creditor, Brixmor Operating Partnership LP and Federal Realty Investment Trust / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10896008 | Adam Hiller | (302) 442-7677 ext. | Hiller Law | Unknown - Update, Supervising law students / LISTEN ONLY |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10896177 | James A. Holifield | (865) 566-0115 ext. | Holifield Janich & Ferrera, PLLC | Debtor, RTI Holdings Company, LLC / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10896151 | Ryan Jornlin | (302) 575-0873 ext. | Ryan Jornlin - In Pro Per/Pro Se | Interested Party, Ryan Jornlin / LISTEN ONLY |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10896100 | Jeffrey Kaplan | (201) 627-8142 ext. | CRG Financial LLC | Consultant, CRG Financial LLC / LISTEN ONLY |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10896246 | Susan E. Kaufman | (302) 472-7420 ext. | Law Office of Susan E. Kaufman, LLC | Claimant, Simon Property Group, Inc. / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10894913 | Shawn Lederman | (865) 379-5700 ext. | Ruby Tuesday, Inc. | Client, Shawn Lederman / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10894687 | Jason S Levin | (302) 888-6800 ext. | Morris James LLP | Interested Party, Jason S Levin / LISTEN ONLY |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10894858 | Maxim B. Litvak | (415) 217-5110 ext. | Pachulski Stang Ziehl & Jones | Debtor, RTI Holding Company, LLC / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10896182 | Kelly Mann | (865) 566-0115 ext. | Holifield Janich & Ferrera, PLLC | Debtor, RTI Holdings Company, LLC / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10894902 | Stephanie Medley | (865) 380-7638 ext. | Ruby Tuesday, Inc. | Client, Stephanie Medley / LISTEN ONLY |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10896046 | Rachel B. Mersky | (302) 656-8162 ext. | Monzack Mersky Browder & Hochman PA | Creditor, Cafaro and Kimco / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10895270 | Robert W Miller | (615) 742-9372 ext. | Manier & Herod | Creditor, Liberty Mutual Insurance Company / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10895926 | Christopher Momjian | (215) 560-2425 ext. | State of Pennsylvania - Office of Attorney General | Objector, Commonwealth of Pennsylvania, Office of Attorney General / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10894921 | Richard NeJame | (646) 343-9849 ext. | FocalPoint, LLC | Interested Party, Advisor/Investment Banker, Richard NeJame / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10896181 | Sean O'Neal | (212) 225-2773 ext. | Cleary Gottlieb Steen & Hamilton LLP | Creditor, Goldman Sachs / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10894835 | James E. O'Neill | (302) 652-4100 ext. | Pachulski Stang Ziehl & Jones | Debtor, RTI Holding Company, LLC / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10894839 | Richard Pachulski | (310) 277-6910 ext. | Pachulski Stang Ziehl & Jones | Debtor, RTI Holding Company, LLC / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10894861 | Malhar S. Pagay | (310) 772-2335 ext. | Pachulski Stang Ziehl & Jones | Debtor, RTI Holding Company, LLC / LIVE |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10895006 | Cassandra Postighone | (212) 808-7800 ext. | Kelley Drye & Warren LLP | Creditor, National Retail Properties / LIVE |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10896189 | Amanda Quick | (317) 232-6321 ext. | Indiana Attorney General | Objector, State of Indiana / LIVE |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10896184 | Philip S. Ratner | (212) 318-6014 ext. | Paul Hastings LLP | Interested Party, TCW Direct Lending / LIVE |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10894255 | Justin E. Rawlins | (213) 683-6130 ext. | Paul Hastings LLP | Interested Party, TCW Direct Lending / LIVE |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10895956 | Linda Richenderfer | (302) 573-6491 ext. | Office of the United States Trustee | U.S. Trustee, Linda Richenderfer / LIVE |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10894520 | Maura Russell | (212) 551-7755 ext. | Montgomery, McCracken, Walker & Rhoads, LLP | Other Prof., Montgomery McCracken / LISTEN ONLY |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10895054 | Katherine Sanchez | (602) 798-5400 ext. 5422 | Ballard Spahr LLP | Bankruptcy Counsel, STORE Capital / LIVE |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10896149 | Edward L. Schnitzer | (212) 551-7781 ext. | Montgomery, McCracken, Walker & Rhoads, LLP | Interested Party, Self / LISTEN ONLY |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10896873 | Joel Schraw | (231) 582-2252 ext. | Schraw & Associates | Trustee, The Marshal Family Trust / LISTEN ONLY |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10895905 | Samuel E. Star | (212) 841-9368 ext. | FTI Consulting, Inc. | Interested Party, Samuel Star / LISTEN ONLY |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10894589 | Jessica Steinhagen | (212) 588-8890 ext. | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10896423 | Vincent F. Sullivan | (302) 437-5542 ext. | Law 360 | Media, Law360 / LISTEN ONLY |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10894258 | Gregory A. Taylor | (302) 654-1888 ext. | Ashby & Geddes | Interested Party, TCW Direct Lending / LIVE |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10895974 | Benjamin Tennenbaum | (646) 492-5794 ext. | FocalPoint, LLC | Interested Party, Benjamin Tennenbaum / LISTEN ONLY |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10895968 | David Tiffany | (602) 799-7397 ext. | CR3 Partners LLC | Interested Party, David Tiffany / LISTEN ONLY |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10896733 | Kathryn Tran | (714) 394-6998 ext. | Kathryn Tran - In Pro Per/Pro Se | Debtor, Epiq Corporate Restructuring / LIVE |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10896187 | Jane VanLare | (212) 225-2872 ext. | Cleary Gottlieb Steen & Hamilton LLP | Creditor, Goldman Sachs / LIVE |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10896169 | Michael D. Weinberg | (212) 225-2856 ext. | Cleary Gottlieb Steen & Hamilton LLP | Creditor, Goldman Sachs / LISTEN ONLY |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10895973 | Robert J. Woolway | (310) 405-7080 ext. | FocalPoint, LLC | Interested Party, Robert J. Woolway / LISTEN ONLY |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10896201 | Becky A. Yerak | (312) 543-1306 ext. | Wall Street Journal | Interested Party, Wall Street Journal / LISTEN ONLY |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| RTI Holding Company, LLC | 20-12457 | Hearing | 10898446 | Elihu E. Allinson | (302) 428-8191 ext. | Sullivan Hazeltine Allinson, LLC | Creditor, PACA Creditors / LIVE |