IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| **RTI HOLDING COMPANY, LLC,** *et al.*, | ) | Case No. 20-12456 (JTD) |
| | ) | **(Jointly Administered)** |
| Debtors. | ) | |
| | ) | |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 9010-1 and the below certification, counsel moves for admission *pro hac vice* of Robert L. LeHane, Esq. of the law firm of Kelley Drye & Warren LLP to represent Aston Properties, Inc., Benderson Development Company LLC, Brookfield Properties Retail, Inc., National Retail Properties, LP, Realty Income Corp, Regency Centers, LP, Tanger Outlet Centers, Inc. and Win Properties, Inc. in the above-captioned case and any adversary proceedings related thereto.

Dated: October 15, 2020

                                */s/ Susan E. Kaufman*
                                Susan E. Kaufman (DE Bar No. 3381)
                                **LAW OFFICE OF SUSAN E. KAUFMAN, LLC**
                                919 N. Market Street, Suite 460
                                Wilmington, DE 19801
                                Tel: (302) 472-7420 / Fax: (302) 792-7420
                                Email: skaufman@skaufmanlaw.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of New York and New Jersey, United States District Court for Eastern, Southern, and Western Districts of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective August 31, 2016. I further certify that the annual fee of $25.00 has been or will be paid to the Clerk of Court for District Court.

                                */s/ Robert L. LeHane*
                                Kelley Drye & Warren LLP
                                101 Park Avenue
                                New York, New York 10178
                                Tel: (212) 808-7800 / Fax: (212) 808-7897
                                Email: rlehane@kelleydrye.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

                                *[signature: John T. Dorsey]*
                                JOHN T. DORSEY
Dated: October 15th, 2020           UNITED STATES BANKRUPTCY JUDGE
Wilmington, Delaware

**Error! Unknown document property name.**