**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| RTI HOLDING COMPANY LLC, *et al.*, | ) Case No. 20-12456 (JTD) |
|  | ) (Jointly Administered) |
| Debtors. | ) |
|  | ) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF JAMIE W. OLINTO

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission *pro hac vice* of Jamie W. Olinto of Adams and Reese LLP to represent St. John & Partners Advertising and Public Relations, Inc. in this case.

Dated: October 15, 2020

/s/ Michael S. Neiburg
Michael S. Neiburg (No. 5275)
Young Conaway Stargatt & Taylor, LLP
Rodney Square, 1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
Email: mneiburg@ycst.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of Florida and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund, effective September 1, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Dated: October 15, 2020

/s/ Jamie W. Olinto
Jamie W. Olinto
Adams and Reese LLP
501 Riverside Avenue, Suite 601
Jacksonville, Florida 32202
Telephone: (904) 355-1700
Email: jamie.olinto@arlaw.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission *pro hac vice* is granted.

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE

**Dated: October 15th, 2020**
**Wilmington, Delaware**