IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED
2020 OCT 15 AM 11: 15

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In re:<br><br>RT HOLDING COMPANY, LLC, et al.,<br><br>Debtors. | Chpater 11<br><br>Case No.: 20-12456 (JTD)<br><br>(Jointly Administered) |
|---|---|

### REQUEST FOR SPECIAL NOTICE

PLEASE TAKE NOTICE that Jefferson Associates, L.P., and its management agent, Rosenthal Properties, LLC, request that notice be sent to the electronic mail listed below, undersigned be added to the service list maintained by the Clerk's Office for electronic mail service, and all notices, orders and other filings be served upon undersigned via electronic mail in accordance with Fed. R. Bankr. Proc. 2002.

        Mitchell B. Weitzman, Esquire
        Jackson & Campbell, P.C.
        2300 N Street, N.W., Suite 300
        Washington, DC 20037
        Telephone: (202) 457-1695
        Facsimile: (202) 457-1678
        Email: mweitzman@jackscamp.com

Dated: October 13, 2020

Respectfully submitted,

JACKSON & CAMPBELL, P.C.

*/s/ Mitchell B. Weitzman*

Mitchell B. Weitzman (DC, MD, VA)
2300 N Street, N.W., Suite 300
Washington, DC 20037
Telephone: (202) 457-1600
Facsimile: (202) 451-1678
Email: mweitzman@jackscamp.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2020 a copy of the foregoing *Request for Special Notice* was severed via electronic mail and/or first-class mail, postage pre-paid upon:

James E. O'Neil, Esq.
Richard M. Pachulski, Esq.
Malhar S. Pagay, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801
*Counsel for Debtor*

U.S. Trustee
Office of the United States Trustee
J. Calen Boggs Federal Building
844 King Street, Suite 2207
Lockbox # 35
Wilmington, DE 19801
*U.S. Trustee*

*/s/ Mitchell B. Weitzman*
_____
Mitchell B. Weitzman, Esq.
Jackson & Campbell, P.C.
2300 N Street, N.W., Suite 300
Washington, DC 20037
Telephone: (202) 457-1600
Facsimile: (202) 451-1678
Email: mweitzman@jackscamp.com

4727523v.1

2