UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE (DELAWARE)

| IN RE: | : | |
| --- | --- | --- |
| | : | CASE NO. 20-12456-JTD |
| RUBY TUESDAY, INC. | : | |
| Debtor | : | CHAPTER 11 |
| | : | |

NOTICE OF APPEARANCE AND REQUEST FOR
SERVICE OF ALL NOTICES AND PAPERS

PLEASE TAKE NOTICE that the attorney set forth below hereby appears as counsel for creditor and party in interest, **2500 McKenzie, LLC,** in the above-styled cause, in accordance with Rule 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and section 1109(b) of title 11 if the United States Code, 11 U.S.C. §, *et seq.*, request that all papers, pleadings, motions and applications served or required to be served in these cases be delivered to and served upon:

Jeffrey M. Carbino, Esquire
Jensen Bagnato, P.C.
1500 Walnut Street, Suite 1510
Philadelphia, PA 19102
(p) 215-546-4700
(f) 215-546-7440
jeffrey@jensenbagnatolaw.com

Jeffrey M. Carbino, Esquire
1000 N. West Street, Suite 1200
Wilmington, DE 19801
(p) 302-522-2083

In addition, it is respectfully requested that the undersigned be added to the Court's Mailing Matrix as counsel of record for 2500 McKenzie, LLC.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and the papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint of demand, whether formal or informal, whether written or oral and whether transmitted or conveyed

by mail, e- mail, delivery, telephone, telegraph, telex, or otherwise, which may affect or seek to affect in any way any rights or interests of creditors with respect to the debtors or any related entity, or property or proceeds thereof in which the debtor may claim an interest.

                                              Respectfully submitted

                                              */s/ Jeffrey M. Carbino*
                                              Jeffrey M. Carbino
                                              (jeffery@jensenbagnatolaw.com)
                                              Pennsylvania Bar No. 71614
                                              A*ttorney for 2500 McKenzie, LLC*
                                              JENSEN BAGNATO, P.C.
                                              1500 Walnut Street, Suite 1510
                                              Philadelphia, PA 19102
                                              Tel:   (215) 546-4700
                                              Fax:   (215) 546-7440
                                              Primary Email: jeffrey@jensenbagnatolaw.com
                                              Secondary: jeffreycarbino@gmail.com
                                              Secondary: jordan@jensenbagnatolaw.com

Date: October 16, 2020