# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>RTI Holding Company, LLC, *et al.* [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-12456-JTD<br><br>(Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1(b) and the below certification, counsel moves the admission *pro hac vice* of Jeffrey Bernstein, Esquire, of McElroy, Deutsch, Mulvaney & Carpenter, LLP to represent Gold Square, PA, LLC ("Gold Square") in the above action.

**McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**

Dated: October 19, 2020

*/s/ David P. Primack*
David P. Primack, Esquire (No. 4449)
300 Delaware Avenue, Suite 770
Wilmington, Delaware 19801
Telephone: (302) 300-4512
E-mail: dprimack@mdmc-law.com

*Counsel for Gold Square, PA, LLC*

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: RTI Holding Company, LLC (4966); Ruby Tuesday, Inc. (5239); Ruby Tuesday, LLC (1391); RTBD, LLC (6505); RT of Carroll County, LLC (8836); RT Denver Franchise, L.P. (2621); RT Detroit Franchise, LLC (8738); RT Distributing, LLC (6096); RT Finance, LLC (7242); RT FL Gift Cards, Inc. (2189); RT Florida Equity, LLC (7159); RT Franchise Acquisition, LLC (1438); RT of Fruitland, Inc. (1103); RT Indianapolis Franchise, LLC (6016); RT Jonesboro Club (2726); RT KCMO Franchise, LLC (7020); RT Kentucky Restaurant Holdings, LLC (7435); RT Las Vegas Franchise, LLC (4969); RT Long Island Franchise, LLC (4072); RT of Maryland, LLC (7395); RT Michiana Franchise, LLC (8739); RT Michigan Franchise, LLC (8760); RT Minneapolis Franchise, LLC (2746); RT Minneapolis Holdings, LLC (7189); RT New England Franchise, LLC (4970); RT New Hampshire Restaurant Holdings, LLC (7438); RT New York Franchise, LLC (1154); RT Omaha Franchise, LLC (7442); RT Omaha Holdings, LLC (8647); RT One Percent Holdings, LLC (6689); RT One Percent Holdings II, LLC (2817); RT Orlando Franchise, LP (5105); RT Restaurant Services, LLC (7283); RT South Florida Franchise, LP (3535); RT Southwest Franchise, LLC (9715); RT St. Louis Franchise, LLC (6010); RT Tampa Franchise, LP (5290); RT Western Missouri Franchise, LLC (6082); RT West Palm Beach Franchise, LP (0359); RTTA, LP (0035); RTT Texas, Inc. (2461); RTTT, LLC (9194); Ruby Tuesday of Allegany County, Inc. (8011); Ruby Tuesday of Bryant, Inc. (6703); Ruby Tuesday of Columbia, Inc. (4091); Ruby Tuesday of Frederick, Inc. (4249); Ruby Tuesday of Linthicum, Inc. (8716); Ruby Tuesday of Marley Station, Inc. (1641); Ruby Tuesday of Pocomoke City, Inc. (0472); Ruby Tuesday of Russellville, Inc. (1601); and Ruby Tuesday of Salisbury, Inc. (5432). The Debtors' mailing address is 333 East Broadway Ave., Maryville, TN 37804.

**CERTIFICATION BY COUNSEL TO BE ADMITTED** *PRO HAC VICE*

Pursuant to Local Rule 9010-1 I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of New York, the State of New Jersey, the Supreme Court of the United States, the U.S. Court of Appeals for the 3rd Circuit, the U.S. District Court for the District of New Jersey, and the U.S. District Court for the Eastern, Northern, Southern and Western Districts of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 8/31/16, I further certify that the annual fee of $25.00 has been submitted to the Clerk's Office.

                                                          **McELROY, DEUTSCH, MULVANEY**
                                                          **& CARPENTER, LLP**

Dated: October 19, 2020                 */s/ Jeffrey Bernstein*
                                                   Jeffrey Bernstein, Esq.
                                                   570 Broad Street, Suite 1500
                                                   Newark, New Jersey 07102-4560
                                                   (T) 973-565-2183
                                                   (F) 973-622-5314
                                                   E-mail: jbernstein@mdmc-law.com

**ORDER GRANTING ADMISSION** *PRO HAC VICE*

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

                                                                **JOHN T. DORSEY**

**Dated: October 19th, 2020**                           **UNITED STATES BANKRUPTCY JUDGE**
**Wilmington, Delaware**