# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>RTI Holding Company, LLC, *et al.,*<br><br>          Debtors. | Chapter 11<br><br>Case No. 20-12456 (JTD)<br>(Jointly Administered)<br><br>NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above-captioned cases:

1. **National Retail Properties, L.P.,** Attn: Chris Tessitore, 450 S, Orange Ave., Suite 900, Orlando, Florida 32801; Phone: (407) 650-1115; chris.tessitore@nnnreit.com

2. **Wendover ZS LLC**, Attn: Dr. Hassan, 130 Breezy Pent Dr., Yorktown, VA 23692; Phone: (757) 897-7782; hahassan35@gmail.com

3. **Denny Kagasoff,** 4150 Chestnut Ave., Long Beach CA 90807; denny@dennykagasoff.com

4. **Performance Food Group, Inc.,** Attn: Brad Boe, 188 Inverness Drive, 7th Floor; Englewood, CO 80112; Phone: (303) 898-8137; brad.boe@pfgc.com

5. **Strategic Equipment, LLC**, Attn: Glenn Kirtley, 3011 Industrial Pkwy East, Knoxville, TN 37921; Phone: (865) 545-5259; glenn.kirtley@trimarkusa.com

ANDREW R. VARA
United States Trustee, Regions 3 & 9

 /s/ *Linda Richenderfer* for
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: October 26, 2020

Attorney assigned to this Case: Linda Richenderfer, Phone: (302) 573-6491, Fax: (302) 573-6497

Debtors' Counsel: James E. O'Neill, Phone: (302) 652-4100, Fax (302) 652 - 4400