## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| RTI HOLDING COMPANY, LLC., *et al.*[1], | Case No. 20–12456 (JTD) |
| Debtors. | (Jointly Administered) |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned appear in the above-captioned chapter 11 cases as proposed counsel to the Official Committee of Unsecured Creditors and, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code"), request that all notices given or required to be given and all papers served in these cases be delivered to and served upon the parties identified below at the following addresses:

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: RTI Holding Company, LLC (4966); Ruby Tuesday, Inc. (5239); Ruby Tuesday, LLC (1391); RTBD, LLC (6505); RT of Carroll County, LLC (8836); RT Denver Franchise, L.P. (2621); RT Detroit Franchise, LLC (8738); RT Distributing, LLC (6096); RT Finance, LLC (7242); RT FL Gift Cards, Inc. (2189); RT Florida Equity, LLC (7159); RT Franchise Acquisition, LLC (1438); RT of Fruitland, Inc. (1103); RT Indianapolis Franchise, LLC (6016); RT Jonesboro Club (2726); RT KCMO Franchise, LLC (7020); RT Kentucky Restaurant Holdings, LLC (7435); RT Las Vegas Franchise, LLC (4969); RT Long Island Franchise, LLC (4072); RT of Maryland, LLC (7395); RT Michiana Franchise, LLC (8739); RT Michigan Franchise, LLC (8760); RT Minneapolis Franchise, LLC (2746); RT Minneapolis Holdings, LLC (7189); RT New England Franchise, LLC (4970); RT New Hampshire Restaurant Holdings, LLC (7438); RT New York Franchise, LLC (1154); RT Omaha Franchise, LLC (7442); RT Omaha Holdings, LLC (8647); RT One Percent Holdings, LLC (6689); RT One Percent Holdings II, LLC (2817); RT Orlando Franchise, LP (5105); RT Restaurant Services, LLC (7283); RT South Florida Franchise, LP (3535); RT Southwest Franchise, LLC (9715); RT St. Louis Franchise, LLC (6010); RT Tampa Franchise, LP (5290); RT Western Missouri Franchise, LLC (6082); RT West Palm Beach Franchise, LP (0359); RTTA, LP (0035); RTT Texas, Inc. (2461); RTTT, LLC (9194); Ruby Tuesday of Allegany County, Inc. (8011); Ruby Tuesday of Bryant, Inc. (6703); Ruby Tuesday of Columbia, Inc. (4091); Ruby Tuesday of Frederick, Inc. (4249); Ruby Tuesday of Linthicum, Inc. (8716); Ruby Tuesday of Marley Station, Inc. (1641); Ruby Tuesday of Pocomoke City, Inc. (0472); Ruby Tuesday of Russellville, Inc. (1601); and Ruby Tuesday of Salisbury, Inc. (5432). The Debtors' mailing address is 333 East Broadway Ave., Maryville, TN 37804.

| | |
|---|---|
| **KRAMER LEVIN NAFTALIS & FRANKEL LLP** | **COLE SCHOTZ P.C.** |
| Adam C. Rogoff, Esquire | G. David Dean, Esquire |
| Robert T. Schmidt, Esquire | Justin R. Alberto, Esquire |
| Jennifer R. Sharret, Esquire | Andrew J. Roth-Moore, Esquire |
| 1177 Avenue of the Americas | 500 Delaware Avenue, Suite 1410 |
| New York, NY 10036 | Wilmington, DE 19801 |
| Telephone: (212) 715-9100 | Telephone: (302) 652-3131 |
| Facsimile: (212) 715-8000 | Facsimile: (302) 652-3117 |
| arogoff@kramerlevin.com | ddean@coleschotz.com |
| rschmidt@kramerlevin.com | jalberto@coleschotz.com |
| jsharret@kramerlevin.com | aroth-moore@coleschotz.com |

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the above-referenced Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, hand-delivery, telephone, facsimile transmission or otherwise, in these cases.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Service of Papers (this "Notice") nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding related to, or triable in, these cases or any case, controversy or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Court for any purpose other than with respect to this Notice, (v) an election of remedy, or (vi) any other rights, claims, actions, defenses, setoffs or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

2

| | |
|---|---|
| Dated:  October 28, 2020 | **COLE SCHOTZ P.C.** |
| | By:  */s/ Justin R. Alberto* <br> Justin R. Alberto (No. 5126) <br> G. David Dean (No. 6403) <br> Andrew J. Roth-Moore (No. 5988) <br> 500 Delaware Avenue, Suite 1410 <br> Wilmington, DE  19801 <br> Telephone: (302) 652-3131 <br> Facsimile: (302) 652-3117 <br> ddean@coleschotz.com <br> jalberto@coleschotz.com <br> aroth-moore@coleschotz.com |

– and –

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
Adam C. Rogoff, Esquire
Robert T. Schmidt, Esquire
Jennifer R. Sharret, Esquire
1177 Avenue of the Americas
New York, NY  10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000
arogoff@kramerlevin.com
rschmidt@kramerlevin.com
jsharret@kramerlevin.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*