IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|   |   |   |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| RTI HOLDING COMPANY, LLC,[1] | ) ) ) | Case No. 20-12456 (JTD) |
| Debtors. | ) ) ) | (Joint Administration Requested) |
|   | ) | **Ref. Docket Nos. 185, 186** |

## AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT )
                         ) ss.:
COUNTY OF MIDDLESEX )

MARC ORFITELLI, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 23, 2020, I caused to be served the:

   a. "Debtors' Motion to Approve Procedures for De Minimis Asset Transactions and Abandonment of De Minimis Assets," dated October 23, 2020, [Docket 185], and

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: RTI Holding Company, LLC (4966); Ruby Tuesday, Inc. (5239); Ruby Tuesday, LLC (1391); RTBD,LLC (6505); RT of Carroll County, LLC (8836); RT Denver Franchise, L.P. (2621); RT Detroit Franchise, LLC (8738); RT Distributing, LLC (6096); RT Finance, LLC (7242); RT FL Gift Cards, Inc. (2189); RT Florida Equity, LLC (7159); RT Franchise Acquisition, LLC (1438); RT of Fruitland, Inc. (1103); RT Indianapolis Franchise, LLC(6016); RT Jonesboro Club (2726); RT KCMO Franchise, LLC (7020); RT Kentucky Restaurant Holdings, LLC (7435); RT Las Vegas Franchise, LLC (4969); RT Long Island Franchise, LLC (4072); RT of Maryland, LLC (7395); RT Michiana Franchise, LLC (8739); RT Michigan Franchise, LLC (8760); RT Minneapolis Franchise, LLC (2746); RT Minneapolis Holdings, LLC (7189); RT New England Franchise, LLC (4970); RT New Hampshire Restaurant Holdings, LLC (7438); RT New York Franchise, LLC (1154); RT Omaha Franchise, LLC (7442); RT Omaha Holdings, LLC (8647); RT One Percent Holdings, LLC (6689); RT One Percent Holdings II, LLC (2817); RT Orlando Franchise, LP (5105); RT Restaurant Services, LLC (7283); RT South Florida Franchise, LP (3535); RT Southwest Franchise, LLC (9715); RT St. Louis Franchise, LLC (6010); RT Tampa Franchise, LP (5290); RT Western Missouri Franchise, LLC (6082); RT West Palm Beach Franchise, LP (0359); RTTA, LP (0035); RTT Texas, Inc. (2461); RTTT, LLC (9194); Ruby Tuesday of Allegany County, Inc. (8011); Ruby Tuesday of Bryant, Inc. (6703); Ruby Tuesday of Columbia, Inc. (4091); Ruby Tuesday of Frederick, Inc. (4249); Ruby Tuesday of Linthicum, Inc. (8716); Ruby Tuesday of Marley Station, Inc. (1641); Ruby Tuesday of Pocomoke City, Inc. (0472); Ruby Tuesday of Russellville, Inc. (1601); and Ruby Tuesday of Salisbury, Inc. (5432). The Debtors' mailing address is 333 East Broadway Ave., Maryville, TN 37804.

    b.  "Motion to Shorten Notice Period with Respect to Debtors' Motion to Approve Procedures for De Minimis Asset Transactions and Abandonment of De Minimis Assets," dated October 23, 2020, [Docket No. 186],

by causing true and correct copies to be:

    i.  enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit A</u>, and,

    ii.  delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                               */s/ Marc Orfitelli*
                                                                               Marc Orfitelli

Sworn to before me this
28th day of October, 2020
*/s/ Amy E. Lewis*
Notary Public, State of Connecticut
No. 100624
Commission Expires August 31, 2022

**EXHIBIT A**

# RUBY TUESDAY
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BUFFALO-BLOOMFIELD ASSOCIATES, LLC | ATTN: LEGAL DEPARTMENT 7978 COOPER CREEK BLVD, SUITE 100 UNIVERSITY PARK FL 34201 |
| CROSSGATES MALL GENERAL COMPANY NEWCO | C/O THE CLINTON EXCHANGE 4 CLINTON SQUARE ATTN: MANAGEMENT DIVISION SYRACUSE NY 13202-1078 |
| DATO FOOD GROUP RT, LLC | ORION-NRD RUBY JV LLC P.O. BOX 129 ATTN: DANIEL PASCALE WILLOW WILLOW SPRINGS IL 60480 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| JEFFREY M. CARBINO, ESQUIRE | (COUNSEL TO 2500 MCKENZIE, LLC) 1000 N. WEST STREET, SUITE 1200 WILMINGTON DE 19801 |
| NICOLAS IBRAHIM | ADDRESS ON FILE |
| PAUL & HEINRICH ABERLE | ADDRESS ON FILE |
| RPAI WORCESTER LINCOLN PLAZA LLC | ATTN: PRESIDENT, EASTERN DIVISION 2021 SPRING ROAD, SUITE 200 OAK BROOK IL 60523 |
| RT ORLANDO INVESTMENT LLC | 1665 WASHINGTON AVE 4TH FLOOR ATTN NELSON FOX STACY ELDREDGE MIAMI BEACH FL 33139 |
| TIMES SQUARE TOWER ASSOCIATES LLC | PO BOX 415917 BOSTON MA 02241 |

**Total Creditor count  10**

**EXHIBIT B**

RTI HOLDING COMPANY, LLC,1
Case No. 20-12456 (JTD)
Email List

| | |
|---|---|
| ABRAMS & BAYLISS LLP | seaman@abramsbayliss.com; cannataro@abramsbayliss.com |
| ADAMS AND REESE LLP | john.rogerson@arlaw.com; jamie.olinto@arlaw.com |
| AFFINITY9 REALTY LLC | affinity9realtyllc@gmail.com |
| AHGIE LLC | hanoh_md@hotmail.com |
| ALLEN KUSHYNSKI | allenkushynski@gmail.com |
| AMNON SHREIBMAN | rshreibman@hotmail.com; david@thompsonburton.com |
| ASHBY & GEDDES, P.A. | gtaylor@ashbygeddes.com; kearle@ashbygeddes.com |
| AVENUES MALL, LLC | ke4tto@aol.com |
| BALLARD SPAHR LLP | heilmanl@ballardspahr.com; roglenl@ballardspahr.com; ganzc@ballardspahr.com; andersonsanchezk@ballardspahr.com |
| BARRY & ANGELA BURNETT FAMILY | patrick.tuominen@bankofthewest.com |
| BENNETT PARTNERS, LLLP | mbmcpa1@comcast.net |
| CGI 3, L.P | jwachtle@san.rr.com |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | soneal@cgsh.com; jvanlare@cgsh.com |
| CONNOLLY GALLAGHER LLP | cgriffiths@connollygallagher.com; lhatfield@connollygallagher.com |
| DELAWARE STATE TREASURY | statetreasurer@state.de.us |
| DENNY L KAGASOFF REVOCABLE TRUST | denny@dennykagasoff.com; scollier@weltman.com |
| DORSEY & WHITNEY (DELAWARE) LLP | glorioso.alessandra@dorsey.com; schnabel.eric@dorsey.com |
| DORSEY & WHITNEY LLP | seim.nathan@dorsey.com |
| DOUG BELDEN, HILLSBOROUGH COUNTY TAX COLLECTOR | fitzgeraldb@hillsboroughcounty.org |
| FRENCH ASSOCIATES I LLC | bill.french@cushwake.com |
| GOLDMAN SACHS BANK USA | gs-slg-notices@gs.com |
| GRAND IX VENTURES LLC | dvl545@yahoo.com |
| HAIYANG INC | cissy1526@gmail.com; mquan@trademarkproperties.com |
| HAMILTON MALL REALTY LLC | judy@shophamilton.com |
| HOLYOKE MALL COMPANY LP | holyokemallla@pyramidmg.com |
| HUNTON ANDREWS KURTH LLP | ggriffith@huntonak.com |
| INDIANA ATTORNEY GENERAL OFFICE | heather.crockett@atg.in.gov; amanda.Quick@atg.in.gov |
| INTERSTATE AUGUSTA PROPERTIES LLC | accounts.payable@wsdevelopment.com |
| J ARTSON LLC | flurry@parrishsnead.com; accounting@johnsoncommercial.com |
| Jensen Bagnato, P.C. | jeffrey@jensenbagnatolaw.com |
| KELLEY DRYE & WARREN LLP | KDWBankruptcyDepartment@kelleydrye.com rlehane@kelleydrye.com swilson@kelleydrye.com mlevine@kelleydrye.com |
| KIMBERLY S GRANT | ksgrant14@gmail.com |
| KURTZMAN \| STEADY, LLC | kurtzman@kurtzmansteady.com |
| LANHAM LLLP | lzaslow@jgllaw.com |
| LAW OFFICE OF SUSAN E. KAUFMAN, LLC | skaufman@skaufmanlaw.com |
| LUSAVI PAGOSA LLC | matthew.mousavi@srsre.com; dstruve@nuvisionfederal.org |
| MACERICH DEPTFORD LLC | deptford@macerich.com |
| MARGUERITE N DUFFY | margueriteduffy@comcast.net |
| MARSHALL FAMILY TRUST DATED 2/14/2000 | marshacs@msn.com |
| MAYNARD COOPER & GALE PC | jlamar@maynardcooper.com |
| MCCARTER & ENGLISH LLP | kbuck@mccarter.com |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | dprimack@mdmc-law.com; jbernstein@mdmc-law.com |
| MESA CLEMMONS LLC | ashedman@gmail.com |
| MONZACK MERSKY BROWDER and HOCHMAN, P.A. | rmersky@monlaw.com |
| MORRIS JAMES LLP | ckunz@morrisjames.com |
| MYRA C CLARK | ke4tto@aol.com |
| NATIONAL RETAIL PROPERTIES LP | josh.lewis@nnnreit.com |
| NORTHEAST PROPERTIES, LLC | jmarshall@whiteandallen.com; bettyb@jlpnc.com |
| OAKDALE MALL II LLC | geisenberg@perkinscoie.com |
| OFFICE OF ATTORNEY GENERAL - PENNSYLVANIA | cmomjian@attorneygeneral.gov; crmomjian@attorneygeneral.gov |
| OFFICE OF THE ATTORNEY GENERAL - TEXAS | abigail.ryan@oag.texas.gov; jason.binford@oag.texas.gov |
| OFFICE OF THE UNITED STATES TRUSTEE | linda.richenderfer@usdoj.gov |
| P AND M INVESTMENT CO LLC | djwebb@sgrlaw.com |
| PAPAZIAN SHERMAN WAY LLC | wcplatts@att.net |

RTI HOLDING COMPANY, LLC,1
Case No. 20-12456 (JTD)
Email List

| | |
|---|---|
| PARKWAY LODGING REALTY LLC | accounting@hotelsunlimited.com |
| PAUL HASTING LLP | justinrawlins@paulhastings.com; aarongobersims@paulhastings.com |
| PBM CAPE CORAL RT LLC | blaisemarino.fhc@gmail.com |
| PENSION BENEFIT GUARANTY CORPORATION | morgan.courtney@pbgc.gov; efile@pbgc.gov; harris.melissa@pbgc.gov |
| PMP PROPERTIES | sueann1226@aol.com; phd@bloomgroupre.com |
| QUADRE INVESTMENTS L.P. | tdillard@atclawfirm.com |
| ROBERT MCCLENAGAN, JR. | robertmcclenagan1976@gmail.com |
| SAUL EWING ARNSTEIN & LEHR LLP | monique.disabatino@saul.com |
| SECRETARY OF STATE | dosdoc_ftax@delaware.gov |
| SECURITIES & EXCHANGE COMMISSION | secbankruptcy-ogc-ado@sec.gov; secbankruptcy@sec.gov |
| SECURITIES AND EXCHANGE COMMISSION | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov |
| SIMON PROPERTY GROUP | rtucker@simon.com |
| SOUTH RIDING OWNER LLC | kgomes@rappaportco.com; chames@magruderpc.com |
| SYCAMORE SPRINGS LLC | tstieren@aol.com |
| TAU SOUTH LLC | jsigg@realtyincome.com; notices@realtyincome.com |
| TCW DIRECT LENDING LLC | michael.anello@tcw.com |
| THE NICHOLSON TRUST AGREEMENT | dnicholson@ocsnet.net |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | marcy.smith@troutman.com; matthew.brooks@troutman.com |
| VESTAR-CPT TEMPE MARKETPLACE LLC | amanca@vestar.com |
| WENDOVER ZS LLC | hahassan35@gmail.com |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | bankfilings@ycst.com; mneiburg@ycst.com; jmulvihill@ycst.com |
| ZIONS BANCORPORTION | gregory.baser@zionsbancorp.com |
| ZIONS BANCORPORATION, N.A. | ronald.won@calbt.com |