**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RTI HOLDING COMPANY, LLC,[1] | ) | Case No. 20-12456 (JTD) |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | |
| | ) | **Ref. Docket No. 187** |

### AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT )
                                          ) ss.:
COUNTY OF MIDDLESEX )

MARC ORFITELLI, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 23, 2020, I caused to be served the "Motion of Debtors for Entry of Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expense of Professional and (II) Granting Related Relief," dated October 23, 2020, [Docket No. 187],

by causing true and correct copies to be:

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: RTI Holding Company, LLC (4966); Ruby Tuesday, Inc. (5239); Ruby Tuesday, LLC (1391); RTBD,LLC (6505); RT of Carroll County, LLC (8836); RT Denver Franchise, L.P. (2621); RT Detroit Franchise, LLC (8738); RT Distributing, LLC (6096); RT Finance, LLC (7242); RT FL Gift Cards, Inc. (2189); RT Florida Equity, LLC (7159); RT Franchise Acquisition, LLC (1438); RT of Fruitland, Inc. (1103); RT Indianapolis Franchise, LLC(6016); RT Jonesboro Club (2726); RT KCMO Franchise, LLC (7020); RT Kentucky Restaurant Holdings, LLC (7435); RT Las Vegas Franchise, LLC (4969); RT Long Island Franchise, LLC (4072); RT of Maryland, LLC (7395); RT Michiana Franchise, LLC (8739); RT Michigan Franchise, LLC (8760); RT Minneapolis Franchise, LLC (2746); RT Minneapolis Holdings, LLC (7189); RT New England Franchise, LLC (4970); RT New Hampshire Restaurant Holdings, LLC (7438); RT New York Franchise, LLC (1154); RT Omaha Franchise, LLC (7442); RT Omaha Holdings, LLC (8647); RT One Percent Holdings, LLC (6689); RT One Percent Holdings II, LLC (2817); RT Orlando Franchise, LP (5105); RT Restaurant Services, LLC (7283); RT South Florida Franchise, LLC (3535); RT Southwest Franchise, LLC (9715); RT St. Louis Franchise, LLC (6010); RT Tampa Franchise, LP (5290); RT Western Missouri Franchise, LLC (6082); RT West Palm Beach Franchise, LP (0359); RTTA, LP (0035); RTT Texas, Inc. (2461); RTTT, LLC (9194); Ruby Tuesday of Allegany County, Inc. (8011); Ruby Tuesday of Bryant, Inc. (6703); Ruby Tuesday of Columbia, Inc. (4091); Ruby Tuesday of Frederick, Inc. (4249); Ruby Tuesday of Linthicum, Inc. (8716); Ruby Tuesday of Marley Station, Inc. (1641); Ruby Tuesday of Pocomoke City, Inc. (0472); Ruby Tuesday of Russellville, Inc. (1601); and Ruby Tuesday of Salisbury, Inc. (5432). The Debtors' mailing address is 333 East Broadway Ave., Maryville, TN 37804.

T:\Clients\RUBYTUE\Affidavits\Interim Fee Compensation Motion_DI_187_10-23-20_KF.Docx

    a.   enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>, and

    b.   delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Marc Orfitelli*
Marc Orfitelli

Sworn to before me this
28th day of October, 2020
*/s/ Amy E. Lewis*
_____
Notary Public, State of Connecticut
No. 100624
Commission Expires August 31, 2022

# EXHIBIT A

| Claim Name | Address Information |
| --- | --- |
| ABRAMS & BAYLISS LLP | (COUNSEL TO GOLDMAN SACHS) ATTN JOHN M. SEAMAN, CHRISTOPHER F. CANNATARO 20 MONTCHANIN ROAD, SUITE 200 WILMINGTON DE 19807 |
| ADAMS AND REESE LLP | (COUNSEL TO ST JOHN & PARTNERS) 501 RIVERSIDE AVENUE, SUITE 601 JACKSONVILLE FL 32202 |
| AFFINITY9 REALTY LLC | 6618 WESTON CIR E DUBLIN OH 43016 |
| AHGIE LLC | 3040 PATUXENT OVERLOOK COURT ATTN HAN OH MANAGER ELLICOTT CITY MD 21042 |
| ALLEN KUSHYNSKI | ADDRESS ON FILE |
| AMNON SHREIBMAN | ADDRESS ON FILE |
| ASHBY & GEDDES, P.A. | (COUNSEL TO TCW) ATTN GREGORY A. TAYLOR, KATHARINA EARLE 500 DELAWARE AVENUE, 8TH FLOOR P.O. BOX 1150 WILMINGTON DE 19899 |
| AVENUES MALL, LLC | C/O M.S MGMT ASSOCIATES INC 225 WEST WASHINGTON STREET INDIANAPOLIS IN 46204-3438 |
| BALLARD SPAHR LLP | (COUNSEL FOR STORE CAPITAL, STORE MASTER FUNDING, BRIXMORE, FEDERAL REALTY) ATTN LESLIE HEILMAN, LAUREL ROGLEN 919 N MARKET ST, 11TH FL WILMINGTON DE 19801-3034 |
| BALLARD SPAHR LLP | (COUNSEL FOR STORE CAPITAL, STORE MASTER FUNDING) ATTN CRAIG GANZ, KATHERINE ANDERSONE SANCHEZ) 1 E WASHINGTON ST, STE 2300 PHOENIX AZ 85004 |
| BARRY & ANGELA BURNETT FAMILY | ADDRESS ON FILE |
| BENNETT PARTNERS, LLLP | ATTN: MICHAEL BENNETT 4301 POST ROAD CUMMING, GA 30040 |
| BUFFALO-BLOOMFIELD ASSOCIATES, LLC | ATTN: LEGAL DEPARTMENT 7978 COOPER CREEK BLVD, SUITE 100 UNIVERSITY PARK FL 34201 |
| CGI 3, L.P | ATTN: JAMES WACHTLER 11302 SEDA PLACE SAN DIEGO CA 92124 |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | (COUNSEL TO GOLDMAN SACHS) ATTN SEAN O'NEAL, JANE VANLARE ONE LIBERTY PLAZA NEW YORK NY 10006 |
| CONNOLLY GALLAGHER LLP | (COUNSEL TO KAGASOFF TRUST) ATTN N. CHRISTOPHER GRIFFITHS, LISA HATFIELD 1201 N. MARKET STREET, 20TH FLOOR WILMINGTON DE 19801 |
| CROSSGATES MALL GENERAL COMPANY NEWCO | C/O THE CLINTON EXCHANGE 4 CLINTON SQUARE ATTN: MANAGEMENT DIVISION SYRACUSE NY 13202-1078 |
| DATO FOOD GROUP RT, LLC | ORION-NRD RUBY JV LLC P.O. BOX 129 ATTN: DANIEL PASCALE WILLOW WILLOW SPRINGS IL 60480 |
| DELAWARE SECRETARY OF STATE | DIVISION OF CORPORATIONS FRANCHISE TAX P.O. BOX 898 DOVER DE 19903 |
| DELAWARE STATE TREASURY | 820 SILVER LAKE BLVD., SUITE 100 DOVER DE 19904 |
| DENNY L KAGASOFF REVOCABLE TRUST | 4150 CHESTNUT AVENUE LONG BEACH CA 90807 |
| DORSEY & WHITNEY (DELAWARE) LLP | (COUNSEL TO ZION BANCORPORATION) ATTN ERIC L SCHNABEL, ALESSANDRA GLORIOSO 300 DELAWARE AVENUE, STE 1010 WILMINGTON DE 19801 |
| DORSEY & WHITNEY LLP | (COUNSEL TO ZION BANCORPORATION) ATTN NATHAN S SEIM 111 S. MAIN STREET, STE 2100 SALT LAKE CITY UT 84111 |
| DOUG BELDEN, HILLSBOROUGH COUNTY TAX COLLECTOR | ATTN BRIAN T. FITZGERALD POST OFFICE BOX 1110 TAMPA FL 33601-1110 |
| FRENCH ASSOCIATES I LLC | ONE AMERICAN SQUARE STE 1800 INDIANAPOLIS IN 46282-0008 |
| GOLDMAN SACHS BANK USA | ATTN RUBY TUESDAY ACCOUNT MANAGER 2001 ROSS, SUITE 2800 BATESVILLE AR 75201 |
| GRAND IX VENTURES LLC | ATTN: DAVID V. LINER 1078 RIVERBEND DRIVE ADVANCE NC 27006 |
| HAIYANG INC | 1526 SANDYBROOK LANE WAKE FOREST NC 27587 |
| HAMILTON MALL REALTY LLC | JUDY KINIRY C/O NAMCO REALTY LLC 150 GREAT NECK ROAD, STE 304 GREAT NECK NY 11021 |
| HOLYOKE MALL COMPANY LP | THE CLINTON EXCHANGE FOUR CLINTON SQUARE ATTN: MANAGEMENT DIVISION SYRACUSE NY 13202-1078 |
| HUNTON ANDREWS KURTH LLP | (COUNSEL TO GOLDMAN SACHS) ATTN GRETA T. GRIFFITH 600 PEACHTREE STREET, NE ATLANTA GA 30308 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERSTATE AUGUSTA PROPERTIES LLC | C/O S.R. WEINER & ASSOCIATES, INC. 1330 BOYLSTON STREET CHESTNUT HILL MA 02467 |
| J ARTSON LLC | 401 CHATHAM SQUARE OFFICE PARK FREDERICKSBURG VA 22405 |

| Claim Name | Address Information |
| --- | --- |
| JEFFREY M. CARBINO, ESQUIRE | (COUNSEL TO 2500 MCKENZIE, LLC) 1000 N. WEST STREET, SUITE 1200 WILMINGTON DE 19801 |
| JENSEN BAGNATO, P.C. | (COUNSEL TO 2500 MCKENZIE, LLC) ATTN JEFFREY M. CARBINO 1500 WALNUT STREET, SUITE 1510 PHILADELPHIA PA 19102 |
| KELLEY DRYE & WARREN LLP | (COUNSEL TO ASTON PROPERTIES, INC., ET AL.) ATTN ROBERT L LEHANE, SEAN T WILSON, MARK LEVINE 101 PARK AVENUE NEW YORK NY 10178 |
| KIMBERLY S GRANT | ADDRESS ON FILE |
| KURTZMAN \| STEADY, LLC | (COUNSEL TO PREIT SERVICES, LLC) ATTN JEFFREY KURTZMAN 401 S. 2ND ST, STE 200 PHILADELPHIA PA 19147 |
| LANHAM LLLP | C/O NAI THE MICHAEL COMPANIES INC 10100 BUSINESS PARKWAY LANHAM MD 20706 |
| LAW OFFICE OF SUSAN E. KAUFMAN, LLC | (COUNSEL FOR THE SIMON PROPERTY GROUP, INC.) ATTN SUSAN E KAUFMAN 919 NORTH MARKET STREET, SUITE 460 WILMINGTON DE 19801 |
| LUSAVI PAGOSA LLC | 610 NEWPORT CENTER DR STE 1500 ATTN MATTHEW MOUSAVI NEWPORT BEACH CA 92660 |
| MACERICH DEPTFORD LLC | ATTENTION: LEGAL DEPT. 401 WILSHIRE BOULEVARD, SUITE 700 SANTA MONICA CA 90401 |
| MARGUERITE N DUFFY | ADDRESS ON FILE |
| MARSHALL FAMILY TRUST DATED 2/14/2000 | 5724 E CREST DE VILLE AVE ORANGE CA 92867 |
| MAYNARD COOPER & GALE | (COUNSEL TO REGIONS) ATTN JAYNA PARTAIN LAMAR 1901 SIXTH AVE NORTH, STE 1700 BIRMINGHAM AL 35203 |
| MCCARTER & ENGLISH, LLP | (COUNSEL TO REGIONS) ATTN KATE ROGGIO BUCK 405 N. KING STREET, 8TH FLOOR WILMINGTON DE 19801 |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | (COUNSEL TO GOLD SQUARE) ATTN JEFFREY BERNSTEIN 570 BROAD ST, STE 1500 NEWARK NJ 07102-4560 |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | (COUNSEL TO GOLD SQUARE) ATTN DAVID P PRIMACK 300 DELAWARE AVE, STE 770 WILMINGTON DE 19801 |
| MESA CLEMMONS LLC | ATTENTION: ADRIENNE HEDMAN 5414 MERRIAM STREET BETHESDA MD 20814 |
| MONZACK MERSKY BROWDER AND HOCHMAN, P.A. | (COUNSEL TO WM, HUNTINGTON, SANDUSKY, KIMCO LANDLORDS) ATTN RACHEL B. MERSKY 1201 N. ORANGE STREET, SUITE 400 WILMINGTON DE 19801 |
| MYRA C CLARK | ADDRESS ON FILE |
| NATIONAL RETAIL PROPERTIES LP | ATTN: JOSH LEWIS 450 S ORANGE AVE STE 900 ORLANDO FL 32801 |
| NICOLAS IBRAHIM | ADDRESS ON FILE |
| NORTHEAST PROPERTIES, LLC | PO BOX 1685 JACKSONVILLE NC 28541 |
| OAKDALE MALL II LLC | C/O SPINOSO REAL ESTATE GROUP, LLC 112 NORTHERN CONCOURSE NORTH SYRACUSE NY 13212 |
| OFFICE OF THE ATTORNEY GENERAL | ATTN CAROL E. MOMJIAN, CHRISTOPHER R. MOMJIAN THE PHOENIX BUILDING 1600 ARCH STREET, SUITE 300 PHILADELPHIA PA 19103 |
| OFFICE OF THE ATTORNEY GENERAL OF INDIANA | ATTN HEATHER M CROCKETT, AMANDA K QUICK 302 W. WASHINGTON ST, IGCS, 5TH FL INDIANAPOLIS IN 46204 |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS | ATTN JASON B. BINFORD, ABIGAIL R. RYAN BANKRUPTCY & COLLECTIONS DIVISION P.O. BOX 12548-MC 008 AUSTIN TX 78711-2548 |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN LINDA RICHENDEFER 844 KING ST., STE 2207 LOCK BOX 35 WILMINGTON DE 19801 |
| P AND M INVESTMENT CO LLC | 2 BUCKLAND ABBEY NASHVILLE TN 37215 |
| PAPAZIAN SHERMAN WAY LLC | 20001 HALSTED STREET ATTN HERBERT PAPAZIAN CHATSWORTH CA 91311 |
| PARKWAY LODGING REALTY LLC | 399 MONMOUTH ST EAST WINDSOR NJ 08520 |
| PAUL & HEINRICH ABERLE | ADDRESS ON FILE |
| PAUL HASTING LLP | (COUNSEL TO TCW) ATTN JUSTIN E. RAWLINS, AARON M. GOBER-SIMS 515 SOUTH FLOWER STREET, 25TH FLOOR LOS ANGELES CA 90071 |
| PBM CAPE CORAL RT LLC | 257 CRABAPPLE RD LARRY D. HART TAX COLLECTOR OF LEE COUNTY FLORIDA MANHASSET NY 11030 |
| PENSION BENEFIT GUARANTY CORPORATION | OFFICE OF THE GENERAL COUNSEL ATTN COURTNEY L. MORGAN, MELISSA T. HARRIS 1200 K STREET, N.W. WASHINGTON DC 20005-4026 |
| PMP PROPERTIES | 6648 W WREN AVE VISALIA CA 93291 |
| QUADRE INVESTMENTS L.P. | C/O COUNSEL TYLER DILLARDANDERSEN TATE & CARR, P.C. 1960 SATELLITE BLVD, STE |

| Claim Name | Address Information |
|---|---|
| QUADRE INVESTMENTS L.P. | 4000 DULUTH GA 30097 |
| ROBERT LEBOEUF | ADDRESS ON FILE |
| ROBERT MCCLENAGAN, JR. | ADDRESS ON FILE |
| RPAI WORCESTER LINCOLN PLAZA LLC | ATTN: PRESIDENT, EASTERN DIVISION 2021 SPRING ROAD, SUITE 200 OAK BROOK IL 60523 |
| RT ORLANDO INVESTMENT LLC | 1665 WASHINGTON AVE 4TH FLOOR ATTN NELSON FOX STACY ELDREDGE MIAMI BEACH FL 33139 |
| SAUL EWING ARNSTEIN & LEHR LLP | (COUNSEL TO NORTHWOODS CROSSING STATION LLC, PHILLIPS EDISON & COMPANY) ATTN MONIQUE B. DISABATINO 1201 NORTH MARKET ST, STE 2300 P.O. BOX 1266 WILMINGTON DE 19899 |
| SECURITIES AND EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE ATTN: MARK BERGER, REGIONAL DIRECTOR 200 VESEY ST, STE 400 NEW YORK NY 10281-1022 |
| SECURITIES AND EXCHANGE COMMISSION | SEC HEADQUARTERS 100 F STREET, NE WASHINGTON DC 20549 |
| SIMON PROPERTY GROUP | ATTN RONALD M. TUCKER, ESQ. 225 WEST WASHINGTON STREET INDIANAPOLIS IN 46204 |
| SOUTH RIDING OWNER LLC | PO BOX 310300 PROPERTY 262810 DES MOINES IA 50331 |
| SYCAMORE SPRINGS LLC | ATTN TONY STIEREN 4833 GREEN VALLEY DRIVE HIGH RIDGE MO 63049 |
| TAU SOUTH LLC | C/O REALTY INCOME CORPORATION 11995 EL CAMINO REAL ATTN: LEGAL DEPARTMENT SAN DIEGO CA 92130 |
| TCW DIRECT LENDING LLC | ATTN RUBY TUESDAY ACCOUNT MANAGER 200 CLARENDON ST, 51ST FL BOSTON MA 02116 |
| THE NICHOLSON TRUST AGREEMENT | DATED OCTOBER 1,1990 DARYL NICHOLSON 26914 AVENUE 140 PORTERVILLE CA 93257 |
| TIMES SQUARE TOWER ASSOCIATES LLC | PO BOX 415917 BOSTON MA 02241 |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | (COUNSEL TO CHIK-FIL-A) ATTN MARCY J. MCLAUGHLIN SMITH HERCULES PLAZA, SUITE 5100 1313 N. MARKET STREET WILMINGTON DE 19801 |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | (COUNSEL TO CHIK-FIL-A) ATTN MATTHEW BROOKS 600 PEACHTREE STREET, NE SUITE 3000 ATLANTA GA 30308 |
| VESTAR-CPT TEMPE MARKETPLACE LLC | PO BOX 60051 CITY OF INDUSTRY CA 91716 |
| WENDOVER ZS LLC | 130 BREEZY POINT DRIVE YORKTOWN VA 23692 |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | (COUNSEL TO ST JOHNS & PARTNERS) ATTN MICHAEL S. NEIBURG JOSEPH M. MULVIHILL RODNEY SQUARE 1000 NORTH KING STREET WILMINGTON DE 19801 |
| ZIONS BANCORPORATION | ATTN GREGORY BASER ONE S. MAIN ST, STE 1400 SALT LAKE CITY UT 84133 |
| ZIONSBANCORPORATION,N.A. | DBA CALIFORNIABANK & TRUST ATTN: RONALD WON 2399 GATEWAY OAKS DR., SUITE 110 SACRAMENTO CA 95833 |

Total Creditor count  90

# EXHIBIT B

RTI HOLDING COMPANY, LLC,1
Case No. 20-12456 (JTD)
Email List

| | |
|---|---|
| ABRAMS & BAYLISS LLP | seaman@abramsbayliss.com; cannataro@abramsbayliss.com |
| ADAMS AND REESE LLP | john.rogerson@arlaw.com; jamie.olinto@arlaw.com |
| AFFINITY9 REALTY LLC | affinity9realtyllc@gmail.com |
| AHGIE LLC | hanoh_md@hotmail.com |
| ALLEN KUSHYNSKI | allenkushynski@gmail.com |
| AMNON SHREIBMAN | rshreibman@hotmail.com; david@thompsonburton.com |
| ASHBY & GEDDES, P.A. | gtaylor@ashbygeddes.com; kearle@ashbygeddes.com |
| AVENUES MALL, LLC | ke4tto@aol.com |
| BALLARD SPAHR LLP | heilmanl@ballardspahr.com; roglenl@ballardspahr.com; ganzc@ballardspahr.com; andersonsanchezk@ballardspahr.com |
| BARRY & ANGELA BURNETT FAMILY | patrick.tuominen@bankofthewest.com |
| BENNETT PARTNERS, LLLP | mbmcpa1@comcast.net |
| CGI 3, L.P | jwachtle@san.rr.com |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | soneal@cgsh.com; jvanlare@cgsh.com |
| CONNOLLY GALLAGHER LLP | cgriffiths@connollygallagher.com; lhatfield@connollygallagher.com |
| DELAWARE STATE TREASURY | statetreasurer@state.de.us |
| DENNY L KAGASOFF REVOCABLE TRUST | denny@dennykagasoff.com; scollier@weltman.com |
| DORSEY & WHITNEY (DELAWARE) LLP | glorioso.alessandra@dorsey.com; schnabel.eric@dorsey.com |
| DORSEY & WHITNEY LLP | seim.nathan@dorsey.com |
| DOUG BELDEN, HILLSBOROUGH COUNTY TAX COLLECTOR | fitzgeraldb@hillsboroughcounty.org |
| FRENCH ASSOCIATES I LLC | bill.french@cushwake.com |
| GOLDMAN SACHS BANK USA | gs-slg-notices@gs.com |
| GRAND IX VENTURES LLC | dvl545@yahoo.com |
| HAIYANG INC | cissy1526@gmail.com; mquan@trademarkproperties.com |
| HAMILTON MALL REALTY LLC | judy@shophamilton.com |
| HOLYOKE MALL COMPANY LP | holyokemallla@pyramidmg.com |
| HUNTON ANDREWS KURTH LLP | ggriffith@huntonak.com |
| INDIANA ATTORNEY GENERAL OFFICE | heather.crockett@atg.in.gov; amanda.Quick@atg.in.gov |
| INTERSTATE AUGUSTA PROPERTIES LLC | accounts.payable@wsdevelopment.com |
| J ARTSON LLC | flurry@parrishsnead.com; accounting@johnsoncommercial.com |
| Jensen Bagnato, P.C. | jeffrey@jensenbagnatolaw.com |
| KELLEY DRYE & WARREN LLP | KDWBankruptcyDepartment@kelleydrye.com rlehane@kelleydrye.com swilson@kelleydrye.com mlevine@kelleydrye.com |
| KIMBERLY S GRANT | ksgrant14@gmail.com |
| KURTZMAN | STEADY, LLC | kurtzman@kurtzmansteady.com |
| LANHAM LLLP | lzaslow@jgllaw.com |
| LAW OFFICE OF SUSAN E. KAUFMAN, LLC | skaufman@skaufmanlaw.com |
| LUSAVI PAGOSA LLC | matthew.mousavi@srsre.com; dstruve@nuvisionfederal.org |
| MACERICH DEPTFORD LLC | deptford@macerich.com |
| MARGUERITE N DUFFY | margueriteduffy@comcast.net |
| MARSHALL FAMILY TRUST DATED 2/14/2000 | marshacs@msn.com |
| MAYNARD COOPER & GALE PC | jlamar@maynardcooper.com |
| MCCARTER & ENGLISH LLP | kbuck@mccarter.com |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | dprimack@mdmc-law.com; jbernstein@mdmc-law.com |
| MESA CLEMMONS LLC | ashedman@gmail.com |
| MONZACK MERSKY BROWDER and HOCHMAN, P.A. | rmersky@monlaw.com |
| MORRIS JAMES LLP | ckunz@morrisjames.com |
| MYRA C CLARK | ke4tto@aol.com |
| NATIONAL RETAIL PROPERTIES LP | josh.lewis@nnnreit.com |
| NORTHEAST PROPERTIES, LLC | jmarshall@whiteandallen.com; bettyb@jlpnc.com |
| OAKDALE MALL II LLC | geisenberg@perkinscoie.com |
| OFFICE OF ATTORNEY GENERAL - PENNSYLVANIA | cmomjian@attorneygeneral.gov; crmomjian@attorneygeneral.gov |
| OFFICE OF THE ATTORNEY GENERAL - TEXAS | abigail.ryan@oag.texas.gov; jason.binford@oag.texas.gov |
| OFFICE OF THE UNITED STATES TRUSTEE | linda.richenderfer@usdoj.gov |
| P AND M INVESTMENT CO LLC | djwebb@sgrlaw.com |
| PAPAZIAN SHERMAN WAY LLC | wcplatts@att.net |

RTI HOLDING COMPANY, LLC,1
Case No. 20-12456 (JTD)
Email List

| | |
|---|---|
| PARKWAY LODGING REALTY LLC | accounting@hotelsunlimited.com |
| PAUL HASTING LLP | justinrawlins@paulhastings.com; aarongobersims@paulhastings.com |
| PBM CAPE CORAL RT LLC | blaisemarino.fhc@gmail.com |
| | morgan.courtney@pbgc.gov; efile@pbgc.gov; |
| PENSION BENEFIT GUARANTY CORPORATION | harris.melissa@pbgc.gov |
| PMP PROPERTIES | sueann1226@aol.com; phd@bloomgroupre.com |
| QUADRE INVESTMENTS L.P. | tdillard@atclawfirm.com |
| ROBERT MCCLENAGAN, JR. | robertmcclenagan1976@gmail.com |
| SAUL EWING ARNSTEIN & LEHR LLP | monique.disabatino@saul.com |
| SECRETARY OF STATE | dosdoc_ftax@delaware.gov |
| SECURITIES & EXCHANGE COMMISSION | secbankruptcy-ogc-ado@sec.gov; secbankruptcy@sec.gov |
| SECURITIES AND EXCHANGE COMMISSION | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov |
| SIMON PROPERTY GROUP | rtucker@simon.com |
| SOUTH RIDING OWNER LLC | kgomes@rappaportco.com; chames@magruderpc.com |
| SYCAMORE SPRINGS LLC | tstieren@aol.com |
| TAU SOUTH LLC | jsigg@realtyincome.com; notices@realtyincome.com |
| TCW DIRECT LENDING LLC | michael.anello@tcw.com |
| THE NICHOLSON TRUST AGREEMENT | dnicholson@ocsnet.net |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | marcy.smith@troutman.com; matthew.brooks@troutman.com |
| VESTAR-CPT TEMPE MARKETPLACE LLC | amanca@vestar.com |
| WENDOVER ZS LLC | hahassan35@gmail.com |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | bankfilings@ycst.com; mneiburg@ycst.com; jmulvihill@ycst.com |
| ZIONS BANCORPORTION | gregory.baser@zionsbancorp.com |
| ZIONS BANCORPORATION, N.A. | ronald.won@calbt.com |