# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RTI HOLDING COMPANY, LLC,[1] | ) | Case No. 20-12456 (JTD) |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | |
| | ) | **Ref. Docket No. 190** |

## <u>AFFIDAVIT OF SERVICE</u>

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss.: |
| COUNTY OF NEW YORK | ) |

ARNOLD NGUYEN, being duly sworn, deposes and says:

1.  I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On October 26, 2020, I caused to be served the "Re-Notice Hearing on Debtors' Motion for Entry of an Order Pursuant to Sections 105(A) and 503(B) of the Bankruptcy Code Abating Rents Under Unexpired Leases of Nonresidential Real Property for Restaurants Affected by Government Regulations," dated October 26, 2020, [Docket No. 190], by causing true and correct copies to be:

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: RTI Holding Company, LLC (4966); Ruby Tuesday, Inc. (5239); Ruby Tuesday, LLC (1391); RTBD,LLC (6505); RT of Carroll County, LLC (8836); RT Denver Franchise, L.P. (2621); RT Detroit Franchise, LLC (8738); RT Distributing, LLC (6096); RT Finance, LLC (7242); RT FL Gift Cards, Inc. (2189); RT Florida Equity, LLC (7159); RT Franchise Acquisition, LLC (1438); RT of Fruitland, Inc. (1103); RT Indianapolis Franchise, LLC(6016); RT Jonesboro Club (2726); RT KCMO Franchise, LLC (7020); RT Kentucky Restaurant Holdings, LLC (7435); RT Las Vegas Franchise, LLC (4969); RT Long Island Franchise, LLC (4072); RT of Maryland, LLC (7395); RT Michiana Franchise, LLC (8739); RT Michigan Franchise, LLC (8760); RT Minneapolis Franchise, LLC (2746); RT Minneapolis Holdings, LLC (7189); RT New England Franchise, LLC (4970); RT New Hampshire Restaurant Holdings, LLC (7438); RT New York Franchise, LLC (1154); RT Omaha Franchise, LLC (7442); RT Omaha Holdings, LLC (8647); RT One Percent Holdings, LLC (6689); RT One Percent Holdings II, LLC (2817); RT Orlando Franchise, LP (5105); RT Restaurant Services, LLC (7283); RT South Florida Franchise, LP (3535); RT Southwest Franchise, LLC (9715); RT St. Louis Franchise, LLC (6010); RT Tampa Franchise, LP (5290); RT Western Missouri Franchise, LLC (6082); RT West Palm Beach Franchise, LP (0359); RTTA, LP (0035); RTT Texas, Inc. (2461); RTTT, LLC (9194); Ruby Tuesday of Allegany County, Inc. (8011); Ruby Tuesday of Bryant, Inc. (6703); Ruby Tuesday of Columbia, Inc. (4091); Ruby Tuesday of Frederick, Inc. (4249); Ruby Tuesday of Linthicum, Inc. (8716); Ruby Tuesday of Marley Station, Inc. (1641); Ruby Tuesday of Pocomoke City, Inc. (0472); Ruby Tuesday of Russellville, Inc. (1601); and Ruby Tuesday of Salisbury, Inc. (5432). The Debtors' mailing address is 333 East Broadway Ave., Maryville, TN 37804.

   a.  enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>, and

   b.  delivered via electronic email to the parties listed on the annexed <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Arnold Nguyen*

Arnold Nguyen

Sworn to before me this
28th day of October, 2020
*/s/ Regina Amporfro*
_____
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2021

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| BUFFALO-BLOOMFIELD ASSOCIATES, LLC | ATTN: LEGAL DEPARTMENT 7978 COOPER CREEK BLVD, SUITE 100 UNIVERSITY PARK FL 34201 |
| CROSSGATES MALL GENERAL COMPANY NEWCO | C/O THE CLINTON EXCHANGE 4 CLINTON SQUARE ATTN: MANAGEMENT DIVISION SYRACUSE NY 13202-1078 |
| DATO FOOD GROUP RT, LLC | ORION-NRD RUBY JV LLC P.O. BOX 129 ATTN: DANIEL PASCALE WILLOW WILLOW SPRINGS IL 60480 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| JEFFREY M. CARBINO, ESQUIRE | (COUNSEL TO 2500 MCKENZIE, LLC) 1000 N. WEST STREET, SUITE 1200 WILMINGTON DE 19801 |
| NICOLAS IBRAHIM | ADDRESS ON FILE |
| PAUL & HEINRICH ABERLE | ADDRESS ON FILE |
| RPAI WORCESTER LINCOLN PLAZA LLC | ATTN: PRESIDENT, EASTERN DIVISION 2021 SPRING ROAD, SUITE 200 OAK BROOK IL 60523 |
| RT ORLANDO INVESTMENT LLC | 1665 WASHINGTON AVE 4TH FLOOR ATTN NELSON FOX STACY ELDREDGE MIAMI BEACH FL 33139 |
| TIMES SQUARE TOWER ASSOCIATES LLC | PO BOX 415917 BOSTON MA 02241 |

**Total Creditor count  10**

| Claim Name | Address Information |
|---|---|
| 2C HO LLC | 129 MAJESTIC DR ATTN CHI M HO MARS PA 16046 |
| 434 KING STREET LLC | 38 ROMNEY ST C/O MR TED STONEY CHARLESTON SC 29403 |
| 530 DONELSON LLC | 180 ROUTE 35 S MONMOUTH MALL MGMT OFC EATONTOWN NJ 07724 |
| 530 DONELSON LLC | 906 HARPETH VALLEY PL 37221 NASHVILLE TN 37221 |
| 93 NYRPT LLC | PO BOX 823201 PHILADELPHIA PA 19182 |
| ADAMS FRUIT COMPANY | 2500 DUNDEE RD WINTER HAVEN FL 33884 |
| ADAMS FRUIT COMPANY | 1855 DUNDEE RD WINTER HAVEN FL 33884 |
| ADAMS HENDON CARSON CROW & | SAENGER P.A. 72 PATTON AVENUE ASHEVILLE NC 28801 |
| ALBERT M AND ISABEL ALTAMIRANO | ADDRESS ON FILE |
| ALBERT M. & ISABEL ALTAMIRANO ALBERT M | ADDRESS ON FILE |
| ANSELL GRIMM & AARON, P.C. | 1500 LAWRENCE AVENUE OCEAN NJ 07712 |
| ANTHONY J FRIEDMAN | ADDRESS ON FILE |
| ANTHONY J FRIEDMAN | ADDRESS ON FILE |
| APPLE EIGHT SPE SOMERSET, INC. | C/O APPLE HOSPITALITY REIT, INC. SR. ASSET MGR 814 EAST MAIN STREET RICHMOND VA 23219 |
| APPLE EIGHT SPE SOMERSET, INC. | ATTENTION: DAVE BUCKLEY 814 EAST MAIN STREET RICHMOND VA 23219 |
| ARETE PARTNERS 2263 MEMORIAL LLC | 3200 TRULIANT WAY WINSTON SALEM NC 27103 |
| ARETE PARTNERS 2263 MEMORIAL, LLC | 610 NEWPORT CENTER DRIVE SUITE 1500 ATTN: PATRICK LUTHER NEWPORT BEACH CA 92660 |
| ARNOT MALL | ARNOT MALL GENERAL MANAGER 3300 CHAMBERS ROAD SO. SUITE 5127 HORSEHEADS NY 14845 |
| ARNOT REALTY CORPORATION | 100 W. CHURCH STREET, SUITE 103 ELMIRA NY 14901 |
| ARNOT REALTY CORPORATION | PO BOX 8000 DEPARTMENT 794 BUFFALO NY 14267 |
| AROOSTOOK CENTER MALL REALTY HOLDING LLC | ATTN: MIKE KOHEN KOHAN RETAIL INVESTMENT GROUP, LLC 1010 NORTHERN BOULEVARD GREAT NECK NY 11021 |
| ASTON PROPERTIES, INC. | 610 E. MOREHEAD STREET SUITE 100 ATTN: ROBERT B. MARSHALL CHARLOTTE NC 02802 |
| ATLANTIS TRUST | 1842 WASHINGTON WAY VENICE CA 90291 |
| BEAR NECESSITY LLC | 1960 SATELLITE BLVD. SUITE 1300 DULUTH GA 30097 |
| BEN RUSSELL 280 LLC | 2544 WILLOW POINT RD ALEXANDER CITY AL 35010 |
| BERKSHIRE MALL LP | PO BOX 510159 PHILADELPHIA PA 19175 |
| BERKSHIRE MALL, LLC | 1665 STATE HILL ROAD WYOMISSING PA 19610 |
| BERKSHIRE MALL, LLC | 4737 CONCORD PIKE WILMINGTON DE 19803 |
| BERKSHIRE PA HOLDINGS LLC | 150 GREAT NECK RD STE304 C/O NAMCO REALTY LLC GREAT NECK NY 11021 |
| BILL LIVINGSTON DALLAS COMMONS | PO BOX 7078 WARNER ROBINS GA 31095 |
| BISMARCK PROPERTIES LLC | 18307 BURBANK BLVD STE 67 TARZANA CA 91356 |
| BLACKWOOD DEVELOPMENT CO. INC. | MARJORIE P. CLARKE 7301 BOULDER VIEW LANE RICHMOND VA 23225 |
| BLS HOLDINGS GROUP LLC | 3638 WALTON WAY EXTENSION SUITE 201 ATTN REBECCA COCKRELL AUGUSTA GA 30909 |
| BOB BOB ASSOCIATES | ATTN GARY STEWART JR 950 SMILE WAY YORK PA 17404 |
| BRIXMOR OPERATING PARTNERSHIP LP | BRIXMOR GA WATERFORD COMMONS PO BOX 645341 ATTN BRIXMOR PROPERTY GROUP CINCINNATI OH 45264 |
| BRIXMOR SUNSHINE SQUARE LLC | C/O BRIXMOR PROPERTY GROUP 420 LEXINGTON AVENUE 7TH FLOOR NEW YORK NY 10170 |
| BRIXMOR SUNSHINE SQUARE LLC | BRIXMOR SUNSHINE SQUARE LLC 38 PINELAWN ROAD MELVILLE NY 11747 |
| BRIXMOR SUNSHINE SQUARE LLC | C/O BRIXMOR PROPERTY GROUP TWO TOWER BRIDGE ONE FAYETTE STREET, STE. 150 CONSHOHOCKEN PA 19428 |
| BRIXMOR SUNSHINE SQUARE LLC | C/O BRIXMOR PROPERTY GROUP PO BOX 645321 CINCINNATI OH 45264 |
| BROAD CREEK PHASE I LLC | 222 CENTRAL PARK AVE STE 2100 ATTN ARMADA HOFFLER PROP INC VIRGINIA BEACH VA 23462 |
| BROOKWOODY LLC | 8845 MISTLETOE DR ATTN: STEVEN HERSHEY EASTON MD 21601 |
| BROWN CAPITAL LLLP | BROWN NOLTEMEYER PHOENIX PLACE 2424 EAGLES EYRIE CT ATTN CATHERINE E BROWN LOUISVILLE KY 40206 |

| Claim Name | Address Information |
|---|---|
| BRUCE H. TOBIN, ESQ. | ADDRESS ON FILE |
| BUCHANAN INGERSOLL | ELEVEN PENN CENTER 14TH FLOOR PHILADELPHIA PA 19103 |
| BV ASSOCIATES | C/O THE CORDISH COMPANY ATTN: GENERAL COUNSEL 601 EAST PRATT STREET, 6TH FLOOR BALTIMORE MD 21202 |
| BV ASSOCIATES | PO BOX 29027 C/O THE ELLISON CO GREENSBORO NC 27429 |
| C/O REGENCY CENTERS CORPORATION | FOUR RADNOR CORPORATE CENTER 100 MATSONFORD ROAD SUITE 510 RADNOR PA 19087 |
| C/O REGENCY CENTERS CORPORATION | ONE INDEPENDENT DRIVE SUITE 114 JACKSONVILLE FL 32202-5019 |
| CALISUNNY, LLC | 13075 PACIFIC PROMENADE 301 PLAYA VISTA CA 90094 |
| CAMBRIDGE CROSSING SHOPPING CENTER LLC | 625 W RIDGE PIKE BLDG A STE 100 C/O CBRE FAMECO CONSHOHOCKEN PA 19428 |
| CAMBRIDGE CROSSING SHOPPING CENTER LLC | C/O BARINGS LLC ONE FINANCIAL PLAZA STE. 1700 HARTFORD CT 06103 |
| CANAL STREET PROPERTIES, INC. | 1866-A WALLENBERG BLVD CHARLESTON SC 29407 |
| CAPIZZI FAMILY TRUST | VINCENT J CAPIZZI 11 DRY BROOK TRAIL HENDERSON NV 89052 |
| CAROLYN SHADA | ADDRESS ON FILE |
| CARTER FAMILY TRUST | ADDRESS ON FILE |
| CAUDLE & SPEARS, P.A. | 121 WEST TRADE STREET, SUITE 2600 CHARLOTTE NC 28202 |
| CB RICHARD ELLIS | ATTN: MS. BARBARA TEICH 8390 E.CRESCENT PARKWAY SUITE 300 DENVER CO 80111 |
| CECILIA A BROWN | ADDRESS ON FILE |
| CENTRE POINTE PROPERTY OWNERS ASSOC | PO BOX 3621 TALLAHASSEE FL 32315 |
| CENTRO GA COASTAL WAY LLC | PO BOX 645341 C/O CENTRO GA COSTAL WAY LLC C/O BRIXMOR PROP GRP CINCINNATI OH 45264-5341 |
| CGI 3, L.P | 1311 MINDEN DR SAN DIEGO CA 92111 |
| CH REALTY III BATTLEFIELD LLC | PO BOX 62045 SVAL1569 LRUBYTU00 NEWARK NJ 07101 |
| CH REALTY III BATTLEFIELD LLC | 500 N. BROADWAY STE 201 PO BOX 9010 JERICHO NY 11753 |
| CH REALTY III BATTLEFIELD LLC | MID-ATLANTIC REGION 1954 GREENSPRING DRIVE, SUITE 330 TIMONIUM MD 21093 |
| CHARLES B MARSHALL | ADDRESS ON FILE |
| CHAZPAREM LLC | THOMAS ABRAHAM 17329 GRAYLAND AVENUE CERRITOS CA 90703 |
| CHENGA REALTY GROUP LLC | PO BOX 941483 C/O ISOLA ASSOCIATES ITF THE LAFAYETTE LIFE INS CO MAITLAND FL 32794 |
| CHESTER C FOSGATE COMPANY | 908 SOUTH DELANEY AVE ORLANDO FL 32806 |
| CHESTER C FOSGATE COMPANY | 3333 S ORANGE AVE STE 217 C/O CROSSMAN CO MGMT INC ORLANDO FL 32806 |
| CHICK FIL A INC | 5200 BUFFINGTON RD ATTN CHRISTINA PEACOCK ATLANTA GA 30349 |
| CHRISTENSEN ENTERPRISES & INVESTMENTS | 6110 SOUTH 350 WEST MURRAY UT 84107 |
| CIPRIANO SQUARE PLAZA CORP | PO BOX 93070 ROCHESTER NY 14692 |
| CIRCLE 5 INC | 540 NORTH JEFFERSON STREET LEWISBURG WV 24901 |
| CIRCLE 5 INC | 278 COLEMAN DRIVE LEWISBURG WV 24901 |
| CITIGROUP COMMERCIAL MORTGAGE | TRUST 2006 C4 CGCMT 2006 C4 5522 SHAFFER RD 190 S LASALLE ST CHICAGO IL 60603 |
| CITY OF ATLANTA | PO BOX 920500 DEPARTMENT OF AVIATION ATLANTA GA 30392 |
| CITY OF LEESBURG | 501 MEADOW ST PO BOX 491286 CITY HALL LEESBURG FL 34749 |
| CITY OF LEESBURG | 501 MEADOW ST PO BOX 491286 CITY HALL LEESBURG FL 34749-0630 |
| CNL FUNDING 2000 A LP | PO BOX 29650 DEPT 880044 ID 065348 PHOENIX AZ 85038 |
| COBBLESTONE SQUARE CO LTD | 27500 DETROIT RD SUITE 300 WESTLAKE OH 44145 |
| CORAL MARTES LLC | C/O ORION INVESTMENT AND MANAGEMENT LTD. C/O ORION INVESTMENT AND MGMT LTD. 200 S. BISCAYNE BLVD., 7TH FL MIAMI FL 33131 |
| CORAL MARTES LLC | 200 S BISCAYNE BLVD 7TH FLOOR MIAMI FL 33131 |
| CORDOBA PROPERTY GROUP II LLC | 4170 ASHFORD DUNWOODY ROAD 390 ATLANTA GA 30319 |
| COROC/MYRTLE BEACH L.L.C. | C/O TANGER PROPERTIESLIMITED PARTNERSHIP 3200 NORTHLINE AVENUE SUITE 360 GREENSBORO NC 27408 |
| COROC/MYRTLE BEACH L.L.C. | C/O BECKY T. OLIVER TANGER PROPERTIESLIMITED PARTNERSHIP 3200 NORTHLINE AVENUE, SUITE 360 GREENSBORO NC 27408 |
| CORPORATE SERVICES CONSULTANTS | PO BOX 1048 DANDRIDGE TN 37725 |

| Claim Name | Address Information |
|---|---|
| DABNEY EXCHANGE LLC | 605 LEXINGTON AVE STE 100 CHARLOTTE NC 28203 |
| DALLAS COMMONS, LLC. | 1109 RUSSELL PARKWAY WARNER ROBINS GA 31088 |
| DALLAS LAND | ATTN: J.R CONOLLY 1265 LAKES PARKWAY SUTIE 140 LAWRENCEVILLE GA 30043 |
| DALY SEVEN | ADDRESS ON FILE |
| DDR WALKS AT HIGHWOOD PRESERVE I LLC | DEPT 108816 21137 50791 PO BOX 9183418 CHICAGO IL 60691 |
| DENNIS LAPIDUS | ADDRESS ON FILE |
| DHRT INVESTMENTS LLC | ATTN: DIANE HEWITT 770 ROUTE 220 MUNCY VALLEY PA 17758 |
| DOMINION SQUARE CULPEPER LLC | 610 E MOREHEAD ST STE 100 CHARLOTTE NC 28202 |
| DONELSON PIKE RESTAURANT PARTNERS | 4121 HILLSBORO RD SUITE 302 C/O SPIVA HILL MANAGEMENT NASHVILLE TN 37215 |
| DRURY DEVELOPMENT CORPORATION | JACQUELINE D. POLLVOGT 13075 MANCHESTER ROAD, SUITE 200 ST. LOUIS MO 63131 |
| DRURY DEVELOPMENT CORPORATION | 721 EMERSON ROAD STE 200 ST LOUIS MO 63141 |
| DRURY INNS INC | ACCOUNTING DEPT 101 S FARRAR DRIVE CAPE GIRARDEAU MO 63701 |
| DUBOIS MALL | ADDRESS ON FILE |
| EAGLERIDGE ASSOCIATES PUEBLO LP | 1700 BROADWAY STE 650 DENVER CO 80290 |
| EAGLERIDGE REH LLC | 530 B ST STE 2050 SAN DIEGO CA 92101 |
| EATONTOWN MONMOUTH MALL LLC | 180 RTE 35 S ATTN MONMOUTH MALL MGMT OFFICE EATONTOWN NJ 07724 |
| EATONTOWN MONMOUTH MALL LLC | C/O BROOKFIELD PROPERTIES (R) LLC 200 VESEY STREET 25TH FLOOR NEWYORK NY 10281 |
| EATONTOWN MONMOUTH MALL LLC | PO BOX 780224 PHILADELPHIA PA 19178 |
| EMPIRE CONCEPTS, INC. | C/O RT WEST PALM BEACH FRANCHISE, LP 301 CAMERON COURT DAPHNE AL 36526 |
| ENG TONG LY | ADDRESS ON FILE |
| EQUITY ONE | C/O REGENCY CENTERS CORPORATION ONE INDEPENDENT DRIVE SUITE 114 JACKSONVILLE FL 32202-5019 |
| EQUITY ONE (WESTBURY PLAZA) LLC | PO BOX 531816 WESTBURY PLAZA ATLANTA GA 30353 |
| ESSENTIAL PROPERTIES | 902 CARNEGIE CENTER BLVD STE 520 PRINCETON NJ 08540 |
| EVANS HOLDING COMPANY FESTIVAL | GETTYSBURG ASSOCIATES, LLC WHITE REALTY COMPAN 416 S. BETHLEHEM PIKE FT. WASHINGTON PA 19034 |
| EVERGREEN DEVELOPMENT COMPANY LLC | 17587 W BRINDLE TRAIL ROAD C/O MR. ROBERT J. KUBICKI GURNEE IL 60031 |
| FEB REALTY MEBANE LLC | 189 BAYCREST DR SOUTH BURLINGTON VT 05403 |
| FORT MOTTE LLC | PO BOX 321 ORANGEBURG SC 29116 |
| FOUR BEAM LLC | 4943 N BROAD ST PHILADELPHIA PA 19141 |
| FREDERICK CROSSING OWNERS ASSN | C/O CLAGETT ENTERPRISES 7540 N MARKET STREET FREDERICK MD 21701 |
| FTR, LLC | 1515 ABUTMENT ROAD SUITE 110 DALTON GA 30721 |
| GEORGIA DEPT OF TRANSPORTATION | OFFICE RIGHT OF WAY PROP MGT ONE GEORGIA CENTER 600 WEST PEACHTREE ST NW ATLANTA GA 30308 |
| GEORGIA SHOPPING CENTER LLC | 400 MALL BLVD STE M C/O DAVID GARFUNKEL SAVANNAH GA 31406 |
| GINA EL SINEITTI LIVING TRUST | ADDRESS ON FILE |
| GLENBEAR ASSOCIATES I LLC | 105 FOULK ROAD C/O CAPANO MANAGEMENT CO WILMINGTON DE 19803 |
| GLENBEAR, LLC | C/O 105 FOULK ROAD WILMINGTON DE 19803 |
| GLENMAURA CORP CENTER ASSOCIATION | C/O GLENMAURA GLENMAURA NATIONAL BOULEVARD MOOSIC PA 18507 |
| GOLD SQUARE PA LLC | PO BOX 777 OAKHURST NJ 07755 |
| GORJIAN VALLEY PLAZA REALTY LLC | C/O GORJIAN ACQUISITIONS 60 CUTTERMILL ROAD STE 508 GREAT NECK NY 11021 |
| GREENWOOD SQUARE HOLDINGS LLC | 553 E MAIN ST BOWLING GREEN KY 42101 |
| GRISSIM AND HODGES | 323 UNION STREET SUITE 400 NASHVILLE TN 37201 |
| HARTLEY, ROWE, & FOWLER, P.C. | 12301 VETERANS MEMORIAL HWY DOUGLASVILLE GA 30134 |
| HEALTHPARK FLORIDA EAST PROPERTY | 9800 S HEALTHPARK DR STE 310 FORT MYERS FL 33908 |
| HEB HOP LP | CMK FORT MYERS 9755 OLD WARSON RD ST LOUIS MO 63124 |
| HICKMAN PROPERTIES I LLC | 1091 HOLTON RD GROVE CITY OH 43123 |
| HIS MALL, LLC | C/O BLS HOLDINGS GROUP, LLC 3638 WALTON WAY EXTENSION STE 201 ATTN: BARRY L. STOREY AUGUSTA GA 30909 |
| HOLLAND & KNIGHT LLP | 800 17TH STREET NORTH WEST WASHINGTON DC 20006 |

| Claim Name | Address Information |
|---|---|
| HOME DEPOT RECEIVABLE | LOCKBOX 7491 400 WHITE CLAY CENTER DRIVE NEWARK DE 19711 |
| HOME PARK ASSOCIATES | 20 ERFORD RD STE 215 ATTN: DAVID REMMEL LEMOYNE PA 17043 |
| HRE FUND III LP RCC | PO BOX 604037 MARTINTOWN PLAZA CHARLOTTE NC 28260-4037 |
| HUNTINGTON MALL | PO BOX 932400 CLEVELAND OH 44193 |
| HUNTINGTON MALL COMPANY | ATTENTION LEGAL DEPARTMENT 5577 YOUNGSTOWN-WARREN ROAD NILES OH 44446 |
| INGLEWOOD RESTAURANT PARK ASSC | 9640 LOTTSFORD COURT LARGO MD 20774 |
| JACKSONVILLE INT TRADEPORT OWNER ASSN | 721 EMERSON RD STE 300 C/O CUSHMAN AND WAKEFIELD ATTN KEVIN DIEL ST LOUIS MO 63141 |
| JAMES STINNETT | ADDRESS ON FILE |
| JAY CYWAN | ADDRESS ON FILE |
| JAY SHREE LAXMI ENTERPRISES LLC | 657 W MINTON DRIVE C/O DASHARATH J PATEL TEMPE AZ 85282 |
| JAY UMIYA ENTERPRISES LLC | 9043 EAST PLATA AVE MESA AZ 85212 |
| JERSEY GARDENS CENTER LLC | 225 WEST WASHINGTON STREET INDIANAPOLIS IN 46204 |
| JERSEY GARDENS CENTER LLC | PO BOX 772817 CHICAGO IL 60677 |
| JOAN F KING | ADDRESS ON FILE |
| JOESPH COMPARETTO | ADDRESS ON FILE |
| JONES LANG LASALLE AMERICAS, INC. | 1125 SANCTUARY PKWY STE 170 ATTN: GREGORY MALONEY ALPHARETTA GA 30009 |
| JONES LANG LASALLE AMERICAS, INC. | 3344 PEACHTREE RD, NE STE 1200 ATLANTA GA 30326 |
| JOSEPH C SILVESTRI | ADDRESS ON FILE |
| JSNT REAL ESTATE LLC | 19 W. MAIN ST GREENFIELD IN 46140 |
| JUBILEE CHESAPEAKE EQUITY LLC | JLP CHESAPEAKE LLC 4300 E FIFTH AVE C/O SCHOTTENSTEIN PROPERTY GRP COLUMBUS OH 43219 |
| JUBILEE CLINTON II LLC | 4300 E FIFTH AVE C/O SCHOTTENSTEIN PROPERTY GRP COLUMBUS, OH 43219 |
| JUBILEE LTD PARTNERSHIP | C/O SCHOTTENSTEIN PROP. GROUP 1798 FREBIS AVE COLUMBUS OH 43206 |
| KALLIOPPI LLC | 8605 WESTWOOD CENTER DR STE 309 CO RENAUD CONSULTING AAF VIENNA VA 22182 |
| KAYS LLC | 2710 VALLEY BROOK PLACE NASHVILLE TN 37215 |
| KEVIN A GILLIS | ADDRESS ON FILE |
| KH & EN, LLC | 6550 GLADEVIEW COURT BURKE VA 22015 |
| KINGMAN HOLDING LLC | 200 S BISCAYNE BLVD 7TH FLOOR MIAMI FL 33131 |
| KINSLEY GRAHAM LP | ADDRESS ON FILE |
| KRG EVANS MULLINS OUTLOTS LLC | 30 SOUTH MERIDIAN STREET SUITE 1100 INDIANAPOLIS IN 46204 |
| KRG EVANS MULLINS OUTLOTS LLC | 15961 COLLECTIONS CTR DRIVE CHICAGO IL 60693 |
| KUMAR LODGING INC | ATTN BOB KUMAR BEST WESTERN ATHENS 1329 HWY 72 EAST ATHENS AL 35612 |
| L DAVID COLE | 9107 WILSHIRE BLVD. SUITE 450 BEVERLY HILLS CA 90210 |
| L.F.M PROPERTIES, LLC | 407-L SOUTH GRIFFIN ST. ELIZABETH CITY NC 27909 |
| LAKE VIEW INDUSTRIAL ASSOC INC | C/O UPA PO BOX 844565 BOSTON MA 02284 |
| LAW OFFICES OF ERIC A. HEINZ, P.C. | 1835 MARKET STREET SUITE 1215 PHILADELPHIA PA 19103-3272 |
| LEBANON PLAZA I LLC | PRESTIGE PROPERTIES & DEVELOPMENT CO., INC. 546 FIFTH AVENUE, 15TH FLOOR NEW YORK NY 10036 |
| LEBANON PLAZA I LLC | PO BOX 2354 C/O CAPITAL ONE HICKSVILLE NY 11802-2354 |
| LIMESTONE RUBY LITHIA SPRINGS LLC | C/O ORION INVESTMENT AND MGMT LTD. CORP. 200 S. BISCAYNE BOULEVARD, 7TH FLOOR MIAMI FL 33131 |
| LIMESTONE RUBY LITHIA SPRINGS LLC | 200 S BISCAYNE BLVD 7TH FL C/O OIMC MIAMI FL 33131 |
| LIMESTONE RUBY LLC ORION | 200 S BISCAYNE BLVD 7TH FL C/O OIMC MIAMI FL 33131 |
| LIMESTONE RUBY LOGANVILLE LLC | 200 S BISCAYNE BLVD 7TH FL C/O OIMC MIAMI FL 33131 |
| LIMESTONE RUBY RALEIGH LLC | 200 S BISCAYNE BLVD 7TH FL C/O OIMC MIAMI FL 33131 |
| LIONG FAMILY LIVING TRUST | ADDRESS ON FILE |
| LISBON LANDING LLC | PO BOX 464 BRATTLEBORO VT 05302 |
| LOWES HOME CENTER LLC | ATTN: PROPERTY MANAGEMENT 1000 LOWE'S BLVD MOORESVILLE NC 28117 |
| LOWES HOME CENTER LLC | 1605 CURTIS BRIDGE ROAD ATTN PROPERTY MGMT RES6 WILKESBORO NC 28697 |

| Claim Name | Address Information |
| --- | --- |
| LOWES HOME CENTER LLC | 1605 CURTIS BRIDGE ROAD ATTN PROP MGMT RES6 724 WILKESBORO NC 28697 |
| LOWES HOME CENTER LLC | 1605 CURTIS BRIDGE ROAD ATTN PROP MGMT RES6 1506 WILKESBORO NC 28697 |
| LOWNDES, DROSDICK, DOSTER, | KANTOR & REED, P.A. 215 NORTH EOLA DRIVE POST OFFICE BOX 2809 ORLANDO FL 32802 |
| LVIP VI OWNERS ASSOCIATION | C/O MRH ENTERPRISE LLC 1150 GLENLIVET DR SUITE A 16 ALLENTOWN PA 18106 |
| M P LLP | 5612 ILLINOIS ROAD FORT WAYNE IN 46804 |
| MACLEOD COUCH REALTY LLC | 270 N EL CAMINO REAL SUITE F397 ENCINITAS CA 92024 |
| MADISON EXCHANGE, LLC | 10 CHADWICK COUR WARETOWN NJ 08758 |
| MANTER CONSTRUCTION OF MAINE INC | 92 IRIS LN SIDNEY ME 04330 |
| MARC F LAGASSE | ADDRESS ON FILE |
| MARJORIE P CLARKE | ADDRESS ON FILE |
| MARRIOTT COURTYARD | 250 DAVIDSON AVE SOMERSET NJ 08873 |
| MARSHALL FAMILY TRUST DATED 2/14/2000 | CHICK MARSHALL 5724 E CREST DE VILLE AVE ORANGE CA 92867 |
| MARTINTOWN ACD LLC | PO BOX 930951 ATLANTA GA 31193 |
| MARYVILLE COLLEGE | 502 E LAMAR ALEXANDER PKWY MARYVILLE TN 37804 |
| MASSEY & STOTSER, P.C. | 1780 GADSDEN HIGHWAY BIRMINGHAM AL 35235 |
| MAZZA FAMILY COLLEGE PARK LLC | MAZZA LAVALE 4205 STANFORD ST CHEVY CHASE MD 20815 |
| MBI LEASING | 14601 HIGHLAND HABOUR COURT FORT MEYERS FL 33908 |
| MEEKER FAMILY LP | 368 LAMBERT ROAD CARPINTERIA CA 93013 |
| MEIJER INC | 2929 WALKER NW MEIJER VENDOR RECEIVABLES CASH OFFICE 982 GRAND RAPIDS MI 49544 |
| MEIJER INC | PO BOX 74008449 CHICAGO IL 60674 |
| MERIDEN REALTY LLC | 150 GREAT NECK RD STE 304 C/O NAMCO REALTY GREAT NECK NY 11021 |
| MERIDEN SQUARE 2 LLC | BANK OF AMERICA FILE 54731 LOS ANGELES CA 90074 |
| MERIDEN SQUARE PARTNERSHIP | ATTN: LEGAL DEPARTMENT 2049 CENTURY PARK EAST 41ST FLOOR LOS ANGELES CA 90067 |
| METROPOLITAN KNOXVILLE | 2055 ALCOA HIGHWAY AIRPORT AUTHORITY MCGHEE TYSON AIRPORT ALCOA TN 37701 |
| MICHAEL G MAHAFFEY | ADDRESS ON FILE |
| MICHAEL G. MAHAFFEY AND | ADDRESS ON FILE |
| MICHAEL L SHULAR | ADDRESS ON FILE |
| MICHAEL SHADA | ADDRESS ON FILE |
| MID RIVERS MALL CMBS LLC | CBL 0805 PO BOX 955607 ST LOUIS MO 63195 |
| MIDDLETOWN COMMONS MANAGEMENT LLC | 2301 NORTH DUPONT HWY ATTN DAVID CANTERA NEW CASTLE DE 19720 |
| MIDDLETOWN I RESOURCES LP | 3 MANHATTANVILLE RD STE 202 C/O NATIONAL REALTY DEVELOPMNT ATTN: RICHARD A. BAKER PURCHASE NY 10577 |
| MILL CREEK VILLAGE | PO BOX 335 VALPARAISO FL 32580 |
| MILL CREEK VILLAGE INC | 109 BULLOCK BLVD ATTN DON POPE NICEVILLE FL 32578 |
| MJK LLC | 1201 N PETERSON AVENUE DOUGLAS GA 31533 |
| MOLLY BURNETT | ADDRESS ON FILE |
| MONMOUTH MALL | 180 ROUTE 35 ATTN: GENERAL MANAGER EATONTOWN NJ 07724 |
| MONTGOMERY ACQUISITION LP | 8 INDUSTRIAL WAY EAST 2ND FLR C/O WHARTON REALTY GROUP EATONTOWN NJ 07724 |
| MONUMENT LONE STAR OWNERS ASSOC INC | PO BOX 57098 C/O ATHENA ASSOC MGMT JACKSONVILLE FL 32241 |
| MOODY NATIONAL COMPANIES | ATTN LUCY TOVAR 6363 WOODWAY DRIVE SUITE 110 HOUSTON TX 77057 |
| MOODY NATIONAL COMPANIES JIMI CHENG | 6363 WOODWAY DRIVE SUITE 110 HOUSTON TX 77057 |
| MORGANDAY LLC | 222 GRAND AVENUE ENGLEWOOD NJ 07631 |
| MOSITES DEVELOPMENT COMPANY | 400 MOSITES WAY SUITE 100 PITTSBURGH PA 15205 |
| NADG NNN RT (TN) LP | 2851 JOHN STREET SUITE 1 MARKHAM ON L3R 5R7 CANADA |
| NADG NNN RT SC LP | 2718 FAIRMOUNT ST DALLAS TX 75201 |
| NADG NNN RT TN LP | 3131 MCKINNEY AVE STE L-10 DALLAS TX 75204 |
| NATIONAL RETAIL PROPERTIES LP | 450 S ORANGE AVE STE 900 ORLANDO FL 32801 |
| NATIONAL RETAIL PROPERTIES, LP | PO BOX 864205 ORLANDO FL 32886-4205 |
| NORMAN DEVELOPMENT CO INC | 2685 CELANESE ROAD SUITE 123 ROCK HILL SC 29732 |

| Claim Name | Address Information |
|---|---|
| NORTHWOODS CROSSING STATION LLC | PO BOX 645414 PITTSBURGH PA 15264 |
| NORTHWOODS CROSSING STATION LLC | 11501 NORTHLAKE DRIVE CINCINNATI OH 45249 |
| NRD RT 30 LLC | 4170 ASHFORD DUNWOODY RD STE 390 ATLANTA GA 30319 |
| NSJ CHEN LLC | 7301 BOULDER VIEW LANE BLACKWOOD DEVELOPMENT COMPANY ATTN: BILL FIELDS RICHMOND VA 23225 |
| NSR PETRO SERVICES, LLC | 7303 HANOVER PKWY STE A GREENBELT MD 20770 |
| OREOF 2017 RUBY LLC | C/O ORION INVESTMENT AND MGMT LTD. ATTN: JOSEPH A SANZ 200 S. BISCAYNE BLVD., 7TH FL MIAMI FL 33131 |
| ORION NRD RUBY JV LLC | 200 SOUTH BISCAYNE BLVD 7TH FL C/O ORION INVESTMENT MGMT MIAMI FL 33131 |
| ORION-NRD RUBY JV LLC | 200 SOUTH BISCAYNE BLVD 7TH FL C/O ORION INVESTMENT MGMT MIIAMI FL 33131 |
| ORION-NRD RUBY JV LLC | 200 SOUTH BISCAYNE BLVD 7TH FL C/O ORION INVESTMENT MGMT ATTN: SILVI SANTOVENIA MIAMI FL 33131 |
| PACIFIC FRONTIER LLC | 2670 MELVILLE DRIVE SAN MARINO CA 91108 |
| PARAMOUNT LMS LLC | 120 NORTH POINTE BLVD SUITE 301 LANCASTER PA 17601 |
| PARKWAY PROPERTIES LTD | 7143 KEMPER RD CINCINNATI OH 45249 |
| PATRICIA A BENNETT | ADDRESS ON FILE |
| PATRICK J DONLON | ADDRESS ON FILE |
| PEACHTREE MALL LLC | PO BOX 86 SDS 12 2330 MINNEAPOLIS MN 55486 |
| PEACHTREE MALL LLC | ATTN: LAW/LEASE ADMINISTRATION DEPT C/O PEACHTREE MALL 110 N. WACKER DR. CHICAGO IL 60606 |
| PETER TOMASZEWICZ | ADDRESS ON FILE |
| PETER TOMASZEWICZ CALISUNNY | ADDRESS ON FILE |
| PIER PARK | ADDRESS ON FILE |
| PIKE CREEK SHOPPPING CENTER | PO BOX 644031 C/O REGENCY CENTERS LP PITTSBURGH PA 15264 |
| PLYMOUTH MEETING HOTEL FRANCHISEE LLC | 2055 CHEMICAL RD HAMPTON INN PLYMOUTH MEETING PLYMOUTH MEETING PA 19462 |
| POTTER PROPERTIES LLC | 4700 S HIGHLAND DRIVE STE B SALT LAKE CITY UT 84117 |
| PREMIER CENTER OF CANTON LLC | 18720 MACK AVENUE SUITE 200 GROSSE POINTE FARMS MI 48236 |
| PREMIER CENTER OF CANTON LLC | 18720 MACK AVENUE SUITE 200 GROSSE POINTE PARK MI 48236 |
| PRIORITY PROPERTY MANAGEMENT LLC | 40 W WASHINGTON ST STE 101 ATTN ROY BROOKS C/O PRIORITY PROP MGMT HARRISNONBURG VA 22802 |
| PRISCILLA A DREILING TRUST 8538727 | ADDRESS ON FILE |
| PROPERTY MANAGER | 150 MONUMENT ROAD SUITE 406 BALA CYNWYD PA 19004 |
| PROV 18:10 LLC | 5430 LAWNVIEW WAY ATTN GARY GRACE ELK GROVE CA 95758 |
| RAINIER WOODLANDS SQR ACQUISITIONS LLC | 500 W CYPRESS CREED RD STE 350 C/O AVISON YOUNG PROP MGMT ATTN MARTHA NZAKEN FORT LAUDERDALE FL 33309-6155 |
| RANDALL BENDERSON 1993-I TRUST | ATTN LEASE ADMINISTRATION 570 DELWARE AVENUE BUFFALO NY 14202 |
| RANDALL BENDERSON 1993-I TRUST | ATTN LEGAL DEPARTMENT 7978 COOPER CREEK BLVD SUITE 100 UNIVERSITY PARK FL 34201 |
| RANDALL BENDERSON 1993-I TRUST | ATTN INSURANCE DEPARTMENT 7978 COOPER CREEK BLVD SUITE 100 UNIVERSITY PARK FL 34201 |
| RB 1995 TRUST AND WR-I XV | ATTN: LEASE ADMINISTRATION 570 DELAWARE A VENUE BUFFALO NY 14202 |
| RB 1995 TRUST AND WR-I XV | ATTN: LEGAL DEPARTMENT 7978 COOPER CREEK BLVD. SUITE 100 UNIVERSITY PARK FL 34201 |
| RCC MARTINTOWN PLAZA, LLC | C/O NEWLINK MANAGEMENT GROUP PO BOX 17710 RICHMOND VA 23226 |
| RCG WAYCROSS LLC | PO BOX 53483 ATLANTA GA 30355 |
| REEF ASSOCIATES LTD | C/O COURTELIS COMPANY 703 WATERFORD WAY SUITE 800 MIAMI FL 33116 |
| REGENCY CENTERS CORPORATION | ONE INDPENDENT DRIVE SUITE 114 ATTENTION: LEASE ADMINISTRATION JACKSONVILLE FL 32202-5019 |
| REGENCY MANAGEMENT INC | WESTGATE CENTER 531 BOLL WEEVIL CIR ENTERPRISE AL 36330 |
| REX OIL COMPANY | 1000 LEXINGTON AVE THOMASVILLE NC 27360 |
| RICHARDS, LAYTON & FINGER | 1 RODNEY SQUARE PO BOX 551 WILMINGTON DE 19899 |

| Claim Name | Address Information |
| --- | --- |
| RIVERS EDGE POA | 7175 EAST KEMPER RD CINCINNATI OH 45249 |
| RJPA PROPERTIES LLC | 610A E BATTLEFIELD 321 SPRINGFIELD MO 65807 |
| ROBERT A DAILEY TRUST | ADDRESS ON FILE |
| RONALD A BALDI | ADDRESS ON FILE |
| RONALD BENDERSON DEVLOPMENT | PO BOX 823201 RB 1995 TRUST AND WR I XV LEASE 56135 PHILADELPHIA PA 19182 |
| RONALD J. DRELING | ADDRESS ON FILE |
| ROUTE TEN LLC | 1268 LASKIN RD APT 200 ATTN: JOHANNA M. PERKINS VIRGINIA BEACH VA 23451 |
| ROUTE TEN LLC | 1268 LASKIN RD APT 200 ATTN: JOHANNA M. PERKINS VIRGINIA BEACH VA 23451-5266 |
| RP EASTON MARKETPLACE LLC | 60 WEST ST STE 204 ANNAPOLIS MD 21401 |
| RP EASTON MARKETPLACE MD LLC | C/O KLNB MANAGEMENT, LLC PO BOX 447 EMERSON NJ 07630 |
| RP EASTON MARKETPLACE MD LLC | C/O KLNB MANAGEMENT, LLC 60 WEST STREET SUITE 204 ANNAPOLIS MD 21401 |
| RP EASTON MARKETPLACE MD LLC | 832 GEORGIA AVE STE 507 CHATTANOOGA TN 37402 |
| RPI SALISBURY MALL | PO BOX 860510 MINNEAPOLIS MN 54486 |
| RPI SALISBURY MALL, LLC | C/O BROOKFIELD PROPERTIES (R) LLC ATTN: LAW/LEASE ADMIN DEPT 350 N. ORLEANS ST., SUITE 300 CHICAGO IL 60654 |
| RT CALHOUN JV | C/O NEWBURGER-ANDES & COMPANY, INC 201 ALLEN ROAD SUITE 300 ATLANTA GA 30328 |
| RT CALHOUN JV LLC | 201 ALLEN RD STE 300 ATLANTA GA 30328 |
| RT GREENBELT LLC | 210 CANAL ST STE 301 C/O ROSE CHAO NEW YORK NY 10013 |
| RT GULF BREEZE LP | 200 S BISCAYNE BLVD 7TH FL C/O OIMC MIAMI FL 33131 |
| RT HENDERSON LLC | 1200 DUDA TRAIL OVIEDO FL 32765 |
| RT LEXINGTON LLC | 1200 DUDA TRAIL OVIEDO FL 32765 |
| RT SANFORD LLC | 1200 DUDA TRAIL OVIEDO FL 32765 |
| RTMB LODGING JOINT VENTURE | 2055 CHEMICAL ROAD PLYMOUTH MEETING PA 19462 |
| RUSKIN MOSCOU FALTISCHEK, P.C. | EAST TOWER 15TH FLOOR 1425 RXR PLAZA UNIONDALE NY 11556 |
| SALINE COMMONS LLC | 4036 TELEGRAPH ROAD SUITE 201 BLOOMFIELD HILLS MI 48302 |
| SAMULA RAPPAPORT, ESQ | 1500 WALNUT STREET 19TH FLOOR PHILADELPHIA PA 19102 |
| SART LLC | 19949 MARKWARD XING ATTN MERCEDES AZA ESTERO FL 33928 |
| SCF RC FUNDING IV LLC | C/O ESSENTIAL PROPERTIES LP 902 CARNEGIE CENTER BLVD., SUITE 520 ATTN: AJ PEIL PRINCETON NJ 08540 |
| SCHLANGEN PROPERTIES LLC | 2026 SANDSTONE LOOP N SARTELL MN 56377 |
| SHERMAN PARTNERS RUBY LLC | 209 29TH AVE N STE 150 C/O CHARLES P VAUGHN JR NASHVILLE TN 37203 |
| SHUET YI NG | ADDRESS ON FILE |
| SHULAR COMPANIES | MICHAEL L. SHULAR PO BOX 490 DANDRIDGE TN 37725 |
| SHUNPIKE WEST LP | 230 MASON STREET HB NITKIN GROUP GREENWICH CT 06830 |
| SILVERMAN REALTY ASSOCIATES LLC | 12A FIIMORE PLACE FREEPOT NY 11520 |
| SILVERMAN REALTY ASSOCIATES LLC | 12A FILMORE PLACE FREEPORT NY 11520 |
| SIMON PROPERTY GROUP L.P. | C/O SIMON PROPERTY GROUP 225 WEST WASHINGTON STREET INDIANAPOLIS IN 46204 |
| SMS HOTEL EQUITIES, INC. | 2100 PARKLAKE DRIVE N.E. ATLANTA GA 30345 |
| SNOWDON SQUARE RETAIL ASSOCIATION INC | 10096 RED RUN BLVD STE 300 OWINGS MILS MD 21117 |
| SOUTH ASHEVILLE HOTEL ASSOCIATES LLC | C/O JOHN G. WINKENWERDER HAMPTON INN & SUITES 18 ROCKWOOD ROOAD FLETCHER NC 28732 |
| SOUTH ASHEVILLE HOTEL ASSOCIATES LLC | ATTN JOHN G WINKENWERDER 18 ROCKWOOD RD FLETCHER NC 28732 |
| SOUTHERN SHOPPING CENTER LLC | PO BOX 8500 LOCKBOX 7327 FBO ROYAL BANK OF SCOTLAND PLC PHILADELPHIA PA 19178 |
| SOUTHERN SHOPPING CENTER LLC | 168 BUSINESS PARK DRIVE SUITE 200 VIRGINIA BEACH VA 23462 |
| SOUTHTRUST BANK OF NORTHWEST FLORIDA | 91 N.W. RACETRACK ROAD FORT WALTON BEACH FL 32547 |
| SRINIVASULU KYATHAM | ADDRESS ON FILE |
| STAFFORD RT LLC | C/O STAFFORD PROPERTIES INC 3050 PEACHTREE ROAD NW SUITE LL-50 ATLANTA GA 30305 |
| STAFFORD RT LLC | C/O STAFFORD PROPERTIES INC PO BOX 186 TIFTON GA 31793 |
| STEVE THOMAS | 106 WEST UTICA STREET, SUITE D OSWEGO NY 13126 |

| Claim Name | Address Information |
|---|---|
| STEVEN THOMAS | ADDRESS ON FILE |
| STORE CAPITAL CORPORATION | 8377 E HARTFORD DR STE 100 SCOTTSDALE AZ 85255 |
| T&M LLC | PO BOX 1837 ATTN: HARRY M. HYLTON BECKLEY WV 25802 |
| TANGER PROPERTIES LTD PARTNERSHIP | TWMB ASSOCIATES AND COROC ENTITIES PO BOX 414225 BOSTON MA 02241 |
| TAU MIDWEST LLC | PO BOX 842428 C/O REALTY INCOME CORP BLDG ID 3965 LOS ANGELES CA 90084 |
| TAU SOUTH LLC | PO BOX 842428 C/O REALTY INCOME CORP BLDG ID 3962 LOS ANGELES CA 90084 |
| TAU SOUTH LLC | PO BOX 842428 BLDG ID 3961 C/O REALTY INCOME CORP LOS ANGELES CA 90084 |
| TC RIVERVIEW LLC | RMC LEASING MNGMT LLC ATTN CATHY MATTIOLI 8902 N DALE MABRY HYW STE 200 TAMPA FL 33614 |
| TECPORT BUSINESS CENTER | 3555 WASHINGTON RD ATTN CAROL JO BEVANS MCMURRAY PA 15317 |
| THE CENTRE AT SAILSBURY | ATTN: GENERAL MANAGER 2300 NORTH SAILSBURY BLVD SAILSBRY MD 21801 |
| THE CLEMSON PROPERTY LLC | 1141 UPPER HAPPY VALLEY RD. LAFAYETTE CA 94549 |
| THE GINA EL SINEITTI LIVING TRUST | U/D/T AUGUST 30, 1996 GINA EL SINEITTI LIVING TRUST 8/30/96 804 BOARDWALK PLACE REDWOOD CITY CA 94065 |
| THE HB NITKIN GROUP | 230 MASON ST. GREENWICH CT 06830 |
| THE KROGER CO. | ATTN: LAW DEPARTMENT 1014 VINE STREET CINCINNATI OH 45202-1100 |
| THE KROGER CO. | ATTN: REAL ESTATE DEPARTMENT 2175 PARKLAKE DR. ATLANTA GA 30345 |
| THE MIRIAM CYWAN AND | JAY INGRAM CYWAN FAMILY TRUST 4630 WORTSTER AVENUE SHERMAN OAKS CA 91423 |
| THE ORCHARDS AT DOVER LLC | 1075 ROUTE 34 SUITE G C/O FLORHAM REALTY MGMT LLC ABERDEEN NJ 07747 |
| THE VILLAGES OPERATING COMPANY | 3597 KIESSEL ROAD C/O THE VILLAGES COM PROP MGT THE VILLAGES FL 32163 |
| THE WIDEWATERS GROUP, INC | ATTN: LEASE ADMINISTRATION PO BOX 3 DEWITT NY 12314 |
| THF CLARKSBURG DEVELOPMENT LLC | 2127 INNERBELT BUSINESS CENTER SUITE 200 C/O THF REALTY INC ST LOUIS MO 63114 |
| THOMAS WESLEY SPEARS | ADDRESS ON FILE |
| THORNDIKE ROAD ASSOCIATION | C/O GUILFORD REALTY GROUP INC PO BOX 10378 GREENSOBORO NC 27404 |
| TINA M CASTRO 2005 TRUST DATED 05 17 05 | ADDRESS ON FILE |
| TINA M CASTRO 2005 TRUST DTD 05 17 05 | ADDRESS ON FILE |
| TM LLC | BOX 1109 BECKLEY WV 25802 |
| TMT33 LLC | 13356 METCALF AVENUE OVERLAND PARK KS 66213 |
| TNT 37849 LLC | 14071 PEYTON DRIVE UNIT 476 ATTN: ERIC TSAI CHINO HILLS CA 91709 |
| TOMASZEWICZ TRUST DATED NOV 18 2002 | 13075 PACIFIC PROMENADE 301 PLAYA VISTA CA 90094 |
| TOTH ENTERPRISES | 925 LILAC DRIVE SANTA BARBARA CA 93108 |
| TOTH ENTERPRISES | 3566 TORO CANYON PARK RD SANTA BARBARA CA 93108 |
| TOWNCENTER AND EAST OF 17 AT | EAGLE HARBOR ASSOCIATION INC PO BOX 621055 C/O ALLIANCE PROCESSING CNTR ORLANDO FL 32862-1055 |
| TREASURE COAST -JCP ASSOCIATES, LTD | C/O M.S. MANAGEMENT ASSOCIATES INC. 225 WEST WASHINGTON STREET INDIANAPOLIS IN 46204-3438 |
| TREASURE COAST JCP ASSOCIATES | PO BOX 775746 CHICAGO IL 60677 |
| TRUSTEE OF THE CARTER FAMILY | TRUST JOHN CARTER PO BOX 134 MOUNT PULASKI IL 62548 |
| UNION SQUARE NEWCASTLE JOINT VENTURE | 400 MOSITES WAY SUITE 100 C/O MOSITES DEVELOPMENT CO PITTSBURG PA 15205 |
| UNITED MGMT SVCS INC | 856 ELKRIDGE LANDING RD LINTHICUM MD 21090 |
| USB, NA AS TRUSTEE FOR CGCMT 2006-4 | CITIGROUP COMMERCIAL MORTGAGE TRUST CGCMT 2006 C4 5522 SHAFFER RD 190 S LASALLE STREET CHICAGO IL 60603 |
| VERNON. VERNON, WOOTEN, BROWN, | ANDREWS & GARRETT, PA 522 SOUTH LEXINGTON AVENUE BURLINGTON NC 27215-5827 |
| VILLAGE SHOPPES LLC | 3700 AIRPORT RD SUITE 302 C/O SPANISH RIVER CONSTRUCTION BOCA RATON FL 33431 |
| VILLAS AT TREXLER PARK ASSOCIATION | 1150 GLENLIVET DR STE A 16 C/O MRH ENTERPRISE ALLENTOWN PA 18106 |
| VINCENT CAPIZZI AND ANNE CAPIZZI | 2857 PARADISE ROAD 2602 AS TTEE CAPIZZI FAMILY TRUST LAS VEGAS NV 89109 |
| VMG REALTIES LLC | SUNSHINE REALTIES 21150 NE 38TH AVE UNIT 804 AVENTURA FL 33180 |
| VOMC COMPANY INC | 15 DANIELS ROAD ATTENTION OSCAR B VALDEPENAS BOONTON TOWNSHIP NJ 07005 |
| WALDEN DICK WRI I | ADDRESS ON FILE |
| WALDEN/ DICK/ WR-I FLA. | ATTN: LEASE ADMINISTRATION 570 DELAWARE A VENUE BUFFALO NY 14202 |

| Claim Name | Address Information |
|---|---|
| WALDEN/ DICK/ WR-I FLA. | ATTN: LEGAL DEPARTMENT 7978 COOPER CREEK BLVD. SUITE 100 UNIVERSITY PARK FL 34201 |
| WBSR PROPERTIES LLLP | 1266 WEST PACES FERRY RD 122 ATTN: TRACY A. WHITE ATLANTA GA 30327 |
| WEINGARTEN NOSTAT INC | PO BOX 301074 TENANT NO 132438 CO 21735 DALLAS TX 75303 |
| WEIS MARKETS INC | 1000 S SECOND ST SUNBURY PA 17801 |
| WENNE LLC | ATTN: GEORGE SHU 135 27 38TH AVENUE 2ND FLR FLUSHING NY 11354 |
| WESTGATE MERCHANTS ASSOCIATION | PO BOX 311292 ENTERPRISE AL 36331 |
| WIDEWATERS IX CANTON COMPANY LLC | THE WIDEWATERS GROUP INC ATTN ACCT RECEIVABLES PO BOX 3 DEWITT NY 13214 |
| WILKINSON LANGHORNE LP | C/O WILKINSON GROUP, INC. ATTENTION: RICHARD W. WILKINSON 106 COMMERCE ST., STE 110 LAKE MARY FL 32746 |
| WILKINSON LANGHORNE LP | C/O RICHARD W. WILKINSON 265 SNOWFIELDS RUN HEATHROW FL 32746 |
| WILKINSON LANGHORNE LP | 106 COMMERCE ST SUITE 110 C/O WILKINSON GROUP INC LAKE MARY FL 32746 |
| WILLCOX & SAVAGE, P.C. | 1800 BANK OF AMERICA CENTER ONE COMMERCIAL PLACE NORFOLK VA 23510 |
| WILLIAM V MEEKER | ADDRESS ON FILE |
| WILLOW VALLEY ASSOCIATES INC | 100 WILLOW VALLEY LAKES DRIVE ATTN SHEILA ECKMAN WILLOW STREET PA 17584 |
| WINCHESTER RT LLC | 268 NEWMAN AVE C/O LAYMAN LAW GROUP HARRISONBURG VA 22801 |
| WINDSOR PARKE POA | C/O RIVER CITY MANAGEMENT SVC PO BOX 105007 ATLANTA GA 30348 |
| WINTERS CHAPEL PLAZA LLC | 2456 KINGS ARMS POINT NE ATTN: CHAN MI JEFFERS ATLANTA GA 30345 |
| WRENTHAM VILLAGE PREMIUM OUTLETS | PO BOX 822920 TENANT ID WRE RUBYTU PHILADELPHIA PA 19182 |
| WRENTHAM VILLAGE PREMIUM OUTLETS | ATTENTION: PREMIUM OUTLETS C/O SIMON PROPERTY GROUP 225 WEST WASHINGTON STREET INDIANAPOLIS IN 46204-3438 |
| WRENTHAM VILLAGE PREMIUM OUTLETS | ATTENTION: GENERAL COUNSEL C/O SIMON PROPERTY GROUP 225 WEST WASHINGTON STREET INDIANAPOLIS IN 46204-3438 |
| WS ASSET MANAGEMENT, INC. | 33 BOYLSTON STREET SUITE 3000 CHESTNUT HILL MA 02467 |
| YU CHING HSU | ADDRESS ON FILE |
| YU-CHING HSU | ADDRESS ON FILE |
| Z A SNEEDENS SONS INC | 1015 ASHES DR SUITE 205 WILMINGTON NC 28405 |

**Total Creditor count  381**

| Claim Name | Address Information |
| --- | --- |
| 2C HO LLC | 129 MAJESTIC DR ATTN CHI M HO MARS PA 16046 |
| ARNOT REALTY CORPORATION | URBAN RETAIL PROPERTIES, LLC 111 EAST WACKER DRIVE, SUITE 2400 CHICAGO IL 60601 |
| BISMARCK PROPERTIES LLC | 18307 BURBANK BLVD STE 67 TARZANA CA 91356 |
| BROAD CREEK PHASE I LLC | C/O DIVARIS PROPERTY MANAGEMENT CORP 4525 MAIN STREET SUITE 900 VIRGINIA BEACH VA 23462 |
| ESSENTIAL PROPERTIES LP | ATTN : AJ PEIL 902 CARNEGIE CENTER BLVD SUITE 520 PRINCETON NJ 08540 |
| OREOF 2017 RUBY LLC | C/O ORION INVESTMENT AND MGMT LTD. ATTN: JOSEPH A SANZ 200 S. BISCAYNE BLVD., 7TH FL MIAMI FL 33131 |
| PATTI J. CROOKS | C/O KOHAN RETAIL INVESTMENT GROUP LLC 1010 NORTHERN BLVD GREAT NECK NY 11024 |
| PAULA ADAMS FORREST | ADDRESS ON FILE |
| STORE CAPITAL CORPORATION | 8377 E HARTFORD DR STE 100 SCOTTSDALE AZ 85255 |
| TNT 37849 LLC | 14071 PEYTON DRIVE UNIT 476 ATTN: ERIC TSAI CHINO HILLS CA 91709 |
| WINCHESTER RT LLC | C/O PRIORITY PROPERTY MANAGEMENT, LLC 40 WEST WASHINGTON ST, SUITE 101 ATTN: ROY BROOKS HARRISONBURG VA 22802 |

**Total Creditor count  11**

**EXHIBIT B**

**RTI Holding Company, LLC**
**Case No. 20-12456**
**Master Service List Emails**

| Creditor Name | Email Address |
|---|---|
| ABRAMS & BAYLISS LLP | seaman@abramsbayliss.com; cannataro@abramsbayliss.com |
| ADAMS AND REESE LLP | john.rogerson@arlaw.com; jamie.olinto@arlaw.com |
| AFFINITY9 REALTY LLC | affinity9realtyllc@gmail.com |
| AHGIE LLC | hanoh_md@hotmail.com |
| ALLEN KUSHYNSKI | allenkushynski@gmail.com |
| AMNON SHREIBMAN | rshreibman@hotmail.com; david@thompsonburton.com |
| ASHBY & GEDDES, P.A. | gtaylor@ashbygeddes.com; kearle@ashbygeddes.com |
| AVENUES MALL, LLC | ke4tto@aol.com |
| BALLARD SPAHR LLP | heilmanl@ballardspahr.com; roglenl@ballardspahr.com; ganzc@ballardspahr.com; andersonsanchezk@ballardspahr.com |
| BARRY & ANGELA BURNETT FAMILY | patrick.tuominen@bankofthewest.com |
| BENNETT PARTNERS, LLLP | mbmcpa1@comcast.net |
| CGI 3, L.P | jwachtle@san.rr.com |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | soneal@cgsh.com; jvanlare@cgsh.com |
| CONNOLLY GALLAGHER LLP | cgriffiths@connollygallagher.com; lhatfield@connollygallagher.com |
| DELAWARE STATE TREASURY | statetreasurer@state.de.us |
| DENNY L KAGASOFF REVOCABLE TRUST | denny@dennykagasoff.com; scollier@weltman.com |
| DORSEY & WHITNEY (DELAWARE) LLP | glorioso.alessandra@dorsey.com; schnabel.eric@dorsey.com |
| DORSEY & WHITNEY LLP | seim.nathan@dorsey.com |
| DOUG BELDEN, HILLSBOROUGH COUNTY TAX COLLECTOR | fitzgeraldb@hillsboroughcounty.org |
| FRENCH ASSOCIATES I LLC | bill.french@cushwake.com |
| GOLDMAN SACHS BANK USA | gs-slg-notices@gs.com |
| GRAND IX VENTURES LLC | dvl545@yahoo.com |
| HAIYANG INC | cissy1526@gmail.com; mquan@trademarkproperties.com |
| HAMILTON MALL REALTY LLC | judy@shophamilton.com |
| HOLYOKE MALL COMPANY LP | holyokemallla@pyramidmg.com |
| HUNTON ANDREWS KURTH LLP | ggriffith@huntonak.com |
| INDIANA ATTORNEY GENERAL OFFICE | heather.crockett@atg.in.gov; amanda.Quick@atg.in.gov |
| INTERSTATE AUGUSTA PROPERTIES LLC | accounts.payable@wsdevelopment.com |
| J ARTSON LLC | flurry@parrishsnead.com; accounting@johnsoncommercial.com |
| Jensen Bagnato, P.C. | jeffrey@jensenbagnatolaw.com |
| KELLEY DRYE & WARREN LLP | KDWBankruptcyDepartment@kelleydrye.com rlehane@kelleydrye.com swilson@kelleydrye.com mlevine@kelleydrye.com |
| KIMBERLY S GRANT | ksgrant14@gmail.com |
| KURTZMAN \| STEADY, LLC | kurtzman@kurtzmansteady.com |
| LANHAM LLLP | lzaslow@jgllaw.com |
| LAW OFFICE OF SUSAN E. KAUFMAN, LLC | skaufman@skaufmanlaw.com |
| LUSAVI PAGOSA LLC | matthew.mousavi@srsre.com; dstruve@nuvisionfederal.org |
| MACERICH DEPTFORD LLC | deptford@macerich.com |
| MARGUERITE N DUFFY | margueriteduffy@comcast.net |
| MARSHALL FAMILY TRUST DATED 2/14/2000 | marshacs@msn.com |

**RTI Holding Company, LLC**
**Case No. 20-12456**
**Master Service List Emails**

| Creditor Name | Email Address |
|---|---|
| MAYNARD COOPER & GALE PC | jlamar@maynardcooper.com |
| MCCARTER & ENGLISH LLP | kbuck@mccarter.com |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | dprimack@mdmc-law.com; jbernstein@mdmc-law.com |
| MESA CLEMMONS LLC | ashedman@gmail.com |
| MONZACK MERSKY BROWDER and HOCHMAN, P.A. | rmersky@monlaw.com |
| MYRA C CLARK | ke4tto@aol.com |
| NATIONAL RETAIL PROPERTIES LP | josh.lewis@nnnreit.com |
| NORTHEAST PROPERTIES, LLC | jmarshall@whiteandallen.com; bettyb@jlpnc.com |
| OAKDALE MALL II LLC | geisenberg@perkinscoie.com |
| OFFICE OF ATTORNEY GENERAL - PENNSYLVANIA | cmomjian@attorneygeneral.gov; crmomjian@attorneygeneral.gov |
| OFFICE OF THE ATTORNEY GENERAL - TEXAS | abigail.ryan@oag.texas.gov; jason.binford@oag.texas.gov |
| OFFICE OF THE UNITED STATES TRUSTEE | linda.richenderfer@usdoj.gov |
| P AND M INVESTMENT CO LLC | djwebb@sgrlaw.com |
| PAPAZIAN SHERMAN WAY LLC | wcplatts@att.net |
| PARKWAY LODGING REALTY LLC | accounting@hotelsunlimited.com |
| PAUL HASTING LLP | justinrawlins@paulhastings.com; aarongobersims@paulhastings.com |
| PBM CAPE CORAL RT LLC | blaisemarino.fhc@gmail.com |
| PENSION BENEFIT GUARANTY CORPORATION | morgan.courtney@pbgc.gov; efile@pbgc.gov; harris.melissa@pbgc.gov |
| PMP PROPERTIES | sueann1226@aol.com; phd@bloomgroupre.com |
| POLSINELLI PC | cward@polsinelli.com |
| QUADRE INVESTMENTS L.P. | tdillard@atclawfirm.com |
| ROBERT MCCLENAGAN, JR. | robertmcclenagan1976@gmail.com |
| SAUL EWING ARNSTEIN & LEHR LLP | monique.disabatino@saul.com |
| SECRETARY OF STATE | dosdoc_ftax@delaware.gov |
| SECURITIES & EXCHANGE COMMISSION | secbankruptcy-ogc-ado@sec.gov; secbankruptcy@sec.gov |
| SECURITIES AND EXCHANGE COMMISSION | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov |
| SIMON PROPERTY GROUP | rtucker@simon.com |
| SOUTH RIDING OWNER LLC | kgomes@rappaportco.com; chames@magruderpc.com |
| SYCAMORE SPRINGS LLC | tstieren@aol.com |
| TAU SOUTH LLC | jsigg@realtyincome.com; notices@realtyincome.com |
| TCW DIRECT LENDING LLC | michael.anello@tcw.com |
| THE NICHOLSON TRUST AGREEMENT | dnicholson@ocsnet.net |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | marcy.smith@troutman.com; matthew.brooks@troutman.com |
| VESTAR-CPT TEMPE MARKETPLACE LLC | amanca@vestar.com |
| WENDOVER ZS LLC | hahassan35@gmail.com |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | bankfilings@ycst.com; mneiburg@ycst.com; jmulvihill@ycst.com |
| ZIONS BANCORPORTION | gregory.baser@zionsbancorp.com |
| ZIONS BANCORPORATION, N.A. | ronald.won@calbt.com |

**RTI Holding Company, LLC**
**Case No. 20-12456**
**Active Landlords Emails**

| Email Address | |
|---|---|
| apiel@essentialproperties.com | ksanz@orionmiami.com |
| servicing@essentialproperties.com | kschlangen311@aol.com |
| bfields@blackwooddevelopment.com | luke.jowett@pnc.com |
| bmetzger@robinsongray.com | mar383@yahoo.com |
| bobby.davenport@thevillages.com | marc@newworldimports,com |
| cboguski@robinsongray.com | martha.nzaken@avisonyoung.com |
| cecirider@comcast.net | mbennett@storecapital.com |
| cfalegalnotice@chick-fil-a.com | mbennett@storecapital.com |
| cguild@urbanretail.com | mbrown@orionmiami.com |
| chih247@yahoo.com | mebfitness@gmail.com |
| chrislkaplan1@gmail.com | mercedesaza@outlook.com |
| tracy@kaplanre.com | mhaller1@san.rr.com |
| cmj2456@gmail.com | carolyndbs@gmail.com |
| contact@choosepriorty.com | michael.shada@gmail.com |
| dennyjpatel@gmail.com | mike@sarlo.com |
| diane@liquorlicensepanj.com | mikekohen@yahoo.com |
| dlap268244@aol.com | mottieg@hotmail.com |
| dloughlin@klnbmgmt.com | mrschao@gmail.com |
| dwicker@stites.com | naraujo@orionmiami.com |
| elizabeth@newlinkmg.com | nathan.humphrey@kutakrock.com |
| email: gkgrace@aol.com | ndouglas@orionmiami.com |
| erica.mace@simon.com | nnnpropertymanager@nadg.com. |
| etsai2004@kmail.com | notices@realtyincome.com |
| fritziebaum@gmail.com | nregan@phillipsedison.com |
| gary.knopf@troutman.com | office@livingstonproperties.net |
| gsmith@risepartners.net | patelhank(a)yahoo.com |
| hunter@newlinkmg.com | pcrooks@aroostookcentremall.com |
| imperiousleaderl@roadrunner.com | portfolio.servicing@midlandls.com |
| intownsteve@verizon.net | rcristiao@storecapital.com |
| isanz@orionmiami.com | relegal@vereit.com |
| jbarker@glvlawfirm.com | ronbaldi@att.net |
| joanking@carolina.rr.com | scottbond567@gmail.com |
| joann.gaskins@divaris.com | shirleyng128@yahoo.com |
| johannamp@aol.com | srichad@yahoo.com |
| jsanz@orionmiami.com | srkrealestategroup@gmail.com |
| jwachtle@san.rr.com | ssantonenia@orionmiami.com |
| jwallace@deanmead.com | ted@thestoneycompany.com |
| jwriii@verizon.net | tony@outpostsound.com |
| amy@browncap.org | tpkala2000@yahoo.com |
| katy@browncap.org | vickistmartin@cox.net |
| kendal@blsholdingsgroup.com | wilson@gorjianacq.com |
| kevin.li@divaris.com | wseligman@mcguirewoods.com |
| kevinagillis@gmail.com | www.adamsfruit@msn.com |
| krowland@vereit.com | www.newburger-andes.com |