## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| RTI HOLDING COMPANY, LLC., *et al.*, | Case No. 20–12456 (JTD) |
| Debtors. | (Jointly Administered) |

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission pro hac vice of Jonathan M. Wagner, Esquire of Kramer Levin Naftalis & Frankel LLP to represent the Official Committee of Unsecured Creditors in the above-referenced cases.

Dated: October 28, 2020         */s/ G. David Dean*
                                G. David Dean (No. 6403)
                                COLE SCHOTZ P.C.
                                500 Delaware Avenue, Suite 1410
                                Wilmington, DE 19801
                                Telephone: 302-652-3131
                                ddean@coleschotz.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised August 31, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Dated: October 28, 2020         */s/ Jonathan M. Wagner*
                                Jonathan M. Wagner, Esquire
                                KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                1177 Avenue of the Americas
                                New York, NY  10036
                                Telephone: (212) 715-9100
                                Facsimile: (212) 715-8000
                                jwagner@kramerlevin.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.