# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| RTI HOLDING COMPANY, LLC., *et al.*, | Case No. 20–12456 (JTD) |
| Debtors. | (Jointly Administered) |

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission pro hac vice of Nancy M. Bello, Esquire of Kramer Levin Naftalis & Frankel LLP to represent the Official Committee of Unsecured Creditors in the above-referenced cases.

Dated: October 28, 2020

*/s/ Andrew J. Roth-Moore*
Andrew J. Roth-Moore (No. 5988)
COLE SCHOTZ P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: 302-652-3131
ddean@coleschotz.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised August 31, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Dated: October 28, 2020

*/s/ Nancy M. Bello*
Nancy M. Bello, Esquire
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000
nbello@kramerlevin.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.