## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>RTI HOLDING COMPANY, LLC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 20–12456 (JTD)<br><br>(Jointly Administered) |

   Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission pro hac vice of Adam C. Rogoff, Esquire of Kramer Levin Naftalis & Frankel LLP to represent the Official Committee of Unsecured Creditors in the above-referenced cases.

Dated: October 28, 2020   */s/ G. David Dean*
               G. David Dean (No. 6403)
               COLE SCHOTZ P.C.
               500 Delaware Avenue, Suite 1410
               Wilmington, DE 19801
               Telephone: 302-652-3131
               ddean@coleschotz.com

### **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

   Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised August 31, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Dated: October 28, 2020   */s/ Adam C. Rogoff*
               Adam C. Rogoff, Esquire
               KRAMER LEVIN NAFTALIS & FRANKEL LLP
               1177 Avenue of the Americas
               New York, NY 10036
               Telephone: (212) 715-9100
               Facsimile: (212) 715-8000
               arogoff@kramerlevin.com

### **ORDER GRANTING MOTION**
IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

               **JOHN T. DORSEY**
**Dated: October 28th, 2020**   **UNITED STATES BANKRUPTCY JUDGE**
**Wilmington, Delaware**

40000/0813-21555176v1