**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **IN RE:** | : | **Chapter 11** |
| **RTI Holding Co., LLC, *et al*.,** | : | **Case No. 20-12456-JTD** |
| Debtors. | : | **341 Meeting Date: Nov. 18, 2020 at 3:00 p.m. (ET)** |
| --------------------------------- | : | |

## NOTICE OF TELEPHONIC SECTION 341 MEETING

PLEASE TAKE NOTICE that the meeting of creditors pursuant to 11 U.S.C. §§ 341 and 343 (the "section 341 meeting") in these cases, scheduled for **Wednesday, Nov. 18, 2020 at 3:00 p.m. (ET),** will be held telephonically.

**Telephonic participation in the 341 meeting is not required, is completely optional, and failure to attend will not affect eligibility to file a claim later.** The purpose of the 341 meeting is to provide creditors and parties in interest an opportunity to examine the Debtor's financial affairs. It is not the purpose of the 341 meeting to address the specific circumstances of each creditor.

PLEASE FOLLOW the instructions below to ensure a smooth and efficient telephonic section 341 meeting of creditors.

- You must use a touch-tone phone.
- If you have a choice, use a landline phone, instead of a cell phone.
- Make the call from a quiet area where there is as little background noise as possible.
- Mute your phone and do not speak until the U.S Trustee counsel asks you to identify yourself or indicates you may pose questions. You will still be able to listen even when your phone is muted.
- Unmute your phone when speaking.
- When speaking, identify yourself.
- Do not put the phone on hold at any time after the call is connected.
- Once the meeting of creditors is finished, please hang up.
- If you become disconnected before the meeting is finished, please call back.
- The section 341 meeting of creditors will be recorded by the U.S. Trustee. Any other recordings are prohibited.
- Neither the U.S. Trustee nor the Debtors may provide legal advice to any creditors.

**ONCE AVAILABLE, THE DIAL-IN NUMBER AND PASSCODE WILL BE POSTED TO THE WEBSITE REFERENCED BELOW.**

A copy of this notice will be posted on the claims agent's website at https://cases.stretto.com/Rubios/. If you have any questions, you may contact the claims agent, Stretto, using information available through this link.

**Dated: Oct. 28, 2020**         **ANDREW R. VARA**
                                 **UNITED STATES TRUSTEE**
                                 **REGIONS 3 AND 9**