| Information to identify the case: | EIN | 35-2604966 |
|---|---|---|
| Debtor  RTI HOLDING COMPANY, LLC, *et al.* <br> Name | | |
| United States Bankruptcy Court District of Delaware | Date Chapter 11 Case Filed: | 10/07/2020 |
| Case number: 20-12456 (JTD) (Jointly Administered) | | |

Official Form 309F1 (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case

10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below, through PACER (Public Access to Court Electronic Records at www.pacer.gov), or by visiting the court-appointed claims agent's website at: https://dm.epiq11.com/RubyTuesday

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| 1. Debtors' full name: See chart below |
|---|
| 2. All other names used in the last 8 years: See chart below |

**Jointly Administered Cases**

| DEBTOR | ADDRESS | CASE NO. | EIN # |
|---|---|---|---|
| **RTI Holding Company, LLC** *(lead case)* | 4170 Ashford Dunwoody Rd. Suite 390 Atlanta, GA 30319 | 20-12456 (JTD) | 35-2604966 |
| **Ruby Tuesday, Inc.** <br> *aka* Ruby Tuesdays <br> *aka* Ruby Tuesday 5538 <br> *aka* Ruby Tuesday 4902 <br> *aka* Ruby Tuesday 5543 <br> *aka* Ruby Tuesday 4170 | 333 East Broadway Ave. Maryville, TN 37804 | 20-12457 (JTD) | 63-0475239 |
| **Ruby Tuesday, LLC** <br> *aka* Ruby Tuesday, Inc. <br> *aka* Ruby Tuesday | 333 East Broadway Ave. Maryville, TN 37804 | 20-12458 (JTD) | 62-1821391 |
| **RTBD, LLC** <br> *aka* Ruby Tuesdays <br> *aka* Ruby Tuesday 4170 <br> *aka* Ruby Tuesday Inc. | 333 East Broadway Ave. Maryville, TN 37804 | 20-12461 (JTD) | 46-0486505 |

| | | | |
|---|---|---|---|
| **RT of Carroll County, LLC** | 333 East Broadway Ave. Maryville, TN 37804 | 20-12462 (JTD) | 30-1028836 |
| **RT Denver Franchise, L.P.** *aka* Ruby Tuesdays *aka* Ruby Tuesday Denver *aka* Ruby Tuesday 2166 *aka* Ruby Tuesday Inc. | 333 East Broadway Ave. Maryville, TN 37804 | 20-12465 (JTD) | 63-1192621 |
| **RT Detroit Franchise, LLC** | 333 East Broadway Ave. Maryville, TN 37804 | 20-12468 (JTD) | 63-1228738 |
| **RT Distributing, LLC** *aka* RT Distributing Inc. | 333 East Broadway Ave. Maryville, TN 37804 | 20-12471 (JTD) | 20-5696096 |
| **RT Finance, LLC** *aka* Ruby Tuesdays *aka* Ruby Tuesday Inc *aka* Tuesday 5538 *aka* Ruby Tuesday Inc 4902 | 333 East Broadway Ave. Maryville, TN 37804 | 20-12473 (JTD) | 20-1187242 |
| **RT FL Gift Cards, Inc.** | 333 East Broadway Ave. Maryville, TN 37804 | 20-12476 (JTD) | 82-1582189 |
| **RT Florida Equity, LLC** *aka* RT FL Equity, LLC | 333 East Broadway Ave. Maryville, TN 37804 | 20-12480 (JTD) | 20-1187159 |
| **RT Franchise Acquisition, LLC** | 333 East Broadway Ave. Maryville, TN 37804 | 20-12484 (JTD) | 62-1811438 |
| **RT of Fruitland, Inc.** | 333 East Broadway Ave. Maryville, TN 37804 | 20-12487 (JTD) | 20-3891103 |
| **RT Indianapolis Franchise, LLC** *aka* Ruby Tuesdays *aka* Ruby Tuesday Inc. *aka* Tuesday 5538 *aka* Ruby Tuesday Inc 4902 *aka* Ruby Tuesday 5543 *aka* Ruby Tuesday 4170 | 333 East Broadway Ave. Maryville, TN 37804 | 20-12492 (JTD) | 62-1856016 |
| **RT Jonesboro Club** | 333 East Broadway Ave. Maryville, TN 37804 | 20-12495 (JTD) | 62-1852726 |
| **RT KCMO Franchise, LLC** *aka* Ruby Tuesdays *aka* Ruby Tuesday Inc. *aka* Tuesday 5538 *aka* Ruby Tuesday Inc 4902 *aka* Ruby Tuesday 5543 *aka* Ruby Tuesday 4170 | 333 East Broadway Ave. Maryville, TN 37804 | 20-12500 (JTD) | 63-1197020 |
| **RT Kentucky Restaurant Holdings, LLC** | 333 East Broadway Ave. Maryville, TN 37804 | 20-12503 (JTD) | 72-1527435 |
| **RT Las Vegas Franchise, LLC** *aka* Ruby Tuesdays | 333 East Broadway Ave. Maryville, TN 37804 | 20-12460 (JTD) | 63-1214969 |
| **RT Long Island Franchise, LLC** *aka Ruby Tuesdays* *aka Ruby Tuesday, Inc.* *aka Ruby Tuesday 5538* *aka Ruby Tuesday 4902* *aka Ruby Tuesday 5543* *aka Ruby Tuesday 4170* | 333 East Broadway Ave. Maryville, TN 37804 | 20-12464 (JTD) | 63-1204072 |
| **RT of Maryland, LLC** *aka* Ruby Tuesdays *aka* RT Northern Illinois Franchise *aka* RT Chicago Franchise, LLC *aka* RT Midwest, LLC | 333 East Broadway Ave. Maryville, TN 37804 | 20-12489 (JTD) | 36-4887395 |
| **RT Michiana Franchise, LLC** *aka* Ruby Tuesday, Inc. *aka* Ruby Tuesdays | 333 East Broadway Ave. Maryville, TN 37804 | 20-12466 (JTD) | 63-1228739 |

| | | | |
|---|---|---|---|
| **RT Michigan Franchise, LLC**<br>*aka* Ruby Tuesdays<br>*aka* Ruby Tuesday Inc.<br>*aka* Ruby Tuesday 5538<br>*aka* Ruby Tuesday Inc 4902<br>*aka* Ruby Tuesday 5543<br>*aka* Ruby Tuesday 4170 | 333 East Broadway Ave.<br>Maryville, TN 37804 | 20-12470 (JTD) | 63-1228760 |
| **RT Minneapolis Franchise, LLC**<br>*aka* Ruby Tuesdays<br>*aka* Ruby Tuesday, Inc.<br>*aka* Tuesday 5538<br>*aka* Ruby Tuesday Inc 4902<br>*aka* Ruby Tuesday 5543<br>*aka* Ruby Tuesday 4170 | 333 East Broadway Ave.<br>Maryville, TN 37804 | 20-12474 (JTD) | 63-1202746 |
| **RT Minneapolis Holdings, LLC** | 333 East Broadway Ave.<br>Maryville, TN 37804 | 20-12477 (JTD) | 62-1857189 |
| **RT New England Franchise, LLC**<br>*aka* New England Franchise LLC<br>*aka* RT Boston Franchise LLC<br>*aka* New Eng Franchise LLC | 333 East Broadway Ave.<br>Maryville, TN 37804 | 20-12479 (JTD) | 63-1214970 |
| **RT New Hampshire Restaurant Holdings, LLC**<br>*aka* RT NH Restaurant Holdings LLC<br>*aka* RTNH Restaurant Holdings | 333 East Broadway Ave.<br>Maryville, TN 37804 | 20-12482 (JTD) | 72-1527438 |
| **RT New York Franchise, LLC**<br>*aka* Ruby Tuesdays<br>*aka* Ruby Tuesday Inc.<br>*aka* Ruby Tuesday 5538<br>*aka* Ruby Tuesday 4902<br>*aka* Ruby Tuesday 5543<br>*aka* Ruby Tuesday 4170 | 333 East Broadway Ave.<br>Maryville, TN 37804 | 20-12485 (JTD) | 63-1231154 |
| **RT Omaha Franchise, LLC**<br>*aka* Ruby Tuesdays<br>*aka* Ruby Tuesday, Inc.<br>*aka* Tuesday 5538<br>*aka* Ruby Tuesday Inc 4902<br>*aka* Ruby Tuesday 5543<br>*aka* Ruby Tuesday 4170 | 333 East Broadway Ave.<br>Maryville, TN 37804 | 20-12490 (JTD) | 63-1207442 |
| **RT Omaha Holdings, LLC** | 333 East Broadway Ave.<br>Maryville, TN 37804 | 20-12493 (JTD) | 74-3028647 |
| **RT One Percent Holdings, LLC**<br>*aka* Lexford Pool 1 Subsidiary Llcs<br>*aka* Slv Asset Management I<br>*aka* LV Management 1 LLC<br>*aka* LBW Portfolio I LLC<br>*aka* NV MM 1 LLC<br>*aka* TPS 1 LLC<br>*aka* Terwin REIT 1 Corp.<br>*aka* LDP PropCo 1 LLC<br>*aka* Lexford Pool 1 LLC | 333 East Broadway Ave.<br>Maryville, TN 37804 | 20-12498 (JTD) | 62-1856689 |
| **RT One Percent Holdings II, LLC** | 333 East Broadway Ave.<br>Maryville, TN 37804 | 20-12496 (JTD) | 62-1852817 |
| **RT Orlando Franchise, LP**<br>*aka* Ruby Tuesdays<br>*aka* Ruby Tuesday, Inc.<br>*aka* Tuesday 5538<br>*aka* Ruby Tuesday Inc 4902<br>*aka* Ruby Tuesday 5543<br>*aka* Ruby Tuesday 4170 | 333 East Broadway Ave.<br>Maryville, TN 37804 | 20-12502 (JTD) | 62-1375105 |
| **RT Restaurant Services, LLC** | 333 East Broadway Ave.<br>Maryville, TN 37804 | 20-12505 (JTD) | 20-1187283 |

| Debtor | Address | Case Number | EIN |
|---|---|---|---|
| **RT South Florida Franchise, LP**<br>*aka Ruby Tuesdays*<br>*aka Ruby Tuesday, Inc.*<br>*aka Tuesday 5538*<br>*aka Ruby Tuesday Inc 4902*<br>*aka Ruby Tuesday 5543*<br>*aka Ruby Tuesday 4170* | 333 East Broadway Ave.<br>Maryville, TN 37804 | 20-12506 (JTD) | 72-1373535 |
| **RT Southwest Franchise, LLC**<br>*aka Ruby Tuesdays*<br>*aka Ruby Tuesday, Inc.*<br>*aka Tuesday 5538*<br>*aka Ruby Tuesday Inc 4902*<br>*aka Ruby Tuesday 5543*<br>*aka Ruby Tuesday 4170* | 333 East Broadway Ave.<br>Maryville, TN 37804 | 20-12459 (JTD) | 63-1189715 |
| **RT St. Louis Franchise, LLC**<br>*aka Ruby Tuesdays*<br>*aka Ruby Tuesday, Inc.*<br>*aka Tuesday 5538*<br>*aka Ruby Tuesday Inc 4902*<br>*aka Ruby Tuesday 5543*<br>*aka Ruby Tuesday 4170* | 333 East Broadway Ave.<br>Maryville, TN 37804 | 20-12463 (JTD) | 62-1856010 |
| **RT Tampa Franchise, LP**<br>*aka RT Tampa Franchise LP*<br>*aka Ruby Tuesdays* | 333 East Broadway Ave.<br>Maryville, TN 37804 | 20-12467 (JTD) | 72-1375290 |
| **RT Western Missouri Franchise, LLC**<br>*aka Ruby Tuesdays*<br>*aka Ruby Tuesday, Inc.*<br>*aka Tuesday 5538*<br>*aka Ruby Tuesday Inc 4902*<br>*aka Ruby Tuesday 5543*<br>*aka Ruby Tuesday 4170* | 333 East Broadway Ave.<br>Maryville, TN 37804 | 20-12472 (JTD) | 62-1856082 |
| **RT West Palm Beach Franchise, LP**<br>*aka Ruby Tuesdays*<br>*aka Ruby Tuesday, Inc.*<br>*aka Tuesday 5538*<br>*aka Ruby Tuesday Inc 4902*<br>*aka Ruby Tuesday 5543*<br>*aka Ruby Tuesday 4170* | 333 East Broadway Ave.<br>Maryville, TN 37804 | 20-12469 (JTD) | 63-1200359 |
| **RTTA, LP** | 333 East Broadway Ave.<br>Maryville, TN 37804 | 20-12478 (JTD) | 20-2560035 |
| **RTT Texas, Inc.**<br>*aka RTT TX, Inc.* | 333 East Broadway Ave.<br>Maryville, TN 37804 | 20-12475 (JTD) | 20-5382461 |
| **RTTT, LLC** | 333 East Broadway Ave.<br>Maryville, TN 37804 | 20-12481 (JTD) | 20-5389194 |
| **Ruby Tuesday of Allegany County, Inc.** | 333 East Broadway Ave.<br>Maryville, TN 37804 | 20-12483 (JTD) | 52-2188011 |
| **Ruby Tuesday of Bryant, Inc.**<br>*aka Ruby Tuesdays*<br>*aka Ruby Tuesday, Inc.*<br>*aka Tuesday 5538*<br>*aka Ruby Tuesday Inc 4902*<br>*aka Ruby Tuesday 5543*<br>*aka Ruby Tuesday 4170* | 333 East Broadway Ave.<br>Maryville, TN 37804 | 20-12486 (JTD) | 26-4146703 |
| **Ruby Tuesday of Columbia, Inc.** | 333 East Broadway Ave.<br>Maryville, TN 37804 | 20-12488 (JTD) | 52-1864091 |

| | | | |
|---|---|---|---|
| **Ruby Tuesday of Frederick, Inc.**<br>*aka Ruby Tuesdays*<br>*aka Ruby Tuesday, Inc.*<br>*aka Tuesday 5538*<br>*aka Ruby Tuesday Inc 4902*<br>*aka Ruby Tuesday 5543*<br>*aka Ruby Tuesday 4170* | 333 East Broadway Ave.<br>Maryville, TN 37804 | 20-12491 (JTD) | 20-1144249 |
| **Ruby Tuesday of Linthicum, Inc.** | 333 East Broadway Ave.<br>Maryville, TN 37804 | 20-12494 (JTD) | 82-0548716 |
| **Ruby Tuesday of Marley Station, Inc.**<br>*aka Ruby Tuesdays*<br>*aka Ruby Tuesday, Inc.*<br>*aka Tuesday 5538*<br>*aka Ruby Tuesday Inc 4902*<br>*aka Ruby Tuesday 5543*<br>*aka Ruby Tuesday 4170* | 333 East Broadway Ave.<br>Maryville, TN 37804 | 20-12497 (JTD) | 52-1511641 |
| **Ruby Tuesday of Pocomoke City, Inc.** | 333 East Broadway Ave.<br>Maryville, TN 37804 | 20-12499 (JTD) | 20-2990472 |
| **Ruby Tuesday of Russellville, Inc.**<br>*aka Ruby Tuesdays*<br>*aka Ruby Tuesday, Inc.*<br>*aka Tuesday 5538*<br>*aka Ruby Tuesday Inc 4902*<br>*aka Ruby Tuesday 5543*<br>*aka Ruby Tuesday 4170* | 333 East Broadway Ave.<br>Maryville, TN 37804 | 20-12501 (JTD) | 20-2721601 |
| **Ruby Tuesday of Salisbury, Inc.** | 333 East Broadway Ave.<br>Maryville, TN 37804 | 20-12504 (JTD) | 52-1785432 |

**3. Address:** See chart above

**4. Debtors' attorneys**

PACHULSKI STANG ZIEHL & JONES LLP
Richard M. Pachulski, Esq.
Malhar S. Pagay, Esq.
James E. O'Neill. Esq.
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19801

Contact Phone: 302-652-4100
Emails: rpachulski@pszjlaw.com
mpagay@pszjlaw.com
joneill@pszjlaw.com

**5. Bankruptcy clerk's office**

Documents in this case may be filed at this address.

You may inspect all records filed in this case at this office or online at https://www.pacer.gov or by visiting the court-appointed claims agent's website at https://dm.epiq11.com/RubyTuesday

824 N. Market Street
3rd Floor
Wilmington, DE 19801

Hours open: Monday − Friday 8:00 AM − 4:00 PM

Contact phone 302−252−2900

**6. Meeting of Creditors**

**November 18, 2020 at 3:00 p.m. (ET)**

The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so.

The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.

Location:

*Telephonic Hearing*
**Dial-in Information**: **1-800-857-5744**
**Participant Code: 1597259**

Additional information regarding the meeting of creditors is posted on the court-appointed claims agent's website at
https://dm.epiq11.com/RubyTuesday

| | | |
|---|---|---|
| 7. Proof of claim deadline | **Deadline for filing proof of claim:** Not yet set | |
| | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be filed either electronically or as a paper document. For more information on how to file a Proof of Claim, visit the court-appointed claims agent's website at https://dm.epiq11.com/RubyTuesday | |
| | Your claim will be allowed in the amount scheduled unless: | |
| | - your claim is designated as *disputed*, *contingent*, or *unliquidated*;
- you file a proof of claim in a different amount;  or
- you receive another notice. | |
| | If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is  scheduled. | |
| | You may review the schedules when filed at the bankruptcy clerk's office or online at https://dm.epiq11.com/RubyTuesday | |
| | Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| 8. Exception to discharge deadline<br><br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br><br>**Deadline for filing the complaint:** To be determined. | |
| 9. Creditors with a foreign address | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 10. Filing a Chapter 11 bankruptcy case | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. | |
| 11. Discharge of debts | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the  deadline. | |

**If you have questions about this notice, please call 888-490-0613 (toll free from the United States) or 503-520-4417 (non United States parties), or email rubytuesdayinfo@epiqglobal.com, or visit https://dm.epiq11.com/RubyTuesday**