IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>RTI HOLDING COMPANY, LLC,<br>  et al.,<br><br>          Debtors. | ) Chapter 11<br>)<br>) Case No. 20-12456 (JTD)<br>)<br>) (Jointly Administered)<br>) |

### VERIFIED STATEMENT PURSUANT TO RULE 2019
### OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Pursuant to the provisions of Rule 2019 of the Federal Rules of Bankruptcy Procedure, Russell R. Johnson III of the Law Firm of Russell R. Johnson III, PLC files this Verified Statement of his firm's (the "Firm") multiple representations in this case of the following utility companies (the "Utilities") that provided prepetition utility goods/services to the Debtors, and continue to provide post-petition utility goods/services to the Debtors:

1.   The names and addresses of the Utilities represented by the Firm are:

   A.   Florida Power & Light Company
        Gulf Power Company
        Attn: Gloria Lopez
        Revenue Recovery Department RRD/LFO
        4200 W. Flagler St.
        Coral Gables, Florida 33134

   B.   Georgia Power Company
        Attn: Daundra Fletcher
        2500 Patrick Henry Parkway
        McDonough, GA 30253

C.  Virginia Electric and Power Company d/b/a Dominion Energy Virginia
    Attn: Sherry Ward
    600 East Canal Street, 10th floor
    Richmond, VA  23219

D.  Tampa Electric Company
    TECO Peoples Gas System
    Attn: Barbara Taulton FRP, CAP
    Florida Registered Paralegal
    Tampa Electric Company
    702 N. Franklin Street
    Tampa, FL 33602

E.  American Electric Power
    Attn:  Dwight C. Snowden
    American Electric Power
    1 Riverside Plaza, 13th Floor
    Columbus, Ohio 43215

F.  Constellation NewEnergy - Gas Division, LLC.
    Constellation NewEnergy, Inc.
    Attn:  Mark J. Packel
    Assistant General Counsel
    2301 Market Street, 23rd Floor
    Philadelphia, PA  19103

G.  The Connecticut Light & Power Company
    Yankee Gas Services Company
    Attn:  Honor S. Heath, Esq.
    Eversource Energy
    107 Selden Street
    Berlin, CT  06037

H.  Delmarva Power & Light Company
    PECO Energy Company
    The Potomac Electric Power Company
    Baltimore Gas and Electric Company
    Attn:  Lynn R. Zack, Esq.
    Assistant General Counsel
    Exelon Corporation
    2301 Market Street, S23-1
    Philadelphia, PA  19103

    I.    Ohio Edison Company
        Monongahela Power Company
        Metropolitan Edison Company
        Jersey Central Power & Light Company
        Pennsylvania Electric Company
        Pennsylvania Power Company
        Potomac Edison Company
        Attn: Kathy M. Hofacre
        FirstEnergy Corp.
        76 S. Main St., A-GO-15
        Akron, OH 44308

2. The nature and the amount of claims (interests) of the Utilities, and the times of acquisition thereof are as follows:

(a) The following Utilities have unsecured claims against the above-referenced Debtors arising from prepetition utility usage: American Electric Power, Constellation NewEnergy, Inc., Constellation NewEnergy – Gas Division, LLC, Florida Power Florida Power & Light Company, Gulf Power Company, The Connecticut Light & Power Company, Yankee Gas Services Company, Delmarva Power & Light Company, PECO Energy Company, The Potomac Electric Power Company, Ohio Edison Company, Metropolitan Edison Company, Jersey Central Power & Light Company, Pennsylvania Electric Company, Pennsylvania Power Company, Potomac Edison Company, Monongahela Power Company and TECO Peoples Gas System.

(b) The following Utilities held surety bonds that secured prepetition debt: Baltimore Gas and Electric Company, Georgia Power Company, Tampa Electric Company and Virginia Electric and Power Company d/b/a Dominion Energy Virginia.

(c) For more information regarding the claims and interests of the Utilities in these jointly-administered cases, refer to the *Objection of Certain Utility Companies To the Motion of Debtors For Interim and Final Orders (A) Approving the Debtors' Proposed Adequate Assurance of Payment For Future Utility Services, (B) Prohibiting Utility Companies From Altering, Refusing, or Discontinuing Services, (C) Approving the Debtors' Proposed Procedures For Resolving Adequate Assurance Requests, and (D) Granting Related Relief* (Docket No. 152) filed in the above-captioned, jointly-administered, bankruptcy cases.

3.  The Law Firm of Russell R. Johnson III, PLC was retained to represent the foregoing Utilities in October 2020. The circumstances and terms and conditions of employment of the Firm by the Companies is protected by the attorney-client privilege and attorney work product doctrine.

I verify under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information and belief.

By: /s/ Russell R. Johnson III
Russell R. Johnson III
Russell R. Johnson III (VSB No. 31468)
LAW FIRM OF RUSSELL R. JOHNSON III, PLC
2258 Wheatlands Drive
Manakin-Sabot, Virginia  23103
Telephone: (804) 749-8861
Facsimile: (804) 749-8862
E-mail: russell@russelljohnsonlawfirm.com