UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:                                            Chapter 11

                                                  Case No. 20-12456 (JTD)

Debtor: RTI Holding Company, Inc., et al.

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Kelly P. Mann, Holifield & Janich, PLLC, 1107 Kingston Pike, Knoxville, TN 37934 to represent the Ad Hoc Group of Plan Participants in this action.

/s/ Howard A. Cohen (DE Bar #4082)

Firm Name: Gibbons P.C.
Address: 300 Delaware Ave, Ste 1015
Wilmington, DE 19801-1671
Phone: (302) 518-6324
Email: hcohen@gibbonslaw.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Tennessee and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

/s/ Kelly P. Mann

Firm Name: Holifield & Janich, PLLC
Address: 1107 Kingston Pike
Knoxville, TN 37934
Phone: 856-566-0115
Email: kmann@holifieldlaw.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.