# Court Conference

Calendar Date: 11/05/2020

Calendar Time: 11:00 AM ET

## U.S. Bankruptcy Court-District of Delaware

### Confirmed Telephonic Appearance Schedule

### Honorable John T. Dorsey

### Courtroom

*Amended Calendar  Nov  5 2020  7:48AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 10941634 | Elihu E. Allinson | (302) 428-8191 ext. | Sullivan Hazeltine Allinson, LLC | Creditor, PACA Creditors / LIVE |
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 10939471 | Nancy Bello | (212) 715-9333 ext. | Kramer Levin Naftalis & Frankel LLP | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 10943485 | Alex Boerema | (800) 782-7176 ext. | CR3 Partners LLC | Debtor, RTI Holding Company, LLC / LISTEN ONLY |
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 10923371 | Ryan E. Davis | (407) 423-4246 ext. | Winderweedle, Haines, Ward & Woodman PA | Creditor, Chester C. Fosgate Company / LISTEN ONLY |
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 10942415 | David Dean | (302) 651-2012 ext. | Cole Schotz P.C. | Creditor, Unsecured Creditors Committee / LIVE |
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 10940692 | Jeffrey W. Dulberg | (310) 772-2355 ext. | Pachulski Stang Ziehl & Jones | Debtor, RTI Holding Company, LLC / LIVE |
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 10941290 | Katharina Earle | (302) 654-1888 ext. | Ashby & Geddes | Interested Party, TCW Lending / LIVE |
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 10943458 | Brian Esser | (865) 380-7638 ext. | Ruby Tuesday, Inc. | Client, Brian Esser / LIVE |
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 10943480 | Sugi Hadiwijaya | (214) 551-5742 ext. | CR3 Partners LLC | Debtor, RTI Holding Company, LLC / LIVE |
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 10941377 | Melissa Harris | (202) 229-3019 ext. | Pension Benefit Guaranty Corporation | Creditor, Pension Benefit Guaranty Corporation / LISTEN ONLY |
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 10944710 | Leslie C. Heilman | (302) 252-4446 ext. | Ballard Spahr LLP | Creditor, Various Landlords / LIVE |
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 10919370 | Caleb T. Holzaepfel | (423) 755-2654 ext. | Husch Blackwell LLP | Creditor, Safety National / LISTEN ONLY |
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 10943473 | Shawn Lederman | (865) 379-5700 ext. | Ruby Tuesday, Inc. | Client, Shawn Lederman / LIVE |
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 10943452 | Gaston Loomis | (302) 367-8393 ext. | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Creditor, Liberty Mutual Insurance Company / LIVE |

| Company | Case | Type | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| RTI Holding Company, LLC | 20-12456 | Hearing | 10943466 | Stephanie Medley | (865) 380-7638 ext. | Ruby Tuesday, Inc. | Client, Stephanie Medley / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10942927 | Robert W Miller | (615) 742-9372 ext. | Manier & Herod | Creditor, Liberty Mutual Insurance Company / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10941388 | Courtney Morgan | (202) 326-4020 ext. | Pension Benefit Guaranty Corporation | Creditor, Pension Benefit Guaranty Corporation / LISTEN ONLY |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10944427 | Sean O'Neal | (212) 225-2773 ext. | Cleary Gottlieb Steen & Hamilton LLP | Creditor, Goldman Sachs / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10940687 | James E. O'Neill | (302) 652-4100 ext. | Pachulski Stang Ziehl & Jones | Debtor, RTI Holding Company, LLC / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10940688 | Richard Pachulski | (310) 277-6910 ext. | Pachulski Stang Ziehl & Jones | Debtor, RTI Holding Company, LLC / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10940695 | Malhar S. Pagay | (310) 772-2335 ext. | Pachulski Stang Ziehl & Jones | Debtor, RTI Holding Company, LLC / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10944595 | Lisa M. Peters | (402) 661-8609 ext. | Kutak Rock LLP | Interested Party, CNL Funding 2000-A, LP / LISTEN ONLY |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10941276 | Philip S. Ratner | (212) 318-6014 ext. | Paul Hastings LLP | Interested Party, TCW Lending / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10941403 | Linda Richenderfer | (302) 573-6491 ext. | Office of the United States Trustee | U.S. Trustee, Linda Richenderfer / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10939438 | Adam Rogoff | (212) 715-9285 ext. | Kramer Levin Naftalis & Frankel LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10943290 | Katherine Sanchez | (602) 798-5400 ext. 5422 | Ballard Spahr LLP | Creditor, STORE Capital Corporation / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10942702 | Jason B. Sanjana | (212) 588-8890 ext. | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10939461 | Robert T. Schmidt | (212) 715-9527 ext. | Kramer Levin Naftalis & Frankel LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10942827 | Jennifer Sharret | (212) 715-9516 ext. | Kramer Levin Naftalis & Frankel LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10941264 | Gregory A. Taylor | (302) 654-1888 ext. | Ashby & Geddes | Interested Party, TCW Lending / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10943491 | David Tiffany | (602) 799-7397 ext. | CR3 Partners LLC | Debtor, RTI Holding Company, LLC / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10944445 | Jane VanLare | (212) 225-2872 ext. | Cleary Gottlieb Steen & Hamilton LLP | Creditor, Goldman Sachs / LIVE |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| RTI Holding Company, LLC | 20-12456 | Hearing | 10944421 | Michael D. Weinberg | (212) 225-2856 ext. | Cleary Gottlieb Steen & Hamilton LLP | Creditor, Goldman Sachs / LISTEN ONLY |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10937734 | Sean T Wilson | (212) 808-7925 ext. | Kelley Drye & Warren LLP | Creditor, Aston properties Inc. / LIVE |