Gerald Kaplan
40434 Gleneagle Lane
Canton, MI 48188
734-377-6836

FILED

2020 NOV -5 AM 9: 35

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

To whom it May Concern,

Re: Case number 20-12456 (JTD)

Date: 11/1/2020

I am writing this letter to you regarding MY Deferred Compensation Plan with Ruby Tuesday. I received an envelope from Epiq Corporate Restructuring, LLC on 10/26/2020. Inside was a Chapter 11 bankruptcy being declared by RTI Holding Company, LLC (Ruby Tuesday). When I read through the filing, I realized that RTI wants to take MY Deferred Compensation Plan money and use it to pay off THEIR creditors. Now, when I say my money, I mean that over 98% of the money in MY Deferred Compensation Plan is money that I earned (along with interest earned from the money that I put into the plan) working hard for Ruby Tuesday for nearly 10 years helping to build their business and making profits for them.

I am angry, frustrated, sad, and scared for my future. Obviously I was counting on this money for my retirement. I am a hard working person. I have been working since I was 15 years old and I am now 61+ years old. And I am currently working 7 days a week trying to secure my future. I do not want Ruby Tuesday taking MY money to pay off THEIR creditors because of their inability to continue to run their company competently. Say that last sentence out loud and I believe when you hear it out loud, you would understand how ridiculous it sounds. I worked hard for that money and I earned that money and it should not be taken away from me. It is not fair! I truly believe if you were in my shoes, you would feel exactly the same way.

I hope you take this letter under serious consideration when making your decision. I am just an individual person trying to survive and make a future for myself. Ruby Tuesday is a huge company trying take my future away from me. Please don't let them do it.

Thank you for your time and consideration.

Sincerely,
Gerald (Jerry) Kaplan
jkappy@comcast.net