# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RTI HOLDING COMPANY, LLC,[1] | ) | Case No. 20-12456 (JTD) |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | |
| | ) | **Ref. Docket No. 248** |

## AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT )
                               ) ss.:
COUNTY OF MIDDLESEX )

JENNIFER C. NOBLE, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 2, 2020, I caused to be served the "Second Notice of Adjourned Final Hearing Regarding Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 364(C)(1), 364(C)(2), 364(C)(3), 364(D)(1), and 364(E) of the Bankruptcy Code and (B) Use Cash Collateral Pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361, 362, 363, and 364, and (III) Scheduling Final Hearing," dated November 2, 2020 (Docket No. 248),

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: RTI Holding Company, LLC (4966); Ruby Tuesday, Inc. (5239); Ruby Tuesday, LLC (1391); RTBD,LLC (6505); RT of Carroll County, LLC (8836); RT Denver Franchise, L.P. (2621); RT Detroit Franchise, LLC (8738); RT Distributing, LLC (6096); RT Finance, LLC (7242); RT FL Gift Cards, Inc. (2189); RT Florida Equity, LLC (7159); RT Franchise Acquisition, LLC (1438); RT of Fruitland, Inc. (1103); RT Indianapolis Franchise, LLC(6016); RT Jonesboro Club (2726); RT KCMO Franchise, LLC (7020); RT Kentucky Restaurant Holdings, LLC (7435); RT Las Vegas Franchise, LLC (4969); RT Long Island Franchise, LLC (4072); RT of Maryland, LLC (7395); RT Michiana Franchise, LLC (8739); RT Michigan Franchise, LLC (8760); RT Minneapolis Franchise, LLC (2746); RT Minneapolis Holdings, LLC (7189); RT New England Franchise, LLC (4970); RT New Hampshire Restaurant Holdings, LLC (7438); RT New York Franchise, LLC (1154); RT Omaha Franchise, LLC (7442); RT Omaha Holdings, LLC (8647); RT One Percent Holdings, LLC (6689); RT One Percent Holdings II, LLC (2817); RT Orlando Franchise, LP (5105); RT Restaurant Services, LLC (7283); RT South Florida Franchise, LP (3535); RT Southwest Franchise, LLC (9715); RT St. Louis Franchise, LLC (6010); RT Tampa Franchise, LP (5290); RT Western Missouri Franchise, LLC (6082); RT West Palm Beach Franchise, LP (0359); RTTA, LP (0035); RTT Texas, Inc. (2461); RTTT, LLC (9194); Ruby Tuesday of Allegany County, Inc. (8011); Ruby Tuesday of Bryant, Inc. (6703); Ruby Tuesday of Columbia, Inc. (4091); Ruby Tuesday of Frederick, Inc. (4249); Ruby Tuesday of Linthicum, Inc. (8716); Ruby Tuesday of Marley Station, Inc. (1641); Ruby Tuesday of Pocomoke City, Inc. (0472); Ruby Tuesday of Russellville, Inc. (1601); and Ruby Tuesday of Salisbury, Inc. (5432). The Debtors' mailing address is 333 East Broadway Ave., Maryville, TN 37804.

by causing true and correct copies to be:

    a. enclosed in separate postage pre-paid enveloped and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>, and

    b. delivered via electronic email to the parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

<i>/s/ Jennifer C. Noble</i><br>
Jennifer C. Noble

Sworn to before me this
3rd day of November, 2020
*/s/ Amy E. Lewis*
Notary Public, State of Connecticut
No. 100624
Commission Expires August 31, 2022

# Exhibit A

| Claim Name | Address Information |
|---|---|
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |

**Total Creditor count  1**

| Claim Name | Address Information |
|---|---|
| BANK OF AMERICA | ATTN: JEREMY MICHAEL 9000 SOUTHSIDE BLVD JACKSONVILLE FL 32256 |
| CHEMUNG CANAL | ATTN: CHRISTINA LOCKNER PO BOX 1522 ELMIRA NY 14902 |
| FIRST COMMONWEALTH | ATTN: ALICIA BEINHAUER PO BOX 400 INDIANA PA 15701-0400 |
| FIRST NATIONAL BANK OF | LITCHFIELD ATTN: CONNIE BECK ONE NORTH SHORE CENTER PITTSBURGH PA 15212 |

**Total Creditor count  4**

| Claim Name | Address Information |
|---|---|
| ACQUISITIONS HOLDING COMPANY INC | 610 SMITHFIELD ST, STE 300 PITTSBURGH PA 15222-2512 |
| AFG EQUITY LTD | 2808 FAIRMOUNT ST DALLAS TX 75201-1450 |
| ARIZONA BEVERAGE HOLDING CO INC | D/B/A ARIZONA BEVERAGE CONTROL SYSTEMS 515 S 48TH ST, STE 108 TEMPE AZ 85281-2321 |
| ATLANTIC FINANCIAL CORP GROUP | 1000 BALLPARK WAY ARLINGTON TX 76011 |
| ATLANTIC FINANCIAL GROUP LTD | 303 PEACHTREE ST NE ATLANTA GA 30308-3201 |
| ATLANTIC FINANCIAL GROUP LTD | 2808 FAIRMOUNT ST DALLAS TX 75201 |
| ATLANTIC FINANCIAL GROUP LTD | 2311 CEDAR SPRINGS RD, STE 150 DALLAS TX 75201-6932 |
| ATLANTIC FINANCIAL GROUP LTD | 1000 BALLPARK WAY, STE 304 ARLINGTON TX 76011-5168 |
| B&S PLUMBING & HEATING INC | 889 W JOHNSON DR TERRE HAUTE IN 47802 |
| BANK OF AMERICA NA | AS ADMIN AGENT 101 S TRYON ST, 15TH FL MAILCODE NC1-002-15-36 CHARLOTTE NC 28255-0001 |
| BANK OF AMERICA NA | 2001 CLAYTON RD CA4-702-02-25 CONCORD CA 94520-2401 |
| BANK OF AMERICA NA | 2001 CLAYTON RD CA4-702-02-25 CLAYTON CA 94520-2401 |
| BANK OF HAWAII | 98-211 PALI MOMI ST, STE 307 AIEA HI 96701-4301 |
| BAR WAY AUTOMATIC BEVERAGE SYSTEMS | 210 FIELD END ST SARASOTA FL 34240-9703 |
| CBL & ASSOCIATES MANAGEMENT INC | 2030 HAMILTON PL BLVD, STE 500 CHATTANOOGA TN 37421 |
| CEF FUNDING II LLC | 8377 E HARTFORD DR, STE 200 SCOTTSDALE AZ 85255 |
| CEF FUNDING III LLC | 8377 E HARTFORD DR, STE 200 SCOTTSDALE AZ 85255 |
| CEF FUNDING IV LLC | FKA GENERAL ELECTRIC CAPITAL BUSINESS ASSET FUNDING C 17207 N PERIMETER DRIVE SCOTTSDALE AZ 85255 |
| CEF FUNDING IV LLC | 8377 E HARTFORD DRIVE, STE 200 SCOTTSDALE AZ 85255 |
| CH RETAIL FUND I/FT LAURDERDALE | UNIVERSAL PLAZA LLC 3819 MAPLE AVE DALLAS TX 75219 |
| CLG INC | 3001 SPRING FOREST RD RALEIGH NC 27616-2815 |
| CNL FINANCIAL V LP | 103 FOULK RD, STE 202 WILMINGTON DE 19803 |
| COMPAQ CAPITAL CORPORATION | 100 WOODBRIDGE CENTER DR, STE 202 WOODBRIDGE NJ 07095-1125 |
| CT CORPORATION SYSTEM | AS REPRESENTATIVE ATTN SPRS 330 N BRAND BLVD, STE 700 GLENDALE CA 91203 |
| DAMON INDUSTRIES | D/B/A FRUITFUL JUICE PRODUCTS 1856 E 6TH ST TEMPE AZ 85281-2950 |
| DAMON INDUSTRIES | D/B/A DAMON INDUSTRIES INC 822 PACKER WAY SPARKS NV 89431-6445 |
| DELL FINANCIAL SERVICES LLC | ONE DELL WAY MAIL STOP-PS2DF-23 ROUND ROCK TX 78682-0001 |
| ECOLAB INC | 370 WABASHA ST N SAINT PAUL MN 55102-1323 |
| ECOLAB INC | ECOLAB CORPORATE CTR 1 ECOLAB PLACE SAINT PAUL MN 55102-1323 |
| EMPLOYMENT DEVELOPMENT DEPT | PO BOX 826880 SACRAMENTO CA 94280-0001 |
| ENTERPRISE BANK AND TRUST COMPANY | 130 MAIN ST, UNIT 101A-B SALEM NH 03079-3176 |
| ERP HILLCREST LLC | C/O RYAN LLC PO BOX 4900 SCOTTSDALE AZ 85261 |
| FIRST FINANCE CAPITAL CORPORATION | 1 MAYNARD DR, STE 2104 PARK RIDGE NJ 07656 |
| FIRST FRANCHISE CAPITAL CORPORATION | 1 MAYNARD DR, STE 2104 PARK RIDGE NJ 07656 |
| FIRST FUNDS LLC | 240 W 35TH ST, 14TH FL NEW YORK NY 10001-2506 |
| FIRST HORIZON BANK | F/K/A FIRST TENNESSEE BANK NA 8377 E HARTFORD DR, STE 200 SCOTTSDALE AZ 85255-5687 |
| FIRST TENNESSEE BANK NA | 165 MADISON AVE MEMPHIS TN 38103 |
| FLOWERS BAKING CO OF VILLA RICA | 134 DOYLE MCCAIN DR VILLA RICA GA 30180 |
| FLOWERS BAKING CO OF VILLA RICA | 134 DOYLE MCCLAIN DR VILLA RICA GA 30180-1086 |
| GE CAPITAL | 901 MERRITT 7 NORWALK CT 06851 |
| GE CAPITAL FRANCHISE FINANCE CORPORATION | 8377 E HARTFORD DR, STE 200 SCOTTSDALE AZ 85255 |
| GE CAPITAL FRANCHISE FINANCE CORPORATION | 17207 N PERIMETER DR SCOTTSDALE AZ 85255 |
| GE CAPITAL US HOLDINGS INC | 8377 E HARTFORD DRIVE, STE 200 SCOTTSDALE AZ 85255 |
| GE COMMERCIAL FINANCE BUSINESS | PROPERTY CORPORATION 8377 E HARTFORD DR, STE 200 SCOTTSDALE AZ 85255 |

| Claim Name | Address Information |
|---|---|
| GE COMMERCIAL FINANCE BUSINESS | PROPERTY CORPORATION ASSET FUNDING C 17207 N PERIMETER DR SCOTTSDALE AZ 85255 |
| GECPAC INVESTMENT II INC | 8377 E HARTFORD DR, STE 200 SCOTTSDALE AZ 85255 |
| GECPAC INVESTMENT II INC | C/O GE CAPITAL FRANCHISE FINANCE CORP 8377 E HARTFORD DR, STE 200 SCOTTSDALE AZ 85255 |
| GECPAC INVESTMENT II INC | 17207 N PERIMETER DR SCOTTSDALE AZ 85255 |
| GENERAL ELECTRIC CAPITAL BUSINESS | ASSET FUNDING CORPORATION 10900 NE 4TH ST, STE 500 BELLEVUE WA 98004 |
| GENERAL ELECTRIC CAPITAL BUSINESS | ASSET FUNDING CORPORATION BOX C-97550 BELLEVUE WA 98009 |
| GENERAL ELECTRIC CAPITAL CORPORATION | 4333 EDGEWOOD RD NE CEDAR RAPIDS IA 52499-3830 |
| GENERAL ELECTRIC CAPITAL CORPORATION | 8377 E HARTFORD DR, STE 200 SCOTTSDALE AZ 85255 |
| GENERAL ELECTRIC COMPANY | 8377 E HARTFORD DR, STE 200 SCOTTSDALE AZ 85255 |
| GENERAL ELECTRIC COMPANY | FKA GENERAL ELECTRIC CAPITAL CORPORATION 8377 E HARTFORD DR, STE 200 SCOTTSDALE AZ 85255 |
| GLAZERS WHOLESALE INC | 14860 LANDMARK BLVD DALLAS TX 75254-6854 |
| GMAC COMMERCIAL | 5730 GLENRIDGE DR, STE 102 ATLANTA GA 30328 |
| GOLDMAN SACHS SPECIALTY LENDING GROUP LP | AS COLLATERAL AGENT 6011 CONNECTION DR IRVING TX 75039-2607 |
| GOLDMAN SACHS SPECIALTY LENDING GROUP LP | AS COLLATERAL AGENT 2001 ROSS AVE, STE 2800 DALLAS TX 75201-2930 |
| GOLDMAN SACHS SPECIALTY LENDING GRP LP | AS COLLATERAL AGENT 6011 CONNECTION DR IRVING TX 75039-2607 |
| GOLDMAN SACHS SPECIALTY LENDING GRP LP | AS COLLATERAL AGENT 2001 ROSS AVE, STE 2800 DALLAS TX 75201-2930 |
| GREAT WESTERN BANK | PO BOX 925 SIOUX FALLS SD 57101-0925 |
| GREAT WESTERN BANK | PO BOX 2345 SIOUX FALLS SD 57101-2345 |
| HOVINGA BUSINESS SYSTEMS INC | 2780 44TH ST SW GRAND RAPIDS MI 49519-4108 |
| IBM CORPORATION | 1 NORTH CASTLE DR ARMONK NY 10504-1725 |
| ICX CORPORATION | 3 SUMMIT PARK DR, STE 200 INDEPENDENCE OH 44131-2582 |
| INDEPENDENT BANK | 5050 POPLAR AVE MEMPHIS TN 38157-0101 |
| IRWIN FRANCHISE CAPITAL CORPORATION | 2700 WESTCHESTER AVE PURCHASE NY 15077 |
| KOURY CORPORATION | 400 FOUR SEASONS TOWN CTR GREENSBORO NC 27407-4743 |
| LIMESTONE RUBY LITHIA SPRINGS LLC | C/O OIMC 200 S BISCAYNE BLVD #F17 MIAMI FL 33131 |
| LIMESTONE RUBY RALEIGH LLC | 200 S BISCAYNE BLVD., 7TH FL MIAMI FL 33131 |
| LSF FRANCHISE LOAN INVESTMENTS LLC | 10 QUEEN ST GIBBONS BLDG, STE 102 HAMILTON BM HM11 BERMUDA |
| MERIDIAN MALL LIMITED PARTNERSHIP | 2030 HAMILTON PL BLVD, STE 500 CHATTANOOGA TN 37421 |
| METROPOLITAN LEASING PENSION PLAN | 515 S 4ITH ST, STE 108 TEMPE AZ 85281-2321 |
| MID RIVERS MALL CMBS LLC | 2030 HAMILTON PL BLVD, STE 500 CHATTANOOGA TN 37421 |
| MID-MISSOURI BANK | PO BOX 1145 LEBANON MO 65536-1114 |
| NATIONAL RETAIL PROP LP | 450 S ORANGE AVE., STE 900 ORLANDO FL 32801-3339 |
| NATIONAL RETAIL PROPERTIES LP | 450 S ORANGE AVE., STE 900 ORLANDO FL 32801-3339 |
| NATIONAL RETAIL PROPERTIES LP | 3308 EAST CENTER ST WARSAW IN 46582 |
| NATIONAL RETAIL PROPERTIES LP | 3451 SOUTH US HWY 41 TERRE HAUTE IN 47802 |
| NCR CORPORATION | 1700 S PATTERSON BLVD WHO-2 DAYTON OH 45479 |
| NCR CORPORATION | 3095 SATELLITE BLVD DULUTH GA 30096-5814 |
| NEWCOURT COMMERCIAL FINANCE CORPORATION | 2 GATEHALL DR PARSIPPANY NJ 07054 |
| NORWEST BANK MINNESOTA NA | CMBS MORTGAGE DOCUMENT CUSTODY 751 KASOTA AVE, STE MDC MINNEAPOLIS MN 55414 |
| NORWEST EQUIPMENT FINANCE INC | INVESTORS BLDG 733 MARQUETTE AVE, STE 300 MINNEAPOLIS MN 55479-0001 |
| NORWEST EQUIPMENT FINANCE INC | INVESTORS BLDG 733 MARQUETTE AVE, STE 300 MINNEAPOLIS MN 55479-2048 |
| NTN COMMUNICATIONS INC | 2121 PALOMAR AIRPORT RD, STE 305 CARLSBAD CA 92011-1497 |
| O T R LIMITED PARTNERSHIP | 275 E BROAD ST COLOMBUS OH 43215-3703 |
| ORIX CREDIT ALLIANCE INC | 1625 NW AMBERGLEN CT, STE 100 BEAVERTON OR 97006 |
| PCM DEVELOPMENT COMPANY | THE CLINTON EXCHANGE 4 CLINTON SQ SYRACUSE NY 13202 |
| PEPSI COLA | 55 INTERNATIONAL DR WINDSOR CT 06095-1062 |

| Claim Name | Address Information |
|---|---|
| PONTIAC MALL LP | 27600 NORTHWESTERN HWY, STE 200 SOUTHFIELD MI 48034-8466 |
| POPE LIME COMPANY | 1101 E OCOTILLO RD PHOENIX AZ 85014-1056 |
| POUGHKEEPSIE GALLERIA COMPANY | 4 CLINTON SQ SYRACUSE NY 13202 |
| PREFERRED CAPITAL INC | 6860 W SNOWVILLE RD, STE 110 BRECKSVILLE OH 44141-3279 |
| REGIONS FACILITY SERVICES INC | 2314 CIRCUIT WAY BROOKSVILLE FL 34604 |
| REGIONS FACILITY SERVICES INC | C/O MAIL CENTER 9450 SW GEMINI DR #7790 BEAVERTON OR 97008-7105 |
| ROSE PAVING LLC | 4698 S OLD PEACHTREE RD NORCROSS GA 30071 |
| ROSE PAVING LLC | 7300 WEST 100TH PL BRIDGEVIEW IL 60455 |
| ROSE PAVING LLC | C/O MAIN CENTER 9450 SW GEMINI DR #7790 BEAVERTON OR 97008-7105 |
| SHEETZ INC | 610 SMITHFIELD ST, STE 300 PITTSBURGH PA 15222-2512 |
| SILVER CITY GALLERIA GROUP | 4 CLINTON SQ SYRACUSE NY 13202 |
| SIMON ROOFING AND SHEET METAL CORP | 70 KARAGO AVE YOUNGTOWN OH 44512 |
| SODA SERVICE OF HARTFORD / ALPINE INC | 261 PASCONE PL NEWINGTON CT 06111-4524 |
| SOUTHTRUST BANK | 303 PEACHTREE ST ATLANTA GA 30308 |
| SOUTHTRUST BANK OF ALABAMA NA | PO BOX 2554 BIRMINGHAM AL 35290-0001 |
| SOUTHWEST BEER DISTRIBUTORS INC | 4427 MIDLOTHIAN TPKE CRESTWOOD IL 60445-1916 |
| SOVEREIGN BANK | 3 HUNTINGTON QUAD, STE 101 MELVILLE NY 11747 |
| STANDARD RESTAURANT EQUIPMENT | 3500 SW TEMPE SALT LAKE CITY UT 84115 |
| START SIGNS & GRAPHICS INC | PO BOX 3391 LAWRENCE KS 66046-0391 |
| SUMTER RT HOLDINGS LLC | 210 CANAL ST., STE 301 NEW YORK NY 10013 |
| SUNTRUST BANK | 303 PEACHTREE ST ATLANTA GA 30308 |
| SUNTRUST BANK | 211 PERIMETER CENTER PKWY NE ATLANTA GA 30346-1308 |
| SUNTRUST BANK ATLANTA | AS AGENT 25 PARK PL NE ATLANTA GA 30303-2918 |
| SYSCO CENTRAL FLORIDA INC | 200 W STORY RD OCOEE FL 34761-3004 |
| SYSCO FOOD SERVICES OF MONTANA INC | PO BOX 31198 BILLINGS MT 59107-1198 |
| TEL-TWELVE MALL ASSOCIATES LP | 27600 NORTHWESTERN HWY, STE 200 SOUTHFIELD MI 48034-8466 |
| THE STATE OF MAINE | CITY OF WATERVILLE ONE COMMON STREET WATERVILLE ME 04901 |
| TOSHIBA AMERICA INFORMATION | PO BOX 642111 PITTSBURGH PA 15246-2111 |
| TRAVELERS LEASING CORP | 2233 FARADAY AVE, STE K CARLSBAD CA 92008-7214 |
| TWC SERVICES | ATTN TAMMY WERTS 1629 POPLAR DR., EXT GREER SC 29651 |
| TWC SERVICES INC | 112-D WHEATON AVE YOUNGSVILLE NC 27596 |
| TWC SERVICES INC | 2200 NW 15TH AVE POMPANO BEACH FL 33069 |
| UBS AG, STAMFORD BRANCH | AS ADMIN AGENT 600 WASHINGTON BLVD, 9TH FL STAMFORD CT 06901 |
| VALLEY RECORD DISTRIBUTORS INC | PO BOX 2057 WOODLAND CA 95776-2057 |
| VENTURE BANK | 721 COLLEGE ST SE LACEY WA 98503-1243 |
| VESTAR CPT TEMPE MARKETPLACE LLC | 2425 E CAMELBACK RD, STE 750 PHOENIX AZ 85016 |
| WEGMANS FOOD MARKETS INC | 1500 BROOKS AVE PO BOX 30844 ROCHESTER NY 14624-3512 |
| WELLS FARGO BANK MINNESOTA NA | NORWEST BANK MINNESOTA N A C MINNEAPOLIS MN 55414 |
| WELLS FARGO BANK MINNESOTA NA | AS COLLATERAL AGENT 1015 TENTH AVE SE MINNEAPOLIS MN 55414 |
| WELLS FARGO BANK MINNESOTA NA | 6TH ST & MARQUETTE AVE MAC N9311-160 MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK MINNESOTA NA | 6TH ST & MARQUETTE AVE NORWEST CENTER MINNEAPOLIS MN 55479-0070 |
| WELLS FARGO BANK NA | 751 KASOTA AVE, STE MDC MINNEAPOLIS MN 55414 |
| WELLS FARGO MINNESOTA NA | CMBS MORTGAGE DOCUMENT CUSTODY 751 KASOTA AVE, STE MDC MINNEAPOLIS MN 55414 |
| WINEMAN INVESTMENT COMPANY | 27600 NORTHWESTERN HWY, STE 200 SOUTHFIELD MI 48034-8466 |
| YOUNG ELECTRIC SIGN COMPANY | 1148 S 300 W SALT LAKE CITY UT 84101-3053 |

| **Claim Name** | **Address Information** |
|---|---|

**Total Creditor count  135**

# Exhibit B

RTI HOLDING COMPANY, LLC, et al.
Case No. 20-12456 (JTD)
Email Service List

| Creditor Name | Email Address |
|---|---|
| ABRAMS & BAYLISS LLP | SEAMAN@ABRAMSBAYLISS.COM; CANNATARO@ABRAMSBAYLISS.COM |
| ADAMS AND REESE LLP | JOHN.ROGERSON@ARLAW.COM; JAMIE.OLINTO@ARLAW.COM |
| ASHBY & GEDDES, P.A. | GTAYLOR@ASHBYGEDDES.COM; KEARLE@ASHBYGEDDES.COM |
| BALLARD SPAHR LLP | HEILMANL@BALLARDSPAHR.COM; ROGLENL@BALLARDSPAHR.COM; GANZC@BALLARDSPAHR.COM; ANDERSONSANCHEZK@BALLARDSPAHR.COM |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | SONEAL@CGSH.COM; JVANLARE@CGSH.COM |
| COLE SCHOTZ P.C. | DDEAN@COLESCHOTZ.COM; JALBERTO@COLESCHOTZ.COM; AROTH-MOORE@COLESCHOTZ.COM |
| CONNOLLY GALLAGHER LLP | CGRIFFITHS@CONNOLLYGALLAGHER.COM; LHATFIELD@CONNOLLYGALLAGHER.COM |
| DELAWARE SECRETARY OF STATE | DOSDOC_FTAX@DELAWARE.GOV |
| DELAWARE STATE TREASURY | STATETREASURER@STATE.DE.US |
| DORSEY & WHITNEY (DELAWARE) LLP | GLORIOSO.ALESSANDRA@DORSEY.COM; SCHNABEL.ERIC@DORSEY.COM |
| DOUG BELDEN, HILLSBOROUGH COUNTY TAX COLLECTOR | FITZGERALDB@HILLSBOROUGHCOUNTY.ORG |
| GARNER & CONNER, PLLC | CCONNER@GARNERCONNER.COM |
| GOLDMAN SACHS BANK USA | GS-SLG-NOTICES@GS.COM |
| HUNTON & WILLIAMS LLP | GGRIFFITH@HUNTONAK.COM |
| INDIANA ATTORNEY GENERAL OFFICE | HEATHER.CROCKETT@ATG.IN.GOV; AMANDA.QUICK@ATG.IN.GOV |
| JENSEN BAGNATO, P.C. | JEFFREY@JENSENBAGNATOLAW.COM; JEFFREYCARBINO@GMAIL.COM |
| KELLEY DRYE & WARREN LLP | KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM; RLEHANE@KELLEYDRYE.COM; SWILSON@KELLEYDRYE.COM; MLEVINE@KELLEYDRYE.COM |
| KLEHR HARRISON HARVEY BRANZBURG LLP | RLEMISCH@KLEHR.COM |
| KOHNER, MANN & KAILAS, S.C. | SWISOTZKEY@KMKSC.COM |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | AROGOFF@KRAMERLEVIN.COM; RSCHMIDT@KRAMERLEVIN.COM; JSHARRET@KRAMERLEVIN.COM |
| KURTZMAN | STEADY, LLC | KURTZMAN@KURTZMANSTEADY.COM |
| LAW OFFICE OF SUSAN E. KAUFMAN, LLC | SKAUFMAN@SKAUFMANLAW.COM |
| MAYNARD COOPER & GALE PC | JLAMAR@MAYNARDCOOPER.COM |

RTI HOLDING COMPANY, LLC, et al.
Case No. 20-12456 (JTD)
Email Service List

| | |
|---|---|
| MCCARTER & ENGLISH LLP | KBUCK@MCCARTER.COM |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | DPRIMACK@MDMC-LAW.COM; JBERNSTEIN@MDMC-LAW.COM |
| MONZACK MERSKY BROWDER and HOCHMAN, P.A. | RMERSKY@MONLAW.COM |
| OFFICE OF ATTORNEY GENERAL - PENNSYLVANIA | CMOMJIAN@ATTORNEYGENERAL.GOV; CRMOMJIAN@ATTORNEYGENERAL.GOV |
| OFFICE OF THE ATTORNEY GENERAL - TEXAS | ABIGAIL.RYAN@OAG.TEXAS.GOV; JASON.BINFORD@OAG.TEXAS.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE | LINDA.RICHENDERFER@USDOJ.GOV |
| PAUL HASTING LLP | JUSTINRAWLINS@PAULHASTINGS.COM; AARONGOBERSIMS@PAULHASTINGS.COM |
| PENSION BENEFIT GUARANTY CORPORATION | MORGAN.COURTNEY@PBGC.GOV; EFILE@PBGC.GOV; HARRIS.MELISSA@PBGC.GOV |
| POLSINELLI PC | CWARD@POLSINELLI.COM |
| REGER RIZZO & DARNALL LLP | ERASSMAN@REGERLAW.COM |
| SAUL EWING ARNSTEIN & LEHR LLP | MONIQUE.DISABATINO@SAUL.COM; LUKE.MURLEY@SAUL.COM |
| SECURITIES & EXCHANGE COMMISSION | SECBANKRUPTCY-OGC-ADO@SEC.GOV; SECBANKRUPTCY@SEC.GOV |
| SECURITIES AND EXCHANGE COMMISSION | BANKRUPTCYNOTICESCHR@SEC.GOV; NYROBANKRUPTCY@SEC.GOV |
| SHERRARD ROE VOIGT & HARBISON, PLC | MABELOW@SRVHLAW.COM |
| SIMON PROPERTY GROUP | RTUCKER@SIMON.COM |
| SULLIVAN · HAZELTINE · ALLINSON LLC | ZALLINSON@SHA-LLC.COM |
| TCW DIRECT LENDING LLC | MICHAEL.ANELLO@TCW.COM |
| THE ROSNER LAW GROUP LLC | ROSNER@TEAMROSNER.COM; GIBSON@TEAMROSNER.COM; LIU@TEAMROSNER.COM |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | MARCY.SMITH@TROUTMAN.COM; MATTHEW.BROOKS@TROUTMAN.COM; GARY.MARSH@TROUTMAN.COM |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | BANKFILINGS@YCST.COM; MNEIBURG@YCST.COM JMULVIHILL@YCST.COM |
| ZIONS BANCORPORTION | GREGORY.BASER@ZIONSBANCORP.COM |

RTI HOLDING COMPANY, LLC, et al.
Case No. 20-12456 (JTD)
Email Service List

| Creditor Name | Email Address |
| --- | --- |
| BB&T | CHANTAL.GOODEN@BBANDT.COM |
| CALIFORNIA BANK & TRUST | SUSAN.MCCLARAN@CALBT.COM |
| FIFTH THIRD BANK | JACQUELINE.GUY@53.CM |
| PARK NATIONAL BANK (CENTURY NATIONAL BANK) | JDALPONTE@CENTURYNATIONALBANK.COM |
| PINNACLE FINANCIAL PARTNERS | WANDA.DAVIS@PNFP.COM |
| PNC | SUSAN.GARDNER@PNC.COM |
| REGIONS | HANNAH.WILLIS@REGIONS.COM |
| REGIONS/COLI TRUST | STUART.WHITE@REGIONS.COM |
| US BANK | MERANDA.PAIGE@USBANK.COM |
| WELLS FARGO | SANDRA.HILL@WELLSFARGO.COM |

RTI HOLDING COMPANY, LLC, et al.
Case No. 20-12456 (JTD)
Email Service List

| Creditor Name | Email Address |
|---|---|
| STRATEGIC EQUIPMENT INC | remittances@strategicequipment.com |