## **EXHIBIT A**

**PLAN OF REORGANIZATION**

(Intentionally Omitted)

(Filed Plan to Be Attached To Service Copies of Disclosure Statement)