# EXHIBIT C

## ORGANIZATIONAL CHART OF THE DEBTORS

# Ruby Tuesday

