## **EXHIBIT D**

## **LIQUIDATION ANALYSIS**

(Intentionally Omitted)