## **EXHIBIT E**

**FINANCIAL PROJECTIONS**

(Intentionally Omitted)