# Court Conference

Calendar Date: 11/12/2020

Calendar Time: 02:00 PM ET

U.S. Bankruptcy Court-District of Delaware

Confirmed Telephonic Appearance Schedule

Honorable John T. Dorsey

Courtroom

*Amended Calendar   Nov 12 2020 10:56AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 10954369 | Derek C. Abbott | (302) 658-9200 ext. | Morris, Nichols, Arsht & Tunnell, LLP | Interested Party, Compass Group USA, Inc. / LIVE |
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 10941639 | Elihu E. Allinson | (302) 428-8191 ext. | Sullivan Hazeltine Allinson, LLC | Creditor, PACA Creditors / LIVE |
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 10953544 | Keith Andress | (205) 250-8367 ext. | Baker, Donelson, Bearman, Caldwell & Berkowitz, PC | Debtor, RTI Holding Company, LLC / LIVE |
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 10955274 | Evan Bartlett | (646) 492-5794 ext. | FocalPoint, LLC | Interested Party, Evan Bartlett / LISTEN ONLY |
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 10939492 | Nancy Bello | (212) 715-9333 ext. | Kramer Levin Naftalis & Frankel LLP | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 10934032 | Jeffrey Bernstein | (973) 565-2183 ext. | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Interested Party, Gold Square, PA, LLC / LIVE |
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 10952741 | Mark A. Bogdanowicz | (309) 672-1483 ext. | Howard & Howard, Attorneys PLLC | Interested Party, KRG Evans Mullins Outlets, LLC / LIVE |
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 10948309 | Gary Bressler | (215) 557-2971 ext. | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Creditor, Liberty Mutual Insurance Company / LIVE |
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 10936568 | Kate R. Buck | (302) 984-6300 ext. | McCarter & English LLP | Creditor, Regions bank / LIVE |
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 10951453 | Michael Busenkell | (302) 425-5812 ext. | Gellert Scali Busenkell & Brown LLC | Creditor, Seritage / LIVE |
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 10951625 | Ellen Clarry | (865) 379-5963 ext. | Ruby Tuesday, Inc. | Client, Ellen Clarry / LISTEN ONLY |
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 10933510 | Howard A. Cohen | (302) 518-6300 ext. | Gibbons PC | Representing, Ad Hoc Group of Planned Participants of RTI Holding Company / LIVE |
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 10953703 | Kelly M. Conlan | (302) 252-3625 ext. | Connolly Gallagher LLP | Claimant, The Atlantis Trust and Sunshine Realties LLC / LIVE |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| RTI Holding Company, LLC | 20-12456 | Hearing | 10951857 | Matthew Cumbee | (312) 401-5255 ext. | FocalPoint Securities, LLC | Interested Party, Advisor/Investment Banker, Matthew Cumbee / LISTEN ONLY |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10955721 | T. Edward Cundick | (801) 322-2516 ext. | Clyde Snow & Sessions | Interested Party, T. Edward Cundick / LISTEN ONLY |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10925546 | Ryan E. Davis | (407) 423-4246 ext. | Winderweedle, Haines, Ward & Woodman PA | Creditor, Chester C. Fosgate Company / LISTEN ONLY |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10953687 | David Dean | (302) 651-2012 ext. | Cole Schotz P.C. | Creditor, Creditors Committee / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10952703 | Mark L. Desgrosseilliers | (302) 295-0191 ext. | Chipman Brown Cicero & Cole, LLP | Bankruptcy Counsel, KRG Mullins Outlets, LLC / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10951679 | Monique DiSabatino | (302) 421-6806 ext. | Saul Ewing Arnstein & Lehr LLP | Creditor, Northwoods Crossing Station LLC, Phillips Edison & Company / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10954820 | Marguerite Duffy | (865) 692-0632 ext. | Marguerite Duffy - In Pro Per/Pro Se | Creditor, Marguerite Duffy / LISTEN ONLY |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10951563 | Jeffrey W. Dulberg | (310) 772-2355 ext. | Pachulski Stang Ziehl & Jones | Debtor, RTI Holding Company, LLC / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10951882 | Katharina Earle | (302) 654-1888 ext. | Ashby & Geddes | Interested Party, TCW Lending / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10955034 | Jamie L. Edmonson | (302) 516-1705 ext. | Robinson & Cole LLP | Interested Party, Landlords / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10951620 | Brian Esser | (865) 380-7638 ext. | Ruby Tuesday, Inc. | Client, Brian Esser / LISTEN ONLY |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10953545 | Scott L. Fleischer | (212) 784-5810 ext. | Barclay Damon LLP | Creditor, National Realty & Development Corp. and Steven W. Thomas / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10951617 | John Gentile | (302) 442-7071 ext. | Benesch Friedlander Coplan & Aronoff, LLP | Creditor, Route Ten, LLC / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10945918 | Stephen Gerald | (302) 357-3287 ext. | Whiteford, Taylor & Preston, LLP | Creditor, Brookwoody / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10951885 | Aaron M. Gober-Sims | (213) 683-6151 ext. | Paul Hastings LLP | Interested Party, TCW Lending / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10951576 | Stanley E. Goldich | (310) 772-2344 ext. | Pachulski Stang Ziehl & Jones | Debtor, RTI Holding Company, LLC / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10953858 | Kimberly Grant | (865) 414-3531 ext. | Kimberly Grant - In Pro Per/Pro Se | In Propria Persona, Kimberly Grant / LISTEN ONLY |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10954832 | Michael S. Greger | (949) 851-5436 ext. | Allen Matkins Leck Gamble Mallory & Natsis LLP | Creditor, William V Meeker, Meeker Family Limited Partnership / LIVE |

| Case | Case # | Proceeding | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| RTI Holding Company, LLC | 20-12456 | Hearing | 10951389 | Sugi Hadiwijaya | (214) 551-5742 ext. | CR3 Partners LLC | Financial Advisor, for the Debtor, RTI Holding Company, LLC / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10951937 | Melissa Harris | (202) 229-3019 ext. | Pension Benefit Guaranty Corporation | Creditor, Pension Benefit Guaranty Corporation / LISTEN ONLY |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10950143 | Adam Hiller | (302) 442-7677 ext. | Hiller Law | Creditor/Claimant, Moody National Companies / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10951544 | Trevor Hoffmann | (212) 878-6900 ext. | Goulston & Storrs PC | Interested Party, Lisbon Landing LLC / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10952826 | Daniel K. Hogan | (302) 584-3244 ext. | Hogan McDaniel | Creditor, Arete Partners 2263 Memorial, LLC / LISTEN ONLY |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10934334 | James A. Holifield | (865) 566-0115 ext. | Holifield Janich & Ferrera, PLLC | Interested Party, Plan Participants / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10953696 | Robert Ireland | (601) 965-1900 ext. | Watkins & Eager | Trust, Atlantis Trust / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10952333 | Susan E. Kaufman | (302) 472-7420 ext. | Law Office of Susan E. Kaufman, LLC | Claimant, Simon Property Group / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10955008 | Daniel Kerrick | (302) 656-7540 ext. 35 | Hogan McDaniel | Creditor, Thomas and Susan Spears / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10952757 | April Kimm | (917) 685-3787 ext. | Dundon Advisers LLC | Financial Advisor, Pension Claimants / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10953676 | Cullen Kuhn | (314) 259-2869 ext. | Bryan Cave Leighton Paisner LLP | Creditor, Potter Properties, LLC / LISTEN ONLY |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10936574 | Jayna Lamar | (205) 254-1000 ext. | Maynard, Cooper & Gale, P.C. | Creditor, Regions Bank / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10951584 | Shawn Lederman | (865) 379-5700 ext. | Ruby Tuesday, Inc. | Client, Shawn Lederman / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10951524 | Raymond Lemisch | (302) 552-5530 ext. | Klehr Harrison Harvey Branzburg LLP | Creditor, Wilkinson Langhorne LP / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10951568 | Maxim B. Litvak | (415) 217-5110 ext. | Pachulski Stang Ziehl & Jones | Debtor, RTI Holding Company, LLC / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10944919 | Gregory Logue | (865) 215-1000 ext. | Woolf McClane Bright Allen & Carpenter | Creditor, Landlords / LISTEN ONLY |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10953263 | Christopher D. Loizides | (302) 654-0248 ext. | Loizides PA | Bankruptcy Counsel, Anthony Friedman / LISTEN ONLY |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10933482 | Robert K. Malone | (973) 596-4533 ext. | Gibbons PC | Representing, Ad Hoc Group of Planned Participants of RTI Holding Company / LIVE |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10950763 | Marcy J. McLaughlin Smith | (302) 777-6535 ext. | Troutman Pepper LLP | Interested Party, Chick-fil-A, Inc. / LIVE |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10951623 | Stephanie Medley | (865) 380-7638 ext. | Ruby Tuesday, Inc. | Client, Stephanie Medley / LISTEN ONLY |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10951637 | Robert W Miller | (615) 742-9372 ext. | Manier & Herod | Creditor, Liberty Mutual Insurance Company / LIVE |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10951942 | Courtney Morgan | (202) 326-4020 ext. | Pension Benefit Guaranty Corporation | Creditor, Pension Benefit Guaranty Corporation / LISTEN ONLY |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10951597 | Richard NeJame | (646) 343-9849 ext. | FocalPoint, LLC | Interested Party, Advisor/Investment Banker, Richard NeJame / LIVE |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10951571 | Victoria A. Newmark | (310) 277-6910 ext. | Pachulski Stang Ziehl & Jones | Debtor, RTI Holding Company, LLC / LIVE |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10954916 | Sean O'Neal | (212) 225-2416 ext. | Cleary Gottlieb Steen & Hamilton LLP | Creditor, Goldman Sachs / LIVE |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10955445 | Bradley O'Neill | (212) 715-7583 ext. | Kramer Levin Naftalis & Frankel LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10951558 | James E. O'Neill | (302) 652-4100 ext. | Pachulski Stang Ziehl & Jones | Debtor, RTI Holding Company, LLC / LIVE |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10951560 | Richard Pachulski | (310) 277-6910 ext. | Pachulski Stang Ziehl & Jones | Debtor, RTI Holding Company, LLC / LIVE |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10951565 | Malhar S. Pagay | (310) 772-2335 ext. | Pachulski Stang Ziehl & Jones | Debtor, RTI Holding Company, LLC / LIVE |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10951367 | Lisa M. Peters | (402) 661-8609 ext. | Kutak Rock LLP | Interested Party, CNL Funding 2000-A, LP / LIVE |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10944969 | Doan Phan | (703) 712-5117 ext. | McGuireWoods | Creditor, Apple REIT / LIVE |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10954655 | Philip S. Ratner | (212) 318-6014 ext. | Paul Hastings LLP | Interested Party, TCW Lending / LISTEN ONLY |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10951884 | Justin E. Rawlins | (213) 683-6130 ext. | Paul Hastings LLP | Interested Party, TCW Lending / LIVE |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10951420 | Linda Richenderfer | (302) 573-6491 ext. | Office of the United States Trustee | U.S. Trustee, Linda Richenderfer / LIVE |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10952868 | John Rogerson, III | (904) 355-1700 ext. | Adams and Reese LLP | Creditor, St. John & Partners Advertising and Public Relations / LIVE |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10954304 | Laurel D. Roglen | (302) 252-4465 ext. | Ballard Spahr LLP | Lessor, Brixmor Operating Partnership LP, et al. / LIVE |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10939478 | Adam Rogoff | (212) 715-9285 ext. | Kramer Levin Naftalis & Frankel LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10940615 | Katherine Sanchez | (602) 798-5400 ext. 5422 | Ballard Spahr LLP | Creditor, STORE Capital Corporation / LIVE |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10953718 | Jason B. Sanjana | (212) 588-8890 ext. | Reorg Research, Inc. | Interested Party, Reorg Research / LISTEN ONLY |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10939487 | Robert T. Schmidt | (212) 715-9527 ext. | Kramer Levin Naftalis & Frankel LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10953692 | Jennifer Sharret | (212) 715-9516 ext. | Kramer Levin Naftalis & Frankel LLP | Creditor, Creditors Committee / LIVE |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10955663 | Taylor Slayton | (501) 376-8222 ext. | Papazian Sherman Way, LLC | Creditor, Papazian Sherman Way, LLC / LISTEN ONLY |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10954392 | Summer Speight | (804) 775-1000 ext. | McGuireWoods | Interested Party, Compass Group USA, Inc. / LIVE |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10944953 | M. Aaron Spencer | (865) 215-1000 ext. | Woolf McClane Bright Allen & Carpenter | Creditor, Landlords / LISTEN ONLY |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10947040 | Joshua D. Stiff | (757) 497-6633 ext. | Wolcott Rivers Gates | Creditor, Route Ten / LIVE |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10951881 | Gregory A. Taylor | (302) 654-1888 ext. | Ashby & Geddes | Interested Party, TCW Lending / LIVE |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10952394 | William F. Taylor, Jr. | (302) 984-6310 ext. | McCarter & English LLP | Creditor, Chester C. Fosgate Company / LIVE |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10955270 | Benjamin Tennenbaum | (646) 492-5794 ext. | FocalPoint, LLC | Interested Party, Benjamin Tennenbaum / LISTEN ONLY |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10951746 | David Tiffany | (602) 799-7397 ext. | CR3 Partners LLC | Debtor, RTI Holding Company, LLC / LISTEN ONLY |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10953688 | James A. Timko | (407) 423-3200 ext. | Shutts & Bowen, LLP | Creditor, Sunshine Realties LLC. / LIVE |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10954913 | Jane VanLare | (212) 225-2872 ext. | Cleary Gottlieb Steen & Hamilton LLP | Creditor, Goldman Sachs / LIVE |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10954375 | Scott Vaughn | (704) 343-2217 ext. | McGuireWoods | Interested Party, Compass Group USA, Inc. / LIVE |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10951724 | Sally Veghte | (302) 552-5503 ext. | Klehr Harrison Harvey Branzburg LLP | Creditor, Myra C. Clark / LISTEN ONLY |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10953699 | Jonathan M. Wagner | (212) 715-9393 ext. | Kramer Levin Naftalis & Frankel LLP | Creditor, Creditors Committee / LIVE |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| RTI Holding Company, LLC | 20-12456 | Hearing | 10952839 | Christopher A. Ward | (302) 507-3910 ext. | Polsinelli PC | Client, Rob LaBeouf / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10954211 | Anne Weier | (865) 984-1460 ext. | Garner & Conner PLLC | Creditor, Spears / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10954910 | Michael D. Weinberg | (212) 225-2856 ext. | Cleary Gottlieb Steen & Hamilton LLP | Creditor, Goldman Sachs / LISTEN ONLY |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10947648 | Beverly Weiss Manne | (412) 594-5525 ext. | Tucker Arensberg | Respondent, Moody National Companies / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10953913 | Richard Wilkinson | (215) 569-2700 ext. 4141 | Klehr Harrison Harvey Branzburg LLP | Client, Richard Wilkinson / LISTEN ONLY |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10952869 | Sean T Wilson | (212) 808-7925 ext. | Kelley Drye & Warren LLP | Creditor, Aspen Properties Inc. / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10951862 | Robert J. Woolway | (310) 405-7080 ext. | FocalPoint, LLC | Interested Party, Advisor/Investment Banker, Robert J. Woolway / LISTEN ONLY |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10955213 | Becky A. Yerak | (312) 543-1306 ext. | Wall Street Journal | Media, Wall Street Journal / LISTEN ONLY |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10954439 | Blair Zanzig | (312) 566-9545 ext. | Hiltz Zanzig & Heiligman LLC | Creditor, Arete Partners 2263 Memorial LLC / LIVE |