## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| RTI HOLDING COMPANY, LLC,[1] | ) ) ) | Case No. 20-12456 (JTD) |
| Debtors. | ) ) ) | (Jointly Administered) |
|  | ) | **Ref. Docket Nos. 374-375, 378-380** |

### AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT )
                          ) ss.:
COUNTY OF MIDDLESEX )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as a Director of Client Services by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 10, 2020, I caused to be served the:

   a. "Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and (II) Granting Related Relief," dated November 10, 2020 [Docket No. 374] (the "Compensation Order"),

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: RTI Holding Company, LLC (4966); Ruby Tuesday, Inc. (5239); Ruby Tuesday, LLC (1391); RTBD,LLC (6505); RT of Carroll County, LLC (8836); RT Denver Franchise, L.P. (2621); RT Detroit Franchise, LLC (8738); RT Distributing, LLC (6096); RT Finance, LLC (7242); RT FL Gift Cards, Inc. (2189); RT Florida Equity, LLC (7159); RT Franchise Acquisition, LLC (1438); RT of Fruitland, Inc. (1103); RT Indianapolis Franchise, LLC(6016); RT Jonesboro Club (2726); RT KCMO Franchise, LLC (7020); RT Kentucky Restaurant Holdings, LLC (7435); RT Las Vegas Franchise, LLC (4969); RT Long Island Franchise, LLC (4072); RT of Maryland, LLC (7395); RT Michiana Franchise, LLC (8739); RT Michigan Franchise, LLC (8760); RT Minneapolis Franchise, LLC (2746); RT Minneapolis Holdings, LLC (7189); RT New England Franchise, LLC (4970); RT New Hampshire Restaurant Holdings, LLC (7438); RT New York Franchise, LLC (1154); RT Omaha Franchise, LLC (7442); RT Omaha Holdings, LLC (8647); RT One Percent Holdings, LLC (6689); RT One Percent Holdings II, LLC (2817); RT Orlando Franchise, LP (5105); RT Restaurant Services, LLC (7283); RT South Florida Franchise, LP (3535); RT Southwest Franchise, LLC (9715); RT St. Louis Franchise, LLC (6010); RT Tampa Franchise, LP (5290); RT Western Missouri Franchise, LLC (6082); RT West Palm Beach Franchise, LP (0359); RTTA, LP (0035); RTT Texas, Inc. (2461); RTTT, LLC (9194); Ruby Tuesday of Allegany County, Inc. (8011); Ruby Tuesday of Bryant, Inc. (6703); Ruby Tuesday of Columbia, Inc. (4091); Ruby Tuesday of Frederick, Inc. (4249); Ruby Tuesday of Linthicum, Inc. (8716); Ruby Tuesday of Marley Station, Inc. (1641); Ruby Tuesday of Pocomoke City, Inc. (0472); Ruby Tuesday of Russellville, Inc. (1601); and Ruby Tuesday of Salisbury, Inc. (5432). The Debtors' mailing address is 333 East Broadway Ave., Maryville, TN 37804.

b. "Order Pursuant to Section 327(e) of the Bankruptcy Code Authorizing the Employment and Retention of Baker Donelson Bearman Caldwell & Berkowitz, PC, as Special Counsel to the Debtors and Debtors in Possession *Nunc Pro Tunc* to the Petition Date," dated November 10, 2020 [Docket No. 375] (the "Order Authorizing Employment"),

c. "Order Granting Motion to Shorten Notice Period with Respect to Motion of Debtors for an Order (A) Approving Bid Procedures for the Sale of the Debtors' Assets, (B) Approving Certain Bidder Incentives in Connection with the Debtors' Entry into a Stalking Horse Agreement, if Any, and (C) Approving Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases," dated November 10, 2020 [Docket No. 378] (the "Shorten Notice"),

d. "Debtors' Omnibus Reply in Support of Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 364(C)(1), 364(C)(2), 364(C)(3), 364(D)(1), and 364(E) of the Bankruptcy Code and (B) Use Cash Collateral Pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361, 362, 363, and 364, and (III) Scheduling Final Hearing," dated November 10, 2020 [Docket No. 379] (the "Debtors' Omnibus Reply"),

e. "Debtors' Motion for Leave to File Late Reply to Objections to Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 364(C)(1), 364(C)(2), 364(C)(3), 364(D)(1), and 364(E) of the Bankruptcy Code and (B) Use Cash Collateral Pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361, 362, 363, and 364, and (III) Scheduling Final Hearing," dated November 10, 2020 [Docket No. 380] (the "Motion for Leave"),

by causing true and correct copies of the:

a. Compensation Order, Order Authorizing Employment, Shorten Notice, Debtors' Omnibus Reply, and Motion for Leave to be enclosed in separate postage pre-paid enveloped and delivered via first class mail to those parties listed on the annexed Exhibit A,

b. Compensation Order, Order Authorizing Employment, Shorten Notice, Debtors' Omnibus Reply, and Motion for Leave to be delivered via electronic email to the parties listed on the annexed Exhibit B, and

c. Debtors' Omnibus Reply, and Motion for Leave to be delivered via electronic email to the parties listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Angharad Bowdler*
Angharad Bowdler

Sworn to before me this
11th day of November, 2020
*/s/ Amy E. Lewis*
Notary Public, State of Connecticut
Acct. No. 100624
Commission Expires: 8/31/2022

# Exhibit A

| Claim Name | Address Information |
|---|---|
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| MEYERS, RODBELL & ROSENBAUM, P.A. | (COUNSEL TO PRINCE GEORGE'S COUNTY) ATTN NICOLE C KENWORTHY 6801 KENILWORTH AVE, STE 400 RIVERDALE MD 20737-1385 |

**Total Creditor count  2**

# Exhibit B

| NAME | EMAIL ADDRESS |
|---|---|
| ABRAMS & BAYLISS LLP | SEAMAN@ABRAMSBAYLISS.COM; CANNATARO@ABRAMSBAYLISS.COM |
| ADAMS AND REESE LLP | JOHN.ROGERSON@ARLAW.COM; JAMIE.OLINTO@ARLAW.COM |
| ASHBY & GEDDES, P.A. | GTAYLOR@ASHBYGEDDES.COM; KEARLE@ASHBYGEDDES.COM |
| BALLARD SPAHR LLP | HEILMANL@BALLARDSPAHR.COM; ROGLENL@BALLARDSPAHR.COM; GANZC@BALLARDSPAHR.COM; ANDERSONSANCHEZK@BALLARDSPAHR.COM |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | KCAPUZZI@BENESCHLAW.COM; JGENTILE@BENESCHLAW.COM |
| BUCHALTER, A PROFESSIONAL CORPORATION | SCHRISTIANSON@BUCHALTER.COM |
| CHIPMAN BROWN CICERO & COLE, LLP | DESGROSS@CHIPMANBROWN.COM; BOLTON@CHIPMANBROWN.COM |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | SONEAL@CGSH.COM; JVANLARE@CGSH.COM |
| COLE SCHOTZ P.C. | DDEAN@COLESCHOTZ.COM; JALBERTO@COLESCHOTZ.COM; AROTH-MOORE@COLESCHOTZ.COM |
| CONNOLLY GALLAGHER LLP | CGRIFFITHS@CONNOLLYGALLAGHER.COM; LHATFIELD@CONNOLLYGALLAGHER.COM; JWISLER@CONNOLLYGALLAGHER.COM; KCONLAN@CONNOLLYGALLAGHER.COM; KBIFFERATO@CONNOLLYGALLAGHER.COM |
| DELAWARE SECRETARY OF STATE | DOSDOC_FTAX@DELAWARE.GOV |
| DELAWARE STATE TREASURY | STATETREASURER@STATE.DE.US |
| DORSEY & WHITNEY (DELAWARE) LLP | GLORIOSO.ALESSANDRA@DORSEY.COM; SCHNABEL.ERIC@DORSEY.COM |
| COLLECTOR | FITZGERALDB@HILLSBOROUGHCOUNTY.ORG |
| GARNER & CONNER, PLLC | CCONNER@GARNERCONNER.COM |
| GIBBONS P.C. | HCOHEN@GIBBONSLAW.COM; RMALONE@GIBBONSLAW.COM |
| GOLDMAN SACHS BANK USA | GS-SLG-NOTICES@GS.COM |
| GOULSTON & STORRS PC | THOFFMANN@GOULSTONSTORRS.COM; YKASS-GERGI@GOULSTONSTORRS.COM |
| HILLER LAW, LLC | AHILLER@ADAMHILLERLAW.COM |
| HOLIFIELD & JANICH, PLLC | AHOLIFIELD@HOLIFIELDLAW.COM; KMANN@HOLIFIELDLAW.COM |
| HOWARD & HOWARD ATTORNEYS PLLC | MBOGDANOWICZ@HOWARDANDHOWARD.COM |
| HUNTON & WILLIAMS LLP | GGRIFFITH@HUNTONAK.COM |
| INDIANA ATTORNEY GENERAL OFFICE | HEATHER.CROCKETT@ATG.IN.GOV; AMANDA.QUICK@ATG.IN.GOV |
| JENSEN BAGNATO, P.C. | JEFFREY@JENSENBAGNATOLAW.COM; JEFFREYCARBINO@GMAIL.COM |
| KELLEY DRYE & WARREN LLP | KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM; RLEHANE@KELLEYDRYE.COM; SWILSON@KELLEYDRYE.COM; MLEVINE@KELLEYDRYE.COM |
| KLEHR HARRISON HARVEY BRANZBURG LLP | RLEMISCH@KLEHR.COM; SVEGHTE@KLEHR.COM; CBRENNAN@KLEHR.COM |
| KOHNER, MANN & KAILAS, S.C. | SWISOTZKEY@KMKSC.COM |

RTI HOLDING COMPANY, LLC - Case No. 20-12456
Electronic Mail Master Service List

| | |
|---|---|
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | AROGOFF@KRAMERLEVIN.COM; RSCHMIDT@KRAMERLEVIN.COM; JSHARRET@KRAMERLEVIN.COM |
| KURTZMAN \| STEADY, LLC | KURTZMAN@KURTZMANSTEADY.COM |
| LAW OFFICE OF SUSAN E. KAUFMAN, LLC | SKAUFMAN@SKAUFMANLAW.COM |
| MAYNARD COOPER & GALE PC | JLAMAR@MAYNARDCOOPER.COM |
| MCCARTER & ENGLISH LLP | KBUCK@MCCARTER.COM |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | DPRIMACK@MDMC-LAW.COM; JBERNSTEIN@MDMC-LAW.COM |
| MIAMI-DADE COUNTY TAX COLLECTOR | PRISCILLA.WINDLEY@MIAMIDADE.GOV; MDTCBKC@MIAMIDADE.GOV |
| P.A. | RMERSKY@MONLAW.COM |
| OAKLAND COUNTY TREASURER | KEVIN@LAWYERMICH.COM |
| OFFICE OF ATTORNEY GENERAL - PENNSYLVANIA | CMOMJIAN@ATTORNEYGENERAL.GOV; CRMOMJIAN@ATTORNEYGENERAL.GOV |
| OFFICE OF THE ATTORNEY GENERAL - TEXAS | ABIGAIL.RYAN@OAG.TEXAS.GOV; JASON.BINFORD@OAG.TEXAS.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE | LINDA.RICHENDERFER@USDOJ.GOV |
| PAUL HASTING LLP | JUSTINRAWLINS@PAULHASTINGS.COM; AARONGOBERSIMS@PAULHASTINGS.COM |
| PENSION BENEFIT GUARANTY CORPORATION | MORGAN.COURTNEY@PBGC.GOV; EFILE@PBGC.GOV; HARRIS.MELISSA@PBGC.GOV |
| POLSINELLI PC | CWARD@POLSINELLI.COM |
| REGER RIZZO & DARNALL LLP | ERASSMAN@REGERLAW.COM |
| SAUL EWING ARNSTEIN & LEHR LLP | MONIQUE.DISABATINO@SAUL.COM; LUKE.MURLEY@SAUL.COM |
| SECURITIES & EXCHANGE COMMISSION | SECBANKRUPTCY-OGC-ADO@SEC.GOV; SECBANKRUPTCY@SEC.GOV |
| SECURITIES AND EXCHANGE COMMISSION | BANKRUPTCYNOTICESCHR@SEC.GOV; NYROBANKRUPTCY@SEC.GOV |
| SHERRARD ROE VOIGT & HARBISON, PLC | MABELOW@SRVHLAW.COM |
| SIMON PROPERTY GROUP | RTUCKER@SIMON.COM |
| SMTD Law LLP | RBERENS@SMTDLAW.COM |
| STRADLEY, RONON, STEVENS & YOUNG, LLP | DPEREIRA@STRADLEY.COM |
| SULLIVAN · HAZELTINE · ALLINSON LLC | ZALLINSON@SHA-LLC.COM |
| TCW DIRECT LENDING LLC | MICHAEL.ANELLO@TCW.COM |
| THE ROSNER LAW GROUP LLC | ROSNER@TEAMROSNER.COM; GIBSON@TEAMROSNER.COM; LIU@TEAMROSNER.COM |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | MARCY.SMITH@TROUTMAN.COM; MATTHEW.BROOKS@TROUTMAN.COM; GARY.MARSH@TROUTMAN.COM |
| TUCKER ARENSBERG | BMANNE@TUCKERLAW.COM |
| WATKINS & EAGER PLLC | RIRELAND@WATKINSEAGER.COM |
| WOLCOTT RIVERS GATES | JSTIFF@WOLRIV.COM |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | BANKFILINGS@YCST.COM; MNEIBURG@YCST.COM; JMULVIHILL@YCST.COM |
| ZIONS BANCORPORTION | GREGORY.BASER@ZIONSBANCORP.COM |

**Exhibit C**

RTI HOLDING COMPANY, LLC
Case No. 20-12456
Electronic Mail Service List

| Email |
|---|
| AHOLIFIELD@HOLIFIELDLAW.COM |
| HCOHEN@GIBBONSLAW.COM |
| MGREGER@ALLENMATKINS.COM |
| RMALONE@GIBBONSLAW.COM |