# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| RTI HOLDING COMPANY, LLC,[1] | ) ) ) | Case No. 20-12456 (JTD) |
| Debtors. | ) ) ) | (Jointly Administered) |
|  | ) | **Ref. Docket Nos. 138 and 140** |

## AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT )
                              ) ss.:
COUNTY OF MIDDLESEX )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as a Director of Client Services by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 7, 2020, I caused to be served the:

   a. "Ruby Tuesday, Inc.'s Motion for an Order Authorizing Ruby Tuesday, Inc. to Exercise its Ownership Rights Over Trust Assets Currently Held in a "Rabbi Trust" for Ruby Tuesday, Inc.'s Nonqualified Executive Supplemental Pension Plan and Management Retirement Plan," dated October 15, 2020 [Docket No. 138] (the "Rabbi Trust Motion"), and

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: RTI Holding Company, LLC (4966); Ruby Tuesday, Inc. (5239); Ruby Tuesday, LLC (1391); RTBD,LLC (6505); RT of Carroll County, LLC (8836); RT Denver Franchise, L.P. (2621); RT Detroit Franchise, LLC (8738); RT Distributing, LLC (6096); RT Finance, LLC (7242); RT FL Gift Cards, Inc. (2189); RT Florida Equity, LLC (7159); RT Franchise Acquisition, LLC (1438); RT of Fruitland, Inc. (1103); RT Indianapolis Franchise, LLC(6016); RT Jonesboro Club (2726); RT KCMO Franchise, LLC (7020); RT Kentucky Restaurant Holdings, LLC (7435); RT Las Vegas Franchise, LLC (4969); RT Long Island Franchise, LLC (4072); RT of Maryland, LLC (7395); RT Michiana Franchise, LLC (8739); RT Michigan Franchise, LLC (8760); RT Minneapolis Franchise, LLC (2746); RT Minneapolis Holdings, LLC (7189); RT New England Franchise, LLC (4970); RT New Hampshire Restaurant Holdings, LLC (7438); RT New York Franchise, LLC (1154); RT Omaha Franchise, LLC (7442); RT Omaha Holdings, LLC (8647); RT One Percent Holdings, LLC (6689); RT One Percent Holdings II, LLC (2817); RT Orlando Franchise, LP (5105); RT Restaurant Services, LLC (7283); RT South Florida Franchise, LP (3535); RT Southwest Franchise, LLC (9715); RT St. Louis Franchise, LLC (6010); RT Tampa Franchise, LP (5290); RT Western Missouri Franchise, LLC (6082); RT West Palm Beach Franchise, LP (0359); RTTA, LP (0035); RTT Texas, Inc. (2461); RTTT, LLC (9194); Ruby Tuesday of Allegany County, Inc. (8011); Ruby Tuesday of Bryant, Inc. (6703); Ruby Tuesday of Columbia, Inc. (4091); Ruby Tuesday of Frederick, Inc. (4249); Ruby Tuesday of Linthicum, Inc. (8716); Ruby Tuesday of Marley Station, Inc. (1641); Ruby Tuesday of Pocomoke City, Inc. (0472); Ruby Tuesday of Russellville, Inc. (1601); and Ruby Tuesday of Salisbury, Inc. (5432). The Debtors' mailing address is 333 East Broadway Ave., Maryville, TN 37804.

    b. "Ruby Tuesday, Inc.'s Motion for an Order Authorizing Ruby Tuesday, Inc. to Exercise its Ownership Rights Over Trust Assets Currently Held in a "Rabbi Trust" For Ruby Tuesday, Inc.'s Nonqualified "Defined Contribution" Deferred Compensation Plans," dated October 15, 2020 [Docket No. 140] (the "Deferred Comp Motion"),

by causing true and correct copies of the:

    a. Rabbi Trust Motion to be enclosed in separate postage pre-paid enveloped and delivered via overnight mail to those parties listed on the annexed <u>Exhibit A</u>, and

    b. Deferred Comp Motion to be enclosed in separate postage pre-paid enveloped and delivered via overnight mail to those parties listed on the annexed <u>Exhibit B.</u>

3. All envelopes utilized in the service of the foregoing contained the following legend: LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                          */s/ Angharad Bowdler*
                                                                          Angharad Bowdler

Sworn to before me this
11th day of November, 2020
*/s/ Amy E. Lewis*

Notary Public, State of Connecticut
Acct. No. 100624
Commission Expires: 8/31/2022

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| ALAN L SINGLETON | Address on File |
| ALAN P SMITH | Address on File |
| ALAN SINGLETON | Address on File |
| ANDREW W HEPP | Address on File |
| ANNE DILLARD-MCGEOCH | Address on File |
| ANNETTA MCGEE | Address on File |
| BARRY TIMMONS | Address on File |
| BERTHA TAYLOR | Address on File |
| BETTY FLANAGAN | Address on File |
| BRAXTON BROOKS | Address on File |
| BRENT P ROADERICK | Address on File |
| CAROL A THOMPSON | Address on File |
| CHARLES L MCGUFF | Address on File |
| CHARLES ROSETE | Address on File |
| CLARICE G WETMORE | Address on File |
| CLIFFORD MEADOWS | Address on File |
| COLLIN C COPE | Address on File |
| CRAIG F CASE | Address on File |
| CRAIG SCHAEFER | Address on File |
| CRAIG W SCHAEFER | Address on File |
| DAN CRONK | Address on File |
| DANNY W KOONTZ | Address on File |
| DAVID BIRON | Address on File |
| DAVID G SCHMIDT | Address on File |
| DOY L COLE | Address on File |
| DOY L COLE | Address on File |
| E E BISHOP JR | Address on File |
| EARNEST BISHOP, JR. | Address on File |
| EDNA T CALDWELL | Address on File |
| EDWARD F CROFTON | Address on File |
| EDWARD F REHM | Address on File |
| EDWARD M PIET | Address on File |
| ELIZABETH WOLFENBARGER | Address on File |
| ELLIOT J BUECHE JR | Address on File |
| ERNEST BISHOP III | Address on File |
| EUBIE STACEY | Address on File |
| EVERETT C MILLS | Address on File |
| FRED WHITLOCK | Address on File |
| FREDERICK BERLS | Address on File |
| GARY GALLAGHER | Address on File |
| GENE GRUVER | Address on File |
| GEORGE BECKMANN III | Address on File |
| GERE HERBOLSHEIMER | Address on File |
| GINA O SHIVERY | Address on File |
| GLEN T LOWERY | Address on File |
| GORDON D BURTON | Address on File |
| GREGG GOODMAN | Address on File |
| GREGORY J EQUIZI | Address on File |
| GREGORY T FIELDS | Address on File |

| Claim Name | Address Information |
|---|---|
| HAROLD FORD | Address on File |
| HENRY GRAU | Address on File |
| HOLLINGSWORTH | Address on File |
| J RUSSELL MOTHERSHED | Address on File |
| JACK T VAUGHN | Address on File |
| JAMES B SIDES | Address on File |
| JAMES HOLLAND | Address on File |
| JAMES HOLLAND LOUCRETIA | Address on File |
| JAMES HOLMAN | Address on File |
| JAMES J BUETTGEN | Address on File |
| JAMES LITCHFORD | Address on File |
| JEFFREY L VAN HORNE | Address on File |
| JERRY ALDRIDGE | Address on File |
| JILLIAN OHAIR | Address on File |
| JOHN A PRYOR | Address on File |
| JOHN E BRISCO | Address on File |
| JOHN HUGHEY | Address on File |
| JOSE S HERNANDEZ | Address on File |
| JOSEPH A SULLIVAN | Address on File |
| JOSEPH SEAITZ | Address on File |
| JR ELLIOT BUECHE | Address on File |
| KENNETH H DECKER | Address on File |
| KENNETH HUTSON | Address on File |
| KEVIN OCONNELL | Address on File |
| KIMBERLY S GRANT | Address on File |
| LAURA GAYLE ROSSING | Address on File |
| LOIS M SKOKOS | Address on File |
| LOUCRETIA HOLLINGSWORTH | Address on File |
| LOUIS F. KNIGHT | Address on File |
| MANFRED KUHLEMANN | Address on File |
| MARCELINO LARGEL | Address on File |
| MARGARET HEYMAN | Address on File |
| MARGUERITE N DUFFY | Address on File |
| MARK D YOUNG | Address on File |
| MARK INGRAM | Address on File |
| MARK POTTER | Address on File |
| MARVIN MARTIN | Address on File |
| MIKE J RODER | Address on File |
| MYRTLE L FULLER | Address on File |
| NANCY JONES | Address on File |
| NICOLAS IBRAHIM | Address on File |
| PATRICIA BOUTREIS | Address on File |
| PAUL FREEMAN, JR | Address on File |
| PAUL STEPHEN JONES | Address on File |
| PAUL ZIMMERMAN | Address on File |
| PERRY BROWNLEE | Address on File |
| PHILLIP BONDANK | Address on File |
| PHILLIP MILTON | Address on File |
| RAY MANNING | Address on File |

| Claim Name | Address Information |
|---|---|
| RAY MANNING | Address on File |
| RICHARD H ELDRIDGE | Address on File |
| RICHARD R DEARDEN | Address on File |
| ROBERT BALDWIN | Address on File |
| ROBERT D MCCLENAGAN | Address on File |
| ROBERT F HIGHTOWER | Address on File |
| ROBERT HIGHTOWER | Address on File |
| ROBERT LAFRENIERE | Address on File |
| ROBERT LEBOEUF | Address on File |
| ROBERT MCCLENAGAN, JR. | Address on File |
| ROBERT MOSELEY | Address on File |
| ROBIN FELLERS | Address on File |
| ROGER K STOLL | Address on File |
| RONALD C HARMAN | Address on File |
| RONALD HARMAN | Address on File |
| RONALD M MCCONNELL | Address on File |
| RONALD P VILORD | Address on File |
| ROY J KEENE | Address on File |
| SCARLETT MAY | Address on File |
| SCOTT WEIMER | Address on File |
| SHERRI PRIME | Address on File |
| SHERRY L TURNER | Address on File |
| STEVEN M LITCHKOWSKI | Address on File |
| TAMARA R CUNNINGHAM | Address on File |
| TERESA DIANE MCCONNELL | Address on File |
| VERONICA S HEPP | Address on File |
| VIRGIL W BAILEY | Address on File |
| WALTER G COLE JR | Address on File |
| WILLIAM BESSETTE | Address on File |
| WILLIAM H BROWN | Address on File |
| WILLIAM H BRYANT | Address on File |

**Total Creditor count  129**

# EXHIBIT B

RUBY TUESDAY
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| DANNY W KOONTZ | Address on File |
| EDWARD F CROFTON | Address on File |
| ELEANOR M LYNCH | Address on File |
| ELLIOT J BUECHE | Address on File |
| GLEN T LOWERY | Address on File |
| JOHN HULSEY | Address on File |
| JOHN M HURLEY | Address on File |
| MARK S INGRAM | Address on File |
| ROBERT D MCCLENAGAN JR | Address on File |
| ROBERT R BALDINI | Address on File |
| RONALD VILORD | Address on File |
| SIDNEY WALLACE III | Address on File |

**Total Creditor count  12**