IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

_____
In re:                                              )
                                                    )   Chapter 11
RTI HOLDING COMPANY, LLC, et al.     )   Case No. 20-12456 (JTD)
                                                    )
            Debtors.                          )   (Jointly Administered)
_____)

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

TO THE CLERK IN CHARGE OF BANKRUPTCY OPERATIONS:

Kindly enter the appearance of Jeffrey S. Cianciulli, Esquire, and Weir & Partners LLP as counsel of record for Evans Holding Company, White Realty Company and Festival Gettysburg Associates, LLC, Creditors, in the above-captioned bankruptcy case and enter same on the official mailing matrix.

Pursuant to Bankruptcy Rule 2002, please provide all notice given, or required to be given in this case, by the Court and/or any party to Weir & Partners LLP at the address set forth below.

This request for notice includes all notices, orders, applications, motions, complaints or other pleadings, whether formal or informal, written or oral, made by mail, courier service, delivery service, telephone, telegraph or telecopier.

                                                      WEIR & PARTNERS LLP

                                                      By: /s/ *Jeffrey S. Cianciulli*
                                                           Jeffrey S. Cianciulli (#4369)
                                                           824 N. Market Street, Suite 800
                                                           Wilmington, DE 19801
                                                           Tel:  (302) 652-8181
                                                           Fax:  (302) 652-8909
                                                           Email: jcianciulli@weirpartners.com
                                                           *Counsel for Evans Holding Company,*
                                                           *White Realty Company and Festival*
Dated: November 16, 2020                    *Gettysburg Associates, LLC*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| RTI HOLDING COMPANY, LLC, et al. | ) | Case No. 20-12456 (JTD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## **CERTIFICATE OF SERVICE**

I, Jeffrey S. Cianciulli, hereby certify that on November 16, 2020, a true and correct copy the foregoing Entry of Appearance and Request for Notice was served upon all parties registered via the Court's CM/ECF notification system.

By: __/s/ *Jeffrey S. Cianciulli*__
      Jeffrey S. Cianciulli

648279-1