# Court Conference

Calendar Date: 11/16/2020
Calendar Time: 04:00 PM ET

U.S. Bankruptcy Court-District of Delaware
Confirmed Telephonic Appearance Schedule
Honorable John T. Dorsey
Courtroom

*Amended Calendar  Nov 16 2020  1:22PM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 10958608 | Derek C. Abbott | (302) 658-9200 ext. | Morris, Nichols, Arsht & Tunnell, LLP | Interested Party, Compass Group USA, Inc. / LIVE |
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 10959563 | Elihu E. Allinson | (302) 428-8191 ext. | Sullivan Hazeltine Allinson, LLC | Creditor, PACA Creditors / LIVE |
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 10957301 | Keith Andress | (205) 250-8367 ext. | Baker, Donelson, Bearman, Caldwell & Berkowitz, PC | Debtor, RTI Holding Company, LLC / LIVE |
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 10957313 | Evan Bartlett | (646) 492-5794 ext. | FocalPoint, LLC | Interested Party, Advisor/Investment Banker, Evan Bartlett / LISTEN ONLY |
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 10958874 | Nancy Bello | (212) 715-9333 ext. | Kramer Levin Naftalis & Frankel LLP | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 10957476 | Jeffrey Bernstein | (973) 993-8100 ext. | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Interested Party, Gold Square, PA, LLC / LIVE |
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 10957434 | Alex Boerema | (800) 782-7176 ext. | CR3 Partners LLC | Financial Advisor, for the Debtor, RTI Holding Company, LLC / LIVE |
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 10959794 | Mark A. Bogdanowicz | (309) 672-1483 ext. | Howard & Howard, Attorneys PLLC | Interested Party, KRG Evans Mullins Outlets, LLC / LIVE |
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 10957475 | Gary Bressler | (215) 557-2971 ext. | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Creditor, Liberty Mutual Insurance Company / LIVE |
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 10956784 | Kate R. Buck | (302) 984-6300 ext. | McCarter & English LLP | Creditor, Regions bank / LIVE |
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 10960661 | Jeffrey S. Cianciulli | (215) 241-7740 ext. | Weir & Partners | Creditor, LMS Commercial Real Estate / LIVE |
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 10957304 | Ellen Clarry | (865) 379-5963 ext. | Ruby Tuesday, Inc. | Client, Ellen Clarry / LISTEN ONLY |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10959754 | Howard A. Cohen | (302) 518-6300 ext. | Gibbons PC | Interested Party, Ad Hoc Group of Planned Participants of RTI Holding Company / LIVE |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10959733 | Kelly M. Conlan | (302) 252-3625 ext. | Connolly Gallagher LLP | Claimant, The Atlantis Trust and Sunshine Realties LLC / LIVE |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10957307 | Matthew Cumbee | (312) 401-5255 ext. | FocalPoint Securities, LLC | Interested Party, Advisor/Investment Banker, Matthew Cumbee / LISTEN ONLY |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10961517 | Ryan E. Davis | (407) 423-4246 ext. | Winderweedle, Haines, Ward & Woodman PA | Interested Party, Crossman & Co / LISTEN ONLY |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10958839 | David Dean | (302) 651-2012 ext. | Cole Schotz P.C. | Creditor, Unsecured Creditors Committee / LIVE |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10959791 | Mark L. Desgrosseilliers | (302) 295-0191 ext. | Chipman Brown Cicero & Cole, LLP | Bankruptcy Counsel, KRG Mullins Outlets / LIVE |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10959519 | Marguerite Duffy | (865) 692-0632 ext. | Marguerite Duffy - In Pro Per/Pro Se | Creditor, Marguerite Duffy / LISTEN ONLY |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10957290 | Jeffrey W. Dulberg | (310) 772-2355 ext. | Pachulski Stang Ziehl & Jones | Debtor, RTI Holding Company, LLC / LIVE |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10957367 | Katharina Earle | (302) 654-1888 ext. | Ashby & Geddes | Interested Party, TCW Lending / LIVE |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10959740 | Jamie L. Edmonson | (302) 516-1705 ext. | Robinson & Cole LLP | Interested Party, Landlords / LIVE |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10957302 | Brian Esser | (865) 380-7638 ext. | Ruby Tuesday, Inc. | Client, Brian Esser / LISTEN ONLY |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10960889 | John Gentile | (302) 442-7071 ext. | Benesch Friedlander Coplan & Aronoff, LLP | Creditor, Route Ten / LIVE |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10959766 | Stephen Gerald | (302) 357-3287 ext. | Whiteford, Taylor & Preston, LLP | Creditor, Brookwoody, LLC / LIVE |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10957372 | Aaron M. Gober-Sims | (213) 683-6151 ext. | Paul Hastings LLP | Interested Party, TCW Lending / LIVE |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10957295 | Stanley E. Goldich | (310) 772-2344 ext. | Pachulski Stang Ziehl & Jones | Debtor, RTI Holding Company, LLC / LIVE |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10958808 | Kimberly Grant | (865) 414-3531 ext. | Kimberly Grant - In Pro Per/Pro Se | In Propria Persona, Kimberly Grant / LISTEN ONLY |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10960253 | Michael S. Greger | (949) 851-5436 ext. | Allen Matkins Leck Gamble Mallory & Natsis LLP | Creditor, William V Meeker / LIVE |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10957298 | Sugi Hadiwijaya | (214) 551-5742 ext. | CR3 Partners LLC | Financial Advisor, for the Debtor, RTI Holding Company, LLC / LIVE |

| Debtor | Case # | Hearing | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| RTI Holding Company, LLC | 20-12456 | Hearing | 10957355 | Melissa Harris | (202) 229-3019 ext. | Pension Benefit Guaranty Corporation | Creditor, Pension Benefit Guaranty Corporation / LISTEN ONLY |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10961408 | Adam Hiller | (302) 442-7677 ext. | Hiller Law | Creditor/Claimant, Moody National Companies / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10959951 | Trevor Hoffmann | (212) 878-6900 ext. | Goulston & Storrs PC | Interested Party, Lisbon Landing LLC / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10961459 | Daniel K. Hogan | (302) 584-3244 ext. | Hogan McDaniel | Creditor, Arete Partners 2263 Memorial, LLC / LISTEN ONLY |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10957391 | James A. Holifield | (865) 566-0115 ext. | Holifield Janich & Ferrera, PLLC | Interested Party, Plan Participants / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10959736 | Robert Ireland | (601) 965-1900 ext. | Watkins & Eager | Trust, Atlantis Trust / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10956682 | Susan E. Kaufman | (302) 472-7420 ext. | Law Office of Susan E. Kaufman, LLC | Claimant, Simon Property Group / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10960726 | Daniel Kerrick | (302) 656-7540 ext. 35 | Hogan McDaniel | Creditor, Thomas and Susan Spears / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10961341 | Cullen Kuhn | (314) 259-2869 ext. | Bryan Cave Leighton Paisner LLP | Creditor, Potter Properties LLc / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10956798 | Jayna Lamar | (205) 254-1000 ext. | Maynard, Cooper & Gale, P.C. | Creditor, Regions bank / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10957297 | Shawn Lederman | (865) 379-5700 ext. | Ruby Tuesday, Inc. | Client, Shawn Lederman / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10957360 | Raymond Lemisch | (302) 552-5530 ext. | Klehr Harrison Harvey Branzburg LLP | Creditor, Wilkinson Langhorne LP / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10957292 | Maxim B. Litvak | (415) 217-5110 ext. | Pachulski Stang Ziehl & Jones | Debtor, RTI Holding Company, LLC / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10961550 | Christopher D. Loizides | (302) 654-0248 ext. | Loizides PA | Bankruptcy Counsel, Anthony Friedman / LISTEN ONLY |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10959748 | Robert K. Malone | (973) 596-4533 ext. | Gibbons PC | Interested Party, Ad Hoc Group of Planned Participants of RTI Holding Company / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10957453 | Melissa Martinez | (215) 972-8582 ext. | Saul Ewing Arnstein & Lehr LLP | Interested Party, Northwoods Crossing Station, LLC., Phillips Edison & Company / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10959684 | Marcy J. McLaughlin Smith | (302) 777-6535 ext. | Troutman Pepper LLP | Interested Party, Chick-fil-A, Inc. / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10957303 | Stephanie Medley | (865) 380-7638 ext. | Ruby Tuesday, Inc. | Client, Stephanie Medley / LISTEN ONLY |

| Debtor | Case | Type | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| RTI Holding Company, LLC | 20-12456 | Hearing | 10959003 | Robert W Miller | (615) 742-9372 ext. | Manier & Herod | Creditor, Liberty Mutual Insurance Company / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10960732 | Courtney Morgan | (202) 326-4020 ext. | Pension Benefit Guaranty Corporation | Creditor, Pension Benefit Guaranty Corporation / LISTEN ONLY |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10957300 | Richard NeJame | (646) 343-9849 ext. | FocalPoint, LLC | Interested Party, Advisor/Investment Banker, Richard NeJame / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10957293 | Victoria A. Newmark | (310) 277-6910 ext. | Pachulski Stang Ziehl & Jones | Debtor, RTI Holding Company, LLC / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10959676 | Sean O'Neal | (212) 225-2416 ext. | Cleary Gottlieb Steen & Hamilton LLP | Creditor, Goldman Sachs / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10958867 | Bradley O'Neill | (212) 715-7583 ext. | Kramer Levin Naftalis & Frankel LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10957288 | James E. O'Neill | (302) 652-4100 ext. | Pachulski Stang Ziehl & Jones | Debtor, RTI Holding Company, LLC / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10957289 | Richard Pachulski | (310) 277-6910 ext. | Pachulski Stang Ziehl & Jones | Debtor, RTI Holding Company, LLC / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10957291 | Malhar S. Pagay | (310) 772-2335 ext. | Pachulski Stang Ziehl & Jones | Debtor, RTI Holding Company, LLC / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10959653 | Lisa M. Peters | (402) 661-8609 ext. | Kutak Rock LLP | Interested Party, CNL Funding 2000-A, LP / LISTEN ONLY |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10957373 | Philip S. Ratner | (212) 318-6014 ext. | Paul Hastings LLP | Interested Party, TCW Lending / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10957368 | Justin E. Rawlins | (213) 683-6130 ext. | Paul Hastings LLP | Interested Party, TCW Lending / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10960208 | Linda Richenderfer | (302) 573-6491 ext. | Office of the United States Trustee | U.S. Trustee, Linda Richenderfer / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10958539 | John Rogerson, III | (904) 355-1700 ext. | Adams and Reese LLP | Creditor, St. John & Partners Advertising and Public Relations / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10959721 | Laurel D. Roglen | (302) 252-4465 ext. | Ballard Spahr LLP | Lessor, Brixmor Operating Partnership LP, et al. / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10958857 | Adam Rogoff | (212) 715-9285 ext. | Kramer Levin Naftalis & Frankel LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10958861 | Robert T. Schmidt | (212) 715-9527 ext. | Kramer Levin Naftalis & Frankel LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |

| Debtor | Case Number | Proceeding | Telephone ID | Name | Phone | Firm | Representing / Status |
|---|---|---|---|---|---|---|---|
| RTI Holding Company, LLC | 20-12456 | Hearing | 10958845 | Jennifer Sharret | (212) 715-9516 ext. | Kramer Levin Naftalis & Frankel LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10958610 | Summer Speight | (804) 775-1000 ext. | McGuireWoods | Interested Party, Compass Group USA, Inc. / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10957393 | Jessica Steinhagen | (212) 588-8890 ext. | Reorg Research, Inc. | Interested Party, Reorg Research / LISTEN ONLY |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10959978 | Joshua D. Stiff | (757) 497-6633 ext. | Wolcott Rivers Gates | Creditor, Route Ten / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10957362 | Gregory A. Taylor | (302) 654-1888 ext. | Ashby & Geddes | Interested Party, TCW Lending / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10957311 | Benjamin Tennenbaum | (646) 492-5794 ext. | FocalPoint, LLC | Interested Party, Advisor/Investment Banker, Benjamin Tennenbaum / LISTEN ONLY |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10957305 | David Tiffany | (602) 799-7397 ext. | CR3 Partners LLC | Debtor, RTI Holding Company, LLC / LISTEN ONLY |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10959914 | James A. Timko | (407) 423-3200 ext. | Shutts & Bowen, LLP | Creditor, Sunshine Realty / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10959681 | Jane VanLare | (212) 225-2872 ext. | Cleary Gottlieb Steen & Hamilton LLP | Creditor, Goldman Sachs / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10958609 | Scott Vaughn | (704) 343-2217 ext. | McGuireWoods | Interested Party, Compass Group USA, Inc. / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10958506 | Sally Veghte | (302) 552-5503 ext. | Klehr Harrison Harvey Branzburg LLP | Creditor, Myra C. Clark / LISTEN ONLY |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10960933 | Nicholas Velonis | (212) 837-6188 ext. | Hughes Hubbard & Reed LLP | Interested Party, Nicholas Velonis / LISTEN ONLY |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10958854 | Jonathan M. Wagner | (212) 715-9393 ext. | Kramer Levin Naftalis & Frankel LLP | Creditor, Creditors Committee / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10960741 | Anne Weier | (865) 984-1460 ext. | Garner & Conner PLLC | Creditor, Spears / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10959683 | Michael D. Weinberg | (212) 225-2856 ext. | Cleary Gottlieb Steen & Hamilton LLP | Creditor, Goldman Sachs / LISTEN ONLY |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10959463 | Beverly Weiss Manne | (412) 594-5525 ext. | Tucker Arensberg | Respondent, Moody National Companies / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10960310 | Richard Wilkinson | (215) 569-2700 ext. 4141 | Klehr Harrison Harvey Branzburg LLP | Client, Richard Wilkinson / LISTEN ONLY |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10960064 | Sean T Wilson | (212) 808-7925 ext. | Kelley Drye & Warren LLP | Creditor, Aston Properties Inc / LIVE |

| | RTI Holding Company, LLC | 20-12456 | Hearing | 10957309 | Robert J. Woolway | (310) 405-7080 ext. | FocalPoint, LLC | Interested Party, Advisor/Investment Banker, Robert J. Woolway / LISTEN ONLY |
|---|---|---|---|---|---|---|---|---|
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10960764 | Becky A. Yerak | (312) 543-1306 ext. | Wall Street Journal | Media, Wall Street Journal / LISTEN ONLY |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10961167 | Blair Zanzig | (312) 566-9545 ext. | Hiltz Zanzig & Heiligman LLC | Creditor, Arete Partners 2263 Memorial LLC / LISTEN ONLY |