## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RTI HOLDING COMPANY, LLC,[1] | ) | Case No. 20-12456 (JTD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Ref. Docket No. 372** |

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF CONNECTICUT )

                        ) ss.:

COUNTY OF MIDDLESEX )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as a Director of Client Services by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 9, 2020, I caused to be served the "Ruby Tuesday, Inc.'s Omnibus Reply to Objection of the Ad Hoc Group of Participants and Gerald Kaplan to (I) Ruby Tuesday, Inc.'s Motion for an Order Authorizing Ruby Tuesday, Inc. to Exercise its Ownership Rights Over Trust Assets Currently Held in a "Rabbi Trust" for Ruby Tuesday, Inc.'s Non-Qualified Executive Supplemental Pension Plan and Management Retirement Plan; and (II) Ruby Tuesday, Inc.'s Motion for an Order Authorizing Ruby Tuesday, Inc. to Exercise its Ownership Rights Over Trust Assets Currently Held in a "Rabbi Trust" for Ruby Tuesday,

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: RTI Holding Company, LLC (4966); Ruby Tuesday, Inc. (5239); Ruby Tuesday, LLC (1391); RTBD,LLC (6505); RT of Carroll County, LLC (8836); RT Denver Franchise, L.P. (2621); RT Detroit Franchise, LLC (8738); RT Distributing, LLC (6096); RT Finance, LLC (7242); RT FL Gift Cards, Inc. (2189); RT Florida Equity, LLC (7159); RT Franchise Acquisition, LLC (1438); RT of Fruitland, Inc. (1103); RT Indianapolis Franchise, LLC(6016); RT Jonesboro Club (2726); RT KCMO Franchise, LLC (7020); RT Kentucky Restaurant Holdings, LLC (7435); RT Las Vegas Franchise, LLC (4969); RT Long Island Franchise, LLC (4072); RT of Maryland, LLC (7395); RT Michiana Franchise, LLC (8739); RT Michigan Franchise, LLC (8760); RT Minneapolis Franchise, LLC (2746); RT Minneapolis Holdings, LLC (7189); RT New England Franchise, LLC (4970); RT New Hampshire Restaurant Holdings, LLC (7438); RT New York Franchise, LLC (1154); RT Omaha Franchise, LLC (7442); RT Omaha Holdings, LLC (8647); RT One Percent Holdings, LLC (6689); RT One Percent Holdings II, LLC (2817); RT Orlando Franchise, LP (5105); RT Restaurant Services, LLC (7283); RT South Florida Franchise, LP (3535); RT Southwest Franchise, LLC (9715); RT St. Louis Franchise, LLC (6010); RT Tampa Franchise, LP (5290); RT Western Missouri Franchise, LLC (6082); RT West Palm Beach Franchise, LP (0359); RTTA, LP (0035); RTT Texas, Inc. (2402); RTTT, LLC (9194); Ruby Tuesday of Allegany County, Inc. (8011); Ruby Tuesday of Bryant, Inc. (6703); Ruby Tuesday of Columbia, Inc. (4091); Ruby Tuesday of Frederick, Inc. (4249); Ruby Tuesday of Linthicum, Inc. (8716); Ruby Tuesday of Marley Station, Inc. (1641); Ruby Tuesday of Pocomoke City, Inc. (0472); Ruby Tuesday of Russellville, Inc. (1601); and Ruby Tuesday of Salisbury, Inc. (5432). The Debtors' mailing address is 333 East Broadway Ave., Maryville, TN 37804.

Inc.'s Nonqualified "Defined Contribution" Deferred Compensation Plans," dated November 9, 2020 [Docket No. 372], by causing true and correct copies to be:

    a.  enclosed in separate postage pre-paid enveloped and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>, and

    b.  delivered via electronic email to the parties listed on the annexed <u>Exhibit B.</u>

3.  All envelopes utilized in the service of the foregoing contained the following legend: LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Angharad Bowdler*
Angharad Bowdler

Sworn to before me this
10th day of November, 2020
*/s/ Amy E. Lewis*
Notary Public, State of Connecticut
Acct. No. 100624
Commission Expires: 8/31/2022

# Exhibit A

| Claim Name | Address Information |
|---|---|
| ABRAMS & BAYLISS LLP | (COUNSEL TO GOLDMAN SACHS) ATTN JOHN M. SEAMAN, CHRISTOPHER F. CANNATARO 20 MONTCHANIN ROAD, SUITE 200 WILMINGTON DE 19807 |
| ADAMS AND REESE LLP | (COUNSEL TO ST JOHN & PARTNERS) 501 RIVERSIDE AVENUE, SUITE 601 JACKSONVILLE FL 32202 |
| ASHBY & GEDDES, P.A. | (COUNSEL TO TCW) ATTN GREGORY A. TAYLOR, KATHARINA EARLE 500 DELAWARE AVENUE, 8TH FLOOR P.O. BOX 1150 WILMINGTON DE 19899 |
| BALLARD SPAHR LLP | (COUNSEL TO STORE CAPITAL, STORE MASTER FUNDING, BRIXMORE, FEDERAL REALTY, BENNETT PARTNERS) ATTN LESLIE HEILMAN, LAUREL ROGLEN 919 N MARKET ST, 11TH FL WILMINGTON DE 19801-3034 |
| BALLARD SPAHR LLP | (COUNSEL TO STORE CAPITAL, STORE MASTER FUNDING) ATTN CRAIG GANZ, KATHERINE ANDERSONE SANCHEZ 1 E WASHINGTON ST, STE 2300 PHOENIX AZ 85004 |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | (COUNSEL TO ROUTE TEN) ATTN KEVIN M CAPUZZI, JOHN C GENTILE 1313 N MARKET ST, STE 1201 WILMINGTON DE 19801 |
| BUCHALTER, A PROFESSIONAL CORPORATION | (COUNSEL TO ORACLE) ATTN SHAWN M CHRISTIANSON 55 SECOND ST, 17TH FL SAN FRANCISCO CA 94105-3493 |
| CHIPMAN BROWN CICERO & COLE, LLP | (COUNSEL TO KRG LANDLORDS) ATTN MARK L DESGROSSEILLIERS, TAYLER D BOLTON 1313 NORTH MARKET STREET, SUITE 5400 WILMINGTON DE 19801 |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | (COUNSEL TO GOLDMAN SACHS) ATTN SEAN O'NEAL, JANE VANLARE ONE LIBERTY PLAZA NEW YORK NY 10006 |
| COLE SCHOTZ P.C. | (COUNSEL TO COMMITTEE OF UNSECURED CREDITORS) ATTN G DAVID DEAN, JUSTIN R ALBERTO, ANDREW J ROTH-MOORE 500 DELAWARE AVE, STE 1410 WILMINGTON DE 19801 |
| CONNOLLY GALLAGHER LLP | (COUNSEL TO KAGASOFF TRUST) ATTN N. CHRISTOPHER GRIFFITHS, LISA HATFIELD 1201 N. MARKET STREET, 20TH FLOOR WILMINGTON DE 19801 |
| CONNOLLY GALLAGHER LLP | (COUNSEL TO MICHAEL AND LORY SARLO) ATTN JEFFREY WISLER, KELLY CONLAN 1201 N MARKET STREET, 20TH FL WILMINGTON DE 19801 |
| CONNOLLY GALLAGHER LLP | (COUNSEL TO WESTBROOK ASSOCIATES, LISBON LANDING, INTERSTATE AUGUSTA, CHOP ACQUISITION) ATTN KAREN BIFFERATO 1201 N MARKET ST, 20TH FL WILMINGTON DE 19801 |
| DELAWARE SECRETARY OF STATE | DIVISION OF CORPORATIONS FRANCHISE TAX P.O. BOX 898 WASHINGTON DC 20549 |
| DELAWARE STATE TREASURY | 820 SILVER LAKE BLVD., SUITE 100 DOVER DE 19904 |
| DORSEY & WHITNEY (DELAWARE) LLP | (COUNSEL TO ZION BANCORPORATION) ATTN ERIC L SCHNABEL, ALESSANDRA GLORIOSO 300 DELAWARE AVENUE, STE 1010 WILMINGTON DE 19801 |
| DORSEY & WHITNEY LLP | (COUNSEL TO ZION BANCORPORATION) ATTN NATHAN S SEIM 111 S. MAIN STREET, STE 2100 SALT LAKE CITY UT 84111 |
| DOUG BELDEN, HILLSBOROUGH COUNTY TAX COLLECTOR | ATTN BRIAN T. FITZGERALD POST OFFICE BOX 1110 TAMPA FL 33601-1110 |
| GARNER & CONNER, PLLC | (COUNSEL TO THOMAS & SANDRA SPEARS) ATTN CHRISTOPHER W CONNER 250 HIGH STREET POST OFFICE BOX 5059 MARYVILLE TN 37802-5059 |
| GIBBONS P.C. | (COUNSEL TO AD HOC PLAN GROUP) ATTN ROBERT K MALONE ONE GATEWAY CENTER NEWARK NJ 07102-5310 |
| GIBBONS P.C. | (COUNSEL TO AD HOC PLAN GROUP) ATTN HOWARD A COHEN 300 DELAWARE AVENUE, SUITE 1015 WILMINGTON DE 19801 |
| GOLDMAN SACHS BANK USA | ATTN RUBY TUESDAY ACCOUNT MANAGER 2001 ROSS, SUITE 2800 BATESVILLE AR 75201 |
| GOULSTON & STORRS PC | (COUNSEL TO WESTBROOK ASSOCIATES, LISBON LANDING, INTERSTATE AUGUSTA, CHOP ACQUISITION) ATTN TREVOR HOFFMAN, YARA KASS-GERGI 885 THIRD AVE, 18TH FL NEW YORK NY 10022 |
| HILLER LAW, LLC | (COUNSEL TO MOODY NATIONAL) ATTN ADAM HILLER 1500 NORTH FRENCH STREET WILMINGTON DE 19801 |
| HOLIFIELD & JANICH, PLLC | (COUNSEL TO AD HOC PLAN GROUP) ATTN AL HOLIFIELD, KELLY P MANN 1107 KINGSTON PIKE KNOXVILLE TN 37934 |
| HOWARD & HOWARD ATTORNEYS PLL | (COUNSEL KRG LANDLORDS) ATTN MARK A BOGDANOWICZ 211 FULTON STREET, SUITE 600 PEORIA IL 61602 |
| HUNTON ANDREWS KURTH LLP | (COUNSEL TO GOLDMAN SACHS) ATTN GRETA T. GRIFFITH 600 PEACHTREE STREET, NE |

| Claim Name | Address Information |
|---|---|
| HUNTON ANDREWS KURTH LLP | ATLANTA GA 30308 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| JEFFREY M. CARBINO, ESQUIRE | (COUNSEL TO 2500 MCKENZIE, LLC) 1000 N. WEST STREET, SUITE 1200 WILMINGTON DE 19801 |
| JENSEN BAGNATO, P.C. | (COUNSEL TO 2500 MCKENZIE, LLC) ATTN JEFFREY M. CARBINO 1500 WALNUT STREET, SUITE 1510 PHILADELPHIA PA 19102 |
| KELLEY DRYE & WARREN LLP | (COUNSEL TO ASTON PROPERTIES, INC., ET AL.) ATTN ROBERT L LEHANE, SEAN T WILSON, MARK LEVINE 101 PARK AVENUE NEW YORK NY 10178 |
| KLEHR HARRISON HARVEY BRANZBURG LLP | (COUNSEL TO MARYVILLE COLLEGE, TINA CASTRO, MYRA CLARK) ATTN CORRINE S BRENNAN 1835 MARKET ST, STE 1400 PHILADELPHIA PA 19103 |
| KLEHR HARRISON HARVEY BRANZBURG LLP | (COUNSEL TO WILKINSON LANGHORNE) ATTN RAYMOND H LEMISCH 919 N. MARKET STREET, SUITE 1000 WILMINGTON DE 19801-3062 |
| KLEHR HARRISON HARVEY BRANZBURG LLP | (COUNSEL TO MARYVILLE COLLEGE, TINA CASTRO, MYRA CLARK) ATTN SALLY E VEGHTE 919 N MARKET ST, STE 1000 WILMINGTON DE 19801-3062 |
| KOHNER, MANN & KAILAS, S.C. | (COUNSEL TO ECOLAB) ATTN SAMUEL C WISOTZKEY WASHINGTON BUILDING BARNABAS BUSINESS CENTER 4650 NORTH PORT WASHINGTON ROAD MILWAUKEE WI 53212-1059 |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | (COUNSEL TO COMMITTEE OF UNSECURED CREDITORS) ATTN ADAM C ROGOFF, ROBERT T SCHMIDT, JENNIFER R SHARRET 1117 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| KURTZMAN \| STEADY, LLC | (COUNSEL TO PREIT SERVICES, LLC) ATTN JEFFREY KURTZMAN 401 S. 2ND ST, STE 200 PHILADELPHIA PA 19147 |
| LAW OFFICE OF SUSAN E. KAUFMAN, LLC | (COUNSEL TO THE SIMON PROPERTY GROUP, INC.) ATTN SUSAN E KAUFMAN 919 NORTH MARKET STREET, SUITE 460 WILMINGTON DE 19801 |
| MAYNARD COOPER & GALE | (COUNSEL TO REGIONS) ATTN JAYNA PARTAIN LAMAR 1901 SIXTH AVE NORTH, STE 1700 BIRMINGHAM AL 35203 |
| MCCARRON & DIESS | (COUNSEL TO PIAZZA PRODUCE, PJK FOOD SERVICE, SENN BROTHERS) ATTN MARY JEAN FASSETT 4530 WISCONSIN AVENUE, N.W., SUITE 301 WASHINGTON DC 20016 |
| MCCARTER & ENGLISH, LLP | (COUNSEL TO REGIONS) ATTN KATE ROGGIO BUCK 405 N. KING STREET, 8TH FLOOR WILMINGTON DE 19801 |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | (COUNSEL TO GOLD SQUARE) ATTN JEFFREY BERNSTEIN 570 BROAD ST, STE 1500 NEWARK NJ 07102-4560 |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | (COUNSEL TO GOLD SQUARE) ATTN DAVID P PRIMACK 300 DELAWARE AVE, STE 770 WILMINGTON DE 19801 |
| MEYERS, RODBELL & ROSENBAUM, P.A. | (COUNSEL TO PRINCE GEORGE'S COUNTY) ATTN NICOLE C KENWORTHY 6801 KENILWORTH AVE, STE 400 RIVERDALE MD 20737-1385 |
| MIAMI-DADE COUNTY TAX COLLECTOR | ATTN PETER K CAM, PRISCILLA A WINDLEY 200 NW 2ND AVENUE, #430 MIAMI FL 33128 |
| MONZACK MERSKY BROWDER AND HOCHMAN, P.A. | (COUNSEL TO WM, HUNTINGTON, SANDUSKY, KIMCO LANDLORDS) ATTN RACHEL B. MERSKY 1201 N. ORANGE STREET, SUITE 400 WILMINGTON DE 19801 |
| OFFICE OF THE ATTORNEY GENERAL | ATTN CAROL E. MOMJIAN, CHRISTOPHER R. MOMJIAN THE PHOENIX BUILDING 1600 ARCH STREET, SUITE 300 PHILADELPHIA PA 19103 |
| OFFICE OF THE ATTORNEY GENERAL | ATTN HEATHER M CROCKETT, AMANDA K QUICK 302 W. WASHINGTON ST, IGCS, 5TH FL INDIANAPOLIS IN 46204 |
| OFFICE OF THE ATTORNEY GENERAL | ATTN JASON B. BINFORD, ABIGAIL R. RYAN BANKRUPTCY & COLLECTIONS DIVISION P.O. BOX 12548-MC 008 AUSTIN TX 78711-2548 |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN LINDA RICHENDEFER 844 KING ST., STE 2207 LOCK BOX 35 WILMINGTON DE 19801 |
| PAUL HASTING LLP | (COUNSEL TO TCW) ATTN JUSTIN E. RAWLINS, AARON M. GOBER-SIMS 515 SOUTH FLOWER STREET, 25TH FLOOR LOS ANGELES CA 90071 |
| PENSION BENEFIT GUARANTY CORPORATION | OFFICE OF THE GENERAL COUNSEL ATTN COURTNEY L. MORGAN, MELISSA T. HARRIS 1200 K STREET, N.W. WASHINGTON DC 20005-4026 |
| POLSINELLI PC | (COUNSEL TO ROBERT LEBOEUF) ATTN CHRISTOPHER WARD 222 DELAWARE AVENUE, SUITE 1101 WILMINGTON DE 19801 |
| REGER RIZZO & DARNALL LLP | (COUNSEL TO MOVANT) ATTN EVAN W RASSMAN 1521 CONCORD PIKE, STE 305 WILMINGTON DE 19803 |
| SAUL EWING ARNSTEIN & LEHR LLP | (COUNSEL TO NORTHWOODS CROSSING STATION LLC, PHILLIPS EDISON & COMPANY) ATTN |

| Claim Name | Address Information |
| --- | --- |
| SAUL EWING ARNSTEIN & LEHR LLP | MONIQUE B. DISABATINO 1201 NORTH MARKET ST, STE 2300 P.O. BOX 1266 WILMINGTON DE 19899 |
| SAUL EWING ARNSTEIN & LEHR LLP | (COUNSEL TO STRATEGIC) ATTN LUCIAN B MURLEY 1201 NORTH MARKET STREET, SUITE 2300 P.O. BOX 1266 WILMINGTON DE 19899 |
| SECURITIES AND EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE ATTN MARK BERGER, REGIONAL DIRECTOR 200 VESEY ST, STE 400 NEW YORK NY 10281-1022 |
| SECURITIES AND EXCHANGE COMMISSION | SEC HEADQUARTERS 100 F STREET, NE WASHINGTON DC 20549 |
| SHERRARD ROE VOIGT & HARBISON, PLC | (COUNSEL TO STRATEGIC) ATTN MICHAEL G ABELOW 150 3RD AVENUE SOUTH, SUITE 1100 NASHVILLE TN 37201 |
| SIMON PROPERTY GROUP | ATTN RONALD M. TUCKER, ESQ. 225 WEST WASHINGTON STREET INDIANAPOLIS IN 46204 |
| SMTD LAW LLP | (COUNSEL TO IFIC) ATTN ROBERT J BERENS 2001 E CAMPBELL AVE, STE 201 PHOENIX AZ 85016 |
| STRADLEY, RONON, STEVENS & YOUNG, LLP | (COUNSEL TO IFIC) ATTN DANIEL M PEREIRA 1000 N. WEST STREET, SUITE 1200 WILMINGTON DE 19801 |
| SULLIVAN HAZELTINE ALLINSON LLC | (COUNSEL TO PIAZZA PRODUCE, PJK FOOD SERVICE, SENN BROTHERS) ATTN ELIHU E. ALLINSON 919 N MARKET ST, STE 420 WILMINGTON DE 19801 |
| TCW DIRECT LENDING LLC | ATTN RUBY TUESDAY ACCOUNT MANAGER 200 CLARENDON ST, 51ST FL BOSTON MA 02116 |
| THE ROSNER LAW GROUP LLC | (COUNSEL TO CHAZPAREM) ATTN FREDERICK ROSNER, JASON GIBSON, RUBY LIU 824 N MARKET STREET, SUITE 810 WILMINGTON DE 19801 |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | (COUNSEL TO CHIK-FIL-A, JAMES HYATT) ATTN MARCY J. MCLAUGHLIN SMITH HERCULES PLAZA, SUITE 5100 1313 N. MARKET STREET WILMINGTON DE 19801 |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | (COUNSEL TO CHIK-FIL-A) ATTN MATTHEW BROOKS 600 PEACHTREE STREET, NE SUITE 3000 ATLANTA GA 30308 |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | (COUNSEL TO JAMES HYATT) ATTN GARY W MARSH) 600 PEACHTREE STREET, NE SUITE 300 ATLANTA GA 30308 |
| TUCKER ARENSBERG | (COUNSEL FOR MOODY NATIONAL) ATTN BEVERLY WEISS MANNE 500 ONE PPG PLACE PITTSBURGH PA 15222 |
| WATKINS & EAGER PLLC | (COUNSEL TO MICHAEL & LORY SARLO) ATTN ROBERT B IRELAND 400 EAST CAPTIAL ST JACKSON MS 39201 |
| WOLCOTT RIVERS GATES | (COUNSEL TO ROUTE 10) ATTN JOSHUA D STIFF 200 BENDRIX ROAD, STE 300 VIRGINIA BEACH VA 23452 |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | (COUNSEL TO ST JOHNS & PARTNERS) ATTN MICHAEL S. NEIBURG JOSEPH M. MULVIHILL RODNEY SQUARE 1000 NORTH KING STREET WILMINGTON DE 19801 |
| ZIONS BANCORPORATION | ATTN GREGORY BASER ONE S. MAIN ST, STE 1400 SALT LAKE CITY UT 84133 |

**Total Creditor count  73**

RTI HOLDING COMPANY, LLC - Case No. 20-12456
Additional Party List

GERALD KAPLAN
ADDRESS ON FILE

**Exhibit B**

RTI HOLDING COMPANY, LLC - Case No. 20-12456
Electronic Mail Master Service List

| NAME | EMAIL ADDRESS |
|---|---|
| ABRAMS & BAYLISS LLP | SEAMAN@ABRAMSBAYLISS.COM; CANNATARO@ABRAMSBAYLISS.COM |
| ADAMS AND REESE LLP | JOHN.ROGERSON@ARLAW.COM; JAMIE.OLINTO@ARLAW.COM |
| ASHBY & GEDDES, P.A. | GTAYLOR@ASHBYGEDDES.COM; KEARLE@ASHBYGEDDES.COM |
| BALLARD SPAHR LLP | HEILMANL@BALLARDSPAHR.COM; ROGLENL@BALLARDSPAHR.COM; GANZC@BALLARDSPAHR.COM; ANDERSONSANCHEZK@BALLARDSPAHR.COM |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | KCAPUZZI@BENESCHLAW.COM; JGENTILE@BENESCHLAW.COM |
| BUCHALTER, A PROFESSIONAL CORPORATION | SCHRISTIANSON@BUCHALTER.COM |
| CHIPMAN BROWN CICERO & COLE, LLP | DESGROSS@CHIPMANBROWN.COM; BOLTON@CHIPMANBROWN.COM |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | SONEAL@CGSH.COM; JVANLARE@CGSH.COM |
| COLE SCHOTZ P.C. | DDEAN@COLESCHOTZ.COM; JALBERTO@COLESCHOTZ.COM; AROTH-MOORE@COLESCHOTZ.COM |
| CONNOLLY GALLAGHER LLP | CGRIFFITHS@CONNOLLYGALLAGHER.COM; LHATFIELD@CONNOLLYGALLAGHER.COM; JWISLER@CONNOLLYGALLAGHER.COM; KCONLAN@CONNOLLYGALLAGHER.COM; KBIFFERATO@CONNOLLYGALLAGHER.COM |
| DELAWARE SECRETARY OF STATE | DOSDOC_FTAX@DELAWARE.GOV |
| DELAWARE STATE TREASURY | STATETREASURER@STATE.DE.US |
| DORSEY & WHITNEY (DELAWARE) LLP | GLORIOSO.ALESSANDRA@DORSEY.COM; SCHNABEL.ERIC@DORSEY.COM |
| DOUG BELDEN, HILLSBOROUGH COUNTY TAX COLLECTOR | FITZGERALDB@HILLSBOROUGHCOUNTY.ORG |
| GARNER & CONNER, PLLC | CCONNER@GARNERCONNER.COM |
| GIBBONS P.C. | HCOHEN@GIBBONSLAW.COM; RMALONE@GIBBONSLAW.COM |
| GOLDMAN SACHS BANK USA | GS-SLG-NOTICES@GS.COM |
| GOULSTON & STORRS PC | THOFFMANN@GOULSTONSTORRS.COM; YKASS-GERGI@GOULSTONSTORRS.COM |
| HILLER LAW, LLC | AHILLER@ADAMHILLERLAW.COM |
| HOLIFIELD & JANICH, PLLC | AHOLIFIELD@HOLIFIELDLAW.COM; KMANN@HOLIFIELDLAW.COM |
| HOWARD & HOWARD ATTORNEYS PLLC | MBOGDANOWICZ@HOWARDANDHOWARD.COM |
| HUNTON & WILLIAMS LLP | GGRIFFITH@HUNTONAK.COM |
| INDIANA ATTORNEY GENERAL OFFICE | HEATHER.CROCKETT@ATG.IN.GOV; AMANDA.QUICK@ATG.IN.GOV |
| JENSEN BAGNATO, P.C. | JEFFREY@JENSENBAGNATOLAW.COM; JEFFREYCARBINO@GMAIL.COM |

RTI HOLDING COMPANY, LLC - Case No. 20-12456
Electronic Mail Master Service List

| | |
|---|---|
| KELLEY DRYE & WARREN LLP | KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM; RLEHANE@KELLEYDRYE.COM; SWILSON@KELLEYDRYE.COM; MLEVINE@KELLEYDRYE.COM |
| KLEHR HARRISON HARVEY BRANZBURG LLP | RLEMISCH@KLEHR.COM; SVEGHTE@KLEHR.COM; CBRENNAN@KLEHR.COM |
| KOHNER, MANN & KAILAS, S.C. | SWISOTZKEY@KMKSC.COM |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | AROGOFF@KRAMERLEVIN.COM; RSCHMIDT@KRAMERLEVIN.COM; JSHARRET@KRAMERLEVIN.COM |
| KURTZMAN \| STEADY, LLC | KURTZMAN@KURTZMANSTEADY.COM |
| LAW OFFICE OF SUSAN E. KAUFMAN, LLC | SKAUFMAN@SKAUFMANLAW.COM |
| MAYNARD COOPER & GALE PC | JLAMAR@MAYNARDCOOPER.COM |
| MCCARTER & ENGLISH LLP | KBUCK@MCCARTER.COM |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | DPRIMACK@MDMC-LAW.COM; JBERNSTEIN@MDMC-LAW.COM |
| MIAMI-DADE COUNTY TAX COLLECTOR | PRISCILLA.WINDLEY@MIAMIDADE.GOV; MDTCBKC@MIAMIDADE.GOV |
| MONZACK MERSKY BROWDER and HOCHMAN, P.A. | RMERSKY@MONLAW.COM |
| OAKLAND COUNTY TREASURER | KEVIN@LAWYERMICH.COM |
| OFFICE OF ATTORNEY GENERAL - PENNSYLVANIA | CMOMJIAN@ATTORNEYGENERAL.GOV; CRMOMJIAN@ATTORNEYGENERAL.GOV |
| OFFICE OF THE ATTORNEY GENERAL - TEXAS | ABIGAIL.RYAN@OAG.TEXAS.GOV; JASON.BINFORD@OAG.TEXAS.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE | LINDA.RICHENDERFER@USDOJ.GOV |
| PAUL HASTING LLP | JUSTINRAWLINS@PAULHASTINGS.COM; AARONGOBERSIMS@PAULHASTINGS.COM |
| PENSION BENEFIT GUARANTY CORPORATION | MORGAN.COURTNEY@PBGC.GOV; EFILE@PBGC.GOV; HARRIS.MELISSA@PBGC.GOV |
| POLSINELLI PC | CWARD@POLSINELLI.COM |
| REGER RIZZO & DARNALL LLP | ERASSMAN@REGERLAW.COM |
| SAUL EWING ARNSTEIN & LEHR LLP | MONIQUE.DISABATINO@SAUL.COM; LUKE.MURLEY@SAUL.COM |
| SECURITIES & EXCHANGE COMMISSION | SECBANKRUPTCY-OGC-ADO@SEC.GOV; SECBANKRUPTCY@SEC.GOV |
| SECURITIES AND EXCHANGE COMMISSION | BANKRUPTCYNOTICESCHR@SEC.GOV; NYROBANKRUPTCY@SEC.GOV |
| SHERRARD ROE VOIGT & HARBISON, PLC | MABELOW@SRVHLAW.COM |
| SIMON PROPERTY GROUP | RTUCKER@SIMON.COM |
| SMTD LAW LLP | RBERENS@SMTDLAW.COM |
| STRADLEY, RONON, STEVENS & YOUNG, LLP | DPEREIRA@STRADLEY.COM |
| SULLIVAN · HAZELTINE · ALLINSON LLC | ZALLINSON@SHA-LLC.COM |
| TCW DIRECT LENDING LLC | MICHAEL.ANELLO@TCW.COM |
| THE ROSNER LAW GROUP LLC | ROSNER@TEAMROSNER.COM; GIBSON@TEAMROSNER.COM LIU@TEAMROSNER.COM |

RTI HOLDING COMPANY, LLC - Case No. 20-12456
Electronic Mail Master Service List

| | |
|---|---|
| TROUTMAN PEPPER HAMILTON SANDERS LLP | MARCY.SMITH@TROUTMAN.COM;<br>MATTHEW.BROOKS@TROUTMAN.COM;<br>GARY.MARSH@TROUTMAN.COM |
| TUCKER ARENSBERG | BMANNE@TUCKERLAW.COM |
| WATKINS & EAGER PLLC | RIRELAND@WATKINSEAGER.COM |
| WOLCOTT RIVERS GATES | JSTIFF@WOLRIV.COM |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | BANKFILINGS@YCST.COM;<br>MNEIBURG@YCST.COM;<br>JMULVIHILL@YCST.COM |
| ZIONS BANCORPORTION | GREGORY.BASER@ZIONSBANCORP.COM |

RTI HOLDING COMPANY, LLC - Case No. 20-12456

Electronic Mail  Service List

| Email Address |
| --- |
| JKAPPY@COMCAST.NET |