# Court Conference

U.S. Bankruptcy Court-District of Delaware
Confirmed Telephonic Appearance Schedule
Honorable John T. Dorsey
Courtroom

Calendar Date: 11/17/2020
Calendar Time: 02:30 PM ET

*Same Day  Nov 17 2020 11:52AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 10962213 | Elihu E. Allinson | (302) 428-8191 ext. | Sullivan Hazeltine Allinson, LLC | Creditor, PACA Creditors / LIVE |
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 10962657 | Keith Andress | (205) 250-8367 ext. | Baker, Donelson, Bearman, Caldwell & Berkowitz, PC | Debtor, RTI Holding Company, LLC / LIVE |
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 10962683 | Evan Bartlett | (646) 492-5794 ext. | FocalPoint, LLC | Interested Party, Advisor/Investment Banker, Evan Bartlett / LISTEN ONLY |
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 10962095 | Nancy Bello | (212) 715-9333 ext. | Kramer Levin Naftalis & Frankel LLP | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 10962838 | Jeffrey Bernstein | (973) 993-8100 ext. | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Interested Party, Gold Square, PA, LLC / LIVE |
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 10962653 | Alex Boerema | (800) 782-7176 ext. | CR3 Partners LLC | Financial Advisor, for the Debtor, RTI Holding Company, LLC / LIVE |
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 10962722 | Mark A. Bogdanowicz | (309) 672-1483 ext. | Howard & Howard, Attorneys PLLC | Interested Party, KRG Evans Mullins Outlets, LLC / LIVE |
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 10963809 | Gary Bressler | (215) 557-2971 ext. | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Creditor, Liberty Mutual Insurance Company / LIVE |
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 10962103 | Kate R. Buck | (302) 984-6300 ext. | McCarter & English LLP | Creditor, Stafford LTI, LLC / LIVE |
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 10962663 | Ellen Clarry | (865) 379-5963 ext. | Ruby Tuesday, Inc. | Client, Ellen Clarry / LISTEN ONLY |
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 10962691 | Kelly M. Conlan | (302) 252-3625 ext. | Connolly Gallagher LLP | Claimant, The Atlantis Trust and Sunshine Realties LLC / LIVE |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| RTI Holding Company, LLC | 20-12456 | Hearing | 10962676 | Matthew Cumbee | (312) 401-5255 ext. | FocalPoint Securities, LLC | Interested Party, Advisor/Investment Banker, Matthew Cumbee / LISTEN ONLY |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10962954 | Ryan E. Davis | (407) 423-4246 ext. | Winderweedle, Haines, Ward & Woodman PA | Interested Party, Crossman & Co / LISTEN ONLY |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10961978 | David Dean | (302) 651-2012 ext. | Cole Schotz P.C. | Creditor, Official Committee of Unsecured Creditors / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10962697 | Mark L. Desgrosseilliers | (302) 295-0191 ext. | Chipman Brown Cicero & Cole, LLP | Bankruptcy Counsel, KRG Mullins Outlets / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10962576 | Monique DiSabatino | (302) 421-6806 ext. | Saul Ewing Arnstein & Lehr LLP | Creditor, Northwoods Crossing Station LLC / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10962364 | Marguerite Duffy | (865) 692-0632 ext. | Marguerite Duffy - In Pro Per/Pro Se | Creditor, Marguerite Duffy / LISTEN ONLY |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10962633 | Jeffrey W. Dulberg | (310) 772-2355 ext. | Pachulski Stang Ziehl & Jones | Debtor, RTI Holding Company, LLC / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10962675 | Katharina Earle | (302) 654-1888 ext. | Ashby & Geddes | Interested Party, TCW Lending / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10962658 | Brian Esser | (865) 380-7638 ext. | Ruby Tuesday, Inc. | Client, Brian Esser / LISTEN ONLY |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10962780 | Stephen Gerald | (302) 357-3287 ext. | Whiteford, Taylor & Preston, LLP | Creditor, Brookwoody, LLC / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10962678 | Aaron M. Gober-Sims | (213) 683-6151 ext. | Paul Hastings LLP | Interested Party, TCW Lending / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10962642 | Stanley Goldrich | (302) 778-6401 ext. | Pachulski Stang Ziehl & Jones | Debtor, RTI Holding Company, LLC / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10963170 | Kimberly Grant | (865) 414-3531 ext. | Kimberly Grant - In Pro Per/Pro Se | Pro Se, Kimberly Grant / LISTEN ONLY |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10963393 | Michael S. Greger | (949) 851-5436 ext. | Allen Matkins Leck Gamble Mallory & Natsis LLP | Creditor, William V Meeker and Meeker Family Limited Partnership / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10962649 | Sugi Hadiwijaya | (214) 551-5742 ext. | CR3 Partners LLC | Financial Advisor, for the Debtor, RTI Holding Company, LLC / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10963770 | Melissa Harris | (202) 229-3019 ext. | Pension Benefit Guaranty Corporation | Creditor, Pension Benefit Guaranty Corporation / LISTEN ONLY |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| RTI Holding Company, LLC | 20-12456 | Hearing | 10962385 | Adam Hiller | (302) 442-7677 ext. | Hiller Law | Creditor/Claimant, Moody National Companies / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10962004 | Trevor Hoffmann | (212) 878-6900 ext. | Goulston & Storrs PC | Interested Party, Lisbon Landing LLC / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10963824 | Daniel K. Hogan | (302) 584-3244 ext. | Hogan McDaniel | Assignee of Record, Arete Partners 2263 Memorial, LLC / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10962812 | Jennifer Hoover | (302) 442-7006 ext. | Benesch Friedlander Coplan & Aronoff, LLP | Creditor, Route Ten, LLC / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10962689 | Robert Ireland | (601) 965-1900 ext. | Watkins & Eager | Creditor/Claimant, Atlantis Trust / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10962206 | Susan E. Kaufman | (302) 472-7420 ext. | Law Office of Susan E. Kaufman, LLC | Claimant, Simon Property Group and Metropolitan Knoxville Airport Authority / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10963628 | Daniel Kerrick | (302) 656-7540 ext. 35 | Hogan McDaniel | Creditor, Thomas and Susan Spears / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10962646 | Shawn Lederman | (865) 379-5700 ext. | Ruby Tuesday, Inc. | Client, Shawn Lederman / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10962901 | Raymond Lemisch | (302) 552-5530 ext. | Klehr Harrison Harvey Branzburg LLP | Creditor, Wilkinson Langhorne LP / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10962640 | Maxim B. Litvak | (415) 217-5110 ext. | Pachulski Stang Ziehl & Jones | Debtor, RTI Holding Company, LLC / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10962545 | Christopher D. Loizides | (302) 654-0248 ext. | Loizides PA | Bankruptcy Counsel, Anthony Friedman / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10962853 | Marcy J. McLaughlin Smith | (302) 777-6535 ext. | Troutman Pepper LLP | Interested Party, Chick-fil-A, Inc. / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10962660 | Stephanie Medley | (865) 380-7638 ext. | Ruby Tuesday, Inc. | Client, Stephanie Medley / LISTEN ONLY |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10964015 | Robert W Miller | (615) 742-9372 ext. | Manier & Herod | Creditor, Liberty Mutual Insurance Company / LISTEN ONLY |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10962656 | Richard NeJame | (646) 343-9849 ext. | FocalPoint, LLC | Interested Party, Advisor/Investment Banker, Richard NeJame / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10962641 | Victoria A. Newmark | (310) 277-6910 ext. | Pachulski Stang Ziehl & Jones | Debtor, RTI Holding Company, LLC / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10962706 | Sean O'Neal | (212) 225-2416 ext. | Cleary Gottlieb Steen & Hamilton LLP | Creditor, Goldman Sachs / LIVE |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| RTI Holding Company, LLC | 20-12456 | Hearing | 10962082 | Bradley O'Neill | (212) 715-7583 ext. | Kramer Levin Naftalis & Frankel LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10962623 | James E. O'Neill | (302) 652-4100 ext. | Pachulski Stang Ziehl & Jones | Debtor, RTI Holding Company, LLC / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10962631 | Richard Pachulski | (310) 277-6910 ext. | Pachulski Stang Ziehl & Jones | Debtor, RTI Holding Company, LLC / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10962638 | Malhar S. Pagay | (310) 772-2335 ext. | Pachulski Stang Ziehl & Jones | Debtor, RTI Holding Company, LLC / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10962677 | Justin E. Rawlins | (213) 683-6130 ext. | Paul Hastings LLP | Interested Party, TCW Lending / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10963485 | Linda Richenderfer | (302) 573-6491 ext. | Office of the United States Trustee | U.S. Trustee, Linda Richenderfer / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10963092 | Laurel D. Roglen | (302) 252-4465 ext. | Ballard Spahr LLP | Lessor, Brixmor Operating Partnership LP, et al. / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10962038 | Adam Rogoff | (212) 715-9285 ext. | Kramer Levin Naftalis & Frankel LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10963571 | Gregory Salvato | (213) 484-8400 ext. 5010 | Salvato Law Offices | Interested Party, Ron Baldy / LISTEN ONLY |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10961974 | Jason B. Sanjana | (212) 588-8890 ext. | Reorg Research, Inc. | Interested Party, Reorg Research / LISTEN ONLY |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10962055 | Robert T. Schmidt | (212) 715-9527 ext. | Kramer Levin Naftalis & Frankel LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10962045 | Jennifer Sharret | (212) 715-9516 ext. | Kramer Levin Naftalis & Frankel LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10962821 | Joshua D. Stiff | (757) 497-6633 ext. | Wolcott Rivers Gates | Creditor, Route Ten, LLC / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10962673 | Gregory A. Taylor | (302) 654-1888 ext. | Ashby & Geddes | Interested Party, TCW Lending / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10962886 | William F. Taylor, Jr. | (302) 984-6310 ext. | McCarter & English LLP | Creditor, Chester C. Fosgate Company / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| RTI Holding Company, LLC | 20-12456 | Hearing | 10962682 | Benjamin Tennenbaum | (646) 492-5794 ext. | FocalPoint, LLC | Interested Party, Advisor/Investment Banker, Benjamin Tennenbaum / LISTEN ONLY |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10962665 | David Tiffany | (602) 799-7397 ext. | CR3 Partners LLC | Debtor, RTI Holding Company, LLC / LISTEN ONLY |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10962742 | James A. Timko | (407) 423-3200 ext. | Shutts & Bowen, LLP | Creditor, Sunshine Realty / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10962710 | Jane VanLare | (212) 225-2872 ext. | Cleary Gottlieb Steen & Hamilton LLP | Creditor, Goldman Sachs / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10963268 | Sally Veghte | (302) 552-5503 ext. | Klehr Harrison Harvey Branzburg LLP | Creditor, Myra C. Clark / LISTEN ONLY |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10962067 | Jonathan M. Wagner | (212) 715-9393 ext. | Kramer Levin Naftalis & Frankel LLP | Creditor, Creditors Committee / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10963713 | Anne Weier | (865) 984-1460 ext. | Garner & Conner PLLC | Creditor, Spears / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10962713 | Michael D. Weinberg | (212) 225-2856 ext. | Cleary Gottlieb Steen & Hamilton LLP | Creditor, Goldman Sachs / LISTEN ONLY |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10962047 | Beverly Weiss Manne | (412) 594-5525 ext. | Tucker Arensberg | Respondent, Moody National Companies / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10962921 | Richard Wilkinson | (215) 569-2700 ext. 4141 | Klehr Harrison Harvey Branzburg LLP | Client, Richard Wilkinson / LISTEN ONLY |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10962323 | Sean T Wilson | (212) 808-7925 ext. | Kelley Drye & Warren LLP | Creditor, Aston Properties Inc / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10962679 | Robert J. Woolway | (310) 405-7080 ext. | FocalPoint, LLC | Interested Party, Advisor/Investment Banker, Robert J. Woolway / LISTEN ONLY |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10963568 | Blair Zanzig | (312) 566-9545 ext. | Hiltz Zanzig & Heiligman LLC | Creditor, Arete Partners 2263 Memorial LLC / LISTEN ONLY |