Steven F. Jackson (VSB #37678)
Assistant County Attorney
COUNTY of LOUDOUN
One Harrison St, SE, 5th floor
P.O. Box 7000
Leesburg, Virginia  20177-7000
Telephone:  (703) 777-0549
Telecopier:  (703) 771-5025

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | JOINTLY ADMINISTERED |
| **RTI HOLDING COMPANY, LLC,** | Case No.  20-12456-JTD<br>Chapter 11 |
| *Debtors.* | |

## REQUEST FOR NOTICE

REQUEST IS HEREBY MADE, pursuant to Fed. R. Bankr. Pro. 2002, 9007 and 9010(b), that all notices given or required to be given in this case and all papers, pleadings, motions, applications, plans and disclosure statements (if applicable) served or required to be served in this case be directed to the undersigned counsel for the County of Loudoun, Virginia, whose office address, post office address, electronic mail address, telephone and facsimile numbers are set forth below. Specifically requested is anything filed in relation to the sale of assets.

    Respectfully submitted,
    The COUNTY of LOUDOUN, VIRGINIA
    By counsel

LEO P. ROGERS
COUNTY ATTORNEY

By: /s/ Steven F. Jackson
    Steven F. Jackson (VSB #37678)
    Assistant County Attorney
    One Harrison Street, S.E., 5th Floor
    P.O. Box 7000
    Leesburg, Virginia 20177-7000
    Telephone:     (703) 777-0549
    Telecopier:    (703) 771-5025
    E-mail:  Steve.Jackson@Loudoun.gov

## CERTIFICATE OF SERVICE

I certify that on November 18, 2020 a copy of the foregoing Notice was served by ELECTRONIC MAIL through the Court's electronic filing system or by FIRST CLASS MAIL to the parties indicated below:

| | |
|---|---|
| James E O'Neill | Linda Richenderfer |
| joneill@pszjlaw.com | Linda.Richenderfer@usdoj.gov |
| *Counsel for Debtors* | *Counsel for U.S. Trustee* |

/s/ Steven F. Jackson