# Court Conference

Calendar Date: 11/20/2020

Calendar Time: 02:00 PM ET

**U.S. Bankruptcy Court-District of Delaware**

**Confirmed Telephonic Appearance Schedule**

**Honorable John T. Dorsey**

**Courtroom**

*Amended Calendar  Nov 20 2020  9:37AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 10968753 | Derek C. Abbott | (302) 658-9200 ext. | Morris, Nichols, Arsht & Tunnell, LLP | Interested Party, Compass Group USA, Inc. / LIVE |
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 10953635 | Elihu E. Allinson | (302) 428-8191 ext. | Sullivan Hazeltine Allinson, LLC | Creditor, PACA Creditors / LIVE |
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 10963263 | Nancy Bello | (212) 715-9333 ext. | Kramer Levin Naftalis & Frankel LLP | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 10966480 | Jeffrey Bernstein | (973) 565-2183 ext. | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Interested Party, Gold Square, PA, LLC / LIVE |
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 10967894 | Gary Bressler | (215) 557-2971 ext. | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Creditor, Liberty Mutual Insurance Company / LIVE |
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 10948057 | Ryan E. Davis | (407) 423-4246 ext. | Winderweedle, Haines, Ward & Woodman PA | Creditor, Chester C. Fosgate Company / LISTEN ONLY |
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 10967025 | David Dean | (302) 651-2012 ext. | Cole Schotz P.C. | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 10966608 | Jeffrey W. Dulberg | (310) 772-2355 ext. | Pachulski Stang Ziehl & Jones | Debtor, RTI Holding Company, LLC / LIVE |
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 10967819 | Katharina Earle | (302) 654-1888 ext. | Ashby & Geddes | Interested Party, TCW Lending / LIVE |
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 10966632 | Brian Esser | (865) 380-7638 ext. | Ruby Tuesday, Inc. | Client, Brian Esser / LISTEN ONLY |
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 10967823 | Aaron M. Gober-Sims | (213) 683-6151 ext. | Paul Hastings LLP | Interested Party, TCW Lending / LIVE |
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 10970036 | Michael S. Greger | (949) 851-5436 ext. | Allen Matkins Leck Gamble Mallory & Natsis LLP | Creditor, William V Meeker and Meeker Family Limited Partnership / LIVE |
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 10966646 | Sugi Hadiwijaya | (214) 551-5742 ext. | CR3 Partners LLC | Financial Advisor, for the Debtor, RTI Holding Company, LLC / LIVE |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10966671 | Melissa Harris | (202) 229-3019 ext. | Pension Benefit Guaranty Corporation | Creditor, Pension Benefit Guaranty Corporation / LIVE |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10967768 | Adam Hiller | (302) 442-7677 ext. | Hiller Law | Creditor/Claimant, Moody National Companies / LIVE |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10968974 | Susan E. Kaufman | (302) 472-7420 ext. | Law Office of Susan E. Kaufman, LLC | Claimant, Aston Properties, Inc. et al. / LIVE |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10966461 | Jane Leamy | (302) 573-6566 ext. | Office of the United States Trustee | U.S. Trustee, Jane M. Leamy / LIVE |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10966619 | Shawn Lederman | (865) 379-5700 ext. | Ruby Tuesday, Inc. | Client, Shawn Lederman / LIVE |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10967916 | Christopher D. Loizides | (302) 654-0248 ext. | Loizides PA | Bankruptcy Counsel, Anthony Friedman / LIVE |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10969351 | Dawn McCarty | (212) 318-2300 ext. | Bloomberg LP | Media, Bloomberg LP / LISTEN ONLY |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10966635 | Stephanie Medley | (865) 380-7638 ext. | Ruby Tuesday, Inc. | Client, Stephanie Medley / LISTEN ONLY |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10968232 | Robert W Miller | (615) 742-9372 ext. | Manier & Herod | Creditor, Liberty Mutual Insurance Company / LIVE |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10966675 | Courtney Morgan | (202) 326-4020 ext. | Pension Benefit Guaranty Corporation | Creditor, Pension Benefit Guaranty Corporation / LIVE |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10969957 | Sean O'Neal | (212) 225-2416 ext. | Cleary Gottlieb Steen & Hamilton LLP | Creditor, Goldman Sachs / LIVE |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10966583 | James E. O'Neill | (302) 652-4100 ext. | Pachulski Stang Ziehl & Jones | Debtor, RTI Holding Company, LLC / LIVE |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10966601 | Richard Pachulski | (310) 277-6910 ext. | Pachulski Stang Ziehl & Jones | Debtor, RTI Holding Company, LLC / LIVE |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10967890 | Malhar S. Pagay | (310) 772-2335 ext. | Pachulski Stang Ziehl & Jones | Debtor, RTI Holding Company, LLC / LIVE |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10966207 | Lisa M. Peters | (402) 661-8609 ext. | Kutak Rock LLP | Interested Party, CNL Funding 2000-A, LP / LISTEN ONLY |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10967822 | Justin E. Rawlins | (213) 683-6130 ext. | Paul Hastings LLP | Interested Party, TCW Lending / LIVE |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10969816 | Laurel D. Roglen | (302) 252-4465 ext. | Ballard Spahr LLP | Lessor, Brixmor Operating Partnership LP, et al. / LIVE |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10963208 | Adam Rogoff | (212) 715-9285 ext. | Kramer Levin Naftalis & Frankel LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10968047 | Jason B. Sanjana | (212) 588-8890 ext. | Reorg Research, Inc. | Interested Party, Reorg Research / LISTEN ONLY |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| RTI Holding Company, LLC | 20-12456 | Hearing | 10963249 | Robert T. Schmidt | (212) 715-9527 ext. | Kramer Levin Naftalis & Frankel LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10963227 | Jennifer Sharret | (212) 715-9516 ext. | Kramer Levin Naftalis & Frankel LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10968778 | Summer Speight | (804) 775-1000 ext. | McGuireWoods | Interested Party, Compass Group USA, Inc. / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10966958 | Joshua D. Stiff | (757) 497-6633 ext. | Wolcott Rivers Gates | Creditor, Route Ten, LLC / LISTEN ONLY |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10967816 | Gregory A. Taylor | (302) 654-1888 ext. | Ashby & Geddes | Interested Party, TCW Lending / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10966653 | David Tiffany | (602) 799-7397 ext. | CR3 Partners LLC | Debtor, RTI Holding Company, LLC / LISTEN ONLY |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10969961 | Jane VanLare | (212) 225-2872 ext. | Cleary Gottlieb Steen & Hamilton LLP | Creditor, Goldman Sachs / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10968761 | Scott Vaughn | (704) 343-2217 ext. | McGuireWoods | Interested Party, Compass Group USA, Inc. / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10969962 | Michael D. Weinberg | (212) 225-2856 ext. | Cleary Gottlieb Steen & Hamilton LLP | Creditor, Goldman Sachs / LISTEN ONLY |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10967763 | Beverly Weiss Manne | (412) 594-5525 ext. | Tucker Arensberg | Creditor, Moody National Companies / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10968580 | Richard Wilkinson | (215) 569-2700 ext. 4141 | Klehr Harrison Harvey Branzburg LLP | Client, Richard Wilkinson / LISTEN ONLY |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10968021 | Sean T Wilson | (212) 808-7925 ext. | Kelley Drye & Warren LLP | Creditor, Aston properties Inc. / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10970104 | Becky A. Yerak | (312) 543-1306 ext. | Wall Street Journal | Media, Wall Street Journal / LISTEN ONLY |