# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| RTI HOLDING COMPANY, LLC, *et al.*, | ) Case No. 20-12456 (JTD) |
| | ) (Jointly Administered) |
| Debtors. | ) |

## ORDER SCHEDULING OMNIBUS HEARING DATES

IT IS HEREBY ORDERED, that the following omnibus hearing dates have been scheduled in the above-captioned matter:

| DATE | TIME |
|---|---|
| December 18, 2020 | 1:00 p.m. Prevailing Eastern Time |
| January 22, 2021 | 1:00 p.m. Prevailing Eastern Time |
| February 4, 2021 | 1:00 p.m. Prevailing Eastern Time |

IT IS HEREBY FURTHER ORDERED that the hearings shall take place at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801 before the Honorable John T. Dorsey.

**Dated: November 23rd, 2020**
**Wilmington, Delaware**

**JOHN T. DORSEY**
**UNITED STATES BANKRUPTCY JUDGE**

DOCS_DE:231855.1 76136/002