IN THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF DELAWARE

IN THE MATTER OF:                                                        CASE NO. 20-12456

RTI HOLDING COMPANY, LLC

    DEBTOR                                                                    CHAPTER 11

## NOTICE OF APPEARANCE
## AND
## REQUEST FOR SERVICE OF NOTICES AND OTHER DOCUMENTS

    Notice is hereby given that Tara LeDay, of McCreary, Veselka, Bragg & Allen, P.C., P. O. Box 1269, Round Rock, Texas 78680, will appear as counsel for Bowie Central Appraisal District, in the above-entitled case, and requests that service of notices and other documents be made upon this attorney of record.

Dated: November 23, 2020

                                                    Respectfully submitted,

                                                    MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
                                                    Attorneys for Claimant, Bowie Central Appraisal District

                                                    */s/Tara LeDay*
                                                    Tara LeDay
                                                    State Bar Number 24106701
                                                    P.O. Box 1269
                                                    Round Rock, Texas 78680
                                                    Telephone: (512) 323-3200
                                                    Fax: (512) 323-3205
                                                    Email: tleday@mvbalaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that I have placed a copy of the above Notice of Appearance And Request For Service Of Notices And Other Documents to D. Keith Andress, Baker, Donelson, Bearman, Caldwell & Ber, Shipt Tower, 420 20th Street North Suite 1400, Birmingham, Alabama 35203; Jeffrey W. Dulberg, Pachulski Stang Ziehl & Jones LLp, 10100 Santa Monica Boulevard 13th Floor, Los Angeles, California 90067-4100; Maxim B. Litvak, c/o Pachulski Stang Ziehl & Jones LLP, 150 California Street 15th Floor, San Francisco, California 94111; James E O'Neill, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, Delaware 19801; James E. O'Neill, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor PO Box 8705, Wilmington, Delaware 19899-8705; Richard M. Pachulski, Pachulski Stang Ziehl & Jones LLP, 150 California Street 15th Floor, San Francisco, California 94111; Malhar S. Pagay, 10100 Santa Monica Boulevard Suite 1100, Los Angeles, California 90067; Linda Richenderfer, Office of the US Trustee, US Trustee's Office 844 King Street, Suite 2207, Wilmington, Delaware 19801; Transcriber, Reliable Companies, Attn: Gene Matthews 1007 North Orange Street Suite 110, Wilmington, Delaware 19801; Justin R. Alberto,

Cole Schotz P.C., 500 Delaware Avenue Suite 1410, Wilmington, Delaware 19801; Nancy M Bello, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036; G. David Dean, Cole Schotz P.C., 500 Delaware Avenue, Suite 1410, Wilmington, Delaware 19801; Adam C. Rogoff, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036; Andrew John Roth-Moore, Cole Schotz P.C., 500 Delaware Avenue, Suite 1410, Wilmington, Delaware 19801; Robert T Schmidt, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036; Jennifer R Sharret, Kramer Levin Naftalis & Frankel; Jonathan M. Wagner, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036, and to those parties listed on the Court's Notice of Electronic Filing on November 23, 2020, by Electronic Notification or First Class U.S. Mail.

*/s/Tara LeDay*
Tara LeDay