**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RTI HOLDING COMPANY, LLC, *et al.*, | ) | Case No. 20-12456 (JTD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Alan J. Kornfeld of Pachulski Stang Ziehl & Jones LLP, to represent the debtors and debtors in possession, in the above-captioned proceeding.

Dated: November 30, 2020         */s/ James E. O'Neill*
                                James E. O'Neill (DE Bar No. 4042)
                                Pachulski Stang Ziehl & Jones LLP
                                919 North Market Street, 17th Floor, P.O. Box 8705
                                Wilmington, DE  19899-8705 (Courier 19801)
                                Telephone: (302) 652-4100
                                Facsimile:  (302) 652-4400
                                Email:  joneill@pszjlaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010–1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the States of California, New York, and the District of Columbia, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16.  I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

Dated: November 30, 2020         */s/ Alan J. Kornfeld*
                                Alan J. Kornfeld (CA Bar No. 130063)
                                Pachulski Stang Ziehl & Jones LLP
                                10100 Santa Monica Boulevard, 13th Floor
                                Los Angeles, CA 90067-4003
                                Telephone:  (310) 277-6910
                                Facsimile:  (310) 201-0760
                                Email: akornfeld@pszjlaw.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.