# Court Conference

Calendar Date: 11/30/2020
Calendar Time: 02:00 PM ET

**U.S. Bankruptcy Court-District of Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable John T. Dorsey**
**Courtroom**

*Amended Calendar  Nov 30 2020 10:58AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 10978016 | Justin Alberto | (302) 651-2006 ext. | Cole Schotz P.C. | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 10974288 | Nancy Bello | (212) 715-9333 ext. | Kramer Levin Naftalis & Frankel LLP | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 10972430 | Jeffrey Bernstein | (973) 565-2183 ext. | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Interested Party, Gold Square, PA, LLC / LIVE |
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 10976064 | Alex Boerema | (800) 782-7176 ext. | CR3 Partners LLC | Financial Advisor, for the Debtor, RTI Holding Company, LLC / LISTEN ONLY |
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 10974033 | Mark A. Bogdanowicz | (309) 672-1483 ext. | Howard & Howard, Attorneys PLLC | Interested Party, KRG Evans Mullins Outlets, LLC / LIVE |
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 10978330 | Kate R. Buck | (302) 984-6300 ext. | McCarter & English LLP | Creditor, Stafford RT, LLC / LIVE |
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 10974861 | Michael Busenkell | (302) 425-5812 ext. | Gellert Scali Busenkell & Brown LLC | Creditor, Seritage and SART LLC / LIVE |
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 10977452 | Kevin M. Capuzzi | (302) 442-7063 ext. | Benesch Friedlander Coplan & Aronoff, LLP | Creditor, Route Ten, LLC / LIVE |
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 10975932 | Kelly M. Conlan | (302) 252-3625 ext. | Connolly Gallagher LLP | Claimant, The Atlantis Trust and Sunshine Realties LLC / LIVE |
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 10974227 | Ryan E. Davis | (407) 423-4246 ext. | Winderweedle, Haines, Ward & Woodman PA | Interested Party, Crossman & Co / LISTEN ONLY |
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 10974223 | David Dean | (302) 651-2012 ext. | Cole Schotz P.C. | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 10974028 | Mark L. Desgrosseilliers | (302) 295-0191 ext. | Chipman Brown Cicero & Cole, LLP | Bankruptcy Counsel, KRG Mullins Outlets / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| RTI Holding Company, LLC | 20-12456 | Hearing | 10978140 | Monique DiSabatino | (302) 421-6806 ext. | Saul Ewing Arnstein & Lehr LLP | Creditor, Northwoods Crossing Station LLC / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10974380 | Jeffrey W. Dulberg | (310) 772-2355 ext. | Pachulski Stang Ziehl & Jones | Debtor, RTI Holding Company, LLC / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10976499 | Katharina Earle | (302) 654-1888 ext. | Ashby & Geddes | Interested Party, TCW Lending / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10974385 | Brian Esser | (865) 380-7638 ext. | Ruby Tuesday, Inc. | Client, Brian Esser / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10978672 | Scott L. Fleischer | (212) 784-5810 ext. | Barclay Damon LLP | Creditor, National Realty & Development Corp. and Steven W. Thomas / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10976805 | Stephen Gerald | (302) 357-3287 ext. | Whiteford, Taylor & Preston, LLP | Creditor, Brookwoody, LLC / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10976520 | Aaron M. Gober-Sims | (213) 683-6151 ext. | Paul Hastings LLP | Interested Party, TCW Lending / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10978375 | Michael S. Greger | (949) 851-5436 ext. | Allen Matkins Leck Gamble Mallory & Natsis LLP | Creditor, William V Meeker and Meeker Family Limited Partnership / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10978072 | Benjamin A. Hackman | (302) 573-6491 ext. | Office of the United States Trustee | Trustee, Andrew Vara / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10974413 | Sugi Hadiwijaya | (214) 551-5742 ext. | CR3 Partners LLC | Financial Advisor, for the Debtor, RTI Holding Company, LLC / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10975977 | Melissa Harris | (202) 229-3019 ext. | Pension Benefit Guaranty Corporation | Creditor, Pension Benefit Guaranty Corporation / LISTEN ONLY |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10977997 | Leslie C. Heilman | (302) 252-4446 ext. | Ballard Spahr LLP | Creditor, Various Landlords / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10978353 | Adam Hiller | (302) 442-7677 ext. | Hiller Law | Creditor/Claimant, Moody National/434 Partners/Canal Street Props. / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10977746 | Trevor Hoffmann | (212) 878-6900 ext. | Goulston & Storrs PC | Interested Party, Lisbon Landing LLC / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10975931 | Robert Ireland | (601) 965-1900 ext. | Watkins & Eager | Creditor/Claimant, Atlantis Trust / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10973942 | Susan E. Kaufman | (302) 472-7420 ext. | Law Office of Susan E. Kaufman, LLC | Claimant, Aston Properties, Inc. et al. and Simon Property Group, Inc. / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10978031 | Alan J. Kornfeld | (310) 772-2395 ext. | Pachulski Stang Ziehl & Jones | Debtor, RTI Holding Company, LLC / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10974400 | Shawn Lederman | (865) 379-5700 ext. | Ruby Tuesday, Inc. | Client, Shawn Lederman / LIVE |

| Debtor | Case # | Type | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| RTI Holding Company, LLC | 20-12456 | Hearing | 10973811 | Robert L. LeHane | (212) 808-7573 ext. | Kelley Drye & Warren LLP | Creditor, Aston Properties Inc / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10976305 | Raymond Lemisch | (302) 552-5530 ext. | Klehr Harrison Harvey Branzburg LLP | Creditor, Wilkinson Langhorne LP / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10978954 | Zhao Liu | (302) 777-1111 ext. | The Rosner Law Group LLC | Creditor, Chazparem, LLC; South Ashville Hotel Associates, LLC / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10975072 | Christopher D. Loizides | (302) 654-0248 ext. | Loizides PA | Bankruptcy Counsel, Anthony Friedman / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10974161 | Marcy J. McLaughlin Smith | (302) 777-6535 ext. | Troutman Pepper LLP | Interested Party, Chick-fil-A, Inc. / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10974392 | Stephanie Medley | (865) 380-7638 ext. | Ruby Tuesday, Inc. | Client, Stephanie Medley / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10978996 | Rachel B. Mersky | (302) 656-8162 ext. | Monzack Mersky Browder & Hochman PA | Creditor, Kimco et al / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10975979 | Courtney Morgan | (202) 326-4020 ext. | Pension Benefit Guaranty Corporation | Creditor, Pension Benefit Guaranty Corporation / LISTEN ONLY |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10978095 | James E. Morgan | (312) 456-3414 ext. | Howard & Howard Attorneys PLLC | Interested Party, KRG/CCA Estero, LLC and KRG Evans Mullins Outlets / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10978292 | Sean O'Neal | (212) 225-2416 ext. | Cleary Gottlieb Steen & Hamilton LLP | Creditor, Goldman Sachs / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10979177 | Bradley O'Neill | (212) 715-7583 ext. | Kramer Levin Naftalis & Frankel LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10974362 | James E. O'Neill | (302) 652-4100 ext. | Pachulski Stang Ziehl & Jones | Debtor, RTI Holding Company, LLC / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10974371 | Richard Pachulski | (310) 277-6910 ext. | Pachulski Stang Ziehl & Jones | Debtor, RTI Holding Company, LLC / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10974377 | Malhar S. Pagay | (310) 772-2335 ext. | Pachulski Stang Ziehl & Jones | Debtor, RTI Holding Company, LLC / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10974684 | Lisa M. Peters | (402) 661-8609 ext. | Kutak Rock LLP | Interested Party, CNL Funding 2000-A, LP / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10976506 | Justin E. Rawlins | (213) 683-6130 ext. | Paul Hastings LLP | Interested Party, TCW Lending / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10975869 | Linda Richenderfer | (302) 573-6491 ext. | Office of the United States Trustee | U.S. Trustee, Linda Richenderfer / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10974261 | Adam Rogoff | (212) 715-9285 ext. | Kramer Levin Naftalis & Frankel LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10978252 | Gregory Salvato | (213) 484-8400 ext. 5010 | Salvato Law Offices | Interested Party, Ron Baldi / LISTEN ONLY |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10974280 | Robert T. Schmidt | (212) 715-9527 ext. | Kramer Levin Naftalis & Frankel LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10974232 | Jennifer Sharret | (212) 715-9516 ext. | Kramer Levin Naftalis & Frankel LLP | Creditor, Unsecured Creditors Committee / LIVE |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10974247 | Joshua D. Stiff | (757) 497-6633 ext. | Wolcott Rivers Gates | Creditor, Route Ten / LIVE |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10976492 | Gregory A. Taylor | (302) 654-1888 ext. | Ashby & Geddes | Interested Party, TCW Lending / LIVE |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10978448 | William F. Taylor, Jr. | (302) 984-6310 ext. | McCarter & English LLP | Creditor, Chester C. Fosgate Company / LIVE |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10974421 | David Tiffany | (602) 799-7397 ext. | CR3 Partners LLC | Debtor, RTI Holding Company, LLC / LIVE |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10978296 | James A. Timko | (407) 423-3200 ext. | Shutts & Bowen, LLP | Creditor, Sunshine Realty / LIVE |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10977723 | Michael Tomback | (954) 263-4742 ext. | Reorg Research, Inc. | Interested Party, Reorg Research / LISTEN ONLY |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10978294 | Jane VanLare | (212) 225-2872 ext. | Cleary Gottlieb Steen & Hamilton LLP | Creditor, Goldman Sachs / LIVE |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10978224 | Sally Veghte | (302) 552-5503 ext. | Klehr Harrison Harvey Branzburg LLP | Creditor, Myra C. Clark / LISTEN ONLY |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10974859 | Anne Weier | (865) 984-1460 ext. | Garner & Conner PLLC | Creditor, Spears / LIVE |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10978300 | Michael D. Weinberg | (212) 225-2856 ext. | Cleary Gottlieb Steen & Hamilton LLP | Creditor, Goldman Sachs / LISTEN ONLY |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10967782 | Beverly Weiss Manne | (412) 594-5525 ext. | Tucker Arensberg | Respondent, Moody National Companies / LIVE |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10976317 | Richard Wilkinson | (215) 569-2700 ext. 4141 | Klehr Harrison Harvey Branzburg LLP | Client, Richard Wilkinson / LISTEN ONLY |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10978557 | Becky A. Yerak | (312) 543-1306 ext. | Wall Street Journal | Media, Wall Street Journal / LISTEN ONLY |
| | RTI Holding Company, LLC | 20-12456 | Hearing | 10978946 | Blair Zanzig | (312) 566-9545 ext. | Hiltz Zanzig & Heiligman LLC | Creditor, Arete Partners 2263 Memorial LLC / LIVE |