**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RTI HOLDING COMPANY, LLC,[1] | ) | Case No. 20-12456 (JTD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Ref. Docket No. 622** |

**AFFIDAVIT OF SERVICE**

STATE OF CONNECTICUT )
                           ) ss.:
COUNTY OF MIDDLESEX )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1.  I am employed as a Director of Client Services by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: RTI Holding Company, LLC (4966); Ruby Tuesday, Inc. (5239); Ruby Tuesday, LLC (1391); RTBD,LLC (6505); RT of Carroll County, LLC (8836); RT Denver Franchise, L.P. (2621); RT Detroit Franchise, LLC (8738); RT Distributing, LLC (6096); RT Finance, LLC (7242); RT FL Gift Cards, Inc. (2189); RT Florida Equity, LLC (7159); RT Franchise Acquisition, LLC (1438); RT of Fruitland, Inc. (1103); RT Indianapolis Franchise, LLC(6016); RT Jonesboro Club (2726); RT KCMO Franchise, LLC (7020); RT Kentucky Restaurant Holdings, LLC (7435); RT Las Vegas Franchise, LLC (4969); RT Long Island Franchise, LLC (4072); RT of Maryland, LLC (7395); RT Michiana Franchise, LLC (8739); RT Michigan Franchise, LLC (8760); RT Minneapolis Franchise, LLC (2746); RT Minneapolis Holdings, LLC (7189); RT New England Franchise, LLC (4970); RT New Hampshire Restaurant Holdings, LLC (7438); RT New York Franchise, LLC (1154); RT Omaha Franchise, LLC (7442); RT Omaha Holdings, LLC (8647); RT One Percent Holdings, LLC (6689); RT One Percent Holdings II, LLC (2817); RT Orlando Franchise, LP (5105); RT Restaurant Services, LLC (7283); RT South Florida Franchise, LP (3535); RT Southwest Franchise, LLC (9715); RT St. Louis Franchise, LLC (6010); RT Tampa Franchise, LP (5290); RT Western Missouri Franchise, LLC (6082); RT West Palm Beach Franchise, LP (0359); RTTA, LP (0035); RTT Texas, Inc. (2461); RTTT, LLC (9194); Ruby Tuesday of Allegany County, Inc. (8011); Ruby Tuesday of Bryant, Inc. (6703); Ruby Tuesday of Columbia, Inc. (4091); Ruby Tuesday of Frederick, Inc. (4249); Ruby Tuesday of Linthicum, Inc. (8716); Ruby Tuesday of Marley Station, Inc. (1641); Ruby Tuesday of Pocomoke City, Inc. (0472); Ruby Tuesday of Russellville, Inc. (1601); and Ruby Tuesday of Salisbury, Inc. (5432). The Debtors' mailing address is 333 East Broadway Ave., Maryville, TN 37804.

2.  On November 30, 2020, I caused to be served the "Notice of First Monthly Fee Statement for Johnson Associates, Inc. for the Period from October 7, 2020 Through October 31, 2020," dated November 30, 2020 [Docket No. 622], by causing true and correct copies to be delivered via electronic email to the parties listed on the annexed Exhibit A.

/s/ Angharad Bowdler
Angharad Bowdler

Sworn to before me this
1st day of December, 2020
/s/ Amy E. Lewis

Notary Public, State of Connecticut
Acct. No. 100624
Commission Expires: 8/31/2022

# Exhibit A

RTI HOLDING COMPANY, LLC
Case No. 20-12456 (JTD)
Fee Application Parties

| FEE NOTICE PARTIES | EMAIL ADDRESS |
|---|---|
| DEBTORS C/O RUBY TUESDAY,INC., | SLEDERMAN@RUBYTUESDAY.COM |
| RESTRUCTURING COUNSEL FOR THE DEBTORS - PACHULSKI STANG ZIEHL & JONES LLP, | JONEILL@PSZJLAW.COM; MPAGAY@PSZJLAW.COM |
| COUNSEL TO GOLDMAN SACHS SPECIALTY LENDING GROUP, L.P. (AS ADMINISTRATIVE AND COLLATERAL AGENT), CLEARY GOTTLIEB STEEN & HAMILTON LLP | SONEAL@CGSH.COM |
| COUNSEL TO TCW DIRECT LENDING, PAUL HASTINGS LLP | JUSTINRAWLINS@PAULHASTINGS.COM |
| PROPOSED COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,KRAMER LEVIN NAFTALIS & FRANKEL LLP | AROGOFF@KRAMERLEVIN.COM   ; RSCHMIDT@KRAMERLEVIN.COM ; JSHARRET@KRAMERLEVIN.COM |
| PROPOSED COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, COLE SCHOTZ P.C. | DDEAN@COLESCHOTZ.COM; JALBERTO@COLESCHOTZ.COM; AROTH-MOORE@COLESCHOTZ.COM |
| OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE | LINDA.RICHENDERFER@USDOJ.GOV |