IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------x
| In re: | : | Chapter 11 |
| | : | |
| RTI HOLDING COMPANY, LLC, *et al.*, | : | Case No. 20-12456 (JTD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
------------------------------------------------------x

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, undersigned counsel moves for the admission *pro hac vice* of Brian D. Huben to represent SCF RC Funding IV, LLC, Brixmor Operating Partnership LP, CGI 3, LP, DHRT INVESTMENTS, LLC, MICHAEL L. SHULAR, RCLAN-RT, LLC/JENORA-RT, LLC, STORE Master Funding XIII, LLC, STORE Master Funding XIV, LLC, STORE SPE Ruby Tuesday 2017-8, LLC in this action.

December 7, 2020.

*/s/ Leslie C. Heilman*
Leslie C. Heilman (No. 4716)
BALLARD SPAHR LLP
919 N. Market Street, 11th Floor
Wilmington, DE 19801
Telephone: (302) 252-4446
E-mail: heilmanl@ballardspahr.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 3/25/14. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

*/s/ Brian D. Huben*
Brian D. Huben
BALLARD SPAHR LLP
2029 Century Park East
Suite 800
Los Angeles, CA 90067-2909
Telephone: (424) 204-4353
E-mail:hubenb@ballardspahr.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE

**Dated: December 7th, 2020**
**Wilmington, Delaware**