IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| RTI HOLDING COMPANY, LLC, *et al.*, | ) | Case No. 20-12456 (JTD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Objection Deadline: December 22, 2020 at 4:00 p.m.** |
| | ) | **Hearing Date: January 22, 2021 at 1:00 p.m.** |

## NOTICE OF MOTION

TO:   All Parties on the attached Service List

**PLEASE TAKE NOTICE** that on December 8, 2020 the attached **Motion of Florida Self-Insurers Guaranty Association, Inc. to Compel Debtor Ruby Tuesday, Inc. to Comply with the Stipulation By and Between Debtor Ruby Tuesday, Inc. and Florida Self-Insurers Guaranty Association, Inc.** ("Motion") was filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that objections or responses to the Motion must be in writing, filed with the Clerk of the Bankruptcy Court and served upon and received by the undersigned counsel on or before **December 22, 2020 at 4:00 p.m.**

A HEARING ON THE MOTION WILL BE HELD ON **JANUARY 22, 2021 AT 1:00 P.M.** ONLY IF OBJECTIONS ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: December 8, 2020                              FERRY JOSEPH, P.A.

/s/ Theodore J. Tacconelli
Theodore J. Tacconelli (No. 2678)
Rick S. Miller (No. 3418)
824 Market Street, Suite 1000
Wilmington, DE  19899
(302) 575-1555
*Local Counsel for Florida Self-Insurers
Guaranty Association, Inc.*

- and -

James E. Sorenson (FL Bar No. 0086525)
SORENSON VAN LEUVEN, PLLC
Post Office Box 3637
Tallahassee, FL 32315-3637
(850) 388-0500
*Counsel for Florida Self-Insurers Guaranty Association, Inc.*