**CERTIFICATE OF SERVICE**

     I, Theodore J. Tacconelli, certify that I am not less than 18 years of age, and that service of this Motion of Florida Self-Insurers Guaranty Association, Inc. to Compel Debtor Ruby Tuesday, Inc. to Comply with the Stipulation By and Between Debtor Ruby Tuesday, Inc. and Florida Self-Insurers Guaranty Association, Inc. was made on December 8, 2020, upon the following parties on the attached service list in the manner indicated.

     Under penalty of perjury, I declare that the foregoing is true and correct.

                                                      /s/ Theodore J. Tacconelli
                                                Theodore J. Tacconelli (No. 2678)