IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| RTI HOLDING COMPANY, LLC,[1] | ) ) ) | Case No. 20-12456 (JTD) |
| Debtors. | ) ) ) ) | (Jointly Administered)  **Ref. Docket No. 582, 684** |

## AMENDED AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                   ) ss.:
COUNTY OF NEW YORK )

GEOFF ZAHM, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. This affidavit of service amends and supersedes that certain Affidavit of Service, dated November 24, 2020 and filed on December 8, 2020 [Docket No. 684].

3. On November 20, 2020, I caused to be served the "Notice of Filing of Further Revised Proposed Order to Motion of Debtors for an Order (A) Approving Bid Procedures for the Sale of the Debtors' Assets, (B) Approving Certain Bidder Incentives in Connection with the Debtors' Entry into a Stalking Horse Agreement, if Any, and (C) Approving Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases," dated November 20, 2020 [Docket No. 582],

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: RTI Holding Company, LLC (4966); Ruby Tuesday, Inc. (5239); Ruby Tuesday, LLC (1391); RTBD,LLC (6505); RT of Carroll County, LLC (8836); RT Denver Franchise, L.P. (2621); RT Detroit Franchise, LLC (8738); RT Distributing, LLC (6096); RT Finance, LLC (7242); RT FL Gift Cards, Inc. (2189); RT Florida Equity, LLC (7159); RT Franchise Acquisition, LLC (1438); RT of Fruitland, Inc. (1103); RT Indianapolis Franchise, LLC(6016); RT Jonesboro Club (2726); RT KCMO Franchise, LLC (7020); RT Kentucky Restaurant Holdings, LLC (7435); RT Las Vegas Franchise, LLC (4969); RT Long Island Franchise, LLC (4072); RT of Maryland, LLC (7395); RT Michiana Franchise, LLC (8739); RT Michigan Franchise, LLC (8760); RT Minneapolis Franchise, LLC (2746); RT Minneapolis Holdings, LLC (7189); RT New England Franchise, LLC (4970); RT New Hampshire Restaurant Holdings, LLC (7438); RT New York Franchise, LLC (1154); RT Omaha Franchise, LLC (7442); RT Omaha Holdings, LLC (8647); RT One Percent Holdings, LLC (6689); RT One Percent Holdings II, LLC (2817); RT Orlando Franchise, LP (5105); RT Restaurant Services, LLC (7283); RT South Florida Franchise, LP (3535); RT Southwest Franchise, LLC (9715); RT St. Louis Franchise, LLC (6010); RT Tampa Franchise, LP (5290); RT Western Missouri Franchise, LLC (6082); RT West Palm Beach Franchise, LP (0359); RTTA, LP (0035); RTT Texas, Inc. (2461); RTTT, LLC (9194); Ruby Tuesday of Allegany County, Inc. (8011); Ruby Tuesday of Bryant, Inc. (6703); Ruby Tuesday of Columbia, Inc. (4091); Ruby Tuesday of Frederick, Inc. (4249); Ruby Tuesday of Linthicum, Inc. (8716); Ruby Tuesday of Marley Station, Inc. (1641); Ruby Tuesday of Pocomoke City, Inc. (0472); Ruby Tuesday of Russellville, Inc. (1601); and Ruby Tuesday of Salisbury, Inc. (5432). The Debtors' mailing address is 333 East Broadway Ave., Maryville, TN 37804.

by causing true and correct copies to be:

    i.      delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>, and

    ii.     delivered via electronic mail to the following parties: *mgreger@allenmatkins.com; mjf@mccarronlaw.com;* and *loizides@loizides.com.*

*/s/ Geoff Zahm*
Geoff Zahm

Sworn to before me this 8th day
of December, 2020
*/s/ Regina Amporfro*

Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2021

**Exhibit A**

RTI HOLDING COMPANY, LLC - Case No. 20-12456
Electronic Mail Master Service List

| NAME | EMAIL ADDRESS |
|---|---|
| ABRAMS & BAYLISS LLP | seaman@abramsbayliss.com; cannataro@abramsbayliss.com |
| ADAMS AND REESE LLP | john.rogerson@arlaw.com; jamie.olinto@arlaw.com |
| ASHBY & GEDDES, P.A. | gtaylor@ashbygeddes.com; kearle@ashbygeddes.com |
| BALLARD SPAHR LLP | heilmanl@ballardspahr.com; roglenl@ballardspahr.com; ganzc@ballardspahr.com; andersonsanchezk@ballardspahr.com; summersm@ballardspahr.com |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | kcapuzzi@beneschlaw.com; jgentile@beneschlaw.com |
| BUCHALTER, A PROFESSIONAL CORPORATION | schristianson@buchalter.com |
| CHIPMAN BROWN CICERO & COLE, LLP | desgross@chipmanbrown.com; bolton@chipmanbrown.com |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | soneal@cgsh.com; jvanlare@cgsh.com |
| COLE SCHOTZ P.C. | ddean@coleschotz.com; jalberto@coleschotz.com; aroth-moore@coleschotz.com |
| CONNOLLY GALLAGHER LLP | cgriffiths@connollygallagher.com; lhatfield@connollygallagher.com; jwisler@connollygallagher.com; |
| CROSS & SIMON, LLC | mvild@crosslaw.com |
| COUNTY OF LOUDOUN, VIRGINIA | Steve.Jackson@Loudoun.gov |
| DELAWARE SECRETARY OF STATE | dosdoc_ftax@delaware.gov |
| DELAWARE STATE TREASURY | statetreasurer@state.de.us |
| DORSEY & WHITNEY (DELAWARE) LLP | glorioso.alessandra@dorsey.com; schnabel.eric@dorsey.com |
| DOUG BELDEN, HILLSBOROUGH COUNTY TAX COLLECTOR | fitzgeraldb@hillsboroughcounty.org |
| GARNER & CONNER, PLLC | cconner@garnerconner.com |
| GIBBONS P.C. | hcohen@gibbonslaw.com; rmalone@gibbonslaw.com |
| GOLDMAN SACHS BANK USA | gs-slg-notices@gs.com |
| GOULSTON & STORRS PC | thoffmann@goulstonstorrs.com; ykass-gergi@goulstonstorrs.com |
| HILLER LAW, LLC | ahiller@adamhillerlaw.com |
| HOGAN♦MCDANIEL | dckerrick@dkhogan.com |
| HOLIFIELD & JANICH, PLLC | aholifield@holifieldlaw.com; kmann@holifieldlaw.com |
| HOWARD & HOWARD ATTORNEYS PLLC | mbogdanowicz@howardandhoward.com |
| HUNTON & WILLIAMS LLP | ggriffith@huntonak.com |
| INDIANA ATTORNEY GENERAL OFFICE | heather.crockett@atg.in.gov; amanda.quick@atg.in.gov |
| JACK SHRUM, PA | Jshrum@jshrumlaw.com |
| JENSEN BAGNATO, P.C. | jeffrey@jensenbagnatolaw.com; jeffreycarbino@gmail.com |
| KELLEY DRYE & WARREN LLP | kdwbankruptcydepartment@kelleydrye.com; rlehane@kelleydrye.com; swilson@kelleydrye.com; mlevine@kelleydrye.com |
| KLEHR HARRISON HARVEY BRANZBURG LLP | rlemisch@klehr.com; sveghte@klehr.com; cbrennan@klehr.com |
| KOHNER, MANN & KAILAS, S.C. | swisotzkey@kmksc.com |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | arogoff@kramerlevin.com; rschmidt@kramerlevin.com; jsharret@kramerlevin.com; jwagner@kramerlevin.com |
| KURTZMAN | STEADY, LLC | kurtzman@kurtzmansteady.com |
| LAW OFFICE OF SUSAN E. KAUFMAN, LLC | skaufman@skaufmanlaw.com |
| MAYNARD COOPER & GALE PC | jlamar@maynardcooper.com |
| MCCARTER & ENGLISH LLP | kbuck@mccarter.com |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | dprimack@mdmc-law.com; jbernstein@mdmc-law.com |
| MCGUIREWOODS | svaughn@mcguirewoods.com; sspeight@mcguirewoods.com |
| MIAMI-DADE COUNTY TAX COLLECTOR | priscilla.windley@miamidade.gov; mdtcbkc@miamidade.gov |
| MISSOURI DEPARTMENT OF REVENUE | deecf@dor.mo.gov |
| MONZACK MERSKY BROWDER and HOCHMAN, P.A. | rmersky@monlaw.com |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | dabbott@mnat.com |
| OAKLAND COUNTY TREASURER | kevin@lawyermich.com |
| OFFICE OF ATTORNEY GENERAL - PENNSYLVANIA | cmomjian@attorneygeneral.gov; crmomjian@attorneygeneral.gov |
| OFFICE OF THE ATTORNEY GENERAL - TEXAS | abigail.ryan@oag.texas.gov; jason.binford@oag.texas.gov |
| OFFICE OF THE UNITED STATES TRUSTEE | linda.richenderfer@usdoj.gov |
| PAUL HASTING LLP | justinrawlins@paulhastings.com; |

RTI HOLDING COMPANY, LLC - Case No. 20-12456
Electronic Mail Master Service List

| | |
|---|---|
| PENSION BENEFIT GUARANTY CORPORATION | morgan.courtney@pbgc.gov; efile@pbgc.gov; harris.melissa@pbgc.gov |
| POLSINELLI PC | cward@polsinelli.com |
| REGER RIZZO & DARNALL LLP | erassman@regerlaw.com |
| SAUL EWING ARNSTEIN & LEHR LLP | monique.disabatino@saul.com; luke.murley@saul.com |
| SCHREEDER, WHEELER & FLINT, LLP | chord@swfllp.com |
| SECURITIES & EXCHANGE COMMISSION | secbankruptcy-ogc-ado@sec.gov; secbankruptcy@sec.gov |
| SECURITIES AND EXCHANGE COMMISSION | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov |
| SHERRARD ROE VOIGT & HARBISON, PLC | mabelow@srvhlaw.com |
| SIMON PROPERTY GROUP | rtucker@simon.com |
| SMTD Law LLP | rberens@smtdlaw.com |
| STRADLEY, RONON, STEVENS & YOUNG, LLP | dpereira@stradley.com |
| SULLIVAN · HAZELTINE · ALLINSON LLC | zallinson@sha-llc.com |
| TCW DIRECT LENDING LLC | michael.anello@tcw.com |
| THE ROSNER LAW GROUP LLC | rosner@teamrosner.com; gibson@teamrosner.com liu@teamrosner.com |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | marcy.smith@troutman.com; matthew.brooks@troutman.com; gary.marsh@troutman.com |
| TUCKER ARENSBERG | bmanne@tuckerlaw.com |
| WATKINS & EAGER PLLC | rireland@watkinseager.com |
| WEIR & PARTNERS LLP | jcianciulli@weirpartners.com |
| WOLCOTT RIVERS GATES | jstiff@wolriv.com |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | bankfilings@ycst.com; mneiburg@ycst.com; |
| ZIONS BANCORPORTION | gregory.baser@zionsbancorp.com |