**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In Re:                      Chapter __11__

                              Case No. __20__-__12456__ (__JTD__)

Debtor: __RTI Holding Company, LLC, et al.__

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of __Mark B. Joachim of Polsinelli PC__ to represent __Quadre Investments, L.P.__ in this action.

/s/ Shanti M. Katona

Firm Name: Polsinelli PC
Address: 222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Phone: 302-252-0924
Email: skatona@polsinelli.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

     Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of __New York and District of Columbia__ and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

/s/ Mark B. Joachim

Firm Name: Polsinelli PC
Address: 1401 Eye ("I") Street, N.W.
Suite 800
Washington, DC 20005
Phone: 202-783-3300
Email: mjoachim@polsinelli.com

**ORDER GRANTING MOTION**

     IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Local Form 105