## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In Re:                                    Chapter __11__

Case No. ___20_-_12456_ (_JTD_)

Debtor: RTI Holding Company, LLC, et al.

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice
of  Mark B. Joachim of Polsinelli PC

to represent  Quadre Investments, L.P.

in this action.

/s/ Shanti M. Katona

Firm Name: Polsinelli PC

Address: 222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801

Phone: 302-252-0924

Email: skatona@polsinelli.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of  New York and District of Columbia  and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

/s/ Mark B. Joachim

Firm Name: Polsinelli PC

Address: 1401 Eye ("I") Street, N.W.
Suite 800
Washington, DC 20005

Phone: 202-783-3300

Email: mjoachim@polsinelli.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE

Dated: December 11th, 2020
Wilmington, Delaware

Local Form 105