**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| RTI HOLDING COMPANY, LLC, *et al.*,[1] | Case No. 20-12456 (JTD) |
| Debtors. | (Jointly Administered) |
| | |
| | **Hearing Date: January 22, 2020 at 1:00 p.m.**<br>**Objection Deadline: December 29, 2020 at 4:00 p.m.** |

**NOTICE OF MOTION OF CHRISTOPHER MARCHAND FOR ENTRY OF AN
ORDER (A) GRANTING RELIEF FROM THE AUTOMATIC STAY PURSUANT TO
§ 362 OF THE BANKRUPTCY CODE, AND (B) APPLYING BANKRUPTCY
<u>RULE 7023 TO PERMIT THE FILING OF THE CLASS PROOF OF CLAIM</u>**

PLEASE TAKE NOTICE that Christopher Marchand (the "<u>Movant</u>") has filed the Motion

of Christopher Marchand for Entry of an Order (A) Granting Relief from the Automatic Stay

Pursuant to § 362 of the Bankruptcy Code, and (B) Applying Bankruptcy Rule 7023 to Permit the

Filing of the Class Proof of Claim (the "<u>Motion</u>").

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: RTI Holding Company, LLC (4966); Ruby Tuesday, Inc. (5239); Ruby Tuesday, LLC (1391); RTBD, LLC (6505); RT of Carroll County, LLC (8836); RT Denver Franchise, L.P. (2621); RT Detroit Franchise, LLC (8738); RT Distributing, LLC (6096); RT Finance, LLC (7242); RT FL Gift Cards, Inc. (2189); RT Florida Equity, LLC (7159); RT Franchise Acquisition, LLC (1438); RT of Fruitland, Inc. (1103); RT Indianapolis Franchise, LLC (6016); RT Jonesboro Club (2726); RT KCMO Franchise, LLC (7020); RT Kentucky Restaurant Holdings, LLC (7435); RT Las Vegas Franchise, LLC (4969); RT Long Island Franchise, LLC (4072); RT of Maryland, LLC (7395); RT Michiana Franchise, LLC (8739); RT Michigan Franchise, LLC (8760); RT Minneapolis Franchise, LLC (2746); RT Minneapolis Holdings, LLC (7189); RT New England Franchise, LLC (4970); RT New Hampshire Restaurant Holdings, LLC (7438); RT New York Franchise, LLC (1154); RT Omaha Franchise, LLC (7442); RT Omaha Holdings, LLC (8647); RT One Percent Holdings, LLC (6689); RT One Percent Holdings II, LLC (2817); RT Orlando Franchise, LP (5105); RT Restaurant Services, LLC (7283); RT South Florida Franchise, LP (3535); RT Southwest Franchise, LLC (9715); RT St. Louis Franchise, LLC (6010); RT Tampa Franchise, LP (5290); RT Western Missouri Franchise, LLC (6082); RT West Palm Beach Franchise, LP (0359); RTTA, LP (0035); RTT Texas, Inc. (2461); RTTT, LLC (9194); Ruby Tuesday of Allegany County, Inc. (8011); Ruby Tuesday of Bryant, Inc. (6703); Ruby Tuesday of Columbia, Inc. (4091); Ruby Tuesday of Frederick, Inc. (4249); Ruby Tuesday of Linthicum, Inc. (8716); Ruby Tuesday of Marley Station, Inc. (1641); Ruby Tuesday of Pocomoke City, Inc. (0472); Ruby Tuesday of Russellville, Inc. (1601); and Ruby Tuesday of Salisbury, Inc. (5432). The Debtors' mailing address is 333 East Broadway Ave., Maryville, TN 37804.

A HEARING ON THE MOTION WILL BE HELD ON **JANUARY 22, 2020 AT 1:00 P.M.** AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, WILMINGTON, DE 19801, 5TH FLOOR, COURTROOM 5.

At the same time you must also serve a copy of the response upon Movant's attorneys:

Michael L. Vild (No. 3042)
CROSS & SIMON, LLC
1105 N. Market Street, Suite 901
Wilmington, DE 19801
Telephone: (302) 777-4200
Facsimile: (302) 777-4224
mvild@crosslaw.com

**ANY RESPONSE MUST BE FILED AND SERVED TOGETHER WITH A CERTIFICATE OF SERVICE ON OR BEFORE DECEMBER 29, 2020 AT 4:00 P.M. FAILURE TO TIMELY FILE AND SERVE A RESPONSE WILL RESULT IN AN ORDER GRANTING THE RELIEF REQUESTED IN THE MOTION.**

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised by the Motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security instrument.

Dated:   December 15, 2020                         CROSS & SIMON, LLC

                                                   */s/ Michael L. Vild*
                                                   Michael L. Vild (No. 3042)
                                                   1105 N. Market Street, Suite 901
                                                   Wilmington, DE 19801
                                                   Telephone: (302) 777-4200
                                                   Facsimile: (302) 777-4224
                                                   mvild@crosslaw.com

                                                   *Counsel for Movant*