# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| RTI HOLDING COMPANY, LLC, *et al.*,[1] | Case No. 20-12456 (JTD) |
| Debtors. | (Jointly Administered) |
| | Re: Docket No. ___ |

### ORDER GRANTING MOTION OF CHRISTOPHER MARCHAND FOR ENTRY OF AN ORDER (A) GRANTING RELIEF FROM THE AUTOMATIC STAY PURSUANT TO § 362 OF THE BANKRUPTCY CODE, AND (B) APPLYING BANKRUPTCY RULE 7023 TO PERMIT THE FILING OF THE CLASS PROOF OF CLAIM

Upon consideration of the Motion of Christopher Marchand for Entry of an Order (A) Granting Relief from the Automatic Stay Pursuant to § 362 of the Bankruptcy Code, and (B) Applying Bankruptcy Rule 7023 to Permit the Filing of the Class Proof of Claim (the "Motion") ; and the Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and due and proper notice of the Motion having been provided pursuant to Local Bankruptcy Rule 4001-1; and it appearing that no other or further notice being required; and upon consideration of

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: RTI Holding Company, LLC (4966); Ruby Tuesday, Inc. (5239); Ruby Tuesday, LLC (1391); RTBD, LLC (6505); RT of Carroll County, LLC (8836); RT Denver Franchise, L.P. (2621); RT Detroit Franchise, LLC (8738); RT Distributing, LLC (6096); RT Finance, LLC (7242); RT FL Gift Cards, Inc. (2189); RT Florida Equity, LLC (7159); RT Franchise Acquisition, LLC (1438); RT of Fruitland, Inc. (1103); RT Indianapolis Franchise, LLC (6016); RT Jonesboro Club (2726); RT KCMO Franchise, LLC (7020); RT Kentucky Restaurant Holdings, LLC (7435); RT Las Vegas Franchise, LLC (4969); RT Long Island Franchise, LLC (4072); RT of Maryland, LLC (7395); RT Michiana Franchise, LLC (8739); RT Michigan Franchise, LLC (8760); RT Minneapolis Franchise, LLC (2746); RT Minneapolis Holdings, LLC (7189); RT New England Franchise, LLC (4970); RT New Hampshire Restaurant Holdings, LLC (7438); RT New York Franchise, LLC (1154); RT Omaha Franchise, LLC (7442); RT Omaha Holdings, LLC (8647); RT One Percent Holdings, LLC (6689); RT One Percent Holdings II, LLC (2817); RT Orlando Franchise, LP (5105); RT Restaurant Services, LLC (7283); RT South Florida Franchise, LP (3535); RT Southwest Franchise, LLC (9715); RT St. Louis Franchise, LLC (6010); RT Tampa Franchise, LP (5290); RT Western Missouri Franchise, LLC (6082); RT West Palm Beach Franchise, LP (0359); RTTA, LP (0035); RTT Texas, Inc. (2461); RTTT, LLC (9194); Ruby Tuesday of Allegany County, Inc. (8011); Ruby Tuesday of Bryant, Inc. (6703); Ruby Tuesday of Columbia, Inc. (4091); Ruby Tuesday of Frederick, Inc. (4249); Ruby Tuesday of Linthicum, Inc. (8716); Ruby Tuesday of Marley Station, Inc. (1641); Ruby Tuesday of Pocomoke City, Inc. (0472); Ruby Tuesday of Russellville, Inc. (1601); and Ruby Tuesday of Salisbury, Inc. (5432). The Debtors' mailing address is 333 East Broadway Ave., Maryville, TN 37804.

-2-

any response timely filed with respect to the Motion; and after due deliberation and sufficient cause therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted as set forth herein.

2. The automatic stay in these cases is modified to permit the Superior Court of the State of Connecticut, Judicial District of Hartford (the "Connecticut Court") to consider and rule upon the Movant's motion for class certification.

3. Pursuant to Federal Rule of Bankruptcy Procedure 9014, the Court hereby directs that Federal Rule of Bankruptcy Procedure 7023 applies to the Motion and the Class Claim.

4. Pursuant to Federal Rule of Bankruptcy Procedure 7023 and Federal Rule of Civil Procedure 23, the proof of claim that the Movant filed on behalf of the Class is deemed a timely filed Class Proof of Claim.

5. Upon certification of the Class by the Connecticut Court, the Class will be deemed certified for all purposes in the Chapter 11 Cases, including but not limited to (a) voting on and, if applicable, opting out of and/or objecting to any releases contained in any chapter 11 plan or plans filed in the Chapter 11 Cases, (b) allowance of the Class Claim, and (c) receiving any distributions on account of the Class Claim on behalf of the entire Class.