## **CERTIFICATE OF SERVICE**

I, Michael L. Vild, hereby certify that, on this 15th day of December, 2020, and in addition to the service provided under the Court's CM/ECF system, I caused copies of the foregoing *Motion of Christopher Marchand for Entry of an Order (A) Granting Relief from the Automatic Stay Pursuant to § 362 of the Bankruptcy Code, and (B) Applying Bankruptcy Rule 7023 to Permit the Filing of the Class Proof of Claim* to be served upon the parties listed below by first class United States mail, postage prepaid.

| | |
|---|---|
| Richard M. Pachulski, Esquire<br>Jeffrey W. Dulberg, Esquire<br>James E. O'Neill, Esquire<br>PACHULSKI STANG ZIEHL<br>& JONES LLP<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 | Linda Richenderfer, Esquire<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, DE 19801 |
| G. David Dean, Esquire<br>Justin R. Alberto, Esquire<br>Andrew J. Roth-Moore, Esquire<br>COLE SCHOTZ P.C.<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801 | Adam C. Rogoff, Esquire<br>Robert T. Schmidt, Esquire<br>P. Bradley O'Neill, Esquire<br>KRAMER LEVIN NAFTALIS<br>& FRANKEL LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 |

          /s/ *Michael L. Vild*
          Michael L. Vild (No. 3042)