# Court Conference

Calendar Date: **12/18/2020**
Calendar Time: **01:00 PM ET**

U.S. Bankruptcy Court-District of Delaware
Confirmed Telephonic Appearance Schedule
Honorable John T. Dorsey
Courtroom

*Amended Calendar  Dec 18 2020 10:16AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 11014074 | Justin Alberto | (302) 651-2006 ext. | Cole Schotz P.C. | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 11011049 | Stephen J. Astringer | (302) 252-0962 ext. | Polsinelli PC | Creditor, Quadre Investments / LIVE |
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 11011168 | Nancy Bello | (212) 715-9333 ext. | Kramer Levin Naftalis & Frankel LLP | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 11012598 | Jeffrey Bernstein | (973) 565-2183 ext. | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Interested Party, Gold Square, PA, LLC / LIVE |
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 11010011 | Gary Bressler | (215) 557-2971 ext. | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Creditor, Liberty Mutual Insurance Company / LIVE |
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 11010392 | Matthew Brooks | (404) 885-2618 ext. | Troutman Pepper Hamilton Sanders LLP | Creditor, Chick-Fil-A Inc / LIVE |
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 11012158 | Kate R. Buck | (302) 984-6300 ext. | McCarter & English LLP | Creditor, Stafford RT / LIVE |
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 11011080 | Neil Chelo | (302) 252-0962 ext. | Polsinelli PC | Creditor, Quadre Investments / LISTEN ONLY |
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 10984707 | Ryan E. Davis | (407) 423-4246 ext. | Winderweedle, Haines, Ward & Woodman PA | Creditor, Crossman & Co / LISTEN ONLY |
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 11011150 | David Dean | (302) 651-2012 ext. | Cole Schotz P.C. | Creditor, Creditors Committee / LIVE |
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 11014148 | Marguerite Duffy | (865) 692-0632 ext. | Marguerite Duffy - In Pro Per/Pro Se | Creditor, Marguerite Duffy / LISTEN ONLY |
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 11010676 | Jeffrey W. Dulberg | (310) 772-2355 ext. | Pachulski Stang Ziehl & Jones | Debtor, RTI Holding Company, LLC / LIVE |
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 11012061 | Katharina Earle | (302) 654-1888 ext. | Ashby & Geddes | Interested Party, TCW Lending / LIVE |
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 11010728 | Brian Esser | (865) 380-7638 ext. | Ruby Tuesday, Inc. | Client, Brian Esser / LISTEN ONLY |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| RTI Holding Company, LLC | 20-12456 | Hearing | 11011073 | Matthew Giffuni | (302) 252-0962 ext. | Polsinelli PC | Creditor, Quadre Investments / LISTEN ONLY |
| RTI Holding Company, LLC | 20-12456 | Hearing | 11011977 | Kimberly Grant | (865) 414-3531 ext. | Kimberly Grant - In Pro Per/Pro Se | Pro Se, Kimberly Grant / LISTEN ONLY |
| RTI Holding Company, LLC | 20-12456 | Hearing | 11011983 | Sugi Hadiwijaya | (214) 551-5742 ext. | CR3 Partners LLC | Financial Advisor, for the Debtor, RTI Holding Company, LLC / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 11004360 | Melissa Harris | (202) 229-3019 ext. | Pension Benefit Guaranty Corporation | Creditor, Pension Benefit Guaranty Corporation / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 11014354 | Adam Hiller | (302) 442-7677 ext. | Hiller Law | Creditor/Claimant, Moody National/434 Partners/Canal Street Props. / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 11011055 | Mark Joachim | (774) 278-1096 ext. | Polsinelli PC | Creditor, Quadre Investments / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 11010718 | Shawn Lederman | (865) 379-5700 ext. | Ruby Tuesday, Inc. | Client, Shawn Lederman / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 11010366 | Marcy J. McLaughlin Smith | (302) 777-6535 ext. | Troutman Pepper LLP | Creditor, Chick Fil-A, Inc. / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 11010735 | Stephanie Medley | (865) 380-7638 ext. | Ruby Tuesday, Inc. | Client, Stephanie Medley / LISTEN ONLY |
| RTI Holding Company, LLC | 20-12456 | Hearing | 11013943 | Robert W Miller | (615) 742-9372 ext. | Manier & Herod | Creditor, Liberty Mutual Insurance Company / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 11013666 | Sean O'Neal | (212) 225-2416 ext. | Cleary Gottlieb Steen & Hamilton LLP | Creditor, Goldman Sachs / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 11010665 | James E. O'Neill | (302) 652-4100 ext. | Pachulski Stang Ziehl & Jones | Debtor, RTI Holding Company, LLC / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 11010672 | Richard Pachulski | (310) 277-6910 ext. | Pachulski Stang Ziehl & Jones | Debtor, RTI Holding Company, LLC / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 11010695 | Malhar S. Pagay | (310) 772-2335 ext. | Pachulski Stang Ziehl & Jones | Debtor, RTI Holding Company, LLC / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 11014442 | Susan P. Persichilli | (631) 470-1874 ext. | Epiq Corporate Restructuring, LLC | Interested Party, Susan P. Persichilli / LISTEN ONLY |
| RTI Holding Company, LLC | 20-12456 | Hearing | 11001817 | Lisa M. Peters | (402) 661-8609 ext. | Kutak Rock LLP | Interested Party, CNL Funding 2000-A, LP / LISTEN ONLY |
| RTI Holding Company, LLC | 20-12456 | Hearing | 11012062 | Justin E. Rawlins | (213) 683-6130 ext. | Paul Hastings LLP | Interested Party, TCW Lending / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 11010531 | Linda Richenderfer | (302) 573-6491 ext. | Office of the United States Trustee | U.S. Trustee, Linda Richenderfer / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 11014049 | Laurel D. Roglen | (302) 252-4465 ext. | Ballard Spahr LLP | Lessor, Brixmor Operating Partnership LP / LIVE |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| RTI Holding Company, LLC | 20-12456 | Hearing | 11011157 | Adam Rogoff | (212) 715-9285 ext. | Kramer Levin Naftalis & Frankel LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 10972655 | Katherine Sanchez | (602) 798-5400 ext. 5422 | Ballard Spahr LLP | Creditor, STORE Capital Corporation / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 11010713 | Robert M Saunders | (818) 693-6000 ext. | Pachulski Stang Ziehl & Jones | Debtor, RTI Holding Company, LLC / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 11011165 | Robert T. Schmidt | (212) 715-9527 ext. | Kramer Levin Naftalis & Frankel LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 11011163 | Jennifer Sharret | (212) 715-9516 ext. | Kramer Levin Naftalis & Frankel LLP | Creditor, Unsecured Creditors Committee / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 11012064 | Scott Shelley | (213) 683-5952 ext. | Paul Hastings LLP | Interested Party, TCW Lending / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 11007383 | Joshua D. Stiff | (757) 497-6633 ext. | Wolcott Rivers Gates | Creditor, Route Ten / LISTEN ONLY |
| RTI Holding Company, LLC | 20-12456 | Hearing | 11012058 | Gregory A. Taylor | (302) 654-1888 ext. | Ashby & Geddes | Interested Party, TCW Lending / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 11013685 | Maribeth Thomas | (412) 594-3949 ext. | Tucker Arensberg | Creditor, Moody National / LISTEN ONLY |
| RTI Holding Company, LLC | 20-12456 | Hearing | 11011981 | David Tiffany | (602) 799-7397 ext. | CR3 Partners LLC | Financial Advisor, for the Debtor, RTI Holding Company, LLC / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 11012148 | Michael Tomback | (954) 263-4742 ext. | Reorg Research, Inc. | Interested Party, Reorg Research / LISTEN ONLY |
| RTI Holding Company, LLC | 20-12456 | Hearing | 11013672 | Jane VanLare | (212) 225-2872 ext. | Cleary Gottlieb Steen & Hamilton LLP | Creditor, Goldman Sachs / LIVE |
| RTI Holding Company, LLC | 20-12456 | Hearing | 11013679 | Michael D. Weinberg | (212) 225-2856 ext. | Cleary Gottlieb Steen & Hamilton LLP | Creditor, Goldman Sachs / LISTEN ONLY |
| RTI Holding Company, LLC | 20-12456 | Hearing | 11012370 | Sean T Wilson | (212) 808-7925 ext. | Kelley Drye & Warren LLP | Creditor, Aston Properties Inc / LIVE |