# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| RTI HOLDING COMPANY, LLC,[1] | Case No. 20-12456 (JTD) |
| Debtors. | (Jointly Administered) |
|  | **Ref. Docket Nos. 738, 740-743** |

## AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT )
                     ) ss.:
COUNTY OF MIDDLESEX  )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as a Director of Client Services by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 16, 2020, I caused to be served the:

   a. "Notice of Agenda of Matters Scheduled for Telephonic Hearing on December 18, 2020 at 1:00 P.M. (Prevailing Eastern Time) Before the Honorable John T. Dorsey," dated December 16, 2020, [Docket No. 738], (the "Agenda Notice"),

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: RTI Holding Company, LLC (4966); Ruby Tuesday, Inc. (5239); Ruby Tuesday, LLC (1391); RTBD,LLC (6505); RT of Carroll County, LLC (8836); RT Denver Franchise, L.P. (2621); RT Detroit Franchise, LLC (8738); RT Distributing, LLC (6096); RT Finance, LLC (7242); RT FL Gift Cards, Inc. (2189); RT Florida Equity, LLC (7159); RT Franchise Acquisition, LLC (1438); RT of Fruitland, Inc. (1103); RT Indianapolis Franchise, LLC(6016); RT Jonesboro Club (2726); RT KCMO Franchise, LLC (7020); RT Kentucky Restaurant Holdings, LLC (7435); RT Las Vegas Franchise, LLC (4969); RT Long Island Franchise, LLC (4072); RT of Maryland, LLC (7395); RT Michiana Franchise, LLC (8739); RT Michigan Franchise, LLC (8760); RT Minneapolis Franchise, LLC (2746); RT Minneapolis Holdings, LLC (7189); RT New England Franchise, LLC (4970); RT New Hampshire Restaurant Holdings, LLC (7438); RT New York Franchise, LLC (1154); RT Omaha Franchise, LLC (7442); RT Omaha Holdings, LLC (8647); RT One Percent Holdings, LLC (6689); RT One Percent Holdings II, LLC (2817); RT Orlando Franchise, LP (5105); RT Restaurant Services, LLC (7283); RT South Florida Franchise, LP (3535); RT Southwest Franchise, LLC (9715); RT St. Louis Franchise, LLC (6010); RT Tampa Franchise, LP (5290); RT Western Missouri Franchise, LLC (6082); RT West Palm Beach Franchise, LP (0359); RTTA, LP (0035); RTT Texas, Inc. (2461); RTTT, LLC (9194); Ruby Tuesday of Allegany County, Inc. (8011); Ruby Tuesday of Bryant, Inc. (6703); Ruby Tuesday of Columbia, Inc. (4091); Ruby Tuesday of Frederick, Inc. (4249); Ruby Tuesday of Linthicum, Inc. (8716); Ruby Tuesday of Marley Station, Inc. (1641); Ruby Tuesday of Pocomoke City, Inc. (0472); Ruby Tuesday of Russellville, Inc. (1601); and Ruby Tuesday of Salisbury, Inc. (5432). The Debtors' mailing address is 333 East Broadway Ave., Maryville, TN 37804.

b. "Declaration and Disclosure Statement of Mark L. Dolin, on Behalf of Kopka Pinkus Dolin, PC," dated December 11, 2020, [Docket No. 740], (the "Dolin Declaration"),

c. "Declaration and Disclosure Statement of William A. Scott, Jr. on Behalf of Scott, Sullivan, Streetman & Fox, P.C.," dated December 7, 2020, [Docket No. 741], (the "Fox Declaration"),

d. "*Amended* Second Notice to Reject Certain Executory Contracts and Unexpired Non-Residential Real Property Leases," dated December 16, 2020, [Docket No. 742], (the "Second Notice"), and

e. "Third Notice of Rejection of Unexpired Lease of Nonresidential Real Property and Abandonment of Property in Connection Therewith," dated December 16, 2020, [Docket No. 743], (the "Third Notice"),

by causing true and correct copies of the:

i. Agenda Notice to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A,

ii. Dolin Declaration, Fox Declaration, Second Notice and Third Notice to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

iii. Second Notice to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B,

iv. Third Notice to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit C,

v. Agenda Notice, Dolin Declaration, Fox Declaration, Second Notice and Third Notice to be delivered via electronic mail to those parties listed on the annexed Exhibit D,

vi. Agenda Notice to be delivered via electronic mail to those parties listed on the annexed Exhibit E,

vii. Second Notice to be delivered via electronic mail to those parties listed on the annexed Exhibit F, and

viii. Third Notice to be delivered via electronic mail to: *dneumann@meyersroman.com*.

3. All envelopes utilized in the service of the foregoing contained the following legend: LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Angharad Bowdler*
Angharad Bowdler

Sworn to before me this
17th day of December, 2020
*/s/ Amy E. Lewis*

Notary Public, State of Connecticut
Acct. No. 100624
Commission Expires: 8/31/2022

**Exhibit A**

| Claim Name | Address Information |
|---|---|
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| MEYERS, RODBELL & ROSENBAUM, P.A. | (COUNSEL TO PRINCE GEORGE'S COUNTY) ATTN NICOLE C KENWORTHY 6801 KENILWORTH AVE, STE 400 RIVERDALE MD 20737-1385 |

**Total Creditor count  2**

# Exhibit B

| Claim Name | Address Information |
|---|---|
| 530 DONESLSON, LLC | DONELSON PIKE RESTAURANT PARTNERS 520 DONELSON PIKE NASHVILLE TN 37214 |
| AMERICAN BANK | ATTN MARK W. JAINDL 4029 WEST TILGHMAN STREET ALLENTOWN PA 18104 |
| ATLANTIS TRUST | SOUTH HUNTSVILLE 11594 MEMORIAL PARKWAY, S.W. HUNTSVILLE AL 31794 |
| BLACK BOX INTELLIGENCE | 14785 PRESTON ROAD SUITE 290 DALLAS TX 75254 |
| BRASK ENTERPRISES | PO BOX 55287 HOUSTON TX 77255 |
| BUNTIN OUT OF HOME MEDIA (BUNTIN) | 230 WILLOW ST NASHVILLE TN 37210 |
| CINTAS | 4601 CREEKSTONE DRIVE SUITE 200 DURHAM NC 27703-0000 |
| CORETRUST PURCHASING GROUP | ATTN CHIEF LEGAL OFFICER 155 FRANKLIN RD, STE 400 BRENTWOOD TN 37027 |
| DAVID JAINDL | ADDRESS ON FILE |
| ESS (EMPLOYMENT SCREENING SERVICES) | PO BOX 830520 DEPT K BIRMINGHAM AL 35283-0000 |
| GREAT AMERICA FINANCIAL SERV | PO BOX 660831 DALLAS TX 75266-0831 |
| JOHNSON CONTROLS | DEPT CH 10320 PALATINE IL 60055-0000 |
| KALLIOPPI, LLC | ATTN: REAL ESTATE 1312 18TH STREET NW WASHINGTON DC 20036 |
| KEVIN T. FOGERTY LAW OFFICE | (COUNSEL TO MARK JAINDL) ATTN KEVIN FOGERTY 1275 GLENLIVET DR., #150 ALLENTOWN PA 18106 |
| MAYO & ASSOCIATES, INC. | PO BOX 167 CHESTERFIELD VA 23832 |
| OREOF 2017 RUBY LLC ORION | FT. PAYNE 301 RUBY TUESDAY LANE FT. PAYNE AL 35967 |
| ORION-NRD RUBY JV LLC | KEARNEY 108 FIRST AVENUE PLACE KEARNEY NE 68847 |
| ROBERTS OXYGEN | PO BOX 5507 ROCKVILLE MD 20855-0000 |
| RONALD A BALDI | ADDRESS ON FILE |
| RUBBER AND ROAD CREATIVE AGENCY, INC | 222 REDDING WAY SAN RAFAEL CA 94901 |
| SANDY ALEXANDER COMPANY/ DINE TECH | P O BOX 824263 PHILADELPHIA PA 19182-0000 |
| SERENGETI | THOMSON RUETERS GRC PAYMENT CENTER PO BOX 6292 CAROL STREAM IL 60197-0000 |
| SHIFTONE | 3140 WASHINGTON BLVD STE 209 ARLINGTON VA 22201 |
| SIMPLEX MONITORING LLC | DEPT CH 10320 PALATINE IL 60055-0000 |
| SJP CONTRACT | 1301 RIVERPLACE BLVD STE 200 JACKSONVILLE FL 32207 |
| STAFFORD RT LLC | TIFTON 1306 US HWY 82 WEST TIFTON GA 31794 |
| STANLEY CONVERGENT | DEPT CH 10651 PALATINE IL 60055-0000 |
| TALX CORPORATION (EQUIFAX) | 4076 PAYSPHERE CIRCLE CHICAGO IL 60674-0000 |
| TENENBAUM & SAAS, P.C. | (COUNSEL TO GREGORY J. ROSS) ATTN GREGORY J. ROSS 4504 WALSH ST., SUITE 200 CHEVY CHASE MD 20815 |
| THUZI, LLC | 7827 GUNN HIGHWAY TAMPA FL 33626-0000 |
| TRALIANT, LLC | 1600 ROSECRANS AVE 4TH FLOOR MEDIA CENTER MANHATTAN BEACH CA 90266 |
| USM, INC. DBA SONORAN | LANDSCAPE MAINTENANCE 7807 E GREENWAY ROAD SUITE 7B SCOTTSDALE AZ 85260-0000 |
| WALDEN DICK WRI I | COOPER CREEK 8306 TOURIST CENTER DRIVE BRADENTON FL 34201 |
| ZATOR LAW | (COUNSEL TO DAVID JAINDL) ATTN JOSEPH A. ZATOR 4400 WALBERT AVENUE AT RIDGEVIEW DRIVE ALLENTOWN PA 18104 |

**Total Creditor count  34**

**Exhibit C**

| | |
|---|---|
| AROOSTOOK CENTER MALL REALTY HOLDINGS LLC<br>PRESQUE ISLE<br>830 MAIN STREET<br>PRESQUE ISLE, ME 04769 | MEYERS, ROMAN, FRIEDBERG & LEWIS<br>(COUNSEL TO PRESQUE ISLE)<br>ATTN DAVID M. NEUMANN<br>28601 CHAGRIN BOULEVARD, SUITE 600<br>CLEVELAND, OHIO  44122 |
| | |
| | |
| | |

# Exhibit D

RTI HOLDING COMPANY, LLC - Case No. 20-12456
Electronic Mail Master Service List

| NAME | EMAIL ADDRESS |
| --- | --- |
| ABRAMS & BAYLISS LLP | SEAMAN@ABRAMSBAYLISS.COM; CANNATARO@ABRAMSBAYLISS.COM; |
| ADAMS AND REESE LLP | JOHN.ROGERSON@ARLAW.COM; JAMIE.OLINTO@ARLAW.COM; |
| ASHBY & GEDDES, P.A. | GTAYLOR@ASHBYGEDDES.COM; KEARLE@ASHBYGEDDES.COM; |
| BALLARD SPAHR LLP | HEILMANL@BALLARDSPAHR.COM; ROGLENL@BALLARDSPAHR.COM; GANZC@BALLARDSPAHR.COM; ANDERSONSANCHEZK@BALLARDSPAHR.COM; SUMMERSM@BALLARDSPAHR.COM; |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | KCAPUZZI@BENESCHLAW.COM; JGENTILE@BENESCHLAW.COM; |
| BUCHALTER, A PROFESSIONAL CORPORATION | SCHRISTIANSON@BUCHALTER.COM; |
| CAFARO MANAGEMENT COMPANY | LMADGAR@CAFAROCOMPANY.COM; |
| CHIPMAN BROWN CICERO & COLE, LLP | DESGROSS@CHIPMANBROWN.COM; BOLTON@CHIPMANBROWN.COM; |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | SONEAL@CGSH.COM; JVANLARE@CGSH.COM; |
| COLE SCHOTZ P.C. | DDEAN@COLESCHOTZ.COM; JALBERTO@COLESCHOTZ.COM; AROTH-MOORE@COLESCHOTZ.COM; |
| CONNOLLY GALLAGHER LLP | CGRIFFITHS@CONNOLLYGALLAGHER.COM; LHATFIELD@CONNOLLYGALLAGHER.COM; JWISLER@CONNOLLYGALLAGHER.COM; KCONLAN@CONNOLLYGALLAGHER.COM; KBIFFERATO@CONNOLLYGALLAGHER.COM; |
| COUNTY OF LOUDOUN, VIRGINIA | STEVE.JACKSON@LOUDOUN.GOV; |
| CROSS & SIMON, LLC | MVILD@CROSSLAW.COM; |
| DELAWARE SECRETARY OF STATE | DOSDOC_FTAX@DELAWARE.GOV; |
| DELAWARE STATE TREASURY | STATETREASURER@STATE.DE.US; |
| DORSEY & WHITNEY (DELAWARE) LLP | GLORIOSO.ALESSANDRA@DORSEY.COM; SCHNABEL.ERIC@DORSEY.COM; |
| DOUG BELDEN, HILLSBOROUGH COUNTY TAX COLLECTOR | FITZGERALDB@HILLSBOROUGHCOUNTY.ORG; |
| GARNER & CONNER, PLLC | CCONNER@GARNERCONNER.COM; |
| GIBBONS P.C. | HCOHEN@GIBBONSLAW.COM; RMALONE@GIBBONSLAW.COM; |
| GOLDMAN SACHS BANK USA | GS-SLG-NOTICES@GS.COM; |
| GOULSTON & STORRS PC | THOFFMANN@GOULSTONSTORRS.COM; YKASS-GERGI@GOULSTONSTORRS.COM; |
| HILLER LAW, LLC | AHILLER@ADAMHILLERLAW.COM; |
| HOGAN♦MCDANIEL | DCKERRICK@DKHOGAN.COM; |
| HOLIFIELD & JANICH, PLLC | AHOLIFIELD@HOLIFIELDLAW.COM; KMANN@HOLIFIELDLAW.COM; |

| | |
|---|---|
| HOWARD & HOWARD ATTORNEYS PLLC | MBOGDANOWICZ@HOWARDANDHOWARD.COM; |
| HUNTON & WILLIAMS LLP | GGRIFFITH@HUNTONAK.COM; |
| INDIANA ATTORNEY GENERAL OFFICE | HEATHER.CROCKETT@ATG.IN.GOV; AMANDA.QUICK@ATG.IN.GOV; |
| JACK SHRUM, PA | JSHRUM@JSHRUMLAW.COM; |
| JACKSON & CAMPBELL, P.C. | MWEITZMAN@JACKSCAMP.COM; |
| JENSEN BAGNATO, P.C. | JEFFREY@JENSENBAGNATOLAW.COM; JEFFREYCARBINO@GMAIL.COM; |
| KELLEY DRYE & WARREN LLP | KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM; RLEHANE@KELLEYDRYE.COM; SWILSON@KELLEYDRYE.COM; MLEVINE@KELLEYDRYE.COM; |
| KLEHR HARRISON HARVEY BRANZBURG LLP | RLEMISCH@KLEHR.COM; SVEGHTE@KLEHR.COM; CBRENNAN@KLEHR.COM; |
| KOHNER, MANN & KAILAS, S.C. | SWISOTZKEY@KMKSC.COM; |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | AROGOFF@KRAMERLEVIN.COM; RSCHMIDT@KRAMERLEVIN.COM; JSHARRET@KRAMERLEVIN.COM; JWAGNER@KRAMERLEVIN.COM; |
| KURTZMAN \| STEADY, LLC | KURTZMAN@KURTZMANSTEADY.COM; |
| LAW OFFICE OF SUSAN E. KAUFMAN, LLC | SKAUFMAN@SKAUFMANLAW.COM; |
| MARICOPA COUNTY TREASURER | MUTHIGK@MCAO.MARICOPA.GOV |
| MAYNARD COOPER & GALE PC | JLAMAR@MAYNARDCOOPER.COM; |
| MCCARTER & ENGLISH LLP | KBUCK@MCCARTER.COM; |
| MCCREARY, VESELKA, BRAGG & ALLEN, P.C. | TLEDAY@MVBALAW.COM; |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | DPRIMACK@MDMC-LAW.COM; JBERNSTEIN@MDMC-LAW.COM; |
| MCGUIREWOODS | SVAUGHN@MCGUIREWOODS.COM; SSPEIGHT@MCGUIREWOODS.COM; |
| MIAMI-DADE COUNTY TAX COLLECTOR | PRISCILLA.WINDLEY@MIAMIDADE.GOV; MDTCBKC@MIAMIDADE.GOV; |
| MISSOURI DEPARTMENT OF REVENUE | DEECF@DOR.MO.GOV; |
| MONZACK MERSKY BROWDER and HOCHMAN, P.A. | RMERSKY@MONLAW.COM; |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | DABBOTT@MNAT.COM; |
| OAKLAND COUNTY TREASURER | KEVIN@LAWYERMICH.COM; |
| OFFICE OF ATTORNEY GENERAL - PENNSYLVANIA | CMOMJIAN@ATTORNEYGENERAL.GOV; CRMOMJIAN@ATTORNEYGENERAL.GOV; |
| OFFICE OF THE ATTORNEY GENERAL - TENNESSE | AGBANKDELAWARE@AG.TN.GOV; |
| OFFICE OF THE ATTORNEY GENERAL - | ABIGAIL.RYAN@OAG.TEXAS.GOV; |

RTI HOLDING COMPANY, LLC - Case No. 20-12456
Electronic Mail Master Service List

| | |
|---|---|
| OFFICE OF THE UNITED STATES TRUSTEE | LINDA.RICHENDERFER@USDOJ.GOV; |
| PACHULSKI STANG ZIEHL & JONES LLP | JO'NEILL@PSZJLAW.COM |
| PAUL HASTING LLP | JUSTINRAWLINS@PAULHASTINGS.COM; AARONGOBERSIMS@PAULHASTINGS.COM; |
| PENSION BENEFIT GUARANTY CORPORATION | MORGAN.COURTNEY@PBGC.GOV; EFILE@PBGC.GOV; HARRIS.MELISSA@PBGC.GOV; |
| POLSINELLI PC | CWARD@POLSINELLI.COM; |
| REGER RIZZO & DARNALL LLP | ERASSMAN@REGERLAW.COM; |
| SAUL EWING ARNSTEIN & LEHR LLP | MONIQUE.DISABATINO@SAUL.COM; LUKE.MURLEY@SAUL.COM; |
| SCHREEDER, WHEELER & FLINT, LLP | CHORD@SWFLLP.COM; |
| SECURITIES & EXCHANGE COMMISSION | SECBANKRUPTCY-OGC-ADO@SEC.GOV; SECBANKRUPTCY@SEC.GOV; |
| SECURITIES AND EXCHANGE COMMISSION | BANKRUPTCYNOTICESCHR@SEC.GOV; NYROBANKRUPTCY@SEC.GOV; |
| SEYFARTH SHAW LLP | WHANLON@SEYFARTH.COM; |
| SHERRARD ROE VOIGT & HARBISON, PLC | MABELOW@SRVHLAW.COM; |
| SIMON PROPERTY GROUP | RTUCKER@SIMON.COM; |
| SMTD LAW LLP | RBERENS@SMTDLAW.COM; |
| STRADLEY, RONON, STEVENS & YOUNG, LLP | DPEREIRA@STRADLEY.COM |
| SULLIVAN · HAZELTINE · ALLINSON LLC | ZALLINSON@SHA-LLC.COM; |
| TCW DIRECT LENDING LLC | MICHAEL.ANELLO@TCW.COM; |
| THE ROSNER LAW GROUP LLC | ROSNER@TEAMROSNER.COM; GIBSON@TEAMROSNER.COM LIU@TEAMROSNER.COM; |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | MARCY.SMITH@TROUTMAN.COM; MATTHEW.BROOKS@TROUTMAN.COM; GARY.MARSH@TROUTMAN.COM; |
| TUCKER ARENSBERG | BMANNE@TUCKERLAW.COM; |
| UCTS, DEPT OF LABOR AND INDUSTRY | RA-LI-UCTS-BANKRUPT@STATE.PA.US |
| WATKINS & EAGER PLLC | RIRELAND@WATKINSEAGER.COM; |
| WEIR & PARTNERS LLP | JCIANCIULLI@WEIRPARTNERS.COM; |
| WOLCOTT RIVERS GATES | JSTIFF@WOLRIV.COM; |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | BANKFILINGS@YCST.COM; MNEIBURG@YCST.COM; JMULVIHILL@YCST.COM; |
| ZIONS BANCORPORTION | GREGORY.BASER@ZIONSBANCORP.COM; |

**Exhibit E**

**RTI HOLDING COMPANY, LLC**
Case No. 20-12456
**Dec 18 Agenda Additional Email Addresses**

| Email |
| --- |
| skatona@polsinelli.com |
| mjoachim@polsinelli.com |
| boneil@kramerlevin.com |
| pdawson@forthepeople.com |
| branchd@ballardspahr.com |

# Exhibit F

**RTI HOLDING COMPANY, LLC**
Case No. 20-12456
**2nd Amended Rejection Notice Email Parties**

| **Email** |
|---|
| gjross@tspclaw.com |
| jflisicky@blco-cpa.com |
| david.jaindl@jaindl.com |
| kfogerty@fogertylaw.com |
| mjaindl@ambk.com |
| john.rogerson@arlaw.com |
| mneiburg@ycst.com |
| jmulvihill@ycst.com |

**Page 1 of 1**