# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| RTI HOLDING COMPANY, LLC,[1] | ) ) ) | Case No. 20-12456 (JTD) |
| Debtors. | ) ) ) | (Jointly Administered) |
|  | ) | **Ref. Docket No. 708** |

## AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT )
                     ) ss.:
COUNTY OF MIDDLESEX  )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as a Director of Client Services by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 11, 2020, I caused to be served the "Objection of the Official Committee of Unsecured Creditors to Disclosure Statement for Debtors' Chapter 11 Plan," dated December 11, 2020, [Docket No. 708],

   by causing true and correct copies to be:

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: RTI Holding Company, LLC (4966); Ruby Tuesday, Inc. (5239); Ruby Tuesday, LLC (1391); RTBD,LLC (6505); RT of Carroll County, LLC (8836); RT Denver Franchise, L.P. (2621); RT Detroit Franchise, LLC (8738); RT Distributing, LLC (6096); RT Finance, LLC (7242); RT FL Gift Cards, Inc. (2189); RT Florida Equity, LLC (7159); RT Franchise Acquisition, LLC (1438); RT of Fruitland, Inc. (1103); RT Indianapolis Franchise, LLC(6016); RT Jonesboro Club (2726); RT KCMO Franchise, LLC (7020); RT Kentucky Restaurant Holdings, LLC (7435); RT Las Vegas Franchise, LLC (4969); RT Long Island Franchise, LLC (4072); RT of Maryland, LLC (7395); RT Michiana Franchise, LLC (8739); RT Michigan Franchise, LLC (8760); RT Minneapolis Franchise, LLC (2746); RT Minneapolis Holdings, LLC (7189); RT New England Franchise, LLC (4970); RT New Hampshire Restaurant Holdings, LLC (7438); RT New York Franchise, LLC (1154); RT Omaha Franchise, LLC (7442); RT Omaha Holdings, LLC (8647); RT One Percent Holdings, LLC (6689); RT One Percent Holdings II, LLC (2817); RT Orlando Franchise, LP (5105); RT Restaurant Services, LLC (7283); RT South Florida Franchise, LP (3535); RT Southwest Franchise, LLC (9715); RT St. Louis Franchise, LLC (6010); RT Tampa Franchise, LP (5290); RT Western Missouri Franchise, LLC (6082); RT West Palm Beach Franchise, LP (0359); RTTA, LP (0035); RTT Texas, Inc. (2461); RTTT, LLC (9194); Ruby Tuesday of Allegany County, Inc. (8011); Ruby Tuesday of Bryant, Inc. (6703); Ruby Tuesday of Columbia, Inc. (4091); Ruby Tuesday of Frederick, Inc. (4249); Ruby Tuesday of Linthicum, Inc. (8716); Ruby Tuesday of Marley Station, Inc. (1641); Ruby Tuesday of Pocomoke City, Inc. (0472); Ruby Tuesday of Russellville, Inc. (1601); and Ruby Tuesday of Salisbury, Inc. (5432). The Debtors' mailing address is 333 East Broadway Ave., Maryville, TN 37804.

    a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>, and

    b. delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u> and *slederman@rubytuesday.com*.

3. All envelopes utilized in the service of the foregoing contained the following legend: LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

<u>/s/ Angharad Bowdler</u><br>
Angharad Bowdler

Sworn to before me this
14th day of December, 2020
<u>/s/ Amy E. Lewis</u>
Notary Public, State of Connecticut
Acct. No. 100624
Commission Expires: 8/31/2022

# Exhibit A

| Claim Name | Address Information |
|---|---|
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| MEYERS, RODBELL & ROSENBAUM, P.A. | (COUNSEL TO PRINCE GEORGE'S COUNTY) ATTN NICOLE C KENWORTHY 6801 KENILWORTH AVE, STE 400 RIVERDALE MD 20737-1385 |

**Total Creditor count  2**

**Exhibit B**

**RTI HOLDING COMPANY, LLC - Case No. 20-12456**
**Electronic Mail Master Service List**

| NAME | EMAIL ADDRESS |
|---|---|
| ABRAMS & BAYLISS LLP | seaman@abramsbayliss.com; cannataro@abramsbayliss.com; |
| ADAMS AND REESE LLP | john.rogerson@arlaw.com; jamie.olinto@arlaw.com; |
| ASHBY & GEDDES, P.A. | gtaylor@ashbygeddes.com; kearle@ashbygeddes.com; |
| BALLARD SPAHR LLP | heilmanl@ballardspahr.com; roglenl@ballardspahr.com; ganzc@ballardspahr.com; andersonsanchezk@ballardspahr.com; summersm@ballardspahr.com; |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | kcapuzzi@beneschlaw.com; jgentile@beneschlaw.com; |
| BUCHALTER, A PROFESSIONAL CORPORATION | schristianson@buchalter.com; |
| CAFARO MANAGEMENT COMPANY | lmadgar@cafarocompany.com; |
| CHIPMAN BROWN CICERO & COLE, LLP | desgross@chipmanbrown.com; bolton@chipmanbrown.com; |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | soneal@cgsh.com; jvanlare@cgsh.com; |
| COLE SCHOTZ P.C. | ddean@coleschotz.com; jalberto@coleschotz.com; aroth-moore@coleschotz.com; |
| CONNOLLY GALLAGHER LLP | cgriffiths@connollygallagher.com; lhatfield@connollygallagher.com; jwisler@connollygallagher.com; kconlan@connollygallagher.com; kbifferato@connollygallagher.com; |
| COUNTY OF LOUDOUN, VIRGINIA | steve.jackson@loudoun.gov; |
| CROSS & SIMON, LLC | mvild@crosslaw.com; |
| DELAWARE SECRETARY OF STATE | dosdoc_ftax@delaware.gov; |
| DELAWARE STATE TREASURY | statetreasurer@state.de.us; |
| DORSEY & WHITNEY (DELAWARE) LLP | glorioso.alessandra@dorsey.com; schnabel.eric@dorsey.com; |
| DOUG BELDEN, HILLSBOROUGH COUNTY TAX COLLECTOR | fitzgeraldb@hillsboroughcounty.org; |
| GARNER & CONNER, PLLC | cconner@garnerconner.com; |
| GIBBONS P.C. | hcohen@gibbonslaw.com; rmalone@gibbonslaw.com; |

**RTI HOLDING COMPANY, LLC - Case No. 20-12456**
**Electronic Mail Master Service List**

| NAME | EMAIL ADDRESS |
|---|---|
| GOLDMAN SACHS BANK USA | gs-slg-notices@gs.com; |
| GOULSTON & STORRS PC | thoffmann@goulstonstorrs.com; ykass-gergi@goulstonstorrs.com; |
| HILLER LAW, LLC | ahiller@adamhillerlaw.com; |
| HOGAN♦MCDANIEL | dckerrick@dkhogan.com; |
| HOLIFIELD & JANICH, PLLC | aholifield@holifieldlaw.com; kmann@holifieldlaw.com; |
| HOWARD & HOWARD ATTORNEYS PLLC | mbogdanowicz@howardandhoward.com; |
| HUNTON & WILLIAMS LLP | ggriffith@huntonak.com; |
| INDIANA ATTORNEY GENERAL OFFICE | heather.crockett@atg.in.gov; amanda.quick@atg.in.gov; |
| JACK SHRUM, PA | jshrum@jshrumlaw.com; |
| JACKSON & CAMPBELL, P.C. | mweitzman@jackscamp.com; |
| JENSEN BAGNATO, P.C. | jeffrey@jensenbagnatolaw.com; jeffreycarbino@gmail.com; |
| KELLEY DRYE & WARREN LLP | kdwbankruptcydepartment@kelleydrye.com; rlehane@kelleydrye.com; swilson@kelleydrye.com; mlevine@kelleydrye.com; |
| KLEHR HARRISON HARVEY BRANZBURG LLP | rlemisch@klehr.com; sveghte@klehr.com; cbrennan@klehr.com; |
| KOHNER, MANN & KAILAS, S.C. | swisotzkey@kmksc.com; |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | arogoff@kramerlevin.com; rschmidt@kramerlevin.com; jsharret@kramerlevin.com; jwagner@kramerlevin.com; |
| KURTZMAN \| STEADY, LLC | kurtzman@kurtzmansteady.com; |
| LAW OFFICE OF SUSAN E. KAUFMAN, LLC | skaufman@skaufmanlaw.com; |
| MARICOPA COUNTY TREASURER | muthigk@mcao.maricopa.gov |
| MAYNARD COOPER & GALE PC | jlamar@maynardcooper.com; |
| MCCARTER & ENGLISH LLP | kbuck@mccarter.com; |
| MCCREARY, VESELKA, BRAGG & ALLEN, P.C. | tleday@mvbalaw.com; |

| NAME | EMAIL ADDRESS |
|---|---|
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | dprimack@mdmc-law.com; jbernstein@mdmc-law.com; |
| MCGUIREWOODS | svaughn@mcguirewoods.com; sspeight@mcguirewoods.com; |
| MIAMI-DADE COUNTY TAX COLLECTOR | priscilla.windley@miamidade.gov; mdtcbkc@miamidade.gov; |
| MISSOURI DEPARTMENT OF REVENUE | deecf@dor.mo.gov; |
| MONZACK MERSKY BROWDER and HOCHMAN, P.A. | rmersky@monlaw.com; |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | dabbott@mnat.com; |
| OAKLAND COUNTY TREASURER | kevin@lawyermich.com; |
| OFFICE OF ATTORNEY GENERAL - PENNSYLVANIA | cmomjian@attorneygeneral.gov; crmomjian@attorneygeneral.gov; |
| OFFICE OF THE ATTORNEY GENERAL - TENNESSE | agbankdelaware@ag.tn.gov; |
| OFFICE OF THE | abigail.ryan@oag.texas.gov; jason.binford@oag.texas.gov; |
| OFFICE OF THE UNITED STATES TRUSTEE | linda.richenderfer@usdoj.gov; |
| PACHULSKI STANG ZIEHL & JONES LLP | jo'neill@pszjlaw.com |
| PAUL HASTING LLP | justinrawlins@paulhastings.com; aarongobersims@paulhastings.com; |
| PENSION BENEFIT GUARANTY CORPORATION | morgan.courtney@pbgc.gov; efile@pbgc.gov; harris.melissa@pbgc.gov; |
| POLSINELLI PC | cward@polsinelli.com; |
| REGER RIZZO & DARNALL LLP | erassman@regerlaw.com; |
| SAUL EWING ARNSTEIN & LEHR LLP | monique.disabatino@saul.com; luke.murley@saul.com; |
| SCHREEDER, WHEELER & FLINT, LLP | chord@swfllp.com; |
| SECURITIES & EXCHANGE COMMISSION | secbankruptcy-ogc-ado@sec.gov; secbankruptcy@sec.gov; |

**RTI HOLDING COMPANY, LLC - Case No. 20-12456**
**Electronic Mail Master Service List**

| NAME | EMAIL ADDRESS |
| --- | --- |
| SECURITIES AND EXCHANGE COMMISSION | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov; |
| SEYFARTH SHAW LLP | whanlon@seyfarth.com; |
| SHERRARD ROE VOIGT & HARBISON, PLC | mabelow@srvhlaw.com; |
| SIMON PROPERTY GROUP | rtucker@simon.com; |
| SMTD LAW LLP | rberens@smtdlaw.com; |
| STRADLEY, RONON, STEVENS & YOUNG, LLP | dpereira@stradley.com |
| SULLIVAN · HAZELTINE · ALLINSON LLC | zallinson@sha-llc.com; |
| TCW DIRECT LENDING LLC | michael.anello@tcw.com; |
| THE ROSNER LAW GROUP LLC | rosner@teamrosner.com; gibson@teamrosner.com liu@teamrosner.com; |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | marcy.smith@troutman.com; matthew.brooks@troutman.com; gary.marsh@troutman.com; |
| TUCKER ARENSBERG | bmanne@tuckerlaw.com; |
| UCTS, DEPT OF LABOR AND INDUSTRY | ra-li-ucts-bankrupt@state.pa.us |
| WATKINS & EAGER PLLC | rireland@watkinseager.com; |
| WEIR & PARTNERS LLP | jcianciulli@weirpartners.com; |
| WOLCOTT RIVERS GATES | jstiff@wolriv.com; |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | bankfilings@ycst.com; mneiburg@ycst.com; jmulvihill@ycst.com; |
| ZIONS BANCORPORTION | gregory.baser@zionsbancorp.com; |