**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **RTI HOLDING COMPANY, LLC, et al.,** | **Case No. 20-12456 (JTD)** |
| **Debtors.** | (*Jointly Administered*) |

Relates to Docket No. 113, 240, 270, 270-1 and 683

**WITHDRAWAL OF MOTION TO COMPEL RUBY TUESDAY, INC. TO COMPLY WITH THE STIPULATION BY AND BETWEEN DEBTOR RUBY TUESDAY, INC. AND FLORIDA SELF-INSURERS GUARANTY ASSOCIATION, INC.**

FLORIDA SELF-INSURERS GUARANTY ASSOCIATION, INC. (hereinafter "FSIGA"), by and through its undersigned counsel, hereby files its Withdrawal of the Motion to Compel the Debtor Ruby Tuesday, Inc. to Comply with the Stipulation by and between Debtor Ruby Tuesday, Inc. and Florida Self-Insurers Guaranty Association, Inc., (Docket No. 683) filed on December 8, 2020.

        FERRY JOSEPH, P.A.

        /s/Rick S. Miller
        Rick S. Miller (#3418)
        824 Market Street, Suite 1000
        Wilmington DE 19801
        (302)575-1555
        rmiller@ferryjoseph.com

Dated: December 19, 2020

        Attorneys for FSIGA