# EXHIBIT E

# FINANCIAL PROJECTIONS

**Project Gem**
*Long-term Cash Flow Forecast*

| ($ in thousands) | Fcst P9 Wk 3 - P12 FY21 | Fcst FY22 | Fcst FY23 | Fcst FY24 | Fcst FY25 | Fcst FY26 |
|---|---:|---:|---:|---:|---:|---:|
| Net Sales | $ 85,301 | $ 329,118 | $ 338,991 | $ 349,161 | $ 359,636 | $ 370,425 |
| Cost of Merchandise | 25,603 | 90,249 | 91,854 | 94,610 | 97,448 | 100,372 |
| Payroll and Related Costs | 30,228 | 111,999 | 114,792 | 117,922 | 121,132 | 124,431 |
| Other Operating Costs | 13,508 | 51,851 | 53,320 | 54,482 | 56,013 | 57,589 |
| Marketing Expense | 2,719 | 9,874 | 10,105 | 10,409 | 10,721 | 11,043 |
| Occupancy Costs | 8,614 | 23,026 | 23,487 | 23,956 | 27,828 | 28,385 |
| 4-Wall EBITDA | 4,628 | 42,119 | 45,433 | 47,782 | 46,494 | 48,606 |
| G&A | 6,443 | 21,360 | 21,029 | 21,303 | 21,582 | 21,867 |
| Franchise Income | 523 | 2,093 | 2,155 | 2,220 | 2,287 | 2,355 |
| EBITDA | $ (1,292) | $ 22,851 | $ 26,560 | $ 28,699 | $ 27,198 | $ 29,095 |
| Non-EBITDA Sources / (Uses) of Cash: | | | | | | |
| Changes in Working Capital | (1,153) | 3,565 | (2,754) | 33 | 778 | 797 |
| Capital Expenditures | (1,674) | (6,696) | (6,696) | (6,696) | (6,696) | (6,696) |
| Professional Fees | (429) | - | - | - | - | - |
| Cash Taxes | - | (3,171) | (4,386) | (5,083) | (4,930) | (5,588) |
| Other Chapter 11-related Cash Flows | - | - | - | - | - | - |
| Non-EBITDA Sources / (Uses) of Cash | $ (3,256) | $ (6,302) | $ (13,836) | $ (11,746) | $ (10,848) | $ (11,487) |
| Net Cash Flow Before Financing Activity | $ (4,548) | $ 16,549 | $ 12,723 | $ 16,953 | $ 16,350 | $ 17,608 |
| (+) Cash from Exit Financing, net | 12,500 | - | - | - | - | - |
| (-) Bankruptcy Estate-related costs[1] | (12,710) | - | - | - | - | - |
| (-) Repay DIP | (5,157) | - | - | - | - | - |
| (-) Principal Amortization on New Money Exit Financing | (1,875) | (7,500) | (7,500) | (7,500) | (10,068) | - |
| (-) Cash Interest Expense | (1,082) | (2,782) | (2,355) | (1,901) | (1,327) | (957) |
| Net Cash Flow | $ (12,872) | $ 6,267 | $ 2,868 | $ 7,552 | $ 4,955 | $ 16,650 |
| **Cash Reconciliation:** | | | | | | |
| Beginning Cash Balance | $ 17,867 | $ 4,995 | $ 11,262 | $ 14,131 | $ 21,682 | $ 26,637 |
| Net Change in Cash | (12,872) | 6,267 | 2,868 | 7,552 | 4,955 | 16,650 |
| Ending Balance | $ 4,995 | $ 11,262 | $ 14,131 | $ 21,682 | $ 26,637 | $ 43,288 |

(1) Bankruptcy estate-related costs include cure costs related to assumed real estate locations and contracts, administrative claims and fees, such as professional fees and unpaid post-petition rent, and settlement to general unsecured claims



# KEY PROJECTION ASSUMPTIONS

- General
  - Assumes 186 locations, with no new locations opened

- Sales
  - Sales are projected on a regional basis (Florida, the South, the West, the Northeast, and the Midwest), with the South and Florida recovering faster than the West, Northeast, and Midwest
  - Management expects a gradual recovery, from a 36.9% YoY decline in the first quarter post-emergence (Q3 FY2021) to a 2.0% increase by Q2 FY2022 (summer of calendar year 2021)
    - Management benchmarked its recovery by lagging analysts' estimates of SSS for publicly traded casual dining chains by approximately 20% in any given quarter
  - Management expects SSS to grow by 2.0% in H2 FY2022 and 3.0% in FY2023 to FY2026
    - Under these assumptions, Ruby Tuesday will generate the same revenue in FY2024 as it did in FY2017
  - Franchise income is conservatively estimated at approximately 50% of pre-COVID levels due to the uncertainty associated with domestic and international franchised locations

- Four-wall Costs
  - COGS: Management expects COGS to return to 27.1% of net sales (TTM P9 2020 levels) for the 186 go-forward locations by FY2023, with promotions increasing COGS slightly FY2022
  - Payroll and Related Costs: Management expects payroll and related costs to decrease from 34.0% of net sales in FY2022 to 33.6% as the Company gains operating leverage from manager labor and optimizes direct-labor costs
  - 3rd Party Delivery Commission: As Ruby Tuesday promotes third-party delivery on DoorDash, GrubHub, Postmates, and Uber Eats, Management expects commissions paid to increase to 1.2% of net sales. This figure assumes 6% of net sales occur through third parties, and Ruby Tuesday pays approximately 20% of net sales through commissions
  - Utilities: Management expects utilities to return to 4.5% of sales by FY2022
  - Historical four-wall income-statement data include an adjustment for Ruby Tuesday's shared business unit ("SBU") cost center. The SBU represents non-location store-level costs and addbacks. Adjusting for the SBU presents a representative fully burdened four-wall P&L

- Occupancy
  - Base rent: Base rent is based on historical amounts and include a 2% annual increase.
  - CAM and property tax: based on historical averages with a 2% annual growth rate

- Other Costs
  - Marketing: Management scaled back marketing costs from >5.0% of net sales to 3.0% of net sales by cutting TV spending. Analysis suggests TV spending, particularly on national campaigns, has a low ROI compared with social media
  - G&A: Management plans to reduce G&A costs in line with store count
  - There is a one-time, $350k expense related to additional audit and tax work stemming from the bankruptcy