# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RTI HOLDING COMPANY, LLC, *et al.*,[1] | ) | Case No. 20-12456 (JTD) |
| | ) | |
| Debtors. | ) | **Re: D.I. 663** |

## NOTICE OF WITHDRAWAL OF DOCUMENT

PLEASE TAKE NOTICE that docket entry 663 hereby is withdrawn without prejudice.

                KLEIN LLC

                */s/ Julia Klein*
                Julia Klein (5198)
                225 W. 14th Street, Suite 100
                Wilmington, Delaware 19801
                (302) 438-0456
                klein@kleinllc.com

Dated: December 23, 2020        *Counsel to Grace Berman*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: RT Distributing, LLC (6096); RT Denver Franchise, L.P. (2621); Detroit Franchise, LLC (8738); RT Finance, LLC (7242); RT FL Gift Cards, Inc. (2189); RT Florida Equity, LLC, (7159); RT Franchise Acquisition, LLC (1438); RT Indianapolis Franchise, LLC (6016); RT Jonesboro Club (2726); RT KCMO Franchise, LLC (7020); RT Kentucky Restaurant Holdings, LLC (7435); RT Las Vegas Franchise, LLC (4969) RT Long Island Franchise, LLC (4072); RT Michiana Franchise, LLC (8739); RT Michigan Franchise, LLC (8760); RT Minneapolis Franchise, LLC, (2746); RT Minneapolis Holdings, LLC, (7189); RT New England Franchise, LLC (4970); RT New Hampshire Restaurant Holdings, LLC, (7438); RT New York Franchise, LLC, (1154); RT of Carroll County, LLC, (8836); RT of Fruitland, Inc., (1103); RT of Maryland, LLC, (7395); RT Omaha Franchise, LLC, (7442); RT Omaha Holdings, LLC, (8647); RT One Percent Holdings, LLC, (6689); RT One Percent Holdings II, LLC (2817); RT Orlando Franchise, LP, (5105); RT Restaurant Services, LLC (7283); RT South Florida Franchise, LP (3535); RT Southwest Franchise, LLC, (9715); RT St. Louis Franchise, (6010); RT Tampa Franchise, LP, (5290); RT West Palm Beach Franchise, LP, (0359); RT Western Missouri Franchise, LLC, (6082); RTBD, LLC, (6505); RTT Texas, Inc., (2461); RTTA, LP, (0035); RTTT, LLC, (9194); Ruby Tuesday of Alleghany County, Inc., (8011); Ruby Tuesday of Bryant, Inc., (6703); Ruby Tuesday of Columbia, Inc., (4091); Ruby Tuesday of Frederick, Inc., (4249); Ruby Tuesday of Linthicum, Inc., (8716); Ruby Tuesday of Marley Station, Inc., (1641); Ruby Tuesday of Pocomoke City, Inc., (0472); Ruby Tuesday of Russellville, Inc., (1601); Ruby Tuesday of Salisbury, Inc., (5432); Ruby Tuesday, Inc., (5239); and Ruby Tuesday, LLC, (1391). The Debtors' corporate headquarters and the mailing address is 10300 SW Allen Blvd., Beaverton, OR 97005.