**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RTI HOLDING COMPANY, LLC, *et al.*,[1] | ) | Case No. 20-12456 (JTD) |
| | ) | |
| Debtors. | ) | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Grace Berman (the "Claimant") herby demands, pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that all notices given in these cases and all papers served or required to be served in this case, be given to and served upon the undersigned counsel, at the addresses set forth below. E-mail addresses are included and notice by e-mail is affirmatively acknowledged as being acceptable.

Allen S. McConnaughhay, Esq.
Fonvielle Lewis Messer & McConnaughhay
3375-A Capital Circle NE
Tallahassee, Florida 32308
allen@wrongfullyinjured.com

Julia B. Klein, Esq.
KLEIN LLC
225 W. 14th Street, Suite 100
Wilmington, DE 19801
klein@kleinllc.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: RT Distributing, LLC (6096); RT Denver Franchise, L.P. (2621); Detroit Franchise, LLC (8738): RT Finance, LLC (7242); RT FL Gift Cards, Inc. (2189); RT Florida Equity, LLC, (7159); RT Franchise Acquisition, LLC (1438); RT Indianapolis Franchise, LLC (6016); RT Jonesboro Club (2726); RT KCMO Franchise, LLC (7020); RT Kentucky Restaurant Franchise, LLC (7435); RT Las Vegas Franchise, LLC (4969) RT Long Island Franchise, LLC (4072); RT Michiana Franchise, LLC (8739); RT Michigan Franchise, LLC (8760); RT Minneapolis Franchise, LLC, (2746); RT Minneapolis Holdings, LLC, (7189); RT New England Franchise, LLC (4970); RT New Hampshire Restaurant Holdings, LLC, (7438); RT New York Franchise, LLC, (1154); RT of Carroll County, LLC, (8836); RT of Fruitland, Inc., (1103); RT of Maryland, LLC, (7395); RT Omaha Franchise, LLC, (7442); RT Omaha Holdings, LLC, (8647); RT One Percent Holdings, LLC, (6689); RT One Percent Holdings II, LLC (2817); RT Orlando Franchise, LP, (5105); RT Restaurant Services, LLC (7283); RT South Florida Franchise, LP (3535); RT Southwest Franchise, LLC, (9715); RT St. Louis Franchise, (6010); RT Tampa Franchise, LP, (5290); RT West Palm Beach Franchise, LP, (0359); RT Western Missouri Franchise, LLC, (6082); RTBD, LLC, (6505); RTT Texas, Inc., (2461); RTTA, LP, (0035); RTTT, LLC, (9194); Ruby Tuesday of Alleghany County, Inc., (8011); Ruby Tuesday of Bryant, Inc., (6703); Ruby Tuesday of Columbia, Inc., (4091); Ruby Tuesday of Frederick, Inc., (4249); Ruby Tuesday of Linthicum, Inc., (8716); Ruby Tuesday of Marley Station, Inc., (1641); Ruby Tuesday of Pocomoke City, Inc., (0472); Ruby Tuesday of Russellville, Inc., (1601); Ruby Tuesday of Salisbury, Inc., (5432); Ruby Tuesday, Inc., (5239); and Ruby Tuesday, LLC, (1391). The Debtors' corporate headquarters and the mailing address is 10300 SW Allen Blvd., Beaverton, OR 97005.

Bankruptcy Rules specified above, but also includes, without limitation, any notice, order, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, or otherwise filed or made with regard to the referenced case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service of Papers is neither intended as nor is it a consent of Claimant's to jurisdiction of the Bankruptcy Court nor, specifically but not limited to, a waiver of Claimant's: (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Claimant is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: December 23, 2020
Wilmington, Delaware

KLEIN LLC

*/s/ Julia B. Klein*
Julia B. Klein (No. 5198)
225 W. 14th Street, Suite 100
Wilmington, Delaware 19801
Tel.: (302) 438-0456
klein@kleinllc.com

and

Allen S. McConnaughhay, Esq.
Fonvielle Lewis Messer & McConnaughhay
3375-A Capital Circle NE
Tallahassee, Florida 32308
allen@wrongfullyinjured.com

*Attorneys for Claimant*