# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| RTI HOLDING COMPANY, LLC,[1] | Case No. 20-12456 (JTD) |
| Debtors. | (Jointly Administered) |
|  | **Ref. Docket Nos. 756, 758** |

## AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT )
                      ) ss.:
COUNTY OF MIDDLESEX   )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as a Director of Client Services by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 21, 2020, I caused to be served the:

    a. "Supplement to First Monthly Fee Statement for Johnson Associates, Inc. for the Period from October 7, 2020 Through October 31, 2020," dated December 15, 2020, [Docket No. 756], and

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: RTI Holding Company, LLC (4966); Ruby Tuesday, Inc. (5239); Ruby Tuesday, LLC (1391); RTBD,LLC (6505); RT of Carroll County, LLC (8836); RT Denver Franchise, L.P. (2621); RT Detroit Franchise, LLC (8738); RT Distributing, LLC (6096); RT Finance, LLC (7242); RT FL Gift Cards, Inc. (2189); RT Florida Equity, LLC (7159); RT Franchise Acquisition, LLC (1438); RT of Fruitland, Inc. (1103); RT Indianapolis Franchise, LLC(6016); RT Jonesboro Club (2726); RT KCMO Franchise, LLC (7020); RT Kentucky Restaurant Holdings, LLC (7435); RT Las Vegas Franchise, LLC (4969); RT Long Island Franchise, LLC (4072); RT of Maryland, LLC (7395); RT Michiana Franchise, LLC (8739); RT Michigan Franchise, LLC (8760); RT Minneapolis Franchise, LLC (2746); RT Minneapolis Holdings, LLC (7189); RT New England Franchise, LLC (4970); RT New Hampshire Restaurant Holdings, LLC (7438); RT New York Franchise, LLC (1154); RT Omaha Franchise, LLC (7442); RT Omaha Holdings, LLC (8647); RT One Percent Holdings, LLC (6689); RT One Percent Holdings II, LLC (2817); RT Orlando Franchise, LP (5105); RT Restaurant Services, LLC (7283); RT South Florida Franchise, LP (3535); RT Southwest Franchise, LLC (9715); RT St. Louis Franchise, LLC (6010); RT Tampa Franchise, LP (5290); RT Western Missouri Franchise, LLC (6082); RT West Palm Beach Franchise, LP (0359); RTTA, LP (0035); RTT Texas, Inc. (2461); RTTT, LLC (9194); Ruby Tuesday of Allegany County, Inc. (8011); Ruby Tuesday of Bryant, Inc. (6703); Ruby Tuesday of Columbia, Inc. (4091); Ruby Tuesday of Frederick, Inc. (4249); Ruby Tuesday of Linthicum, Inc. (8716); Ruby Tuesday of Marley Station, Inc. (1641); Ruby Tuesday of Pocomoke City, Inc. (0472); Ruby Tuesday of Russellville, Inc. (1601); and Ruby Tuesday of Salisbury, Inc. (5432). The Debtors' mailing address is 333 East Broadway Ave., Maryville, TN 37804.

    b. "Summary of First Consolidated Monthly Application of Epiq Corporate Restructuring, LLC, as Administrative Advisor to the Debtors and Debtors in Possession for Allowance of Monthly Compensation for Services Rendered and for Reimbursement of All Actual and Necessary Expenses Incurred for the Period from October 7, 2020 Through November 30, 2020," filed on December 21, 2020, to which was attached the "First Consolidated Monthly Application of Epiq Corporate Restructuring, LLC, as Administrative Advisor to the Debtors and Debtors in Possession for Allowance of Monthly Compensation for Services Rendered and for Reimbursement of All Actual and Necessary Expenses Incurred for the Period from October 7, 2020 Through November 30, 2020," dated December 21, 2020, and the "Notice of Fee Application," dated December 21, 2020, [Docket No. 758],

by causing true and correct copies to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>.

                                                                                                                          */s/ Angharad Bowdler*
                                                                                                                          Angharad Bowdler

Sworn to before me this
22nd day of December, 2020
*/s/ Amy E. Lewis*
Notary Public, State of Connecticut
Acct. No. 100624
Commission Expires: 8/31/2022

# Exhibit A

**RTI HOLDING COMPANY, LLC**
Case No. 20-12456
Email Fee Notice Parties

| FEE NOTICE PARTIES | EMAIL ADDRESS |
|---|---|
| Debtors c/o Ruby Tuesday,Inc., | slederman@rubytuesday.com |
| Restructuring Counsel for the Debtors - Pachulski Stang Ziehl & Jones LLP, | joneill@pszjlaw.com; mpagay@pszjlaw.com |
| Counsel to Goldman Sachs Specialty Lending Group, L.P. (as administrative and collateral agent), Cleary Gottlieb Steen & Hamilton LLP | soneal@cgsh.com |
| Counsel to TCW Direct Lending, Paul Hastings LLP | justinrawlins@paulhastings.com |
| Proposed counsel to the Official Committee of Unsecured Creditors,Kramer Levin Naftalis & Frankel LLP | arogoff@kramerlevin.com; rschmidt@kramerlevin.com; jsharret@kramerlevin.com |
| Proposed counsel to the Official Committee of Unsecured Creditors, Cole Schotz P.C. | ddean@coleschotz.com; jalberto@coleschotz.com; aroth-moore@coleschotz.com |
| Office of the United States Trustee for the District of Delaware | linda.richenderfer@usdoj.gov |