# EXHIBIT A

# PROPOSED ORDER

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RTI HOLDING COMPANY, LLC,[1] | ) | Case No. 20-12456 (JTD) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**ORDER RE: DEBTORS' OBJECTION FOR VOTING PURPOSES TO PROOFS OF CLAIM NOS. 10425 and 10426 FILED BY LAWRENCE N. LEBOW**

Upon consideration of the *Debtors' Objection for Voting Purposes to Proofs of Claim Nos. 10425 and 10426 Filed by Lawrence N. Lebow* (the "Objection"),[2] filed by the above-captioned debtors and debtors in possession (the "Debtors"); and due and sufficient notice of the Objection and hearing thereon having been given to the Claimant and all other parties in interest entitled thereto, as evidenced by the affidavit(s) of service on file with this Court; and upon consideration of the Objection, the Claims and any pleadings filed in response to the Objection; and upon the record of the hearing held before this Court and upon all prior

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: RTI Holding Company, LLC (4966); Ruby Tuesday, Inc. (5239); Ruby Tuesday, LLC (1391); RTBD, LLC (6505); RT of Carroll County, LLC (8836); RT Denver Franchise, L.P. (2621); RT Detroit Franchise, LLC (8738); RT Distributing, LLC (6096); RT Finance, LLC (7242); RT FL Gift Cards, Inc. (2189); RT Florida Equity, LLC (7159); RT Franchise Acquisition, LLC (1438); RT of Fruitland, Inc. (1103); RT Indianapolis Franchise, LLC (6016); RT Jonesboro Club (2726); RT KCMO Franchise, LLC (7020); RT Kentucky Restaurant Holdings, LLC (7435); RT Las Vegas Franchise, LLC (4969); RT Long Island Franchise, LLC (4072); RT of Maryland, LLC (7395); RT Michiana Franchise, LLC (8739); RT Michigan Franchise, LLC (8760); RT Minneapolis Franchise, LLC (2746); RT Minneapolis Holdings, LLC (7189); RT New England Franchise, LLC (4970); RT New Hampshire Restaurant Holdings, LLC (7438); RT New York Franchise, LLC (1154); RT Omaha Franchise, LLC (7442); RT Omaha Holdings, LLC (8647); RT One Percent Holdings, LLC (6689); RT One Percent Holdings II, LLC (2817); RT Orlando Franchise, LP (5105); RT Restaurant Services, LLC (7283); RT South Florida Franchise, LP (3535); RT Southwest Franchise, LLC (9715); RT St. Louis Franchise, LLC (6010); RT Tampa Franchise, LP (5290); RT Western Missouri Franchise, LLC (6082); RT West Palm Beach Franchise, LP (0359); RTTA, LP (0035); RTT Texas, Inc. (2461); RTTT, LLC (9194); Ruby Tuesday of Allegany County, Inc. (8011); Ruby Tuesday of Bryant, Inc. (6703); Ruby Tuesday of Columbia, Inc. (4091); Ruby Tuesday of Frederick, Inc. (4249); Ruby Tuesday of Linthicum, Inc. (8716); Ruby Tuesday of Marley Station, Inc. (1641); Ruby Tuesday of Pocomoke City, Inc. (0472); Ruby Tuesday of Russellville, Inc. (1601); and Ruby Tuesday of Salisbury, Inc. (5432). The Debtors' mailing address is 333 East Broadway Ave., Maryville, TN 37804.

[2] Capitalized terms not otherwise defined herein shall have the same meanings as set forth in the Objection.

proceedings in the Debtors' chapter 11 cases; and it appearing that the relief requested in the Objection is in the best interests of the Debtors, their estates and their creditors; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED THAT:

1. The Objection is sustained;

2. Claims 10425 and 10426 are temporarily disallowed for purposes of voting on the Plan;

3. Nothing in this Order or in the Objection shall be or shall be deemed to be a waiver of any of the Debtors' or any other party's right to bring other and further objections to any claims (whether subject to the Objection or not) remaining after this Order or to bring affirmative claims or counterclaims against the Claimant;

4. Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, made applicable in contested matters by Rules 7054 and 9014 of the Federal Rule of Bankruptcy Procedure, the Court hereby directs entry of a final judgment with respect to the objection that is the subject of this Order, the Court having determined that there is no just reason for delay in the entry of judgment on the matter.

Dated: _____, 2021

        Hon. John T. Dorsey,
        United States Bankruptcy Judge

DOCS_LA:334957.2 76136/002