# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | | | |
|---|---|---|---|
| In Re: | ) | Chapter | 11 |
| | ) | | |
| RTI HOLDING COMPANY, LLC, et al. | ) | Case No | 20-12456-JTD |
| | ) | | |
| Debtor(s). | ) | (Jointly Administered) |  |
| _____ | ) | | |

## REQUEST FOR SERVICE
## BY PASCO COUNTY, FLORIDA

REQUEST IS HEREBY MADE, pursuant to Rule 2002, 9007 and 9 of the Federal Rules of Bankruptcy Procedure that Creditor, PASCO COUNTY, FLORIDA on behalf of its PASCO COUNTY BOARD OF COUNTY COMMISSIONERS be added to the Mailing Matrix of Creditors maintained by the Bankruptcy Court and further requests it be given a copy of all pleadings, trustee reports, orders, notices, disclosure statements, plans of reorganization, and any other document affecting the debtor, its property, or property of the estate that is filed or brought before the Court by the Debtor, Trustee or any creditor or party of interest in this case upon the PASCO COUNTY BOARD OF COUNTY COMMISSIONERS at asalzano@pascocountyfl.net, and tosipov@pascocountyfl.net or upon the following address:

        Pasco County Board Of County Commissioners
        Attention: Anthony M. Salzano, Esq.
        Pasco County Attorney's Office
        West Pasco Government Center
        8731 Citizens Drive
        Suite 340
        New Port Richey, FL 34654

DATED: 1/12/2021         Pasco County, Florida on behalf of
                         Its Board of County Commissioners

                         Anthony M. Salzano
                         Anthony M. Salzano, Esq.
                         Pasco County Attorney's Office
                         Florida Bar No. 186945
                         West Pasco Government Center
                         8731 Citizens Drive, Suite 340
                         New Port Richey, Fl 34654
                         PH: (727) 847-8120
                         Emails: asalzano@pascocountyfl.net
                                 tosipov@pascocountyfl.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 12th day of January, 2021, Pasco County, Florida's Request for Service was filed and served electronically through the Clerk of Court's CM/ECF Electronic filing system upon the United States Trustee, Counsel for Debtor and/or by regular U.S. mail upon the Debtor as follows:

| | |
|---|---|
| James E. O'Neill<br>Pachulski Stang Ziehl & Jones LLP<br>919 North Market Street<br>17th Floor<br>Wilmington DE 19801<br>Joneill@pszjlaw.com<br>Counsel for Debtors | Linda Richenderfer<br>Linda.Richenderfer@usdoj.gov<br>Counsel for U.S. Trustee |

RTI Holding Company, LLC
333 East Broadway Avenue
Maryville TN 37804

                         Anthony M. Salzano
                         Anthony M. Salzano, Esq.
                         Pasco County Attorney's Office
                         Florida Bar No. 186945
                         West Pasco Government Center
                         8731 Citizens Drive, Suite 340
                         New Port Richey, Fl 34654
                         PH: (727) 847-8120
                         Emails: asalzano@pascocountyfl.net
                                 tosipov@pascocountyfl.net