**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| RTI HOLDING COMPANY, LLC, *et al.*,[1] | Case No. 20-12456 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 733** |

**CERTIFICATE OF NO OBJECTION REGARDING MOTION OF CHRISTOPHER MARCHAND FOR ENTRY OF AN ORDER (A) GRANTING RELIEF FROM THE AUTOMATIC STAY PURSUANT TO § 362 OF THE BANKRUPTCY CODE, AND (B) APPLYING BANKRUPTCY RULE 7023 TO PERMIT THE FILING OF THE CLASS PROOF OF CLAIM**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *Motion of Christopher Marchand for Entry of an Order (A) Granting Relief from the Automatic Stay Pursuant to § 362 of the Bankruptcy Code, and (B) Applying Bankruptcy Rule 7023 to Permit the Filing of the Class Proof of Claim* [D.I. 733] (the "Motion") filed on December 15, 2020. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion

[1]The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: RTI Holding Company, LLC (4966); Ruby Tuesday, Inc. (5239); Ruby Tuesday, LLC (1391); RTBD, LLC (6505); RT of Carroll County, LLC (8836); RT Denver Franchise, L.P. (2621); RT Detroit Franchise, LLC (8738); RT Distributing, LLC (6096); RT Finance, LLC (7242); RT FL Gift Cards, Inc. (2189); RT Florida Equity, LLC (7159); RT Franchise Acquisition, LLC (1438); RT of Fruitland, Inc. (1103); RT Indianapolis Franchise, LLC (6016); RT Jonesboro Club (2726); RT KCMO Franchise, LLC (7020); RT Kentucky Restaurant Holdings, LLC (7435); RT Las Vegas Franchise, LLC (4969); RT Long Island Franchise, LLC (4072); RT of Maryland, LLC (7395); RT Michiana Franchise, LLC (8739); RT Michigan Franchise, LLC (8760); RT Minneapolis Franchise, LLC (2746); RT Minneapolis Holdings, LLC (7189); RT New England Franchise, LLC (4970); RT New Hampshire Restaurant Holdings, LLC (7438); RT New York Franchise, LLC (1154); RT Omaha Franchise, LLC (7442); RT Omaha Holdings, LLC (8647); RT One Percent Holdings, LLC (6689); RT One Percent Holdings II, LLC (2817); RT Orlando Franchise, LP (5105); RT Restaurant Services, LLC (7283); RT South Florida Franchise, LP (3535); RT Southwest Franchise, LLC (9715); RT St. Louis Franchise, LLC (6010); RT Tampa Franchise, LP (5290); RT Western Missouri Franchise, LLC (6082); RT West Palm Beach Franchise, LP (0359); RTTA, LP (0035); RTT Texas, Inc. (2461); RTTT, LLC (9194); Ruby Tuesday of Allegany County, Inc. (8011); Ruby Tuesday of Bryant, Inc. (6703); Ruby Tuesday of Columbia, Inc. (4091); Ruby Tuesday of Frederick, Inc. (4249); Ruby Tuesday of Linthicum, Inc. (8716); Ruby Tuesday of Marley Station, Inc. (1641); Ruby Tuesday of Pocomoke City, Inc. (0472); Ruby Tuesday of Russellville, Inc. (1601); and Ruby Tuesday of Salisbury, Inc. (5432). The Debtors' mailing address is 333 East Broadway Ave., Maryville, TN 37804.

appears thereon. Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than December 29, 2020 at 4:00 p.m. The Movant agreed to a request from Debtors' counsel to extend the objection deadline for the Debtors through January 11, 2021 at 4:00 p.m.

It is hereby respectfully requested that an order approving the Motion be entered at the earliest convenience of the Court.

Dated: January 12, 2021

**CROSS & SIMON, LLC**

*/s/ Michael L. Vild*
Michael L. Vild (No. 3042)
1105 North Market Street, Suite 901
Wilmington, Delaware 19801
Telephone: 302-777-4200
mvild@crosslaw.com

*Bankruptcy Counsel to Movant and the Class*