# **EXHIBIT C**

LAW OFFICES
**SCHREEDER, WHEELER & FLINT, LLP**
1100 PEACHTREE STREET, NE
SUITE 800
ATLANTA, GEORGIA 30309-4516

(404) 681-3450
FACSIMILE: (404) 681-1046

J. Carole Thompson HordE-Mail: chord@swfllp.com

June 9, 2020

Via FedEx

Ruby Tuesday, Inc.
Attention: Legal Department
150 West Church Avenue
Maryville, Tennessee 37801

Ruby Tuesday, Inc.
Attention: Sandra Belcher
333 East Broadway
Maryville, Tennessee 37804
(also sent by email to sbelcher@rubytuesday.com)

> Re: Lease between Stafford RT, LLC ("Landlord") and Ruby Tuesday, Inc. dated January 15, 2004, as amended for Store #4505 (the "Lease")

Dear Ms. Belcher:

Please be advised that the undersigned represents the Landlord with respect to the above-referenced Lease. The purpose of this letter is to provide notice pursuant to Section 15(A)(1) of the Lease.

You are in default of the Lease due to your failure to pay rent and other charges in the amount of $18,425.01 due through June, 2020, as required by the terms of the Lease. Demand is hereby made for the payment of all unpaid rent. If the rent is not paid in full within ten days of your receipt of this letter, Landlord will be entitled to exercise its remedies as provided in the Lease.

Please remit the delinquent payment upon receipt. Thank you.

Sincerely,

J. Carole Thompson Hord

cc: Ms. Carol Dubrovin (via e-mail)

K:\7571\41\Leases\Ruby Tuesdays\default letter 2020.6.9.docx



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.



June 10, 2020

Dear Customer,

The following is the proof-of-delivery for tracking number: 770659948805

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Receptionist/Front Desk |
| **Signed for by:** | R.WALKER | **Delivery Location:** | 150 W CHURCH AVE   37801 |
| **Service type:** | FedEx Standard Overnight | | MARYVILLE, TN, 37801 |
| **Special Handling:** | Deliver Weekday | **Delivery date:** | Jun 10, 2020 09:38 |

---

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 770659948805 | **Ship Date:** | Jun 9, 2020 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**
Attention: Legal Department, Ruby Tuesday, Inc.
150 West Church Avenue
MARYVILLE, TN, US, 37801

**Shipper:**
Devin DeVito,
1100 Peachtree Street
Suite 800
ATLANTA, GA, US, 30309

**Reference**       7571/41



Thank you for choosing FedEx



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.



June 10, 2020

Dear Customer,

The following is the proof-of-delivery for tracking number: 770659967903

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Shipping/Receiving |
| **Signed for by:** | J.JONATHAN | **Delivery Location:** | |
| **Service type:** | FedEx Standard Overnight | | MARYVILLE, TN, |
| **Special Handling:** | Deliver Weekday | **Delivery date:** | Jun 10, 2020 13:43 |

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 770659967903 | **Ship Date:** | Jun 9, 2020 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**  
MARYVILLE, TN, US,

**Shipper:**  
ATLANTA, GA, US,

**Reference**    7571/41

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

Thank you for choosing FedEx