# **EXHIBIT D**

LAW OFFICES
**SCHREEDER, WHEELER & FLINT, LLP**
1100 PEACHTREE STREET, NE
SUITE 800
ATLANTA, GEORGIA 30309-4516

(404) 681-3450
FACSIMILE: (404) 681-1046

J. Carole Thompson Hord                                                                 E-Mail: chord@swfllp.com

July 14, 2020

Via FedEx

Ruby Tuesday, Inc.
Attention: Legal Department
150 West Church Avenue
Maryville, Tennessee 37801

Ruby Tuesday, Inc.
Attention: Sandra Belcher
333 East Broadway
Maryville, Tennessee 37804
(also sent by email to sbelcher@rubytuesday.com)

      Re: Lease between Stafford RT, LLC ("Landlord") and Ruby Tuesday, Inc. dated
          January 15, 2004, as amended for Store #4505 (the "Lease")

Dear Ms. Belcher:

      Please be advised that pursuant to Section 15B that the Lease will terminate on July 21, 2020. Please contact the undersigned to arrange to surrender possession of the premises to the Landlord in accordance with Section 14 of the Lease.

Sincerely,

*[signature]*

J. Carole Thompson Hord

cc:    Ms. Carol Dubrovin (via e-mail)
       Mr. Jarrod Casteel (via e-mail jcasteel@rubytuesday.com)

ORIGIN ID:QFEA  (404) 681-3450
DEVIN DEVITO

1100 PEACHTREE STREET
SUITE 800
ATLANTA, GA 30309
UNITED STATES US

SHIP DATE: 14JUL20
ACTWGT: 0.20 LB
CAD: 251073973/INET4220

BILL SENDER

TO **ATTENTION: LEGAL DEPARTMENT**
**RUBY TUESDAY, INC.**
**150 WEST CHURCH AVENUE**

**MARYVILLE TN 37801**
(404) 954-9886          REF: 7571/41
INV:
PO:                     DEPT:



FedEx Express

WED - 15 JUL 3:00P
STANDARD OVERNIGHT

TRK# 7709 4594 1206
0201

**XH GKTA**          37801
            TN-US   **TYS**

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.



July 16, 2020

Dear Customer,

The following is the proof-of-delivery for tracking number: 770945941206

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Shipping/Receiving |
| **Signed for by:** | J.ROBERTS | **Delivery Location:** | 333 E BROADWAY AVE   378 |
| **Service type:** | FedEx Standard Overnight | | MARYVILLE, TN, 37801 |
| **Special Handling:** | Deliver Weekday | **Delivery date:** | Jul 15, 2020 09:14 |

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 770945941206 | **Ship Date:** | Jul 14, 2020 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**
Attention: Legal Department, Ruby Tuesday, Inc.
150 West Church Avenue
MARYVILLE, TN, US, 37801

**Shipper:**
Devin DeVito,
1100 Peachtree Street
Suite 800
ATLANTA, GA, US, 30309

**Reference**             7571/41



Thank you for choosing FedEx

FedEx Ship Manager - Print Your Label(s)

ORIGIN ID:QFEA (404) 681-3450
DEVIN DEVITO

1100 PEACHTREE STREET
SUITE 800
ATLANTA, GA 30309
UNITED STATES US

SHIP DATE: 14JUL20
ACTWGT: 0.20 LB
CAD: 251073973/INET4220

BILL SENDER

TO **ATTENTION: SANDRA BELCHER**
**RUBY TUESDAY, INC.**
**333 EAST BROADWAY**

**MARYVILLE TN 37804**
(404) 954-9886    REF: 7571/41
INV:
PO:    DEPT:



FedEx Express

WED - 15 JUL 3:00P
STANDARD OVERNIGHT

TRK# 0201  7709 4595 5544

**XH GKTA**    TN-US    37804 TYS



7/14/2020

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

https://www.fedex.com/shipping/shipAction.handle?method=doContinue    1/1



July 16, 2020

Dear Customer,

The following is the proof-of-delivery for tracking number: 7709-4595-5544

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Shipping/Receiving |
| **Signed for by:** | J.ROBERTS | **Delivery Location:** | 333 E BROADWAY AVE   378 |
| **Service type:** | FedEx Standard Overnight | | MARYVILLE, TN, 37804 |
| **Special Handling:** | Deliver Weekday | **Delivery date:** | Jul 15, 2020 09:14 |

---

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 7709-4595-5544 | **Ship Date:** | Jul 14, 2020 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**
Attention: Sandra Belcher, Ruby Tuesday, Inc.
333 East Broadway
MARYVILLE, TN, US, 37804

**Shipper:**
Devin DeVito,
1100 Peachtree Street
Suite 800
ATLANTA, GA, US, 30309

**Reference**        7571/41



Thank you for choosing FedEx