# **EXHIBIT F**

📧 EFILED IN OFFICE
CLERK OF STATE COURT
TIFT COUNTY, GEORGIA
**2020CT0095**

AUG 31, 2020 02:58 PM

Clay Pate, Clerk
Tift County, Georgia

# IN THE STATE COURT OF TIFT COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| STAFFORD RT, LLC | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION |
| v. | ) |
| | ) FILE NO. 2020CT0095 |
| RUBY TUESDAY, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |

## CONSENT ORDER

Plaintiff Stafford RT, LLC and Defendant Ruby Tuesday, Inc. consenting hereto and based on the pleadings in the above styled dispossessory case, it is hereby:

ORDERED as follows:

1) Pursuant to O.C.G.A. § 44-7-53, Defendant shall deposit the sum of $27,254.57 representing the rent owed through July 2020 as set forth in the Amendment to Landlord's Affidavit into the registry of the Court by August 24, 2020.

2) Pursuant to O.C.G.A. § 44-7-54, Defendant shall deposit the sum of $12,283.34 into the registry of the Court by August 24, 2020 which monies represent the rent due for August 2020 under the Lease.

3) On or before September 1, 2020 and before the first day of each month thereafter until this case is resolved, Defendant shall deposit pursuant to O.C.G.A. § 44-7-54 the sum of $12,283.34 into the registry of the Court which amount is the monthly rent due pursuant to the Lease.

4) Pursuant to O.C.G.A. § 44-7-54(c), the Clerk shall disburse all monies paid into the registry of the Court pursuant to this Consent Order to Plaintiff or its counsel.

5) In the event Defendant fails to timely make any payment required by this Consent Order, Plaintiff shall be entitled to a writ of possession upon application to the Court.

SO ORDERED, this 31st day of Aug, 2020.

*The Honorable Herbert Benson*
**Judge, State Court of Tift County**

Consented to by:

/s/ J. Carole Thompson Hord
J. Carole Thompson Hord
Georgia Bar No. 291473
Attorney for Plaintiff
Schreeder, Wheeler & Flint, LLP
1100 Peachtree Street, N.E., Suite 800
Atlanta, Georgia 30309-4516
(404) 954-9585
chord@swfllp.com

/s/ Ivy N. Cadle
Ivy N. Cadle
Georgia Bar No. 353227
Attorney for Defendant
Baker Donelson
Gateway Plaza, Suite 101
300 Mulberry Street
Macon, Georgia 31201
(478) 765-1823
icadle@bakerdonelson.com

K:\7571\41\Leases\Ruby Tuesdays\Dispossessory [2020CT0095]\Pleadings\Consent Order for payment of Rent.docx

2