# **<u>EXHIBIT G</u>**

---------- Forwarded message ---------
From: **Legal Department** <LegalDepartment@rubytuesday.com>
Date: Mon, Dec 28, 2020 at 1:19 PM
Subject: RT #4505 Tifton, GA - 1306 US-82, Tifton, GA 31794
To: caroldubrovin@staffordprop.com <caroldubrovin@staffordprop.com>
Cc: Legal Department <LegalDepartment@rubytuesday.com>


Attached please find correspondence from RT regarding the above referenced location.


Thanks,

Ruby Tuesday Legal

1

# Ruby Tuesday

333 EAST BROADWAY AVENUE, MARYVILLE, TN 37804  •  PHONE-865-379-5700

Brian P. Esser<br>
VP and General Counsel<br>
Ruby Tuesday, Inc.<br>
333 East Broadway Avenue<br>
Maryville, TN 37804<br>
Ph: 865.379.5759<br>
besser@rubytuesday.com

December 21, 2020

***Via Federal Express and E-Mail (where available)***

Stafford RT, LLC
3050 Peachtree Road NW
Suite LL-50
Atlanta, GA 30305

**RE:** **Lease Agreement dated January 15, 2004 (the "Lease"), as amended, by and between Stafford RT, LLC ("Landlord"), and Ruby Tuesday, Inc. ("Tenant"), concerning property located at 1306 US-82, Tifton, GA 31794 (the "Property"), RT # 4505**

Dear Sir or Madam:

As you are likely aware, Tenant has ceased operations at the Property. Due to continued constraints on Ruby Tuesday, Tenant will not be reopening the restaurant at the Property.

This letter shall serve as Tenant's notice that it intends to promptly turn over possession of the Property to you, Landlord, or your designated agent. The current lockbox code for this property is **4505**. This code will provide you, Landlord, or your designated agent immediate access to the property and any keys therein.

You are hereby further notified that any utilities associated with this Property should be immediately taken out of Tenant's name and put into your own, Landlord's, or your designated agent's. Tenant will not be responsible for any failure to do so, or any damage resulting from the same.

If you have any questions or concerns, please do not hesitate to contact Tenant via Ruby Tuesday.

Sincerely,

**RUBY TUESDAY, INC.**

*Brian Esser (Dec 21, 2020 09:29 EST)*

Brian P. Esser
General Counsel
VP, Legal, Risk & Real Estate