# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>RTI HOLDING COMPANY, LLC, *et al.*,[1]<br><br>Debtors. | : Chapter 11<br>:<br>: Case No. 20-12456 (JTD)<br>:<br>:<br>: Hearing Date: February 4, 2021 at 1:00 p.m.<br>: Objection Deadline: January 27, 2021 at 4:00 p.m. |

## NOTICE OF MOTION OF STAFFORD RT, LLC
## FOR ALLOWANCE AND PAYMENT OF AN
## ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503(b)

**PLEASE TAKE NOTICE** that Stafford RT, LLC ("Stafford"), by and through its attorneys, in the above-captioned case filed the *Motion for Allowance and Payment of an Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)* (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). You are being served a copy of the Motion in conjunction with this Notice.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: RTI Holding Company, LLC (4966); Ruby Tuesday, Inc. (5239); Ruby Tuesday, LLC (1391); RTBD, LLC (6505); RT of Carroll County, LLC (8836); RT Denver Franchise, L.P. (2621); RT Detroit Franchise, LLC (8738); RT Distributing, LLC (6096); RT Finance, LLC (7242); RT FL Gift Cards, Inc. (2189); RT Florida Equity, LLC (7159); RT Franchise Acquisition, LLC (1438); RT of Fruitland, Inc. (1103); RT Indianapolis Franchise, LLC (6016); RT Jonesboro Club (2726); RT KCMO Franchise, LLC (7020); RT Kentucky Restaurant Holdings, LLC (7435); RT Las Vegas Franchise, LLC (4969); RT Long Island Franchise, LLC (4072); RT of Maryland, LLC (7395); RT Michiana Franchise, LLC (8739); RT Michigan Franchise, LLC (8760); RT Minneapolis Franchise, LLC (2746); RT Minneapolis Holdings, LLC (7189); RT New England Franchise, LLC (4970); RT New Hampshire Restaurant Holdings, LLC (7438); RT New York Franchise, LLC (1154); RT Omaha Franchise, LLC (7442); RT Omaha Holdings, LLC (8647); RT One Percent Holdings, LLC (6689); RT One Percent Holdings II, LLC (2817); RT Orlando Franchise, LP (5105); RT Restaurant Services, LLC (7283); RT South Florida Franchise, LP (3535); RT Southwest Franchise, LLC (9715); RT St. Louis Franchise, LLC (6010); RT Tampa Franchise, LP (5290); RT Western Missouri Franchise, LLC (6082); RT West Palm Beach Franchise, LP (0359); RTTA, LP (0035); RTT Texas, Inc. (2461); RTTT, LLC (9194); Ruby Tuesday of Allegany County, Inc. (8011); Ruby Tuesday of Bryant, Inc. (6703); Ruby Tuesday of Columbia, Inc. (4091); Ruby Tuesday of Frederick, Inc. (4249); Ruby Tuesday of Linthicum, Inc. (8716); Ruby Tuesday of Marley Station, Inc. (1641); Ruby Tuesday of Pocomoke City, Inc. (0472); Ruby Tuesday of Russellville, Inc. (1601); and Ruby Tuesday of Salisbury, Inc. (5432). The Debtors' mailing address is 333 East Broadway Ave., Maryville, TN 37804.

ME1 35436883v.1

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on February 4, 2021 at 1:00 p.m. prevailing Eastern Time at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion must be made in writing, filed with the Bankruptcy Court, and served upon, so as to be actually received on or before January 27, 2021 at 4:00 p.m. prevailing Eastern Time.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response upon counsel to Stafford at the address provided below.

| | |
|---|---|
| Kate Roggio Buck (DE# 5140) | J. Carole Thompson Hord |
| 405 North King Street, 8th Floor | Schreeder, Wheeler & Flint, LLP |
| Wilmington, DE 19801 | 1100 Peachtree St., NE, Suite 800 |
| Telephone: (302) 984-6300 | Atlanta, GA 30309-4516 |
| Facsimile: (302) 984-6399 | Telephone: (404) 954-9858 |
| Email: kbuck@mccarter.com | Facsimile: (404) 681-1046 |
| | Email: chord@swfllp.com |

**PLEASE TAKE FURTHER NOTICE** that if no objection or other response to the Motion is filed, the Bankruptcy Court may grant the relief sought in the Motion without further notice or hearing.

Dated: January 13, 2021  
       Wilmington, Delaware

**McCARTER & ENGLISH, LLP**

*/s/ Kate Roggio Buck*
Kate Roggio Buck (DE# 5140)
405 N. King Street, 8th Floor
Wilmington, DE 19801
Telephone: (302) 984-6300
Facsimile: (302) 984-6399
Email: kbuck@mccarter.com

*-and-*

        **SCHREEDER, WHEELER & FLINT, LLP**

        J. Carole Thompson Hord
        1100 Peachtree Street, Suite 800
        Atlanta, Georgia  30309-4516
        Telephone: (404) 954-9858
        Facsimile: (404) 681-1046
        Email: chord@swfllp.com

        *Attorneys for Stafford RT, LLC*