# CERTIFICATE OF SERVICE

I, Shannon D. Humiston, certify that in addition to the notice and service provided through the Court's ECF system, on January 13, 2021, I caused a true and correct copy of the *Motion of Stafford RT, LLC for Allowance and Payment of an Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)* to be served via e-mail upon the parties listed below:

/s/ *Kate Roggio Buck*
Kate Roggio Buck (DE #5140)

Richard M. Pachulski
Jeffrey W. Dulberg
Maxim B. Litvak
James E. O'Neill
Malhar S. Pagay
Pachulski Stang Ziehl & Jones LLP
Email: rpachulski@pszjlaw.com
       jdulberg@pszjlaw.com
       mlitvak@pszjlaw.com
       joneill@pszjlaw.com
       mpagay@pszyjw.com

Linda Richenderfer, Esq.
U.S. Trustee's Office
Email: Linda.Richenderfer@usdoj.gov

D. Keith Andress
Baker, Donelson, Bearman, Caldwell & Ber
Email: kandress@bakerdonelson.com

Justin R. Alberto
G. David Dean
Andrew John Roth-Moore
Cole Schotz P.C.
Email: jalberto@coleschotz.com
       ddean@coleschotz.com
       aroth-moore@coleschotz.com

Nancy M Bello
Adam C. Rogoff
Robert T. Schmidt
Jennifer R. Sharret
Jonathan M Wagner
Kramer Levin Naftalis & Frankel LLP
Email: nbello@kramerlevin.com
       arogoff@kramerlevin.com
       rschmidt@kramerlevin.com
       jsharret@kramerlevin.com
       jwagner@kramerlevin.com

ME1 35436883v.1