# UNITED STATES BANKRUPTCY COURT

District of Delaware

In re  RTI Holding Company LLC                    ,        Case No.  20-12456

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Eversource Gas of Massachusetts | Bay State Gas dba Columbia Gas of MA |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
 P.O. Box 2025
 Springfield, MA 01102

Court Claim # (if known): _____
Amount of Claim:  $2,184.24
Date Claim Filed:  11/06/2020

Phone:  413-784-2275
Last Four Digits of Acct #:  4001

Phone:  413-784-2275
Last Four Digits of Acct. #:  4001

Name and Address where transferee payments should be sent (if different from above):
 P.O. Box 2025
 Springfield, MA 01102

Phone:  413-784-2275
Last Four Digits of Acct #:  4001

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Maryann Teixeira, Agent
Transferee/Transferee's Agent

Date: 11/18/2020

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**UNITED STATES
BANKRUPTCY COURT**
DISTRICT OF DELAWARE
WILMINGTON DIVISION

# 93130     - GG

January 14, 2021
12:13:41

### Transfer of Clai
### 17-11962-CSS11
Debtor.: AEROGROUP INTERNATIONAL, INC.
Amount.:                $26.00 CH
Check#.: 1775

### Transfer of Clai
### 19-11842-LSS7
Debtor.: AS WIND DOWN, LLC
Trustee: David Carickhoff
Amount.:                $26.00 CH
Check#.: 1775

### Transfer of Clai
### 19-10318-LSS7
Debtor.: BEAVEX INCORPORATED
Amount.:                $26.00 CH
Check#.: 1775

### Transfer of Clai
### 20-10156-MFW11
Debtor.: BL RESTAURANTS HOLDING, LLC
Amount.:                $26.00 CH
Check#.: 1775

### Transfer of Clai
### 16-10971-KBO11
Debtor.: VRG LIQUIDATING, LLC
Amount.:                $26.00 CH
Check#.: 1775

### Transfer of Clai
### 17-12909-CSS11
Debtor.: CHARMING CHARLIE LLC
Amount.:                $26.00 CH
Check#.: 1775

### Transfer of Clai
### 18-10587-MFW11
Debtor.: CLAIRE'S BOUTIQUES, INC.
Amount.:                $26.00 CH
Check#.: 1775

### Transfer of Clai
### 20-10417-BLS11
Debtor.: COSI, INC.
Amount.:                $26.00 CH
Check#.: 1775

### Transfer of Clai
### 19-12256-BLS11
Debtor.: DESTINATION MATERNITY CORPORAT
Amount.:                $26.00 CH
Check#.:  1775

### Transfer of Clai
### 20-12807-CSS11
Debtor.: FIC RESTAURANTS, INC.
Amount.:                $26.00 CH
Check#.: 1775

### Transfer of Clai
### 18-12241-CSS11
Debtor.: MATTRESS FIRM, INC.
Amount.:                $26.00 CH
Check#.: 1775

### Transfer of Clai
### 16-11454-KJC11
Debtor.: MOVIESTOP, LLC
Amount.:                $26.00 CH
Check#.: 1775

### Transfer of Clai
### 15-10197-BLS11
Debtor.: RS LEGACY CORPORATION
Amount.:                $26.00 CH
Check#.: 1775

### Transfer of Clai
### 20-12456-JTD11
Debtor.: RTI HOLDING COMPANY, LLC
Amount.:                $26.00 CH
Check#.: 1775

### Transfer of Clai
### 18-12545-MFW11
Debtor.: PGDI LIQUIDATING, INC.
Amount.:                $26.00 CH
Check#.: 1775

### Transfer of Clai
### 18-11805-JTD7
Debtor.: SOUTHERN ISLAND STORES, LLC
Amount.:                $26.00 CH
Check#.: 1775

### Transfer of Clai
### 18-11145-LSS11
Debtor.: THE RELAY SHOE COMPANY, LLC
Amount.: $26.00 CH
Check#.: 1775

### Transfer of Clai
### 20-12168-CSS11
Debtor.: TOWN SPORTS INTERNATIONAL, LLC
Amount.: $26.00 CH
Check#.: 1775

### Transfer of Clai
### 17-11933-KJC11
Debtor.: VITAMIN WORLD, INC.
Amount.: $26.00 CH
Check#.: 1775

Total-> $494.00

FROM: MARGARITA CAMPBELL