| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Shawn | Lederman | Client | |
| Zoe | Essner | UCC | Kramer Levin |
| robert | schmidt | Official Creditors' Committee | kramer levin |
| James | ONeill | Debtors RTI Holding | Pachulski Stang Ziehl & Jones LLP |
| Jeffrey | Dulberg | Debtors & Debtors in Possession | Pachulski Stang Ziehl & Jones LLP |
| Vince | Sullivan | Law360 | |
| Sugi | Hadiwijaya | Financial Advisor | |
| Susan | Kaufman | Aston Properties, Inc. | Law Office of Susan E. Kaufman, LLC |
| Richard | Pachulski | Debtors | Pachulski Stang Ziehl & Jones LLP |
| Lisa | Peters | CNL Funding 2000-A, L.P. | Kutak Rock LLP |
| Alan | Johnson | Consultant Experts for Debtors | |
| Judge | Dorsey | U.S. Bankruptcy Judge | |
| James | McCauley | N/A | |
| Patrick | Sondles | FA to Senior Secured Lenders (GS & TCW) | Grant Thornton LLP |
| Adam | Hiller | Moody, 434 King Street, LLC, Canal Properties, Inc. | Hiller Law LLC |
| Maria | Chutchian | Reuters | Reuters |
| Sean | Wilson | Aston Properties, Inc. | Kelley Drye & Warren LLP |
| David | Tiffany | Financial Advisor | |
| John | Rogerson | St. John & Partners Advertising and Public Relations | Adams and Reese LLP |
| Jim | Morgan | Kite Realty Group | Howard & Howard |
| Rqymond | Lemisch | Wilkinson Langhorne Limited Partnership | Klehr Harrison Harvey Brqanzburg LLP |
| Linda | Richenderfer | US Trustee | |
| Courtney | Morgan | Pension Benefit Guaranty Corporation | |
| Taylor | Harrison | Debtwire | |
| Adam | Rogoff | Unsecured Creditors Committee | Kramer Levin |
| Aaron | Gober-Sims | TCW Direct Lending | Paul Hastings |
| Jeremy | Hill | N/A -- Media | Bloomberg News |
| Sarah | Noe | STORE Capital Corporation, STORE Master Funding XIII, LLC, STORE Master Funding XIV, LLC | Ballard Spahr LLP |
| Laura | Haney | Judicial Assistant | Judge's Chambers |
| Brian | Esser | Client | |

| | | | |
|---|---|---|---|
| Malhar | Pagay | Debtors & Debtors in Possession | Pachulski Stang Ziehl & Jones LLP |
| Michael | Tomback | Reorg Research | Reorg Research |
| Sean | O'Neal | Goldman Sachs Specialty Lending Group, L.P. | Cleary Gottlieb Steen & Hamilton LLP |
| Michele | Budicak | Court | |
| Stephanie | Medley | Client | |
| Richard | Wilkinson | Wilkinson Langhorne Limited Partnership | |
| Becky | Yerak | Wall Street Journal | Wall Street Journal |
| Marcy | McLaughlin Smith | Chick-fil-A, Inc. | Troutman Pepper Hamilton Sanders LLP |
| Beverly | Manne | Moody National Ruby T LLC | Tucker Arensberg P.C. |
| Jennifer | Sharret | Official Committee of Unsecured Creditors | Kramer Levin Naftalis & Frankel |
| Jessica | Metzger | Goldman Sachs Specialty Lending Group, L.P. | Cleary Gottlieb Steen & Hamilton LLP |
| Prasuna | Tanchuk | Consultant Experts for Debtors | |
| Ryan | Davis | Chester C. Fosgate Company | Winderweedle, Haines, Ward & Woodman, P.A. |
| David | Dean | Official Committee of Unsecured Creditors | Cole Schotz P.C. |