# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| RTI HOLDING COMPANY, LLC,[1] | Case No. 20-12456 (JTD) |
| Debtors. | (Jointly Administered) |
|  | **Ref. Docket Nos. 874, 877-884** |

## AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT )
                            ) ss.:
COUNTY OF MIDDLESEX )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as a Director of Client Services by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 15, 2021 I caused to be served the:

   a. "Declaration and Disclosure Statement of Edward A. Greenberg on Behalf of Ward Greenberg Heller & Reidy LLP," dated January 15, 2021 [Docket No. 874], (the "Greenberg Declaration"),

   b. "Debtors' Opposition to 434 King Street LLC's Motion to Compel Compliance with Lease of Non-Residential Real Property, Including Payment of Post-Petition Rent and

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: RTI Holding Company, LLC (4966); Ruby Tuesday, Inc. (5239); Ruby Tuesday, LLC (1391); RTBD,LLC (6505); RT of Carroll County, LLC (8836); RT Denver Franchise, L.P. (2621); RT Detroit Franchise, LLC (8738); RT Distributing, LLC (6096); RT Finance, LLC (7242); RT FL Gift Cards, Inc. (2189); RT Florida Equity, LLC (7159); RT Franchise Acquisition, LLC (1438); RT of Fruitland, Inc. (1103); RT Indianapolis Franchise, LLC(6016); RT Jonesboro Club (2726); RT KCMO Franchise, LLC (7020); RT Kentucky Restaurant Holdings, LLC (7435); RT Las Vegas Franchise, LLC (4969); RT Long Island Franchise, LLC (4072); RT of Maryland, LLC (7395); RT Michiana Franchise, LLC (8739); RT Michigan Franchise, LLC (8760); RT Minneapolis Franchise, LLC (2746); RT Minneapolis Holdings, LLC (7189); RT New England Franchise, LLC (4970); RT New Hampshire Restaurant Holdings, LLC (7438); RT New York Franchise, LLC (1154); RT Omaha Franchise, LLC (7442); RT Omaha Holdings, LLC (8647); RT One Percent Holdings, LLC (6689); RT One Percent Holdings II, LLC (2817); RT Orlando Franchise, LP (5105); RT Restaurant Services, LLC (7283); RT South Florida Franchise, LP (3535); RT Southwest Franchise, LLC (9715); RT St. Louis Franchise, LLC (6010); RT Tampa Franchise, LP (5290); RT Western Missouri Franchise, LLC (6082); RT West Palm Beach Franchise, LP (0359); RTTA, LP (0035); RTT Texas, Inc. (2461); RTTT, LLC (9194); Ruby Tuesday of Allegany County, Inc. (8011); Ruby Tuesday of Bryant, Inc. (6703); Ruby Tuesday of Columbia, Inc. (4091); Ruby Tuesday of Frederick, Inc. (4249); Ruby Tuesday of Linthicum, Inc. (8716); Ruby Tuesday of Marley Station, Inc. (1641); Ruby Tuesday of Pocomoke City, Inc. (0472); Ruby Tuesday of Russellville, Inc. (1601); and Ruby Tuesday of Salisbury, Inc. (5432). The Debtors' mailing address is 333 East Broadway Ave., Maryville, TN 37804.

    Taxes, or, in the Alternative, Rejection, and Related Relief," dated January 15, 2021 [Docket No. 877], (the "King Street Opposition"),

c. "Debtors' Opposition to Moody National Ruby T, LLC's Motion to Compel Compliance with Lease of Non-Residential Real Property, Including Payment of Post-Petition Rent and Taxes, or, in the Alternative, Rejection, and Related Relief," dated January 15, 2021 [Docket No. 878], (the "Moody Opposition"),

d. "Debtors' Opposition to Canal Street Properties, Inc.'s Motion to Compel Compliance with Lease of Non-Residential Real Property, Including Payment of Post-Petition Rent and Taxes, or, in the Alternative, Rejection, and Related Relief," dated January 15, 2021 [Docket No. 879], (the "Canal Street Opposition"),

e. "Debtors' Opposition to Motion of Yu-Ching Hsu for an Order (A) Compelling Immediate Payment of Administrative Claim; (B) Compelling Rejection of Lease and Surrender Possession of the Premises; (C) Granting Relief from Stay; and (D) Granting Related Relief," dated January 15, 2021 [Docket No. 880], (the "Hsu Opposition"),

f. "Debtors' Opposition to Motion of Aston Properties, Inc. to Compel Compliance with 11 U.S.C. § 365(d)(3)," dated January 15, 2021 [Docket No. 881], (the "Aston Opposition"),

g. "Debtors' Reply in Support of Second Notice to Reject Certain Executory Contracts and Unexpired Non-Residential Real Property Leases," dated January 15, 2021 [Docket No. 882], (the "Kallioppi Reply"),

h. "Debtors' Opposition to Motion of Wilkinson Langhorne Limited Partnership to Compel Compliance with 11 U.S.C. §365(D)(3)," dated January 15, 2021 [Docket No. 883], (the "Langhorne Opposition"),

i. "Fourth Notice of Rejection of Unexpired Leases of Nonresidential Real Property and Abandonment of Property in Connection therewith," dated January 15, 2021 [Docket No. 884], (the "Rejection Notice"),

by causing true and correct copies of the:

  i. Greenberg Declaration, King Street Opposition, Moody Opposition, Canal Street Opposition, Hsu Opposition, Aston Opposition, Kallioppi Reply, Langhorne Opposition and Rejection Notice, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

  ii. Rejection Notice, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B,

  iii. Greenberg Declaration, King Street Opposition, Moody Opposition, Canal Street Opposition, Hsu Opposition, Aston Opposition, Kallioppi Reply, Langhorne

      Opposition and Rejection Notice, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit C</u>,

   iv.   King Street Opposition, to be delivered via electronic mail to: *ahiller@adamhillerlaw.com*,

   v.   Moody Opposition, to be delivered via electronic mail to: *ahiller@adamhillerlaw.com* and *bmanne@tuckerlaw.com*,

   vi.   Canal Street Opposition, to be delivered via electronic mail to: *ahiller@adamhillerlaw.com* and *summerall@wgfllaw.com*,

   vii.   Hsu Opposition, to be delivered via electronic mail to: *shumiston@mccarter.com*, and

   viii.   Kallioppi Reply, to be delivered via electronic mail to: *rondrescher@drescherlaw.com*.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                                   */s/ Angharad Bowdler*
                                                                                    Angharad Bowdler

Sworn to before me this
19th day of January, 2021
*/s/ Amy E. Lewis*
Notary Public, State of Connecticut
Acct. No. 100624
Commission Expires: 8/31/2022

# Exhibit A

| Claim Name | Address Information |
|---|---|
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| MEYERS, RODBELL & ROSENBAUM, P.A. | (COUNSEL TO PRINCE GEORGE'S COUNTY) ATTN NICOLE C KENWORTHY 6801 KENILWORTH AVE, STE 400 RIVERDALE MD 20737-1385 |

**Total Creditor count  2**

**Exhibit B**

# RUBY TUESDAY
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CAMBRIDGE CROSSING SHOPPING CENTER LLC | C/O BARINGS LLC ONE FINANCIAL PLAZA STE. 1700 HARTFORD CT 06103 |
| CAMBRIDGE CROSSING SHOPPING CENTER LLC | 555 E LANCASTER AVE STE 120 RADNOR PA 19087-5167 |
| CNL FUNDING 2000 A LP | C/O VEREIT, INC. 2325 E. CAMELBACK ROAD 9TH FLOOR PHOENIX AZ 85016 |
| CNL FUNDING 2000 A LP | PO BOX 29650 DEPT 880044 ID 065348 PHOENIX AZ 85038 |
| LIMESTONE RUBY LITHIA SPRINGS LLC | C/O ORION INVESTMENT AND MGMT LTD. CORP. 200 S. BISCAYNE BOULEVARD, 7TH FLOOR MIAMI FL 33131 |
| LIMESTONE RUBY LITHIA SPRINGS LLC | 200 S BISCAYNE BLVD 7TH FL C/O OIMC MIAMI FL 33131 |
| LIMESTONE RUBY RALEIGH LLC | 200 S BISCAYNE BLVD 7TH FL C/O OIMC MIAMI FL 33131 |
| LOWES HOME CENTER LLC | ATTN: PROPERTY MANAGEMENT 1000 LOWE'S BLVD MOORESVILLE NC 28117 |
| LOWES HOME CENTER LLC | 1000 LOWES BLVD MOORESVILLE NC 28117-8520 |
| LOWNDES, DROSDICK, DOSTER, | KANTOR & REED, P.A. 215 NORTH EOLA DRIVE POST OFFICE BOX 2809 ORLANDO FL 32802 |
| M P LLP | 5612 ILLINOIS ROAD FORT WAYNE IN 46804 |
| NANY ARUJO | ADDRESS ON FILE |
| OREOF 2017 RUBY LLC | C/O ORION INVESTMENT AND MGMT LTD. ATTN: JOSEPH A SANZ 200 S. BISCAYNE BLVD., 7TH FL MIAMI FL 33131 |
| PRIORITY PROPERTY MANAGEMENT LLC | 40 W WASHINGTON ST STE 101 ATTN ROY BROOKS C/O PRIORITY PROP MGMT HARRISNONBURG VA 22802 |
| RAINIER WOODLANDS SQR ACQUISITIONS LLC | 500 W CYPRESS CREED RD STE 350 C/O AVISON YOUNG PROP MGMT ATTN: DESANYA DALY FORT LAUDERDALE FL 33309 |
| RAINIER WOODLANDS SQR ACQUISITIONS LLC | 500 W CYPRESS CREED RD STE 350 C/O AVISON YOUNG PROP MGMT ATTN MARTHA NZAKEN FORT LAUDERDALE FL 33309-6155 |
| REALTY INCOME CORP | LEASE ADMINISTRATOR – LENA CHAU C/O REALTY INCOME CORP 11995 EL CAMINO REAL SAN DIEGO CA 92130 |
| RT HENDERSON LLC | 1200 DUDA TRAIL OVIEDO FL 32765 |
| TAU SOUTH LLC | PO BOX 842428 BLDG ID 3961 C/O REALTY INCOME CORP LOS ANGELES CA 90084 |
| THE WIDEWATERS GROUP, INC | ATTN: LEASE ADMINISTRATION PO BOX 3 DEWITT NY 12314 |
| VEREIT, INC. | PROPERTY MANAGER 2325 CAMELBACK RD 9TH FL PHOENIX AZ 85016 |
| VOMC COMPANY INC | 15 DANIELS ROAD ATTENTION OSCAR B VALDEPENAS BOONTON TOWNSHIP NJ 07005 |
| WIDEWATERS IX CANTON COMPANY LLC | THE WIDEWATERS GROUP INC ATTN ACCT RECEIVABLES PO BOX 3 DEWITT NY 13214 |
| WILKINSON LANGHORNE LP | C/O WILKINSON GROUP, INC. ATTENTION: RICHARD W. WILKINSON 106 COMMERCE ST., STE 110 LAKE MARY FL 32746 |
| WILKINSON LANGHORNE LP | C/O RICHARD W. WILKINSON 265 SNOWFIELDS RUN HEATHROW FL 32746 |
| WILKINSON LANGHORNE LP | 106 COMMERCE ST SUITE 110 C/O WILKINSON GROUP INC LAKE MARY FL 32746 |
| WINCHESTER RT LLC | 268 NEWMAN AVE C/O LAYMAN LAW GROUP HARRISONBURG VA 22801 |
| WINCHESTER RT LLC | C/O PRIORITY PROPERTY MANAGEMENT, LLC 40 WEST WASHINGTON ST, SUITE 101 ATTN: ROY BROOKS HARRISONBURG VA 22802 |

**Total Creditor count  28**

**Exhibit C**

**RTI HOLDING COMPANY, LLC - Case No. 20-12456**
**Electronic Mail Master Service List**

| NAME | EMAIL ADDRESS |
|---|---|
| ABRAMS & BAYLISS LLP | seaman@abramsbayliss.com; cannataro@abramsbayliss.com; |
| ADAMS AND REESE LLP | john.rogerson@arlaw.com; jamie.olinto@arlaw.com; |
| ASHBY & GEDDES, P.A. | gtaylor@ashbygeddes.com; kearle@ashbygeddes.com; |
| BALLARD SPAHR LLP | heilmanl@ballardspahr.com; roglenl@ballardspahr.com; ganzc@ballardspahr.com; andersonsanchezk@ballardspahr.com; summersm@ballardspahr.com; |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | kcapuzzi@beneschlaw.com; jgentile@beneschlaw.com; |
| BUCHALTER, A PROFESSIONAL CORPORATION | schristianson@buchalter.com; |
| CAFARO MANAGEMENT COMPANY | lmadgar@cafarocompany.com; |
| CHIPMAN BROWN CICERO & COLE, LLP | desgross@chipmanbrown.com; bolton@chipmanbrown.com; |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | soneal@cgsh.com; jvanlare@cgsh.com; |
| COLE SCHOTZ P.C. | ddean@coleschotz.com; jalberto@coleschotz.com; aroth-moore@coleschotz.com; |
| CONNOLLY GALLAGHER LLP | cgriffiths@connollygallagher.com; lhatfield@connollygallagher.com; jwisler@connollygallagher.com; kconlan@connollygallagher.com; kbifferato@connollygallagher.com; |
| COUNTY OF LOUDOUN, VIRGINIA | steve.jackson@loudoun.gov; |
| CROSS & SIMON, LLC | mvild@crosslaw.com; |
| DELAWARE SECRETARY OF STATE | dosdoc_ftax@delaware.gov; |
| DELAWARE STATE TREASURY | statetreasurer@state.de.us; |
| DORSEY & WHITNEY (DELAWARE) LLP | glorioso.alessandra@dorsey.com; schnabel.eric@dorsey.com; seim.nathan@dorsey.com |
| DOUG BELDEN, HILLSBOROUGH COUNTY TAX COLLECTOR | fitzgeraldb@hillsboroughcounty.org; |
| FONVIELLE LEWIS MESSER & MCCONNAUGHHAY | allen@wrongfullyinjured.com |
| GARNER & CONNER, PLLC | cconner@garnerconner.com; |
| GIBBONS P.C. | hcohen@gibbonslaw.com; rmalone@gibbonslaw.com; |
| GOLDMAN SACHS BANK USA | gs-slg-notices@gs.com; |
| GOULSTON & STORRS PC | thoffmann@goulstonstorrs.com; ykass-gergi@goulstonstorrs.com; |
| HILLER LAW, LLC | ahiller@adamhillerlaw.com; |
| HOGAN♦MCDANIEL | dckerrick@dkhogan.com; |
| HOLIFIELD & JANICH, PLLC | aholifield@holifieldlaw.com; kmann@holifieldlaw.com; |
| HOWARD & HOWARD ATTORNEYS PLLC | mbogdanowicz@howardandhoward.com; |
| HUNTON & WILLIAMS LLP | ggriffith@huntonak.com; |
| INDIANA ATTORNEY GENERAL OFFICE | heather.crockett@atg.in.gov; amanda.quick@atg.in.gov; |
| JACK SHRUM, PA | jshrum@jshrumlaw.com; |
| JACKSON & CAMPBELL, P.C. | mweitzman@jackscamp.com; |
| JENSEN BAGNATO, P.C. | jeffrey@jensenbagnatolaw.com; jeffreycarbino@gmail.com; |
| KELLEY DRYE & WARREN LLP | kdwbankruptcydepartment@kelleydrye.com; rlehane@kelleydrye.com; swilson@kelleydrye.com; mlevine@kelleydrye.com; |
| KLEHR HARRISON HARVEY BRANZBURG LLP | rlemisch@klehr.com; sveghte@klehr.com; cbrennan@klehr.com; |
| KLEIN LLC | klein@kleinllc.com |
| KOHNER, MANN & KAILAS, S.C. | swisotzkey@kmksc.com; |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | arogoff@kramerlevin.com; rschmidt@kramerlevin.com; jsharret@kramerlevin.com; jwagner@kramerlevin.com; |
| KURTZMAN \| STEADY, LLC | kurtzman@kurtzmansteady.com; |
| LAW OFFICE OF SUSAN E. KAUFMAN, LLC | skaufman@skaufmanlaw.com; |
| MANIER & HEROD, P.C. | mcollins@manierherod.com; rmiller@manierherod.com |
| MARICOPA COUNTY TREASURER | muthigk@mcao.maricopa.gov |
| MAYNARD COOPER & GALE PC | jlamar@maynardcooper.com; |
| MCCARRON & DIESS | mjf@mccarronlaw.com |
| MCCARTER & ENGLISH LLP | kbuck@mccarter.com; |
| MCCREARY, VESELKA, BRAGG & ALLEN, P.C. | tleday@mvbalaw.com; |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | dprimack@mdmc-law.com; jbernstein@mdmc-law.com; gbressler@mdmc-law.com; mmorano@mdmc-law.com |
| MCGUIREWOODS | svaughn@mcguirewoods.com; sspeight@mcguirewoods.com; |
| MIAMI-DADE COUNTY TAX COLLECTOR | priscilla.windley@miamidade.gov; mdtcbkc@miamidade.gov; |
| MISSOURI DEPARTMENT OF REVENUE | deecf@dor.mo.gov; |
| MONZACK MERSKY BROWDER and HOCHMAN, P.A. | rmersky@monlaw.com; |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | dabbott@mnat.com; |

RTI HOLDING COMPANY, LLC - Case No. 20-12456
Electronic Mail Master Service List

| NAME | EMAIL ADDRESS |
| --- | --- |
| OAKLAND COUNTY TREASURER | kevin@lawyermich.com; |
| OFFICE OF ATTORNEY GENERAL - PENNSYLVANIA | cmomjian@attorneygeneral.gov; crmomjian@attorneygeneral.gov; |
| OFFICE OF THE ATTORNEY GENERAL - TENNESSE | agbankdelaware@ag.tn.gov; |
| OFFICE OF THE ATTORNEY GENERAL - TEXAS | abigail.ryan@oag.texas.gov; jason.binford@oag.texas.gov; |
| OFFICE OF THE UNITED STATES TRUSTEE | linda.richenderfer@usdoj.gov; |
| PACHULSKI STANG ZIEHL & JONES LLP | jo'neill@pszjlaw.com |
| PASCO COUNTY, FLORIDA ON BEHALF OF BOARD OF COUNTY COMMISSIONERS | asalzano@pascocountyfl.net;tosipov@pascocountyfl.net |
| PAUL HASTING LLP | justinrawlins@paulhastings.com; aarongobersims@paulhastings.com; |
| PENSION BENEFIT GUARANTY CORPORATION | morgan.courtney@pbgc.gov; efile@pbgc.gov; harris.melissa@pbgc.gov; |
| POLSINELLI PC | cward@polsinelli.com; |
| REGER RIZZO & DARNALL LLP | erassman@regerlaw.com; |
| SAUL EWING ARNSTEIN & LEHR LLP | monique.disabatino@saul.com; luke.murley@saul.com; |
| SCHREEDER, WHEELER & FLINT, LLP | chord@swfllp.com; |
| SECURITIES & EXCHANGE COMMISSION | secbankruptcy-ogc-ado@sec.gov; secbankruptcy@sec.gov; |
| SECURITIES AND EXCHANGE COMMISSION | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov; |
| SEYFARTH SHAW LLP | whanlon@seyfarth.com; |
| SHERRARD ROE VOIGT & HARBISON, PLC | mabelow@srvhlaw.com; |
| SIMON PROPERTY GROUP | rtucker@simon.com; |
| SMTD LAW LLP | rberens@smtdlaw.com; |
| STRADLEY, RONON, STEVENS & YOUNG, LLP | dpereira@stradley.com |
| SULLIVAN · HAZELTINE · ALLINSON LLC | zallinson@sha-llc.com; |
| TCW DIRECT LENDING LLC | michael.anello@tcw.com; |
| THE ROSNER LAW GROUP LLC | rosner@teamrosner.com; gibson@teamrosner.com; liu@teamrosner.com; |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | marcy.smith@troutman.com; matthew.brooks@troutman.com; gary.marsh@troutman.com; |
| TUCKER ARENSBERG | bmanne@tuckerlaw.com; |
| UCTS, DEPT OF LABOR AND INDUSTRY | ra-li-ucts-bankrupt@state.pa.us |
| WATKINS & EAGER PLLC | rireland@watkinseager.com; |
| WEIR & PARTNERS LLP | jcianciulli@weirpartners.com; |
| WOLCOTT RIVERS GATES | jstiff@wolriv.com; |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | bankfilings@ycst.com; mneiburg@ycst.com; jmulvihill@ycst.com; |
| ZIONS BANCORPORTION | gregory.baser@zionsbancorp.com; |