**Exhibit 3**

Schedule of Assumed Compensation and Benefit Programs

**RTI**
**List of Benefits**

| # | Plan | Type | Vendor |
|---|---|---|---|
| 1 | Health Plan | Medical | Blue Cross Blue Shield ("BCBS") |
| 2 | Health Plan | Dental | Blue Cross Blue Shield ("BCBS") |
| 3 | Health Plan | Vision | Blue Cross Blue Shield ("BCBS") |
| 4 | Health Plan | Disability | |
| 5 | Health Plan | COBRA | |
| 6 | Health Plan | Health savings accounts (HSA) | Payflex |
| 7 | Health Plan | Part-time Medical | Allstate/Symetra |
| 8 | Health Plan | Part-time Dental/Vision | Metlife |
| 8 | Health Plan | Critical Illness Insurance | Chubb |
| 9 | Insurance | Basic Life Insurance Plan | MetLife |
| 10 | Insurance | Accidental death and dismemberment insurance | MetLife |
| 11 | Insurance | Short term disability | |
| 12 | 401k | | |
| 13 | Other | Tuition reimbursement | |
| 14 | Other | Mental health and wellbeing employee assistance program | Aetna |
| 15 | Other | Identity theft protection services | |
| 16 | Other | Gym membership | |
| 17 | Other | Online rewards and recognition | |
| 18 | Other | General manager mentoring program | |
| 19 | Other | Recipe contests | |
| 20 | Bonus Plan | Operational Employee Bonus Plan | |
| 21 | Commissions | Lodge Sales Commissions | |