**Exhibit 4**

Rejected Executory Contract / Unexpired Lease List

## List of Rejected Leases

| Restaurant ID | Landlord or Counterparty Name | Debtor-Tenant | Real Property Lease Address | Rejection Date |
|---|---|---|---|---|
| 4801 | Arete Partners 2263 Memorial, LLC | Ruby Tuesday, Inc. | Waycross<br>2263 MEMORIAL DRIVE<br>WAYCROSS GA 31501 | 2/4/2021 |
| 2849 | BV Associates | Ruby Tuesday, Inc. | Virginia Beach<br>4488 VIRGINIA BEACH BOULEVARD<br>VIRGINIA BEACH VA 23462 | 2/4/2021 |
| 4710 | Four Beam, LLC | Ruby Tuesday, Inc. | East Harrisburg<br>3991 PAXTON STREET<br>HARRISBURG PA 17111 | 2/4/2021 |
| 4431 | Lisbon Landing, LLC | Ruby Tuesday, Inc. | Lisbon<br>160 RIVER ROAD, SUITE A-200<br>LISBON CT 06351 | 2/4/2021 |
| 5026 | NADG NNN RT (SC) LP | Ruby Tuesday, Inc. | Sumter Hwy<br>7490 GARNERS FERRY ROAD<br>COLUMBIA SC 29209 | 2/4/2021 |
| 2682 | RPI Salisbury Mall, LLC | Ruby Tuesday, Inc. | Salisbury<br>2300 NORTH SALISBURY BOULEVARD H101<br>SALISBURY MD 21801 | 2/4/2021 |
| | | | | |
| | | | | |
| | | | | |

**Ruby Tuesday Inc**
**Additional Executory Contracts to Reject**

| Counterparty | Debtor Party | Description of Contract Rejection | Rejection Date |
|---|---|---|---|
| KONICA MINOLTA/ WELLS FARGO FINANCIAL LEASING USA INC DEPT AT 952823 ATLANTA GA 31192-0000 | Ruby Tuesday, Inc | Coretrust Agreement For Bizhub Lease | 2/4/2021 |
| QUADIENT (MAIL FINANCE ) PO BOX 6813 CAROL STREAM IL 60197-0000 | Ruby Tuesday, Inc | Product Lease Agreement W/Meter Rental Agreement | 2/4/2021 |
| SHOFFNER MECHANICAL SERIVCES PO BOX 10048 KNOXVILLE TN 37939-0000 | Ruby Tuesday, Inc | Preventive Maintenance Agreement | 2/4/2021 |
| UNITED ELEVATOR SERVICES LLC PO BOX 1301 KNOXVILLE TN 37901-0000 | Ruby Tuesday, Inc | Service Agreement Full Maintenance For Office | 2/4/2021 |
| GREENLEAF COMPACTION INC PO BOX 29661 2008 PHOENIX AZ 85038 | Ruby Tuesday, Inc | Trash compactor lease for 7149 Ellenton | 2/4/2021 |
| GREENLEAF COMPACTION INC PO BOX 29661 2008 PHOENIX AZ 85038 | Ruby Tuesday, Inc | Trash compactor lease for 7157 Cooper Creek | 2/4/2021 |
| ALERT 360 SARASOTA 2448 E 81ST STREET SUITE 4200 TULSA OK 74137-0000 | Ruby Tuesday, Inc | Alarms for 7157 Cooper Creek | 2/4/2021 |