**<u>Exhibit 5</u>**

Members of the New Board

**Board Designees**

| Name | Biography and Affiliations |
|---|---|
| **Ryan Carroll** | Mr. Carroll serves as Managing Director, Head of Portfolio Management and a member of the Investment Committee of the TCW Private Credit Group. Prior to joining TCW in 2016, Mr. Carroll was a Managing Director within the US Private Capital Group at BlackRock Financial Management. He joined BlackRock in March of 2015 with the acquisition of BlackRock Kelso Capital Advisors, which he joined in 2005. Prior to joining BlackRock Kelso Capital, Mr. Carroll worked in the leveraged finance group at JPMorgan. Inc. Mr. Carroll holds a BSBA with majors in finance, accounting and international business from the Olin School of Business at Washington University in St. Louis.. |
| **Rick Miller** | Mr. Miller serves as Group Managing Director, Chief Investment Officer and Chairman of the Investment Committee of the TCW Private Credit Group and Portfolio Manager of the Direct Lending Strategy. Mr. Miller joined TCW in 2013 with the acquisition of the Special Situations Funds Group from Regiment Capital Advisors, LP, which he led since the group's inception in 2001. Mr. Miller has over 27 years of experience in the capital markets and previously was ranked on the Institutional Investor "All American High Yield Research Team" for six consecutive years, focusing primarily on the Metals and Mining sector. Prior to his involvement in high yield research, he was at Chase Manhattan Bank in the Mergers & Acquisitions Group. He then moved on to become a Managing Director with the High Yield Group. Subsequently, he became the Head of High Yield Research at BankBoston Securities and in 1999, Mr. Miller joined UBS as a Managing Director and Head of the Global High Yield Research Group. Mr. Miller currently serves as an ex officio Trustee of the University of Rochester Endowment and is a former Trustee of the Nativity Preparatory School and the Dexter Southfield School. Mr. Miller received his BS from Syracuse University and his MBA from the University of Rochester. |
| **Matthew White** | Mr. White joined the TCW Direct Lending group in 2020 and is involved in the origination, due diligence review, structuring, execution, and monitoring of investments. Prior to joining TCW, Mr. White was a Vice President on the Corporate Finance team at Garrison Investment Group, a middle market private credit and direct lending platform, where he was primarily responsible for the ongoing management of a portfolio of senior secured loans with an emphasis on working out and restructuring troubled exposures. Prior to that, he was a member of the workout team at CIT Group. Mr. White started his career at Zolfo Cooper, a boutique provider of restructuring and turnaround advisory solutions. Mr. White received a BBA, cum laude, with a concentration in Finance from Roanoke College. |
| **Mitchell Lowe** | Mitch started his career as an attorney in the San Francisco office of Morgan Lewis & Bockius before becoming in-house counsel at Sizzling Platter LLC in 2006. At that time, Sizzling Platter was a regional restaurant franchisee with approximately 35 units in three states. Over the subsequent 13 years, Sizzling Platter became one of the largest and fastest growing franchised restaurant companies in the United States with over 500 units and 10,000 employees |

|  | throughout the United States/Mexico under the f Little Caesars, Wingstop and Dunkin Donuts brands. Initially serving as General Counsel and Vice President of Development, Mitch became the company's President in 2015 where he directed the finance, legal, new restaurant development, mergers and acquisitions and human resources functions of the business before leading the company through a private equity transaction in 2019.<br>Mitch continues to serve as a board observer at Sizzling Platter and is a director at Wow Bao Holdings. Mitch attended college at the University of San Diego (2000) and received a JD from the University of San Francisco School of Law (2003) where he was a member of the University of San Francisco Law Review. |
|---|---|
| **[TBD]** |  |