**Exhibit 6**

Waiver of Certain Avoidance Actions

Pursuant to section X.I. of the Plan, on the Effective Date, ***with the exception of those persons and entities identified herein***, the Reorganized Debtors shall be deemed to waive and release all Avoidance Actions against such persons and entities that, as of the Effective Date, shall continue to provide goods, services and/or financing to RT Asset Company on and after the Effective Date on terms that, with respect to the provision of goods and/or services, are no less favorable than the terms offered to the Debtors on the Petition Date and, with respect to the provision of financing, are satisfactory, in each case as determined by the Debtors and the Prepetition Secured Creditors (or just TCW (and, if any, its assigns) if there will be no GS Adjustment Equity issued on the Effective Date pursuant to ARTICLE III.C.3.c(1) of the Plan) in the exercise of their reasonable business judgment.

**Ruby Tuesday Inc**
**Avoidance Actions not waived for the following parties**

| Vendor | Vendor Name |
|---|---|
| S0318 | A AND E KITCHEN SERVICE LLC |
| S1150 | A KEENER LANDSCAPE AND DESIGN |
| 31833 | A R C SECURITY SYSTEMS |
| S0355 | AC BEVERAGE OF SOUTH FL |
| S0120 | ACTION PLUMBING INC |
| S0325 | ADVANCED MECHANICAL PLUS INC |
| 35814 | AIKEN AUGUSTA SECURITY SYSTEMS INC |
| 31276 | AIKEN PEST CONTROL INC |
| 32461 | ALL ABOUT CARPET CLEANING UPHOLSTERY TOO |
| S0957 | ALLEN STEWART |
| S0048 | ALTEMP MECHANICAL INC |
| 31829 | AMERICAN DIGITAL TECH |
| S0990 | AMERICAN FACILITY SOLUTIONS |
| S0031 | AMPHION |
| 31821 | ARCHWAY LAWN CARE |
| 35566 | AWNCLEAN INC |
| 36113 | BEEBE LANDSCAPE SERVICE INC |
| S1159 | BEYOND LAWN SERVICES INC |
| 38045 | BRASK ENTERPRISES INC II |
| 35775 | C SCAPES INC |
| 35601 | CAINES AND ASSOCIATES LLC |
| 33984 | CHEMCARE INC |
| 37255 | CHRISTINA L BATHE |
| 35833 | CHRISTOPHER M FREEL |
| S0018 | CINTAS CORPORATION NO 2 FIREKEC |
| 32744 | CINTAS CORPORATION NO 2 FIREKEC |
| S1202 | CLIFFORD J TROICKE |
| 36174 | CLOG MASTER LLC |
| 34479 | COMPANY SPECIFIC LLC |
| 31099 | COMPLETE BUILDING SERVICE |
| S1258 | D AND G MORALES LANDSCAPING |
| 31110 | DB LANDSCAPE LLC |
| 36045 | DBB GROUP LLC |
| S1693 | DCG ENTERPRISES LLC |
| 36084 | DECO CONCRETE LLC |
| 33316 | DENTCO |
| S1080 | DETAILED SERVICES |
| S1436 | DGD SERVICES INC |
| 33273 | DRAFT CLEANING SERVICE LLC |
| 36443 | DRAIN CLEANING AND REPAIRS USA INC |
| 31855 | DS LANDSCAPING OF CNY INC |
| S1324 | DUNCAN ENTERPRISES |
| S1325 | EARTHWORKS LANDSCAPE |
| 35773 | EDWARD DON AND COMPANY HOLDINGS LLC |
| 35780 | EFC SPECIAL TOUCH |
| S0123 | ELMER SCHULTZ SERVICES INC |
| 31479 | EMPLOYMENT SCREENING SERVICES |
| S0337 | ENVIRONMENTAL DRAIN AND PLUMBING |
| 31479 | ESS (EMPLOYMENT SCREENING SERVICES) |
| 35942 | EVERGREEN TREE SERVICE INC |
| 36763 | EVERIDGE INC |
| S1294 | FAST EDDYS GROUNDS MAINTENANCE |
| 36035 | FAST SERVICE INC |
| S0126 | FLORIDA AIR SPECIALIST INC |

| | |
|---|---|
| 35600 | FOUR SEASONS LAWN AND LANDSCAPE LLC |
| 31057 | GASKETS ROCK INTERNATIONAL INC |
| S0352 | GENERAL PARTS KANSAS CITY MO |
| S1463 | GN WINDOW WASHING |
| 30911 | GOLDEN TRIANGLE WASTE SERVICES |
| S1315 | GRANT LAWN CARE SERVICE LLC |
| 35246 | GREAT LAKES BAR CONTOLS INC |
| 36576 | GREATAMERICA FINANCIAL SVCS CORP |
| 33463 | GREENLEAF COMPACTION INC |
| S1247 | GREENWELL LANDSCAPE CO |
| 33580 | GRESHAMS SEASONAL SERVICES |
| S0353 | HEARTH MICROWAVE SERVICE LLC |
| S0312 | HOBART CORPORATION |
| 36076 | IEM INC |
| 36259 | IMAGE MAKER LANDSCAPE MANAGEMENT SERVICES LLC |
| S1296 | INDIANA CLEANING AND RESTORATION SOLUTIONS |
| 36218 | IONIC DEZIGN STUDIO INC |
| 35751 | JAMES C DEMPSEY |
| 36421 | JAMIE J BEVER |
| S1316 | JASON PUGH |
| S1185 | JEREMY BURNS |
| 35281 | JERSEY DRAUGHT LLC |
| 34288 | JOHN P FLAWS |
| 33939 | JOHNSON CONTROLS |
| 35235 | JOSEPH C WATKINS |
| 36042 | JOSEPH D GUILER |
| S0435 | K AND D FACTORY SERVICE INC |
| 35169 | KING CLEANERS LLC |
| 34388 | KONICA MINOLTA/ WELLS FARGO FINANCIAL LEASING |
| S1312 | LANDSCAPE BARBERS TREE SERVICE LLC |
| S0023 | LANE VALENTE INDUSTRIES |
| 35634 | LOWES COMPANIES INC |
| S0543 | LUNAR ELECTRICAL CONTRACTOR INC |
| S0310 | MAEDGENS LAWN CARE |
| 35723 | MARK HIATT |
| 35614 | MATTHEW DAVID WARD |
| 33685 | MAYO & ASSOCIATES, INC. |
| 34882 | MBAKER SERVICES INC |
| S1167 | MID MISSOURI TURF |
| S0049 | MODERN SERVICE FOR HOME AND BUSINESS |
| S1073 | MOSTEK ELECTRIC |
| 36138 | MOUNTAIN STATE EXTERIOR PROS LLC |
| S1182 | MUSSERS ADVANCED CARPET CARE LLC |
| S0514 | MWM MAINTENANCE AND RESTORATION LLC |
| 31716 | NIFCO MECHANICAL SYSTEMS LLC |
| S1467 | OHIO WINDOW CLEANING INC |
| 34178 | OTIS ELEVATOR COMPANY |
| 34041 | OUTDOOR HOME SERVICES HOLDINGS LLC |
| 34246 | PANICHI HOLDING CORP |
| S0127 | PAUL T VADNAIS |
| S1430 | PEREZ TURFS LLC |
| 33156 | POST SECURITY SERVICES INC |
| 35875 | PRESTONS GENUINE ENTERPRISES LLC |
| 33758 | QUADIENT (MAIL FINANCE ) |
| 36573 | QUADIENT LEASING USA INC |
| S1161 | QUALITY LAWN SERVICES UNLIMITED INC |
| S0324 | QUALITY REFRIGERATION INC |
| S1310 | RAINBOW INTERNATIONAL RESTORATION |
| 36317 | RANDY K DOCKINS |

| | |
|---|---|
| S1179 | RAY BULLINGTON |
| S0084 | REGIONS FACILITY SERVICES INC |
| 33885 | ROBERTS OXYGEN CO INC |
| S0535 | ROBERTS PLUMBING |
| 31030 | ROCK TENN CP, LLC /WEST ROCK/RUBICON |
| S0407 | ROTO ROOTER JEFFERSON CITY MO |
| 36080 | RUBBER AND ROAD CREATIVE AGENCY, INC |
| 30469 | SANDY ALEXANDER COMPANY/ DINE TECH |
| 35651 | SAPPINGTONS CARPET CARE INC |
| 35170 | SCI BACK FLOW |
| 32690 | SERVICE CHANNEL |
| 36215 | SEVITTS ENTERPRISES INC |
| 35876 | SHADES OF GREEN LANDSCAPING LLC |
| 35628 | SHIFTONE |
| S1340 | SHIPLEYS WINDOW CLEANING CO |
| 33898 | SHOFFNER MECHANICAL SERIVCES |
| S0219 | SIGNMANAGER INC |
| 33939 | SIMPLEX MONITORING LLC |
| S1016 | SONORAN ENVIRONMENTS LANDSCAPE AND MAINT |
| 31882 | STOWERS MACHINERY CORP |
| S1353 | T N T LAWN CARE AND IRRIGATION INC |
| S1437 | TANDS LAWN LANDSCAPE INC |
| 32693 | TELSA MOTORS INC |
| 36146 | THE 4A GROUP INC |
| S1031 | THE GROUNDS GUYS OF GARNER |
| 35831 | THE KURB APPEAL EXPERTS LLC |
| 32438 | THE OKEEFE GROUP LLC |
| 30507 | THUZI LLC |
| 34495 | TIM BROWNS PRESSURE WASHING |
| 35582 | TRALIANT, LLC |
| 34628 | TRIMARK STRATEGIC |
| 30857 | TS WINDOW CLEANING LLC |
| 30783 | TURF MAGIC LLC |
| S0980 | TWC SERVICES |
| 34048 | UNITED ELEVATOR SERVICES LLC |
| S1446 | UPSTATE HANDYMAN AND SON LLC |
| S1473 | US LAWNS ARKANSAS NORTHEAST |
| 33288 | USM, INC. DBA Sonoran |
| S0165 | VISUAL CONCEPTS SIGNS AND LIGHTING |
| S1428 | WARRENS LAWNCARE LLC |
| S0422 | WATSON ELECTRICAL CONSTRUCTION CO LLC |
| 35305 | WELLS FARGO FINANCIAL LEASING INC |
| 30966 | WESTERN WASTE INDUSTRIES INC |
| 36422 | WOODSTOCK ENTERPRISES INC |
| 36262 | YOUR WAY PROPERTY SERVICES INC |