# **Exhibit 7**

Designation and Allocation of Assets and Related Obligations
among the Reorganized Debtors and RT Lodge Company

# Ruby Tuesday – Asset Allocation



- Goldman Sachs Specialty Lending Group, L.P. ("GS") will convert a portion of its outstanding prepetition secured debt into new equity in RTI Holding Company, LLC and its subsidiary Ruby Tuesday, Inc. RTI Holding Company, LLC and Ruby Tuesday, Inc. are defined as "RT Lodge Company" in the Plan.
- The Lodge and certain related assets (collectively, the "RT Lodge") will remain at these entities.
- TCW will convert a portion of its outstanding debt into the equity of a newly formed holding company for the reorganized debtors, *other than* RTI Holding Company, LLC and Ruby Tuesday, Inc.
- All assets other than the RT Lodge will be transferred to RT Asset Company, LLC, at the direction of TCW and GS.