# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>RTI HOLDING COMPANY, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No.  20-12456 (JTD)<br><br>(Jointly Administered)<br><br>**Related Docket No. 275** |

### NOTICE OF WITHDRAWAL OF APPEARANCE OF TAYLER D. BOLTON

**PLEASE TAKE NOTICE** that Chipman Brown Cicero & Cole, LLP ("**CBCC**") is counsel to *KRG/CCA Estero, LLC, and KRG Evans Mullins Outlets, LLC* ("**KRG**" or the "**KRG Landlords**") in the above-captioned jointly administered bankruptcy cases (the "**Action**").

**PLEASE TAKE FURTHER NOTICE** that, on or around November 4, 2020, Tayler D. Bolton, then of CBCC, appeared (together with all of the undersigned from CBCC) on behalf of KRG in the Action.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with Rule 9010-2(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, KRG hereby gives notice of the withdrawal of the appearance of Tayler D. Bolton, formerly of CBCC.

**PLEASE TAKE FURTHER NOTICE** that KRG also requests that Tayler D. Bolton be removed from all service lists in the above-captioned cases, including the Court's CM/ECF electronic notification list effective immediately.

---

[1] The last four digits of Town Sports International, LLC's federal tax identification number are 7365. The mailing address for Town Sports International, LLC is 399 Executive Boulevard, Elmsford, New York 10523. Due to the large number of debtors (collectively, the "**Debtors**") in these cases, for which the Debtors have requested joint administration, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/TownSports, or by contacting the proposed undersigned counsel for the Debtor.

  **PLEASE TAKE FURTHER NOTICE** that the undersigned counsel from CBCC will continue as counsel to KRG.

Dated: January 26, 2021
   Wilmington, Delaware

            **CHIPMAN BROWN CICERO & COLE, LLP**

            */s/ Mark L. Desgrosseilliers*
            Mark L. Desgrosseilliers (No. 4083)
            Hercules Plaza
            1313 North Market Street, Suite 5400
            Wilmington, Delaware 19801
            Telephone: (302) 295-0191
            Email:  desgross@chipmanbrown.com

             —and—

            Mark A. Bogdanowicz
            **HOWARD & HOWARD ATTORNEYS PLLC**
            211 Fulton Street, Suite 600
            Peoria, Illinois 61602
            Telephone: (309) 999-6320
            Email: mbogdanowicz@howardandhoward.com

             —and—

            James E. Morgan
            **HOWARD & HOWARD ATTORNEYS PLLC**
            200 South Michigan Avenue
            Suite 1100
            Chicago, Illinois 60604-2461
            Telephone: (312) 456-3414
            Email: jmorgan@howardandhoward.com

            *Counsel for KRG Landlords*