## **CERTIFICATE OF SERVICE**

    I, Aaron H. Stulman, do hereby certify that on January 27, 2021, a copy of the foregoing **Notice of Deposition Upon Oral Examination of Designated Representatives of Debtors Relating to Debtors' Chapter 11 Plan and Sale Motion** was served on the parties listed on the attached service in the manners indicated.

                                              */s/ Aaron H. Stulman*
                                              Aaron H. Stulman (No. 5807)

**SERVICE LIST**

| **The Debtors** | **Counsel to the Debtors** |
|---|---|
| Shawn Lederman<br>c/o Ruby Tuesday, Inc.<br>333 E. Broadway Ave.<br>Maryville, TN 37804<br>Email: SLederman@rubytuesday.com<br><br>**Via Email** | Richard M. Pachulski, Esq.<br>Malhar S. Pagay, Esq.<br>James E. O'Neill, Esq.<br>Victoria A. Newmark, Esq.<br>PACHULSKI, STANG, ZIEHL & JONES LLP<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19801<br>Email: rpachulski@pszjlaw.com; mpagay@pszjlaw.com; joneill@pszjlaw.com; vnewmark@pszjlaw.com<br><br>**Via Email** |