## CERTIFICATE OF SERVICE

I, Sally E. Veghte, hereby certify that on January 29, 2021, I caused a true and correct copy of the ***Objection of Maryville College to Confirmation of Debtors' Amended Chapter 11 Plan, and Objection to Debtors' Assumption and Assignment of Unexpired Lease Regarding the RT Lodge*** to be served on the attached Service List via electronic mail and CM/ECF.

*/s/ Sally E. Veghte*
Sally E. Veghte (DE Bar No. 4762)

4720163.1
PHIL1 9321219v.2

# SERVICE LIST

| | |
|---|---|
| **Debtors:**<br>Ruby Tuesday, Inc.<br>Attn: Shawn Lederman<br>333 E. Broadway Avenue<br>Maryville, TN 37804<br>slederman@rubytuesday.com<br><br>**Counsel to the Debtors:**<br>Malhar S. Pagay, Esq.<br>James E. O'Neill, Esq.<br>Pachulski Stang Ziehl & Jones LLP<br>919 North Market Street<br>17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705<br>mpagay@pszjlaw.com<br>joneill@pszilaw.com<br><br>**Official Committee of Unsecured Creditors:**<br>Robert T. Schmidt, Esq.<br>Adam C. Rogoff, Esq.<br>Jennifer Sharret, Esq.<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>rschmidt@kramerlevin.com<br>arogoff@kramerlevin.com<br>jsharret@kramerlevin.com<br><br>and<br><br>G. David Dean, Esq.<br>Justin R. Alberto, Esq.<br>Andrew J. Roth-Moore<br>Cole Schotz, P.C.<br>500 Delaware Avenue<br>Suite 1420<br>Wilmington, DE 19801<br>ddean@coleschotz.com<br>jalberto@coleschotz.com<br>aroth-moore@coleschotz.com | **Counsel to Goldman Sachs Specialty Lending Group, L.P. as administrative and collateral agent and Goldman Sachs Bank USA**<br>Sean O'Neal, Esq.<br>Jane VanLare, Esq.<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006<br>soneal@cgsh.com<br>jvanlare@cgsh.com<br><br>and<br><br>Greta T. Griffith, Esq.<br>Hunton Andrews Kurth LLP<br>Bank of America Plaza<br>Suite 4100<br>600 Peachtree Street, N.E.<br>Atlanta, GA 30308-2216<br>ggriffith@hunton.com<br><br>**Counsel to TCW Direct Lending, LLC, TCW Skyline Lending, LP, and TCW Brazos Fund, LLC:**<br>Justin Rawlins, Esq.<br>Paul Hastings LLP<br>515 South Flower Street<br>Twenty-Fifth Floor<br>Los Angeles, California 90071<br>jrawlins@paulhastings.com<br><br>**Office of the U.S. Trustee:**<br>U.S. Trustee<br>Attn: Linda Richenderfer<br>J. Caleb Boggs Federal Building<br>844 N. King Street<br>Suite 2207<br>Lock Box 35<br>Wilmington, DE 19801<br>Linda.richenderfer@usdoj.gov |