**<u>EXHIBIT B</u>**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| RTI HOLDING COMPANY, LLC, et al., | ) | Case No. 20-12456 (JTD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | Docket Nos. 723 and 761 |
| | ) | Hearing Date: February 4, 2021 |
| | ) | Objection Deadline:  January 29, |
| | ) | 2021 at 5:00 pm |

## DECLARATION OF BRYAN F. COKER, PH.D. IN SUPPORT OF MARYVILLE COLLEGE'S OBJECTION TO CONFIRMATION OF DEBTORS' AMENDED CHAPTER 11 PLAN AND OBJECTION TO DEBTORS' ASSUMPTION AND ASSIGNMENT OF UNEXPIRED LEASE REGARDING THE RT LODGE

I, Bryan F. Coker, PhD., am over the age of 18 and hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1.      I am the 12th President of Maryville College.  I am the steward of a 201 year old institution, and I am responsible for all that has come before, all that is here now, and all that is yet to come in the life of the college.

2.      One very special part of the Maryville College legacy is the RT Lodge, formerly known as "Morningside," located on our campus within the Maryville College Woods. Historically, Maryville College has maintained important relationships with the local community and local businesses.  One of those important relationships was the bond between Maryville College and Samuel E. Beall, III, one of the founders and former Chief Executive Officer of the Ruby Tuesday Companies.

3.      The RT Lodge story dates to 1932, when Susan Wiley Walker relocated to Maryville, Tennessee to be near her sister, who was the wife of our college Chaplain.  Ms. Walker's sister and the Chaplain resided at a home in the Maryville College Woods, and Mrs. Walker, after falling in love with the area, sought the college's permission to build her own

4726943.1

residence in the Maryville College Woods. The college agreed, provided that the home would be willed to the college upon Mrs. Walker's death. She built and named the house, "Morningside," and resided there until her death at the age of 89, when the house was indeed left to the college.

    4.    Morningside served for years as the official home of our college President, and in 1997, Maryville College partnered with Ruby Tuesday, Inc. to improve the facility, and it was ultimately renamed "RT Lodge." But for Maryville College's strong relationship with Mr. Beall, and Maryville College's confidence in Mr. Beall and the Ruby Tuesday Companies, the RT Lodge Lease would never have been executed. The original Lease signed in 1997, which is attached as Exhibit 1 to Maryville College's Objection to Confirmation, clearly stated that if RTI ever sought to reassign the Lease, the college must first consent and approve any new leaseholder, and further provided that Maryville College could terminate the Lease in the event that Ruby Tuesday was sold, unless Samuel E. Beall, III continued as Chairman of the Board or Chief Executive Officer. However, in that instance, Maryville College would be required to repurchase all of the improvements placed on the premises by the Lessee. The original Lease also granted the right to cancel the Lease for any reason after 25 years, contingent on Maryville College paying to the Lessee the market value of any improvements placed on the leased premises by the Lessee, as determined by an appraiser selected by Lessor and Lessee.

    5.    In early 2020, Maryville College entered into discussions with RTI about a Lease Assignment to Oliver Hospitality/BNA, who the college determined would be a fitting steward of RT Lodge and Mrs. Walker's legacy. Maryville College approved the RT Lodge Lease Assignment to Oliver Hospitality and simultaneously granted an extension of the Lease, and agreed to certain modifications of the Lease requested by RTI and Oliver Hospitality/BNA. Due

to the Covid-19 pandemic, the finalization of the closing of the transaction and the Lease Assignment to Oliver Hospitality was delayed.

6.      I have since learned that after the Second Amended Lease was signed in June 2020, RTI signed a Leasehold Deed of Trust in favor of Goldman Sachs Specialty Lending Group, LP ("Goldman Sachs"). In July 2020, Maryville College was approached by Goldman Sachs, expressing a strong interest in acquiring the RT Lodge Lease, and consequently, seeking the college's approval for the assignment. After conducting some due diligence, Maryville College politely declined GS as a partner in the operation of the RT Lodge. At the same time, we further expressed our strong desire for the planned acquisition by Oliver Hospitality to move forward and be finalized. Goldman Sachs blocked that transaction.

7.      Maryville College is committed to the transaction with Oliver Hospitality, and desires that said transaction go forward.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: January 28, 2021

BRYAN F. COKER, PhD