## <u>CERTIFICATE OF SERVICE</u>

I, Aaron H. Stulman, do hereby certify that on January 29, 2021, a copy of the foregoing **BNA Associates, LLC's Objection to Confirmation of Plan and Cancellation of Sale and Joinder** was served on the parties listed on the attached service in the manners indicated.

/s/ Aaron H. Stulman
Aaron H. Stulman (No. 5807)

## SERVICE LIST

ABRAMS & BAYLISS LLP
(COUNSEL TO GOLDMAN SACHS)
ATTN JOHN M. SEAMAN, CHRISTOPHER F.
CANNATARO
20 MONTCHANIN ROAD, SUITE 200
WILMINGTON, DE 19807
Email: seaman@abramsbayliss.com;
cannataro@abramsbayliss.com

**Via Email**

ADAMS AND REESE LLP
(COUNSEL TO ST JOHN & PARTNERS)
501 RIVERSIDE AVENUE, SUITE 601
JACKSONVILLE, FL 32202
Email: john.rogerson@arlaw.com; jamie.olinto@arlaw.com

**Via Email**

AFFINITY9 REALTY LLC
6618 WESTON CIR E
DUBLIN, OH 43016
Email: AFFINITY9REALTYLLC@GMAIL.COM

**Via Email**

ASHBY & GEDDES, P.A.
(COUNSEL TO TCW)
ATTN GREGORY A. TAYLOR, KATHARINA EARLE
500 DELAWARE AVENUE, 8TH FLOOR
WILMINGTON, DE 19899
Email: gtaylor@ashbygeddes.com; kearle@ashbygeddes.com

**Via Email**

BALLARD SPAHR LLP
(COUNSEL TO STORE CAPITAL, STORE MASTER
FUNDING, BRIXMORE, FEDERAL REALTY, BENNETT
PARTNERS)
ATTN LESLIE HEILMAN, LAUREL ROGLEN
919 N MARKET ST, 11TH FL
WILMINGTON, DE 19801-3034
Email: heilmanl@ballardspahr.com;
roglenl@ballardspahr.com

**Via Email**

BALLARD SPAHR LLP
(COUNSEL TO STORE CAPITAL, STORE MASTER
FUNDING)
ATTN CRAIG GANZ, KATHERINE ANDERSONE
SANCHEZ)
1 E WASHINGTON ST, STE 2300
PHOENIX, AZ 85004
Email: ganzc@ballardspahr.com;
andersonsanchezk@ballardspahr.com

**Via Email**

BALLARD SPAHR LLP
(COUNSEL TO COMCAST)
ATTN MATTHEW G SUMMERS
919 N MARKET ST, 11FL
WILMINGTON, DE 19801-3034
Email: summersm@ballardspahr.com

**Via Email**

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
(COUNSEL TO ROUTE TEN)
ATTN KEVIN M CAPUZZI, JOHN C GENTILE
1313 N MARKET ST, STE 1201
WILMINGTON, DE 19801
Email: kcapuzzi@beneschlaw.com;
jgentile@beneschlaw.com

**Via Email**

BUCHALTER, A PROFESSIONAL CORPORATION
(COUNSEL TO ORACLE)
ATTN SHAWN M CHRISTIANSON
55 SECOND ST, 17TH FL
SAN FRANCISCO, CA 94105-3493
Email: schristianson@buchalter.com

**Via Email**

CAFARO MANAGEMENT COMPANY
ATTN LINDSEY M HARRISON MADGAR, RICHARD T
DAVIS
5577 YOUNGSTOWN-WARREN RD
NILES, OH 44446
Email: lmadgar@cafarocompany.com

**Via Email**

CHIPMAN BROWN CICERO & COLE, LLP
(COUNSEL TO KRG LANDLORDS)
ATTN MARK L DESGROSSEILLIERS
1313 NORTH MARKET STREET, SUITE 5400
WILMINGTON, DE 19801
Email: desgross@chipmanbrown.com

**Via Email**

CLEARY GOTTLIEB STEEN & HAMILTON LLP
(COUNSEL TO GOLDMAN SACHS)
ATTN SEAN O'NEAL, JANE VANLARE
ONE LIBERTY PLAZA
NEW YORK, NY 10006
Email: soneal@cgsh.com; jvanlare@cgsh.com

**Via Email**

COLE SCHOTZ P.C.
(COUNSEL TO COMMITTEE OF UNSECURED
CREDITORS)
ATTN G DAVID DEAN, JUSTIN R ALBERTO,
ANDREW J ROTH-MOORE
500 DELAWARE AVE, STE 1410
WILMINGTON, DE 19801
Email: ddean@coleschotz.com; jalberto@coleschotz.com;
aroth-moore@coleschotz.com

**Via Email**

CONNOLLY GALLAGHER LLP
(COUNSEL TO KAGASOFF TRUST)
ATTN N. CHRISTOPHER GRIFFITHS, LISA HATFIELD
1201 N. MARKET STREET, 20TH FLOOR
WILMINGTON, DE 19801
Email: cgriffiths@connollygallagher.com;
lhatfield@connollygallagher.com

**Via Email**

CONNOLLY GALLAGHER LLP
(COUNSEL TO MICHAEL AND LORY SARLO)
ATTN JEFFREY WISLER, KELLY CONLAN
1201 N MARKET STREET, 20TH FL
WILMINGTON, DE 19801
Email: jwisler@connollygallagher.com;
kconlan@connollygallagher.com

**Via Email**

CONNOLLY GALLAGHER LLP
(COUNSEL TO WESTBROOK ASSOCIATES, LISBON
LANDING,
INTERSTATE AUGUSTA, CHOP ACQUISITION)
ATTN KAREN BIFFERATO
1201 N MARKET ST, 20TH FL
WILMINGTON, DE 19801
Email: kbifferato@connollygallagher.com

**Via Email**

COUNTY OF LOUDOUN, VIRGINIA
ATTN STEVEN F JACKSON
ONE HARRISON STREET, SE, 5TH FL
PO BOX 7000
LEESBURG, VA 20177-7000
Email: Steve.Jackson@Loudoun.gov

**Via Email**

CROSS & SIMON, LLC
(COUNSEL TO CHRISTOPHER MARCHAND)
ATTN MICHAEL L VILD
1105 N MARKET ST , STE 901
WILMINGTON, DE 19801
Email: mvild@crosslaw.com

**Via Email**

DELAWARE SECRETARY OF STATE
DIVISION OF CORPORATIONS
FRANCHISE TAX
P.O. BOX 898
WASHINGTON, DC 20549
Email: dosdoc_ftax@delaware.gov

**Via Email**

DELAWARE STATE TREASURY
820 SILVER LAKE BLVD., SUITE 100
DOVER, DE 19904
Email: statetreasurer@state.de.us

**Via Email**

DORSEY & WHITNEY (DELAWARE) LLP
(COUNSEL TO ZION BANCORPORATION)
ATTN ERIC L SCHNABEL, ALESSANDRA GLORIOSO
300 DELAWARE AVENUE, STE 1010
WILMINGTON, DE 19801
Email: glorioso.alessandra@dorsey.com;
schnabel.eric@dorsey.com

**Via Email**

DORSEY & WHITNEY LLP
(COUNSEL TO ZION BANCORPORATION)
ATTN NATHAN S SEIM
111 S. MAIN STREET, STE 2100
SALT LAKE CITY, UT 84111
Email: seim.nathan@dorsey.com

**Via Email**

DOUG BELDEN, HILLSBOROUGH COUNTY TAX
COLLECTOR
ATTN BRIAN T. FITZGERALD
POST OFFICE BOX 1110
TAMPA, FL 33601-1110
Email: fitzgeraldb@hillsboroughcounty.org

**Via Email**

FONVIELLE LEWIS MESSER & MCCONNAUGHHAY
(COUNSEL TO GRACE BERMAN)
ATTN ALLEN S MCCONNAUGHHAY
3375-A CAPITAL CIRCLE NE
TALLAHASSEE, FL 32308
Email: allen@wrongfullyinjured.com

**Via Email**

GARNER & CONNER, PLLC
(COUNSEL TO THOMAS & SANDRA SPEARS)
ATTN CHRISTOPHER W CONNER
250 HIGH STREET
POST OFFICE BOX 5059
MARYVILLE, TN 37802-5059
Email: cconner@garnerconner.com

**Via Email**


GIBBONS P.C.
(COUNSEL TO AD HOC PLAN GROUP)
ATTN ROBERT K MALONE
ONE GATEWAY CENTER
NEWARK, NJ 07102-5310
Email: rmalone@gibbonslaw.com

**Via Email**


GOULSTON & STORRS PC
(COUNSEL TO WESTBROOK ASSOCIATES, LISBON LANDING,
INTERSTATE AUGUSTA, CHOP ACQUISITION)
ATTN TREVOR HOFFMAN, YARA KASS-GERGI
885 THIRD AVE, 18TH FL
NEW YORK, NY 10022
Email: thoffmann@goulstonstorrs.com;
ykass-gergi@goulstonstorrs.com

**Via Email**

HOGAN | MCDANIEL
(COUNSEL TO SPEARS)
ATTN DANIEL C KERRICK
1311 DELAWARE AVE
WILMINGTON, DE 19806
Email: dckerrick@dkhogan.com

**Via Email**


GIBBONS P.C.
(COUNSEL TO AD HOC PLAN GROUP)
ATTN HOWARD A COHEN
300 DELAWARE AVENUE, SUITE 1015
WILMINGTON, DE 19801
Email: hcohen@gibbonslaw.com

**Via Email**


GOLDMAN SACHS BANK USA
ATTN RUBY TUESDAY ACCOUNT MANAGER
2001 ROSS, SUITE 2800
BATESVILLE, AR 75201
Email: gs-slg-notices@gs.com

**Via Email**


HILLER LAW, LLC
(COUNSEL TO MOODY NATIONAL)
ATTN ADAM HILLER
1500 NORTH FRENCH STREET
WILMINGTON, DE 19801
Email: ahiller@adamhillerlaw.com

**Via Email**


HOLIFIELD & JANICH, PLLC
(COUNSEL TO AD HOC PLAN GROUP)
ATTN AL HOLIFIELD, KELLY P MANN
1107 KINGSTON PIKE
KNOXVILLE, TN 37934
Email: aholifield@holifieldlaw.com;
kmann@holifieldlaw.com

**Via Email**

HOWARD & HOWARD ATTORNEYS PLL
(COUNSEL KRG LANDLORDS)
ATTN MARK A BOGDANOWICZ
211 FULTON STREET, SUITE 600
PEORIA, IL 61602
Email: mbogdanowicz@howardandhoward.com

**Via Email**

HUNTON ANDREWS KURTH LLP
(COUNSEL TO GOLDMAN SACHS)
ATTN GRETA T. GRIFFITH
600 PEACHTREE STREET, NE
ATLANTA, GA 30308
Email: ggriffith@HuntonAK.com

**Via Email**

JACK SHRUM, PA
(COUNSEL TO MYRAM TRUST)
ATTN J SHRUM
919 N MARKET ST, STE 1410
WILMINGTON, DE 19801
Email: Jshrum@jshrumlaw.com

**Via Email**

JACKSON & CAMPBELL
(COUNSEL TO ROSENTHAL PROPERTIES)
ATTN MITCH WEITZMAN
2300 N STREET, NW, STE 300
WASHINGTON, DC 20037
Email: mweitzman@jackscamp.com

**Via Email**

JEFFREY M. CARBINO, ESQUIRE
(COUNSEL TO 2500 MCKENZIE, LLC)
1000 N. WEST STREET, SUITE 1200
WILMINGTON, DE 19801
Email: jeffreycarbino@gmail.com

**Via Email**

JENSEN BAGNATO, P.C.
(COUNSEL TO 2500 MCKENZIE, LLC)
ATTN JEFFREY M. CARBINO
1500 WALNUT STREET, SUITE 1510
PHILADELPHIA, PA 19102
Email: jeffrey@jensenbagnatolaw.com

**Via Email**

KASHISHIAN LAW LLC
(COUNSEL TO MR. MASTROIANNI)
ATTN ANN KASHISHIAN
501 SILVERSIDE ROAD, SUITE 85
WILMINGTON, DE 19809
Email: amk@kashishianlaw.com

**Via Email**

KELLEY DRYE & WARREN LLP
(COUNSEL TO ASTON PROPERTIES, INC., ET AL.)
ATTN ROBERT L LEHANE, SEAN T WILSON, MARK LEVINE
101 PARK AVENUE
NEW YORK, NY 10178
Email: heilmanl@ballardspahr.com;
roglenl@ballardspahr.com; ganzc@ballardspahr.com;
andersonsanchezk@ballardspahr.com

**Via Email**

KLEHR HARRISON HARVEY BRANZBURG LLP
(COUNSEL TO MARYVILLE COLLEGE, TINA CASTRO,
MYRA CLARK)
ATTN SALLY E VEGHTE
919 N MARKET ST, STE 1000
WILMINGTON, DE 19801-3062
Email: sveghte@klehr.com

**Via Email**

KLEIN LLC
(COUNSEL TO GRACE BERMAN)
ATTN JULIA B KLEIN
225 W 14TH ST, STE 100
WILMINGTON, DE 19801
Email: klein@kleinllc.com

**Via Email**

KRAMER LEVIN NAFTALIS & FRANKEL LLP
(COUNSEL TO COMMITTEE OF UNSECURED CREDITORS)
ATTN ADAM C ROGOFF, ROBERT T SCHMIDT, JENNIFER R SHARRET
1117 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
Email: arogoff@kramerlevin.com;
rschmidt@kramerlevin.com; jsharret@kramerlevin.com

**Via Email**

KLEHR HARRISON HARVEY BRANZBURG LLP
(COUNSEL TO WILKINSON LANGHORNE)
ATTN RAYMOND H LEMISCH
919 N. MARKET STREET, SUITE 1000
WILMINGTON, DE 19801-3062
Email: rlemisch@klehr.com

**Via Email**

KLEHR HARRISON HARVEY BRANZBURG LLP
(COUNSEL TO MARYVILLE COLLEGE, TINA CASTRO,
MYRA CLARK)
ATTN CORRINE S BRENNAN
1835 MARKET ST, STE 1400
PHILADELPHIA, PA 19103
Email: cbrennan@klehr.com

**Via Email**

KOHNER, MANN & KAILAS, S.C.
(COUNSEL TO ECOLAB)
ATTN SAMUEL C WISOTZKEY
WASHINGTON BUILDING
BARNABAS BUSINESS CENTER
MILWAUKEE, WI 53212-1059
Email: swisotzkey@kmksc.com

**Via Email**

KURTZMAN | STEADY, LLC
(COUNSEL TO PREIT SERVICES, LLC)
ATTN JEFFREY KURTZMAN
401 S. 2ND ST, STE 200
PHILADELPHIA, PA 19147
Email: kurtzman@kurtzmansteady.com

**Via Email**

LAW OFFICE OF SUSAN E. KAUFMAN, LLC
(COUNSEL TO THE SIMON PROPERTY GROUP, INC.)
ATTN SUSAN E KAUFMAN
919 NORTH MARKET STREET, SUITE 460
WILMINGTON, DE 19801
Email: skaufman@skaufmanlaw.com

**Via Email**

MANIER & HEROD, PC
(COUNSEL TO LIBERTY MUTUAL)
ATTN MICHAEL E COLLINS, ROBERT W MILLER
1201 DEMONBREUN STREET, SUITE 900
NASHVILLE, TN 37213
Email: mcollins@manierherod.com;
rmiller@manierherod.com

**Via Email**

MARICOPA COUNTY ATTORNEY'S OFFICE
ATTN PETER MUTHIG
225 W MADISON ST
PHOENIX, AZ 85003
Email: muthigk@mcao.maricopa.gov

**Via Email**

MAYNARD COOPER & GALE
(COUNSEL TO REGIONS)
ATTN JAYNA PARTAIN LAMAR
1901 SIXTH AVE NORTH, STE 1700
BIRMINGHAM, AL 35203
Email: jlamar@maynardcooper.com

**Via Email**

MCCARRON & DIESS
(COUNSEL TO PIAZZA, KEANY, SENN)
ATTN MARY JEAN FASSETT
4530 WISCONSIN AVE, N.W. SUITE 301
WASHINGTON, DC 20016
Email: mjf@mccarronlaw.com

**Via Email**

MCCARTER & ENGLISH, LLP
(COUNSEL TO REGIONS, STAFFORD)
ATTN KATE ROGGIO BUCK
405 N. KING STREET, 8TH FLOOR
WILMINGTON, DE 19801
Email: kbuck@mccarter.com

**Via Email**

MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
(COUNSEL TO BOWIE CENTRAL APPRAISAL
DISTRICT)
ATTN TARA LEDAY
PO BOX 1269
ROUND ROCK, TX 78680
Email: tleday@mvbalaw.com

**Via Email**

MCELROY, DEUTSCH, MULVANEY & CARPENTER,
LLP
(COUNSEL TO GOLD SQUARE)
ATTN DAVID P PRIMACK
300 DELAWARE AVE, STE 770
WILMINGTON, DE 19801
Email: dprimack@mdmc-law.com

**Via Email**

MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
(COUNSEL TO GOLD SQUARE)
ATTN JEFFREY BERNSTEIN
570 BROAD ST, STE 1500
NEWARK, NJ 07102-4560
Email: jbernstein@mdmc-law.com

**Via Email**

MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
(COUNSEL TO LIBERTY MUTUAL)
ATTN GARY D BRESSLER
300 DELAWARE AVE, SUITE 770
WILMINGTON, DE 19801
Email: gbressler@mdmc-law.com

**Via Email**

MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
(COUNSEL TO LIBERTY MUTUAL)
ATTN MICHAEL R MORANO
1300 MOUNT KEMBLE AVE, PO BOX 2075
MORRISTOWN, NJ 07962-2075
Email: mmorano@mdmc-law.com

**Via Email**

MCGUIREWOODS
(COUNSEL TO COMPASS GROUP)
ATTN SCOTT P VAUGHN
201 NORTH TRYON STREET
STE 3000
CHARLOTTE, NC 28202-2146
Email: svaughn@mcguirewoods.com

**Via Email**

MCGUIREWOODS
(COUNSEL TO COMPASS GROUP)
ATTN SUMMER SPEIGHT
800 EAST CANAL ST
RICHMOND, VA 23219-3916
Email: speight@mcguirewoods.com

**Via Email**

MIAMI-DADE COUNTY TAX COLLECTOR
ATTN PETER K CAM, PRISCILLA A WINDLEY
200 NW 2ND AVENUE, #430
MIAMI, FL 33128
Email: priscilla.windley@miamidade.gov;
MDTCBKC@miamidade.gov

**Via Email**

MISSOURI DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
STEVEN A. GINTHER
PO BOX 475
JEFFERSON CITY, MO 65105-0475
Email: deecf@dor.mo.gov

**Via Email**

MONZACK MERSKY BROWDER AND HOCHMAN,
P.A.
(COUNSEL TO WM, HUNTINGTON, SANDUSKY,
KIMCO
LANDLORDS)
ATTN RACHEL B. MERSKY
1201 N. ORANGE STREET, SUITE 400
WILMINGTON, DE 19801
Email: rmersky@monlaw.com

**Via Email**

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
(COUNSEL TO COMPASS GROUP)
ATTN DEREK ABBOTT
1201 NORTH MARKET STREET, 16TH FL
PO BOX 1347
WILMINGTON, DE 19899-1347
Email: dabbott@mnat.com

**Via Email**

OFFICE OF THE ATTORNEY GENERAL
ATTN JASON B. BINFORD, ABIGAIL R. RYAN
BANKRUPTCY & COLLECTIONS DIVISION
P.O. BOX 12548-MC 008
AUSTIN, TX 78711-2548
Email: jason.binford@oag.texas.gov;
abigail.ryan@oag.texas.gov

**Via Email**

OFFICE OF THE ATTORNEY GENERAL
ATTN HEATHER M CROCKETT, AMANDA K QUICK
302 W. WASHINGTON ST, IGCS, 5TH FL
INDIANAPOLIS, IN 46204
Email: heather.crockett@atg.in.gov;
amanda.quick@atg.in.gov

**Via Email**

OFFICE OF THE ATTORNEY GENERAL
ATTN CAROL E. MOMJIAN, CHRISTOPHER R.
MOMJIAN
THE PHOENIX BUILDING
1600 ARCH STREET, SUITE 300
PHILADELPHIA, PA 19103
Email: crmomjian@attorneygeneral.gov;
cmomjian@attorneygeneral.gov

**Via Email**

OFFICE OF THE UNITED STATES TRUSTEE
ATTN LINDA RICHENDEFER
844 KING ST., STE 2207
LOCK BOX 35
WILMINGTON, DE 19801
Email: Linda.Richenderfer@usdoj.gov

**Via Email**

PACHULSKI STANG ZIEHL & JONES LLP
(COUNSEL TO RUBY TUESDAY)
ATTN RICHARD M. PACHULSKI, MALHAR S. PAGAY,
JAMES O'NEILL
919 N MARKET ST, 17TH FL
WILMINGTON, DE 19899-8705
Email: jo'neill@pszjlaw.com; mpagay@pszjlaw.com

**Via Email**

PASCO COUNTY BOARD OF COUNTY
COMMISSIONERS
ATTN ANTHONY M SALZANO, ESQ
PASCO COUNTY ATTY'S OFFICE, W PASCO GOV'T
CENTER
8731 CITIZENS DR, STE 340
NEW PORT RICHEY, FL 34654
Email: ASALZANO@PASCOCOUNTYFL.NET;
TOSIPOV@PASCOCOUNTYFL.NET

**Via Email**

PAUL HASTINGS LLP
(COUNSEL TO TCW)
ATTN JUSTIN E. RAWLINS, AARON M. GOBER-SIMS
515 SOUTH FLOWER STREET, 25TH FLOOR
LOS ANGELES, CA 90071
Email: justinrawlins@paulhastings.com;
aarongobersims@paulhastings.com

**Via Email**

PENSION BENEFIT GUARANTY CORPORATION
OFFICE OF THE GENERAL COUNSEL
ATTN COURTNEY L. MORGAN, MELISSA T. HARRIS
1200 K STREET, N.W.
WASHINGTON, DC 20005-4026
Email: morgan.courtney@pbgc.gov;
harris.melissa@pbgc.gov; efile@pbgc.gov

**Via Email**

POLSINELLI PC
(COUNSEL TO ROBERT LEBOEUF)
ATTN CHRISTOPHER WARD
222 DELAWARE AVENUE, SUITE 1101
WILMINGTON, DE 19801
Email: cward@polsinelli.com

**Via Email**

REGER RIZZO & DARNALL LLP
(COUNSEL TO MOVANT)
ATTN EVAN W RASSMAN
1521 CONCORD PIKE, STE 305
WILMINGTON, DE 19803
Email: erassman@regerlaw.com

**Via Email**

SAUL EWING ARNSTEIN & LEHR LLP
(COUNSEL TO NORTHWOODS CROSSING STATION LLC,
PHILLIPS EDISON & COMPANY)
ATTN MONIQUE B. DISABATINO
1201 NORTH MARKET ST, STE 2300
WILMINGTON, DE 19899
Email: monique.disabatino@saul.com

**Via Email**

SAUL EWING ARNSTEIN & LEHR LLP
(COUNSEL TO STRATEGIC)
ATTN LUCIAN B MURLEY
1201 NORTH MARKET STREET, SUITE 2300
P.O. BOX 1266
WILMINGTON, DE 19899
Email: luke.murley@saul.com

**Via Email**

SCHREEDER, WHEELER & FLINT, LLP
(COUNSEL TO STAFFORD)
ATTN J CAROLE THOMPSON HORD
1100 PEACHTREE ST, NE
STE 800
ATLANTA, GA 30309-4516
Email: chord@swfllp.com

**Via Email**

SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
ATTN MARK BERGER, REGIONAL DIRECTOR
200 VESEY ST, STE 400
NEW YORK, NY 10281-1022
Email: bankruptcynoticeschr@sec.gov;
nyrobankruptcy@sec.gov

**Via Email**

SECURITIES AND EXCHANGE COMMISSION
SEC HEADQUARTERS
100 F STREET, NE
WASHINGTON, DC 20549
Email: secbankruptcy-ogc-ado@sec.gov;
secbankruptcy@sec.gov

**Via Email**

SEYFARTH SHAW LLP
(COUNSEL TO MORGAN DAY)
ATTN WILLIAM J HANLON
SEAPORT EAST, SUITE 300
TWO SEAPORT LANE
BOSTON, MA 03320-2028
Email: whanlon@seyfarth.com

**Via Email**

SHERRARD ROE VOIGT & HARBISON, PLC
(COUNSEL TO STRATEGIC)
ATTN MICHAEL G ABELOW
150 3RD AVENUE SOUTH, SUITE 1100
NASHVILLE, TN 37201
Email: mabelow@srvhlaw.com

**Via Email**

SIMON PROPERTY GROUP
ATTN RONALD M. TUCKER, ESQ.
225 WEST WASHINGTON STREET
INDIANAPOLIS, IN 46204
Email: rtucker@simon.com

**Via Email**

SMTD LAW LLP
(COUNSEL TO IFIC)
ATTN ROBERT J BERENS
2001 E CAMPBELL AVE, STE 201
PHOENIX, AZ 85016
Email: rberens@smtdlaw.com

**Via Email**

STRADLEY, RONON, STEVENS & YOUNG, LLP
(COUNSEL TO IFIC)
ATTN DANIEL M PEREIRA
1000 N. WEST STREET, SUITE 1200
WILMINGTON, DE 19801
Email: dpereira@stradley.com

**Via Email**

SULLIVAN HAZELTINE ALLINSON LLC
(COUNSEL TO PIAZZA, KEANY, SENN)
ATTN ELIHU E. ALLINSON
919 N MARKET ST, STE 420
WILMINGTON, DE 19801
Email: zallinson@sha-llc.com

**Via Email**

TCW DIRECT LENDING LLC
ATTN RUBY TUESDAY ACCOUNT MANAGER
200 CLARENDON ST, 51ST FL
BOSTON, MA 02116
Email: michael.anello@tcw.com

**Via Email**

TENNESSEE ATTORNEY GENERAL - CONSUMER DIV
C/O TN ATTORNEY GENERAL OFFICE,
BANKRUPTCY DIV
PO BOX 20207
NASHVILLE, TN 37202-0207
Email: AGBankDelaware@ag.tn.gov

**Via Email**

THE ROSNER LAW GROUP LLC
(COUNSEL TO CHAZPAREM)
ATTN FREDERICK ROSNER, JASON GIBSON, RUBY LIU
824 N MARKET STREET, SUITE 810
WILMINGTON, DE 19801
Email: rosner@teamrosner.com; gibson@teamrosner.com; liu@teamrosner.com

**Via Email**

TROUTMAN PEPPER HAMILTON SANDERS LLP
(COUNSEL TO CHIK-FIL-A, JAMES HYATT)
ATTN MARCY J. MCLAUGHLIN SMITH
HERCULES PLAZA, SUITE 5100
1313 N. MARKET STREET
WILMINGTON, DE 19801
Email: marcy.smith@troutman.com

**Via Email**

TROUTMAN PEPPER HAMILTON SANDERS LLP
(COUNSEL TO CHIK-FIL-A)
ATTN MATTHEW BROOKS
600 PEACHTREE STREET, NE, SUITE 3000
ATLANTA, GA 30308
Email: matthew.brooks@troutman.com

**Via Email**

TROUTMAN PEPPER HAMILTON SANDERS LLP
(COUNSEL TO JAMES HYATT)
ATTN GARY W MARSH)
600 PEACHTREE STREET, NE, SUITE 300
ATLANTA, GA 30308
Email: gary.marsh@troutman.com

**Via Email**

TUCKER ARENSBERG
(COUNSEL FOR MOODY NATIONAL)
ATTN BEVERLY WEISS MANNE
500 ONE PPG PLACE
PITTSBURGH, PA 15222
Email: bmanne@tuckerlaw.com

**Via Email**

UCTS, DEPT OF LABOR AND INDUSTRY
COMMONWEALTH OF PENNSYLVANIA
COLLECTIONS SUPPORT UNIT
ATTN DEB SECREST
651 BOAS ST, ROOM 925
HARRISBURG, PA 17121
Email: ra-li-ucts-bankrupt@state.pa.us

**Via Email**

WATKINS & EAGER PLLC
(COUNSEL TO MICHAEL & LORY SARLO)
ATTN ROBERT B IRELAND
400 EAST CAPTIAL ST
JACKSON, MS 39201
Email: rireland@watkinseager.com

**Via Email**

WEIR & PARTNERS LLP
(COUNSEL TO EVANS, WHITE, FESTIVAL)
ATTN JEFFREY S CIANCIULLI
824 N MARKET ST, STE 800
WILMINGTON, DE 19801
Email: jcianciulli@weirpartners.com

**Via Email**

WOLCOTT RIVERS GATES
(COUNSEL TO ROUTE 10)
ATTN JOSHUA D STIFF
200 BENDRIX ROAD, STE 300
VIRGINIA BEACH, VA 23452
Email: jstiff@wolriv.com

**Via Email**

YOUNG CONAWAY STARGATT & TAYLOR, LLP
(COUNSEL TO ST JOHNS & PARTNERS)
ATTN MICHAEL S. NEIBURG JOSEPH M. MULVIHILL
RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DE 19801
Email: mneiburg@ycst.com; jmulvihill@ycst.com

**Via Email**

ZIONS BANCORPORATION
ATTN GREGORY BASER
ONE S. MAIN ST, STE 1400
SALT LAKE CITY, UT 84133
Email: gregory.baser@zionsbancorp.com

**Via Email**

C/O RUBY TUESDAY, INC.
ATTN SHAWN LEDERMAN
333 E. BROADWAY AVE.
MARYVILLE, TN 37804
Email: slederman@rubytuesday.com

**Via Email**