# Court Conference

**U.S. Bankruptcy Court-District of Delaware**

Calendar Date: 02/01/2021

Calendar Time: 01:00 PM ET

**Confirmed Telephonic Appearance Schedule**

**Honorable John T. Dorsey**

**Courtroom**

*Amended Calendar  Feb  1 2021 10:09AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | RTI Holding Company LLC | 20-12456 | Hearing | 11076403 | Nancy Bello | (212) 715-9333 ext. | Kramer Levin Naftalis & Frankel LLP | Creditor, Offical Committe of Unsecured Creditiors / LISTEN ONLY |
| | | RTI Holding Company LLC | 20-12456 | Hearing | 11076408 | David Dean | (302) 651-2012 ext. | Cole Schotz P.C. | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | RTI Holding Company LLC | 20-12456 | Hearing | 11076414 | Marcy J. McLaughlin Smith | (302) 777-6535 ext. | Troutman Pepper LLP | Interested Party, Chick-fil-A, Inc. / LISTEN ONLY |
| | | RTI Holding Company LLC | 20-12456 | Hearing | 11076388 | Austin L. McMullen | (615) 252-2307 ext. | Bradley Arant Boult Cummings LLP | Interested Party, BNA Associates / LIVE |
| | | RTI Holding Company LLC | 20-12456 | Hearing | 11076400 | Courtney Morgan | (202) 326-4020 ext. 3738 | Pension Benefit Guaranty Corporation | Interested Party, Pension Benefit Guaranty Corporation / LISTEN ONLY |
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 11076457 | Sean O'Neal | (212) 225-2773 ext. | Cleary Gottlieb Steen & Hamilton LLP | Creditor, Goldman Sachs / LIVE |
| | | RTI Holding Company LLC | 20-12456 | Hearing | 11076409 | James E. O'Neill | (302) 652-4100 ext. | Pachulski Stang Ziehl & Jones | Debtor, RTI Holding Company, LLC / LIVE |
| | | RTI Holding Company LLC | 20-12456 | Hearing | 11076416 | Richard Pachulski | (310) 277-6910 ext. | Pachulski Stang Ziehl & Jones | Debtor, RTI Holding Company, LLC / LIVE |
| | | RTI Holding Company LLC | 20-12456 | Hearing | 11076422 | Malhar S. Pagay | (310) 772-2335 ext. | Pachulski Stang Ziehl & Jones | Debtor, RTI Holding Company, LLC / LIVE |
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 11076477 | Justin E. Rawlins | (213) 683-6130 ext. | Paul Hastings LLP | Interested Party, TCW Lending / LIVE |
| | | RTI Holding Company LLC | 20-12456 | Hearing | 11076407 | Linda Richenderfer | (302) 573-6491 ext. | Office of the United States Trustee | U.S. Trustee, Linda Richenderfer / LIVE |
| | | RTI Holding Company | 20-12456 | Hearing | 11076463 | Jessica Steinhagen | (212) 588-8890 ext. | Reorg Research, Inc. | Interested Party,  Reorg Research, Inc. / LISTEN ONLY |
| | | RTI Holding Company LLC | 20-12456 | Hearing | 11076391 | Aaron Stulman | (302) 984-6081 ext. | Potter Anderson & Corroon LLP | Creditor, BNA / LIVE |
| | | RTI Holding Company, LLC | 20-12456 | Hearing | 11076498 | Gregory A. Taylor | (302) 654-1888 ext. | Ashby &  Geddes | Interested Party, TCW Lending / LIVE |