# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>RTI HOLDING COMPANY, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-12456 (JTD)<br><br>Jointly Administered<br><br>**Related Docket No. 1005** |

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2021, a true and correct copy of the *Objection, Joinder and Reservation of Rights of KRG Evans Mullins Outlets, LLC to Assumption and Assignment and to Debtors' Amended Chapter 11 Plan* [Docket No. 1005] (the "**Objection**") was served electronically upon the parties entered in the Court's electronic case filing system. Further, on February 1, 2021, I served the Objection *via* electronic mail on the following parties listed below:

| | |
|---|---|
| Shawn Lederman<br>*Ruby Tuesday, Inc.*<br>Email: slederman@rubytuesday.com | Linda Richenderfer, Esquire<br>*Office of the United States Trustee*<br>Email: linda.richenderfer@usdoj.gov |

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtor's U.S. tax identification number are as follows: RTI Holding Company, LLC (4966); Ruby Tuesday, Inc. (5239); Ruby Tuesday, LLC (1391); RTBD, LLC (6505); RT of Carroll County, LLC (8836); RT Denver Franchise, L.P. (2621); RT Detroit Franchise, LLC (8738); RT Distributing, LLC (6096); RT Finance, LLC (7242); RT FL Gift Cards, Inc. (2189); RT Florida Equity, LLC (7159); RT Franchise Acquisition, LLC (1438); RT of Fruitland, Inc. (1103); RT Indianapolis Franchise, LLC (6016); RT Jonesboro Club (2726); RT KCMO Franchise, LLC (7020); RT Kentucky Restaurant Holdings, LLC (7435); RT Las Vegas Franchise, LLC (4969); RT Long Island Franchise, LLC (4072); RT of Maryland, LLC (7395); RT Michiana Franchise, LLC (8739); RT Michigan Franchise, LLC (8760); RT Minneapolis Franchise, LLC (2746); RT Minneapolis Holdings, LLC (7189); RT New England Franchise, LLC (4970); RT New Hampshire Restaurant Holdings, LLC (7438); RT New York Franchise, LLC (1154); RT Omaha Franchise, LLC (7442); RT Omaha Holdings, LLC (8647); RT One Percent Holdings, LLC (6689); RT One Percent Holdings II, LLC (2817); RT Orlando Franchise, LP (5105); RT Restaurant Services, LLC (7283); RT South Florida Franchise, LP (3535); RT Southwest Franchise, LLC (9715); RT St. Louis Franchise, LLC (6010); RT Tampa Franchise, LP (5290); RT Western Missouri Franchise, LLC (6082); RT West Palm Beach Franchise, LP (0359); RTTA, LP (0035); RTT Texas, Inc. (2461); RTTT, LLC (9194); Ruby Tuesday of Allegany County, Inc. (8011); Ruby Tuesday of Bryant, Inc. (6703); Ruby Tuesday of Columbia, Inc. (4091); Ruby Tuesday of Frederick, Inc. (4249); Ruby Tuesday of Linthicum, Inc. (8716); Ruby Tuesday of Marley Station, Inc. (1641); Ruby Tuesday of Pocomoke City, Inc. (0472); Ruby Tuesday of Russellville, Inc. (1601); and Ruby Tuesday of Salisbury, Inc. (5432). The Debtors' mailing address is 333 East Broadway Ave., Maryville, TN 37804.

| | |
|---|---|
| Robert T. Schmidt, Esquire<br>Adam C. Rogoff, Esquire<br>Jennifer Sharret, Esquire<br>*Kramer Levin Naftalis & Frankel LLP*<br>Email:  rschmidt@kramerlevin.com<br>           arogoff@kramerlevin.com<br>           jsharret@kramerlevin.com<br>(Counsel for the Official Committee of Unsecured Creditors) | G. David Dean, Esquire<br>Justin R. Alberto, Esquire<br>Andrew J. Roth-Moore, Esquire<br>*Cole Schotz P.C.*<br>Email:  ddean@coleschotz.com<br>           jalberto@coleschotz.com<br>           aroth-moore@coleschotz.com<br>(Counsel for the Official Committee of Unsecured Creditors) |
| Malhar S. Pagay, Esqurie<br>James E. O'Neill, Esquire<br>*Pachulski Stang Ziehl & Jones LLP*<br>Email:  mpagay@pszjlaw.com<br>           joneill@pszjlaw.com<br>(Counsel for Debtors) | Sean O'Neal, Esquire<br>Jane VanLare, Esquire<br>*Cleary Gottlieb Steen & Hamilton LLP*<br>Email:  soneal@cgsh.com<br>           Jvanlare@cgsh.com<br>(Counsel for Goldman Sachs Specialty Lending Group, L.P., *et al*.) |
| Greta T. Griffith, Esquire<br>*Hunton Andrews Kurth LLP*<br>Email:  ggriffith@hunton.com<br>(Counsel for Goldman Sachs Specialty Lending Group, L.P., *et al*.) | Justin Rawlins, Esquire<br>*Paul Hastings LLP*<br>Email:  jrawlins@paulhastings.com<br>(Counsel for TCW Direct Lending LLC, *et al.*) |

Dated: February 1, 2021
         Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ Mark L. Desgrosseilliers*

Mark L. Desgrosseilliers (No. 4083)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:     (302) 295-0191
Email:            desgross@chipmanbrown.com

—and—

Mark A. Bogdanowicz
**HOWARD & HOWARD ATTORNEYS PLLC**
211 Fulton Street, Suite 600
Peoria, Illinois 61602
Telephone:     (309) 999-6320
Email: mbogdanowicz@howardandhoward.com

—and—

- 3 -

        James E. Morgan
        **HOWARD & HOWARD ATTORNEYS PLLC**
        200 South Michigan Avenue
        Suite 1100
        Chicago, Illinois 60604-2461
        Telephone:    (312) 456-3414
        Email: jmorgan@howardandhoward.com

*Counsel for KRG Evans Mullins Outlets, LLC*