# **Exhibit A**

## EXHIBIT A

**Listing of Parties-in-Interest Reviewed for Current and Recent Former Relationships**

**Additional Notice of Appearance Parties**
Comcast Cable Communications Management
Evans Holding Company,
The Missouri Department of Revenue
Tennessee Attorney General
Bowie Central Appraisal District
Maricopa County Treasurer
Morganday, LLC
Grace Berman
Cecilia Brown
434 King Street, LLC
CGCMT 2006-C4 – 5522 SHAFFER
Evergreen Development Company
Moody National Ruby
Weis Markets, Inc.
White Realty Company
Festival Gettysburg Associates, LLC

# **<u>Exhibit B</u>**

# EXHIBIT B

## Listing of Parties-in-Interest Noted for Court Disclosure

**Relationships in Matters Related to These Proceedings**

**None**

**Relationships in Unrelated Matters**

**Current Clients**

**Additional Notice of Appearance Parties**
The Missouri Department of Revenue

**Former Clients (Last Two Years)**

**Additional Notice of Appearance Parties**
Maricopa County Treasurer