# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| RTI HOLDING COMPANY, LLC, *et al.,* | Case No. 20-12456 (JTD) |
| Debtors. | (Jointly Administered) |

## NOTICE OF APPEARANCE AND DEMAND
## FOR NOTICES AND SERVICE OF PAPERS

PLEASE TAKE NOTICE that the attorneys set forth below enter their appearance as counsel on behalf of Fourth Enterprises, LLC (f/k/a as Red Book Connect, LLC d/b/a HotSchedules) ("Hotschedules") and request that all notices given or required to be given pursuant to Bankruptcy Rules 2002 and 9007 or otherwise, including, but not limited to notices, applications, motions, petitions, orders, pleadings, complaints for demands, be given to and served upon them as follows:

| | |
|---|---|
| Matthew P. Austria | Sabrina L. Streusand |
| Austria Legal, LLC | Anh Nguyen |
| 1007 N. Orange Street, 4th Floor | Streusand, Landon, Ozburn & Lemmon, LLP |
| Wilmington, Delaware 19801 | 1801 S. Mopac Expressway, Suite 320 |
| Telephone: (302) 521-5197 | Austin, Texas 78746 |
| Fax: (302) 291-1722 | Telephone: (512) 236-9900 |
| Email: maustria@austriallc.com | Fax: (512) 236-9904 |
| | Email: streusand@slollp.com |
| | Email: nguyen@slollp.com |

PLEASE TAKE FURTHER NOTICE that neither this Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended to waive (i) HotSchedules' right to have final orders in <u>Stern</u> matters entered only by a district judge; (ii) HotSchedules' right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related

hereto; (iii) HotSchedules' right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; (iv) any lack of venue or jurisdiction by this Court over this cause or any adversary proceeding, contested matter, or other proceeding; (v) the right to service under Bankruptcy Rule 7004 in adversary proceedings, and counsel is not appointed as its agent for service of process in any such adversary proceedings; or (vi) any other rights, claims, actions, defenses, setoffs or recoupments to which HotSchedules is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments HotSchedules expressly reserves.

Dated: February 3, 2021
Wilmington, Delaware

**AUSTRIA LEGAL, LLC**

*/s/ Matthew P. Austria*
Matthew P. Austria (DE # 4827)
1007 N. Orange Street, 4th Floor
Wilmington, DE 19801
Telephone: (302) 521-5197
Fax: (302) 291-1722
Email: maustria@austriallc.com

-and-

**STREUSAND, LANDON, OZBURN & LEMMON, LLP**
Sabrina L. Streusand
Anh Nguyen
1801 S. Mopac Expressway, Suite 320
Austin, Texas 78746
Telephone: (512) 236-9900
Fax: (512) 236-9904
Email: streusand@slollp.com

*Fourth Enterprises, LLC (f/k/a Red Book Connect, LLC d/b/a HotSchedules)*