# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| RTI HOLDING COMPANY, LLC,[1] | ) Case No. 20-12456 (JTD) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Ref. Docket No. 1048** |

## AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT )
                        ) ss.:
COUNTY OF MIDDLESEX )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as a Director of Client Services by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 3, 2021, I caused to be served the "Second Supplemental Declaration of Samuel Star in Support of the Application Authorizing the Employment and Retention of FTI Consulting, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors Nunc Pro Tunc to October 27, 2020," dated February 1, 2021, [Docket No. 1048],

by causing true and correct copies to be:

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: RTI Holding Company, LLC (4966); Ruby Tuesday, Inc. (5239); Ruby Tuesday, LLC (1391); RTBD,LLC (6505); RT of Carroll County, LLC (8836); RT Denver Franchise, L.P. (2621); RT Detroit Franchise, LLC (8738); RT Distributing, LLC (6096); RT Finance, LLC (7242); RT FL Gift Cards, Inc. (2189); RT Florida Equity, LLC (7159); RT Franchise Acquisition, LLC (1438); RT of Fruitland, Inc. (1103); RT Indianapolis Franchise, LLC(6016); RT Jonesboro Club (2726); RT KCMO Franchise, LLC (7020); RT Kentucky Restaurant Holdings, LLC (7435); RT Las Vegas Franchise, LLC (4969); RT Long Island Franchise, LLC (4072); RT of Maryland, LLC (7395); RT Michiana Franchise, LLC (8739); RT Michigan Franchise, LLC (8760); RT Minneapolis Franchise, LLC (2746); RT Minneapolis Holdings, LLC (7189); RT New England Franchise, LLC (4970); RT New Hampshire Restaurant Holdings, LLC (7438); RT New York Franchise, LLC (1154); RT Omaha Franchise, LLC (7442); RT Omaha Holdings, LLC (8647); RT One Percent Holdings, LLC (6689); RT One Percent Holdings II, LLC (2817); RT Orlando Franchise, LP (5105); RT Restaurant Services, LLC (7283); RT South Florida Franchise, LP (3535); RT Southwest Franchise, LLC (9715); RT St. Louis Franchise, LLC (6010); RT Tampa Franchise, LP (5290); RT Western Missouri Franchise, LLC (6082); RT West Palm Beach Franchise, LP (0359); RTTA, LP (0035); RTT Texas, Inc. (2461); RTTT, LLC (9194); Ruby Tuesday of Allegany County, Inc. (8011); Ruby Tuesday of Bryant, Inc. (6703); Ruby Tuesday of Columbia, Inc. (4091); Ruby Tuesday of Frederick, Inc. (4249); Ruby Tuesday of Linthicum, Inc. (8716); Ruby Tuesday of Marley Station, Inc. (1641); Ruby Tuesday of Pocomoke City, Inc. (0472); Ruby Tuesday of Russellville, Inc. (1601); and Ruby Tuesday of Salisbury, Inc. (5432). The Debtors' mailing address is 333 East Broadway Ave., Maryville, TN 37804.

```
```
a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

b. delivered via electronic email to the parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Angharad Bowdler
Angharad Bowdler

Sworn to before me this
4th day of February, 2021
/s/ Amy E. Lewis
Notary Public, State of Connecticut
Acct. No. 100624
Commission Expires: 8/31/2022

# Exhibit A

# RUBY TUESDAY
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| MEYERS, RODBELL & ROSENBAUM, P.A. | (COUNSEL TO PRINCE GEORGE'S COUNTY) ATTN NICOLE C KENWORTHY 6801 KENILWORTH AVE, STE 400 RIVERDALE MD 20737-1385 |

**Total Creditor count  2**

**Exhibit B**

RTI HOLDING COMPANY, LLC - Case No. 20-12456
Electronic Mail Master Service List

| | |
|---|---|
| ABRAMS & BAYLISS LLP | SEAMAN@ABRAMSBAYLISS.COM; CANNATARO@ABRAMSBAYLISS.COM; |
| ADAMS AND REESE LLP | JOHN.ROGERSON@ARLAW.COM; JAMIE.OLINTO@ARLAW.COM; |
| ASHBY & GEDDES, P.A. | GTAYLOR@ASHBYGEDDES.COM; KEARLE@ASHBYGEDDES.COM; |
| BALLARD SPAHR LLP | HEILMANL@BALLARDSPAHR.COM; ROGLENL@BALLARDSPAHR.COM; GANZC@BALLARDSPAHR.COM; ANDERSONSANCHEZK@BALLARDSPAHR.COM; SUMMERSM@BALLARDSPAHR.COM; |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | KCAPUZZI@BENESCHLAW.COM; JGENTILE@BENESCHLAW.COM; |
| BRADLEY ARANT BOULT CUMMINGS LLP | amcmullen@bradley.com |
| BUCHALTER, A PROFESSIONAL CORPORATION | SCHRISTIANSON@BUCHALTER.COM; |
| CAFARO MANAGEMENT COMPANY | LMADGAR@CAFAROCOMPANY.COM; |
| CHIPMAN BROWN CICERO & COLE, LLP | DESGROSS@CHIPMANBROWN.COM; |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | SONEAL@CGSH.COM; JVANLARE@CGSH.COM; |
| COLE SCHOTZ P.C. | DDEAN@COLESCHOTZ.COM; JALBERTO@COLESCHOTZ.COM; AROTH-MOORE@COLESCHOTZ.COM; |
| CONNOLLY GALLAGHER LLP | CGRIFFITHS@CONNOLLYGALLAGHER.COM; LHATFIELD@CONNOLLYGALLAGHER.COM; JWISLER@CONNOLLYGALLAGHER.COM; KCONLAN@CONNOLLYGALLAGHER.COM; KBIFFERATO@CONNOLLYGALLAGHER.COM; |
| COUNTY OF LOUDOUN, VIRGINIA | STEVE.JACKSON@LOUDOUN.GOV; |
| CROSS & SIMON, LLC | MVILD@CROSSLAW.COM; |
| DELAWARE SECRETARY OF STATE | DOSDOC_FTAX@DELAWARE.GOV; |
| DELAWARE STATE TREASURY | STATETREASURER@STATE.DE.US; |

RTI HOLDING COMPANY, LLC - Case No. 20-12456
Electronic Mail Master Service List

| | |
|---|---|
| DORSEY & WHITNEY (DELAWARE) LLP | GLORIOSO.ALESSANDRA@DORSEY.COM; SCHNABEL.ERIC@DORSEY.COM; SEIM.NATHAN@DORSEY.COM |
| DOSHI LEGAL GROUP, P.C. | AMISH@DOSHILEGAL.COM |
| DOUG BELDEN, HILLSBOROUGH COUNTY TAX COLLECTOR | FITZGERALDB@HILLSBOROUGHCOUNTY.ORG; |
| FONVIELLE LEWIS MESSER & MCCONNAUGHHAY | ALLEN@WRONGFULLYINJURED.COM |
| GARNER & CONNER, PLLC | CCONNER@GARNERCONNER.COM; |
| GIBBONS P.C. | HCOHEN@GIBBONSLAW.COM; RMALONE@GIBBONSLAW.COM; |
| GOLDMAN SACHS BANK USA | GS-SLG-NOTICES@GS.COM; |
| GOULSTON & STORRS PC | THOFFMANN@GOULSTONSTORRS.COM; YKASS-GERGI@GOULSTONSTORRS.COM; |
| HILLER LAW, LLC | AHILLER@ADAMHILLERLAW.COM; |
| HOGAN♦MCDANIEL | DCKERRICK@DKHOGAN.COM; |
| HOLIFIELD & JANICH, PLLC | AHOLIFIELD@HOLIFIELDLAW.COM; KMANN@HOLIFIELDLAW.COM; |
| HOWARD & HOWARD ATTORNEYS PLLC | MBOGDANOWICZ@HOWARDANDHOWARD.COM; |
| HUNTON & WILLIAMS LLP | GGRIFFITH@HUNTONAK.COM; |
| INDIANA ATTORNEY GENERAL OFFICE | HEATHER.CROCKETT@ATG.IN.GOV; AMANDA.QUICK@ATG.IN.GOV; |
| JACK SHRUM, PA | JSHRUM@JSHRUMLAW.COM; |
| JACKSON & CAMPBELL, P.C. | MWEITZMAN@JACKSCAMP.COM; |
| JENSEN BAGNATO, P.C. | JEFFREY@JENSENBAGNATOLAW.COM; JEFFREYCARBINO@GMAIL.COM; |
| KASHISHIAN LAW LLC | AMK@KASHISHIANLAW.COM; |
| KELLEY DRYE & WARREN LLP | KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM; RLEHANE@KELLEYDRYE.COM; SWILSON@KELLEYDRYE.COM; MLEVINE@KELLEYDRYE.COM; |
| KLEHR HARRISON HARVEY BRANZBURG LLP | RLEMISCH@KLEHR.COM; SVEGHTE@KLEHR.COM; CBRENNAN@KLEHR.COM; |
| KLEIN LLC | KLEIN@KLEINLLC.COM |

| | |
|---|---|
| KOHNER, MANN & KAILAS, S.C. | SWISOTZKEY@KMKSC.COM; |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | AROGOFF@KRAMERLEVIN.COM; RSCHMIDT@KRAMERLEVIN.COM; JSHARRET@KRAMERLEVIN.COM; JWAGNER@KRAMERLEVIN.COM; |
| KURTZMAN | STEADY, LLC | KURTZMAN@KURTZMANSTEADY.COM; |
| LAW OFFICE OF SUSAN E. KAUFMAN, LLC | SKAUFMAN@SKAUFMANLAW.COM; |
| MANIER & HEROD, P.C. | MCOLLINS@MANIERHEROD.COM; RMILLER@MANIERHEROD.COM |
| MARICOPA COUNTY TREASURER | MUTHIGK@MCAO.MARICOPA.GOV |
| MAYNARD COOPER & GALE PC | JLAMAR@MAYNARDCOOPER.COM; |
| MCCARRON & DIESS | MJF@MCCARRONLAW.COM |
| MCCARTER & ENGLISH LLP | KBUCK@MCCARTER.COM; |
| MCCREARY, VESELKA, BRAGG & ALLEN, P.C. | TLEDAY@MVBALAW.COM; |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | DPRIMACK@MDMC-LAW.COM; JBERNSTEIN@MDMC-LAW.COM; GBRESSLER@MDMC-LAW.COM; MMORANO@MDMC-LAW.COM |
| MCGUIREWOODS | SVAUGHN@MCGUIREWOODS.COM; SSPEIGHT@MCGUIREWOODS.COM; |
| MIAMI-DADE COUNTY TAX COLLECTOR | PRISCILLA.WINDLEY@MIAMIDADE.GOV; MDTCBKC@MIAMIDADE.GOV; |
| MISSOURI DEPARTMENT OF REVENUE | DEECF@DOR.MO.GOV; |
| MONZACK MERSKY BROWDER and HOCHMAN, P.A. | RMERSKY@MONLAW.COM; |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | DABBOTT@MNAT.COM; |
| OAKLAND COUNTY TREASURER | KEVIN@LAWYERMICH.COM; |
| OFFICE OF ATTORNEY GENERAL - PENNSYLVANIA | CMOMJIAN@ATTORNEYGENERAL.GOV; CRMOMJIAN@ATTORNEYGENERAL.GOV; |

| | |
|---|---|
| OFFICE OF THE ATTORNEY GENERAL - TENNESSE | AGBANKDELAWARE@AG.TN.GOV; |
| OFFICE OF THE ATTORNEY GENERAL - TEXAS | ABIGAIL.RYAN@OAG.TEXAS.GOV; JASON.BINFORD@OAG.TEXAS.GOV; |
| OFFICE OF THE UNITED STATES TRUSTEE | LINDA.RICHENDERFER@USDOJ.GOV; |
| PACHULSKI STANG ZIEHL & JONES LLP | JO'NEILL@PSZJLAW.COM |
| PASCO COUNTY, FLORIDA ON BEHALF OF BOARD OF COUNTY COMMISSIONERS | ASALZANO@PASCOCOUNTYFL.NET; TOSIPOV@PASCOCOUNTYFL.NET |
| PAUL HASTING LLP | JUSTINRAWLINS@PAULHASTINGS.COM; AARONGOBERSIMS@PAULHASTINGS.COM; |
| PENSION BENEFIT GUARANTY CORPORATION | MORGAN.COURTNEY@PBGC.GOV; EFILE@PBGC.GOV; HARRIS.MELISSA@PBGC.GOV; |
| POLSINELLI PC | CWARD@POLSINELLI.COM; |
| POTTER ANDERSON & CORROON LLP | KGOOD@POTTERANDERSON.COM; ASTULMAN@POTTERANDERSON.COM |
| REGER RIZZO & DARNALL LLP | ERASSMAN@REGERLAW.COM; |
| SAUL EWING ARNSTEIN & LEHR LLP | MONIQUE.DISABATINO@SAUL.COM; LUKE.MURLEY@SAUL.COM; |
| SCHREEDER, WHEELER & FLINT, LLP | CHORD@SWFLLP.COM; |
| SECURITIES & EXCHANGE COMMISSION | SECBANKRUPTCY-OGC-ADO@SEC.GOV; SECBANKRUPTCY@SEC.GOV; |
| SECURITIES AND EXCHANGE COMMISSION | BANKRUPTCYNOTICESCHR@SEC.GOV; NYROBANKRUPTCY@SEC.GOV; |
| SEYFARTH SHAW LLP | WHANLON@SEYFARTH.COM; |
| SHERRARD ROE VOIGT & HARBISON, PLC | MABELOW@SRVHLAW.COM; |
| SIMON PROPERTY GROUP | RTUCKER@SIMON.COM; |
| SMTD LAW LLP | RBERENS@SMTDLAW.COM; |
| STRADLEY, RONON, STEVENS & YOUNG, LLP | DPEREIRA@STRADLEY.COM |
| STATE OF INDIANA | JAMES.CHIU@ATG.IN.GOV |
| SULLIVAN · HAZELTINE · ALLINSON LLC | ZALLINSON@SHA-LLC.COM; |
| TCW DIRECT LENDING LLC | MICHAEL.ANELLO@TCW.COM; |

| | |
|---|---|
| THE ROSNER LAW GROUP LLC | ROSNER@TEAMROSNER.COM; GIBSON@TEAMROSNER.COM; LIU@TEAMROSNER.COM; |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | MARCY.SMITH@TROUTMAN.COM; MATTHEW.BROOKS@TROUTMAN.COM; GARY.MARSH@TROUTMAN.COM; |
| TUCKER ARENSBERG | BMANNE@TUCKERLAW.COM; |
| UCTS, DEPT OF LABOR AND INDUSTRY | RA-LI-UCTS-BANKRUPT@STATE.PA.US |
| WATKINS & EAGER PLLC | RIRELAND@WATKINSEAGER.COM; |
| WEIR & PARTNERS LLP | JCIANCIULLI@WEIRPARTNERS.COM; |
| WOLCOTT RIVERS GATES | JSTIFF@WOLRIV.COM; |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | BANKFILINGS@YCST.COM; MNEIBURG@YCST.COM; JMULVIHILL@YCST.COM; |
| ZIONS BANCORPORTION | GREGORY.BASER@ZIONSBANCORP.COM; |