# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| RTI HOLDING COMPANY, LLC,[1] | ) Case No. 20-12456 (JTD) |
| Debtors. | ) (Jointly Administered) |
|  | ) **Ref. Docket No. 1056** |

## AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT )
                            ) ss.:
COUNTY OF MIDDLESEX )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as a Director of Client Services by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 3, 2021, I caused to be served the "Notice of Fee Application," dated February 3, 2021, to which was attached the "Third Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as counsel for the

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: RTI Holding Company, LLC (4966); Ruby Tuesday, Inc. (5239); Ruby Tuesday, LLC (1391); RTBD,LLC (6505); RT of Carroll County, LLC (8836); RT Denver Franchise, L.P. (2621); RT Detroit Franchise, LLC (8738); RT Distributing, LLC (6096); RT Finance, LLC (7242); RT FL Gift Cards, Inc. (2189); RT Florida Equity, LLC (7159); RT Franchise Acquisition, LLC (1438); RT of Fruitland, Inc. (1103); RT Indianapolis Franchise, LLC(6016); RT Jonesboro Club (2726); RT KCMO Franchise, LLC (7020); RT Kentucky Restaurant Holdings, LLC (7435); RT Las Vegas Franchise, LLC (4969); RT Long Island Franchise, LLC (4072); RT of Maryland, LLC (7395); RT Michiana Franchise, LLC (8739); RT Michigan Franchise, LLC (8760); RT Minneapolis Franchise, LLC (2746); RT Minneapolis Holdings, LLC (7189); RT New England Franchise, LLC (4970); RT New Hampshire Restaurant Holdings, LLC (7438); RT New York Franchise, LLC (1154); RT Omaha Franchise, LLC (7442); RT Omaha Holdings, LLC (8647); RT One Percent Holdings, LLC (6689); RT One Percent Holdings II, LLC (2817); RT Orlando Franchise, LP (5105); RT Restaurant Services, LLC (7283); RT South Florida Franchise, LP (3535); RT Southwest Franchise, LLC (9715); RT St. Louis Franchise, LLC (6010); RT Tampa Franchise, LP (5290); RT Western Missouri Franchise, LLC (6082); RT West Palm Beach Franchise, LP (0359); RTTA, LP (0035); RTT Texas, Inc. (2461); RTTT, LLC (9194); Ruby Tuesday of Allegany County, Inc. (8011); Ruby Tuesday of Bryant, Inc. (6703); Ruby Tuesday of Columbia, Inc. (4091); Ruby Tuesday of Frederick, Inc. (4249); Ruby Tuesday of Linthicum, Inc. (8716); Ruby Tuesday of Marley Station, Inc. (1641); Ruby Tuesday of Pocomoke City, Inc. (0472); Ruby Tuesday of Russellville, Inc. (1601); and Ruby Tuesday of Salisbury, Inc. (5432). The Debtors' mailing address is 333 East Broadway Ave., Maryville, TN 37804.

Debtors and Debtors in Possession, for the Period from December 1, 2020 through December 31, 2020," also dated February 3, 2021,[Docket No. 1056], by causing true and correct copies to be delivered via electronic email to the parties listed on the annexed Exhibit A.

*/s/ Angharad Bowdler*
Angharad Bowdler

Sworn to before me this
4th day of February, 2021
*/s/ Amy E. Lewis*
Notary Public, State of Connecticut
Acct. No. 100624
Commission Expires: 8/31/2022

# Exhibit A

RTI HOLDING COMPANY, LLC, et al., 1
Case No. 20-12456
Electronic Mail

| FEE NOTICE PARTIES | Attention | EMAIL ADDRESS |
|---|---|---|
| Debtors c/o Ruby Tuesday,Inc., | Shawn Lederman | slederman@rubytuesday.com |
| Restructuring Counsel for the Debtors - Pachulski Stang Ziehl & Jones LLP, | James E. O'Neill, Esq, Malhar S. Pagay | joneill@pszjlaw.com; mpagay@pszjlaw.com |
| Counsel to Goldman Sachs Specialty Lending Group, L.P. (as administrative and collateral agent), Cleary Gottlieb Steen & Hamilton LLP | Sean A. O'Neal | soneal@cgsh.com |
| Counsel to TCW Direct Lending, Paul Hastings LLP | Justin Rawlins | justinrawlins@paulhastings.com |
| Counsel to the Official Committee of Unsecured Creditors,Kramer Levin Naftalis & Frankel LLP | Adam C. Rogoff, Robert T. Schmidt, Jennifer R. Sharret | arogoff@kramerlevin.com ; rschmidt@kramerlevin.com ; jsharret@kramerlevin.com |
| Counsel to the Official Committee of Unsecured Creditors, Cole Schotz P.C. | G. David Dean, Justin R. Alberto, Andrew J. Roth-Moore | ddean@coleschotz.com; jalberto@coleschotz.com; aroth-moore@coleschotz.com |
| Office of the United States Trustee for the District of Delaware | Linda Richenderfer, Esq., | Linda.Richenderfer@usdoj.gov |