# Exhibit A



Forecast Summary
*February 9, 2021*





# Projection Assumptions

- Store footprint: 210 locations, no additional store opening

- Sales (210 locations; does not include impact of virtual concept):

| Store Count (EOY) | 210 | 210 | 210 | 210 | 210 | 210 | 210 |
|---|---|---|---|---|---|---|---|
|  | TTP P9 2020 | FY2021 | FY2022 | FY2023 | FY2024 | FY2025 | FY2026 |
| AUV | 1,754,958 | 1,189,705 | 1,648,288 | 1,807,607 | 1,861,835 | 1,917,690 | 1,975,221 |
| AUV (Daily) | 4,821 | 3,268 | 4,528 | 4,966 | 5,115 | 5,268 | 5,426 |
| SSS Growth (Absolute) | N/A | -32.2% | 38.5% | 9.7% | 3.0% | 3.0% | 3.0% |
| SSS Growth (TTP P9 2020) | N/A | -32.2% | -6.1% | 3.0% | 6.1% | 9.3% | 12.6% |

- Cost structure: recovers to historical levels (i.e., TTM P9 FY 2020, ended March 10, 2020) as sales recover

- Rent expense includes all known savings/amendments that were agreed upon during the Chapter 11 proceedings

- Virtual concept to be rolled out across 150 locations in FY2022; see income statement assumptions for further detail

- Capex: maintenance capex ramps up to normal level of $36k/location annually in FY2023 as sales normalize

- Balance sheet:
    — Balance sheet does not reflect fresh start accounting or purchase price valuation adjustment
    — Debt assumption corresponding to draft POR submitted with the bankruptcy court (i.e., $30 million term loan and $2 million proposed unsecured note)
    — Cash balance at emergence of $12.5 million
    — Working capital based on historical ratios with management adjustments



## SUMMARY

| ($ in thousands) | Fcst P9 Wk 3 - P12 FY21 | Fcst FY22 | Fcst FY23 | Fcst FY24 | Fcst FY25 | Fcst FY26 |
|---|---:|---:|---:|---:|---:|---:|
| Net Sales | $ 83,194 | $ 346,141 | $ 379,597 | $ 390,985 | $ 402,715 | $ 414,796 |
| | | | | | | |
| Cost of Merchandise | 25,781 | 100,495 | 108,185 | 105,943 | 109,121 | 112,395 |
| Payroll and Related Costs | 30,585 | 119,068 | 129,225 | 133,606 | 137,231 | 140,958 |
| Other Operating Costs | 13,400 | 57,121 | 61,257 | 63,016 | 64,809 | 66,654 |
| Marketing Expense | 1,920 | 10,384 | 11,330 | 11,670 | 12,020 | 12,381 |
| Occupancy Costs | 9,573 | 28,475 | 29,222 | 31,069 | 32,614 | 33,729 |
| 4-Wall EBITDA | 1,936 | 30,597 | 40,378 | 45,681 | 46,919 | 48,681 |
| | | | | | | |
| G&A | 5,498 | 21,360 | 21,029 | 21,303 | 21,582 | 21,867 |
| Virtual Concept EBITDA | - | 2,925 | 3,013 | 3,103 | 3,196 | 3,292 |
| Franchise Income | - | 1,758 | 1,810 | 1,865 | 1,921 | 1,978 |
| **EBITDA** | $ (3,563) | $ 13,919 | $ 24,172 | $ 29,346 | $ 30,454 | $ 32,084 |
| | | | | | | |
| Non-EBITDA Sources / (Uses) of Cash: | | | | | | |
| | | | | | | |
| Changes in Working Capital | (2,122) | 1,490 | 1,781 | 669 | 789 | 798 |
| Capital Expenditures | (981) | (3,924) | (7,848) | (7,848) | (7,848) | (7,848) |
| Other Cash Expenses | (2,191) | (3,776) | (1,946) | (880) | (880) | (880) |
| Cash Taxes | - | - | (2,613) | (4,065) | (4,326) | (4,645) |
| **Non-EBITDA Sources / (Uses) of Cash** | $ (5,294) | $ (6,210) | $ (10,626) | $ (12,123) | $ (12,265) | $ (12,574) |
| | | | | | | |
| **Net Cash Flow Before Financing Activity** | $ (8,857) | $ 7,709 | $ 13,546 | $ 17,223 | $ 18,189 | $ 19,510 |
| | | | | | | |
| (+) Cash from Exit Financing, net | 12,500 | - | - | - | - | - |
| (-) Bankruptcy Estate-related costs[1] | (12,522) | - | - | - | - | - |
| (-) Repay DIP | (5,016) | - | - | - | - | - |
| (-) Principal Amortization on New Money Exit Financing | (75) | (413) | (3,238) | (1,500) | (1,500) | (1,500) |
| (-) Cash Interest Expense | (1,183) | (3,460) | (3,548) | (3,594) | (3,625) | (3,655) |
| **Net Cash Flow** | $ (15,153) | $ 3,837 | $ 6,760 | $ 12,129 | $ 13,064 | $ 14,355 |
| | | | | | | |
| **Cash Reconciliation:** | | | | | | |
| Beginning Cash Balance | $ 21,818 | $ 6,665 | $ 10,503 | $ 17,262 | $ 29,392 | $ 42,456 |
| Net Change in Cash | (15,153) | 3,837 | 6,760 | 12,129 | 13,064 | 14,355 |
| **Ending Balance** | $ 6,665 | $ 10,503 | $ 17,262 | $ 29,392 | $ 42,456 | $ 56,811 |

*(1) Preliminary estimate. Figure may change based on settlements, lease negotiations, and other ongoing efforts*



# SUMMARY INCOME STATEMENT

| ($ in 000s) Period ending: | ACTUAL TTP P9 2020 3/10/2020 | ACTUAL YTD P7 2021 12/2/2020 | PROJECTED P8 - P12 2021 6/1/2021 | FY2021 6/1/2021 | FY2022 6/7/2022 | PROJECTED FY2023 6/6/2023 | FY2024 6/4/2024 | FY2025 6/3/2025 | FY2026 6/2/2026 | TTP P9 2020 | YTD P7 2021 | FY2021 | FY2022 | FY2023 | FY2024 | FY2025 | FY2026 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beverage Sales | 36,814 | 10,755 | 9,261 | 20,016 | 32,792 | 35,962 | 37,041 | 38,152 | 39,297 | 10.0% | 7.9% | 8.0% | 9.5% | 9.5% | 9.5% | 9.5% | 9.5% |
| Food Sales | 360,272 | 138,928 | 115,130 | 254,057 | 339,932 | 372,789 | 383,973 | 395,492 | 407,357 | 97.8% | 102.4% | 101.7% | 98.2% | 98.2% | 98.2% | 98.2% | 98.2% |
| Other | (28,545) | (14,064) | (10,172) | (24,236) | (26,584) | (29,154) | (30,029) | (30,929) | (31,857) | -7.7% | -10.4% | -9.7% | -7.7% | -7.7% | -7.7% | -7.7% | -7.7% |
| **Total Restaurant Sales** | $ 368,541 | $ 135,619 | $ 114,219 | $ 249,838 | $ 346,141 | $ 379,597 | $ 390,985 | $ 402,715 | $ 414,796 | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| Franchise Income | 4,320 | 1,075 | | 1,075 | 1,758 | 1,810 | 1,865 | 1,921 | 1,978 | | | Projected Independently (not tied to other store revenue) | | | | | |
| **Total Sales** | $ 372,861 | $ 136,694 | $ 114,219 | $ 250,913 | $ 347,898 | $ 381,408 | $ 392,850 | $ 404,636 | $ 416,775 | | | | | | | | |
| Food Cost (Net) | 90,007 | 37,690 | 32,370 | 70,060 | 90,995 | 97,557 | 95,284 | 98,142 | 101,087 | 24.4% | 27.8% | 28.0% | 26.3% | 25.7% | 24.4% | 24.4% | 24.4% |
| Beverage Cost (Net) | 10,115 | 3,000 | 2,581 | 5,581 | 9,500 | 10,629 | 10,659 | 10,979 | 11,308 | 2.7% | 2.2% | 2.2% | 2.7% | 2.8% | 2.7% | 2.7% | 2.7% |
| **Cost of Merchandise (Net)** | $ 100,122 | $ 40,690 | $ 34,951 | $ 75,641 | $ 100,495 | $ 108,185 | $ 105,943 | $ 109,121 | $ 112,395 | 27.2% | 30.0% | 30.3% | 29.0% | 28.5% | 27.1% | 27.1% | 27.1% |
| **Gross Profit** | $ 268,419 | $ 94,929 | $ 79,268 | $ 174,197 | $ 245,646 | $ 271,412 | $ 285,043 | $ 293,594 | $ 302,402 | 72.8% | 70.0% | 69.7% | 71.0% | 71.5% | 72.9% | 72.9% | 72.9% |
| *Gross Margin (%)* | *72.8%* | *70.0%* | *69.4%* | *69.7%* | *71.0%* | *71.5%* | *72.9%* | *72.9%* | *72.9%* | | | | | | | | |
| Direct Labor (incl SL) | 71,436 | 25,217 | 22,844 | 48,061 | 66,089 | 72,883 | 75,851 | 78,127 | 80,470 | 19.4% | 18.6% | 19.2% | 19.1% | 19.2% | 19.4% | 19.4% | 19.4% |
| Manager Labor | 32,512 | 15,290 | 10,878 | 26,168 | 32,419 | 34,046 | 34,727 | 35,422 | 36,130 | 8.8% | 11.3% | 10.5% | 9.4% | 9.0% | 8.9% | 8.8% | 8.7% |
| Payroll Taxes | 13,932 | 4,800 | 4,595 | 9,396 | 12,856 | 14,235 | 14,760 | 15,202 | 15,659 | 3.8% | 3.5% | 3.8% | 3.7% | 3.8% | 3.8% | 3.8% | 3.8% |
| Benefits | 3,418 | 2,349 | 2,258 | 4,607 | 3,339 | 3,506 | 3,577 | 3,648 | 3,721 | 0.9% | 1.7% | 1.8% | 1.0% | 0.9% | 0.9% | 0.9% | 0.9% |
| Workers Comp | 1,650 | 628 | 341 | 969 | 1,550 | 1,708 | 1,759 | 1,812 | 1,867 | 0.4% | 0.5% | 0.4% | 0.4% | 0.5% | 0.5% | 0.5% | 0.5% |
| Ops Bonus | 2,351 | 594 | 195 | 790 | 2,077 | 2,278 | 2,346 | 2,416 | 2,489 | 0.6% | 0.4% | 0.3% | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% |
| Other Payroll & Related | 885 | 40 | 34 | 74 | 739 | 586 | 586 | 604 | 622 | 0.2% | 0.0% | 0.0% | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% |
| **Payroll and Related Costs** | $ 126,185 | $ 48,918 | $ 41,146 | $ 90,064 | $ 119,068 | $ 129,225 | $ 133,606 | $ 137,231 | $ 140,958 | 34.2% | 36.1% | 36.0% | 34.4% | 34.0% | 34.2% | 34.1% | 34.0% |
| **Prime Margin** | $ 142,234 | $ 46,011 | $ 38,122 | $ 84,133 | $ 126,577 | $ 142,187 | $ 151,436 | $ 156,362 | $ 161,444 | 38.6% | 33.9% | 33.7% | 36.6% | 37.5% | 38.7% | 38.8% | 38.9% |
| *Prime Margin (%)* | *38.6%* | *33.9%* | *33.4%* | *33.7%* | *36.6%* | *37.5%* | *38.7%* | *38.8%* | *38.9%* | | | | | | | | |
| Utilities | 16,360 | 8,571 | 6,038 | 14,608 | 16,096 | 17,082 | 17,594 | 18,122 | 18,666 | 4.4% | 6.3% | 5.8% | 4.7% | 4.5% | 4.5% | 4.5% | 4.5% |
| Operating Supplies | 10,146 | 4,366 | 3,427 | 7,792 | 10,211 | 11,388 | 11,730 | 12,081 | 12,444 | 2.8% | 3.2% | 3.1% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% |
| Repairs & Maintenance | 12,220 | 2,235 | 3,010 | 5,245 | 12,115 | 13,286 | 13,684 | 14,095 | 14,518 | 3.3% | 1.6% | 2.1% | 3.5% | 3.5% | 3.5% | 3.5% | 3.5% |
| 3rd Party Delivery Commission | 1,061 | 3,419 | 1,640 | 5,059 | 5,140 | 5,219 | 5,376 | 5,537 | 5,703 | 0.3% | 2.5% | 2.0% | 1.5% | 1.4% | 1.4% | 1.4% | 1.4% |
| Contract Services | 4,338 | 1,793 | 2,159 | 3,952 | 4,471 | 4,560 | 4,651 | 4,744 | 4,839 | 1.2% | 1.3% | 1.6% | 1.3% | 1.2% | 1.2% | 1.2% | 1.2% |
| Credit Card Fees | 6,291 | 2,431 | 1,091 | 3,522 | 5,884 | 6,453 | 6,647 | 6,846 | 7,052 | 1.7% | 1.8% | 1.4% | 1.7% | 1.7% | 1.7% | 1.7% | 1.7% |
| Insurance | 1,644 | 1,100 | 753 | 1,853 | 1,721 | 1,756 | 1,791 | 1,809 | 1,827 | 0.4% | 0.8% | 0.7% | 0.5% | 0.5% | 0.5% | 0.4% | 0.4% |
| Business Tax & Licenses | 920 | 514 | 360 | 874 | 943 | 962 | 981 | 1,001 | 1,021 | 0.2% | 0.4% | 0.3% | 0.3% | 0.3% | 0.3% | 0.2% | 0.2% |
| Legal Fees | - | - | - | - | - | - | - | - | - | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Other Operating Costs | 417 | 92 | 297 | 389 | 540 | 551 | 562 | 573 | 585 | 0.1% | 0.1% | 0.2% | 0.2% | 0.1% | 0.1% | 0.1% | 0.1% |
| **Total Operating Costs** | $ 53,397 | $ 24,521 | $ 18,774 | $ 43,295 | $ 57,121 | $ 61,257 | $ 63,016 | $ 64,809 | $ 66,654 | 14.5% | 18.1% | 17.3% | 16.5% | 16.1% | 16.1% | 16.1% | 16.1% |
| **MOP** | $ 88,837 | $ 21,490 | $ 19,348 | $ 40,838 | $ 69,457 | $ 80,930 | $ 88,420 | $ 91,554 | $ 94,790 | 24.1% | 15.8% | 16.3% | 20.1% | 21.3% | 22.6% | 22.7% | 22.9% |
| *MOP Margin (%)* | *24.1%* | *15.8%* | *16.9%* | *16.3%* | *20.1%* | *21.3%* | *22.6%* | *22.7%* | *22.9%* | | | | | | | | |
| Total Marketing Exp | 18,707 | 2,268 | 2,284 | 4,552 | 10,384 | 11,330 | 11,670 | 12,020 | 12,381 | 5.1% | 1.7% | 1.8% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% |
| **Store Level EBITDAR** | $ 70,129 | $ 19,223 | $ 17,063 | $ 36,286 | $ 59,072 | $ 69,600 | $ 76,750 | $ 79,533 | $ 82,409 | 19.0% | 14.2% | 14.5% | 17.1% | 18.3% | 19.6% | 19.7% | 19.9% |
| *SL EBITDAR Margin (%)* | *19.0%* | *14.2%* | *14.9%* | *14.5%* | *17.1%* | *18.3%* | *19.6%* | *19.7%* | *19.9%* | | | | | | | | |
| Cash Rent | 24,263 | 13,868 | 8,966 | 22,834 | 23,529 | 24,177 | 25,923 | 27,365 | 28,375 | 6.6% | 10.2% | 9.1% | 6.8% | 6.4% | 6.6% | 6.8% | 6.8% |
| CAM | 1,013 | 682 | - | 682 | - | - | - | - | - | 0.3% | 0.5% | 0.3% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Property Taxes | 4,916 | 3,190 | 1,725 | 4,916 | 4,946 | 5,045 | 5,146 | 5,249 | 5,354 | 1.3% | 2.4% | 2.0% | 1.4% | 1.3% | 1.3% | 1.3% | 1.3% |
| **Total Occupancy** | $ 30,192 | $ 17,740 | $ 10,691 | $ 28,432 | $ 28,475 | $ 29,222 | $ 31,069 | $ 32,614 | $ 33,729 | 8.2% | 13.1% | 11.4% | 8.2% | 7.7% | 7.9% | 8.1% | 8.1% |
| **4 Wall EBITDA** | $ 39,937 | $ 1,482 | $ 6,372 | $ 7,854 | $ 30,597 | $ 40,378 | $ 45,681 | $ 46,919 | $ 48,681 | 10.8% | 1.1% | 3.1% | 8.8% | 10.6% | 11.7% | 11.7% | 11.7% |
| *4 Wall EBITDA Margin (%)* | *10.8%* | *1.1%* | *5.6%* | *3.1%* | *8.8%* | *10.6%* | *11.7%* | *11.7%* | *11.7%* | | | | | | | | |
| Support Bonus Exp | 1,895 | 86 | 79 | 165 | 1,895 | 1,933 | 1,972 | 2,011 | 2,051 | 0.5% | 0.1% | 0.1% | 0.5% | 0.5% | 0.5% | 0.5% | 0.5% |
| Salaries | 10,624 | 6,684 | 4,725 | 11,409 | 10,624 | 10,530 | 10,741 | 10,956 | 11,175 | 2.9% | 4.9% | 4.6% | 3.1% | 2.8% | 2.7% | 2.7% | 2.7% |
| Travel | 1,200 | 534 | 263 | 797 | 1,200 | 1,224 | 1,248 | 1,273 | 1,299 | 0.3% | 0.4% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% |
| Other G&A Exp | 7,641 | 3,728 | 2,100 | 5,828 | 7,641 | 7,341 | 7,341 | 7,341 | 7,341 | 2.1% | 2.7% | 2.3% | 2.2% | 1.9% | 1.9% | 1.8% | 1.8% |
| Total G&A (ex Non Recurring Costs) | 21,360 | 11,033 | 7,166 | 18,199 | 21,360 | 21,029 | 21,303 | 21,582 | 21,867 | 5.8% | 8.1% | 7.3% | 6.2% | 5.5% | 5.4% | 5.4% | 5.3% |
| **Core RT EBITDA** | $ 22,897 | $ (8,476) | $ (794) | $ (9,270) | $ 10,994 | $ 21,159 | $ 26,243 | $ 27,258 | $ 28,792 | 6.2% | -6.2% | -3.7% | 3.2% | 5.6% | 6.7% | 6.8% | 6.9% |
| Virtual Concept EBITDA | - | - | - | - | 2,925 | 3,013 | 3,103 | 3,196 | 3,292 | 0.0% | 0.0% | 0.0% | 0.8% | 0.8% | 0.8% | 0.8% | 0.8% |
| **Total EBITDA** | $ 22,897 | $ (8,476) | $ (794) | $ (9,270) | $ 13,919 | $ 24,172 | $ 29,346 | $ 30,454 | $ 32,084 | 6.2% | -6.2% | -3.7% | 4.0% | 6.4% | 7.5% | 7.6% | 7.7% |
| Add: Total Marketing Exp | 18,707 | 2,268 | | 4,552 | 10,384 | 11,330 | 11,670 | 12,020 | 12,381 | 5.1% | 1.7% | 1.8% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% |
| **4 Wall EBITDA (ex. Marketing)** | $ 58,645 | $ 3,750 | | $ 12,407 | $ 40,981 | $ 51,708 | $ 57,351 | $ 58,939 | $ 61,062 | 15.9% | 2.8% | 5.0% | 11.8% | 13.6% | 14.7% | 14.6% | 14.7% |
| *4 Wall EBITDA Margin (%)* | *15.9%* | *2.8%* | | *5.0%* | *11.8%* | *13.6%* | *14.7%* | *14.6%* | *14.7%* | | | | | | | | |



# INCOME STATEMENT ASSUMPTIONS

| | Assumptions |
|---|---|
| Beverage Sales | Beverage sales as a share of net sales is expected to decrease as on-premise dining returns to pre-COVID levels |
| Food Sales | Food as a share of net sales is expected to increase as on-premise dining returns to pre-COVID levels |
| Other | Discounts will decline as a share of revenue as the additional discounts needed to drive traffic during COVID will decrease |
| **Total Restaurant Sales** | FY21 SSS decrease 35% over TTP P9 2020. FY22 SSS increase 38% over FY21, and SSS return to TTP P9 2020 levels by FY23. SSS increase 3% annually thereafter |
| Franchise Income | Franchise income decreases between TTP P9 2020 and FY21. FY21 assumes YTD P7 actual and no income for the rest of the year. FY22 assumes 42% of TTP P9 sales and increase 3% annually thereafter |
| Food Cost (Net) | Food costs are expected to decrease as a share of revenue as sales recover |
| Beverage Cost (Net) | Beverage costs are expected to decrease as a share of revenue as sales recover |
| **Gross Profit** | Gross margins will increase as discounting decreases |
| Direct Labor (incl SL) | Direct Labor for remainder of 2021 is 20% of sales. From FY22 thru FY26 direct labor gradually increases to TTP P9 levels |
| Manager Labor | Manager labor will recover to its TTP P9 level by FY23 as revenue recovers and increase by 2% annually thereafter |
| Payroll Taxes | Payroll taxes will increase in line with labor costs, remaining at 19.5% of direct and manager labor costs, the TTP P9 level |
| Benefits | Benefits will increase in line with labor costs, gradually moving to 3.2% of direct and manager labor costs, the TTP P9 level |
| Workers Comp | Workers' comp will increase in line with labor costs, remaining at 1.6% of direct and manager labor costs, the TTP P9 level |
| Ops Bonus | Ops bonus will return to the TTP P9 share of revenue by FY23 as revenue and profitability increase |
| Other Payroll & Related | Other payroll & related was cut significantly during pandemic. Post-emergence this is expected to revert to pre-pandemic levels or TTP P9 |
| **Prime Margin** | Prime margin will increase as RT generates operating leverage from manager labor and a decline in benefits as a share of revenue |
| Utilities | Utilities will ramp up with sales in FY 22, returning to the historical average by FY23 of 4.5% of sales |
| Operating Supplies | Operating supplies are expected to increase slightly due to increased app-based sales and the introduction of virtual concepts |
| Repairs & Maintenance | R&M will increase to 3.5% of sales by FY23 as the company invests store renovations |
| 3rd Party Delivery Commission | Commissions are expected to remain stable in absolute terms as app-based sales remain consistent |
| Contract Services | Contract services are expected to return to historical levels in FY23 |
| Credit Card Fees | Credit card fees are expected to return to historical levels in FY23 as on-premise dining increases |
| Insurance | Insurance costs will increase 2% annually in FY23 and FY24 and then increase 1% annually in FY25 and FY26 |
| Business Tax & Licenses | Business tax and license costs will increase modestly. Certain costs that were included in this category are now classified as other operating costs, driving the total-dollar decrease in FY22 |
| Legal Fees | Refer to other operating expenses |
| Other Operating Costs | Other operating is expected to remain stable from FY21 levels. Certain costs include credit card shortages, third party delivery shortages, and other chargebacks. |
| **MOP** | MOP remains below pre-COVID levels due to the increase in delivery commissions. Excluding the impact of delivery commissions, MOP returns to TTP P9 levels by FY24 |
| Total Marketing Exp | Marketing expense will recover to 3% of sales by FY23 |
| Cash Rent | Cash rents are based on HILCO negotiations and include CAM |
| CAM | See cash rent |
| Property Taxes | Property taxes are based on company estimates |
| Support Bonus Exp | Support bonus assumes company hits profitability targets |
| Salaries | Salaries increase slightly from TTP P9 levels. Please refer to the G&A tab for a full breakdown |
| Travel | Travel expense will increase as field leadership travel normalizes in FY23 |
| Other G&A Exp | Other G&A will increase slightly in FY22 as RT makes a $300k IT investment. It will decrease slightly in FY23. Please refer to the G&A tab for a full breakdown |
| Virtual Concept EBITDA | Virtual concepts will be opened in 150 locations in FY22, generating $9.8 million in revenue at a 30% EBITDA margin |



# Summary Balance Sheet

| ($ in 000s) | ACTUAL | | PROJECTED | | | | | |
|---|---|---|---|---|---|---|---|---|
| Period Ending>>> | 3/10/2020 | 6/2/2020 | 6/1/2021 | 6/7/2022 | 6/6/2023 | 6/4/2024 | 6/3/2025 | 6/2/2026 |
| | P9 2020 | P12 2020 | FY2021 | FY2022 | FY2023 | FY2024 | FY2025 | FY2026 |
| **Assets** | | | | | | | | |
| Current Assets | | | | | | | | |
| Cash | $ 17,633 | $ 14,690 | $ 6,665 | $ 10,503 | $ 17,262 | $ 29,392 | $ 42,456 | $ 56,811 |
| Receivables | 2,290 | 1,471 | 2,732 | 2,526 | 2,628 | 2,707 | 2,788 | 2,872 |
| Inventory | 7,320 | 4,687 | 3,308 | 3,398 | 3,580 | 3,512 | 3,608 | 3,708 |
| Income Tax Receivable | 494 | 478 | 421 | 421 | 421 | 421 | 421 | 421 |
| Prepaid Expenses | 8,294 | 6,048 | 6,446 | 6,580 | 6,610 | 6,610 | 6,610 | 6,610 |
| Assets Held for Disposal | 3,820 | 9,789 | 1,099 | 1,099 | 1,099 | 1,099 | 1,099 | 1,099 |
| Total Current Assets | 39,851 | 37,163 | 20,671 | 24,526 | 31,600 | 43,739 | 56,982 | 71,520 |
| P&E, net | 76,779 | 53,850 | 46,924 | 43,904 | 44,808 | 44,815 | 44,586 | 44,115 |
| Other Assets | 54,514 | 46,706 | 18,847 | 18,847 | 18,847 | 18,847 | 18,847 | 18,847 |
| **Total Assets** | $ 171,144 | $ 137,719 | $ 86,443 | $ 87,278 | $ 95,255 | $ 107,402 | $ 120,415 | $ 134,483 |
| Liabilities and Shareholders' Equity | | | | | | | | |
| Liabilities | | | | | | | | |
| Current Liabilities | | | | | | | | |
| Accounts Payable | $ 12,373 | $ 26,993 | $ 4,914 | $ 5,262 | $ 5,393 | $ 5,281 | $ 5,439 | $ 5,603 |
| Taxes, Other than Income and Payroll | 8,861 | 5,939 | 2,952 | 2,952 | 2,952 | 2,952 | 2,952 | 2,952 |
| Payroll and Related Costs | 10,619 | 9,263 | 2,575 | 3,187 | 3,266 | 3,257 | 3,257 | 3,257 |
| Insurance | 3,056 | 3,099 | 1,291 | 1,291 | 1,291 | 1,291 | 1,291 | 1,291 |
| Unearned Income - Gift Certificates / Card | 16,623 | 12,427 | 7,608 | 8,471 | 9,999 | 10,299 | 10,608 | 10,927 |
| Rent and Other | 33,420 | 49,784 | 5,402 | 4,588 | 4,445 | 4,445 | 4,445 | 4,445 |
| Current Portion of Debt | 4,955 | 5,215 | - | - | - | - | - | - |
| Total Current Liabilities | 89,907 | 112,720 | 24,743 | 25,752 | 27,346 | 27,526 | 27,993 | 28,475 |
| Other Liabilities | | | | | | | | |
| Long-Term Debt | 37,232 | 39,741 | 32,413 | 34,014 | 32,833 | 33,311 | 33,660 | 34,188 |
| Other Deferred Liabilities | 66,412 | 58,372 | 7,159 | 7,659 | 8,159 | 8,659 | 9,159 | 9,659 |
| Total Other Liabilities | 103,644 | 98,113 | 39,572 | 41,673 | 40,992 | 41,970 | 42,819 | 43,847 |
| Total Liabilities | 193,551 | 210,833 | 64,315 | 67,425 | 68,338 | 69,495 | 70,812 | 72,322 |
| Shareholders' Equity | (22,407) | (73,114) | 22,128 | 19,853 | 26,917 | 37,906 | 49,603 | 62,161 |
| **Total Liabilities and Shareholders' Equity** | $ 171,144 | $ 137,719 | $ 86,443 | $ 87,278 | $ 95,255 | $ 107,402 | $ 120,415 | $ 134,483 |



**FOCALPOINT**
Investment Banking

**LOS ANGELES**
11150 Santa Monica Boulevard · Suite 1550
Los Angeles, CA 90025

**CHICAGO**
150 N. Riverside Plaza · Suite 2820
Chicago, IL 60606

**NEW YORK**
599 Lexington Avenue · Suite 1203
New York, NY 10022

**SHANGHAI**
3706, Citic Plaza, Sichuan North Road 859
Shanghai, China 200085