# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| RTI HOLDING COMPANY, LLC, *et al.*,[1] | ) | Case No. 20-12456 (JTD) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Re: D.I. 971** |

### NOTICE OF WITHDRAWAL OF OBJECTION OF MARYVILLE COLLEGE TO CONFIRMATION OF DEBTORS' AMENDED CHAPTER 11 PLAN, AND OBJECTION TO DEBTORS' ASSUMPTION AND ASSIGNMENT OF UNEXPIRED LEASE REGARDING THE RT LODGE

**PLEASE TAKE NOTICE THAT** Maryville College, by and through undersigned counsel, hereby withdraws its *Objection to Confirmation of Debtors' Amended Chapter 11 Plan, and Objection to Debtors' Assumption and Assignment of Unexpired Lease Regarding the RT Lodge* [Docket No. 971; Filed January 29, 2021], without prejudice. Maryville College reserves all rights under the assumed lease for the RT Lodge, and any amendments or modifications thereto.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: RTI Holding Company, LLC (4966); Ruby Tuesday, Inc. (5239); Ruby Tuesday, LLC (1391); RTBD, LLC (6505); RT of Carroll County, LLC (8836); RT Denver Franchise, L.P. (2621); RT Detroit Franchise, LLC (8738); RT Distributing, LLC (6096); RT Finance, LLC (7242); RT FL Gift Cards, Inc. (2189); RT Florida Equity, LLC (7159); RT Franchise Acquisition, LLC (1438); RT of Fruitland, Inc. (1103); RT Indianapolis Franchise, LLC (6016); RT Jonesboro Club (2726); RT KCMO Franchise, LLC (7020); RT Kentucky Restaurant Holdings, LLC (7435); RT Las Vegas Franchise, LLC (4969); RT Long Island Franchise, LLC (4072); RT of Maryland, LLC (7395); RT Michiana Franchise, LLC (8739); RT Michigan Franchise, LLC (8760); RT Minneapolis Franchise, LLC (2746); RT Minneapolis Holding, LLC (7189); RT New England Franchise, LLC (4970); RT New Hampshire Restaurant Holdings, LLC (7438); RT New York Franchise, LLC (1154); RT Omaha Franchise, LLC (7442); RT Omaha Holdings, LLC (8647); RT One Percent Holdings, LLC (6689); RT One Percent Holdings, II, LLC (2817); RT Orlando Franchise, LP (5105); RT Restaurant Services, LLC (7283) RT South Florida Franchise, LP (3535); RT Southwest Franchise, LLC (9715); RT St. Louis Franchise, LLC (6010); RT Tampa Franchise, LP (5290) RT Western Missouri Franchise, LLC (6082); RT West Palm Beach Franchise, LP (0359); RTTA, LP (0035); RTT Texas, Inc. (2461); RTTT, LLC (9194); Ruby Tuesday of Allegany County, Inc. (8011); Ruby Tuesday of Bryant, Inc. (6703); Ruby Tuesday of Columbia, Inc. (4091); Ruby Tuesday of Frederick, Inc. (4249); Ruby Tuesday of Linthicum, Inc. (8716); Ruby Tuesday of Marley Station, Inc. (1641); Ruby Tuesday of Pocomoke City, Inc. (0472); Ruby Tuesday of Russellville, Inc. (1601); and Ruby Tuesday of Salisbury, Inc. (5432). The Debtors' mailing address is 333 East Broadway Ave., Maryville, TN 37804.

Dated:  February 10, 2021
Wilmington, Delaware

**KLEHR HARRISON HARVEY BRANZBURG LLP**

/s/ Sally E. Veghte
Sally E. Veghte (DE Bar No. 4762)
919 N. Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone:  (302) 552-5503
Email:  sveghte@klehr.com

-And-

Gregory C. Logue (TN Bar No. 102157)
*Admitted Pro Hac Vice*
**WOOLF, MCCLANE, BRIGHT, ALLEN & CARPENTER, PLLC**
P.O. Box 900
Knoxville, Tennessee  37901
Telephone:  (865) 215-1000
Email:  glogue@wmbac.com

*Attorneys for Maryville College*

2