# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| RTI HOLDING COMPANY, LLC[1] | Case No. 20-12456 (JTD)<br>(Jointly Administered) |
| Debtors. | **Re: Docket No. 981**<br><br>**Hearing date: March 4, 2021 @ 1:00 p.m.**<br>**Objection deadline: February 25, 2021 @ 4:00 p.m.** |

## NOTICE OF MOTION OF KEITH E. ADAMS AND KIM D. ADAMS, AS TRUSTEES OF THE ADAMS FAMILY TRUST FOR AN ORDER COMPELLING DEBTORS TO ABANDON APPEAL OF STATE COURT JUDGMENT AND CONTINGENT INTEREST, IF ANY, IN RELATED APPEAL BOND, OR ALTERNATIVELY, GRANTING <u>RELIEF FROM THE AUTOMATIC STAY</u>

**PLEASE TAKE NOTICE** that on February 10, 2021, Keith E. Adams and Kim D. Adams, as Trustees of the Adams Family Trust ("Movant") by and through undersigned counsel, filed the *Motion Of Keith E. Adams And Kim D. Adams, As Trustees Of The Adams*

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: RTI Holding Company, LLC (4966); Ruby Tuesday, Inc. (5239); Ruby Tuesday, LLC (1391); RTBD, LLC (6505); RT of Carroll County, LLC (8836); RT Denver Franchise, L.P. (2621); RT Detroit Franchise, LLC (8738); RT Distributing, LLC (6096); RT Finance, LLC (7242); RT FL Gift Cards, Inc. (2189); RT Florida Equity, LLC (7159); RT Franchise Acquisition, LLC (1438); RT of Fruitland, Inc. (1103); RT Indianapolis Franchise, LLC (6016); RT Jonesboro Club (2726); RT KCMO Franchise, LLC (7020); RT Kentucky Restaurant Holdings, LLC (7435); RT Las Vegas Franchise, LLC (4969); RT Long Island Franchise, LLC (4072); RT of Maryland, LLC (7395); RT Michiana Franchise, LLC (8739); RT Michigan Franchise, LLC (8760); RT Minneapolis Franchise, LLC (2746); RT Minneapolis Holdings, LLC (7189); RT New England Franchise, LLC (4970); RT New Hampshire Restaurant Holdings, LLC (7438); RT New York Franchise, LLC (1154); RT Omaha Franchise, LLC (7442); RT Omaha Holdings, LLC (8647); RT One Percent Holdings, LLC (6689); RT One Percent Holdings II, LLC (2817); RT Orlando Franchise, LP (5105); RT Restaurant Services, LLC (7283); RT South Florida Franchise, LP (3535); RT Southwest Franchise, LLC (9715); RT St. Louis Franchise, LLC (6010); RT Tampa Franchise, LP (5290); RT Western Missouri Franchise, LLC (6082); RT West Palm Beach Franchise, LP (0359); RTTA, LP (0035); RTT Texas, Inc. (2461); RTTT, LLC (9194); Ruby Tuesday of Allegany County, Inc. (8011); Ruby Tuesday of Bryant, Inc. (6703); Ruby Tuesday of Columbia, Inc. (4091); Ruby Tuesday of Frederick, Inc. (4249); Ruby Tuesday of Linthicum, Inc. (8716); Ruby Tuesday of Marley Station, Inc. (1641); Ruby Tuesday of Pocomoke City, Inc. (0472); Ruby Tuesday of Russellville, Inc. (1601); and Ruby Tuesday of Salisbury, Inc. (5432). The Debtors' mailing address is 333 East Broadway Ave., Maryville, TN 37804.

*Family Trust For An Order Compelling Debtors To Abandon Appeal Of State Court Judgment And Contingent Interest, If Any, In Related Appeal Bond, Or Alternatively, Granting Relief From The Automatic Stay* (the "Motion") with the United States Bankruptcy Court for the District of Delaware. A copy of the Motion is attached hereto.

**PLEASE TAKE FURTHER NOTICE** that objections and responses to the relief requested in the Motion, if any, must be in writing and filed with the Bankruptcy Court on or before **February 25, 2021, at 4:00 p.m. (prevailing Eastern Time)**. At the same time, you must also serve a copy of the response or objection upon the undersigned counsel to the Movant.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE RELIEF SOUGHT IN THE MOTION WILL BE HELD ON **March 4, 2021 at 1:00 p.m. (PREVAILING EASTERN TIME)** BEFORE THE HONORABLE JOHN T. DORSEY IN THE UNITED STATES BANKRUPTCY COURT, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 5, WILMINGTON, DELAWARE 19801.

Dated: February 10, 2021  
Wilmington, Delaware

Respectfully Submitted,

*/s/ James Tobia*  
**James Tobia (#3798)**  
The Law Office of James Tobia, LLC  
1716 Wawaset Street  
Wilmington, DE 19806  
302-655-5303  
Fax : 302-656-8053  
Email: jtobia@tobialaw.com  
*Counsel to Movant*