# **EXHIBIT A**



SAM D. EGGLESTON, III
STEPHANIE S. MADDOX
RANDY C. KRANTZ
JUDGES

# COMMONWEALTH of VIRGINIA

TWENTY-FOURTH DISTRICT

## City of Lynchburg General District Court

905 COURT STREET
CIVIL DIVISION (434) 455-2640
CRIMINAL/TRAFFIC DIVISION (434) 455-2630
FAX (434) 847-1779
LYNCHBURG, VA 24504-1603

AMY S. LEFTWICH
CLERK

April 24, 2020

C. Jay Robbins, IV, Esquire
8003 Franklin Farms Road, Suite 233
Richmond, VA 23229

R. Andrew Hutchinson, Esquire
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, P.C.
100 Med Tech Parkway, Suite 200
Johnson City, TN 37604

    In re:   Keith E. Adams and Kim D. Adams, Trustees of the Adams Family Trust v. Ruby Tuesday, Inc.
              Case No. - GV 19000190-00
              Ruby Tuesday, Inc. v. Keith E. Adams and Kim D. Adams, Trustees of the Adams Family Trust
              GV 190004462-00

Dear Counsel,

Pursuant to the Court's opinion of February 28, 2020, (GV 19000190-00) finding that Defendant had breached its lease with Plaintiff and was therefore liable to Plaintiff for the resulting direct damages, and upon review and consideration of Plaintiff's April 14, 2020, letter containing a proposed calculation of final damages, the Court finds that judgment should be entered for Plaintiff as follows:

| | |
|---|---:|
| Rent | $147,685.16 |
| Late Fees | 4,550.96 |
| Damages | 176,329.23 |
| Costs | 1,945.79 |
| Attorney's Fees | 66,260.94 |

The Court will enter a final order consistent with this decision on May 1, 2020. In the event of an appeal of that order by Defendant, the Court will set an appeal bond in the amount of $250,883.49.

On Ruby Tuesday's Counter-Claim (GV 190004462-00) against Keith E. Adams and Kim D. Adams, Trustees of the Adams Family Trust, judgment is for Keith E. Adams and Kim D. Adams, Trustees of the Adams Family Trust.

A party may appeal the decision of this Court by filing in writing a notice of appeal in the Clerk's Office within ten (10) days of the date of the final judgment order.

Sincerely,

Randy C. Krantz, Judge

VIRGINIA:
IN THE GENERAL DISTRICT COURT FOR THE CITY OF LYNCHBURG

KEITH E. ADAMS AND KIM D. ADAMS,
TRUSTEES OF THE ADAMS FAMILY TRUST
DATED DECEMBER 17, 1998,

Plaintiffs

v.                                              Case No.: GV19-000190-00

RUBY TUESDAY, INC.,

Defendant

### ORDER ON PLAINTIFF'S MOTION TO AMEND NAME OF PLAINTIFF

On January 29, 2020, before the trial on the merits of this matter, the parties appeared both in person and by counsel to be heard on the motion of Plaintiff for the entry of an order amending the name of the Plaintiff as prayed for in Plaintiff's Motion dated January 13, 2020. For the reasons stated in the Motion and pursuant to VA Code § 8.01-6.3, it is ORDERED that the name of the Plaintiff be amended to show the following as the name of the Plaintiff "KEITH E. ADAMS AND KIM D. ADAMS, TRUSTEES OF THE ADAMS FAMILY TRUST DATED DECEMBER 17, 1998".

I, the undersigned Clerk or Deputy Clerk of the Lynchburg General District Court, authenticate, pursuant to Virginia Code Section 8.01-391 (C), on this date that the document to which this authentication is affixed is a true copy of a record in the above-named Court, made in the performance of my official duties.

4/23/20         BJohnson
Date            Clerk/Deputy Clerk

ENTER 4/23/20
_____

Page 1 of 2

I ask for this:

_____ p.q.
C. Jay Robbins, IV, VSB#22847
C. Jay Robbins, IV P.C.
8003 Franklin Farms Road
Suite 233
Richmond, VA 23229
T 804.2994208
F 804.774.7527
Email: cjr@robbins.legal
*Counsel for Plaintiffs*

Seen and _approved_ :

_____ p.d.

R. Andrew Hutchinson, Esq. VSB#940039
Baker Donelson Bearman Caldwell & Berkowitz, P.C.
100 Med Tech Parkway, Suite 200
Johnson City, TN 37604
Phone: 423.928.0181
Fax: 423.979.5694
Email: dhutchinson@bakerdonelson.com
*Counsel for Defendant*

CC: both 4-24-28 D. Clerk
B9,

I, the undersigned Clerk or Deputy Clerk of the Lynchburg General District Court, authenticate, pursuant to Virginia Code Section 8.01-391 (C), on this date that the document to which this authentication is affixed is a true copy of a record in the above-named Court, made in the performance of my official duties.

4/23/20    BJohnson
Date       Clerk/Deputy Clerk

Page **2** of **2**