## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 10, 2021, a true and correct copy of *Motion Of Keith E. Adams And Kim D. Adams, As Trustees Of The Adams Family Trust For An Order Compelling Debtors To Abandon Appeal Of State Court Judgment And Contingent Interest, If Any, In Related Appeal Bond, Or Alternatively, Granting Relief From The Automatic Stay* was served upon all parties of record via CM/ECF and upon the parties listed below via electronic mail.

RTI Holding Company, LLC
333 East Broadway Ave.
Maryville, TN 37804
Attn: Shawn Lederman, slederman@rubytuesday.com

Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Attn: James E. O'Neill, Esq., joneill@pszjlaw.com

Cheng Cohen LLC
363 West Erie Street, Suite 500
Attn: Fredric A. Cohen, Esq., fredric.cohen@chengcohen.com

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Attn: Adam C. Rogoff, Esq., arogoff@kramerlevin.com
       Robert T. Schmidt, Esq., rschmidt@kramerlevin.com
       Jennifer R. Sharret, Esq., jsharret@kramerlevin.com

Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 199801
Attn: G. David Dean, Esq., ddean@coleschotz.com
       Justin R. Alberto, Esq., jalberto@coleschotz.com
       Andrew J. Roth-Moore, Esq., aroth-moore@coleschotz.com

Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
Attn: Linda Richenderfer, Esq., linda.richenderfer@usdoj.gov

*/s/ James Tobia*
**James Tobia (#3798)**
The Law Office of James Tobia, LLC
1716 Wawaset Street
Wilmington, DE 19806