# EXHIBIT 4

| Counterparty | Debtor Party | Real Property Lease Address / Description of Contract Rejection | Rejection Date |
|---|---|---|---|
| ALERT 360 SARASOTA 2448 E 81ST STREET SUITE 4200 TULSA OK 74137-0000 | RUBY TUESDAY, INC | ALARMS FOR 7157 COOPER CREEK | 2/10/2021 |
| COMPLETE BUSINESS SERVICES | RUBY TUESDAY, INC | 8610 MARTIN MILL PIKE KNOXVILLE, TN 37920 | 2/10/2021 |
| GOOGLE | RUBY TUESDAY, INC | 1600 AMPHITHEATRE PKWY MOUNTAIN VIEW, 94043 | 2/10/2021 |
| GREENLEAF COMPACTION INC PO BOX 29661 2008 PHOENIX AZ 85038 | RUBY TUESDAY, INC | TRASH COMPACTOR LEASE FOR 7149 | 2/10/2021 |
| GREENLEAF COMPACTION INC PO BOX 29661 2008 PHOENIX AZ 85038 | RUBY TUESDAY, INC | TRASH COMPACTOR LEASE FOR 7157 COOPER CREEK | 2/10/2021 |
| HOSPITALITY LODGING INVESTORS, a PENNSYLVANIA LIMITED PARTNERSHIP | RUBY TUESDAY, INC | South York 255 ST. CHARLES WAY YORK, PA, 17402 | 2/10/2021 |
| HOTEL ADVISORY, LLC (HVS) | RUBY TUESDAY, INC | 2601 SAGEBRUSH DRIVE, SUITE 101 FLOWER MOUND, TX 75028 | 2/10/2021 |
| INFOR / SMARTSTREAM LICENSE MANAGEMENT DBA DUN & BRADSTREET SOFTWARE SERVICES | RUBY TUESDAY, INC | CREDIT WORTHINESS REFERENCE CHECK SOFTWARE 500 West Madison, Suite 2100, Chicago, IL 60661 | 2/10/2021 |
| JDS REAL ESTATE SERVICES | RUBY TUESDAY, INC | 1221 PUERTA DEL SOL, SUITE 600 SAN CLEMENTE, CA 92673 | 2/10/2021 |
| KONICA MINOLTA/ WELLS FARGO FINANCIAL LEASING USA INC DEPT AT 952823 ATLANTA GA 31192-0000 | RUBY TUESDAY, INC | CORETRUST AGREEMENT FOR BIZHUB LEASE | 2/10/2021 |
| MERCHANT LINK | RUBY TUESDAY, INC | 8401 COLESVILLE ROAD, SUITE 750 SILVER SPRINGS, MD 20910 | 2/10/2021 |
| NRD CAPITAL MANAGEMENT, LLC 4170 ASHFORD DUNWOODY ROAD, SUITE #390, ATLANTA, GA, 30319 ATTN: AZIZ HASHIM | RUBY TUESDAY, INC | CEO SECONDMENT AGREEMENT DATED 6/24/2019 | 2/10/2021 |
| NRD CAPITAL MANAGEMENT, LLC 4170 ASHFORD DUNWOODY ROAD, SUITE #390, ATLANTA, GA, 30319 ATTN: AZIZ HASHIM | RUBY TUESDAY, INC | COO SECONDMENT AGREEMENT DATED 4/1/2020 | 2/10/2021 |

| Counterparty | Debtor Party | Real Property Lease Address / Description of Contract Rejection | Rejection Date |
|---|---|---|---|
| QUADIENT (MAIL FINANCE ) PO BOX 6813 CAROL STREAM IL 60197-0000 | RUBY TUESDAY, INC | PRODUCT LEASE AGREEMENT W/ METER RENTAL AGREEMENT | 2/10/2021 |
| SHOFFNER MECHANICAL SERIVCES PO BOX 10048 KNOXVILLE TN 37939-0000 | RUBY TUESDAY, INC | PREVENTIVE MAINTENANCE AGREEMENT | 2/10/2021 |
| SPECTRUM SETTLEMENT RECOVERY, LLC 22 Battery Street, Suite 700 San Francisco, CA 94111 And 555 California Street, Suite 1820 San Francisco, CA 94104 | RUBY TUESDAY, INC | SERVICES AGREEMENT DATED 10/31/2005  AND FIRST AMENDMENT TO SERVICES AGREEMENT DATED 1/31/2011 | 2/10/2021 |
| UNITED ELEVATOR SERVICES LLC PO BOX 1301 KNOXVILLE TN 37901-0000 | RUBY TUESDAY, INC | SERVICE AGREEMENT FULL MAINTENANCE FOR OFFICE | 2/10/2021 |
| WORLDPAY | RUBY TUESDAY, INC | 8500 GOVERNORS HILL DR SYMMES TOWNSHIP, OH 45249-0000 | 2/10/2021 |

In addition, the following contracts are rejected:

All contracts of insurance which are not executory.

All contracts and leases associated with any locations closed as of the Effective Date.

## LEASES TO BE REJECTED

## IN ACCORDANCE WITH THE TERMS OF THE PLAN

| Restaurant ID | Landlord or Counterparty Name | Debtor-Tenant | Real Property Lease Address |
|---|---|---|---|
| 2682 | RPI Salisbury Mall, LLC | Ruby Tuesday, Inc. | Salisbury 2300 NORTH SALISBURY BOULEVARD H101 SALISBURY MD 21801 |
| | | | |
| | | | |
| | | | |

# BLACKLINE

# OF EXHIBIT 4

| Counterparty | Debtor Party | Real Property Lease Address / Description of Contract Rejection | Rejection Date |
|---|---|---|---|
| ALERT 360 SARASOTA<br>2448 E 81ST STREET SUITE 4200<br>TULSA OK 74137-0000 | RUBY TUESDAY, INC | ALARMS FOR 7157 COOPER CREEK | 2/10/2021 |
| COMPLETE BUSINESS SERVICES | RUBY TUESDAY, INC | 8610 MARTIN MILL PIKE KNOXVILLE, TN 37920 | 2/10/2021 |
| GOOGLE | RUBY TUESDAY, INC | 1600 AMPHITHEATRE PKWY<br>MOUNTAIN VIEW, 94043 | 2/10/2021 |
| GREENLEAF COMPACTION INC<br>PO BOX 29661 2008<br>PHOENIX AZ 85038 | RUBY TUESDAY, INC | TRASH COMPACTOR LEASE FOR 7149 | 2/10/2021 |
| GREENLEAF COMPACTION INC<br>PO BOX 29661 2008<br>PHOENIX AZ 85038 | RUBY TUESDAY, INC | TRASH COMPACTOR LEASE FOR 7157 COOPER CREEK | 2/10/2021 |
| HOSPITALITY LODGING INVESTORS, a PENNSYLVANIA LIMITED PARTNERSHIP | RUBY TUESDAY, INC | South York<br>255 ST. CHARLES WAY<br>YORK, PA, 17402 | 2/10/2021 |
| HOTEL ADVISORY, LLC (HVS) | RUBY TUESDAY, INC | 2601 SAGEBRUSH DRIVE, SUITE 101<br>FLOWER MOUND, TX 75028 | 2/10/2021 |
| INFOR / SMARTSTREAM<br>LICENSE MANAGEMENT<br>DBA DUN & BRADSTREET SOFTWARE SERVICES | RUBY TUESDAY, INC | CREDIT WORTHINESS REFERENCE CHECK SOFTWARE<br>500 West Madison,<br>Suite 2100,<br>Chicago, IL 60661 | 2/10/2021 |
| JDS REAL ESTATE SERVICES | RUBY TUESDAY, INC | 1221 PUERTA DEL SOL, SUITE 600<br>SAN CLEMENTE, CA 92673 | 2/10/2021 |
| KONICA MINOLTA/ WELLS FARGO FINANCIAL LEASING<br>USA INC DEPT AT 952823<br>ATLANTA GA 31192-0000 | RUBY TUESDAY, INC | CORETRUST AGREEMENT FOR BIZHUB LEASE | 2/10/2021 |
| MERCHANT LINK | RUBY TUESDAY, INC | 8401 COLESVILLE ROAD, SUITE 750<br>SILVER SPRINGS, MD 20910 | 2/10/2021 |
| NRD CAPITAL MANAGEMENT, LLC<br>4170 ASHFORD DUNWOODY ROAD, SUITE #390,<br>ATLANTA, GA, 30319<br>ATTN: AZIZ HASHIM | RUBY TUESDAY, INC | CEO SECONDMENT AGREEMENT DATED 6/24/2019 | 2/10/2021 |
| NRD CAPITAL MANAGEMENT, LLC<br>4170 ASHFORD DUNWOODY ROAD, SUITE #390,<br>ATLANTA, GA, 30319<br>ATTN: AZIZ HASHIM | RUBY TUESDAY, INC | COO SECONDMENT AGREEMENT DATED 4/1/2020 | 2/10/2021 |

| Counterparty | Debtor Party | Real Property Lease Address / Description of Contract Rejection | Rejection Date |
|---|---|---|---|
| QUADIENT (MAIL FINANCE )<br>PO BOX 6813<br>CAROL STREAM IL 60197-0000 | RUBY TUESDAY, INC | PRODUCT LEASE AGREEMENT W/ METER RENTAL AGREEMENT | 2/10/2021 |
| SHOFFNER MECHANICAL SERIVCES<br>PO BOX 10048<br>KNOXVILLE TN 37939-0000 | RUBY TUESDAY, INC | PREVENTIVE MAINTENANCE AGREEMENT | 2/10/2021 |
| SPECTRUM SETTLEMENT RECOVERY, LLC<br>22 Battery Street, Suite 700<br>San Francisco, CA 94111<br>And<br>555 California Street, Suite 1820<br>San Francisco, CA 94104 | RUBY TUESDAY, INC | SERVICES AGREEMENT DATED 10/31/2005  AND FIRST AMENDMENT TO SERVICES AGREEMENT DATED 1/31/2011 | 2/10/2021 |
| UNITED ELEVATOR SERVICES LLC<br>PO BOX 1301<br>KNOXVILLE TN 37901-0000 | RUBY TUESDAY, INC | SERVICE AGREEMENT FULL MAINTENANCE FOR OFFICE | 2/10/2021 |
| WORLDPAY | RUBY TUESDAY, INC | 8500 GOVERNORS HILL DR SYMMES TOWNSHIP, OH 45249-0000 | 2/10/2021 |

In addition, the following contracts are rejected:

All contracts of insurance which are not executory.

All contracts and leases associated with any locations closed as of the Effective Date.

## LEASES TO BE REJECTED

## IN ACCORDANCE WITH THE TERMS OF THE PLAN

| Restaurant ID | Landlord or Counterparty Name | Debtor-Tenant | Real Property Lease Address |
|---|---|---|---|
| ~~4431~~ | ~~Lisbon Landing, LLC~~ | ~~Ruby Tuesday, Inc.~~ | ~~Lisbon~~ ~~160 RIVER ROAD, SUITE A-200~~ ~~LISBON CT 06351~~ |
| 2682 | RPI Salisbury Mall, LLC | Ruby Tuesday, Inc. | Salisbury 2300 NORTH SALISBURY BOULEVARD H101 SALISBURY MD 21801 |
| | | | |
| | | | |
| | | | |

DOCS_DE:232644.2 76136/002