# EXHIBIT 9

# Ruby Tuesday
Restructuring Strategy

