**Exhibit 10**

Board Designees of Reorganized RTI

[AM_ACTIVE 402916133_9]

## **Board Designee and Officers of Reorganized RTI**

Gary Doyle will be appointed on the Effective Date to serve as a member of the Board of Directors, as well as an officer, of Reorganized RTI.  Two additional individuals, Aziz Hashim and Stephanie Medley, who are currently employed by the Debtors, may serve as additional officers of Reorganized RTI in a limited capacity as to be determined by the Board of Directors.  As currently contemplated, the directors and officers will not receive any compensation for such service.  Reorganized RTI reserves the right in its discretion to name additional directors and officers and to terminate or otherwise replace the directors and officers described herein.

| Name | Biography and Affiliations |
|---|---|
| **Gary Doyle** | Mr. Doyle is the current General Manager of RT Lodge.  He has been part of the RT Lodge management team since 2007. |

[AM_ACTIVE 402916133_9]