## Exhibit 11

Board Designees of RT Lodge Company

[AM_ACTIVE 402916133_9]

## Board Designees of RT Lodge Company

The following persons will be appointed on the Effective Date to serve as members of the Board of Directors of Ruby Tuesday Holding LLC ("RT Lodge Company"). As currently contemplated, the directors and officers will not receive any compensation for such service. RT Lodge Company reserves the right to name additional directors and officers and to terminate or otherwise replace the directors and officers described herein.

| Name | Biography and Affiliations |
| --- | --- |
| **Val Feygin** | Mr. Feygin serves as Managing Director in the Asset Management Division of Goldman Sachs. |
| **William Meason** | Mr. Meason serves as Vice President in the Asset Management Division of Goldman Sachs. |
| **Kenton Sowell** | Mr. Sowell serves as Vice President in the Asset Management Division of Goldman Sachs. |

[AM_ACTIVE 402916133_9]