# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>RTI HOLDING COMPANY, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-12456 (JTD)<br><br>(Jointly Administered)<br><br>**Re: D.I. 1116** |

## CERTIFICATE OF SERVICE

I, Gregory A. Taylor, hereby certify that, on February 11, 2021, I caused one copy of *Order Granting TCW Direct Lending LLC's Motion for Leave to File and Serve Late Reply In Support of Confirmation of Debtors' Second Amended Chapter 11 Plan* [D.I. 1116] to be served to (1) all parties of record via CM/ECF, (2) to the parties listed on the attached **Exhibit A** via electronic mail and (3) to the parties listed on the attached **Exhibit B** via first class mail.

Dated: February 11, 2021

*/s/ Gregory A. Taylor*
Gregory A. Taylor (DE Bar No. 4008)

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: RTI Holding Company, LLC (4966); Ruby Tuesday, Inc. (5239); Ruby Tuesday, LLC (1391); RTBD, LLC (6505); RT of Carroll County, LLC (8836); RT Denver Franchise, L.P. (2621); RT Detroit Franchise, LLC (8738); RT Distributing, LLC (6096); RT Finance, LLC (7242); RT FL Gift Cards, Inc. (2189); RT Florida Equity, LLC (7159); RT Franchise Acquisition, LLC (1438); RT of Fruitland, Inc. (1103); RT Indianapolis Franchise, LLC (6016); RT Jonesboro Club (2726); RT KCMO Franchise, LLC (7020); RT Kentucky Restaurant Holdings, LLC (7435); RT Las Vegas Franchise, LLC (4969); RT Long Island Franchise, LLC (4072); RT of Maryland, LLC (7395); RT Michiana Franchise, LLC (8739); RT Michigan Franchise, LLC (8760); RT Minneapolis Franchise, LLC (2746); RT Minneapolis Holdings, LLC (7189); RT New England Franchise, LLC (4970); RT New Hampshire Restaurant Holdings, LLC (7438); RT New York Franchise, LLC (1154); RT Omaha Franchise, LLC (7442); RT Omaha Holdings, LLC (8647); RT One Percent Holdings, LLC (6689); RT One Percent Holdings II, LLC (2817); RT Orlando Franchise, LP (5105); RT Restaurant Services, LLC (7283); RT South Florida Franchise, LP (3535); RT Southwest Franchise, LLC (9715); RT St. Louis Franchise, LLC (6010); RT Tampa Franchise, LP (5290); RT Western Missouri Franchise, LLC (6082); RT West Palm Beach Franchise, LP (0359); RTTA, LP (0035); RTT Texas, Inc. (2461); RTTT, LLC (9194); Ruby Tuesday of Allegany County, Inc. (8011); Ruby Tuesday of Bryant, Inc. (6703); Ruby Tuesday of Columbia, Inc. (4091); Ruby Tuesday of Frederick, Inc. (4249); Ruby Tuesday of Linthicum, Inc. (8716); Ruby Tuesday of Marley Station, Inc. (1641); Ruby Tuesday of Pocomoke City, Inc. (0472); Ruby Tuesday of Russellville, Inc. (1601); and Ruby Tuesday of Salisbury, Inc. (5432). The Debtors' mailing address is 333 East Broadway Ave., Maryville, TN 37804.

# Exhibit A

| NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | ADDRESS4 | CITY | STATE | ZIP | EMAIL |
|---|---|---|---|---|---|---|---|---|
| ABRAMS & BAYLISS LLP | (COUNSEL TO GOLDMAN SACHS) | ATTN: JOHN M. SEAMAN, CHRISTOPHER F. CANNATARO | 20 MONTCHANIN ROAD, SUITE 200 | | WILMINGTON | DE | 19807 | seaman@abramsbayliss.com cannataro@abramsbayliss.com |
| ADAMS AND REESE LLP | (COUNSEL TO ST JOHN & PARTNERS) | 501 RIVERSIDE AVENUE, SUITE 601 | | | JACKSONVILLE | FL | 32202 | john.rogerson@arlaw.com jamie.olinto@arlaw.com |
| AFFINITY9 REALTY LLC | 6618 WESTON CIR E | | | | DUBLIN | OH | 43016 | AFFINITY9REALTYLLC@GMAIL.COM |
| AUSTRIA LEGAL, LLC | (COUNSEL FOR FOUTH ENTERPRISES, LLC) | ATTN: MATTHEW P AUSTRIA | 1007 N ORANGE ST, 4TH FL | | WILMINGTON | DE | 19801 | maustria@austriallc.com |
| BALLARD SPAHR LLP | (COUNSEL TO STORE CAPITAL, STORE MASTER FUNDING, BRIXMORE, FEDERAL REALTY, BENNETT PARTNERS) | ATTN: LESLIE HEILMAN, LAUREL ROGLEN | 919 N MARKET ST, 11TH FL | | WILMINGTON | DE | 19801-3034 | heilmanl@ballardspahr.com; roglenl@ballardspahr.com |
| BALLARD SPAHR LLP | (COUNSEL TO STORE CAPITAL, STORE MASTER FUNDING) | ATTN: CRAIG GANZ, KATHERINE ANDERSONE SANCHEZ | 1 E WASHINGTON ST, STE 2300 | | PHOENIX | AZ | 85004 | ganzc@ballardspahr.com; andersonsanchezk@ballardspahr.com |
| BALLARD SPAHR LLP | (COUNSEL TO COMCAST) | ATTN: MATTHEW G SUMMERS | 919 N MARKET ST, 11FL | | WILMINGTON | DE | 19801-3034 | summersm@ballardspahr.com |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | (COUNSEL TO ROUTE TEN) | ATTN: KEVIN M CAPUZZI, JOHN C GENTILE | 1313 N MARKET ST, STE 1201 | | WILMINGTON | DE | 19801 | kcapuzzi@beneschlaw.com jgentile@beneschlaw.com |
| BRADLEY ARANT BOULT CUMMINGS LLP | (COUNSEL TO BNA ASSOCIATES) | ATTN: AUSTIN L. MCMULLEN | ROUNDABOUT PLAZA | 1600 DIVISION STREET, SUITE 700 | NASHVILLE | TN | 37203 | amcmullen@bradley.com |
| BUCHALTER, A PROFESSIONAL CORPORATION | (COUNSEL TO ORACLE) | ATTN: SHAWN M CHRISTIANSON | 55 SECOND ST, 17TH FL | | SAN FRANCISCO | CA | 94105-3493 | schristianson@buchalter.com |
| CAFARO MANAGEMENT COMPANY | ATTN: LINDSEY M HARRISON MADGAR, RICHARD T DAVIS | 5577 YOUNGSTOWN-WARREN RD | | | NILES | OH | 44446 | lmadgar@cafarocompany.com |
| CHIPMAN BROWN CICERO & COLE, LLP | (COUNSEL TO KRG LANDLORDS) | ATTN: MARK L DESGROSSEILLIERS | 1313 NORTH MARKET STREET, SUITE 5400 | | WILMINGTON | DE | 19801 | desgross@chipmanbrown.com; |
| CITY AND COUNTY OF DENVER | ATTN: PAIGE ARRENTS | DENVER CITY ATTORNEY'S OFFICE | 201 WEST COLFAX AVENUE, DEPT. 1207 | | DENVER | CO | 80202-5332 | Bankruptcy0@denvergov.org |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | (COUNSEL TO GOLDMAN SACHS) | ATTN: SEAN O'NEAL, JANE VANLARE | ONE LIBERTY PLAZA | | NEW YORK | NY | 10006 | soneal@cgsh.com; jvanlare@cgsh.com |
| COLE SCHOTZ P.C. | (COUNSEL TO COMMITTEE OF UNSECURED CREDITORS) | ATTN: G DAVID DEAN, JUSTIN R ALBERTO, ANDREW J. ROTH-MOORE | ANDREW J ROTH-MOORE | 500 DELAWARE AVE, STE 1410 | WILMINGTON | DE | 19801 | ddean@coleschotz.com jalberto@coleschotz.com aroth-moore@coleschotz.com |
| CONNOLLY GALLAGHER LLP | (COUNSEL TO KAGASOFF TRUST) | ATTN: N. CHRISTOPHER GRIFFITHS, LISA HATFIELD | 1201 N. MARKET STREET, 20TH FLOOR | | WILMINGTON | DE | 19801 | cgriffiths@connollygallagher.com lhatfield@connollygallagher.com |
| CONNOLLY GALLAGHER LLP | (COUNSEL TO MICHAEL AND LORY SARLO) | ATTN: JEFFREY WISLER, KELLY CONLAN | 1201 N MARKET STREET, 20TH FL | | WILMINGTON | DE | 19801 | jwisler@connollygallagher.com; kconlan@connollygallagher.com |
| CONNOLLY GALLAGHER LLP | (COUNSEL TO WESTBROOK ASSOCIATES, LISBON LANDING, INTERSTATE AUGUSTA, CHOP ACQUISITION) | ATTN: KAREN BIFFERATO | 1201 N MARKET ST, 20TH FL | | WILMINGTON | DE | 19801 | kbifferato@connollygallagher.com |
| COUNTY OF LOUDOUN, VIRGINIA | ATTN: STEVEN F JACKSON | ONE HARRISON STREET, SE, 5TH FL | PO BOX 7000 | | LEESBURG | VA | 20177-7000 | Steve.Jackson@Loudoun.gov |
| CROSS & SIMON, LLC | (COUNSEL TO CHRISTOPHER MARCHAND) | ATTN: MICHAEL L VILD | 1105 N MARKET ST , STE 901 | | WILMINGTON | DE | 19801 | mvild@crosslaw.com |
| DELAWARE SECRETARY OF STATE | DIVISION OF CORPORATIONS | FRANCHISE TAX | P.O. BOX 898 | | WASHINGTON | DC | 20549 | dosdoc_ftax@delaware.gov |
| DELAWARE STATE TREASURY | 820 SILVER LAKE BLVD., SUITE 100 | | | | DOVER | DE | 19904 | statetreasurer@state.de.us |
| DORSEY & WHITNEY (DELAWARE) LLP | (COUNSEL TO ZION BANCORPORATION) | ATTN: ERIC L SCHNABEL, ALESSANDRA GLORIOSO | 300 DELAWARE AVENUE, STE 1010 | | WILMINGTON | DE | 19801 | glorioso.alessandra@dorsey.com; schnabel.eric@dorsey.com |
| DORSEY & WHITNEY LLP | (COUNSEL TO ZION BANCORPORATION) | ATTN: NATHAN S SEIM | 111 S. MAIN STREET, STE 2100 | | SALT LAKE CITY | UT | 84111 | seim.nathan@dorsey.com |
| DOSHI LEGAL GROUP, P.C. | (COUNSEL FOR ORACLE AMERICA, INC.) | ATTN: AMISH R. DOSHI | 1979 MARCUS AVENUE, ST 210E | | NEW HYDE PARK | NY | 11042 | AMISH@DOSHILEGAL.COM |
| DOUG BELDEN, HILLSBOROUGH COUNTY TAX COLLECTOR | ATTN: BRIAN T. FITZGERALD | POST OFFICE BOX 1110 | | | TAMPA | FL | 33601-1110 | fitzgeraldb@hillsboroughcounty.org |
| FONVIELLE LEWIS MESSER & MCCONNAUGHHAY | (COUNSEL TO GRACE BERMAN) | ATTN: ALLEN S MCCONNAUGHHAY | 3375-A CAPITAL CIRCLE NE | | TALLAHASSEE | FL | 32308 | allen@wrongfullyinjured.com |
| GARNER & CONNER, PLLC | (COUNSEL TO THOMAS & SANDRA SPEARS) | ATTN: CHRISTOPHER W CONNER | 250 HIGH STREET | POST OFFICE BOX 5059 | MARYVILLE | TN | 37802-5059 | cconner@garnerconner.com |
| GIBBONS P.C. | (COUNSEL TO AD HOC PLAN GROUP) | ATTN: HOWARD A COHEN | 300 DELAWARE AVENUE, SUITE 1015 | | WILMINGTON | DE | 19801 | hcohen@gibbonslaw.com |
| GIBBONS P.C. | (COUNSEL TO AD HOC PLAN GROUP) | ATTN: ROBERT K MALONE | ONE GATEWAY CENTER | | NEWARK | NJ | 07102-5310 | rmalone@gibbonslaw.com |
| GOLDMAN SACHS BANK USA | ATTN: RUBY TUESDAY ACCOUNT MANAGER | 2001 ROSS, SUITE 2800 | | | BATESVILLE | AR | 75201 | gs-slg-notices@gs.com |

| Firm | Client | Attention | Address 1 | Address 2 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| GOULSTON & STORRS PC | (COUNSEL TO WESTBROOK ASSOCIATES, LISBON LANDING, INTERSTATE AUGUSTA, CHOP ACQUISITION) | ATTN: TREVOR HOFFMAN, YARA KASS-GERGI | 885 THIRD AVE, 18TH FL | | NEW YORK | NY | 10022 | thoffmann@goulstonstorrs.com; ykass-gergi@goulstonstorrs.com |
| HILLER LAW, LLC | (COUNSEL TO MOODY NATIONAL) | ATTN: ADAM HILLER | 1500 NORTH FRENCH STREET | | WILMINGTON | DE | 19801 | ahiller@adamhillerlaw.com |
| HOGAN | MCDANIEL | (COUNSEL TO SPEARS) | ATTN: DANIEL C KERRICK | 1311 DELAWARE AVE | | WILMINGTON | DE | 19806 | dckerrick@dkhogan.com |
| HOLIFIELD & JANICH, PLLC | (COUNSEL TO AD HOC PLAN GROUP) | ATTN: AL HOLIFIELD, KELLY P MANN | 1107 KINGSTON PIKE | | KNOXVILLE | TN | 37934 | aholifield@holifieldlaw.com; kmann@holifieldlaw.com |
| HOWARD & HOWARD ATTORNEYS PLL | (COUNSEL KRG LANDLORDS) | ATTN: MARK A BOGDANOWICZ | 211 FULTON STREET, SUITE 600 | | PEORIA | IL | 61602 | mbogdanowicz@howardandhoward.com |
| HUNTON ANDREWS KURTH LLP | (COUNSEL TO GOLDMAN SACHS) | ATTN: GRETA T. GRIFFITH | 600 PEACHTREE STREET, NE | | ATLANTA | GA | 30308 | ggriffith@HuntonAK.com |
| JACK SHRUM, PA | (COUNSEL TO MYRAM TRUST) | ATTN: J SHRUM | 919 N MARKET ST, STE 1410 | | WILMINGTON | DE | 19801 | Jshrum@jshrumlaw.com |
| JACKSON & CAMPBELL | (COUNSEL TO ROSENTHAL PROPERTIES) | ATTN: MITCH WEITZMAN | 2300 N STREET, NW, STE 300 | | WASHINGTON | DC | 20037 | mweitzman@jackscamp.com |
| JAMES F. CHIU, DEPUTY ATTY GENERAL | (COUNSEL FOR STATE OF INDIANA) | OFFICE OF ATTY GENERAL OF INDIANA | 302 W WASHINGTON ST, IGCS-5TH FL | | INDIANAPOLIS | IN | 46204 | james.chiu@atg.in.gov |
| JEFFREY M. CARBINO, ESQUIRE | (COUNSEL TO 2500 MCKENZIE, LLC) | 1000 N. WEST STREET, SUITE 1200 | | | WILMINGTON | DE | 19801 | jeffreycarbino@gmail.com |
| JENSEN BAGNATO, P.C. | (COUNSEL TO 2500 MCKENZIE, LLC) | ATTN: JEFFREY M. CARBINO | 1500 WALNUT STREET, SUITE 1510 | | PHILADELPHIA | PA | 19102 | jeffrey@jensenbagnatolaw.com |
| KASHISHIAN LAW LLC | (COUNSEL TO MR. MASTROIANNI) | ATTN: ANN KASHISHIAN | 501 SILVERSIDE ROAD, SUITE 85 | | WILMINGTON | DE | 19809 | amk@kashishianlaw.com |
| KELLEY DRYE & WARREN LLP | (COUNSEL TO ASTON PROPERTIES, INC., ET AL.) | ATTN: ROBERT L LEHANE, SEAN T WILSON, MARK LEVINE | 101 PARK AVENUE | | NEW YORK | NY | 10178 | heilmanl@ballardspahr.com; roglenl@ballardspahr.com; ganzc@ballardspahr.com; andersonsanchezk@ballardspahr.com |
| KLEHR HARRISON HARVEY BRANZBURG LLP | (COUNSEL TO WILKINSON LANGHORNE) | ATTN: RAYMOND H LEMISCH | 919 N. MARKET STREET, SUITE 1000 | | WILMINGTON | DE | 19801-3062 | rlemisch@klehr.com |
| KLEHR HARRISON HARVEY BRANZBURG LLP | (COUNSEL TO MARYVILLE COLLEGE, TINA CASTRO, MYRA CLARK) | ATTN: SALLY E VEGHTE | 919 N MARKET ST, STE 1000 | | WILMINGTON | DE | 19801-3062 | sveghte@klehr.com |
| KLEHR HARRISON HARVEY BRANZBURG LLP | (COUNSEL TO MARYVILLE COLLEGE, TINA CASTRO, MYRA CLARK) | ATTN: CORRINE S BRENNAN | 1835 MARKET ST, STE 1400 | | PHILADELPHIA | PA | 19103 | cbrennan@klehr.com |
| KLEIN LLC | (COUNSEL TO GRACE BERMAN) | ATTN: JULIA B KLEIN | 225 W 14TH ST, STE 100 | | WILMINGTON | DE | 19801 | klein@kleinllc.com |
| KOHNER, MANN & KAILAS, S.C. | (COUNSEL TO ECOLAB) | ATTN: SAMUEL C WISOTZKEY | WASHINGTON BUILDING | BARNABAS BUSINESS CENTER, 4650 NORTH PORT WASHINGTON ROAD | MILWAUKEE | WI | 53212-1059 | swisotzkey@kmksc.com |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | (COUNSEL TO COMMITTEE OF UNSECURED CREDITORS) | ATTN: ADAM C ROGOFF, ROBERT T SCHMIDT, JENNIFER R SHARRET | 1117 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10036 | arogoff@kramerlevin.com rschmidt@kramerlevin.com jsharret@kramerlevin.com |
| KURTZMAN | STEADY, LLC | (COUNSEL TO PREIT SERVICES, LLC) | ATTN: JEFFREY KURTZMAN | 401 S. 2ND ST, STE 200 | | PHILADELPHIA | PA | 19147 | kurtzman@kurtzmansteady.com |
| LAW OFFICE OF SUSAN E. KAUFMAN, LLC | (COUNSEL TO THE SIMON PROPERTY GROUP, INC.) | ATTN: SUSAN E KAUFMAN | 919 NORTH MARKET STREET, SUITE 460 | | WILMINGTON | DE | 19801 | skaufman@skaufmanlaw.com |
| MANIER & HEROD, PC | (COUNSEL TO LIBERTY MUTUAL) | ATTN: MICHAEL E COLLINS, ROBERT W MILLER | 1201 DEMONBREUN STREET, SUITE 900 | | NASHVILLE | TN | 37213 | mcollins@manierherod.com; rmiller@manierherod.com |
| MARICOPA COUNTY ATTORNEY'S OFFICE | ATTN: PETER MUTHIG | 225 W MADISON ST | | | PHOENIX | AZ | 85003 | muthigk@mcao.maricopa.gov |
| MAYNARD COOPER & GALE | (COUNSEL TO REGIONS) | ATTN: JAYNA PARTAIN LAMAR | 1901 SIXTH AVE NORTH, STE 1700 | | BIRMINGHAM | AL | 35203 | jlamar@maynardcooper.com |
| MCCARRON & DIESS | (COUNSEL TO PIAZZA, KEANY, SENN) | ATTN: MARY JEAN FASSETT | 4530 WISCONSIN AVE, N.W. SUITE 301 | | WASHINGTON | DC | 20016 | mjf@mccarronlaw.com |
| MCCARTER & ENGLISH, LLP | (COUNSEL TO REGIONS, STAFFORD) | ATTN: KATE ROGGIO BUCK | 405 N. KING STREET, 8TH FLOOR | | WILMINGTON | DE | 19801 | kbuck@mccarter.com |
| MCCREARY, VESELKA, BRAGG & ALLEN, P.C. | (COUNSEL TO BOWIE CENTRAL APPRAISAL DISTRICT) | ATTN: TARA LEDAY | PO BOX 1269 | | ROUND ROCK | TX | 78680 | tleday@mvbalaw.com |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | (COUNSEL TO GOLD SQUARE) | ATTN: DAVID P PRIMACK | 300 DELAWARE AVE, STE 770 | | WILMINGTON | DE | 19801 | dprimack@mdmc-law.com |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | (COUNSEL TO GOLD SQUARE) | ATTN: JEFFREY BERNSTEIN | 570 BROAD ST, STE 1500 | | NEWARK | NJ | 07102-4560 | jbernstein@mdmc-law.com |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | (COUNSEL TO LIBERTY MUTUAL) | ATTN: GARY D BRESSLER | 300 DELAWARE AVE, SUITE 770 | | WILMINGTON | DE | 19801 | gbressler@mdmc-law.com |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | (COUNSEL TO LIBERTY MUTUAL) | ATTN: MICHAEL R MORANO | 1300 MOUNT KEMBLE AVE, PO BOX 2075 | | MORRISTOWN | NJ | 07962-2075 | mmorano@mdmc-law.com |

| Name | Role | Attn | Address 1 | Address 2 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| MCGUIREWOODS | (COUNSEL TO COMPASS GROUP) | ATTN: SCOTT P VAUGHN | 201 NORTH TRYON STREET | STE 3000 | CHARLOTTE | NC | 28202-2146 | svaughn@mcguirewoods.com |
| MCGUIREWOODS | (COUNSEL TO COMPASS GROUP) | ATTN: SUMMER SPEIGHT | 800 EAST CANAL ST | | RICHMOND | VA | 23219-3916 | speight@mcguirewoods.com |
| MIAMI-DADE COUNTY TAX COLLECTOR | ATTN: PETER K CAM, PRISCILLA A WINDLEY | 200 NW 2ND AVENUE, #430 | | | MIAMI | FL | 33128 | priscilla.windley@miamidade.gov MDTCBKC@miamidade.gov |
| MISSOURI DEPARTMENT OF REVENUE | BANKRUPTCY UNIT | ATTN: STEVEN A. GINTHER | PO BOX 475 | | JEFFERSON CITY | MO | 65105-0475 | deecf@dor.mo.gov |
| MONZACK MERSKY BROWDER AND HOCHMAN, P.A. | (COUNSEL TO WM, HUNTINGTON, SANDUSKY, KIMCO LANDLORDS) | ATTN: RACHEL B. MERSKY | 1201 N. ORANGE STREET, SUITE 400 | | WILMINGTON | DE | 19801 | rmersky@monlaw.com |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | (COUNSEL TO COMPASS GROUP) | ATTN: DEREK ABBOTT | 1201 NORTH MARKET STREET, 16TH FL | PO BOX 1347 | WILMINGTON | DE | 19899-1347 | dabbott@mnat.com |
| OFFICE OF THE ATTORNEY GENERAL | ATTN: JASON B. BINFORD, ABIGAIL R. RYAN | BANKRUPTCY & COLLECTIONS DIVISION | P.O. BOX 12548-MC 008 | | AUSTIN | TX | 78711-2548 | jason.binford@oag.texas.gov abigail.ryan@oag.texas.gov |
| OFFICE OF THE ATTORNEY GENERAL | ATTN: HEATHER M CROCKETT, AMANDA K QUICK | 302 W. WASHINGTON ST, IGCS, 5TH FL | | | INDIANAPOLIS | IN | 46204 | heather.crockett@atg.in.gov amanda.quick@atg.in.gov |
| OFFICE OF THE ATTORNEY GENERAL | ATTN: CAROL E. MOMJIAN, CHRISTOPHER R. MOMJIAN | THE PHOENIX BUILDING | 1600 ARCH STREET, SUITE 300 | | PHILADELPHIA | PA | 19103 | crmomjian@attorneygeneral.gov cmomjian@attorneygeneral.gov |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: LINDA RICHENDEFER | 844 KING ST., STE 2207 | LOCK BOX 35 | | WILMINGTON | DE | 19801 | Linda.Richenderfer@usdoj.gov |
| PACHULSKI STANG ZIEHL & JONES LLP | (COUNSEL TO RUBY TUESDAY) | ATTN: RICHARD M. PACHULSKI, MALHAR S. PAGAY, JAMES O'NEILL, VICTORIA NEWMARK | 919 N MARKET ST, 17TH FL | P.O. BOX 8705 | WILMINGTON | DE | 19899-8705 | joneill@pszjlaw.com, mpagay@pszjlaw.com, rpachulski@pszjlaw.com, vnewmark@pszjlaw.com |
| PASCO COUNTY, FLORIDA | PASCO COUNTY BOARD OF COUNTY COMMISSIONERS | ATTN: ANTHONY M SALZANO, ESQ | PASCO COUNTY ATTY'S OFFICE, W PASCO GOV'T CENTER | 8731 CITIZENS DR, STE 340 | NEW PORT RICHEY | FL | 34654 | ASALZANO@PASCOCOUNTYFL.NET; TOSIPOV@PASCOCOUNTYFL.NET |
| PENSION BENEFIT GUARANTY CORPORATION | OFFICE OF THE GENERAL COUNSEL | ATTN: COURTNEY L. MORGAN, MELISSA T. HARRIS | 1200 K STREET, N.W. | | WASHINGTON | DC | 20005-4026 | morgan.courtney@pbgc.gov; harris.melissa@pbgc.gov; efile@pbgc.gov |
| POLSINELLI PC | (COUNSEL TO ROBERT LEBOEUF) | ATTN: CHRISTOPHER WARD | 222 DELAWARE AVENUE, SUITE 1101 | | WILMINGTON | DE | 19801 | cward@polsinelli.com |
| POTTER ANDERSON & CORROON LLP | (COUNSEL TO BNA ASSOCIATES) | ATTN: L. KATHERINE GOOD, AARON H. STULMAN | 1313 N MARKET ST, 6TH FL | | WILMINGTON | DE | 19801 | kgood@potteranderson.com astulman@potteranderson.com |
| REGER RIZZO & DARNALL LLP | (COUNSEL TO MOVANT) | ATTN: EVAN W RASSMAN | 1521 CONCORD PIKE, STE 305 | | WILMINGTON | DE | 19803 | erassman@regerlaw.com |
| SAUL EWING ARNSTEIN & LEHR LLP | (COUNSEL TO NORTHWOODS CROSSING STATION LLC, PHILLIPS EDISON & COMPANY) | ATTN: MONIQUE B. DISABATINO | 1201 NORTH MARKET ST, STE 2300 | P.O. BOX 1266 | WILMINGTON | DE | 19899 | monique.disabatino@saul.com |
| SAUL EWING ARNSTEIN & LEHR LLP | (COUNSEL TO STRATEGIC) | ATTN: LUCIAN B MURLEY | 1201 NORTH MARKET STREET, SUITE 2300 | P.O. BOX 1266 | WILMINGTON | DE | 19899 | luke.murley@saul.com |
| SCHREEDER, WHEELER & FLINT, LLP | (COUNSEL TO STAFFORD) | ATTN: J CAROLE THOMPSON HORD | 1100 PEACHTREE ST, NE | STE 800 | ATLANTA | GA | 30309-4516 | chord@swfllp.com |
| SECURITIES AND EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | ATTN: MARK BERGER, REGIONAL DIRECTOR | 200 VESEY ST, STE 400 | | NEW YORK | NY | 10281-1022 | bankruptcynoticeschr@sec.gov nyrobankruptcy@sec.gov |
| SECURITIES AND EXCHANGE COMMISSION | SEC HEADQUARTERS | 100 F STREET, NE | | | WASHINGTON | DC | 20549 | secbankruptcy-ogc-ado@sec.gov secbankruptcy@sec.gov |
| SEYFARTH SHAW LLP | (COUNSEL TO MORGAN DAY) | ATTN: WILLIAM J HANLON | SEAPORT EAST, SUITE 300 | TWO SEAPORT LANE | BOSTON | MA | 03320-2028 | whanlon@seyfarth.com |
| SHERRARD ROE VOIGT & HARBISON, PLC | (COUNSEL TO STRATEGIC) | ATTN: MICHAEL G ABELOW | 150 3RD AVENUE SOUTH, SUITE 1100 | | NASHVILLE | TN | 37201 | mabelow@srvhlaw.com |
| SIMON PROPERTY GROUP | ATTN: RONALD M. TUCKER, ESQ. | 225 WEST WASHINGTON STREET | | | INDIANAPOLIS | IN | 46204 | rtucker@simon.com |
| SMTD LAW LLP | (COUNSEL TO IFIC) | ATTN: ROBERT J BERENS | 2001 E CAMPBELL AVE, STE 201 | | PHOENIX | AZ | 85016 | rberens@smtdlaw.com |
| STRADLEY, RONON, STEVENS & YOUNG, LLP | (COUNSEL TO IFIC) | ATTN: DANIEL M PEREIRA | 1000 N. WEST STREET, SUITE 1200 | | WILMINGTON | DE | 19801 | dpereira@stradley.com |
| STREUSAND, LANDON, OZBURN & LEMMON, LLP | (COUNSEL FOR FOURTH ENTERPRISES, LLC) | ATTN: SABRINA L. STREUSAND, ANH NGUYEN | 1801 S MOPAC EXPRESSWAY, ST 320 | | AUSTIN | TX | 78746 | STREUSAND@SLOLLP.COM; NGUYEN@SLOLLP.COM |
| SULLIVAN HAZELTINE ALLINSON LLC | (COUNSEL TO PIAZZA, KEANY, SENN) | ATTN: ELIHU E. ALLINSON | 919 N MARKET ST, STE 420 | | WILMINGTON | DE | 19801 | zallinson@sha-llc.com |
| TENNESSEE ATTORNEY GENERAL - CONSUMER DIV | C/O TN ATTORNEY GENERAL OFFICE, BANKRUPTCY DIV | PO BOX 20207 | | | NASHVILLE | TN | 37202-0207 | AGBankDelaware@ag.tn.gov |
| THE ROSNER LAW GROUP LLC | (COUNSEL TO CHAZPAREM) | ATTN: FREDERICK ROSNER, JASON GIBSON, RUBY LIU | 824 N MARKET STREET, SUITE 810 | | WILMINGTON | DE | 19801 | rosner@teamrosner.com gibson@teamrosner.com liu@teamrosner.com |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | (COUNSEL TO CHIK-FIL-A, JAMES HYATT) | ATTN: MARCY J. MCLAUGHLIN SMITH | HERCULES PLAZA, SUITE 5100 | 1313 N. MARKET STREET | WILMINGTON | DE | 19801 | marcy.smith@troutman.com |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | (COUNSEL TO CHIK-FIL-A) | ATTN: MATTHEW BROOKS | 600 PEACHTREE STREET, NE | SUITE 3000 | ATLANTA | GA | 30308 | matthew.brooks@troutman.com |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | (COUNSEL TO JAMES HYATT) | ATTN: GARY W MARSH) | 600 PEACHTREE STREET, NE | SUITE 300 | ATLANTA | GA | 30308 | gary.marsh@troutman.com |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| TUCKER ARENSBERG | (COUNSEL FOR MOODY NATIONAL) | ATTN: BEVERLY WEISS MANNE | 500 ONE PPG PLACE | | PITTSBURGH | PA | 15222 | bmanne@tuckerlaw.com |
| UCTS, DEPT OF LABOR AND INDUSTRY | COMMONWEALTH OF PENNSYLVANIA | COLLECTIONS SUPPORT UNIT | ATTN: DEB SECREST | 651 BOAS ST, ROOM 925 | HARRISBURG | PA | 17121 | ra-li-ucts-bankrupt@state.pa.us |
| WATKINS & EAGER PLLC | (COUNSEL TO MICHAEL & LORY SARLO) | ATTN: ROBERT B IRELAND | 400 EAST CAPTIAL ST | | JACKSON | MS | 39201 | rireland@watkinseager.com |
| WEIR & PARTNERS LLP | (COUNSEL TO EVANS, WHITE, FESTIVAL) | ATTN: JEFFREY S CIANCIULLI | 824 N MARKET ST, STE 800 | | WILMINGTON | DE | 19801 | jcianciulli@weirpartners.com |
| WOLCOTT RIVERS GATES | (COUNSEL TO ROUTE 10) | ATTN: JOSHUA D STIFF | 200 BENDRIX ROAD, STE 300 | | VIRGINIA BEACH | VA | 23452 | jstiff@wolriv.com |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | (COUNSEL TO ST JOHNS & PARTNERS) | ATTN: MICHAEL S. NEIBURG JOSEPH M. MULVIHILL | RODNEY SQUARE | 1000 NORTH KING STREET | WILMINGTON | DE | 19801 | mneiburg@ycst.com; jmulvihill@ycst.com |
| ZIONS BANCORPORATION | ATTN: GREGORY BASER | ONE S. MAIN ST, STE 1400 | | | SALT LAKE CITY | UT | 84133 | gregory.baser@zionsbancorp.com |
| RTI HOLDING COMPANY, LLC | ATTN: SHAWN LEDERMAN | 333 EAST BROADWAY AVE. | | | MARYVILLE | TN | 37804 | slederman@rubytuesday.com |

# Exhibit B

| NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | ADDRESS4 | ADDRESS5 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|---|
| CITY AND COUNTY OF DENVER | ATTN: PAIGE ARRENTS | DENVER CITY ATTORNEY'S OFFICE | 201 WEST COLFAX AVENUE, DEPT. 1207 | | | DENVER | CO | 80202-5332 |
| COUNTY OF LOUDOUN, VIRGINIA | ATTN: STEVEN F JACKSON | ONE HARRISON STREET, SE, 5TH FL | PO BOX 7000 | | | LEESBURG | VA | 20177-7000 |
| DELAWARE SECRETARY OF STATE | DIVISION OF CORPORATIONS | FRANCHISE TAX | P.O. BOX 898 | | | WASHINGTON | DC | 20549 |
| DELAWARE STATE TREASURY | 820 SILVER LAKE BLVD., SUITE 100 | | | | | DOVER | DE | 19904 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION | PO BOX 7346 | | | | PHILADELPHIA | PA | 19101-7346 |
| JAMES F. CHIU, DEPUTY ATTY GENERAL | COUNSEL FOR STATE OF INDIANA | OFFICE OF ATTY GENERAL OF INDIANA | 302 W WASHINGTON ST, IGCS-5TH FL | | | INDIANAPOLIS | IN | 46204 |
| MARICOPA COUNTY ATTORNEY'S OFFICE | ATTN: PETER MUTHIG | 225 W MADISON ST | | | | PHOENIX | AZ | 85003 |
| MEYERS, RODDELL & ROSENBAUM, P.A. | (COUNSEL TO PRINCE GEORGE'S COUNTY) | ATTN: NICOLE C. KENWORTHY | 6801 KENILLWORTH AVE, STE 400 | | | RIVERDALE | MD | 20737-1385 |
| MISSOURI DEPARTMENT OF REVENUE | BANKRUPTCY UNIT | STEVEN A. GINTHER | PO BOX 475 | | | JEFFERSON CITY | MO | 65105-0475 |
| OFFICE OF THE ATTORNEY GENERAL | ATTN: JASON B. BINFORD, ABIGAIL R. RYAN | BANKRUPTCY & COLLECTIONS DIVISION | P.O. BOX 12548-MC 008 | | | AUSTIN | TX | 78711-2548 |
| OFFICE OF THE ATTORNEY GENERAL | ATTN: HEATHER M CROCKETT, AMANDA K QUICK | 302 W. WASHINGTON ST, IGCS, 5TH FL | | | | INDIANAPOLIS | IN | 46204 |
| OFFICE OF THE ATTORNEY GENERAL | ATTN: CAROL E. MOMJIAN, CHRISTOPHER R. MOMJIAN | THE PHOENIX BUILDING | 1600 ARCH STREET, SUITE 300 | | | PHILADELPHIA | PA | 19103 |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: LINDA RICHENDEFER | 844 KING ST., STE 2207 | LOCK BOX 35 | | | WILMINGTON | DE | 19801 |
| PASCO COUNTY, FLORIDA | PASCO COUNTY BOARD OF COUNTY COMMISSIONERS) | ATTN: ANTHONY M SALZANO | PASCO COUNTY ATTY'S OFFICE, W PASCO GOV'T CENTER | 8731 CITIZENS DR, STE 340 | | NEW PORT RICHEY | FL | 34654 |
| PENSION BENEFIT GUARANTY CORPORATION | OFFICE OF THE GENERAL COUNSEL | ATTN: COURTNEY L. MORGAN, MELISSA T. HARRIS | 1200 K STREET, N.W. | | | WASHINGTON | DC | 20005-4026 |
| SECURITIES AND EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | ATTN: MARK BERGER, REGIONAL DIRECTOR | 200 VESEY ST, STE 400 | | | NEW YORK | NY | 10281-1022 |
| SECURITIES AND EXCHANGE COMMISSION | SEC HEADQUARTERS | 100 F STREET, NE | | | | WASHINGTON | DC | 20549 |
| TENNESSEE ATTORNEY GENERAL - CONSUMER DIV | C/O TN ATTORNEY GENERAL OFFICE, BANKRUPTCY DIV | PO BOX 20207 | | | | NASHVILLE | TN | 37202-0207 |
| UCTS, DEPT OF LABOR AND INDUSTRY | COMMONWEALTH OF PENNSYLVANIA | COLLECTIONS SUPPORT UNIT | ATTN: DEB SECREST | 651 BOAS ST, ROOM 925 | | HARRISBURG | PA | 17121 |