**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RTI HOLDING COMPANY, LLC, *et al.*,[1] | ) | Case No.: 20-12456 (JTD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Ref. Docket No. 920, 1093, 1108, 1135** |

### NOTICE OF FILING OF AMENDED EXHIBITS 8 AND 9

### TO AMENDED PLAN SUPPLEMENT

**PLEASE TAKE NOTICE** that, on February 11, 2021, RTI Holding Company, LLC, and its affiliated debtors and debtors in possession (collectively, the "Debtors") filed the amended plan supplement (the "Amended Plan Supplement") in connection with the *Debtors' Second Amended Chapter 11 Plan* [Docket No. 1135] (as may be amended or modified from time to time and including all exhibits and supplements thereto, the "Plan")[2]. The Plan was confirmed by the Court on February 17, 2021 [Docket No. 1144] (the "Confirmation Order").

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby amend the Amended Plan Supplement to include the following amended documents, as may be modified, amended, or supplemented from time to time:

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: RTI Holding Company, LLC (4966); Ruby Tuesday, Inc. (5239); Ruby Tuesday, LLC (1391); RTBD, LLC (6505); RT of Carroll County, LLC (8836); RT Denver Franchise, L.P. (2621); RT Detroit Franchise, LLC (8738); RT Distributing, LLC (6096); RT Finance, LLC (7242); RT FL Gift Cards, Inc. (2189); RT Florida Equity, LLC (7159); RT Franchise Acquisition, LLC (1438); RT of Fruitland, Inc. (1103); RT Indianapolis Franchise, LLC (6016); RT Jonesboro Club (2726); RT KCMO Franchise, LLC (7020); RT Kentucky Restaurant Holdings, LLC (7435); RT Las Vegas Franchise, LLC (4969); RT Long Island Franchise, LLC (4072); RT of Maryland, LLC (7395); RT Michiana Franchise, LLC (8739); RT Michigan Franchise, LLC (8760); RT Minneapolis Franchise, LLC (2746); RT Minneapolis Holdings, LLC (7189); RT New England Franchise, LLC (4970); RT New Hampshire Restaurant Holdings, LLC (7438); RT New York Franchise, LLC (1154); RT Omaha Franchise, LLC (7442); RT Omaha Holdings, LLC (8647); RT One Percent Holdings, LLC (6689); RT One Percent Holdings II, LLC (2817); RT Orlando Franchise, LP (5105); RT Restaurant Services, LLC (7283); RT South Florida Franchise, LP (3535); RT Southwest Franchise, LLC (9715); RT St. Louis Franchise, LLC (6010); RT Tampa Franchise, LP (5290); RT Western Missouri Franchise, LLC (6082); RT West Palm Beach Franchise, LP (0359); RTTA, LP (0035); RTT Texas, Inc. (2461); RTTT, LLC (9194); Ruby Tuesday of Allegany County, Inc. (8011); Ruby Tuesday of Bryant, Inc. (6703); Ruby Tuesday of Columbia, Inc. (4091); Ruby Tuesday of Frederick, Inc. (4249); Ruby Tuesday of Linthicum, Inc. (8716); Ruby Tuesday of Marley Station, Inc. (1641); Ruby Tuesday of Pocomoke City, Inc. (0472); Ruby Tuesday of Russellville, Inc. (1601); and Ruby Tuesday of Salisbury, Inc. (5432). The Debtors' mailing address is 333 East Broadway Ave., Maryville, TN 37804.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Plan.

- **Exhibit 8:**  Designation and Allocation of Assets and Related Obligations among the Reorganized Debtors and RT Lodge Company
- **Exhibit 9:**  Debtors to be Liquidated

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve all rights, to further amend, modify, or supplement the Amended Plan Supplement and any of the documents contained therein in accordance with the Plan and the Confirmation Order.

**PLEASE TAKE FURTHER NOTICE** that the forms of the documents contained in the Amended Plan Supplement are integral to, and are considered part of, the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Plan, the Amended Plan Supplement and other documents and materials filed in these chapter 11 cases may be obtained at no charge from Epiq Corporate Restructuring, LLC, the claims agent retained by the Debtors in these chapter 11 cases (the "Notice and Claims Agent"), by: (a) accessing the Notice and Claims Agent's website at https://dm.epiq11.com/RubyTuesday; (b) writing to the Notice and Claims Agent at Ruby Tuesday, Inc., Claims Processing Center c/o Epiq Corporate Restructuring, LLC, P.O. Box 4420, Beaverton, OR 97076-4420; or (c) calling the Notice and Claims Agent at 888-490-0613 (toll free) or 503-520-4417 (if international).  You may also obtain copies of any pleadings filed in these chapter 11 cases for a fee via PACER at http://www.ecf.deb.uscourts.gov.

Dated: February 24, 2021  
Wilmington, Delaware

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Richard M. Pachulski (CA Bar No. 90073)
Malhar S. Pagay (CA Bar No. 189289)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware  19899-8705 (Courier 19801)
Telephone:  302-652-4100
Facsimile:   302-652-4400
email:  rpachulski@pszjlaw.com
           mpagay@pszjlaw.com
           joneill@pszjlaw.com

Counsel to the Debtors and Debtors in Possession