**Exhibit 9**
**Debtors to be Liquidated**
**[Entities in red will be dissolved/liquidated]**

# Ruby Tuesday
Restructuring Strategy

