IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | |
| ) | LEAD CASE |
| RUBY TUESDAY, INC ) | NO. 20-12456 |
| ) | |
| Debtors ) | |
| ) | |
| _____ ) | _____ |
| ) | |
| ) | |
| A.G. by JOHN GODWIN, ) | |
| ) | |
| Movant, ) | CHAPTER 11 |
| ) | |
| vs. ) | |
| ) | |
| RUBY TUESDAY, INC., ) | |
| ) | |
| Respondent. ) | |

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

COMES NOW Movant and shows this Court the following:

1.

This is a Motion under Section 362(d) of the Bankruptcy Code for relief from the automatic stay for all purposes allowed by law and the lawsuit between the parties.

2.

Movant is the Plaintiff in a lawsuit against Respondent for personal injury to A.G. The incident on which the lawsuit is based occurred on July 10, 2018, when the minor child's finger was nearly severed by the hinge-side of the door at the Movant's restaurant location in College Park, Georgia. Movant was rushed to the hospital where he underwent multiple surgeries.

3.

Suit was filed on March 29, 2019. An answer was filed and the parties have completed discovery in the case.

4.

The parties have a prepared Pre-Trial Order and are ready to try this case. They need a determination of liability and damages from a jury to fully determine the value of Movant's claim against Respondent. Movant's claim will not be adequately protected without such trial.

5.

The parties have engaged in settlement negotiations which have been fruitful. Movant believes there is a moderate chance the case may be settled before trial. Movant's claim will not be adequately protected without the ability to continue such negotiations.

6.

Due to the hardship of the fact that Plaintiff in this lawsuit is located in Georgia and the pandemic, Movant requests that any hearings be set virtually.

WHEREFORE, Movant prays

(1) for an Order modifying the automatic stay, authorizing Movant, its successors and assigns, to proceed with settlement negotiations and/or a jury trial in the case under appropriate state statutes; and

(2) for waiver of Bankruptcy Rule 4001 (a)(3); and

(3) for such other and further relief as is just and equitable.

/s/ *Lesley A. Dinoff*
Lesley A. Dinoff, Georgia Bar No. 808580
Virginia Shapard Church, Georgia Bar No. 472757

The Dinoff Law Group
128 N. 5th Street
Griffin, GA 30223
678-603-1052
lesleydinoff@thedinofflawgroup.com

**CERTIFICATE OF SERVICE**

I, Lesley A, Dinoff of The Dinoff Law Group, LLC, 128 N. 5th Street, Griffin, GA 30223, do hereby certify:

That I am, and at all time hereinafter mentioned was, more than 18 years of age:

That on the 15th of March, 2021 I served, via U.S. mail with sufficient postage thereon, a copy of the within Motion for Relief from Stay filed in this bankruptcy matter on:

James E. O'Neill
Attorney for Respondent
Pachulski Stang Zuehl & Jones LLP
919 N. Market Street
17th Floor
Wilmington, DE 19801

E. Holland Howanitz
Hadley H. Mann
Attorneys for Defendant in Case No. 2019CV01244-09, Clayton Co., Georgia
700 Gloucester, St., Suite 301
Brunswick, Ga 31520

This 15th of March, 2021

/s/ *Lesley A. Dinoff*
LESLEY A. DINOFF, GEORGIA BAR NO. 808580
VIRGINIA S. CHURCH, GEORGIA BAR NO. 472757
Attorneys for Movant
The Dinoff Law Group, LLC
128 N. 5th Street
Griffin, Georgia 30223
678-603-1052 (phone)
678-603-1102 (fax)
lesleydinoff@thedinofflawgroup.com