# EXHIBIT A TO OMNIBUS ORDER

| APPLICANT | FEE PERIOD/ APPLICATION | TOTAL FEES & EXPENSES REQUESTED | AMOUNT APPROVED TO DATE (80% OF FEES, 100% OF EXPENSES) | AMOUNT OUTSTANDING (20% OF FEES) |
|---|---|---|---|---|
| **Pachulski Stang Ziehl & Jones LLP,** (Counsel to the Debtors) | 10/7/20-12/31/20<br><br>Docket No. 1145 | $2,197,490.00 (fees)<br><br>$105,741.22 (expenses)<br><br>$2,303,231.22 (Total) | $1,757,992.00 (fees)<br><br>$105,741.22 (expenses)<br><br>$1,863,733.22 (Total) | $439,498.00 |
| **Baker Donelson Bearman Caldwell & Berkowitz, PC** (Special Counsel to the Debtors) | 10/7/20-12/31/20<br><br>Docket No. 1146 | $202,630.80 (fees)<br><br>$437.12 (expenses)<br><br>$203,067.92 (Total) | $162,104.64 (fees)<br><br>$437.12 (expenses)<br><br>$162,541.76 (Total) | $38,026.16 [reflects a voluntary reduction of fees in amount of $2,500.00] |
| **Cheng Cohen LLC** (Special Corporate and Franchise Counsel to the Debtors) | 10/7/20-12/31/20<br><br>Docket No. 1147 | $112,027.00 (fees)<br><br>$5,167.93 (expenses)<br><br>$117,194.83 (Total) | $89,621.60 (fees)<br><br>$5,167.93 (expenses)<br><br>$94,789.53 (Total) | $17,534.40 [reflects a voluntary reduction of expenses in amount of $4,871.00] |
| **CR3 Partners, LLC** (Financial Advisors to the Debtors) | 10/7/20-12/31/20<br><br>Docket No. 1139 | $739,328.00 (fees)<br><br>$2,500.00 (expenses)<br><br>741,828.00 $ (Total) | $591,462.40 (fees)<br><br>$2,500.00 (expenses)<br><br>$593,962.40 (Total) | $123,298.10 [reflects a voluntary reduction of $24,567.50] |
| **FocalPoint Securities, LLC** (Investment Banker to the Debtors) | 10/7/20-12/31/20<br><br>Docket No. 1148 | $150,000.00 (fees)<br><br>$2,916.83 (expenses)<br><br>$152,916.83 (Total) | N/A | $150,000.00 (fees)<br><br>$2,334.53 (expenses) [reflects a voluntary reduction of $582.30]<br><br>$152,334.53 (Total) |
| **Johnson Associates, Inc.** (Compensation Advisor to the Debtors) | 10/7/20-10/31/20<br><br>Docket No. 1138 | $30,000.00 (fees)<br><br>$0.00 (expenses)<br><br>$30,000.00 (Total) | N/A | $30,000.00 |
| **TOTALS** | | **$3,431,475.80 (Fees)**<br>**$116,763.10 (expenses)**<br>**$3,548,238.90 (Total)** | **$2,601,180.64 (fees)**<br>**$113,846.27 (expenses)**<br>**$2,715,026.91 (Total)** | **$800,691.19** |

DOCS_DE:233431.1 76136/003