# **EXHIBIT A**

| APPLICANT | FEE PERIOD | TOTAL FEES & EXPENSES REQUESTED | AMOUNT PAID TO DATE | AMOUNT OUTSTANDING |
|---|---|---|---|---|
| **Pachulski Stang Ziehl & Jones LLP,** (Bankruptcy Counsel to the Debtors) | 10/7/20-2/23/21<br><br>Docket No. 1267 | $3,400,000.00 (fees)<br><br>$115,464.15 (expenses)<br><br>$3,515,464.15 (Total) | $2,197,490.00 (fees)<br><br>$105,741.22 (expenses)<br><br>$2,303,231.22 (Total) | $1,202,510.00 (fees)<br><br>$9,722.93 (expenses)<br><br>$1,212,232.93 (Total) |
| **Baker Donelson Bearman Caldwell & Berkowitz, PC** (Special Counsel to the Debtors) | 10/7/20-2/23/21<br><br>Docket No. 1265 | $252,668.40 (fees)<br><br>$491.94 (expenses)<br><br>$253,160.34 (Total) | $242,159.76 (fees)<br><br>$491.94 (expenses)<br><br>$242,651.70 | $10,508.64 (fees) |
| **Cheng Cohen LLC** (Special Corporate and Franchise Counsel to the Debtors) | 10/7/20-2/24/21<br><br>Docket No. 1272 | $330,822.08 (fees)<br><br>$24,263.77 (expenses)<br><br>$355,085.85 (Total) | $112,027.00 (fees)<br><br>$296.93 (expenses)<br><br>$112,323.93 (Total) | $218,795.08 (fees)<br><br>$23,966.84 (expenses)<br><br>$242,761.92 (Total) |
| **CR3 Partners, LLC** (Financial Advisors to the Debtors) | 10/7/20-2/24/21<br><br>Docket No. 1266 | $1,171,226.50 (fees)<br><br>$2,500.00 (expenses)<br><br>$1,173,726.50 (Total) | $1,085,948.50 (fees)<br><br>$2,500.00 (expenses)<br><br>$1,088,448.50 (Total) | $85,278.00 (fees) |
| **FocalPoint Securities, LLC** (Investment Banker to the Debtors) | 10/7/20-2/24/21<br><br>Docket No. 1271 Amended - Docket No. 1383 | $850,000.00 (fees)<br><br>$7,718.79 (expenses)<br><br>$857,718.79 (Total) | $150,000.00 (fees)<br><br>$2,334.53 (expenses)<br><br>$152,334.53 (Total) | $700,000.00 (fees)<br><br>$5,384.26 (expenses)<br><br>$705,384.26 (Total) |
| **Hilco Real Estate, LLC** (Real Estate Advisor to the Debtors) | 10/7/20 – 2/23/21<br><br>Docket No. 1268 | $1,225,000.00 (fees)<br><br>$0.00 (expenses)<br><br>$1,225,000.00 (Total) | $1,225,000.00 (fees) | $0.00 |
| **Crowe LLP** (Tax Advisors to the Debtors) | 10/7/20 – 2/24/21<br><br>Docket No. 1348 | $216,468.00 (fees)<br><br>$8,100.00 (expenses)<br><br>$224,568.00 (Total) | $114,420.40 (fees)<br><br>$2,742.01 (expenses)<br><br>$117,162.41 (Total) | $102,047.60 (fees)<br><br>$5,357.99 (expenses)<br><br>$107,405.59 (Total) |

| APPLICANT | FEE PERIOD | TOTAL FEES & EXPENSES REQUESTED | AMOUNT PAID TO DATE | AMOUNT OUTSTANDING |
|---|---|---|---|---|
| **Epiq Corporate Restructuring, LLC** (Administrative Advisor to the Debtors) | 10/7/20 – 2/24/21<br><br>Docket No. 1270 | $60,588.72 (fees)<br><br>$0.00 (expenses)<br><br>$60,588.72 (Total) | $24,667.84 (fees)<br><br>$0.00 (expenses)<br><br>$24,667.84 (Total) | $35,920.88 (fees)<br><br>$0.00 (expenses)<br><br>$35,920.88 (Total) |
| **Kramer Levin Naftalis & Frankel LLP** (Counsel to the Official Committee of Unsecured Creditors) | 10/27/20 – 2/24/21<br><br>Docket No. 1248 | $2,075,352.50 (fees)<br><br>$28,101.78 (expenses)<br><br>$2,103,454.28 (Total) | $127,640.80 (fees)<br><br>$14,413.77 (expenses)<br><br>$142,054.57 (Total) | $1,947,711.70 (fees)<br><br>$13,688.01 (expenses)<br><br>$1,961,399.71 (Total) |
| **Cole Schotz P.C.** (**Co-**Counsel to the Official Committee of Unsecured Creditors) | 10/27/20 – 2/24/21<br><br>Docket No. 1249 | $216,467.00 (fees)<br><br>$4,790.22 (expenses)<br><br>$221,257.22 (Total) | $178,306.00 (fees)<br><br>$4,790.22 (expenses)<br><br>$183,096.22 (Total) | $38,161.00 (fees)<br><br>$0.00 (expenses)<br><br>$38,161.00 (Total) |
| **FTI Consulting, Inc.** (Financial Advisor to the Official Committee of Unsecured Creditors) | 10/27/20 – 1/31/21<br><br>Docket No. 1217 | $726,750.00 (fees)<br><br>$0.00 (expenses)<br><br>$726,750.00 (Total) | $581,400.00 (fees)<br><br>$0.00 (expenses)<br><br>$581,400.00 (Total) | $145,350.00 (fees)<br><br>$0.00(expenses)<br><br>$145,350.00 (Total) |
| **TOTALS** | | **$10,525,343.20 (fees)**<br><br>**$191,791.63 (expenses)**<br><br>**$10,717,134.83 (Total Fees and Expenses Requested))** | **$6,039,060.30 (fees)**<br><br>**$133,310.62 (expenses)**<br><br>**$6,172,370.92 (Total Fees and Expenses Paid)** | **$4,486,282.90 (fees)**<br><br>**$58,481.01 (expenses)**<br><br>**$4,544,763.91 (Total Fees and Expenses Due)** |