# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| RTI HOLDING COMPANY, LLC, *et al.*,[1] | Case No. 20-12456 (JTD) |
| Reorganized Debtors. | (Jointly Administered) |
| | **Re: Docket Nos. 1400 and 1401** |

## ORDER DENYING MOTIONS OF QUADRE INVESTMENTS, L.P.

Upon the motions (the "**Motions**")[2] of Quadre Investments, L.P. ("**Movant**"), for entry of orders regarding the *Emergency Motion of Quadre Investments, L.P. to Strike Untimely Reply in Support of Reorganized Debtor's Objection to Proofs of Claim* [Docket No. 1400] and the *Motion to Shorten Notice of Hearing and Objection Deadline for Emergency Motion of Quadre Investments, L.P. to Strike Untimely Reply in Support of Reorganized Debtors Objection to Proofs of Claim* [Docket No. 1401] filed by the Movant on May 22, 2021; the Court having reviewed the Motions and the objections to the relief requested,

**IT IS HEREBY ORDERED THAT:**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: RTI Holding Company, LLC (4966); Ruby Tuesday, Inc. (5239); Ruby Tuesday, LLC (1391); RTBD, LLC (6505); RT of Carroll County, LLC (8836); RT Denver Franchise, L.P. (2621); RT Detroit Franchise, LLC (8738); RT Distributing, LLC (6096); RT Finance, LLC (7242); RT FL Gift Cards, Inc. (2189); RT Florida Equity, LLC (7159); RT Franchise Acquisition, LLC (1438); RT of Fruitland, Inc. (1103); RT Indianapolis Franchise, LLC (6016); RT Jonesboro Club (2726); RT KCMO Franchise, LLC (7020); RT Kentucky Restaurant Holdings, LLC (7435); RT Las Vegas Franchise, LLC (4969); RT Long Island Franchise, LLC (4072); RT of Maryland, LLC (7395); RT Michiana Franchise, LLC (8739); RT Michigan Franchise, LLC (8760); RT Minneapolis Franchise, LLC (2746); RT Minneapolis Holdings, LLC (7189); RT New England Franchise, LLC (4970); RT New Hampshire Restaurant Holdings, LLC (7438); RT New York Franchise, LLC (1154); RT Omaha Franchise, LLC (7442); RT Omaha Holdings, LLC (8647); RT One Percent Holdings, LLC (6689); RT One Percent Holdings II, LLC (2817); RT Orlando Franchise, LP (5105); RT Restaurant Services, LLC (7283); RT South Florida Franchise, LP (3535); RT Southwest Franchise, LLC (9715); RT St. Louis Franchise, LLC (6010); RT Tampa Franchise, LP (5290); RT Western Missouri Franchise, LLC (6082); RT West Palm Beach Franchise, LP (0359); RTTA, LP (0035); RTT Texas, Inc. (2461); RTTT, LLC (9194); Ruby Tuesday of Allegany County, Inc. (8011); Ruby Tuesday of Bryant, Inc. (6703); Ruby Tuesday of Columbia, Inc. (4091); Ruby Tuesday of Frederick, Inc. (4249); Ruby Tuesday of Linthicum, Inc. (8716); Ruby Tuesday of Marley Station, Inc. (1641); Ruby Tuesday of Pocomoke City, Inc. (0472); Ruby Tuesday of Russellville, Inc. (1601); and Ruby Tuesday of Salisbury, Inc. (5432). The Debtors' mailing address is 333 East Broadway Ave., Maryville, TN 37804.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion to Strike.

1. Docket No. 1400 is DENIED.

2. Docket No. 1401 is DENIED as moot.

3. Only Powell Anderson Capital, L.P. and Quadre Investments, L.P. are authorized, but not required, to file additional responses to the *Objection to Proofs of Claim Nos. 10877 and 10878 Filed by Powell Anderson Capital, L.P.* [Docket No. 1288] and the *Objection to Proofs of Claim Nos. 10103, 10104, and 10105 Filed by Quadre Investments, L.P.* [Docket No. 1290] (collectively, the "**Objections**"), which shall be filed by no later than June 16, 2021.

4. The hearing on the Objections shall be held on June 23, 2021 at 11:00 am ET.

5. The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: May 28th, 2021
Wilmington, Delaware

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE

78206152.2