**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>RTI HOLDING COMPANY, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 20-12456 (JTD)<br><br>Jointly Administered<br><br>**Hearing Date: August 3, 2021 at 3:00 p.m. (ET)**<br>**Obj. Deadline: July 26, 2021 at 5:00 p.m. (ET)** |

**NOTICE OF ADJOURNED HEARING CONCERNING
MOTION OF GOLDMAN SACHS SPECIALITY LENDING GROUP, L.P.
TO ENFORCE CONFIRMATION ORDER**

**PLEASE TAKE NOTICE** that on June 22, 2021, Goldman Sachs Specialty Lending Group, L.P. ("GSSLG") filed the *Motion to Enforce Confirmation Order* (the "Motion")

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: RTI Holding Company, LLC (4966); Ruby Tuesday, Inc. (5239); Ruby Tuesday, LLC (1391); RTBD, LLC (6505); RT of Carroll County, LLC (8836); RT Denver Franchise, L.P. (2621); RT Detroit Franchise, LLC (8738); RT Distributing, LLC (6096); RT Finance, LLC (7242); RT FL Gift Cards, Inc. (2189); RT Florida Equity, LLC (7159); RT Franchise Acquisition, LLC (1438); RT of Fruitland, Inc. (1103); RT Indianapolis Franchise, LLC (6016); RT Jonesboro Club (2726); RT KCMO Franchise, LLC (7020); RT Kentucky Restaurant Holdings, LLC (7435); RT Las Vegas Franchise, LLC (4969); RT Long Island Franchise, LLC (4072); RT of Maryland, LLC (7395); RT Michiana Franchise, LLC (8739); RT Michigan Franchise, LLC (8760); RT Minneapolis Franchise, LLC (2746); RT Minneapolis Holdings, LLC (7189); RT New England Franchise, LLC (4970); RT New Hampshire Restaurant Holdings, LLC (7438); RT New York Franchise, LLC (1154); RT Omaha Franchise, LLC (7442); RT Omaha Holdings, LLC (8647); RT One Percent Holdings, LLC (6689); RT One Percent Holdings II, LLC (2817); RT Orlando Franchise, LP (5105); RT Restaurant Services, LLC (7283); RT South Florida Franchise, LP (3535); RT Southwest Franchise, LLC (9715); RT St. Louis Franchise, LLC (6010); RT Tampa Franchise, LP (5290); RT Western Missouri Franchise, LLC (6082); RT West Palm Beach Franchise, LP (0359); RTTA, LP (0035); RTT Texas, Inc. (2461); RTTT, LLC (9194); Ruby Tuesday of Allegany County, Inc. (8011); Ruby Tuesday of Bryant, Inc. (6703); Ruby Tuesday of Columbia, Inc. (4091); Ruby Tuesday of Frederick, Inc. (4249); Ruby Tuesday of Linthicum, Inc. (8716); Ruby Tuesday of Marley Station, Inc. (1641); Ruby Tuesday of Pocomoke City, Inc. (0472); Ruby Tuesday of Russellville, Inc. (1601); and Ruby Tuesday of Salisbury, Inc. (5432). The Debtors' mailing address is 333 East Broadway Ave., Maryville, TN 37804.

[Docket No. 1465], seeking to enforce the *Findings of Fact, Conclusions of Law, and Order Confirming the Debtors' Second Amended Chapter 11 Plan, as Modified* [Docket No. 1144] (the "Confirmation Order"), confirming the *Debtors' Second Amended Chapter 11 Plan, as Modified* [Docket No. 1135] (the "Plan") against BNA Associates, LLC ("BNA Associates"), with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that, when GSSLP filed the Motion, any objections by BNA Associates were required to be filed with the Bankruptcy Court on or before July 6, 2021 at 5:00 p.m. prevailing Eastern Time.

**PLEASE TAKE FURTHER NOTICE** THAT THE HEARING FOR RELIEF ON THE MOTION HAS BEEN ADJOURNED TO **AUGUST 3, 2021 AT 3:00 P.M. PREVAILING EASTERN TIME** BEFORE THE HONORABLE JOHN T. DORSEY, UNITED STATES BANKRUPTCY COURT JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 5, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE** THAT ANY OBJECTIONS BY BNA ASSOCIATES ARE NOW REQUIRED TO BE FILED WITH THE BANKRUPTCY COURT ON OR BEFORE **JULY 26, 2021 AT 5:00 P.M. PREVAILING EASTERN TIME**.

- 3 -

| | |
|---|---|
| Dated: July 2, 2021 | */s/ John M. Seaman* <br> John M. Seaman (#3868) <br> ABRAMS & BAYLISS LLP <br> 20 Montchanin Road, Suite 200 <br> Wilmington, Delaware 19807 <br> Telephone: (302) 778-1000 <br> Facsimile: (302) 778-1001 <br> Email: seaman@abramsbayliss.com <br><br> */s/ Jane VanLare* <br> Sean A. O'Neal <br> Jane VanLare <br> CLEARY GOTTLIEB STEEN & HAMILTON LLP <br> One Liberty Plaza <br> New York, New York 10006 <br> Telephone: (212) 225-2000 <br> Facsimile: (212) 225-3999 <br><br> *Counsel to Goldman Sachs Specialty Lending Group, L.P.* |