**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>RTI Holding Company, LLC.,<br>et al.,[1]<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case No.: 20-12456-JTD<br><br>Jointly Administered |

**NOTICE OF WITHDRAWAL OF PROOFS OF CLAIM**

PLEASE TAKE NOTICE THAT International Fidelity Insurance Company ("IFIC"), by and through counsel, hereby withdraws for administrative purposes the following proof of claims (1) Proof of Claim No. 10540 filed against Debtor RTI Holding Company, LLC, Case No. 20-12456-JTD, and (ii) Amended Proof of Claim No. 11041 (amending Claim No. 10540) filed against Debtor RTI Holding Company, LLC, Case No. 20-12456-JTD.

PLEASE TAKE FURTHER NOTICE that IFIC does not waive any of its rights under the *Debtors' Second Amended Chapter 11 Plan, as Modified* (the "Plan") [Doc. No. 1135] as well as

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: RTI Holding Company, LLC (4966); Ruby Tuesday, Inc. (5239); Ruby Tuesday, LLC (1391); RTBD, LLC (6505); RT of Carroll County, LLC (8836); RT Denver Franchise, L.P. (2621); RT Detroit Franchise, LLC (8738); RT Distributing, LLC (6096); RT Finance, LLC (7242); RT FL Gift Cards, Inc. (2189); RT Florida Equity, LLC (7159); RT Franchise Acquisition, LLC (1438); RT of Fruitland, Inc. (1103); RT Indianapolis Franchise, LLC (6016); RT Jonesboro Club (2726); RT KCMO Franchise, LLC (7020); RT Kentucky Restaurant Holdings, LLC (7435); RT Las Vegas Franchise, LLC (4969); RT Long Island Franchise, LLC (4072); RT of Maryland, LLC (7395); RT Michiana Franchise, LLC (8739); RT Michigan Franchise, LLC (8760); RT Minneapolis Franchise, LLC (2746); RT Minneapolis Holdings, LLC (7189); RT New England Franchise, LLC (4970); RT New Hampshire Restaurant Holdings, LLC (7438); RT New York Franchise, LLC (1154); RT Omaha Franchise, LLC (7442); RT Omaha Holdings, LLC (8647); RT One Percent Holdings, LLC (6689); RT One Percent Holdings II, LLC (2817); RT Orlando Franchise, LP (5105); RT Restaurant Services, LLC (7283); RT South Florida Franchise, LP (3535); RT Southwest Franchise, LLC (9715); RT St. Louis Franchise, LLC (6010); RT Tampa Franchise, LP (5290); RT Western Missouri Franchise, LLC (6082); RT West Palm Beach Franchise, LP (0359); RTTA, LP (0035); RTT Texas, Inc. (2461); RTTT, LLC (9194); Ruby Tuesday of Allegany County, Inc. (8011); Ruby Tuesday of Bryant, Inc. (6703); Ruby Tuesday of Columbia, Inc. (4091); Ruby Tuesday of Frederick, Inc. (4249); Ruby Tuesday of Linthicum, Inc. (8716); Ruby Tuesday of Marley Station, Inc. (1641); Ruby Tuesday of Pocomoke City, Inc. (0472); Ruby Tuesday of Russellville, Inc. (1601); and Ruby Tuesday of Salisbury, Inc. (5432). The Debtors' mailing address is 333 East Broadway Ave., Maryville, TN 37804.

2.

the IFIC Surety Bonds[2] as well as the related indemnity agreements and collateral agreement, and all such rights are expressly reserved.

                                                   Respectfully submitted,

Dated: August 16, 2021              **STRADLEY RONON STEVENS & YOUNG**

By */s/ Daniel M. Pereira*
Daniel M. Pereira, Esq.
1000 N. West Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 295.3805
Email:  dpereira@stradley.com

**SMTD LAW LLP**
Robert J. Berens, Esq. (AZ Bar No. 012056)
2001 E. Campbell Avenue, Suite 201
Phoenix, Arizona  85016
Telephone: (602) 258-6219 Facsimile: (602) 795-6077
Email: rberens@smtdlaw.com

Counsel for International Fidelity Ins. Co.

---

[2]  All capitalized terms not defined in this Notice have the meanings ascribed them in the Plan.