# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| RTI HOLDING COMPANY, LLC, *et al.*,[1] | Case No. 20-12456 (JTD) |
| Reorganized Debtors. | (Jointly Administered) |
| | **Objection Deadline: Sept. 14, 2021 at 4:00 p.m. (ET)**<br>**Hearing Date: October 5, 2021 at 3:00 p.m. (ET)** |
| | **Re: D.I. 1677** |

## NOTICE OF SUBMISSION OF PROOFS OF CLAIM SUBMITTED IN CONNECTION WITH THE REORGANIZED DEBTORS' TWELFTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CERTAIN (I) AMENDED AND SUPERSEDED CLAIMS, OR (II) LATE FILED CLAIMS

**PLEASE TAKE NOTICE** that on September 21, 2021, Ruby Tuesday Operations LLC ("RTO"), successor-in-interest to Ruby Tuesday, Inc. ("RTI"), pursuant to the *Debtors' Second Amended Chapter 11 Plan, as Modified* [D.I. 1135] (the "Plan") and one of the reorganized debtors (the "Debtors" or "Reorganized Debtors"), caused to be delivered to the Chambers of The Honorable John T. Dorsey copies of the proofs of claim, along with all of the attachments to said proofs of claim, subject to *The Reorganized Debtors' Twelfth Omnibus (Non-Substantive) Objection to Certain (I) Amended and Superseded Claims, or (II) Late Filed Claims* [D.I. 1677], filed on August 31, 2021.

---

[1] The Reorganized Debtors in these chapter 11 cases and the last four digits of each Reorganized Debtor's U.S. tax identification number are as follows: RTI Holding Company, LLC (4966) and Ruby Tuesday, Inc. (5239). On August 26, 2021, the Court entered an order closing certain chapter 11 cases of RTI Holding Company, LLC's debtor affiliates, all of which were direct or indirect subsidiaries of RTI Holding Company, LLC (collectively, the "Subsidiary Debtors"). See D.I. 1667. A complete list of the Subsidiary Debtors, along with the last four digits of their federal tax identification numbers, can be found at the following web address: https://dm.epiq11.com/case/rubytuesday. The Reorganized Debtors' mailing address is 216 East Church Avenue, Maryville, TN 37804.

**PLEASE TAKE FURTHER NOTICE** that copies of the proofs of claim may be obtained from undersigned counsel.

| | |
|---|---|
| Dated: September 21, 2021<br>Wilmington, Delaware | **ASHBY & GEDDES, P.A.**<br><br>*/s/ Katharina Earle*<br>Gregory A. Taylor (DE Bar No. 4008)<br>Katharina Earle (DE Bar No. 6348)<br>500 Delaware Avenue, 8th Floor<br>Wilmington, Delaware 19899-1150<br>Tel: (302) 654-1888<br>Fax: (302) 654-2067<br>Email: gtaylor@ashbygeddes.com<br>         kearle@ashbygeddes.com<br><br>*Counsel to the Post-Confirmation Reorganized Debtors* |