JTD

**Wes Eddington**
*Craighead County Tax Collector*
511 Union St. Suite 107
PO Box 9276
Jonesboro, AR 72401



Phone (870)933-4560
Fax (870)933-4519

Clerk of the United States Bankruptcy Court
District of Delaware
824 N. Market Street, 3rd Floor
Wilmington, Delaware 19801

FILED 2021 SEP 27 AM 10:39
CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE

September 20, 2021

Debtor: RTI Holding Company, LLC
Case Number: 20-12456
Creditor: Craighead County Tax Collector
Claim Number: 327
Claim Amount: $13,129.42
Claim Description: 2019 Personal Property & Real Estate Taxes
Debtor Account Numbers: 97193 & 558381

To whom it may concern,

The above reference claim was stated to be satisfied in full by the debtor. Our office shows that no attempt has been made to satisfy this claim for 2019 taxes.

There has only been one transaction made on these accounts since October of 2019. 2020 taxes for our office have been cared for but were post-petition. These taxes were payable from March 1, 2021 to October 15, 2021. We did receive payment for 2020 real estate taxes on April 26, 2021. These were paid by Waco Title with check number 633646. 2020 personal property taxes were removed by correction number 20201728 on May 20, 2021 because the business was considered closed as of April 29, 2020.

No payment has been received and no correction has been done for 2019 personal property taxes or 2019 real estate taxes for Craighead County. Enclosed you will find a list all payments received for these accounts since 2017.

Please let us know if there is any further information that you need.

Sincerely,

Craighead County Collector's Office

**Wes Eddington**
**Collector**

Jonesboro, AR 72401
(870) 933-4560

**2019 Tax Statement**

Craighead County, Arkansas

Printed 3/1/2020 8:09:04 PM

Pay by mail or online to avoid standing in line.

NOTICE: Examine this statement for errors. Return for correction if necessary, or this office is not responsible.

Make Checks & Money Orders payable to: Craighead County Collector

---

**Taxes Due 1st business day in March.**
**Delinquent after October 15th, 2020**

97193
RUBY TUESDAY INC
ATTN TAX DEPT
333 E BROADWAY
MARYVILLE TN 37804-5743

**Total Due: $   2,085.13**

Please return this statement with payment

| Parcel Number Owner's Name Legal Description | School District | Valuation | Millage | Description of Tax | Tax Amount | Total Tax Due |
|---|---|---|---|---|---|---|
| 113729 RUBY TUESDAY INC ATTN TAX DEPT Business Personal | NE JB | 43,395 | 48.05 | Personal Property | 2,085.13 | $2,085.13 |

**Total Tax Due**          2,085.13

| Taxing Unit | Tax Dollars | Millage Rate Real | Millage Rate Personal | Effective Tax Rate Real | Effective Tax Rate Personal |
|---|---|---|---|---|---|
| Nettleton #SP | $1,690.23 | 0.03895 | 0.03895 | 0.7790% | 0.7790% |
| Jonesboro Police | $21.70 | 0.00050 | 0.00050 | 0.0100% | 0.0100% |
| Jonesboro Fire | $21.70 | 0.00050 | 0.00050 | 0.0100% | 0.0100% |
| Jonesboro Library | $86.79 | 0.00200 | 0.00200 | 0.0400% | 0.0400% |
| Jonesboro City Streets | $54.68 | 0.00126 | 0.00126 | 0.0252% | 0.0252% |
| County General | $173.58 | 0.00400 | 0.00400 | 0.0800% | 0.0800% |
| County Roads Split #2 | $36.45 | 0.00084 | 0.00084 | 0.0168% | 0.0168% |
| **Total Tax** | **$2,085.13** | **0.04805** | **0.04805** | **0.9610%** | **0.9610%** |

Millages reflect the current tax year only. Dollar distribution may not be accurate if this statement shows delinquent taxes.

• Homeowner: Amendment 79 and Act 142 provides that homeowners may be able to receive up to $375 Homestead Tax Credit on the property that is their principal residence. Also, it provides that homeowners receive a freeze on their assessed value if they are 65 years of age or older or 100% disabled. Contact the Craighead County Assessor's Office at (870)

| ReceiptNum | Book | TaxYear | ReceiptDate | ReceiptTotal | CashAmount | CheckAmount | CCAmount | ChangeGiven | TPID | PostedBy | Posted | Instrument | CCFee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5033377 | DP | 2018 | 10/31/2019 | 2,185.29 | 0.00 | 2,185.29 | 0.00 | 0.00 | 97193 | AWW | 10/31/2019 14:47 | 5505726455 | 0.00 |
| 23136 | C | 2017 | 9/21/2018 | 1,868.66 | 0.00 | 1,868.66 | 0.00 | 0.00 | 97193 | MKK | 9/21/2018 12:35 | 3309643 | 0.00 |
| 24532 | C | 2016 | 10/2/2017 | 2,009.69 | 0.00 | 2,009.69 | 0.00 | 0.00 | 97193 | TAS | 10/2/2017 11:03 | 0003283516 | 0.00 |

**Wes Eddington**
Collector
PO Box 9276
Jonesboro, AR 72403
(870) 933-4560

# 2020 Tax Statement
Craighead County, Arkansas

Printed  9/20/2021 11:43:03 AM

Pay by mail or online to avoid standing in line.

NOTICE: Examine this statement for errors. Return for correction if necessary, or this office is not responsible.

Make Checks & Money Orders payable to: Craighead County Collector

Taxes Due 1st business day in March.
Delinquent after October 15th, 2021

97193
RUBY TUESDAY INC
333 E BROADWAY AVE
ATTN: TAX DEPT
MARYVILLE TN 37804-5743

**Total Due:  $      0.00**

Please return this statement with payment

| Parcel Number / Owner's Name / Legal Description | School District | Valuation | Millage | Description of Tax | Tax Amount | Total Tax Due |
|---|---|---|---|---|---|---|
| 113729 | NE JB | | 48.05 | Personal Property | .00 | |
| RUBY TUESDAY INC ATTN TAX DEPT Business Personal | | | | | | $0.00 |

| Taxing Unit | Tax Dollars | Millage Rate Real | Millage Rate Personal | Effective Tax Rate Real | Effective Tax Rate Personal |
|---|---|---|---|---|---|
| Nettleton #SP | $0.00 | 0.03895 | 0.03895 | 0.7790% | 0.7790% |
| Jonesboro Police | $0.00 | 0.00050 | 0.00050 | 0.0100% | 0.0100% |
| Jonesboro Fire | $0.00 | 0.00050 | 0.00050 | 0.0100% | 0.0100% |
| Jonesboro Library | $0.00 | 0.00200 | 0.00200 | 0.0400% | 0.0400% |
| Jonesboro City Streets | $0.00 | 0.00126 | 0.00126 | 0.0252% | 0.0252% |
| County General | $0.00 | 0.00400 | 0.00400 | 0.0800% | 0.0800% |
| County Roads Split #2 | $0.00 | 0.00084 | 0.00084 | 0.0168% | 0.0168% |
| **Total Tax** | **$0.00** | **0.04805** | **0.04805** | **0.9610%** | **0.9610%** |

**Total Tax Due        0.00**

Millages reflect the current tax year only.  Dollar distribution may not be accurate if this statement shows delinquent taxes.

●Homeowner: Amendment 79 and Act 142 provides that homeowners may be able to receive up to $375 Homestead Tax Credit on the property that is their principal residence.  Also, it provides that homeowners receive a freeze on their assessed value if they are 65 years of age or older or 100% disabled.  Contact the Craighead County Assessor's Office at **(870) 933-4572**.

**Wes Eddington**
Collector

Jonesboro, AR 72401
(870) 933-4560

| Taxes Due 1st business day in March. |
| Delinquent after October 15th, 2020 |

**2019 Tax Statement**

Craighead County, Arkansas

Printed 3/1/2020 7:08:51 PM

Pay by mail or online to avoid standing in line.

NOTICE: Examine this statement for errors. Return for correction if necessary, or this office is not responsible.

Make Checks & Money Orders payable to: Craighead County Collector

558381

ORION-NRD RUBY JV LLC
200 S BISCAYNE BLVD 6 FLOOR
MIAMI FL 33131-5351

**Total Due:  $   11,044.29**

Please return this statement with payment

| Parcel Number / Owner's Name / Legal Description | School District | Valuation | Millage | Description of Tax | Tax Amount | Total Tax Due |
|---|---|---|---|---|---|---|
| 01-144283-06700 | NE JB | 229,850 | 48.05 | Real Estate | 11,044.29 | |
| ORION-NRD RUBY JV LLC | | | | | | $11,044.29 |
| 2915 KAZI ST | | | | | | |
| Lot 3 | | | | | | |
| JOHN KAZI REPLAT OF PHILLIPS | | | | | | |
| 28-14-04 1.37 acres | | | | | | |
| REVISED PLAT OF JOHN KAZI REPLAT OF LTS 11 & 12 OF | | | | | | |
| PHILLIPS ADDITION & LTS 1,2 AND PART OF LT 3 OF KAZI | | | | | | |
| REPLAT OF LT 14 & LTS 15 & 16 OF PHILLIPS ADDITION | | | | | | |

| Taxing Unit | Tax Dollars | Millage Rate Real | Millage Rate Personal | Effective Tax Rate Real | Effective Tax Rate Personal |
|---|---|---|---|---|---|
| Nettleton #SP | $8,952.67 | 0.03895 | 0.03895 | 0.7790% | 0.7790% |
| Jonesboro Police | $114.92 | 0.00050 | 0.00050 | 0.0100% | 0.0100% |
| Jonesboro Fire | $114.92 | 0.00050 | 0.00050 | 0.0100% | 0.0100% |
| Jonesboro Library | $459.70 | 0.00200 | 0.00200 | 0.0400% | 0.0400% |
| Jonesboro City Streets | $289.61 | 0.00126 | 0.00126 | 0.0252% | 0.0252% |
| County General | $919.40 | 0.00400 | 0.00400 | 0.0800% | 0.0800% |
| County Roads Split #2 | $193.07 | 0.00084 | 0.00084 | 0.0168% | 0.0168% |
| **Total Tax** | **$11,044.29** | **0.04805** | **0.04805** | **0.9610%** | **0.9610%** |

Millages reflect the current tax year only.  Dollar distribution may not be accurate if this statement shows delinquent taxes.

**Total Tax Due**         11,044.29

•Homeowner: Amendment 79 and Act 142 provides that homeowners may be able to receive up to $375 Homestead Tax Credit on the property that is their principal residence.  Also, it provides that homeowners receive a freeze on their assessed value if they are 65 years of age or older or 100% disabled.  Contact the Craighead County Assessor's Office at **(870)**

O • C

O • C

2,085.13 +
11,044.29 +

002

13,129.42 *

| ReceiptNum | Book | TaxYear | ReceiptDate | ReceiptTotal | CashAmount | CheckAmount | CCAmount | ChangeGiven | TPID | PostedBy | Posted | Instrument | CCFee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14455 | C | 2020 | 4/26/2021 | 11,044.29 | 0.00 | 11,044.29 | 0.00 | 0.00 | 558381 | RAD | 4/26/2021 8:53 | 633646 | 0.00 |
| 1007083 | DR | 2018 | 10/31/2019 | 12,197.13 | 0.00 | 12,197.13 | 0.00 | 0.00 | 558381 | AWW | 10/31/2019 14:46 | 5505726455 | 0.00 |

**Wes Eddington**
Collector
511 Union Street, Suite 107
Jonesboro, AR 72401
(870) 933-4560

**2020 Tax Receipt 14455**
**Craighead County, Arkansas**

# PAID RECEIPT

Page 1
Printed
09/20/2021 11:41 am
Posted
04/26/2021 08:53 am

If payment is made by check and same is not honored on presentation, receipt is null and void.
Payment Received    04/26/2021
Received by          RAD
MAIL-Waco Title ck#633646 $11,044.29, 2019 to be
All Personal Property must be PAID before we can accept a full payment of Real Estate. Ark Code 26-36-601

558381
ORION-NRD RUBY JV LLC
200 S BISCAYNE BLVD 6 FLOOR
MIAMI FL 33131-5351

| Parcel Number | Year | Owner and Legal Description | Valuation | Millage | Amt Due | Amt Paid |
|---|---|---|---|---|---|---|
| 01-144283-06700 | 2020 | ORION-NRD RUBY JV LLC | | | | |
| | | 2915 KAZI ST | | | | |
| | | Lot 3 JOHN KAZI REPLAT OF PHILLIPS 28-14-04 1.37 Acres | | | | |
| | | REVISED PLAT OF JOHN KAZI REPLAT OF LTS 11 & 12 OF | | | | |
| | | PHILLIPS ADDITION & LTS 1,2 AND PART OF LT 3 OF KAZI REPLAT | | | | |
| | | OF LT 14 & LTS 15 & 16 OF PHILLIPS ADDITION | | | | |
| NE JB | | Real Estate | 229,850 | 48.050 | $11,044.29 | |
| | | Payment Received | | | | $11,044.29 |
| | | Total Payment Applied | | | | $11,044.29 |

**Distribution of Tax Dollars**

| | |
|---|---|
| Nettleton #SP | $8,952.67 |
| Jonesboro Police | $114.92 |
| Jonesboro Fire | $114.92 |
| Jonesboro Library | $459.70 |
| Jonesboro City Streets | $289.61 |
| County General | $919.40 |
| County Roads Split #2 | $193.07 |
| **Total Tax** | **$11,044.29** |

| | |
|---|---|
| Check | $11,044.29 |
| Cash | $0.00 |
| **Total** | **$11,044.29** |
| Ck #/Auth | 633646 |
| Total Parcels Paid | 4.29 |

Account Balance not available due to delinquencies!