**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| RTI Holding Company, LLC, | Case No. 20-12456 (JTD) |
| Debtor. | |

## CERTIFICATE OF SERVICE

I, William J. Hanlon, hereby certify that on September 28, 2021, my *Notice of Change of Address (Suite Number Only)* was served upon all interested parties in the manner indicated on the attached **Schedule A**.

DATED:  September 28, 2021

Respectfully submitted,

**MORGANDAY, LLC**

By Its Attorneys,

By: */s/ William J. Hanlon*

    William J. Hanlon
    SEYFARTH SHAW LLP
    World Trade Center East
    Two Seaport Lane, Suite 300
    Boston, MA 02210
    Telephone: (617) 946-4995
    Facsimile:  (617) 790-6719
    Emails: whanlon@seyfarth.com

## SCHEDULE A

**VIA ECF**

Derek C. Abbott on behalf of Interested Party Compass Group USA, Inc.
dabbott@mnat.com, meghan-leyh-4080@ecf.pacerpro.com;derek-abbott-
1155@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com

Justin R. Alberto on behalf of Creditor Committee OFFICIAL COMMITTEE OF
UNSECURED CREDITORS
jalberto@coleschotz.com,
pratkowiak@coleschotz.com;jford@coleschotz.com;bankruptcy@coleschotz.com;lm
orton@coleschotz.com

Elihu Ezekiel Allinson, III on behalf of Creditor HBN-CSC, LLC
ZAllinson@SHA-LLC.com, ecf@williamdsullivanllc.com;hcoleman@sha-llc.com

Elihu Ezekiel Allinson, III on behalf of Creditor PJK Food Service LLC t/a Keany
Produce & Gourmet
ZAllinson@SHA-LLC.com, ecf@williamdsullivanllc.com;hcoleman@sha-llc.com

Elihu Ezekiel Allinson, III on behalf of Creditor Piazza Produce, LLC
ZAllinson@SHA-LLC.com, ecf@williamdsullivanllc.com;hcoleman@sha-llc.com

Elihu Ezekiel Allinson, III on behalf of Creditor Senn Brothers, Inc.
ZAllinson@SHA-LLC.com, ecf@williamdsullivanllc.com;hcoleman@sha-llc.com

Elihu Ezekiel Allinson, III on behalf of Other Prof. PJK Food Service, LLC
ZAllinson@SHA-LLC.com, ecf@williamdsullivanllc.com;hcoleman@sha-llc.com

Elihu Ezekiel Allinson, III on behalf of Other Prof. Premier Produce Central Florida,
LLC
ZAllinson@SHA-LLC.com, ecf@williamdsullivanllc.com;hcoleman@sha-llc.com

Elihu Ezekiel Allinson, III on behalf of Other Prof. Senn Brothers, Inc.
ZAllinson@SHA-LLC.com, ecf@williamdsullivanllc.com;hcoleman@sha-llc.com

Paige Arrants on behalf of Creditor City and County of Denver
Paige.Arrants@denvergov.org

Matthew P. Austria on behalf of Creditor Fourth Enterprises, LLC

maustria@austriallc.com

Ian J Bambrick on behalf of Interested Party BNA Associates LLC
ian.bambrick@faegredrinker.com, rokeysha.ramos@faegredrinker.com

Richard A. Barkasy on behalf of Creditor Sandra Tenorio-Medina
rbarkasy@schnader.com

Peter John Batalon on behalf of Creditor Fulton County Tax Commissioner
peter.batalon@fultoncountyga.gov

Robert J Berens on behalf of Interested Party International Fidelity Insurance
Company
rberens@smtdlaw.com, sr@smtdlaw.com

Karen C. Bifferato on behalf of Creditor Chop Acquisition LLC
kbifferato@connollygallagher.com

Karen C. Bifferato on behalf of Creditor Interstate Augusta Properties LLC
kbifferato@connollygallagher.com

Karen C. Bifferato on behalf of Creditor Lisbon Landing LLC
kbifferato@connollygallagher.com

Karen C. Bifferato on behalf of Creditor Sunshine Realties, LLC
kbifferato@connollygallagher.com

Karen C. Bifferato on behalf of Creditor W/S Westbrook Associates LLC
kbifferato@connollygallagher.com

Jason Binford on behalf of Interested Party State of Texas
Jason.binford@oag.texas.gov

Jason Binford on behalf of Interested Party Texas Department of Insurance
Jason.binford@oag.texas.gov

Gary D. Bressler on behalf of Creditor Liberty Mutual Insurance Company
gbressler@mdmc-law.com, scarney@mdmc-law.com

Matthew Ray Brooks on behalf of Interested Party Chick-fil-A, Inc.
matthew.brooks@troutman.com

Kate R. Buck on behalf of Creditor L.F.M. Properties, LLC
kbuck@mccarter.com

Kate R. Buck on behalf of Creditor Regions Bank
kbuck@mccarter.com

Kate R. Buck on behalf of Creditor Stafford RT, LLC
kbuck@mccarter.com

Kate R. Buck on behalf of Creditor Robert Millman
kbuck@mccarter.com

Kate R. Buck on behalf of Plaintiff Protective Life Insurance Company
kbuck@mccarter.com

Michael G. Busenkell on behalf of Creditor Harvey Johnson, As Administrator of the
Estate of Mayetha Lessie Dianne Johnson, and Harvey Johnson, Individually
mbusenkell@gsbblaw.com

Michael G. Busenkell on behalf of Creditor Las Vegas Adventure, LLC
mbusenkell@gsbblaw.com

Michael G. Busenkell on behalf of Creditor SART, LLC
mbusenkell@gsbblaw.com

Michael G. Busenkell on behalf of Creditor Seritage SRC Finance LLC
mbusenkell@gsbblaw.com

Kevin C. Calhoun on behalf of Creditor Oakland County Treasurer
kevin@lawyermich.com

Kevin M. Capuzzi on behalf of Creditor 5102 Princess Anne Road LLC (currently
known as Route Ten, LLC)
kcapuzzi@beneschlaw.com,
debankruptcy@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin M. Capuzzi on behalf of Creditor Brenda P. Walsh
kcapuzzi@beneschlaw.com,
debankruptcy@beneschlaw.com;lmolinaro@beneschlaw.com

75486208v.1

Kevin M. Capuzzi on behalf of Creditor Frederick P. Perkins
kcapuzzi@beneschlaw.com,
debankruptcy@beneschlaw.com;lmolinaro@beneschlaw.com

Jeffrey M. Carbino on behalf of Creditor 2500 McKenzie, LLC
jeffrey@jensenbagnatolaw.com, jeffreycarbino@gmail.com;jeffrey-carbino-
7516@ecf.pacerpro.com;jordan@jensenbagnatolaw.com

Marque Carey on behalf of Creditor James Davis
marquecareytrustee@aol.com

Marc Stephen Casarino on behalf of Attorney Google LLC fka Google Inc
casarinom@whiteandwilliams.com, debankruptcy@whiteandwilliams.com

James F. Chiu on behalf of Interested Party State of Indiana
James.Chiu@atg.in.gov, marie.baker@atg.in.gov

Shawn M. Christianson on behalf of Creditor Oracle America, Inc.
schristianson@buchalter.com, cmcintire@buchalter.com

Virginia Shapard Church on behalf of Creditor John Godwin
Virginia@thedinofflawgroup.com

Jeffrey S Cianciulli on behalf of Creditor Evans Holding Company
jcianciulli@weirpartners.com, imarciniszyn@weirpartners.com

Jeffrey S Cianciulli on behalf of Creditor Festival Gettysburg Associates, LLC
jcianciulli@weirpartners.com, imarciniszyn@weirpartners.com

Jeffrey S Cianciulli on behalf of Creditor Lenox Outdoor and Advertising, LLC
jcianciulli@weirpartners.com, imarciniszyn@weirpartners.com

Jeffrey S Cianciulli on behalf of Creditor White Realty Company
jcianciulli@weirpartners.com, imarciniszyn@weirpartners.com

Jeffrey S Cianciulli on behalf of Defendant Lenox Outdoor & Advertising, LLC
jcianciulli@weirpartners.com, imarciniszyn@weirpartners.com

Howard A. Cohen on behalf of Interested Party Ad Hoc Group of Plan Participants
hcohen@gibbonslaw.com

Michael E. Collins on behalf of Creditor Liberty Mutual Insurance Company
mcollins@manierherod.com

Bernard George Conaway on behalf of Creditor Abraham Sandler
bgc@conaway-legal.com

Kelly M. Conlan on behalf of Creditor Michael and Lory Sarlo, Trustees of The
Atlantis Trust
kconlan@connollygallagher.com

Christopher W Conner on behalf of Creditor Thomas Spears
cconner@garnerconner.com

Christopher W Conner on behalf of Creditor Thomas W. Spears
cconner@garnerconner.com

Heather M Crockett on behalf of Interested Party State of Indiana
heather.crockett@atg.in.gov, marie.baker@atg.in.gov

G. David Dean on behalf of Creditor Committee OFFICIAL COMMITTEE OF
UNSECURED CREDITORS
ddean@coleschotz.com,
pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jford@coleschotz.com;lm
orton@coleschotz.com

Mark L. Desgrosseilliers on behalf of Interested Party KRG Evans Mullins Outlets,
LLC
desgross@chipmanbrown.com,
dero@chipmanbrown.com;fusco@chipmanbrown.com

Mark L. Desgrosseilliers on behalf of Interested Party KRG/CCA Estero, LLC
desgross@chipmanbrown.com,
dero@chipmanbrown.com;fusco@chipmanbrown.com

Monique Bair DiSabatino on behalf of Creditor Northwoods Crossing Station LLC
monique.disabatino@saul.com, robyn.warren@saul.com

Monique Bair DiSabatino on behalf of Creditor Phillips Edison & Company
monique.disabatino@saul.com, robyn.warren@saul.com

Lesley Dinoff on behalf of Attorney John Godwin

lesleydinoff@thedinofflawgroup.com

Brenna Anne Dolphin on behalf of Interested Party Beal Commons, LLC
bdolphin@polsinelli.com, lsuprum@polsinelli.com

Amish R. Doshi on behalf of Creditor Oracle America, Inc.
amish@doshilegal.com

Kristi JoLynn Doughty on behalf of Creditor Sandra Tenorio-Medina
kdoughty@schnader.com

Ronald J. Drescher on behalf of Interested Party Kallioppi, LLC
ecfdrescherlaw@gmail.com, 284@notices.nextchapterbk.com,ron@clegolftour.com

Katharina Earle on behalf of Debtor RTI Holding Company, LLC
kearle@ashbygeddes.com

Jamie Lynne Edmonson on behalf of Creditor RT Calhoun, LLC d/b/a RT Calhoun JV
jedmonson@rc.com, lshaw@rc.com

Adam R. Elgart on behalf of Creditor Sadi Harris
aelgart@mwm-law.com, asandoval@mwm-law.com

Adam R. Elgart on behalf of Creditor Sadie Harris
aelgart@mwm-law.com, asandoval@mwm-law.com

Epiq Corporate Restructuring, LLC
danette.gerth@epiqglobal.com

Brett D. Fallon on behalf of Interested Party BNA Associates LLC
brett.fallon@faegredrinker.com, rokeysha.ramos@faegredrinker.com

Mary Jean Fassett on behalf of Creditor PJK Food Service LLC t/a Keany Produce &
Gourmet
mjf@mccarronlaw.com

Mary Jean Fassett on behalf of Creditor Piazza Produce, LLC
mjf@mccarronlaw.com

Mary Jean Fassett on behalf of Creditor Senn Brothers, Inc.
mjf@mccarronlaw.com

Brian T. FitzGerald on behalf of Creditor Hillsborough County Tax Collector
fitzgeraldb@hillsboroughcounty.org,
connorsa@hillsboroughcounty.org;stroupj@hillsboroughcounty.org

Jennifer N. Fountain on behalf of Creditor Travelin Ghost Cary, LLC
jennifer@isaacsonsheridan.com

Benjamin J Freeman on behalf of Creditor Janice Wagner
freeman@beasleylaw.com

Craig Solomon Ganz on behalf of Creditor STORE Capital Corporation
ganzc@ballardspahr.com,
PHXDocketingbkr@ballardspahr.com;hartt@ballardspahr.com;rubins@ballardspahr.com

Craig Solomon Ganz on behalf of Creditor STORE Master Funding XIII, LLC
ganzc@ballardspahr.com,
PHXDocketingbkr@ballardspahr.com;hartt@ballardspahr.com;rubins@ballardspahr.com

Craig Solomon Ganz on behalf of Creditor STORE Master Funding XIV, LLC
ganzc@ballardspahr.com,
PHXDocketingbkr@ballardspahr.com;hartt@ballardspahr.com;rubins@ballardspahr.com

John C Gentile on behalf of Creditor 5102 Princess Anne Road LLC (currently known as Route Ten, LLC)
jgentile@beneschlaw.com,
debankruptcy@beneschlaw.com;lmolinaro@beneschlaw.com

John C Gentile on behalf of Creditor Brenda P. Walsh
jgentile@beneschlaw.com,
debankruptcy@beneschlaw.com;lmolinaro@beneschlaw.com

John C Gentile on behalf of Creditor Frederick P. Perkins
jgentile@beneschlaw.com,
debankruptcy@beneschlaw.com;lmolinaro@beneschlaw.com

Stephen Brett Gerald on behalf of Creditor Brookwoody, LLC
sgerald@wtplaw.com, trogers@wtplaw.com;clano@wtplaw.com

75486208v.1

Jason A. Gibson on behalf of Creditor Apple Eight SPE Somerset, Inc.
gibson@teamrosner.com

Jason A. Gibson on behalf of Creditor Chazparem, LLC
gibson@teamrosner.com

Jason A. Gibson on behalf of Creditor Lebanon Plaza I, LLC
gibson@teamrosner.com

Steven A. Ginther on behalf of Creditor Missouri Department of Revenue
deecf@dor.mo.gov

Alessandra Glorioso on behalf of Creditor Zions Bancorporation, N.A., dba California
Bank & Trust
glorioso.alessandra@dorsey.com, alessandra-glorioso-9339@ecf.pacerpro.com

Aaron M. Gober-Sims on behalf of Interested Party TCW Direct Lending
aarongobersims@paulhastings.com

Michael Stephen Greger on behalf of Creditor Meeker Family Limited Partnership
mgreger@allenmatkins.com

Michael Stephen Greger on behalf of Creditor William V. Meeker
mgreger@allenmatkins.com

Norman Christopher Griffiths on behalf of Creditor The Denny L. Kagasoff
Revocable Trust
cgriffiths@connollygallagher.com

Melissa Harris on behalf of Creditor Pension Benefit Guaranty Corporation
harris.melissa@pbgc.gov, efile@pbgc.gov

Lindsey M. Harrison Madgar on behalf of Creditor Huntington Mall Company
lmadgar@cafarocompany.com

Lisa R. Hatfield on behalf of Creditor The Denny L. Kagasoff Revocable Trust
lhatfield@connollygallagher.com,
deecf@sterneisenberg.com;bkecf@sterneisenberg.com

Leslie C. Heilman on behalf of Counter-Claimant Evergreen Development Company,

L.L.C.
heilmanl@ballardspahr.com, carbonej@ballardspahr.com

Leslie C. Heilman on behalf of Creditor Bennett Partners, L.L.L.P.
heilmanl@ballardspahr.com, carbonej@ballardspahr.com

Leslie C. Heilman on behalf of Creditor Brixmor Operating Partnership LP
heilmanl@ballardspahr.com, carbonej@ballardspahr.com

Leslie C. Heilman on behalf of Creditor Brixmor Sunshine Square LLC
heilmanl@ballardspahr.com, carbonej@ballardspahr.com

Leslie C. Heilman on behalf of Creditor CGI 3, LP
heilmanl@ballardspahr.com, carbonej@ballardspahr.com

Leslie C. Heilman on behalf of Creditor DHRT INVESTMENTS, LLC
heilmanl@ballardspahr.com, carbonej@ballardspahr.com

Leslie C. Heilman on behalf of Creditor EDENS
heilmanl@ballardspahr.com, carbonej@ballardspahr.com

Leslie C. Heilman on behalf of Creditor Evergreen Development Company, L.L.C.
heilmanl@ballardspahr.com, carbonej@ballardspahr.com

Leslie C. Heilman on behalf of Creditor Federal Realty Investment Trust
heilmanl@ballardspahr.com, carbonej@ballardspahr.com

Leslie C. Heilman on behalf of Creditor Gillis Realty Trust
heilmanl@ballardspahr.com, carbonej@ballardspahr.com

Leslie C. Heilman on behalf of Creditor MICHAEL L. SHULAR
heilmanl@ballardspahr.com, carbonej@ballardspahr.com

Leslie C. Heilman on behalf of Creditor Meeker Family Limited Partnership
heilmanl@ballardspahr.com, carbonej@ballardspahr.com

Leslie C. Heilman on behalf of Creditor RCLAN-RT, LLC/JENORA-RT, LLC
heilmanl@ballardspahr.com, carbonej@ballardspahr.com

Leslie C. Heilman on behalf of Creditor Rainier Woodlands Square Acquisitions,
LLC

heilmanl@ballardspahr.com, carbonej@ballardspahr.com

Leslie C. Heilman on behalf of Creditor SCF RC Funding IV, LLC
heilmanl@ballardspahr.com, carbonej@ballardspahr.com

Leslie C. Heilman on behalf of Creditor SCF RD Funding IV, LLC
heilmanl@ballardspahr.com, carbonej@ballardspahr.com

Leslie C. Heilman on behalf of Creditor STORE Capital Corporation
heilmanl@ballardspahr.com, carbonej@ballardspahr.com

Leslie C. Heilman on behalf of Creditor STORE Master Funding XIII, LLC
heilmanl@ballardspahr.com, carbonej@ballardspahr.com

Leslie C. Heilman on behalf of Creditor STORE Master Funding XIV, LLC
heilmanl@ballardspahr.com, carbonej@ballardspahr.com

Leslie C. Heilman on behalf of Creditor STORE SPE Ruby Tuesday 2017-8, LLC
heilmanl@ballardspahr.com, carbonej@ballardspahr.com

Leslie C. Heilman on behalf of Creditor THE MACERICH COMPANY
heilmanl@ballardspahr.com, carbonej@ballardspahr.com

Leslie C. Heilman on behalf of Creditor William V. Meeker
heilmanl@ballardspahr.com, carbonej@ballardspahr.com

Leslie C. Heilman on behalf of Defendant Evergreen Development Company, L.L.C.
heilmanl@ballardspahr.com, carbonej@ballardspahr.com

Adam Hiller on behalf of Counter-Claimant Moody National Ruby T, LLC
ahiller@adamhillerlaw.com

Adam Hiller on behalf of Defendant 434 King Street, LLC
ahiller@adamhillerlaw.com

Adam Hiller on behalf of Defendant Moody National Ruby T, LLC
ahiller@adamhillerlaw.com

Adam Hiller on behalf of Interested Party 434 King Street LLC
ahiller@adamhillerlaw.com

Adam Hiller on behalf of Interested Party Canal Street Properties, Inc.
ahiller@adamhillerlaw.com

Adam Hiller on behalf of Interested Party Moody National Companies
ahiller@adamhillerlaw.com

Trevor R Hoffmann on behalf of Creditor Chop Acquisition LLC
thoffmann@goulstonstorrs.com

Trevor R Hoffmann on behalf of Creditor Interstate Augusta Properties LLC
thoffmann@goulstonstorrs.com

Trevor R Hoffmann on behalf of Creditor Lisbon Landing LLC
thoffmann@goulstonstorrs.com

Trevor R Hoffmann on behalf of Creditor W/S Westbrook Associates LLC
thoffmann@goulstonstorrs.com

Daniel K. Hogan on behalf of Creditor Arete Partners 2263 Memorial, LLC
dkhogan@dkhogan.com, gdurstein@dkhogan.com,

J. Carole Thompson Hord on behalf of Creditor Stafford RT, LLC
chord@swfllp.com

Brian David Huben on behalf of Creditor Brixmor Operating Partnership LP
hubenb@ballardspahr.com, carolod@ballardspahr.com;branchd@ballardspahr.com

Brian David Huben on behalf of Creditor CGI 3, LP
hubenb@ballardspahr.com, carolod@ballardspahr.com;branchd@ballardspahr.com

Brian David Huben on behalf of Creditor DHRT INVESTMENTS, LLC
hubenb@ballardspahr.com, carolod@ballardspahr.com;branchd@ballardspahr.com

Brian David Huben on behalf of Creditor MICHAEL L. SHULAR
hubenb@ballardspahr.com, carolod@ballardspahr.com;branchd@ballardspahr.com

Brian David Huben on behalf of Creditor RCLAN-RT, LLC/JENORA-RT, LLC
hubenb@ballardspahr.com, carolod@ballardspahr.com;branchd@ballardspahr.com

Brian David Huben on behalf of Creditor SCF RC Funding IV, LLC
hubenb@ballardspahr.com, carolod@ballardspahr.com;branchd@ballardspahr.com

75486208v.1

Brian David Huben on behalf of Creditor STORE Master Funding XIII, LLC
hubenb@ballardspahr.com, carolod@ballardspahr.com;branchd@ballardspahr.com

Brian David Huben on behalf of Creditor STORE SPE Ruby Tuesday 2017-8, LLC
hubenb@ballardspahr.com, carolod@ballardspahr.com;branchd@ballardspahr.com

Brian David Huben on behalf of Defendant Evergreen Development Company, L.L.C.
hubenb@ballardspahr.com, carolod@ballardspahr.com;branchd@ballardspahr.com

Shannon Dougherty Humiston on behalf of Creditor Stafford RT, LLC
shumiston@mccarter.com

Shannon Dougherty Humiston on behalf of Creditor Yu-Ching Hsu
shumiston@mccarter.com

Shannon Dougherty Humiston on behalf of Plaintiff Protective Life Insurance
Company
shumiston@mccarter.com

Gerald Kaplan
jkappy@comcast.net

Jenny Kasen on behalf of Creditor Justin T Kirk
jkasen@kasenlaw.com

Ann M. Kashishian on behalf of Creditor Dante Mastroianni
amk@kashishianlaw.com

Shanti M. Katona on behalf of Interested Party Powell Anderson Capital, L.P.
skatona@polsinelli.com,
LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com

Shanti M. Katona on behalf of Interested Party Quadre Investments, L.P.
skatona@polsinelli.com,
LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com

Susan E. Kaufman on behalf of Creditor 520 Donelson, LLC
skaufman@skaufmanlaw.com

Susan E. Kaufman on behalf of Creditor Aston Properties, Inc.

skaufman@skaufmanlaw.com

Susan E. Kaufman on behalf of Creditor Benderson Development Company, Inc.
skaufman@skaufmanlaw.com

Susan E. Kaufman on behalf of Creditor Brookfield Properties Retail, Inc
skaufman@skaufmanlaw.com

Susan E. Kaufman on behalf of Creditor Metropolitan Knoxville Airport Authority
skaufman@skaufmanlaw.com

Susan E. Kaufman on behalf of Creditor Middletown Resources I L.P.
skaufman@skaufmanlaw.com

Susan E. Kaufman on behalf of Creditor National Realty & Development Corp.
skaufman@skaufmanlaw.com

Susan E. Kaufman on behalf of Creditor National Retail Properties, LP
skaufman@skaufmanlaw.com

Susan E. Kaufman on behalf of Creditor Simon Property Group, Inc.
skaufman@skaufmanlaw.com

Susan E. Kaufman on behalf of Creditor Steven W. Thomas
skaufman@skaufmanlaw.com

Susan E. Kaufman on behalf of Creditor Tanger Factory Outlet Centers, Inc.
skaufman@skaufmanlaw.com

Susan E. Kaufman on behalf of Creditor Teachers Insurance and Annuity Association
of America
skaufman@skaufmanlaw.com

Susan E. Kaufman on behalf of Interested Party 530 Donelson, LLC
skaufman@skaufmanlaw.com

Susan E. Kaufman on behalf of Interested Party Realty Income Corp
skaufman@skaufmanlaw.com

Susan E. Kaufman on behalf of Interested Party Regency Centers LP
skaufman@skaufmanlaw.com

Susan E. Kaufman on behalf of Interested Party Tanger Outlet Centers, Inc.
skaufman@skaufmanlaw.com

Susan E. Kaufman on behalf of Interested Party Win Properties, Inc.
skaufman@skaufmanlaw.com

David Kerce on behalf of Creditor Robert Hiles
dkerce@farahandfarah.com

Daniel C. Kerrick on behalf of Creditor Thomas W. Spears
dckerrick@dkhogan.com

David M. Klauder on behalf of Creditor Toni Marie Silveri
dklauder@bk-legal.com

Julia Bettina Klein on behalf of Interested Party Grace Berman
klein@kleinllc.com

Jeffrey Kurtzman on behalf of Creditor PREIT Services, LLC, as agent for PR
Magnolia LLC
kurtzman@kurtzmansteady.com

Jeffrey Kurtzman on behalf of Creditor PREIT Services, LLC, as agent for
Springfield/Delco Limited Partnership
kurtzman@kurtzmansteady.com

Jayna Partain Lamar on behalf of Creditor Regions Bank
jlamar@maynardcooper.com

Marc Youssef Lazo on behalf of Creditor Family Trust of Adam and Jordan Farmer
rcantillo@kllawgroup.com

Tara LeDay on behalf of Creditor Bowie CAD
tleday@mvbalaw.com,
bankruptcy@mvbalaw.com,tleday@ecf.courtdrive.com,alocklin@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com

Robert L. LeHane on behalf of Creditor Aston Properties, Inc.
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane on behalf of Creditor Benderson Development Company, Inc.
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane on behalf of Creditor Brookfield Properties Retail, Inc
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane on behalf of Creditor National Retail Properties, LP
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane on behalf of Interested Party Win Properties, Inc.
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Bradley P. Lehman on behalf of Creditor Las Vegas Adventure, LLC
BLehman@gsbblaw.com

Raymond Howard Lemisch on behalf of Interested Party Wilkinson Langhorne
Limited Partnership
rlemisch@klehr.com

Kenneth Listwak on behalf of Interested Party Chick-fil-A, Inc.
Ken.Listwak@troutman.com,
wlbank@troutman.com;Monica.Molitor@troutman.com;Peggianne.Hardin@troutman
.com

Maxim B. Litvak on behalf of Debtor RTI Holding Company, LLC
mlitvak@pszjlaw.com

Zhao Liu on behalf of Creditor Chazparem, LLC
liu@teamrosner.com

Zhao Liu on behalf of Creditor South Asheville Hotel Associates, LLC
liu@teamrosner.com

Christopher Dean Loizides on behalf of Creditor CNL Funding 2000-A, LP
loizides@loizides.com

Christopher Dean Loizides on behalf of Creditor Anthony Friedman
loizides@loizides.com

Christopher Dean Loizides on behalf of Creditor Mack Anthony Sharp
loizides@loizides.com

Christopher Dean Loizides on behalf of Interested Party Potter Properties, LLC
loizides@loizides.com

Robert K. Malone on behalf of Interested Party Ad Hoc Group of Plan Participants
rmalone@gibbonslaw.com

Kevin J. Mangan on behalf of Creditor Ron Baldi
kevin.mangan@wbd-us.com, Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com;Rachel.metzger@wbd-us.com

Beverly Weiss Manne on behalf of Interested Party Moody National Companies
bmanne@tuckerlaw.com, bewmanne@gmail.com

Jaclyn C Marasco on behalf of Interested Party BNA Associates LLC
jaclyn.marasco@faegredrinker.com, rokeysha.ramos@faegredrinker.com

Laura L. McCloud on behalf of Creditor Tennessee Attorney General - Consumer Division
agbankdelaware@ag.tn.gov

Garvan F. McDaniel on behalf of Creditor CBL & Associates Management, Inc.
gfmcdaniel@dkhogan.com, gdurstein@dkhogan.com

Marcy J. McLaughlin Smith on behalf of Interested Party Chick-fil-A, Inc.
Marcy.Smith@troutman.com,
wlbank@troutman.com;Monica.Molitor@troutman.com;Peggianne.Hardin@troutman.com

Marcy J. McLaughlin Smith on behalf of Interested Party James F. Hyatt, II
Marcy.Smith@troutman.com,
wlbank@troutman.com;Monica.Molitor@troutman.com;Peggianne.Hardin@troutman.com

Marcy J. McLaughlin Smith on behalf of Interested Party Taju O. Durodoye
Marcy.Smith@troutman.com,
wlbank@troutman.com;Monica.Molitor@troutman.com;Peggianne.Hardin@troutman.com

Rachel B. Mersky on behalf of Creditor CH Realty III/Battlefield, L.L.C.
rmersky@monlaw.com

Rachel B. Mersky on behalf of Creditor Crossroads Plaza 1743, LLC
rmersky@monlaw.com

Rachel B. Mersky on behalf of Creditor Huntington Mall Company
rmersky@monlaw.com

Rachel B. Mersky on behalf of Creditor Sandusky Mall Company
rmersky@monlaw.com

Rachel B. Mersky on behalf of Creditor Waste Management
rmersky@monlaw.com

Rick S. Miller on behalf of Creditor Florida Self-Insurers Guaranty Association, Inc.
rmiller@ferryjoseph.com, mstucky@ferryjoseph.com

Stephen M. Miller on behalf of Creditor T&M Limited Liability Company
smiller@morrisjames.com, wweller@morrisjames.com

Carol E. Momjian on behalf of Interested Party Commonwealth of Pennsylvania,
Office of Attorney General
cmomjian@attorneygeneral.gov

Christopher R. Momjian on behalf of Interested Party Commonwealth of
Pennsylvania, Office of Attorney General
crmomjian@attorneygeneral.gov

Courtney L. Morgan on behalf of Creditor Pension Benefit Guaranty Corporation
morgan.courtney@pbgc.gov, efile@pbgc.gov

Lucian Borders Murley on behalf of Creditor Strategic Equipment, LLC
luke.murley@saul.com, robyn.warren@saul.com

Peter Klaus Muthig on behalf of Creditor Maricopa County Treasurer
muthigk@mcao.maricopa.gov, geiserr@mcao.maricopa.gov

Michael S. Neiburg on behalf of Creditor St. John & Partners Advertising and Public
Relations, Inc.
bankfilings@ycst.com

Stacy L. Newman on behalf of Plaintiff Ruby Tuesday Operations LLC

snewman@ashby-geddes.com, ahrycak@ashbygeddes.com

Sean A. O'Neal on behalf of Creditor Goldman Sachs Bank USA
soneal@cgsh.com, maofiling@cgsh.com

Sean A. O'Neal on behalf of Creditor Goldman Sachs Specialty Lending Group, L.P.
soneal@cgsh.com, maofiling@cgsh.com

James E O'Neill on behalf of Debtor RT Denver Franchise, L.P.
joneill@pszjlaw.com, efile1@pszjlaw.com

James E O'Neill on behalf of Debtor RT Detroit Franchise, LLC
joneill@pszjlaw.com, efile1@pszjlaw.com

James E O'Neill on behalf of Debtor RT Distributing, LLC
joneill@pszjlaw.com, efile1@pszjlaw.com

James E O'Neill on behalf of Debtor RT FL Gift Cards, Inc.
joneill@pszjlaw.com, efile1@pszjlaw.com

James E O'Neill on behalf of Debtor RT Finance, LLC
joneill@pszjlaw.com, efile1@pszjlaw.com

James E O'Neill on behalf of Debtor RT Florida Equity, LLC
joneill@pszjlaw.com, efile1@pszjlaw.com

James E O'Neill on behalf of Debtor RT Franchise Acquisition, LLC
joneill@pszjlaw.com, efile1@pszjlaw.com

James E O'Neill on behalf of Debtor RT Indianapolis Franchise, LLC
joneill@pszjlaw.com, efile1@pszjlaw.com

James E O'Neill on behalf of Debtor RT Jonesboro Club
joneill@pszjlaw.com, efile1@pszjlaw.com

James E O'Neill on behalf of Debtor RT KCMO Franchise, LLC
joneill@pszjlaw.com, efile1@pszjlaw.com

James E O'Neill on behalf of Debtor RT Kentucky Restaurant Holdings, LLC
joneill@pszjlaw.com, efile1@pszjlaw.com

James E O'Neill on behalf of Debtor RT Las Vegas Franchise, LLC
joneill@pszjlaw.com, efile1@pszjlaw.com

James E O'Neill on behalf of Debtor RT Long Island Franchise, LLC
joneill@pszjlaw.com, efile1@pszjlaw.com

James E O'Neill on behalf of Debtor RT Michiana Franchise, LLC
joneill@pszjlaw.com, efile1@pszjlaw.com

James E O'Neill on behalf of Debtor RT Michigan Franchise, LLC
joneill@pszjlaw.com, efile1@pszjlaw.com

James E O'Neill on behalf of Debtor RT Minneapolis Franchise, LLC
joneill@pszjlaw.com, efile1@pszjlaw.com

James E O'Neill on behalf of Debtor RT Minneapolis Holdings, LLC
joneill@pszjlaw.com, efile1@pszjlaw.com

James E O'Neill on behalf of Debtor RT New England Franchise, LLC
joneill@pszjlaw.com, efile1@pszjlaw.com

James E O'Neill on behalf of Debtor RT New Hampshire Restaurant Holdings, LLC
joneill@pszjlaw.com, efile1@pszjlaw.com

James E O'Neill on behalf of Debtor RT New York Franchise, LLC
joneill@pszjlaw.com, efile1@pszjlaw.com

James E O'Neill on behalf of Debtor RT Omaha Franchise, LLC
joneill@pszjlaw.com, efile1@pszjlaw.com

James E O'Neill on behalf of Debtor RT Omaha Holdings, LLC
joneill@pszjlaw.com, efile1@pszjlaw.com

James E O'Neill on behalf of Debtor RT One Percent Holdings II, LLC
joneill@pszjlaw.com, efile1@pszjlaw.com

James E O'Neill on behalf of Debtor RT One Percent Holdings, LLC
joneill@pszjlaw.com, efile1@pszjlaw.com

James E O'Neill on behalf of Debtor RT Orlando Franchise, LP
joneill@pszjlaw.com, efile1@pszjlaw.com

James E O'Neill on behalf of Debtor RT Restaurant Services, LLC
joneill@pszjlaw.com, efile1@pszjlaw.com

James E O'Neill on behalf of Debtor RT South Florida Franchise, LP
joneill@pszjlaw.com, efile1@pszjlaw.com

James E O'Neill on behalf of Debtor RT Southwest Franchise, LLC
joneill@pszjlaw.com, efile1@pszjlaw.com

James E O'Neill on behalf of Debtor RT St. Louis Franchise, LLC
joneill@pszjlaw.com, efile1@pszjlaw.com

James E O'Neill on behalf of Debtor RT Tampa Franchise, LP
joneill@pszjlaw.com, efile1@pszjlaw.com

James E O'Neill on behalf of Debtor RT West Palm Beach Franchise, LP
joneill@pszjlaw.com, efile1@pszjlaw.com

James E O'Neill on behalf of Debtor RT Western Missouri Franchise, LLC
joneill@pszjlaw.com, efile1@pszjlaw.com

James E O'Neill on behalf of Debtor RT of Carroll County, LLC
joneill@pszjlaw.com, efile1@pszjlaw.com

James E O'Neill on behalf of Debtor RT of Fruitland, Inc.
joneill@pszjlaw.com, efile1@pszjlaw.com

James E O'Neill on behalf of Debtor RT of Maryland, LLC
joneill@pszjlaw.com, efile1@pszjlaw.com

James E O'Neill on behalf of Debtor RTBD, LLC
joneill@pszjlaw.com, efile1@pszjlaw.com

James E O'Neill on behalf of Debtor RTI Holding Company, LLC
joneill@pszjlaw.com, efile1@pszjlaw.com

James E O'Neill on behalf of Debtor RTT Texas, Inc.
joneill@pszjlaw.com, efile1@pszjlaw.com

James E O'Neill on behalf of Debtor RTTA, LP

joneill@pszjlaw.com, efile1@pszjlaw.com

James E O'Neill on behalf of Debtor RTTT, LLC
joneill@pszjlaw.com, efile1@pszjlaw.com

James E O'Neill on behalf of Debtor Ruby Tuesday of Allegany County, Inc.
joneill@pszjlaw.com, efile1@pszjlaw.com

James E O'Neill on behalf of Debtor Ruby Tuesday of Bryant, Inc.
joneill@pszjlaw.com, efile1@pszjlaw.com

James E O'Neill on behalf of Debtor Ruby Tuesday of Columbia, Inc.
joneill@pszjlaw.com, efile1@pszjlaw.com

James E O'Neill on behalf of Debtor Ruby Tuesday of Frederick, Inc.
joneill@pszjlaw.com, efile1@pszjlaw.com

James E O'Neill on behalf of Debtor Ruby Tuesday of Linthicum, Inc.
joneill@pszjlaw.com, efile1@pszjlaw.com

James E O'Neill on behalf of Debtor Ruby Tuesday of Marley Station, Inc.
joneill@pszjlaw.com, efile1@pszjlaw.com

James E O'Neill on behalf of Debtor Ruby Tuesday of Pocomoke City, Inc.
joneill@pszjlaw.com, efile1@pszjlaw.com

James E O'Neill on behalf of Debtor Ruby Tuesday of Russellville, Inc.
joneill@pszjlaw.com, efile1@pszjlaw.com

James E O'Neill on behalf of Debtor Ruby Tuesday of Salisbury, Inc.
joneill@pszjlaw.com, efile1@pszjlaw.com

James E O'Neill on behalf of Debtor Ruby Tuesday, Inc.
joneill@pszjlaw.com, efile1@pszjlaw.com

James E O'Neill on behalf of Debtor Ruby Tuesday, LLC
joneill@pszjlaw.com, efile1@pszjlaw.com

James E O'Neill on behalf of Plaintiff Ruby Tuesday, Inc.
joneill@pszjlaw.com, efile1@pszjlaw.com

Malhar S. Pagay on behalf of Debtor RTI Holding Company, LLC
mpagay@pszjlaw.com, snelson@pszyjw.com;smiller@pszyjw.com

Malhar S. Pagay on behalf of Plaintiff Ruby Tuesday, Inc.
mpagay@pszyjw.com, snelson@pszyjw.com;smiller@pszyjw.com

Daniel Michael Pereira on behalf of Interested Party International Fidelity Insurance
Company
dpereira@stradley.com

Lisa M. Peters on behalf of Creditor CNL Funding 2000-A, LP
lisa.peters@kutakrock.com, Marybeth.brukner@kutakrock.com

Jason Custer Powell on behalf of Creditor Ecolab Inc.
jpowell@delawarefirm.com, dtroiano@delawarefirm.com

David P. Primack on behalf of Interested Party Gold Square PA, LLC
dprimack@mdmc-law.com, scarney@mdmc-law.com

Amanda K. Quick on behalf of Interested Party State of Indiana
Amanda.Quick@atg.in.gov, marie.baker@atg.in.gov

Evan Rassman on behalf of Creditor Marshall Family Trust
erassman@cohenseglias.com

Justin E. Rawlins on behalf of Interested Party TCW Direct Lending
justinrawlins@paulhastings.com, shelbywidawski@paulhastings.com

Reliable Companies
gmatthews@reliable-co.com

Linda Richenderfer on behalf of U.S. Trustee U.S. Trustee
Linda.Richenderfer@usdoj.gov

Laurel D. Roglen on behalf of Creditor Bennett Partners, L.L.L.P.
roglenl@ballardspahr.com, carbonej@ballardspahr.com

Laurel D. Roglen on behalf of Creditor Brixmor Operating Partnership LP
roglenl@ballardspahr.com, carbonej@ballardspahr.com

Laurel D. Roglen on behalf of Creditor CGI 3, LP

roglenl@ballardspahr.com, carbonej@ballardspahr.com

Laurel D. Roglen on behalf of Creditor DHRT INVESTMENTS, LLC
roglenl@ballardspahr.com, carbonej@ballardspahr.com

Laurel D. Roglen on behalf of Creditor Federal Realty Investment Trust
roglenl@ballardspahr.com, carbonej@ballardspahr.com

Laurel D. Roglen on behalf of Creditor MICHAEL L. SHULAR
roglenl@ballardspahr.com, carbonej@ballardspahr.com

Laurel D. Roglen on behalf of Creditor Meeker Family Limited Partnership
roglenl@ballardspahr.com, carbonej@ballardspahr.com

Laurel D. Roglen on behalf of Creditor RCLAN-RT, LLC/JENORA-RT, LLC
roglenl@ballardspahr.com, carbonej@ballardspahr.com

Laurel D. Roglen on behalf of Creditor SCF RD Funding IV, LLC
roglenl@ballardspahr.com, carbonej@ballardspahr.com

Laurel D. Roglen on behalf of Creditor STORE Capital Corporation
roglenl@ballardspahr.com, carbonej@ballardspahr.com

Laurel D. Roglen on behalf of Creditor STORE Master Funding XIII, LLC
roglenl@ballardspahr.com, carbonej@ballardspahr.com

Laurel D. Roglen on behalf of Creditor STORE Master Funding XIV, LLC
roglenl@ballardspahr.com, carbonej@ballardspahr.com

Laurel D. Roglen on behalf of Creditor STORE SPE Ruby Tuesday 2017-8, LLC
roglenl@ballardspahr.com, carbonej@ballardspahr.com

Laurel D. Roglen on behalf of Creditor William V. Meeker
roglenl@ballardspahr.com, carbonej@ballardspahr.com

Laurel D. Roglen on behalf of Defendant Evergreen Development Company, L.L.C.
roglenl@ballardspahr.com, carbonej@ballardspahr.com

Laurel D. Roglen on behalf of Defendant Weis Markets, Inc.
roglenl@ballardspahr.com, carbonej@ballardspahr.com

Frederick B. Rosner on behalf of Creditor Chazparem, LLC
rosner@teamrosner.com

Andrew John Roth-Moore on behalf of Creditor Committee OFFICIAL
COMMITTEE OF UNSECURED CREDITORS
aroth-moore@coleschotz.com,
pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jford@coleschotz.com;lm
orton@coleschotz.com

Abigail Rushing Ryan on behalf of Interested Party State of Texas
abigail.ryan@oag.texas.gov

Robert T Schmidt on behalf of Creditor Committee OFFICIAL COMMITTEE OF
UNSECURED CREDITORS
rschmidt@kramerlevin.com,
sblank@kramerlevin.com;hcardoso@kramerlevin.com;corporate-reorg-
1449@ecf.pacerpro.com

Eric Lopez Schnabel on behalf of Creditor Zions Bancorporation, N.A., dba
California Bank & Trust
de.ecf@Dorsey.com

John M. Seaman on behalf of Creditor Goldman Sachs Bank USA
seaman@abramsbayliss.com,
farro@abramsbayliss.com;matthews@abramsbayliss.com;duplessis@abramsbayliss.c
om;cannataro@abramsbayliss.com

John M. Seaman on behalf of Creditor Goldman Sachs Specialty Lending Group, L.P.
seaman@abramsbayliss.com,
farro@abramsbayliss.com;matthews@abramsbayliss.com;duplessis@abramsbayliss.c
om;cannataro@abramsbayliss.com

Jennifer R Sharret on behalf of Creditor Committee OFFICIAL COMMITTEE OF
UNSECURED CREDITORS
jsharret@kramerlevin.com, corporate-reorg-1449@ecf.pacerpro.com

J Jackson Shrum on behalf of Creditor The Miriam Cywan and Jay Ingram Cywan
Family Trust
jshrum@jshrumlaw.com

James E. Sorenson on behalf of Creditor Florida Self-Insurers Guaranty Association,

Inc.
bk@svllaw.com, jim@svllaw.com

Joshua D. Stiff on behalf of Creditor 5102 Princess Anne Road LLC (currently known
as Route Ten, LLC)
jstiff@wtplaw.com, restructuring@wolriv.com

Joshua D. Stiff on behalf of Creditor Brenda P. Walsh
jstiff@wtplaw.com, restructuring@wolriv.com

Joshua D. Stiff on behalf of Creditor Frederick P. Perkins
jstiff@wtplaw.com, restructuring@wolriv.com

Sabrina L. Streusand on behalf of Creditor Fourth Enterprises, LLC
streusand@slollp.com, prentice@slollp.com

Matthew G. Summers on behalf of Creditor Comcast Business Communications, LLC
summersm@ballardspahr.com, hartlt@ballardspahr.com

Matthew G. Summers on behalf of Creditor Comcast Cable Communications
Management LLC
summersm@ballardspahr.com, hartlt@ballardspahr.com

Theodore J. Tacconelli on behalf of Creditor Florida Self-Insurers Guaranty
Association, Inc.
ttacconelli@ferryjoseph.com

Gregory A. Taylor on behalf of Debtor RTI Holding Company, LLC
gtaylor@ashbygeddes.com, ahrycak@ashbygeddes.com

Gregory A. Taylor on behalf of Defendant Ruby Tuesday Operations LLC
gtaylor@ashbygeddes.com, ahrycak@ashbygeddes.com

William F. Taylor, Jr. on behalf of Creditor American Electric Power
bankruptcydel@mccarter.com, bankruptcydel@mccarter.com

William F. Taylor, Jr. on behalf of Creditor Baltimore Gas And Electric Company
bankruptcydel@mccarter.com, bankruptcydel@mccarter.com

William F. Taylor, Jr. on behalf of Creditor Certain Utility Companies
bankruptcydel@mccarter.com, bankruptcydel@mccarter.com

William F. Taylor, Jr. on behalf of Creditor Chester C. Fosgate Company, LLC
bankruptcydel@mccarter.com, bankruptcydel@mccarter.com

William F. Taylor, Jr. on behalf of Creditor Constellation NewEnergy - Gas Division, LLC
bankruptcydel@mccarter.com, bankruptcydel@mccarter.com

William F. Taylor, Jr. on behalf of Creditor Constellation NewEnergy, Inc.
bankruptcydel@mccarter.com, bankruptcydel@mccarter.com

William F. Taylor, Jr. on behalf of Creditor Delmarva Power & Light Company
bankruptcydel@mccarter.com, bankruptcydel@mccarter.com

William F. Taylor, Jr. on behalf of Creditor Florida Power & Light Company
bankruptcydel@mccarter.com, bankruptcydel@mccarter.com

William F. Taylor, Jr. on behalf of Creditor Georgia Power Company
bankruptcydel@mccarter.com, bankruptcydel@mccarter.com

William F. Taylor, Jr. on behalf of Creditor Gulf Power Company
bankruptcydel@mccarter.com, bankruptcydel@mccarter.com

William F. Taylor, Jr. on behalf of Creditor Jersey Central Power & Light Company
bankruptcydel@mccarter.com, bankruptcydel@mccarter.com

William F. Taylor, Jr. on behalf of Creditor Metropolitan Edison Company
bankruptcydel@mccarter.com, bankruptcydel@mccarter.com

William F. Taylor, Jr. on behalf of Creditor Monongahela Power Company
bankruptcydel@mccarter.com, bankruptcydel@mccarter.com

William F. Taylor, Jr. on behalf of Creditor Ohio Edison Company
bankruptcydel@mccarter.com, bankruptcydel@mccarter.com

William F. Taylor, Jr. on behalf of Creditor PECO Energy Company
bankruptcydel@mccarter.com, bankruptcydel@mccarter.com

William F. Taylor, Jr. on behalf of Creditor Pennsylvania Electric Company
bankruptcydel@mccarter.com, bankruptcydel@mccarter.com

William F. Taylor, Jr. on behalf of Creditor Pennsylvania Power Company
bankruptcydel@mccarter.com, bankruptcydel@mccarter.com

William F. Taylor, Jr. on behalf of Creditor Potomac Edison Company
bankruptcydel@mccarter.com, bankruptcydel@mccarter.com

William F. Taylor, Jr. on behalf of Creditor TECO Peoples Gas System
bankruptcydel@mccarter.com, bankruptcydel@mccarter.com

William F. Taylor, Jr. on behalf of Creditor Tampa Electric Company
bankruptcydel@mccarter.com, bankruptcydel@mccarter.com

William F. Taylor, Jr. on behalf of Creditor The Connecticut Light & Power Company
bankruptcydel@mccarter.com, bankruptcydel@mccarter.com

William F. Taylor, Jr. on behalf of Creditor The Potomac Electric Power Company
bankruptcydel@mccarter.com, bankruptcydel@mccarter.com

William F. Taylor, Jr. on behalf of Creditor Virginia Electric and Power Company
d/b/a Dominion Energy Virginia
bankruptcydel@mccarter.com, bankruptcydel@mccarter.com

William F. Taylor, Jr. on behalf of Creditor Yankee Gas Services Company
bankruptcydel@mccarter.com, bankruptcydel@mccarter.com

James Tobia on behalf of Creditor Keith E. Adams and Kim D. Adams, as Trustees of
the Adams Family Trust
jimtobia@comcast.net;bankserve@tobialaw.com

Ronald Mark Tucker on behalf of Creditor Simon Property Group, Inc.
rtucker@simon.com, bankruptcy@simon.com

U.S. Trustee
USTPRegion03.WL.ECF@USDOJ.GOV

Jane VanLare on behalf of Creditor Goldman Sachs Bank USA
jvanlare@cgsh.com, maofiling@cgsh.com

Jane VanLare on behalf of Creditor Goldman Sachs Specialty Lending Group, L.P.
jvanlare@cgsh.com, maofiling@cgsh.com

75486208v.1

Sally E. Veghte on behalf of Creditor Maryville College
sveghte@klehr.com

Sally E. Veghte on behalf of Creditor Myra C. Clark
sveghte@klehr.com

Sally E. Veghte on behalf of Interested Party Tina M. Castro
sveghte@klehr.com

Michael L. Vild on behalf of Interested Party Christopher Marchand
mvild@crosslaw.com, smacdonald@crosslaw.com

Christopher A. Ward on behalf of Interested Party Robert LeBoeuf
cward@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com

Matthew P. Ward on behalf of Creditor Silverman Realty Associates LLC
matthew.ward@wbd-us.com, Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com

Raeann C Warner on behalf of Creditor A. G.
raeann@jcdelaw.com,
regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Jeffrey C. Wisler on behalf of Creditor Michael and Lory Sarlo, Trustees of The
Atlantis Trust
jwisler@connollygallagher.com

Samuel C. Wisotzkey on behalf of Creditor Ecolab Inc.
swisotzkey@kmksc.com, kmksc@kmksc.com

Blair Zanzig on behalf of Creditor Arete Partners 2263 Memorial, LLC
bzanzig@hzhlaw.com

75486208v.1

**VIA FIRST-CLASS MAIL**

**Michael G. Abelow**
Sherrard Roe Voigt & Harbison, PLC
150 3rd Avenue South, Suite 1100
Nashville, TN 37201

**D. Keith Andress**
Baker, Donelson, Bearman, Caldwell & Ber
Shipt Tower, 420 20th Street North
Suite 1400
Birmingham, AL 35203

**Gregory Baser**
Zions Bancorporation
One S. Main St., Ste 1400
Salt Lake City, UT 84133

**Nancy M Bello**
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

**Robert J. Berens**
SMTD Law LLP
2001 E. Campbell Ave., Ste. 201
Phoenix, AZ 85016

**Jeffrey Bernstein**
570 Broad Street
Suite 1500
Newark, NJ 07102-4560

**Mark A. Bogdanowicz**
Howard & Howard Attorneys PLLC
211 Fulton Street, Suite 600
Peoria, IL 61602

**Corinne Samler Brennan**
Klehr Harrison Harvey Branzburg LLP
1835 Market Street
Suite 1400
Philadelphia, PA 19103

**County of Loudoun**
Attn: Steven F. Jackson
1 Harrison St., S.E.
P.O. Box 7000
Leesburg, VA 20177

**John M. Craig**
LAW FIRM OF RUSSELL R. JOHNSON III, PLC
2258 Wheatlands Drive
Manakin-Sabot, VA 23103

**Craighead County Tax Collector**
511 Union Street
PO Box 9276
Jonesboro, AR 72401

**Jason DeVaughn**
1109 Massey Street
Smithfield, NC 27577

**Jeffrey W. Dulberg**
Pachulski Stang Ziehl & Jones LLp
10100 Santa Monica Boulevard
13th Floor
Los Angeles, CA 90067-4100

**Eversource Gas of Massachusetts**
P.O. Box 2025
Springfield, MA 01102

**Abria Ezell**
714 Sage Hill Drive
Wenonah, NJ 08090

**Fraluisal LLC**
Daniels Norelli Cecere & Tave! PC
c/o Michael Margolis
272 Duffy Avenue
Hicksville, NY 11801

**Mark J. Goepfert**
821 Dover Court Place
Downingtown, PA 19335

**Maurice K. Guinn**
Gentry, Tipton & McLemore, P.C.
900 S. Gay Street
Suite 2300
Knoxville, TN 37902

**Richard E. Hagerty on behalf of Interested Party Taju O. Durodoye**
Troutman Pepper Hamilton Sanders LLP
401 9th Street NW
Suite 1000
Washington, DC 20004

**Theodore J. Hartl on behalf of Defendant Evergreen Development Company, L.L.C.**
Ballard Spahr LLP
1225 17th Street
Suite 2300
Denver, CO 80202

**Al Holifield**
Holifield & Janich, PLLC
1107 Kingston Pike
Knoxville, TN 37934

**Robert B. Ireland**
Watkins & Eager PLLC
The Emporium Building
400 East Capitol Street
Jackson, MS 39201

**Trey Jackson**
Garner & Conner, PLLC
250 High Street
Maryville, TN 37802

**Mark B. Joachim on behalf of Interested Party Quadre Investments, L.P.**
Polsinelli PC
1401 Eye Street, N.W.
Suite 800
Washington, DC 20005

**Yara Kass-Gergi**
Goulston & Storrs PC
885 3rd Avenue
New York, NY 10022

**Alan J. Kornfeld**
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd, 11th Floor
Los Angeles, CA 90067

**Paul Krog on behalf of Interested Party BNA Associates LLC**
Bulso PLC
155 Franklin Road
Suite 400
Brentwood, TN 37027

**Will League on behalf of Creditor Howard Michael Treat**
Siniard, Timberlake & League, P.C.
125 Holmes Ave. NW
Huntsville, AL 35801

**Gregory C Logue on behalf of Creditor Maryville College**
Woolf McClane Bright Allen & Carpenter
PO Box 900
Knoxville, TN 37901

**Christopher J. Major on behalf of Creditor HBN-CSC, LLC**
Meister Seelig & Fein LLP
125 Park Avenue
7th Floor
New York, NY 10017

**Kelly P. Mann**
Holifield & Janich, PLLC
1107 Kingston Pike
Knoxville, TN 37934

**Gary W. Marsh**
600 Peachtree Street, NE
Suite 3000
Atlanta, GA 30308

**Allen S. McConnaughhay on behalf of Interested Party Grace Berman**
Fonvielle Lewis Messer & McConnaughhay
3375-A Capital Circle NE
Tallahessee, FL 32308

**priscilla Miami Dade County Tax Collector (Windley)**
200 NW 2nd Avenue
Miami, FL 33128

75486208v.1

**Robert W. Miller**
Manier & Herod P.C.
1201 Demonbreun Street, Suite 900
Nashville, TN 37203

**Robert Millman**
191 Peachtree Street
Suite 4200
Atlanta, GA 30303

**Kim Monk**
73B South Evergreen Avenue
Woodbury, NJ 08096

**Michael R. Morano**
McElroy, Deutsch, Mulvaney & Carpenter
1300 Mount Kemble Ave.
PO Box 2075
Morristown, NJ 07962

**Christopher Morgan**
6 Parktrail Lane
Buffalo, NY 14227

**James E. Morgan**
Howard & Howard Attorneys PLLC
200 South Michigan Avenue
Suite 1100
Chicago, IL 60604-2461

**Shahara Zen Nawz**
952 Dick Road
Buffalo, NY 14225

**Victoria A Newmark on behalf of Plaintiff Ruby Tuesday, Inc.**
10100 Santa Monica Blvd.
Los Angeles, CA 90067-4003

**Anh Nguyen on behalf of Creditor Fourth Enterprises, LLC**
Streusand, Landon, Ozburn & Lemmon, LLP
1801 S. MoPac Expressway
Suite 320
Austin, TX 78746

**Andrew O'Toole**
469 Sawyer Drive
Cujoe Key, FL 33042

**Office of Unemployment Compensation Tax Services (UCTS), Department of Labor and Industry, Commonwealth of Pennsylvania**
Collections Support Unit
C/O Deb Crest
651 Boas Street, Room 925
Harrisburg, PA 17121

**Jamie W. Olinto**
Adams and Reese LLP
501 Riverside Avenue, Suite 601
Jacksonville, FL 32202

**Oswego City School District**
C/O Thomas C. Buckel
107 Hampshire Road
Syracuse, NY 13203

**Richard M. Pachulski**
Pachulski Stang Ziehl & Jones LLP
150 California Street
15th Floor
San Francisco, CA 94111

**John M. Potter**
4700 S. Highland Drive, Suite B
Holladay, UT 84117

**John J Powers, Jr.**
2125 Garland St
Sylvan Lake, MI 48320

**Prince George's County, Maryland**
c/o Meyers, Rodbell & Rosenbaum, P.A.
6801 Kenilworth Ave.
Ste. 400
Riverdale Park, MD 20737

**Sandra Ramsey**
50 Flour Lane
Henderson, NC 27537

75486208v.1

**Adam C. Rogoff**
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

**Anthony M. Salzano on behalf of Creditor Pasco County Board of County Commissioners**
Pasco County Attorney's Office
West Pasco Government Center
8731 Citizens Drive
Suite 340
New Port Richey, FL 34654

**Katherine E. Anderson Sanchez**
Ballard Spahr LLP
1 E. Washington Street
Suite 2300
Phoenix, AZ 85004

**Michelle C. Schwarzburg**
Heller, Maas, Moro, & Magill, CO LPA
c/o Patrick Moro
54 Westchester Drive
Suite 10
Youngstown, OH 44515

**Michael B. Schwegler on behalf of Interested Party Marc LaGasse**
STITES & HARBISON, PLLC
401 Commerce Street
Suite 800
Nashville, TN 37219

**Nathan S. Seim**
Dorsey & Whitney LLP
111 S. Main Street, Ste 2100
Salt Lake City, UT 84111

**Scott C. Shelley on behalf of Interested Party TCW Direct Lending**
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166

**Eric W. Smith on behalf of Interested Party BNA Associates LLC**
Bulso PLC
155 Franklin Road
Suite 400
Brentwood, TN 37027

75486208v.1

**Shane Smith**
195 Fries Mill Road
Apt 1804
Turnersville, NJ 08012

**Summer L. Speight**
800 E. Canal Street
Richmond, VA 23219

**St. Claire County Revenue Office**
2603 Moody Parkway
Suite 200
P.O. Box 310
Moody, AL 35004

**State of Ohio Bureau of Workers' Compensation**
30 W. Spring St.
Columbus, OH 43266

**John E. Stell on behalf of Creditor City of Winder**
Stell, Smith & Mattison, P.C.
98 North Broad Street
P.O. Box 644
Winder, GA 30680

**Fatai A. Suleman on behalf of Interested Party Taju O. Durodoye**
7501 Greenway Center Drive, Suite 450
Greenbelt, MD 20770

**Carrie Tie**
Maki Law LLC
c/o Brennen Maki
467 Naubuc Avenue
Glastonbury, CT 06033

**Town of Christiansburg**
100 E. Main Street
Christiansburg, VA 24073

**Roger Triplett**
856 Stonehouse Road
Lewisburg, WV 24901

75486208v.1

**Brittney D. Turpin**
Nelson Law Group, PLLC
c/o Jesse Nelson
10263 Kingston Pike
Knoxvile, TN 37922

**University Point Apartments**
C/O Madeline Colon
109 Harvey Drive OFC
Statesboro, GA 30458

**Scott P. Vaughn**
McGuireWoods LLP
201 North Tryon Street
Suite 3000
Charlotte, NC 28202

**Kenneth Versichele**
11683 S.W. 71st Circle
Ocala, FL 34476

**Beth Von Voigt**
Munley Law PC
c/o Katie Nealon
227 Penn Ave
Scranton, PA 18503

**Jonathan M. Wagner on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

**Anne Weier on behalf of Creditor Thomas W. Spears**
Garner & Conner, PLLC
250 High Street
Maryville, TN 37802

**Mitchell B. Weitzman.**
Jackson & Campbell, P.C.
2300 N Street, N.W.
Suite 300
Washington, DC 20037

75486208v.1

**Sean T. Wilson on behalf of Creditor Aston Properties, Inc.**
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

**Sean T. Wilson .**
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

**Michele Wright**
111 Mimosa Circle
Maryville, TN 3801