IN THE UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF COLUMBIA

FILED
2021 SEP 28 PM 2:42
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:                                                          CHAPTER 11

RTI HOLDINGS COMPANY, LLC et al,                                CASE NO.: 20-12454 (JTD)

    Reorganized Debtors.

CLAIM NO.: 226 and 282

## FURTHER OBJECTIONS

I, Donald C. Karn, Jr., has further objections to the claims to RTI Holdings Company, LLC:

**Objection #5:** Counsel emailed Claimant on September 17, 2021 seeking to have Claimant drop the objections made and sent to Court on September 10, 2021. Counsel produced paystubs from Ruby Tuesday's supposedly throughout my employment from April 12, 2019 until November 17, 2019. Sadly counsel did not produce the check stubs from April 17-23, 2019 nd my last check in November. Counsel's attempt to confuse the issue should not go unnoticed.

**Objection #6:** Claimant find Counsel's behavior highly questionable by NOW contacting Claimant and finally producing their evidence to Claimant. Claimant filed Proof of Claim and was received by the Court on December 7, 2020. This is an effort to brush valid debts from the proceeding.

**Objection #7:** Counsel keeps stating that Claimant has not produced documentation to support the proof of claim. Claimant would contend that Counsel never sent or requested through the Court supporting document to the validity of the claim. Claimant(s) were asked to fill out and submit a Proof of Claim (which was included in previous objections). It is the fault of Counsel to, as the case nears it conclusion, be asking for supporting documentation. This is the first time Claimant has heard from Counsel.

## CONCLUSION

In light that Counsel has failed to adequately do its job effectively in seeking document when it had proper time, Claimant asks the Court to allow my objections from September 10, 2021 as well as September 24, 2021 as testimony to the fact that RTI Holdings Company, LLC owes Donald C. Karn, Jr.'s claim and be directed to pay the debt.

Date: September 24, 2021

*[signature]*
Donald C. Karn, Jr., Claimant

cc: Katrina Earle and Gregory Taylor, Counsel, Ashby & Geddes, P.A.
    emails: kearle#ashbygeddes.com and gtaylor@ashbygeddes.com