## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>RTI HOLDING COMPANY, LLC, *et al.*,[1]<br><br>Reorganized Debtors. | Chapter 11<br><br>Case No. 20-12456 (JTD)<br><br>(Jointly Administered)<br><br>**Re: D.I. 1678** |

### THE REORGANIZED DEBTORS' NOTICE OF WITHDRAWAL OF THE REORGANIZED DEBTORS' THIRTEENTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) TO CERTAIN NO DOCUMENTATION CLAIMS SOLELY WITH RESPECT TO CLAIM NO. 284 FILED BY DONALD J. KARN, JR.

**PLEASE TAKE NOTICE** that on August 31, 2021, Ruby Tuesday Operations LLC ("RTO"), successor-in-interest to Ruby Tuesday, Inc. ("RTI"), pursuant to the *Debtors' Second Amended Chapter 11 Plan, as Modified* [D.I. 1135] (the "Plan") and one of the reorganized debtors (the "Debtors" or "Reorganized Debtors"), filed *The Reorganized Debtors' Thirteenth Omnibus Objection (Non-Substantive) to Certain No Documentation Claims* [D.I. 1678] (the "Thirteenth Omnibus Objection").

**PLEASE TAKE FURTHER NOTICE** that the Reorganized Debtors hereby withdraw the Thirteenth Omnibus Objection solely with respect to the claim of Donald C. Karn, Jr., Claim No. 284 (the "Withdrawn Claim").

**PLEASE TAKE FURTHER NOTICE** that, other than the withdrawal of the Thirteenth Omnibus Objection with respect to the Withdrawn Claim as provided above, the Thirteenth

---

[1] The Reorganized Debtors in these chapter 11 cases and the last four digits of each Reorganized Debtor's U.S. tax identification number are as follows: RTI Holding Company, LLC (4966) and Ruby Tuesday, Inc. (5239). On August 26, 2021, the Court entered an order closing certain chapter 11 cases of RTI Holding Company, LLC's debtor affiliates, all of which were direct or indirect subsidiaries of RTI Holding Company, LLC (collectively, the "Subsidiary Debtors"). *See* D.I. 1667. A complete list of the Subsidiary Debtors, along with the last four digits of their federal tax identification numbers, can be found at the following web address: https://dm.epiq11.com/case/rubytuesday. The Reorganized Debtors' mailing address is 216 East Church Avenue, Maryville, TN 37804.

{01728087;v1 }

Omnibus Objection (including the Schedule attached thereto) remains otherwise unaffected.

      **PLEASE TAKE FURTHER NOTICE** that this notice will be provided to the claimant and/or counsel to the affected claimant and the Reorganized Debtors submit that no other or further notice need be provided.

| | |
|---|---|
| Dated: September 30, 2021<br>Wilmington, Delaware | **ASHBY & GEDDES, P.A.**<br><br>*/s/ Gregory A. Taylor*<br>Gregory A. Taylor (DE Bar No. 4008)<br>Katharina Earle (DE Bar No. 6348)<br>500 Delaware Avenue, 8th Floor<br>Wilmington, Delaware 19899-1150<br>Tel: (302) 654-1888<br>Fax: (302) 654-2067<br>Email: gtaylor@ashbygeddes.com<br>       kearle@ashbygeddes.com<br><br>*Counsel to the Post-Confirmation Reorganized Debtors* |