IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| RTI HOLDING COMPANY, LLC, *et al.*,[1] | Case No. 20-12456 (JTD) |
| Reorganized Debtors. | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM OF MERIDEN REALTY LLC (CLAIM NO. 10289)

**PLEASE TAKE NOTICE** that Meriden Realty LLC, having filed Proof of Claim Number 10289 (the "Claim") on December 8, 2020, hereby withdraws the Claim.

Dated: October 22, 2021
Wilmington, Delaware

Meriden Realty LLC
c/o Namdar Realty Group

Joshua S. Hackman
150 Great Neck Road, Suite 304
Great Neck, New York 11021
Tel: (516) 773-0010
Email: Josh@Namdarllc.com

---

[1] The Reorganized Debtors in these chapter 11 cases and the last four digits of each Reorganized Debtor's U.S. tax identification number are as follows: RTI Holding Company, LLC (4966) and Ruby Tuesday, Inc. (5239). On August 26, 2021, the Court entered an order closing certain chapter 11 cases of RTI Holding Company, LLC's debtor affiliates, all of which were direct or indirect subsidiaries of RTI Holding Company, LLC (collectively, the "Subsidiary Debtors"). *See* D.I. 1667. A complete list of the Subsidiary Debtors, along with the last four digits of their federal tax identification numbers, can be found at the following web address: https://dm.epiq11.com/case/rubytuesday. The Reorganized Debtors' mailing address is 216 East Church Avenue, Maryville, TN 37804.

{01735756;v1 }