IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>RTI HOLDING COMPANY, LLC,<br><br>Debtor(s). | Chapter 11<br>Case No. 20-12456-JTD |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that the undersigned counsel for Moody National Companies, 434 King Street LLC, and Canal Street Properties, Inc. has changed its address as follows:

>Hiller Law, LLC
>300 Delaware Avenue, Suite 210, #227
>Wilmington, Delaware 19801

The telephone number and email address remain the same.

Dated: October 29, 2021  Respectfully submitted,
Wilmington, Delaware

HILLER LAW, LLC


 /s/ Adam Hiller
Adam Hiller (DE No. 4105)
PLEASE NOTE NEW ADDRESS:
300 Delaware Avenue, Suite 210, #227
Wilmington, Delaware 19801
(302) 442-7677 telephone
ahiller@adamhillerlaw.com