# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| RTI HOLDING COMPANY, LLC, *et al.,* | ) ) ) | Case No. 20-12456 (JTD) |
| Reorganized Debtors. | ) ) ) ) | (Jointly Administered) |
|  | ) | **Ref. Docket Nos. 1825 - 1829** |

## AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT )
                           ) ss.:
COUNTY OF MIDDLESEX )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as a Director of Client Services by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 15, 2021, I caused to be served the:

   a. "Certification of Counsel Regarding the Reorganized Debtors' Eighteenth Omnibus (Non- Substantive) Objection to Certain (I) Late Filed and (II) No Documentation Claims," dated November 15, 2021 [Docket No. 1825], (the "Certification"),

   b. "Order Approving Stipulation Regarding Allowance of Proofs of Claim Filed by Certain Individual Members of the AD Hoc Group of Plan Participants," dated November 15, 2021 [Docket No. 1826], (the "Ad Hoc Order"),

   c. "Order Approving Stipulation Regarding Claim No. 433 Filed by Georgia Self-Insurers Guaranty Trust Fund," dated November 15, 2021 [Docket No. 1827], (the "Withdrawal Order"),

   d. "Supplemental Order Granting the Reorganized Debtors' Motion Pursuant to Section 502(c) of the Bankruptcy Code for Entry of an order Estimating Certain Claims for Purposes of Allowance and Distribution Under the Plan Soley [*sic*] with Respect to Claim No. 10518 Filed by James Davis," dated November 15, 2021 [Docket No. 1828], (the "Davis Order"), and

e. "Certification of Counsel Regarding Order Approving Stipulation Resolving Regions Bank, as Trustee's Proof of Claim No. 11111," dated November 15, 2021 [Docket No. 1829], (the "Regions Certification"),

by causing true and correct copies of the:

i. Certification, Ad Hoc Order, Withdrawal Order, Davis Order and Regions Certification to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>,

ii. Certification, Ad Hoc Order, Withdrawal Order, Davis Order and Regions Certification to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>,

iii. Certification to be delivered via electronic mail to *michaelcbridges.62@gmail.com* and *tdevlin77@aol.com*, and

iv. Davis Order to be delivered via electronic mail to *marquecareyattorney@gmail.com*.

3. All envelopes utilized in the service of the foregoing contained the following legend: LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Angharad Bowdler*
Angharad Bowdler

Sworn to before me this
16th day of November, 2021
*/s/ Amy E. Lewis*
Notary Public, State of Connecticut
Acct. No. 100624
Commission Expires: 8/31/2022

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| CHIU, JAMES F, DEPUTY ATTY GENERAL | (COUNSEL FOR STATE OF INDIANA) ATTN OFFICE OF ATTY GENERAL OF INDIANA 302 W WASHINGTON ST, IGCS-5TH FL INDIANAPOLIS IN 46204 |
| DELAWARE SECRETARY OF STATE | ATTN DIVISION OF CORPORATIONS, FRANCHISE TAX PO BOX 898 WASHINGTON DC 20549 |
| DELAWARE STATE TREASURY | 820 SILVER LAKE BLVD, STE 100 DOVER DE 19904 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| MEYERS RODBELL & ROSENBAUM PA | (COUNSEL TO PRINCE GEORGE'S COUNTY) ATTN NICOLE C KENWORTHY 6801 KENILWORTH AVE, STE 400 RIVERDALE MD 20737-1385 |
| OFFICE OF THE ATTORNEY GENERAL | ATTN CAROL E MOMJIAN, CHRISTOPHER R MOMJIAN THE PHOENIX BLDG 1600 ARCH ST, STE 300 PHILADELPHIA PA 19103 |
| OFFICE OF THE ATTORNEY GENERAL | ATTN HEATHER M CROCKETT & AMANDA K QUICK 302 W WASHINGTON ST, IGCS, 5TH FL INDIANAPOLIS IN 46204 |
| OFFICE OF THE ATTORNEY GENERAL | ATTN JASON B BINFORD & ABIGAIL R RYAN, BANKRUPTCY & COLLECTIONS DIVISION PO BOX 12548, MC 008 AUSTIN TX 78711-2548 |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN LINDA RICHENDEFER 844 KING ST, STE 2207, LOCK BOX 35 WILMINGTON DE 19801 |
| SECURITIES AND EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE ATTN MARK BERGER, REGIONAL DIRECTOR 200 VESEY ST, STE 400 NEW YORK NY 10281-1022 |
| SECURITIES AND EXCHANGE COMMISSION | ATTN SEC HEADQUARTERS 100 F ST NE WASHINGTON DC 20549 |
| TENNESSEE ATTORNEY GENERAL CONSUMER DIV | C/O TN ATTORNEY GENERAL OFFICE ATTN BANKRUPTCY DIV PO BOX 20207 NASHVILLE TN 37202-0207 |
| WOLCOTT RIVERS GATES | (COUNSEL TO ROUTE 10) ATTN JOSHUA D STIFF 200 BENDRIX RD, STE 300 VIRGINIA BEACH VA 23452 |

**Total Creditor count  13**

**EXHIBIT B**

| NAME | EMAIL ADDRESS |
| --- | --- |
| ABRAMS & BAYLISS LLP | SEAMAN@ABRAMSBAYLISS.COM; |
| ADAMS AND REESE LLP | JOHN.ROGERSON@ARLAW.COM; JAMIE.OLINTO@ARLAW.COM; |
| ASHBY & GEDDES | AHRYCAK@ASHBYGEDDES.COM; KEARLE@ASHBYGEDDES.COM; GTAYLOR@ASHBYGEDDES.COM; |
| AUSTRIA LEGAL, LLC | MAUSTRIA@AUSTRIALLC.COM |
| BALLARD SPAHR LLP | HEILMANL@BALLARDSPAHR.COM; ROGLENL@BALLARDSPAHR.COM; GANZC@BALLARDSPAHR.COM; ANDERSONSANCHEZK@BALLARDSPAHR.COM; SUMMERSM@BALLARDSPAHR.COM; |
| BEASLEY & GILKISON LLP | FREEMAN@BEASLEYLAW.COM; |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | KCAPUZZI@BENESCHLAW.COM; JGENTILE@BENESCHLAW.COM; |
| BUCHALTER, A PROFESSIONAL CORPORATION | SCHRISTIANSON@BUCHALTER.COM; |
| BULSO PLC | ESMITH@BULSO.COM; PKROG@BULSO.COM; |
| CAFARO MANAGEMENT COMPANY | LMADGAR@CAFAROCOMPANY.COM; |
| CHIPMAN BROWN CICERO & COLE, LLP | DESGROSS@CHIPMANBROWN.COM; |
| CITY AND COUNTY OF DENVER | BANKRUPTCY01@DENVERGOV.ORG; |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | SONEAL@CGSH.COM; JVANLARE@CGSH.COM; |
| COLE SCHOTZ P.C. | DDEAN@COLESCHOTZ.COM; JALBERTO@COLESCHOTZ.COM; AROTH-MOORE@COLESCHOTZ.COM; |
| CONNOLLY GALLAGHER LLP | CGRIFFITHS@CONNOLLYGALLAGHER.COM; LHATFIELD@CONNOLLYGALLAGHER.COM; JWISLER@CONNOLLYGALLAGHER.COM; KCONLAN@CONNOLLYGALLAGHER.COM; KBIFFERATO@CONNOLLYGALLAGHER.COM; |
| COUNTY OF LOUDOUN, VIRGINIA | STEVE.JACKSON@LOUDOUN.GOV; |
| CROSS & SIMON, LLC | MVILD@CROSSLAW.COM; |
| DELAWARE SECRETARY OF STATE | DOSDOC_FTAX@DELAWARE.GOV; |
| DELAWARE STATE TREASURY | STATETREASURER@STATE.DE.US; |
| DORSEY & WHITNEY (DELAWARE) LLP | GLORIOSO.ALESSANDRA@DORSEY.COM; SCHNABEL.ERIC@DORSEY.COM; SEIM.NATHAN@DORSEY.COM |
| DOSHI LEGAL GROUP, P.C. | AMISH@DOSHILEGAL.COM |
| DOUG BELDEN, HILLSBOROUGH COUNTY TAX COLLECTOR | FITZGERALDB@HILLSBOROUGHCOUNTY.ORG; |
| FAEGRE DRINKER BIDDLE & REATH LLP | BRETT.FALLON@FAEGREDRINKER.COM; IAN.BAMBRICK@FAEGREDRINKER.COM; JACLYN.MARASCO@FAEGREDRINKER.COM; |
| FONVIELLE LEWIS MESSER & MCCONNAUGHHAY | ALLEN@WRONGFULLYINJURED.COM |
| GARNER & CONNER, PLLC | CCONNER@GARNERCONNER.COM; |
| GIBBONS P.C. | HCOHEN@GIBBONSLAW.COM; RMALONE@GIBBONSLAW.COM; |
| GOLDMAN SACHS BANK USA | GS-SLG-NOTICES@GS.COM; |
| GOULSTON & STORRS PC | THOFFMANN@GOULSTONSTORRS.COM; YKASS-GERGI@GOULSTONSTORRS.COM; |
| HILLER LAW, LLC | AHILLER@ADAMHILLERLAW.COM; |
| HOGAN♦MCDANIEL | DCKERRICK@DKHOGAN.COM; |
| HOLIFIELD & JANICH, PLLC | AHOLIFIELD@HOLIFIELDLAW.COM; KMANN@HOLIFIELDLAW.COM; |
| HOWARD & HOWARD ATTORNEYS PLLC | MBOGDANOWICZ@HOWARDANDHOWARD.COM; |
| HUNTON & WILLIAMS LLP | GGRIFFITH@HUNTONAK.COM; |
| INDIANA ATTORNEY GENERAL OFFICE | HEATHER.CROCKETT@ATG.IN.GOV; AMANDA.QUICK@ATG.IN.GOV; |

RTI HOLDING COMPANY, LLC - Case No. 20-12456
Electronic Mail Master Service List

| NAME | EMAIL ADDRESS |
|---|---|
| JACK SHRUM, PA | JSHRUM@JSHRUMLAW.COM; |
| JACKSON & CAMPBELL, P.C. | MWEITZMAN@JACKSCAMP.COM; |
| JENSEN BAGNATO, P.C. | JEFFREY@JENSENBAGNATOLAW.COM; JEFFREYCARBINO@GMAIL.COM; |
| KASHISHIAN LAW LLC | AMK@KASHISHIANLAW.COM; |
| KELLEY DRYE & WARREN LLP | KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM; RLEHANE@KELLEYDRYE.COM; SWILSON@KELLEYDRYE.COM; MLEVINE@KELLEYDRYE.COM; |
| KLEHR HARRISON HARVEY BRANZBURG LLP | RLEMISCH@KLEHR.COM; SVEGHTE@KLEHR.COM; CBRENNAN@KLEHR.COM; |
| KLEIN LLC | KLEIN@KLEINLLC.COM |
| KOHNER, MANN & KAILAS, S.C. | SWISOTZKEY@KMKSC.COM; |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | AROGOFF@KRAMERLEVIN.COM; RSCHMIDT@KRAMERLEVIN.COM; JSHARRET@KRAMERLEVIN.COM; JWAGNER@KRAMERLEVIN.COM; |
| KURTZMAN | STEADY, LLC | KURTZMAN@KURTZMANSTEADY.COM; |
| LAW OFFICE OF SUSAN E. KAUFMAN, LLC | SKAUFMAN@SKAUFMANLAW.COM; |
| MANIER & HEROD, P.C. | MCOLLINS@MANIERHEROD.COM; RMILLER@MANIERHEROD.COM |
| MARICOPA COUNTY TREASURER | MUTHIGK@MCAO.MARICOPA.GOV |
| MAYNARD COOPER & GALE PC | JLAMAR@MAYNARDCOOPER.COM; |
| MCCARRON & DIESS | MJF@MCCARRONLAW.COM |
| MCCARTER & ENGLISH LLP | KBUCK@MCCARTER.COM; |
| MCCREARY, VESELKA, BRAGG & ALLEN, P.C. | TLEDAY@MVBALAW.COM; |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | DPRIMACK@MDMC-LAW.COM; JBERNSTEIN@MDMC-LAW.COM; GBRESSLER@MDMC-LAW.COM; MMORANO@MDMC-LAW.COM |
| MCGUIREWOODS | SVAUGHN@MCGUIREWOODS.COM; SSPEIGHT@MCGUIREWOODS.COM; |
| MIAMI-DADE COUNTY TAX COLLECTOR | PRISCILLA.WINDLEY@MIAMIDADE.GOV; MDTCBKC@MIAMIDADE.GOV; |
| MISSOURI DEPARTMENT OF REVENUE | DEECF@DOR.MO.GOV; |
| MONZACK MERSKY BROWDER and HOCHMAN, P.A. | RMERSKY@MONLAW.COM; |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | DABBOTT@MNAT.COM; |
| OAKLAND COUNTY TREASURER | KEVIN@LAWYERMICH.COM; |
| OFFICE OF ATTORNEY GENERAL - PENNSYLVANIA | CMOMJIAN@ATTORNEYGENERAL.GOV; CRMOMJIAN@ATTORNEYGENERAL.GOV; |
| OFFICE OF THE ATTORNEY GENERAL - TENNESSE | AGBANKDELAWARE@AG.TN.GOV; |
| OFFICE OF THE ATTORNEY GENERAL - TEXAS | ABIGAIL.RYAN@OAG.TEXAS.GOV; JASON.BINFORD@OAG.TEXAS.GOV; |
| OFFICE OF THE UNITED STATES TRUSTEE | LINDA.RICHENDERFER@USDOJ.GOV; |
| PACHULSKI STANG ZIEHL & JONES LLP | JONEILL@PSZJLAW.COM |
| PASCO COUNTY, FLORIDA ON BEHALF OF BOARD OF COUNTY COMMISSIONERS | ASALZANO@PASCOCOUNTYFL.NET; TOSIPOV@PASCOCOUNTYFL.NET |
| PAUL HASTING LLP | JUSTINRAWLINS@PAULHASTINGS.COM; |
| PENSION BENEFIT GUARANTY CORPORATION | MORGAN.COURTNEY@PBGC.GOV; EFILE@PBGC.GOV; HARRIS.MELISSA@PBGC.GOV; |
| POLSINELLI PC | CWARD@POLSINELLI.COM; |
| REGER RIZZO & DARNALL LLP | ERASSMAN@REGERLAW.COM; |
| SAUL EWING ARNSTEIN & LEHR LLP | MONIQUE.DISABATINO@SAUL.COM; LUKE.MURLEY@SAUL.COM; |
| SCHNADER HARRISON SEGAL & LEWIS LLP | RBARKASY@SCHNADER.COM; KDOUGHTY@SCHNADER.COM |
| SCHREEDER, WHEELER & FLINT, LLP | CHORD@SWFLLP.COM; |

| NAME | EMAIL ADDRESS |
| --- | --- |
| SECURITIES & EXCHANGE COMMISSION | SECBANKRUPTCY-OGC-ADO@SEC.GOV; SECBANKRUPTCY@SEC.GOV; |
| SECURITIES AND EXCHANGE COMMISSION | BANKRUPTCYNOTICESCHR@SEC.GOV; NYROBANKRUPTCY@SEC.GOV; |
| SEYFARTH SHAW LLP | WHANLON@SEYFARTH.COM; |
| SHERRARD ROE VOIGT & HARBISON, PLC | MABELOW@SRVHLAW.COM; |
| SIMON PROPERTY GROUP | RTUCKER@SIMON.COM; |
| SMTD LAW LLP | RBERENS@SMTDLAW.COM; |
| STATE OF INDIANA | JAMES.CHIU@ATG.IN.GOV |
| STRADLEY, RONON, STEVENS & YOUNG, LLP | DPEREIRA@STRADLEY.COM |
| STREUSAND, LANDON, OZBURN & LEMMON, LLP | STREUSAND@SLOLLP.COM; NGUYEN@SLOLLP.COM; |
| SULLIVAN · HAZELTINE · ALLINSON LLC | ZALLINSON@SHA-LLC.COM; |
| TCW DIRECT LENDING LLC | MICHAEL.ANELLO@TCW.COM; |
| THE ROSNER LAW GROUP LLC | GIBSON@TEAMROSNER.COM; LIU@TEAMROSNER.COM; ROSNER@TEAMROSNER.COM; |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | MARCY.SMITH@TROUTMAN.COM; MATTHEW.BROOKS@TROUTMAN.COM; GARY.MARSH@TROUTMAN.COM; |
| TUCKER ARENSBERG | BMANNE@TUCKERLAW.COM; |
| UCTS, DEPT OF LABOR AND INDUSTRY | RA-LI-UCTS-BANKRUPT@STATE.PA.US |
| WATKINS & EAGER PLLC | RIRELAND@WATKINSEAGER.COM; |
| WEIR & PARTNERS LLP | JCIANCIULLI@WEIRPARTNERS.COM; |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | BANKFILINGS@YCST.COM; MNEIBURG@YCST.COM; JMULVIHILL@YCST.COM; |
| ZIONS BANCORPORTION | GREGORY.BASER@ZIONSBANCORP.COM; |

Count: 145