**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| RTI HOLDING COMPANY, LLC, *et al.,* | ) | Case No. 20-12456 (JTD) |
| | ) | |
| Reorganized Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Ref. Docket No. 1846** |

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF CONNECTICUT)
                                            ) ss.:
COUNTY OF MIDDLESEX )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1.  I am employed as a Director of Client Services by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On November 24, 2021, I caused to be served the "Certification of Counsel Regarding Order Approving Stipulation Between the Reorganized Debtors and Comcast Business Communications, LLC," dated November 24, 2021 [Docket No. 1846],

by causing true and correct copies to be:

   a.  enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>,

   b.  delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>, and

   c.  delivered via electronic mail to: *mcclambc@ballardspahr.com*.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Angharad Bowdler*
Angharad Bowdler

Sworn to before me this
29th day of November, 2021
*/s/ Amy E. Lewis*
Notary Public, State of Connecticut
Acct. No. 100624
Commission Expires: 8/31/2022

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| CHIU, JAMES F, DEPUTY ATTY GENERAL | (COUNSEL FOR STATE OF INDIANA) ATTN OFFICE OF ATTY GENERAL OF INDIANA 302 W WASHINGTON ST, IGCS-5TH FL INDIANAPOLIS IN 46204 |
| DELAWARE SECRETARY OF STATE | ATTN DIVISION OF CORPORATIONS, FRANCHISE TAX JOHN G TOWNSEND BLDG 401 FEDERAL ST, STE 4 DOVER DE 19901 |
| DELAWARE STATE TREASURY | 820 SILVER LAKE BLVD, STE 100 DOVER DE 19904 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| MEYERS RODBELL & ROSENBAUM PA | (COUNSEL TO PRINCE GEORGE'S COUNTY) ATTN NICOLE C KENWORTHY 6801 KENILWORTH AVE, STE 400 RIVERDALE MD 20737-1385 |
| OFFICE OF THE ATTORNEY GENERAL | ATTN CAROL E MOMJIAN, CHRISTOPHER R MOMJIAN THE PHOENIX BLDG 1600 ARCH ST, STE 300 PHILADELPHIA PA 19103 |
| OFFICE OF THE ATTORNEY GENERAL | ATTN HEATHER M CROCKETT & AMANDA K QUICK 302 W WASHINGTON ST, IGCS, 5TH FL INDIANAPOLIS IN 46204 |
| OFFICE OF THE ATTORNEY GENERAL | ATTN JASON B BINFORD & ABIGAIL R RYAN, BANKRUPTCY & COLLECTIONS DIVISION PO BOX 12548, MC 008 AUSTIN TX 78711-2548 |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN LINDA RICHENDEFER 844 KING ST, STE 2207, LOCK BOX 35 WILMINGTON DE 19801 |
| SECURITIES AND EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE ATTN MARK BERGER, REGIONAL DIRECTOR 200 VESEY ST, STE 400 NEW YORK NY 10281-1022 |
| SECURITIES AND EXCHANGE COMMISSION | ATTN SEC HEADQUARTERS 100 F ST NE WASHINGTON DC 20549 |
| TENNESSEE ATTORNEY GENERAL CONSUMER DIV | C/O TN ATTORNEY GENERAL OFFICE ATTN BANKRUPTCY DIV PO BOX 20207 NASHVILLE TN 37202-0207 |
| WOLCOTT RIVERS GATES | (COUNSEL TO ROUTE 10) ATTN JOSHUA D STIFF 200 BENDRIX RD, STE 300 VIRGINIA BEACH VA 23452 |

**Total Creditor count  13**

**EXHIBIT B**

RTI HOLDING COMPANY, LLC - Case No. 20-12456
Electronic Mail Master Service List

| NAME | EMAIL ADDRESS |
|---|---|
| ABRAMS & BAYLISS LLP | SEAMAN@ABRAMSBAYLISS.COM; |
| ADAMS AND REESE LLP | JOHN.ROGERSON@ARLAW.COM; JAMIE.OLINTO@ARLAW.COM; |
| ASHBY & GEDDES | AHRYCAK@ASHBYGEDDES.COM; KEARLE@ASHBYGEDDES.COM; GTAYLOR@ASHBYGEDDES.COM; |
| AUSTRIA LEGAL, LLC | MAUSTRIA@AUSTRIALLC.COM |
| BALLARD SPAHR LLP | HEILMANL@BALLARDSPAHR.COM; ROGLENL@BALLARDSPAHR.COM; GANZC@BALLARDSPAHR.COM; ANDERSONSANCHEZK@BALLARDSPAHR.COM; SUMMERSM@BALLARDSPAHR.COM; |
| BEASLEY & GILKISON LLP | FREEMAN@BEASLEYLAW.COM; |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | KCAPUZZI@BENESCHLAW.COM; JGENTILE@BENESCHLAW.COM; |
| BUCHALTER, A PROFESSIONAL CORPORATION | SCHRISTIANSON@BUCHALTER.COM; |
| BULSO PLC | ESMITH@BULSO.COM; PKROG@BULSO.COM; |
| CAFARO MANAGEMENT COMPANY | LMADGAR@CAFAROCOMPANY.COM; |
| CHIPMAN BROWN CICERO & COLE, LLP | DESGROSS@CHIPMANBROWN.COM; |
| CITY AND COUNTY OF DENVER | BANKRUPTCY01@DENVERGOV.ORG; |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | SONEAL@CGSH.COM; JVANLARE@CGSH.COM; |
| COLE SCHOTZ P.C. | DDEAN@COLESCHOTZ.COM; JALBERTO@COLESCHOTZ.COM; AROTH-MOORE@COLESCHOTZ.COM; |
| CONNOLLY GALLAGHER LLP | CGRIFFITHS@CONNOLLYGALLAGHER.COM; LHATFIELD@CONNOLLYGALLAGHER.COM; JWISLER@CONNOLLYGALLAGHER.COM; KCONLAN@CONNOLLYGALLAGHER.COM; KBIFFERATO@CONNOLLYGALLAGHER.COM; |
| COUNTY OF LOUDOUN, VIRGINIA | STEVE.JACKSON@LOUDOUN.GOV; |
| CROSS & SIMON, LLC | MVILD@CROSSLAW.COM; |
| DELAWARE SECRETARY OF STATE | DOSDOC_FTAX@DELAWARE.GOV; |
| DELAWARE STATE TREASURY | STATETREASURER@STATE.DE.US; |
| DORSEY & WHITNEY (DELAWARE) LLP | GLORIOSO.ALESSANDRA@DORSEY.COM; SCHNABEL.ERIC@DORSEY.COM; SEIM.NATHAN@DORSEY.COM |
| DOSHI LEGAL GROUP, P.C. | AMISH@DOSHILEGAL.COM |
| DOUG BELDEN, HILLSBOROUGH COUNTY TAX COLLECTOR | FITZGERALDB@HILLSBOROUGHCOUNTY.ORG; |
| FAEGRE DRINKER BIDDLE & REATH LLP | BRETT.FALLON@FAEGREDRINKER.COM; IAN.BAMBRICK@FAEGREDRINKER.COM; JACLYN.MARASCO@FAEGREDRINKER.COM; |
| FONVIELLE LEWIS MESSER & MCCONNAUGHHAY | ALLEN@WRONGFULLYINJURED.COM; |
| GARNER & CONNER, PLLC | CCONNER@GARNERCONNER.COM; |
| GIBBONS P.C. | HCOHEN@GIBBONSLAW.COM; RMALONE@GIBBONSLAW.COM; |
| GOLDMAN SACHS BANK USA | GS-SLG-NOTICES@GS.COM; |
| GOULSTON & STORRS PC | THOFFMANN@GOULSTONSTORRS.COM; YKASS-GERGI@GOULSTONSTORRS.COM; |
| HILLER LAW, LLC | AHILLER@ADAMHILLERLAW.COM; |
| HOGAN♦MCDANIEL | DCKERRICK@DKHOGAN.COM; |
| HOLIFIELD & JANICH, PLLC | AHOLIFIELD@HOLIFIELDLAW.COM; KMANN@HOLIFIELDLAW.COM; |
| HOWARD & HOWARD ATTORNEYS PLLC | MBOGDANOWICZ@HOWARDANDHOWARD.COM; |
| HUNTON & WILLIAMS LLP | GGRIFFITH@HUNTONAK.COM; |
| INDIANA ATTORNEY GENERAL OFFICE | HEATHER.CROCKETT@ATG.IN.GOV; AMANDA.QUICK@ATG.IN.GOV; |

RTI HOLDING COMPANY, LLC - Case No. 20-12456
Electronic Mail Master Service List

| NAME | EMAIL ADDRESS |
|---|---|
| JACK SHRUM, PA | JSHRUM@JSHRUMLAW.COM; |
| JACKSON & CAMPBELL, P.C. | MWEITZMAN@JACKSCAMP.COM; |
| JENSEN BAGNATO, P.C. | JEFFREY@JENSENBAGNATOLAW.COM; JEFFREYCARBINO@GMAIL.COM; |
| KASHISHIAN LAW LLC | AMK@KASHISHIANLAW.COM; |
| KELLEY DRYE & WARREN LLP | KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM; RLEHANE@KELLEYDRYE.COM; SWILSON@KELLEYDRYE.COM; MLEVINE@KELLEYDRYE.COM; |
| KLEHR HARRISON HARVEY BRANZBURG LLP | RLEMISCH@KLEHR.COM; SVEGHTE@KLEHR.COM; CBRENNAN@KLEHR.COM; |
| KLEIN LLC | KLEIN@KLEINLLC.COM |
| KOHNER, MANN & KAILAS, S.C. | SWISOTZKEY@KMKSC.COM; |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | AROGOFF@KRAMERLEVIN.COM; RSCHMIDT@KRAMERLEVIN.COM; JSHARRET@KRAMERLEVIN.COM; JWAGNER@KRAMERLEVIN.COM; |
| KURTZMAN | STEADY, LLC | KURTZMAN@KURTZMANSTEADY.COM; |
| LAW OFFICE OF SUSAN E. KAUFMAN, LLC | SKAUFMAN@SKAUFMANLAW.COM; |
| MANIER & HEROD, P.C. | MCOLLINS@MANIERHEROD.COM; RMILLER@MANIERHEROD.COM |
| MARICOPA COUNTY TREASURER | MUTHIGK@MCAO.MARICOPA.GOV |
| MAYNARD COOPER & GALE PC | JLAMAR@MAYNARDCOOPER.COM; |
| MCCARRON & DIESS | MJF@MCCARRONLAW.COM |
| MCCARTER & ENGLISH LLP | KBUCK@MCCARTER.COM; |
| MCCREARY, VESELKA, BRAGG & ALLEN, P.C. | TLEDAY@MVBALAW.COM; |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | DPRIMACK@MDMC-LAW.COM; JBERNSTEIN@MDMC-LAW.COM; GBRESSLER@MDMC-LAW.COM; MMORANO@MDMC-LAW.COM |
| MCGUIREWOODS | SVAUGHN@MCGUIREWOODS.COM; SSPEIGHT@MCGUIREWOODS.COM; |
| MIAMI-DADE COUNTY TAX COLLECTOR | PRISCILLA.WINDLEY@MIAMIDADE.GOV; MDTCBKC@MIAMIDADE.GOV; |
| MISSOURI DEPARTMENT OF REVENUE | DEECF@DOR.MO.GOV; |
| MONZACK MERSKY BROWDER and HOCHMAN, P.A. | RMERSKY@MONAW.COM; |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | DABBOTT@MNAT.COM; |
| OAKLAND COUNTY TREASURER | KEVIN@LAWYERMICH.COM; |
| OFFICE OF ATTORNEY GENERAL - PENNSYLVANIA | CMOMJIAN@ATTORNEYGENERAL.GOV; CRMOMJIAN@ATTORNEYGENERAL.GOV; |
| OFFICE OF THE ATTORNEY GENERAL - TENNESSE | AGBANKDELAWARE@AG.TN.GOV; |
| OFFICE OF THE ATTORNEY GENERAL - TEXAS | ABIGAIL.RYAN@OAG.TEXAS.GOV; JASON.BINFORD@OAG.TEXAS.GOV; |
| OFFICE OF THE UNITED STATES TRUSTEE | LINDA.RICHENDERFER@USDOJ.GOV; |
| PACHULSKI STANG ZIEHL & JONES LLP | JONEILL@PSZJLAW.COM |
| PASCO COUNTY, FLORIDA ON BEHALF OF BOARD OF COUNTY COMMISSIONERS | ASALZANO@PASCOCOUNTYFL.NET; TOSIPOV@PASCOCOUNTYFL.NET |
| PAUL HASTING LLP | JUSTINRAWLINS@PAULHASTINGS.COM; |
| PENSION BENEFIT GUARANTY CORPORATION | MORGAN.COURTNEY@PBGC.GOV; EFILE@PBGC.GOV; HARRIS.MELISSA@PBGC.GOV; |
| POLSINELLI PC | CWARD@POLSINELLI.COM; |
| REGER RIZZO & DARNALL LLP | ERASSMAN@REGERLAW.COM; |
| SAUL EWING ARNSTEIN & LEHR LLP | MONIQUE.DISABATINO@SAUL.COM; LUKE.MURLEY@SAUL.COM; |
| SCHNADER HARRISON SEGAL & LEWIS LLP | RBARKASY@SCHNADER.COM; KDOUGHTY@SCHNADER.COM |
| SCHREEDER, WHEELER & FLINT, LLP | CHORD@SWFLLP.COM; |

RTI HOLDING COMPANY, LLC - Case No. 20-12456

Electronic Mail Master Service List

| NAME | EMAIL ADDRESS |
|------|---------------|
| SECURITIES & EXCHANGE COMMISSION | SECBANKRUPTCY-OGC-ADO@SEC.GOV; SECBANKRUPTCY@SEC.GOV; |
| SECURITIES AND EXCHANGE COMMISSION | BANKRUPTCYNOTICESCHR@SEC.GOV; NYROBANKRUPTCY@SEC.GOV; |
| SEYFARTH SHAW LLP | WHANLON@SEYFARTH.COM; |
| SHERRARD ROE VOIGT & HARBISON, PLC | MABELOW@SRVHLAW.COM; |
| SIMON PROPERTY GROUP | RTUCKER@SIMON.COM; |
| SMTD LAW LLP | RBERENS@SMTDLAW.COM; |
| STATE OF INDIANA | JAMES.CHIU@ATG.IN.GOV |
| STRADLEY, RONON, STEVENS & YOUNG, LLP | DPEREIRA@STRADLEY.COM |
| STREUSAND, LANDON, OZBURN & LEMMON, LLP | STREUSAND@SLOLLP.COM; NGUYEN@SLOLLP.COM; |
| SULLIVAN · HAZELTINE · ALLINSON LLC | ZALLINSON@SHA-LLC.COM; |
| TCW DIRECT LENDING LLC | MICHAEL.ANELLO@TCW.COM; |
| THE ROSNER LAW GROUP LLC | GIBSON@TEAMROSNER.COM; LIU@TEAMROSNER.COM; ROSNER@TEAMROSNER.COM; |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | MARCY.SMITH@TROUTMAN.COM; MATTHEW.BROOKS@TROUTMAN.COM; GARY.MARSH@TROUTMAN.COM; |
| TUCKER ARENSBERG | BMANNE@TUCKERLAW.COM; |
| UCTS, DEPT OF LABOR AND INDUSTRY | RA-LI-UCTS-BANKRUPT@STATE.PA.US |
| WATKINS & EAGER PLLC | RIRELAND@WATKINSEAGER.COM; |
| WEIR & PARTNERS LLP | JCIANCIULLI@WEIRPARTNERS.COM; |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | BANKFILINGS@YCST.COM; MNEIBURG@YCST.COM; JMULVIHILL@YCST.COM; |
| ZIONS BANCORPORTION | GREGORY.BASER@ZIONSBANCORP.COM; |